UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| BLUE SUN SCIENTIFIC, LLC | * | Case No.  25-19998-NVA |
| | | (Chapter 11) |
| Debtor | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that Jeffrey M. Orenstein appears herein as counsel for The Innovative Technologies Group & Co., LTD,  It is requested that all notices and Orders given or required to be given, and all papers served in this case, be delivered to and served upon Jeffrey M. Orenstein at the address set forth below, and that he be added to the general matrix and all special or limited matrices in this matter.

Respectfully submitted,

\s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#07512)
Wolff, & Orenstein, LLC
15245 Shady Grove Road
North Lobby, Suite 465
Rockville, Maryland  20850
(301) 250-7232
jorenstein@wolawgroup.com

Attorneys for for The Innovative Technologies
 Group & Co., LTD

1

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY, that on this 30th day of August, 2025, a copy of the foregoing was sent via the Court's CM/ECF system and via electronic mail to:

Maurice Belmont VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854
mac@mbvesq.com

                                        \s\ Jeffrey M. Orenstein
                                        Jeffrey M. Orenstein