United States Bankruptcy Court
District of Maryland

In re:     Case No. 25-17998-NVA
Blue Sun Scientific, LLC     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1     User: admin     Page 1 of 2
Date Rcvd: Sep 02, 2025     Form ID: 309F1     Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Blue Sun Scientific, LLC, 8017 Dorsey Run Rd, Suite H, Jessup, MD 20794-9372 |
| aty | + | Jeffrey M. Orenstein, Wolff & Orenstein, LLC, 15245 Shady Grove Road, Suite 465, North Lobby, Rockville, MD 20850-3222 |
| 32947072 | + | Arnold Eilert, 2264 Clearbrook act, Wauconda, IL 60084-5017 |
| 32947075 | + | Carefirst Maryland (Radius Global Soln.), PO Box 390908, Minneapolis, MN 55439-0908 |
| 32947076 | + | Comptroller of Maryland, Revenue Administration Division, PO Box 549, Annapolis, MD 21404-0549 |
| 32947077 | | Executive Financial Enterprises (UPS), 1465 Tamarind Ave #680, Cumming, GA 30028 |
| 32947079 | + | Innovative Technologies Group & Company, 8017 Dorsey Run Rd, Suite H, Jessup, MD 20794-9372 |
| 32947081 | + | Interworld Freight, 9601 NW 112th Ave, Miami, FL 33178-2521 |
| 32947082 | + | Irvin Lucas, 6835 Laurel Canyon Blvd Apt 110, North Hollywood, CA 91605-5678 |
| 32947083 | + | Joshua Sarver, 1400 Elfin Court, Frederick, MD 21703-2220 |
| 32947084 | + | KPM Analytics, 8 Technology Drive, Westborough, MA 01581-1756 |
| 32947085 | + | Kroll, LLC, 12595 Collection Center Dr, Chicago, IL 60693-0001 |
| 32947086 | + | Robert Gajewski, 2728 Leonard Lane, North Aurora, IL 60542-6002 |
| 32947087 | + | Robert M Gajewski, 2728 Leonard Lane, Aurora, IL 60542-6002 |
| 32947088 | + | Seyfarth Shaw, 233 S Wacker Dr, Suite 8000, Chicago, IL 60606-6448 |
| 32947089 | + | Smith, Duggan, Cornell & Gollub, LLP, 55 Old Bedford Rd, Suite 300, Lincoln, MA 01773-1125 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mac@mbvesq.com | Sep 02 2025 20:15:00 | Maurice Belmont VerStandig, The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854 |
| 32947073 | | EDI: EDD.COM | Sep 03 2025 00:10:00 | California Employment Development Dept., Tax Support Division, MIC 93, PO Box 826880, Sacramento, CA 94280-0001 |
| 32947074 | | EDI: CALTAX.COM | Sep 03 2025 00:10:00 | California Franchise Tax Board, PO Box 942840, Sacramento, CA 94240-0040 |
| 32947078 | | Email/Text: rev.bankruptcy@illinois.gov | Sep 02 2025 20:16:00 | Illinois Dept. of Revenue, PO BOX 19035, Springfield, IL 62794-9035 |
| 32947080 | | EDI: IRS.COM | Sep 03 2025 00:10:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 32947091 | + | Email/Text: bankruptcy@ups.com | Sep 02 2025 20:17:00 | UPS, 55 Glenlake Parkway NE, Atlanta, GA 30328-3474 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |

District/off: 0416-1                User: admin                Page 2 of 2
Date Rcvd: Sep 02, 2025        Form ID: 309F1        Total Noticed: 22

| | | |
|---|---|---|
| intp | *+ | The Innovative Technologies Group & Co., LTD, 8017 Dorsey Run Road, Suite H, Jessup, MD 20794-9372 |
| 32947090 | *+ | The Innovative Technologies Group & Co.,, 8017 Dorsey Run Rd, Suite H, Jessup, MD 20794-9372 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 2

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Blue Sun Scientific, LLC**<br>Name | | EIN  61–1895942 |
| United States Bankruptcy Court  **District of Maryland**<br>Case number:  25–17998 NVA    Chapter:  11 | | | Date case filed for chapter  11   8/29/25 |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov/ and click on Filing Without An Attorney for additional resources and information.

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. | **Debtor's full name** | Blue Sun Scientific, LLC |
| 2. | **All other names used in the last 8 years** | |
| 3. | **Address** | 8017 Dorsey Run Rd<br>Suite H<br>Jessup, MD 20794–9372 |
| 4. | **Debtor's attorney**<br>Name and address | Maurice Belmont VerStandig         Contact phone 301–444–4600<br>The VerStandig Law Firm, LLC       Email:  mac@mbvesq.com<br>9812 Falls Road<br>#114–160<br>Potomac, MD 20854 |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Baltimore Division                         Hours open:<br>101 West Lombard Street, Ste. 8530          8:45 – 4:00 PM<br>Baltimore, MD 21201<br>                                            Contact phone  (410) 962–2688<br>Clerk of the Bankruptcy Court:<br>Mark A. Neal                                Date: 9/2/25 |

For more information, see page 2 >

Debtor **Blue Sun Scientific, LLC** Case number **25–17998**

| | | |
|---|---|---|
| **6. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **October 8, 2025 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Telephonic Meeting, Call 1–888–330–1716, Access Code 6624329#**<br><br>**For additional meeting information go to https://go.usa.gov/xeHZg.** |
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:**<br>For all creditors (except a governmental unit):  **1/6/26**<br>For a governmental unit:  **2/25/26**<br><br>A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim may be filed electronically from the court's web site at http://www.mdb.uscourts.gov/content/electronic–filing–claims. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>- your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>- you file a proof of claim in a different amount; or<br>- you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** | |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |
| **12. Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers all parties the ability to receive court notices and orders via email, instead of U.S. mail. To participate, debtors must complete and file a DeBN request form with the Court –– additional information is available under Programs & Services at http://www.mdb.uscourts.gov. Other parties (non–debtors) can register at ebn.uscourts.gov. | |