UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE:<br>BLUE SUN SCIENTIFIC, LLC | CASE NO: 25-17998<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 9/10/2025, I did cause a copy of the following documents, described below,

Application to Employ Special Counsel

Verified Statement

Proposed Order

Exhibit 1

Joint Administration Motion

Joint Administration Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/10/2025

/s/ Jeffrey Orenstein
Jeffrey Orenstein  07512

Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465N
Rockville, MD  20850
301 250 7232
jwolff@wolawgroup.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE:<br><br>BLUE SUN SCIENTIFIC, LLC | CASE NO: 25-17998<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 9/10/2025, a copy of the following documents, described below,

Application to Employ Special Counsel

Verified Statement

Proposed Order

Exhibit 1

Joint Administration Motion

Joint Administration Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/10/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey Orenstein
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465N
Rockville, MD  20850

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | DEBTOR | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-17998<br>DISTRICT OF MARYLAND<br>WED SEP 10 8-53-44 PST 2025 | BLUE SUN SCIENTIFIC  LLC<br>8017 DORSEY RUN RD<br>SUITE H<br>JESSUP  MD 20794-9372 | SANDY SPRING BANK  A DIVISION OF ATLANTIC UN<br>CO MICHAEL D NORD<br>GEBHARDT  SMITH LLP<br>1 SOUTH STREET  SUITE 2200<br>BALTIMORE  MD 21202-3343 |
| THE INNOVATIVE TECHNOLOGIES GROUP  CO LTD<br>8017 DORSEY RUN ROAD<br>SUITE H<br>JESSUP  MD 20794-9372 | ARNOLD EILERT<br>2264 CLEARBROOK ACT<br>WAUCONDA  IL 60084-5017 | CALIFORNIA EMPLOYMENT DEVELOPMENT DEPT<br>TAX SUPPORT DIVISION  MIC 93<br>PO BOX 826880<br>SACRAMENTO  CA 94280-0001 |
| CALIFORNIA FRANCHISE TAX BOARD<br>PO BOX 942840<br>SACRAMENTO  CA 94240-0040 | CAREFIRST MARYLAND (RADIUS GLOBAL SOLN)<br>PO BOX 390908<br>MINNEAPOLIS  MN 55439-0908 | COMPTROLLER OF MARYLAND<br>REVENUE ADMINISTRATION DIVISION<br>PO BOX 549<br>ANNAPOLIS  MD 21404-0549 |
| EXECUTIVE FINANCIAL ENTERPRISES (UPS)<br>1465 TAMARIND AVE 680<br>CUMMING  GA 30028 | (P)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | EXCLUDE<br>(D)INNOVATIVE TECHNOLOGIES GROUP COMPANY<br>8017 DORSEY RUN RD  SUITE H<br>JESSUP  MD 20794-9372 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | INTERWORLD FREIGHT<br>9601 NW 112TH AVE<br>MIAMI  FL 33178-2521 | IRVIN LUCAS<br>6835 LAUREL CANYON BLVD APT 110<br>NORTH HOLLYWOOD  CA 91605-5678 |
| JOSHUA SARVER<br>1400 ELFIN COURT<br>FREDERICK  MD 21703-2220 | KPM ANALYTICS<br>8 TECHNOLOGY DRIVE<br>WESTBOROUGH  MA 01581-1756 | KROLL  LLC<br>12595 COLLECTION CENTER DR<br>CHICAGO  IL 60693-0001 |
| ROBERT GAJEWSKI<br>2728 LEONARD LANE<br>NORTH AURORA  IL 60542-6002 | ROBERT M GAJEWSKI<br>2728 LEONARD LANE<br>AURORA  IL 60542-6002 | SANDY SPRING BANK<br>A DIVISION OF ATLANTIC UNION BANK<br>CO MICHAEL D NORD GEBHARDT  SMITH LLP<br>1 SOUTH STREET  SUITE 2200<br>BALTIMORE  MD 21202-3281 |
| SEYFARTH SHAW<br>233 S WACKER DR  SUITE 8000<br>CHICAGO  IL 60606-6448 | SMITH  DUGGAN  CORNELL  GOLLUB  LLP<br>55 OLD BEDFORD RD  SUITE 300<br>LINCOLN  MA 01773-1125 | EXCLUDE<br>(D)THE INNOVATIVE TECHNOLOGIES GROUP CO<br>8017 DORSEY RUN RD  SUITE H<br>JESSUP  MD 20794-9372 |
| UPS<br>55 GLENLAKE PARKWAY NE<br>ATLANTA  GA 30328-3474 | US TRUSTEE  BALTIMORE<br>GARMATZ FEDERAL COURTHOUSE<br>101 WEST LOMBARD STREET<br>SUITE 2625<br>BALTIMORE  MD 21201-2668 | MAURICE BELMONT VERSTANDIG<br>THE VERSTANDIG LAW FIRM  LLC<br>9812 FALLS ROAD<br>114-160<br>POTOMAC  MD 20854-3976 |