**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

In re                                                          Case No. 25-17998-DER

Blue Sun Scientific, LLC                                      Chapter 11

      Debtor.

_____/

Blue Sun Scientific, LLC,

      Movant,

v.

KPM Analytics North America Corporation,

      Respondent.

LINE WITHDRAWING
DEBTOR'S MOTION FOR RELIEF FROM THE AUTOMATIC
STAY TO PERMIT CONTINUANCE OF APPELLATE PROCEEDINGS
IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

TO THE CLERK OF THE COURT:

Blue Sun Scientific, LLC (the "Debtor"), by its undersigned counsel, hereby withdraws

its Motion for Relief from the Automatic Stay to Permit Continuance of Appellate Proceedings

in the United States Court of Appeals for the First Circuit (the "Motion"). [Dkt. No. 11].

The Debtor will shortly be filing an Application to employ special counsel who will be

tasked with completing briefing and handling oral argument in the case pending in the United

States Court of Appeals for the First Circuit.  Proposed special counsel ceased working on the

appeal once the Debtor's case, and the companion case of *The Innovative Technologies Group &*

*Co., Ltd.*, Case No. 25-18000-DER, was filed.  While the Debtor is anxious to move forward

with the appeal, after consultation with proposed special counsel, it has determined that it is

more appropriate to wait to move to lift the stay until after the employment of special counsel

has been approved.  In that way, the Debtor will know that it has counsel to continue with the

appeal.  It is for that reason that the Motion is being withdrawn at this time.


Respectfully submitted,

Dated: September 12, 2025          By:     /s/ Maurice B. VerStandig
                                           Maurice B. VerStandig, Esq.
                                           Bar No. MD18071
                                           The VerStandig Law Firm, LLC
                                           9812 Falls Road, #114-160
                                           Potomac, Maryland 20854
                                           Phone: (301) 444-4600
                                           mac@mbvesq.com
                                           *Proposed Counsel for the Debtor*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of September 2025, a copy of the foregoing

was served electronically upon filing via the ECF system on all counsel who have entered an

appearance herein, including:

- Hugh M. (UST) Bernstein     hugh.m.bernstein@usdoj.gov
- Michael David Nord     mnord@gebsmith.com
- Jeffrey M. Orenstein     jorenstein@wolawgroup.com
- US Trustee - Baltimore     USTPRegion04.BA.ECF@USDOJ.GOV
- Timothy VanCisin     tvancisin@gebsmith.com
- Maurice Belmont VerStandig     mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email


/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.