UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

IN RE:                                        *

BLUE SUN SCIENTIFIC, LLC        *   No.  25-17998-DER
                                              Chapter 11
          Debtor                          *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>ORDER GRANTING APPLICATION FOR AUTHORITY TO EMPLOY
SMITH DUGGAN CORNELL & GOLLUB LLP AS SPECIAL COUNSELFOR DEBTOR</u>

Upon consideration of the application of Blue Sun Scientific, LLC ("Blue Sun") to employ Smith Duggan Cornell & Gollub LLP ("Smith Duggan") as special counsel (the "Application"), any opposition thereto, controlling law, and the record herein, it is, by the United States Bankruptcy Court for the District of Maryland hereby:

ORDERED, that the Application be, and hereby is, GRANTED; and it is further

ORDERED, that Blue Sun is authorized to employ Smith Duggan as special counsel for the purposes set forth in the Application.

***END OF ORDER***