Entered: October 7th, 2025
Signed: October 6th, 2025
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | |
|---|---|
| **In re: Blue Sun Scientific, LLC** | **Case No.: 25–17998 DER**<br>**Chapter: 11** |
| **Debtor** | |
| **In re:** | |
| **The Innovative Technologies Group & Co., Ltd.** | **Case No.: 25–18000 DER**<br>**Chapter: 11** |
| **Debtor** | |
| | **Jointly Administered Under**<br>**Case No.: 25–17998 DER** |

## ORDER PROVIDING FOR JOINT ADMINISTRATION OF CASES

Upon the motion of Debtors for joint administration pursuant to Federal Bankruptcy Rule 1015(b), said motion having been served on the United States Trustee, any committee or trustee appointed in each of the above−captioned cases, and any other parties entitled to notice thereof, the Court having concluded that joint administration of these cases will promote the interest and convenience of the parties, and will reduce the cost of administration, and it appearing that the interests of creditors will be protected, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED THAT:

1. The above−captioned cases will be jointly administered; and

2. Except where circumstances warrant different treatment, a single caption listing all Debtors and their respective case numbers, and stating the cases are jointly administered under 25−17998 DER, shall be used on all pleadings, motions and other papers served or filed in these cases; and

3. Except where circumstances warrant different treatment, original pleadings shall be filed in the case known as Blue Sun Scientific, LLC, Case No. 25−17998 DER.

4. Where circumstances warrant different treatment, original pleadings shall be filed in the non−lead case and copies filed in each of the other cases captioned above; and

5. Debtor shall file and maintain both a joint mailing matrix of all creditors and parties in interest and a limited joint mailing matrix, for service purposes, which eliminate duplications; and

6. Except where circumstances warrant different treatment, all notices hereinafter required shall be combined notices and sent, subject to applicable rule, to creditors and parties in interest of all the jointly administered estates; and

7. Debtor shall mail a copy of this Order to all secured creditors, to each committee, the 20 largest unsecured creditors, and to any party requesting notice pursuant to Federal Bankruptcy Rule 2002(i), and shall so certify to the Court within fourteen (14) days of the date of entry of this Order.

cc: Debtor
    Attorney for Debtor – Maurice Belmont VerStandig
    U.S. Trustee

**End of Order**

27x01 (rev. 07/08/2014) – LaurieArter