# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | Jointly Administered Under |
| BLUE SUN SCIENTIFIC, LLC, | Case No. 25-17998-DER (Lead Case) |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD, | Case No. 25-18000-DER |
| Debtors. | Chapter 11 |

### KPM ANALYTICS NORTH AMERICA CORPORATION'S EXHIBIT/WITNESS LIST FOR OCTOBER 29, 2025 HEARING

KPM Analytics North America Corporation ("KPM"), by and through undersigned counsel, files its Exhibit List for the October 29, 2025 combined hearing on the Application for Authority to Employ Smith Duggan Cornell & Gollub LLP as Special Counsel for Debtor [Case No. 25-18000, Dkt. No. 19] filed by the Innovative Technologies Group & Co., LTD ("ITG"), the Objection to Application for Authority to Employ Smith Duggan Cornell & Gollub LLP as Special Counsel for Debtor [Case. No. 25-18000, Dkt. No. 33] filed by KPM, the Application for Authority to Employ Smith Duggan Cornell & Gollub LLP as Special Counsel for Debtor [Case No. 25-17998, Dkt. No. 17] filed by Blue Sun Scientific, LLC ("Blue Sun"), and the Objection to Application for Authority to Employ Smith Duggan Cornell & Gollub LLP as Special Counsel for Debtor [Case No. 25-17998, Dkt. No. 22] filed by KPM.

**KPM's Witness List**:

1. Any witness called by ITG, Blue Sun, or any other interested party.

**KPM's Exhibit List**:

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| R01 | Memorandum and Order from the United States District Court for the District of Massachusetts | | | |
| R02 | Final Judgment and Permanent Injunction from the United States District Court for the District of Massachusetts | | | |
| R03 | ITG's Voluntary Petition, Schedules & Statement of Financial Affairs | | | |
| R04 | Blue Sun's Voluntary Petition, Schedules & Statement of Financial Affairs | | | |
| | All exhibits used for impeachment/rebuttal | | | |
| | All exhibits identified by any other party | | | |

[Remainder of page intentionally blank]

Dated October 22, 2025				Respectfully submitted,

*/s/ Addison J. Chappell*
Addison J. Chappell, Esquire (#21852)
Michael B. Brown, Esquire (#19641)
MILES & STOCKBRIDGE P.C.
100 Light Street, 7th Floor
Baltimore, MD 21202
Telephone: (410) 385-3481
Telephone: (410) 385-3663
achappell@milesstockbridge.com
mbbrown@milesstockbridge.com

*Counsel for KPM Analytics*
*North America Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2025 a copy of the foregoing Exhibit/Witness List was served electronically, via this Court's CM/ECF system, on all parties registered to receive electronic noticing in this case.

- **Hugh M. (UST) Bernstein**   hugh.m.bernstein@usdoj.gov
- **Michael Benjamin Brown**   mbbrown@milesstockbridge.com, jdiaz@milesstockbridge.com
- **Addison J. Chappell**   achappell@milesstockbridge.com
- **Michael David Nord**   mnord@gebsmith.com
- **Jeffrey M. Orenstein**   jorenstein@wolawgroup.com
- **US Trustee - Baltimore**   USTPRegion04.BA.ECF@USDOJ.GOV
- **Timothy VanCisin**   tvancisin@gebsmith.com
- **Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

                                                              */s/ Addison J. Chappell*
                                                              Addison J. Chappell