**Case 25-17998 & 25-18000**
**EXHIBIT R-04**

| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| DISTRICT OF MARYLAND |
| Case number *(if known)* _____ Chapter ___11___ |

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                      04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | Blue Sun Scientific, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 61-1895942 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
| --- | --- |
| 8017 Dorsey Run Rd, Suite H<br>Jessup, MD 20794-9372 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Howard | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | https://www.bluesunscientific.com/ |

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Debtor | Blue Sun Scientific, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

___5047___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor  Blue Sun Scientific, LLC _____    Case number (if known) _____
        Name

| 11. | **Why is the case filed in this district?** | *Check all that apply:* |
|---|---|---|

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No |
|---|---|---|

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | .  *Check one:* |
|---|---|---|

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | **Estimated number of creditors** | ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | | ☐ 200-999 | | |

| 15. | **Estimated Assets** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| 16. | **Estimated liabilities** | ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   Blue Sun Scientific, LLC _____   Case number (*if known*) _____
         Name

**Request for Relief, Declaration, and Signatures**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 29, 2025
              MM / DD / YYYY

**X** /s/ Irvin Lucas _____          Irvin Lucas _____
     Signature of authorized representative of debtor      Printed name

Title   President _____

**18. Signature of attorney**

**X** /s/ Maurice Verstandig _____   Date   August 29, 2025
     Signature of attorney for debtor                           MM / DD / YYYY

Maurice Verstandig 18071 _____
Printed name

The Belmont Firm _____
Firm name

1050 Connecticut NW
Suite 500
Washington, DC 20036 _____
Number, Street, City, State & ZIP Code

Contact phone _____   Email address   mac@mbvesq.com _____

18071 MD _____
Bar number and State

## RESOLUTION OF BLUE SUN SCIENTIFIC, LLC

The undersigned, being the sole member of Blue Sun Scientific, LLC ("Blue Sun"), does hereby resolve as follows:

WHEREAS, Blue Sun is enmeshed in litigation now on appeal; and

WHEREAS, the litigation has resulted in a judgment that Blue Sun lacks the present resources to fully satisfy; and

WHEREAS, as a result of said litigation, the judgment stemming therefrom, and resultant collection activities, Blue Sun has experienced a disruption in cash flows that, in turn, has invited the creation of other extant debts; and

WHEREAS, if able to reorganize, Blue Sun may be able to continue operating as a productive going concern;

IT IS NOW, THEREFORE, RESOLVED as follows:

1.      Pursuant to Section 4A-403(d)(i) of the Maryland Corporations and Associations Code, Blue Sun is hereby authorized to file a voluntary petition for relief pursuant to Section 301 of Title 11 of the United States Code;

2.      Irvin Lucas ("Mr. Lucas"), the president of Blue Sun, is hereby authorized to take any and all actions requisite to cause Blue Sun to file a voluntary petition for bankruptcy relief, including the retention of The VerStandig Law Firm, LLC as general reorganization counsel; and

3.      Any such actions heretofore taken by Mr. Lucas are hereby approved and ratified; and

4.      Mr. Lucas shall serve as the representative of Blue Sun in connection with any bankruptcy case that may be filed; and

5.      Mr. Lucas shall exercise his sole and absolute discretion in connection with an ensuing bankruptcy case, working with general reorganization counsel, and shall require no further authorization to perform the tasks attendant to a bankruptcy case including, but not limited to, the filing of a petition for relief, schedules, a statement of financial affairs, various motions, a plan of reorganization, and a disclosure statement.

Dated this 29th day of August, 2025

BLUE SUN SCIENTIFIC, LLC

By:      _____
         By: Innovative Technologies Group & Co.
         By: Robert R. Wilt
         Its: President

Fill in this information to identify the case:

Debtor name      Blue Sun Scientific, LLC

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.    18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___August 29, 2025___        **X** /s/   Irvin Lucas _____
                                                     Signature of individual signing on behalf of debtor

                                                     Irvin Lucas _____
                                                     Printed name

                                                     President _____
                                                     Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Blue Sun Scientific, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Carefirst Maryland (Radius Global Soln.) PO Box 390908 Minneapolis, MN 55439 | | Insurance | | | | $2,861.47 |
| Executive Financial Enterprises (UPS) 1465 Tamarind Ave #680 Cumming, GA 30028 | | Shipping and logistics services | | | | $2,590.62 |
| Interworld Freight 9601 NW 112th Ave Miami, FL 33178 | | Freight forwarding and shipping services | | | | $2,020.94 |
| Joshua Sarver 1400 Elfin Court Frederick, MD 21703 | | Wages | | | | $4,285.71 |
| KPM Analytics 8 Technology Drive Westborough, MA 01581 | | Judgment | Disputed | | | $4,579,454.53 |
| Kroll, LLC 12595 Collection Center Dr Chicago, IL 60693 | | Professional services | Disputed | | | $71,902.85 |
| Robert Gajewski 2728 Leonard Lane North Aurora, IL 60542 | | Wages | | | | $7,142.87 |
| Seyfarth Shaw 233 S Wacker Dr, Suite 8000 Chicago, IL 60606 | | Legal Services | | | | $554,487.50 |
| Smith, Duggan, Cornell & Gollub, LLP 55 Old Bedford Rd, Suite 300 Lincoln, MA 01773 | | Legal Services | | | | $99,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor   Blue Sun Scientific, LLC                                    Case number *(if known)*   _____
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| UPS 55 Glenlake Parkway NE Atlanta, GA 30328 | | Shipping and logistics services | | | | $2,216.01 |

Official form 204              Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                    page 2

**Fill in this information to identify the case:**

Debtor name   Blue Sun Scientific, LLC

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:  Summary of Assets

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..............................................................................   $ _____0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................   $ _____451,175.43

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................   $ _____451,175.43

### Part 2:  Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____0.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................   $ _____18,571.45

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.........................   +$ _____6,311,336.18

4. **Total liabilities** ..............................................................................................................
   Lines 2 + 3a + 3b   $ _____6,329,907.63

Fill in this information to identify the case:

Debtor name    Blue Sun Scientific, LLC

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Sandy Spring Bank | Checking | 8801 | $4,473.71 |
| 3.2. | Sandy Spring Bank | Savings | 2014 | $993.71 |
| 3.3. | Mercury Bank | Checking | 8496 | $340.00 |

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $5,807.42 |
|---|

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

| Debtor | Blue Sun Scientific, LLC | Case number (If known) | |
|---|---|---|---|
| | Name | | |

**11.** **Accounts receivable**

11a. 90 days old or less: ___444,367.01___ - ___0.00___ = .... ___$444,367.01___
                face amount         doubtful or uncollectible accounts

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $444,367.01 |
|---|

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 2021 Dell XPS Computer | $0.00 | | $1,000.00 |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| $1,000.00 |
|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 2

Debtor    <u>Blue Sun Scientific, LLC</u>                                    Case number *(if known)* _____
                        Name

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.    Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☒ No.    Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.    Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**    Patents, copyrights, trademarks, and trade secrets | | | |
| **61.**    Internet domain names and websites | | | |
|        bluesunscientific.com domain | $0.00 | | $1.00 |
| **62.**    Licenses, franchises, and royalties | | | |
| **63.**    Customer lists, mailing lists, or other compilations | | | |
| **64.**    Other intangibles, or intellectual property | | | |
| **65.**    Goodwill | | | |

| **66.** | **Total of Part 10.** | | $1.00 |
|---|---|---|---|

Add lines 60 through 65. Copy the total to line 89.

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☒ No
☐ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.    Go to Part 12.
☒ Yes Fill in the information below.

Current value of debtor's interest

**71.**    **Notes receivable**

Debtor    Blue Sun Scientific, LLC _____    Case number *(If known)* _____
                Name

        Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit
        has been filed)**

        KPM Analytics North America Corporation                                                   _____ Unknown
        **Nature of claim**        Tortious Interference
        **Amount requested**               $1,000,000.00

75.     **Other contingent and unliquidated claims or causes of action of
        every nature, including counterclaims of the debtor and rights to
        set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets,
        country club membership

78.     **Total of Part 11.**                                                                    _____ $0.00
        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ☒ No
        ☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor    Blue Sun Scientific, LLC        Case number *(If known)* _____
        Name

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,807.42 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $444,367.01 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...............................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $451,175.43 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $451,175.43 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name   Blue Sun Scientific, LLC

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Case 25-17998    Doc 1    Filed 08/29/25    Page 16 of 37

**Fill in this information to identify the case:**

Debtor name    Blue Sun Scientific, LLC

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>California Employment Development Dept.<br>Tax Support Division, MIC 93<br>PO Box 826880<br>Sacramento, CA 94280-0001 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>California Franchise Tax Board<br>PO Box 942840<br>Sacramento, CA 94240-0040 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address<br>Comptroller of Maryland<br>Revenue Administration Division<br>PO Box 549<br>Annapolis, MD 21411 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | Blue Sun Scientific, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.4**

Priority creditor's name and mailing address
Illinois Dept. of Revenue
PO BOX 19035
Springfield, IL 62794-9035

As of the petition filing date, the claim is: $0.00 $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.5**

Priority creditor's name and mailing address
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is: $0.00 $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.6**

Priority creditor's name and mailing address
Irvin Lucas
6835 Laurel Canyon Blvd Apt 110
North Hollywood, CA 91605

As of the petition filing date, the claim is: $7,142.87 $7,142.87
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
08/04/25-08/29/25

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.7**

Priority creditor's name and mailing address
Joshua Sarver
1400 Elfin Court
Frederick, MD 21703

As of the petition filing date, the claim is: $4,285.71 $4,285.71
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
08/04/25-08/29/25

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.8**

Priority creditor's name and mailing address
Robert Gajewski
2728 Leonard Lane
North Aurora, IL 60542

As of the petition filing date, the claim is: $7,142.87 $7,142.87
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
08/04/25-08/29/25

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor  __Blue Sun Scientific, LLC_____  Case number (if known) _____
       Name

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

   **3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                  **Amount of claim**

| **3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,861.47** |
|---|---|---|---|
| | Carefirst Maryland (Radius Global Soln.) | ☐ Contingent | |
| | PO Box 390908 | ☐ Unliquidated | |
| | Minneapolis, MN 55439 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Insurance_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| **3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,590.62** |
|---|---|---|---|
| | Executive Financial Enterprises (UPS) | ☐ Contingent | |
| | 1465 Tamarind Ave #680 | ☐ Unliquidated | |
| | Cumming, GA 30028 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Shipping and logistics services_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| **3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$996,802.26** |
|---|---|---|---|
| | Innovative Technologies Group & Company | ☐ Contingent | |
| | 8017 Dorsey Run Rd, Suite H | ☐ Unliquidated | |
| | Jessup, MD 20794 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Business Loan_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| **3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,020.94** |
|---|---|---|---|
| | Interworld Freight | ☐ Contingent | |
| | 9601 NW 112th Ave | ☐ Unliquidated | |
| | Miami, FL 33178 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Freight forwarding and shipping services_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| **3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,579,454.53** |
|---|---|---|---|
| | KPM Analytics | ☐ Contingent | |
| | 8 Technology Drive | ☐ Unliquidated | |
| | Westborough, MA 01581 | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Judgment_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| **3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$71,902.85** |
|---|---|---|---|
| | Kroll, LLC | ☐ Contingent | |
| | 12595 Collection Center Dr | ☐ Unliquidated | |
| | Chicago, IL 60693 | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Professional services_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| **3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$554,487.50** |
|---|---|---|---|
| | Seyfarth Shaw | ☐ Contingent | |
| | 233 S Wacker Dr, Suite 8000 | ☐ Unliquidated | |
| | Chicago, IL 60606 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Legal Services_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Blue Sun Scientific, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>Smith, Duggan, Cornell & Gollub, LLP<br>55 Old Bedford Rd, Suite 300<br>Lincoln, MA 01773 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $99,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Legal Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>UPS<br>55 Glenlake Parkway NE<br>Atlanta, GA 30328 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,216.01 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Shipping and logistics services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 18,571.45 |
| **5b. Total claims from Part 2** | 5b. + $ | 6,311,336.18 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 6,329,907.63 |

**Fill in this information to identify the case:**

Debtor name    Blue Sun Scientific, LLC

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1   State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract    _____

2.2   State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract    _____

2.3   State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract    _____

2.4   State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract    _____

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name___Blue Sun Scientific, LLC

United States Bankruptcy Court for the:___DISTRICT OF MARYLAND

Case number (if known)_____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*                                                    *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Arnold Eilert | 2264 Clearbrook act<br>Wauconda, IL 60084 | KPM Analytics | ☐ D ____<br>☒ E/F ___3.5___<br>☐ G ____ |
| 2.2 | Irvin Lucas | 6835 Laurel Canyon Blvd Apt 110<br>North Hollywood, CA 91605 | KPM Analytics | ☐ D ____<br>☒ E/F ___3.5___<br>☐ G ____ |
| 2.3 | Robert M Gajewski | 2728 Leonard Lane<br>Aurora, IL 60542 | KPM Analytics | ☐ D ____<br>☒ E/F ___3.5___<br>☐ G ____ |
| 2.4 | The Innovative Technologies Group & Co., | 8017 Dorsey Run Rd, Suite H<br>Jessup, MD 20794 | KPM Analytics | ☐ D ____<br>☒ E/F ___3.5___<br>☐ G ____ |
| 2.5 | The Innovative Technologies Group & Co., | 8017 Dorsey Run Rd, Suite H<br>Jessup, MD 20794 | Kroll, LLC | ☐ D ____<br>☒ E/F ___3.6___<br>☐ G ____ |

Fill in this information to identify the case:

Debtor name  Blue Sun Scientific, LLC

United States Bankruptcy Court for the:  DISTRICT OF MARYLAND

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date: From 01/01/2025 to Filing Date | ☒ Operating a business ☐ Other _____ | $645,605.03 |
   | For prior year: From 01/01/2024 to 12/31/2024 | ☒ Operating a business ☐ Other _____ | $1,952,459.00 |
   | For year before that: From 01/01/2023 to 12/31/2023 | ☒ Operating a business ☐ Other _____ | $1,830,246.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor  Blue Sun Scientific, LLC _____   Case number *(if known)* _____

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | ITG<br>8017 Dorsey Run Rd, Suite H<br>Jessup, MD 20794 | 05/23/25 | $24,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | SMI<br>14540 119th St N<br>Stillwater, MN 55082 | 05/23/25 | $2,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.3. | Google Adwords<br>1600 Amphiteatre Parkway Mountain View<br>Mountain View, CA 94043 | 06/05/25 | $305.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.4. | Terrace Assembly<br>395 Timberton Circle Bellefonte<br>Mountain View, CA 94043 | 06/06/25 | $458.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | Sandy Spring Bank<br>17801 Georgia Ave.<br>Olney, MD 20832 | 06/06/25 | $125.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.6. | ITG<br>8017 Dorsey Run Rd, Suite H<br>Jessup, MD 20794 | 06/10/25 | $24,789.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | Zoho<br>4141 Hacienda Dr Pleasanton<br>Pleasanton, CA 94588 | 06/17/25 | $30.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.8. | ITG<br>8017 Dorsey Run Rd, Suite H<br>Jessup, MD 20794 | 06/25/25 | $30,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.9. | Google Adwords<br>1600 Amphiteatre Parkway Mountain View<br>Mountain View, CA 94043 | 07/07/25 | $362.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |

Official Form 207             Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **2**

Debtor    Blue Sun Scientific, LLC _____          Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.10. | Zoho | 07/08/25 | $335.23 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.11. | Sandy Spring Bank<br>17801 Georgia Ave.<br>Olney, MD 20832 | 07/08/25 | $140.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.12. | Smith Duggan<br>55 Old Bedford Road, Suite 300<br>Lincoln, MA 01773 | 07/10/25 | $60,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.13. | SMI<br>14540 119th St N<br>Stillwater, MN 55082 | 07/14/25 | $3,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.14. | Zoho<br>4141 Hacienda Dr Pleasanton<br>Pleasanton, CA 94588 | 07/14/25 | $76.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.15. | ITG<br>8017 Dorsey Run Rd, Suite H<br>Jessup, MD 20794 | 07/22/25 | $62,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. | SMI<br>14540 119th St N<br>Stillwater, MN 55082 | 07/24/25 | $13,004.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.17. | Praha Analytical Partners<br>Zahradn?ckova 1220/20b, Prague,<br>Czech Republic, 150-00 | 08/05/25 | $47,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.18. | Google Adwords<br>1600 Amphiteatre Parkway Mountain View<br>Mountain View, CA 94043 | 08/05/25 | $415.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |

Debtor    Blue Sun Scientific, LLC                                    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.19 | ITG<br>8017 Dorsey Run Rd, Suite H<br>Jessup, MD 20794 | 08/05/25 | $12,423.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.20 | ITG<br>8017 Dorsey Run Rd, Suite H<br>Jessup, MD 20794 | 08/05/25 | $747.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.21 | Sandy Spring Bank<br>17801 Georgia Ave.<br>Olney, MD 20832 | 08/06/26 | $140.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.22 | Smith Duggan<br>55 Old Bedford Road, Suite 300<br>Lincoln, MA 01773 | 08/07/25 | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.23 | Sandy Spring Bank<br>17801 Georgia Ave.<br>Olney, MD 20832 | 08/11/25 | $150.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.24 | Sandy Spring Bank<br>17801 Georgia Ave.<br>Olney, MD 20832 | 08/11/25 | $15.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.25 | ADP<br>One ADP Boulevard, Roseland<br>Roseland, NJ 07068 | | $57,021.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Irvin Lucas<br>6835 Laurel Canyon Blvd Apt 110<br>North Hollywood, CA 91605<br>President | 08/24/24 | $1,148.25 | Expense Reimbursement - Blue<br>Sun Shirts |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor   Blue Sun Scientific, LLC _____   Case number *(if known)* _____

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2.  Irvin Lucas<br>6835 Laurel Canyon Blvd Apt 110<br>North Hollywood, CA 91605<br>President | 01/02/2025 | $3,618.33 | Expense Reimbursement -<br>Arablab |
| 4.3.  Irvin Lucas<br>6835 Laurel Canyon Blvd Apt 110<br>North Hollywood, CA 91605<br>President | 08/07/25 | $1,310.00 | Expense Reimbursement |

**5.  Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| KPM Analytics North American<br>Corporation<br>8 Technology Drive<br>Westborough, MA 01581 | Garnishment | | Unknown |

**6.  Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|
| 7.1.  KPM ANALYTICS NORTH<br>AMERICA CORPORATION,<br>Plaintiff,<br>v.<br>BLUE SUN SCIENTIFIC, LLC,<br>THE INNOVATIVE<br>TECHNOLOGIES GROUP &<br>CO., LTD., ARNOLD EILERT,<br>ROBERT GAJEWSKI,<br>RACHAEL GLENISTER, and<br>IRVIN LUCAS,<br>21-CV-10572-MRG | Civil | United States District Court<br>for the District of<br>Massachusetts<br>1 Courthouse Wy<br>Boston, MA 02210 | ☐ Pending<br>☒ On appeal<br>☐ Concluded |
| 7.2.  KPM Analytics North America<br>Corporation v. Blue Sun<br>Scientific, LLC et al.<br>1;25-MC-474 | Garnishment | U.S. District Court for the<br>District of Mayland<br>101 W Lombard Street<br><br>Baltimore, MD 21201 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

Debtor   Blue Sun Scientific, LLC _____   Case number *(if known)* _____

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854 | | August 25, 2025 | $25,000.00 |
| | **Email or website address**<br>http://www.mbvesq.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor   Blue Sun Scientific, LLC _____    Case number *(if known)* _____

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor    Blue Sun Scientific, LLC                               Case number *(if known)*

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

Debtor  Blue Sun Scientific, LLC _____     Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification Number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. CalTest, LLC<br>8017 Dorsey Run Rd,<br>Jessup, MD 20794 | Consulting and application support for a wide variety of NIR Instrument platforms. | **Dates business existed**<br>EIN:<br><br>**From-To**   August 2020-February 2025 |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   Kin Loch & Associates, LLC<br>8808 Centre Park Drive, Suite 300<br>Columbia, MD 21045 | 02/21/2025 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Irvin Lucas<br>6835 Laurel Canyon Blvd Apt 110<br>North Hollywood, CA 91605 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

**Name and address**

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Wilt | 22189 Bayshore Road<br>Chestertown, MD 21620 | CEO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Irvin Lucas | 6835 Laurel Canyon Blvd Apt 110<br>North Hollywood, CA 91605 | President | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

Debtor    Blue Sun Scientific, LLC _____    Case number (if known) _____

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | Irvin Lucas 6835 Laurel Canyon Blvd Apt 110 North Hollywood, CA 91605 | $ 64,442.48 | Bi-weekly Payment | Salary |
| | **Relationship to debtor** President | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Innovative Technologies Group & Co. | EIN:    52-2048366 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 29, 2025 _____

/s/  Irvin Lucas _____          Irvin Lucas _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    President _____

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**
☒ No
☐ Yes

## United States Bankruptcy Court
### District of Maryland

In re  Blue Sun Scientific, LLC

Debtor(s)

Case No. _____

Chapter   11 _____

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Innovative Technologies Group & Co.<br>8017 Dorsey Run Rd.<br>Suite H<br>Jessup, MD 20794 | Membership | | Sole Member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   August 29, 2025

Signature   /s/  Irvin Lucas

Irvin Lucas

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Maryland

In re  Blue Sun Scientific, LLC

Debtor(s)

Case No.

Chapter  11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  August 29, 2025

/s/ Irvin Lucas

Irvin Lucas/President
Signer/Title

Software Copyright (c) 1996-2025 Best Case, LLC  - www.bestcase.com

Best Case Bankruptcy

Arnold Eilert
2264 Clearbrook act
Wauconda, IL 60084


California Employment Development Dept.
Tax Support Division, MIC 93
PO Box 826880
Sacramento, CA 94280-0001


California Franchise Tax Board
PO Box 942840
Sacramento, CA 94240-0040


Carefirst Maryland (Radius Global Soln.)
PO Box 390908
Minneapolis, MN 55439


Comptroller of Maryland
Revenue Administration Division
PO Box 549
Annapolis, MD 21411


Executive Financial Enterprises (UPS)
1465 Tamarind Ave #680
Cumming, GA 30028


Illinois Dept. of Revenue
PO BOX 19035
Springfield, IL 62794-9035


Innovative Technologies Group & Company
8017 Dorsey Run Rd, Suite H
Jessup, MD 20794


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Interworld Freight
9601 NW 112th Ave
Miami, FL 33178


Irvin Lucas
6835 Laurel Canyon Blvd Apt 110
North Hollywood, CA 91605


Joshua Sarver
1400 Elfin Court
Frederick, MD 21703


KPM Analytics
8 Technology Drive
Westborough, MA 01581


Kroll, LLC
12595 Collection Center Dr
Chicago, IL 60693


Robert Gajewski
2728 Leonard Lane
North Aurora, IL 60542


Robert M Gajewski
2728 Leonard Lane
Aurora, IL 60542


Seyfarth Shaw
233 S Wacker Dr, Suite 8000
Chicago, IL 60606


Smith, Duggan, Cornell & Gollub, LLP
55 Old Bedford Rd, Suite 300
Lincoln, MA 01773

The Innovative Technologies Group & Co.,
8017 Dorsey Run Rd, Suite H
Jessup, MD 20794


UPS
55 Glenlake Parkway NE
Atlanta, GA 30328

**United States Bankruptcy Court**
**District of Maryland**

In re   Blue Sun Scientific, LLC                                     Case No.
                                        Debtor(s)                    Chapter    11

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Blue Sun Scientific, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Innovative Technologies Group & Co.
8017 Dorsey Run Rd.
Suite H
Jessup, MD 20794

☐ None [*Check if applicable*]

August 29, 2025                              /s/ Maurice Verstandig
Date                                         Maurice Verstandig 18071
                                             Signature of Attorney or Litigant
                                             Counsel for   Blue Sun Scientific, LLC
                                             The Belmont Firm
                                             1050 Connecticut NW
                                             Suite 500
                                             Washington, DC 20036
                                              Fax:
                                             mac@mbvesq.com