United States Bankruptcy Court
District of Maryland

In re:  Case No. 25-17998-DER
Blue Sun Scientific, LLC  Chapter 11
The Innovative Technologies Group & Co.,
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 20, 2025 | Form ID: ntchrgb3 | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Blue Sun Scientific, LLC, 8017 Dorsey Run Rd, Suite H, Jessup, MD 20794-9372 |
| cr | + | KPM Analytics North America Corporation, c/o Miles & Stockbridge P.C., Addison J. Chappell, Esquire, 100 Light Street, 7th Floor, Baltimore, MD 21202-1153 |
| cr | + | Sandy Spring Bank, a division of Atlantic Union Ba, c/o Michael D. Nord, Gebhardt & Smith LLP, 1 South Street, Suite 2200, Baltimore, MD 21202-3343 |
| jadb | + | The Innovative Technologies Group & Co., LTD, 8017 Dorsey Run Road, Suite H, Jessup, MD 20794-9372 |
| 32947075 | + | Carefirst Maryland (Radius Global Soln.), PO Box 390908, Minneapolis, MN 55439-0908 |
| 32947077 | | Executive Financial Enterprises (UPS), 1465 Tamarind Ave #680, Cumming, GA 30028 |
| 32947081 | + | Interworld Freight, 9601 NW 112th Ave, Miami, FL 33178-2521 |
| 32947083 | + | Joshua Sarver, 1400 Elfin Court, Frederick, MD 21703-2220 |
| 32947084 | + | KPM Analytics, 8 Technology Drive, Westborough, MA 01581-1756 |
| 32947085 | + | Kroll, LLC, 12595 Collection Center Dr, Chicago, IL 60693-0001 |
| 32947086 | + | Robert Gajewski, 2728 Leonard Lane, North Aurora, IL 60542-6002 |
| 32947088 | + | Seyfarth Shaw LLP, 233 S Wacker Dr, Suite 8000, Chicago, IL 60606-6448 |
| 32947089 | + | Smith, Duggan, Cornell & Gollub, LLP, 55 Old Bedford Rd, Suite 300, Lincoln, MA 01773-1125 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32947091 | + | Email/Text: bankruptcy@ups.com | Oct 20 2025 19:30:00 | UPS, 55 Glenlake Parkway NE, Atlanta, GA 30328-3474 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | *+ | The Innovative Technologies Group & Co., LTD, 8017 Dorsey Run Road, Suite H, Jessup, MD 20794-9372 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0416-1            User: admin            Page 2 of 2
Date Rcvd: Oct 20, 2025            Form ID: ntchrgb3            Total Noticed: 14
Date: Oct 22, 2025            Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Addison J. Chappell | achappell@milesstockbridge.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jeffrey M. Orenstein | jorenstein@wolawgroup.com |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Michael Benjamin Brown | mbbrown@milesstockbridge.com   jdiaz@milesstockbridge.com |
| Michael David Nord | mnord@gebsmith.com |
| Timothy VanCisin | tvancisin@gebsmith.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25−17998 − DER**   Chapter: **11**

**Blue Sun Scientific, LLC and**
**The Innovative Technologies Group & Co., LTD**
Debtors

# NOTICE

IN PERSON HEARING − Courtroom 9−D Baltimore, Judge Rice.

PLEASE TAKE NOTICE that a hearing will be held on 10/29/25 at 02:00 PM to consider and act upon the following:

17 − Application to Employ Smith Duggan Cornell & Gollub LLP as Special Counsel and Verified Statement of Proposed Party Filed by Blue Sun Scientific, LLC. (Attachments: # 1 Verified Statement # 2 Proposed Order) (VerStandig, Maurice)

22 − Objection on behalf of KPM Analytics North America Corporation Filed by Addison J. Chappell (related document(s)17 Application to Employ filed by Debtor Blue Sun Scientific, LLC). (Attachments: # 1 Exhibit A # 2 Proposed Order) (Chappell, Addison)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 10/20/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410−962−7769

Form ntchrgmdb (rev. 08/13/2024)