UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| BLUE SUN SCIENTIFIC, LLC | * | No. 25-17998-DER |
| | | Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| IN RE: | * | |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD | * | No. 25-18000-DER |
| | | Chapter 11 |
| | * | |
| Debtor | | Jointly Administered under Case No. 25-17998-DER |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEBTORS' LIST OF WITNESSES FOR HEARING ON DEBTORS' APPLICATIONS FOR AUTHORITY TO EMPLOY SMITH DUGGAN CORNELL & GOLLUB LLP AS SPECIAL COUNSEL FOR DEBTORS

The parties have been engaged in conversations and anticipate that they will be filing a stipulation of facts and a joint set of exhibits for use at the October 29, 2025, hearing on Blue Sun Scientific, LLC ("Blue Sun") and The Innovative Technologies Group & Co, LTD ("ITG") (collectively, the "Debtors"), Application for Authority to Employ Smith Duggan Cornell & Gollub LLP as Special Counsel for the Debtor (the "Applications"). The Debtors believe that, with the Stipulations and agreed documents, the hearing will become matter of argument on the Applications, and the oppositions thereto filed by KPM Analytics North America Corporation ("KPM"). While the Debtors do not believe testimony will be required if the Court accepts the

1

parties' stipulations, if testimony is required, the Debtors anticipate they would call the following individual:

1. Robert Wilt

                Respectfully submitted,

                \s\ Jeffrey M. Orenstein
                JEFFREY M. ORENSTEIN (#07512)
                Wolff & Orenstein, LLC
                Shady Grove Plaza
                15245 Shady Grove Road, Suite 465
                Rockville, Maryland  20850
                (301) 250-7232
                jorenstein@wolawgroup.com

                Counsel for The Innovative Technologies
                 Group & Co, LTD

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on the 25th day of October, 2025, a copy of the foregoing was served by electronic mail to:

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 W. Lombard Street
Suite 2625
Baltimore, Maryland 21202
hugh.m.bernstein@usdoj.gov

Michael Benjamin Brown
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202
mbbrown@milesstockbridge.com

Addison Chappell, Esq.
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202
achappell@milesstockbridge.com

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
mac@mbvesq.com

                              /s/ Jeffrey M. Orenstein
                              Jeffrey M. Orenstein