# District of Maryland
## Claims Register

Case 25-17998 & 25-18000
**EXHIBIT E-08**

<u>25-18000 The Innovative Technologies Group & Co., LTD</u>

**Chief Judge:** David E Rice       **Chapter:** 11
**Office:** Baltimore                **Last Date to file claims:** 01/06/2026
**Trustee:**                         **Last Date to file (Govt):** 02/25/2026

---

*Creditor:* (32949422)                **Claim No: 1**                    *Status:*
US Small Business Administration      *Original Filed*                   *Filed by:* CR
100 S Charles Street, Suite 1201      *Date*: 09/04/2025                 *Entered by:* admin
721 19th Street, Suite 301            *Original Entered*                 *Modified:*
Baltimore, MD 20201                   *Date*: 09/04/2025

Amount claimed: $172134.78
Secured claimed: $172134.78

*History:*
Details   1-1   09/04/2025 Claim #1 filed by US Small Business Administration, Amount claimed: $172134.78 (admin)

*Description:*
*Remarks:* (1-1) Account Number (last 4 digits):8007

---

*Creditor:* (32953669)                **Claim No: 2**                    *Status:*
Intelliworks HT LLC                   *Original Filed*                   *Filed by:* CR
PO Box 899                            *Date*: 09/09/2025                 *Entered by:* admin
Norwalk, OH 44857-0899                *Original Entered*                 *Modified:*
                                      *Date*: 09/09/2025

Amount claimed: $10498.55

*History:*
Details   2-1   09/09/2025 Claim #2 filed by Intelliworks HT LLC, Amount claimed: $10498.55 (admin)
          doc   09/09/2025 Proof of Claim Attachment 3001(c)(1) and (d) of Claim No. 2 filed by Intelliworks HT LLC (webclaimusr)
          doc   09/09/2025 Proof of Claim Attachment 3001(c)(1) and (d) of Claim No. 2 filed by Intelliworks HT LLC (webclaimusr)

*Description:*
*Remarks:*

---

*Creditor:* (32966203)                **Claim No: 3**                    *Status:*
U.S. Small Business Administration    *Original Filed*                   *Filed by:* CR
100 S Charles Street, Suite 1201      *Date*: 09/23/2025                 *Entered by:* admin
721 19th Street, Suite 301            *Original Entered*                 *Modified:*
Baltimore, MD 20201                   *Date*: 09/23/2025

Amount claimed: $115676.90
Secured claimed: $115676.90

*History:*
Details   3-1   09/23/2025 Claim #3 filed by U.S. Small Business Administration, Amount claimed: $115676.90 (admin)

*Description:*
*Remarks:* (3-1) Account Number (last 4 digits):5010

| | |
|---|---|
| *Creditor:*   (32974472)<br>McMaster-Carr Supply Co<br>200 New Canton Way<br>Robinsville, NJ 08691-2343 | **Claim No: 4**<br>*Original Filed Date*: 09/30/2025<br>*Original Entered Date*: 10/01/2025 |

*Status:*
*Filed by:* CR
*Entered by:* Daniel Walston
*Modified:*

Amount claimed: $1073.10

*History:*

Details ● 4-1  09/30/2025 Claim #4 filed by McMaster-Carr Supply Co, Amount claimed: $1073.10 (Walston, Daniel)

*Description:*
*Remarks:*

# Claims Register Summary

**Case Name:** The Innovative Technologies Group & Co., LTD
**Case Number:** 25-18000
**Chapter:** 11
**Date Filed:** 08/29/2025
**Total Number Of Claims:** 4

| | |
|---|---|
| Total Amount Claimed* | $299383.33 |
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $287811.68 | |
| **Priority** | | |
| **Administrative** | | |
| **Other** | $11571.65 | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/23/2025 10:15:15 | | | |
| **PACER Login:** | wojmo2017 | **Client Code:** | 916171 |
| **Description:** | Claims Register | **Search Criteria:** | 25-18000 Filed or Entered From: 1/1/1990 Filed or Entered To: 12/31/2025 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |