# District of Maryland
# Claims Register

**Case 25-17998 & 25-18000**
**EXHIBIT E-09**

## 25-17998 Blue Sun Scientific, LLC and The Innovative Technologies Group & Co., LTD

**Chief Judge:** David E Rice  **Chapter:** 11
**Office:** Baltimore  **Last Date to file claims:** 01/06/2026
**Trustee:**  **Last Date to file (Govt):** 02/25/2026

---

*Creditor:* (32980137)
US Small Business Administration
100 S Charles Street, Suite 1201
721 19th Street, Suite 301
Baltimore, MD 20201

**Claim No: 1**
*Original Filed Date:* 09/04/2025
*Original Entered Date:* 10/07/2025

*Status:*
*Filed by:* CR
*Entered by:* Christopher Adams
*Modified:*

Amount claimed: $172134.78
Secured claimed: $172134.78

*History:*
Details  1-1  09/04/2025 Claim #1 filed by US Small Business Administration, Amount claimed: $172134.78 (Adams, Christopher)

*Description:*
*Remarks:* (1-1) Claim 1-1 docketed from consolidated member case 25-18000

---

*Creditor:* (32980099)  History
Intelliworks HT LLC
PO Box 899
Norwalk, OH 44857-0899

**Claim No: 2**
*Original Filed Date:* 09/09/2025
*Original Entered Date:* 10/07/2025

*Status:*
*Filed by:* CR
*Entered by:* Christopher Adams
*Modified:* 10/07/2025

Amount claimed: $10498.55

*History:*
Details  2-1  09/09/2025 Claim #2 filed by Intelliworks HT LLC, Amount claimed: $10498.55 (Adams, Christopher)

*Description:*
*Remarks:* (2-1) Claim 2-1 docketed from consolidated member case 25-18000

---

*Creditor:* (32980137)
US Small Business Administration
100 S Charles Street, Suite 1201
721 19th Street, Suite 301
Baltimore, MD 20201

**Claim No: 3**
*Original Filed Date:* 09/23/2025
*Original Entered Date:* 10/07/2025

*Status:*
*Filed by:* CR
*Entered by:* Christopher Adams
*Modified:*

Amount claimed: $115676.90
Secured claimed: $115676.90

*History:*
Details  3-1  09/23/2025 Claim #3 filed by US Small Business Administration, Amount claimed: $115676.90 (Adams, Christopher)

*Description:*
*Remarks:* (3-1) Claim 3-1 docketed from consolidated member case 25-18000

| | | | |
|---|---|---|---|
| Creditor:       (32980140)<br>McMaster-Carr Supply Co.<br>200 New Canton Way<br>Robbinsville, NJ 08691-2343 | **Claim No: 4**<br>*Original Filed Date*: 09/30/2025<br>*Original Entered Date*: 10/07/2025 | Status:<br>*Filed by:* CR<br>*Entered by:* Christopher Adams<br>*Modified:* | |

Amount claimed: $1073.10

*History:*

Details    4-1    09/30/2025 Claim #4 filed by McMaster-Carr Supply Co., Amount claimed: $1073.10 (Adams, Christopher)

*Description:*

*Remarks:* (4-1) Claim 4-1 docketed from consolidated member case 25-18000

| | | | |
|---|---|---|---|
| Creditor:       (32981025)<br>Interworld Freight, Inc.<br>9601 NW 112th Avenue<br>Medley, FL 33178<br>Medley, FL 33178 | **Claim No: 5**<br>*Original Filed Date*: 10/08/2025<br>*Original Entered Date*: 10/08/2025 | Status:<br>*Filed by:* CR<br>*Entered by:* admin<br>*Modified:* | |

Amount claimed: $2020.94

*History:*

Details    5-1    10/08/2025 Claim #5 filed by Interworld Freight, Inc., Amount claimed: $2020.94 (admin)

*Description:*

*Remarks:*

| | | | |
|---|---|---|---|
| Creditor:       (32947088)    History<br>Seyfarth Shaw LLP<br>233 S Wacker Dr, Suite 8000<br>Chicago, IL 60606 | **Claim No: 6**<br>*Original Filed Date*: 10/17/2025<br>*Original Entered Date*: 10/20/2025 | Status:<br>*Filed by:* CR<br>*Entered by:* Christopher Adams<br>*Modified:* | |

Amount claimed: $617459.49

*History:*

Details    6-1    10/17/2025 Claim #6 filed by Seyfarth Shaw LLP, Amount claimed: $617459.49 (Adams, Christopher)

*Description:*

*Remarks:*

# Claims Register Summary

**Case Name:** Blue Sun Scientific, LLC and The Innovative Technologies Group & Co., LTD
**Case Number:** 25-17998
**Chapter:** 11
**Date Filed:** 08/29/2025
**Total Number Of Claims:** 6

| Total Amount Claimed* | $918863.76 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

|  | Claimed | Allowed |
|---|---|---|
| **Secured** | $287811.68 | |
| **Priority** | | |
| **Administrative** | | |
| **Other** | $631052.08 | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/23/2025 10:12:14 | | | |
| **PACER Login:** | wojmo2017 | **Client Code:** | 916171 |
| **Description:** | Claims Register | **Search Criteria:** | 25-17998 Filed or Entered From: 1/1/1990 Filed or Entered To: 12/31/2025 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |