# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re:<br><br>BLUE SUN SCIENTIFIC, LLC,<br><br>THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD,<br><br>Debtors. | Jointly Administered Under<br><br>Case No. 25-17998-DER (Lead Case)<br><br>Case No. 25-18000-DER<br><br>Chapter 11 |

### JOINT EXHIBIT LIST FOR OCTOBER 29, 2025 HEARING

KPM Analytics North America Corporation ("KPM"), Blue Sun Scientific, LLC ("Blue Sun"), and the Innovative Technologies Group & Co., LTD ("ITG" together with Blue Sun, the "Debtors"), by and through undersigned counsel, file their Joint Exhibit List for the October 29, 2025 combined hearing on the Application for Authority to Employ Smith Duggan Cornell & Gollub LLP as Special Counsel for Debtor [Case No. 25-18000, Dkt. No. 19] filed by ITG, the Objection to Application for Authority to Employ Smith Duggan Cornell & Gollub LLP as Special Counsel for Debtor [Case. No. 25-18000, Dkt. No. 33] filed by KPM, the Application for Authority to Employ Smith Duggan Cornell & Gollub LLP as Special Counsel for Debtor [Case No. 25-17998, Dkt. No. 17] filed by Blue Sun, and the Objection to Application for Authority to Employ Smith Duggan Cornell & Gollub LLP as Special Counsel for Debtor [Case No. 25-17998, Dkt. No. 22] filed by KPM.

**Joint Exhibit List**:

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| E01 | Memorandum and Order from the United States District Court for the District of Massachusetts | | | |

| | | | | |
|---|---|---|---|---|
| E02 | Final Judgment and Permanent Injunction from the United States District Court for the District of Massachusetts | | | |
| E03 | Smith Duggan Engagement Agreement | | | |
| E04 | Blue Sun's Voluntary Petition, Schedules & Statement of Financial Affairs | | | |
| E05 | ITG's Voluntary Petition, Schedules & Statement of Financial Affairs | | | |
| E06 | ITG's Verified Statement of Dana Zakarian | | | |
| E07 | Blue Sun's Verified Statement of Dana Zakarian | | | |
| E08 | ITG Claims Register | | | |
| E09 | Blue Sun/ITG Claims Register | | | |
| | All exhibits used for impeachment/rebuttal | | | |

[Remainder of page intentionally blank]

Dated October 27, 2025

<u>/s/ Addison J. Chappell</u>
Addison J. Chappell, Esquire (#21852)
Michael B. Brown, Esquire (#19641)
MILES & STOCKBRIDGE P.C.
100 Light Street, 7th Floor
Baltimore, MD 21202
Telephone: (410) 385-3481
Telephone: (410) 385-3663
achappell@milesstockbridge.com
mbbrown@milesstockbridge.com

*Counsel for KPM Analytics
North America Corporation*


<u>/s/ Maurice B. VerStandig</u>
Maurice B. VerStandig,(#18071)
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com

*Counsel for Blue Sun Scientific, LLC*

Respectfully submitted,

<u>/s/ Jeffrey M. Orenstein</u>
JEFFREY M. ORENSTEIN (#7512)
Wolff & Orenstein, LLC
Shady Grove Plaza
15245 Shady Grove Road, Suite 465
Rockville, Maryland  20850
(301) 250-7232
jorenstein@wolawgroup.com

*Counsel for The Innovative Technologies
Group & Co, LTD*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 27, 2025 a copy of the foregoing Exhibit/Witness List was served electronically, via this Court's CM/ECF system, on all parties registered to receive electronic noticing in this case.

- **Hugh M. (UST) Bernstein**   hugh.m.bernstein@usdoj.gov
- **Michael Benjamin Brown**   mbbrown@milesstockbridge.com, jdiaz@milesstockbridge.com
- **Addison J. Chappell**   achappell@milesstockbridge.com
- **Michael David Nord**   mnord@gebsmith.com
- **Jeffrey M. Orenstein**   jorenstein@wolawgroup.com
- **US Trustee - Baltimore**   USTPRegion04.BA.ECF@USDOJ.GOV
- **Timothy VanCisin**   tvancisin@gebsmith.com
- **Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

 

       */s/ Addison J. Chappell*
       Addison J. Chappell

120888\000001\4909-8775-0261.v1