# District of Maryland
## Claims Register

Case 25-17998 & 25-18000
**EXHIBIT E-08**

<u>25-18000 The Innovative Technologies Group & Co., LTD</u>

**Chief Judge:** David E Rice  **Chapter:** 11
**Office:** Baltimore  **Last Date to file claims:** 01/06/2026
**Trustee:**  **Last Date to file (Govt):** 02/25/2026

---

*Creditor:* (32949422)
US Small Business Administration
100 S Charles Street, Suite 1201
721 19th Street, Suite 301
Baltimore, MD 20201

**Claim No: 1**
*Original Filed Date*: 09/04/2025
*Original Entered Date*: 09/04/2025

*Status:*
*Filed by:* CR
*Entered by:* admin
*Modified:*

Amount claimed: $172134.78
Secured claimed: $172134.78

*History:*
Details  1-1  09/04/2025 Claim #1 filed by US Small Business Administration, Amount claimed: $172134.78 (admin)

*Description:*
*Remarks:* (1-1) Account Number (last 4 digits):8007

---

*Creditor:* (32953669)
Intelliworks HT LLC
PO Box 899
Norwalk, OH 44857-0899

**Claim No: 2**
*Original Filed Date*: 09/09/2025
*Original Entered Date*: 09/09/2025

*Status:*
*Filed by:* CR
*Entered by:* admin
*Modified:*

Amount claimed: $10498.55

*History:*
Details  2-1  09/09/2025 Claim #2 filed by Intelliworks HT LLC, Amount claimed: $10498.55 (admin)
        doc  09/09/2025 Proof of Claim Attachment 3001(c)(1) and (d) of Claim No. 2 filed by Intelliworks HT LLC (webclaimusr)
        doc  09/09/2025 Proof of Claim Attachment 3001(c)(1) and (d) of Claim No. 2 filed by Intelliworks HT LLC (webclaimusr)

*Description:*
*Remarks:*

---

*Creditor:* (32966203)
U.S. Small Business Administration
100 S Charles Street, Suite 1201
721 19th Street, Suite 301
Baltimore, MD 20201

**Claim No: 3**
*Original Filed Date*: 09/23/2025
*Original Entered Date*: 09/23/2025

*Status:*
*Filed by:* CR
*Entered by:* admin
*Modified:*

Amount claimed: $115676.90
Secured claimed: $115676.90

*History:*
Details  3-1  09/23/2025 Claim #3 filed by U.S. Small Business Administration, Amount claimed: $115676.90 (admin)

*Description:*
*Remarks:* (3-1) Account Number (last 4 digits):5010

*Creditor:*       (32974472)  
McMaster-Carr Supply Co  
200 New Canton Way  
Robinsville, NJ 08691-2343

**Claim No: 4**  
*Original Filed Date*: 09/30/2025  
*Original Entered Date*: 10/01/2025

*Status:*  
*Filed by:* CR  
*Entered by:* Daniel Walston  
*Modified:*

Amount claimed: $1073.10

*History:*

Details    4-1    09/30/2025 Claim #4 filed by McMaster-Carr Supply Co, Amount claimed: $1073.10 (Walston, Daniel)

*Description:*  
*Remarks:*

# Claims Register Summary

**Case Name:** The Innovative Technologies Group & Co., LTD  
**Case Number:** 25-18000  
**Chapter:** 11  
**Date Filed:** 08/29/2025  
**Total Number Of Claims:** 4

| Total Amount Claimed* | $299383.33 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $287811.68 | |
| **Priority** | | |
| **Administrative** | | |
| **Other** | $11571.65 | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/23/2025 10:15:15 | | | |
| **PACER Login:** | wojmo2017 | **Client Code:** | 916171 |
| **Description:** | Claims Register | **Search Criteria:** | 25-18000 Filed or Entered From: 1/1/1990 Filed or Entered To: 12/31/2025 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |