United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-17998-DER |
| Blue Sun Scientific, LLC | Chapter 11 |
| The Innovative Technologies Group & Co., | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 31, 2025 | Form ID: pdfparty | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Blue Sun Scientific, LLC, 8017 Dorsey Run Rd, Suite H, Jessup, MD 20794-9372 |
| sp | + | Dana Zakarian, Smith Duggan Cornell & Gollub LLP, 55 Old Bedford Road, Suite 300, Lincoln, MA 01773-1125 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Oct 31 2025 19:39:00 | Hugh M. Bernstein, Esq., Office of the United States Trustee, 101 W. Lombard Street, Suite 2625, Baltimore, MD 21201-2668 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Nov 02, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Addison J. Chappell | achappell@milesstockbridge.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |

| District/off: 0416-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 31, 2025 | Form ID: pdfparty | Total Noticed: 3 |

Jeffrey M. Orenstein
    jorenstein@wolawgroup.com

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Michael Benjamin Brown
    mbbrown@milesstockbridge.com jdiaz@milesstockbridge.com

Michael David Nord
    mnord@gebsmith.com

Timothy VanCisin
    tvancisin@gebsmith.com

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 8

Entered: October 31st, 2025
Signed: October 30th, 2025
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| BLUE SUN SCIENTIFIC, LLC | * | No. 25-17998-DER<br>Chapter 11 |
| Debtor | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| IN RE: | * | |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD | * | No. 25-18000-DER<br>Chapter 11 |
| | * | |
| Debtor | | Joinlty administered under Case No. |
| | * | 25-17998-DER |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER AUTHORIZING EMPLOYMENT OF SMITH DUGGAN
CORNELL & GOLLUB LLP AS SPECIAL COUNSEL FOR DEBTORS

On October 29, 2025, the Court conducted a hearing to consider the Applications for Authority to Employ Smith Duggan Cornell & Gollub LLP as Special Counsel for the Debtors (the "Applications"), and the oppositions thereto filed by KPM Analytics North America Corporation. By their Applications, and pursuant to 11 U.S.C. § 327(e), the Debtors sought the Court's authority to employ and appoint the law firm of Smith Duggan Cornell & Gollub LLP

1

("Smith Duggan") as the Debtors' appellate counsel in proceedings pending in the United States Court of Appeals for the First Circuit (the "First Circuit"). At the hearing, the Court considered the Stipulations filed by the parties, the documents jointly submitted by the parties in conjunction with their stipulations, the testimony of Robert Wilt, and the arguments of the parties' counsel. For the reasons stated on the record at the conclusion of the hearing, the Court determined that Smith Duggan, a law firm that represented the Debtors pre-petition, and that holds a pre-petition claim against the Debtors, does not represent or hold any interest adverse to the Debtors or to their estates, with respect to the appellate matter on which Smith Duggan is to be employed. The Court further determined that it was in the best interest of the Debtors' estates to have Smith Duggan handle the First Circuit appellate matter which is the subject of the Applications. Having made these findings of fact, and for all of the reasons stated on the record, it is this day, by the United States Bankruptcy Court for the District of Maryland:

ORDERED, that the Debtors' Applications be, and hereby are APPROVED; and it is further

ORDERED, that pursuant to 11 U.S.C. § 327(e), Smith Duggan is hereby employed as special counsel to the Debtors under the terms set out in the Applications; and it is further

ORDERED, that Smith Duggan may file applications for allowance of post-petition compensation at their regular hourly rates as set forth in the Applications, but may not receive compensation for work performed pre-petition except to the extent that such payments are specifically approved by Order of this Court.

cc:

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854

Jeffrey M. Orenstein, Esq.
Wolff & Orenstein, LLC
15245 Shady Grove Road
Suite 465, North Lobby
Rockville, MD 20850

Michael Benjamin Brown
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202

Addison Chappell, Esq.
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 W. Lombard Street
Suite 2625
Baltimore, Maryland 21202

Michael D. Nord, Esq.
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202

Timothy VanCisin, Esq.
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202

**END OF ORDER**