UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| BLUE SUN SCIENTIFIC, LLC | * | No. 25-17998-DER<br>Chapter 11 |
| Debtor | * | |
| IN RE: | * | |
| THE INNOVATIVE TECHNOLOGIES<br> GROUP & CO., LTD | * | No. 25-18000-DER<br>Chapter 11 |
| | * | |
| Debtor | | Jointly administered under 25-17998-DER |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| BLUE SUN SCIENTIFIC, LLC | * |
| and | * |
| THE INNOVATIVE TECHNOLOGIES<br> GROUP & CO., LTD | * |
| | * |
| Movants | |
| | * |
| v. | |
| | * |
| KPM ANALYTICS NORTH AMERICA<br> CORPORATION | * |
| Respondent | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>NOTICE OF DEBTORS' MOTION FOR RELIEF FROM THE AUTOMATIC
STAY TO PERMIT CONTINUANCE OF APPELLATE PROCEEDINGS
IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT</u>

Blue Sun Scientific, LLC ("Blue Sun") and The Innovative Technologies Group & Co, LTD ("ITG")(collectively the "Debtors"), have filed papers with the court seeking relief from the automatic stay of 11 U.S.C. § 362(a) to enable the Debtors to proceed with an appeal that is

pending in the United States Court of Appeals for the First Circuit.  Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one).  If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then by December 5, 2025 you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

> Maurice B. VerStandig, Esq.
> The VerStandig Law Firm, LLC
> 9812 Falls Road, #114-160
> Potomac, Maryland 20854

> and

> Jeffrey M. Orenstein, Esq.
> Wolff & Orenstein, LLC
> Shady Grove Plaza
> 15245 Shady Grove Road
> Suite 465
> Rockville, Maryland 20850

If you mail, rather than deliver your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

The hearing is scheduled for Monday December 15, 2025, at 1:30 p.m., at the United States Bankruptcy Court for the District of Maryland, 101. W Lombard Street, Courtroom 9-D, Baltimore, MD 21201.

**IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.**

DATE: November 21, 2025

                                                    Respectfully submitted,

/s/ Maurice B. VerStandig
Maurice B. VerStandig,(#18071)
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com

Counsel for Blue Sun Scientific, LLC


\s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#07512)
Wolff & Orenstein, LLC
Shady Grove Plaza
15245 Shady Grove Road, Suite 465
Rockville, Maryland  20850
(301) 250-7232
jorenstein@wolawgroup.com

Counsel for The Innovative Technologies
 Group & Co, LTD


CERTIFICATE OF SERVICE

      I hereby certify that on the 21st day of November, 2025, a copy of the foregoing was served by electronic mail to:

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 W. Lombard Street
Suite 2625
Baltimore, Maryland 21202
hugh.m.bernstein@usdoj.gov

Addison Chappell, Esq.
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202
achappell@milesstockbridge.com

Michael Benjamin Brown
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202
mbbrown@milesstockbridge.com

Taylor Marie McAuliffe
Miles & Stockbridge PC
100 Light St.
8th Floor
Baltimore, MD 21202
tmcauliffe@milesstockbridge.com

      I hereby further certify that on the 21st day of November, 2025, a copy of the foregoing was served by first class mail to:

Christopher McIntire, Resident Agent
KPM Analytics North America Corporation
16 Robin Hill Road
Danvers, MA  01923

      A separate Certificate of Service is being filed reflecting service to all parties on the mailing matrix filed in this case.

                                            /s/ Jeffrey M. Orenstein
                                            Jeffrey M. Orenstein