UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

| IN RE: | CASE NO: 25-17998 |
|---|---|
| BLUE SUN SCIENTIFIC, LLC<br>THE INNOVATIVE TECHNOLOGIES GROUP & CO , LTD | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 11/21/2025, I did cause a copy of the following documents, described below,

Notice of Motion for Relief from Stay

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/21/2025

/s/ Jeffrey Orenstein
Jeffrey Orenstein  07512

Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465N
Rockville, MD 20850
301-250-7232
jwolff@wolawgroup.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE:<br><br>BLUE SUN SCIENTIFIC, LLC<br>THE INNOVATIVE TECHNOLOGIES GROUP & CO , LTD | CASE NO: 25-17998<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 11/21/2025, a copy of the following documents, described below,

Notice of Motion for Relief from Stay

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/21/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey Orenstein
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465N
Rockville, MD  20850

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CASE INFO | DEBTOR | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-17998<br>DISTRICT OF MARYLAND<br>FRI NOV 21 10-30-49 PST 2025 | BLUE SUN SCIENTIFIC  LLC<br>8017 DORSEY RUN RD<br>SUITE H<br>JESSUP  MD 20794-9372 | KPM ANALYTICS NORTH AMERICA CORPORATION<br>CO MILES  STOCKBRIDGE PC<br>ADDISON J CHAPPELL  ESQUIRE<br>100 LIGHT STREET  7TH FLOOR<br>BALTIMORE  MD 21202-1153 |
| SANDY SPRING BANK  A DIVISION OF ATLANTIC UN<br>CO MICHAEL D NORD<br>GEBHARDT  SMITH LLP<br>1 SOUTH STREET  SUITE 2200<br>BALTIMORE  MD 21202-3343 | THE INNOVATIVE TECHNOLOGIES GROUP  CO  LTD<br>8017 DORSEY RUN ROAD<br>SUITE H<br>JESSUP  MD 20794-9372 | AFLAC<br>1932 WYNNTON RD<br>COLUMBUS  GA 31999-0002 |
| ATT MOBILITY<br>PO BOX 6416<br>CAROL STREAM  IL 60197-6416 | AARON COLEMAN<br>6008 QUEBEC ST<br>BERWYN HEIGHTS  MD 20740-2736 | ALLIED WASTE SERVICE<br>8145 REICHS FORD RD<br>FREDERICK  MD 21704-6647 |
| ALTANTIC UNION BANK<br>CO CSC LAWYERS INCORPORATING SERVICE CO<br>7 ST PAUL STREET  SUITE 820<br>BALTIMORE  MD 21202-1681 | ARNOLD EILERT<br>2264 CLEARBROOK ACT<br>WAUCONDA  IL 60084-5017 | BALTIMORE GAS  ELECTRIC<br>PO BOX 13070<br>PHILADELPHIA  PA 19101-3070 |
| BERKSHIRE LIFE INS C<br>700 SOUTH STREET<br>PITTSFIELD  MA 01201-8285 | BLUE SUN SCIENTIFIC  LLC<br>8017 DORSEY RUN ROAD<br>JESSUP  MD 20794-9371 | BUSINESS FINANCE GROUP  INC<br>3930 PENDER DRIVE<br>SUITE 300<br>FAIRFAX  VA 22030-0986 |
| CALIFORNIA EMPLOYMENT DEVELOPMENT DEPT<br>TAX SUPPORT DIVISION  MIC 93<br>PO BOX 826880<br>SACRAMENTO  CA 94280-0001 | CALIFORNIA FRANCHISE TAX BOARD<br>PO BOX 942840<br>SACRAMENTO  CA 94240-0040 | CAREFIRST MARYLAND (RADIUS GLOBAL SOLN)<br>PO BOX 390908<br>MINNEAPOLIS  MN 55439-0908 |
| CAROLANN J HULME  ESQ  US SMALL BUSINESS<br>100 S CHARLES ST<br>SUITE 1201<br>BALTIMORE  MD 21201-2714 | CATHY WILT<br>22189 BAYSHORE ROAD<br>CHESTERTOWN  MD 21620-4406 | CINGULAR WIRELESS<br>5600 GLENRIDGE DR NE<br>SANDY SPRINGS  GA 30342-6902 |
| COMCAST<br>1701 JOHN F KENNEDY BLVD<br>PHILADELPHIA  PA 19103-2899 | COMCAST CORPORATION<br>CO CSCLAWYERS INCORPORATING SERVICE CO<br>7 ST PAUL ST  STE 820<br>BALTIMORE  MD 21202-1681 | COMPTROLLER OF MARYLAND<br>REVENUE ADMINISTRATION DIVISION<br>PO BOX 549<br>ANNAPOLIS  MD 21404-0549 |
| DAVID BUSH<br>5905 CRAWFORD DR<br>ROCKVILLE  MD 20851-1724 | DIGIKEY CORPORATION<br>701 BROOKS AVE S<br>THIEF RIVER FALLS  MN 56701-2703 | EDWARD D JONES  CO LP<br>12555 MANCHESTER ROAD<br>SAINT LOUIS  MO 63131-3710 |

~~EXCLUDE~~

ESCO PRODUCTS
2501 CENTRAL PARKWAY
SUITE A-5
HOUSTON   TX 77092-7726

~~(U)EXECUTIVE FINANCIAL ENTERPRISES (UPS)~~
~~INVALID ADDRESS PROVIDED~~

GPD OPTOELECTRONICS
7 MANOR PARKWAY
SALEM   NH 03079-2842


GORDON FEINBLATT LLC
1001 FLEET STREET
SUITE 700
BALTIMORE   MD 21202-4346

HT MACHINE SHOP   LLC
2712 OCCIDENTAL DRIVE
VIENNA   VA 22180-7058

HUNT MANOR INSURANCE
35 FULFORD AVE
SUITE 202
BEL AIR   MD 21014-3941


ITPROP   LLC
10240 OLD COLUMBIA ROAD
COLUMBIA   MD 21046-2370

ITPROP   LLC
CO HOWARD E DEUTCH   RESIDENT AG
2901 S LEISURE WORLD BLVD
SILVER SPRING   MD 20906-8356

(P)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035


~~EXCLUDE~~
~~(D)INNOVATIVE TECHNOLOGIES GROUP   COMPANY~~
~~8017 DORSEY RUN RD   SUITE H~~
~~JESSUP   MD 20794-9372~~

INTELLIWORKS HT LLC
PO BOX 899
NORWALK   OH 44857-0899

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA   PA 19101-7346


INTERWORLD FREIGHT
9601 NW 112TH AVE
MIAMI   FL 33178-2521

INTERWORLD FREIGHT   INC
9601 NW 112TH AVENUE
MEDLEY   FL 33178
MEDLEY   FL 33178-2521

IRVIN LUCAS
6835 LAUREL CANYON BLVD APT 110
NORTH HOLLYWOOD   CA 91605-5678


JOSHUA SARVER
1400 ELFIN COURT
FREDERICK   MD 21703-2220

KPM ANALYTICS
8 TECHNOLOGY DRIVE
WESTBOROUGH   MA 01581-1756

KPM ANALYTICS NORTH AMERICA CORPORATION
8 TECHNOLOGY DRIVE
WESTBOROUGH   MA 01581-1756


KPM ANALYTICS NORTH AMERICA CORPORATION
ADDISON J CHAPPELL   ESQUIRE
MILES   STOCKBRIDGE PC
100 LIGHT STREET   7TH FLOOR
BALTIMORE   MARYLAND 21202-1153

KPM ANALYTICS NORTH AMERICA CORPORATION
MILES   STOCKBRIDGE   PC
100 LIGHT STREET
BALTIMORE   MD 21202-1036

KROLL   LLC
12595 COLLECTION CENTER DR
CHICAGO   IL 60693-0001


LANA SAPOJNIK
3204 OLD POST DR 6
PIKESVILLE   MD 21208-3214

LEV GUTMAN
11 PICKERSGILL SQUARE
OWINGS MILLS   MD 21117-4510

LINDA TAYLOR
3555 FLOATING LEAF LANE
LAUREL   MD 20724-1995


MSC INDUSTRIAL SUPPLY
525 HARBOUR PLACE DRIVE
DAVIDSON   NC 28036-7444

MARLON VAUGHN
102 TREBECK TRAIL
FALLING WATERS   WV 25419-1620

MCMASTERCARR SUPPLY
PO BOX 4355
CHICAGO   IL 60680-4355

```
MCMASTERCARR SUPPLY CO                MEGA ELECTRONICS                      MICHAEL D NORD  ESQ
200 NEW CANTON WAY                    4B JULES LANE                         GEBHARDT  SMITH LLP
ROBBINSVILLE  NJ 08691-2343           NEW BRUNSWICK  NJ 08901-3636          ONE SOUTH STREET  SUITE 2200
                                                                            BALTIMORE  MD 21202-3343


NEWARK ELECTRONICS                    PAIGE ZACHARAKIS  ESQ                 RS ELECTRONICS  INC
4180 HIGHLANDER PKWY                  MORSE  BARNESBROWN  PENDLETON  PC     4 PROFESSIONAL DRIVE
RICHFIELD  OH 44286-9352              480 TOTTEN POND ROAD  4TH FOOR        SUITE 118
                                      WALTHAM  MA 02451-1908                GAITHERSBURG  MD 20879-3424


RS ELECTRONICS  INC CO RAVINDER S ARNEJA   ROBERT GAJEWSKI                  ROBERT M GAJEWSKI
7844 BEECHCRAFT AVE                   2728 LEONARD LANE                     2728 LEONARD LANE
GAITHERSBURG  MD 20879-1542           NORTH AURORA  IL 60542-6002           AURORA  IL 60542-6002


ROBERT WILT                           SANDY SPRING BANK                     SANDY SPRING BANK
22189 BAYSHORE ROAD                   17801 GEORGIA AVENUE                  A DIVISION OF ATLANTIC UNION BANK
CHESTERTOWN  MD 21620-4406            OLNEY  MD 20832-2267                  CO MICHAEL D NORD GEBHARDT  SMITH LLP
                                                                            1 SOUTH STREET  SUITE 2200
                                                                            BALTIMORE  MD 21202-3281


SANDY SPRING BANK                     SANDY SPRING BANK                     SCOTT R MAGEE  ESQ
CO DANIEL J SCHRIDER  RESIDENT AGENT  CO KIMBERLY SARGENT                   MORSE  BARNESBROWN  PENDLETON  PC
17801 GEORGIA AVENUE                  17801 GEORGIA AVENUE                  480 TOTTEN POND ROAD  4TH FLOOR
OLNEY  MD 20832-2267                  OLNEY  MD 20832-2267                  WALTHAM  MA 02451-1908


SEYFARTH SHAW LLP                     SMITH  DUGGAN CORNELL  GOLLUB  LLP    SMITH  DUGGAN  CORNELL  GOLLUB  LLP
233 S WACKER DR  SUITE 8000           CO DANA ZAKARIAN  ESQ                 55 OLD BEDFORD RD  SUITE 300
CHICAGO  IL 60606-6448                55 OLD BEDFORD ROAD  SUITE 300        LINCOLN  MA 01773-1125
                                      LINCOLN  MA 01773-1125


TM MACHINE SHOP                       TERRACE ASSEMBLY                      THE HARTFORD INSURANCE GROUP  INC
12201A DISTRIBUTION WAY               395 TIMBERTON CIRCLE                  690 ASYLUM AVENUE
BELTSVILLE  MD 20705-1418             BELLEFONTE  PA 16823-9071             HARTFORD  CT 06155-0002




EXCLUDE

(D)THE INNOVATIVE TECHNOLOGIES GROUP  CO   TODD  WELD LLP                   UPS
8017 DORSEY RUN RD  SUITE H           ONE FEDERAL STREET                    55 GLENLAKE PARKWAY NE
JESSUP  MD 20794-9372                 BOSTON  MA 02110-2010                 ATLANTA  GA 30328-3474



                                                                            EXCLUDE

UPS CORPORATE LEGAL DEPARTMENT        US BANK EQUIPMENT                     (D)US BANK EQUIPMENT
55 GLENLAKE PARKWAY NE                PO BOX 230789                         PO BOX 230789
ATLANTA  GA 30328-3474                PORTLAND  OR 97281-0789               PORTLAND  OR 97281-0789
```

```
US SMALL BUSINESS ADMINISTRATION        US SMALL BUSINESS ADMINISTRATION        US TRUSTEE  BALTIMORE
100 S CHARLES STREET  SUITE 1201        403 3RD STREET SW                       GARMATZ FEDERAL COURTHOUSE
721 19TH STREET  SUITE 301              WASHINGTON  DC 20416-0001               101 WEST LOMBARD STREET
BALTIMORE  MD 20201                                                             SUITE 2625
                                                                                BALTIMORE  MD 21201-2668



UNITED STATES SMALL BUSINESS ADMINISTRATION   VITAL RECORDS CONTROL FKA PROSHRED    WELLS FARGO
CITY CRESCENT BUILDING                        803 PRESSLEY ROAD                     PO BOX 51193
10 S HOWARD STREET  SUITE 6220                UNIT 108                              LOS ANGELES  CA 90051-5493
BALTIMORE  MD 21201-2526                      CHARLOTTE  NC 28217-0971



CO MICHAEL B BROWN  ESQ                 DANA ZAKARIAN                           JEFFREY M ORENSTEIN
MILES  STOCKBRIDGE  PC                  SMITH DUGGAN CORNELL  GOLLUB LLP        WOLFF  ORENSTEIN  LLC
LIGHT STREET                            55 OLD BEDFORD ROAD  SUITE 300          15245 SHADY GROVE ROAD
BALTIMORE  MD 21202                     LINCOLN  MA 01773-1125                  SUITE 465  NORTH LOBBY
                                                                                ROCKVILLE  MD 20850-3222



MAURICE BELMONT VERSTANDIG
THE VERSTANDIG LAW FIRM  LLC
9812 FALLS ROAD
114-160
POTOMAC  MD 20854-3976
```