UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

| IN RE: | CASE NO: 25-17998 |
|---|---|
| BLUE SUN SCIENTIFIC, LLC<br>THE INNOVATIVE TECHNOLOGIES GROUP & CO , LTD | **DECLARATION OF MAILING<br>CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 12/1/2025, I did cause a copy of the following documents, described below,

Motion to Extend Exclusivity Period

Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/1/2025

/s/ Jeffrey Orenstein
Jeffrey Orenstein  07512

Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465N
Rockville, MD 20850
301-250-7232
jwolff@wolawgroup.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

| IN RE: | CASE NO: 25-17998 |
|---|---|
| BLUE SUN SCIENTIFIC, LLC<br>THE INNOVATIVE TECHNOLOGIES GROUP & CO , LTD | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11 |

On 12/1/2025, a copy of the following documents, described below,

Motion to Extend Exclusivity Period

Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/1/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey Orenstein
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465N
Rockville, MD  20850

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CASE INFO | DEBTOR | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-17998<br>DISTRICT OF MARYLAND<br>MON DEC 1 10-7-39 PST 2025 | BLUE SUN SCIENTIFIC  LLC<br>8017 DORSEY RUN RD<br>SUITE H<br>JESSUP  MD 20794-9372 | KPM ANALYTICS NORTH AMERICA CORPORATION<br>CO MILES  STOCKBRIDGE PC<br>ADDISON J CHAPPELL  ESQUIRE<br>100 LIGHT STREET  7TH FLOOR<br>BALTIMORE  MD 21202-1153 |
| SANDY SPRING BANK  A DIVISION OF ATLANTIC UN<br>CO MICHAEL D NORD<br>GEBHARDT  SMITH LLP<br>1 SOUTH STREET  SUITE 2200<br>BALTIMORE  MD 21202-3343 | THE INNOVATIVE TECHNOLOGIES GROUP  CO  LTD<br>8017 DORSEY RUN ROAD<br>SUITE H<br>JESSUP  MD 20794-9372 | AFLAC<br>1932 WYNNTON RD<br>COLUMBUS  GA 31999-0002 |
| ATT MOBILITY<br>PO BOX 6416<br>CAROL STREAM  IL 60197-6416 | AARON COLEMAN<br>6008 QUEBEC ST<br>BERWYN HEIGHTS  MD 20740-2736 | ALLIED WASTE SERVICE<br>8145 REICHS FORD RD<br>FREDERICK  MD 21704-6647 |
| ALTANTIC UNION BANK<br>CO CSC LAWYERS INCORPORATING SERVICE CO<br>7 ST PAUL STREET  SUITE 820<br>BALTIMORE  MD 21202-1681 | ARNOLD EILERT<br>2264 CLEARBROOK ACT<br>WAUCONDA  IL 60084-5017 | BALTIMORE GAS  ELECTRIC<br>PO BOX 13070<br>PHILADELPHIA  PA 19101-3070 |
| BERKSHIRE LIFE INS C<br>700 SOUTH STREET<br>PITTSFIELD  MA 01201-8285 | BLUE SUN SCIENTIFIC  LLC<br>8017 DORSEY RUN ROAD<br>JESSUP  MD 20794-9371 | BUSINESS FINANCE GROUP  INC<br>3930 PENDER DRIVE<br>SUITE 300<br>FAIRFAX  VA 22030-0986 |
| CALIFORNIA EMPLOYMENT DEVELOPMENT DEPT<br>TAX SUPPORT DIVISION  MIC 93<br>PO BOX 826880<br>SACRAMENTO  CA 94280-0001 | CALIFORNIA FRANCHISE TAX BOARD<br>PO BOX 942840<br>SACRAMENTO  CA 94240-0040 | CAREFIRST MARYLAND (RADIUS GLOBAL SOLN)<br>PO BOX 390908<br>MINNEAPOLIS  MN 55439-0908 |
| CAROLANN J HULME  ESQ  US SMALL BUSINESS<br>100 S CHARLES ST<br>SUITE 1201<br>BALTIMORE  MD 21201-2714 | CATHY WILT<br>22189 BAYSHORE ROAD<br>CHESTERTOWN  MD 21620-4406 | CINGULAR WIRELESS<br>5600 GLENRIDGE DR NE<br>SANDY SPRINGS  GA 30342-6902 |
| COMCAST<br>1701 JOHN F KENNEDY BLVD<br>PHILADELPHIA  PA 19103-2899 | COMCAST CORPORATION<br>CO CSCLAWYERS INCORPORATING SERVICE CO<br>7 ST PAUL ST  STE 820<br>BALTIMORE  MD 21202-1681 | COMPTROLLER OF MARYLAND<br>REVENUE ADMINISTRATION DIVISION<br>PO BOX 549<br>ANNAPOLIS  MD 21404-0549 |
| DAVID BUSH<br>5905 CRAWFORD DR<br>ROCKVILLE  MD 20851-1724 | DIGIKEY CORPORATION<br>701 BROOKS AVE S<br>THIEF RIVER FALLS  MN 56701-2703 | EDWARD D JONES  CO LP<br>12555 MANCHESTER ROAD<br>SAINT LOUIS  MO 63131-3710 |

~~EXCLUDE~~

ESCO PRODUCTS
2501 CENTRAL PARKWAY
SUITE A-5
HOUSTON  TX 77092-7726

~~(U)EXECUTIVE FINANCIAL ENTERPRISES (UPS)~~
~~INVALID ADDRESS PROVIDED~~

GPD OPTOELECTRONICS
7 MANOR PARKWAY
SALEM  NH 03079-2842

GORDON FEINBLATT LLC
1001 FLEET STREET
SUITE 700
BALTIMORE  MD 21202-4346

HT MACHINE SHOP  LLC
2712 OCCIDENTAL DRIVE
VIENNA  VA 22180-7058

HUNT MANOR INSURANCE
35 FULFORD AVE
SUITE 202
BEL AIR  MD 21014-3941

ITPROP  LLC
10240 OLD COLUMBIA ROAD
COLUMBIA  MD 21046-2370

ITPROP  LLC
CO HOWARD E DEUTCH  RESIDENT AG
2901 S LEISURE WORLD BLVD
SILVER SPRING  MD 20906-8356

(P)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

~~EXCLUDE~~

~~(D)INNOVATIVE TECHNOLOGIES GROUP  COMPANY~~
~~8017 DORSEY RUN RD  SUITE H~~
~~JESSUP  MD 20794-9372~~

INTELLIWORKS HT LLC
PO BOX 899
NORWALK  OH 44857-0899

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

INTERWORLD FREIGHT
9601 NW 112TH AVE
MIAMI  FL 33178-2521

INTERWORLD FREIGHT  INC
9601 NW 112TH AVENUE
MEDLEY  FL 33178
MEDLEY  FL 33178-2521

IRVIN LUCAS
6835 LAUREL CANYON BLVD APT 110
NORTH HOLLYWOOD  CA 91605-5678

JOSHUA SARVER
1400 ELFIN COURT
FREDERICK  MD 21703-2220

KPM ANALYTICS
8 TECHNOLOGY DRIVE
WESTBOROUGH  MA 01581-1756

KPM ANALYTICS NORTH AMERICA CORPORATION
8 TECHNOLOGY DRIVE
WESTBOROUGH  MA 01581-1756

KPM ANALYTICS NORTH AMERICA CORPORATION
ADDISON J CHAPPELL  ESQUIRE
MILES  STOCKBRIDGE  PC
100 LIGHT STREET  7TH FLOOR
BALTIMORE  MARYLAND 21202-1153

KPM ANALYTICS NORTH AMERICA CORPORATION
MILES  STOCKBRIDGE  PC
100 LIGHT STREET
BALTIMORE  MD 21202-1036

KROLL  LLC
12595 COLLECTION CENTER DR
CHICAGO  IL 60693-0001

LANA SAPOJNIK
3204 OLD POST DR 6
PIKESVILLE  MD 21208-3214

LEV GUTMAN
11 PICKERSGILL SQUARE
OWINGS MILLS  MD 21117-4510

LINDA TAYLOR
3555 FLOATING LEAF LANE
LAUREL  MD 20724-1995

MSC INDUSTRIAL SUPPLY
525 HARBOUR PLACE DRIVE
DAVIDSON  NC 28036-7444

MARLON VAUGHN
102 TREBECK TRAIL
FALLING WATERS  WV 25419-1620

MCMASTERCARR SUPPLY
PO BOX 4355
CHICAGO  IL 60680-4355

```
MCMASTERCARR SUPPLY CO              MEGA ELECTRONICS                    MICHAEL D NORD  ESQ
200 NEW CANTON WAY                  4B JULES LANE                       GEBHARDT  SMITH LLP
ROBBINSVILLE  NJ 08691-2343         NEW BRUNSWICK  NJ 08901-3636        ONE SOUTH STREET  SUITE 2200
                                                                        BALTIMORE  MD 21202-3343



NEWARK ELECTRONICS                  PAIGE ZACHARAKIS  ESQ               RS ELECTRONICS  INC
4180 HIGHLANDER PKWY                MORSE  BARNESBROWN  PENDLETON  PC   4 PROFESSIONAL DRIVE
RICHFIELD  OH 44286-9352            480 TOTTEN POND ROAD  4TH FOOR      SUITE 118
                                    WALTHAM  MA 02451-1908              GAITHERSBURG  MD 20879-3424



RS ELECTRONICS  INC CO RAVINDER S ARNEJA   ROBERT GAJEWSKI              ROBERT M GAJEWSKI
7844 BEECHCRAFT AVE                 2728 LEONARD LANE                   2728 LEONARD LANE
GAITHERSBURG  MD 20879-1542         NORTH AURORA  IL 60542-6002         AURORA  IL 60542-6002



ROBERT WILT                         SANDY SPRING BANK                   SANDY SPRING BANK
22189 BAYSHORE ROAD                 17801 GEORGIA AVENUE                A DIVISION OF ATLANTIC UNION BANK
CHESTERTOWN  MD 21620-4406          OLNEY  MD 20832-2267                CO MICHAEL D NORD GEBHARDT  SMITH LLP
                                                                        1 SOUTH STREET  SUITE 2200
                                                                        BALTIMORE  MD 21202-3281



SANDY SPRING BANK                   SANDY SPRING BANK                   SCOTT R MAGEE  ESQ
CO DANIEL J SCHRIDER  RESIDENT AGENT   CO KIMBERLY SARGENT              MORSE  BARNESBROWN  PENDLETON  PC
17801 GEORGIA AVENUE                17801 GEORGIA AVENUE                480 TOTTEN POND ROAD  4TH FLOOR
OLNEY  MD 20832-2267                OLNEY  MD 20832-2267                WALTHAM  MA 02451-1908



SEYFARTH SHAW LLP                   SMITH  DUGGAN CORNELL  GOLLUB LLP   SMITH  DUGGAN  CORNELL  GOLLUB  LLP
233 S WACKER DR  SUITE 8000         CO DANA ZAKARIAN  ESQ               55 OLD BEDFORD RD  SUITE 300
CHICAGO  IL 60606-6448              55 OLD BEDFORD ROAD  SUITE 300      LINCOLN  MA 01773-1125
                                    LINCOLN  MA 01773-1125



TM MACHINE SHOP                     TERRACE ASSEMBLY                    THE HARTFORD INSURANCE GROUP  INC
12201A DISTRIBUTION WAY             395 TIMBERTON CIRCLE                690 ASYLUM AVENUE
BELTSVILLE  MD 20705-1418           BELLEFONTE  PA 16823-9071           HARTFORD  CT 06155-0002



EXCLUDE

(D)THE INNOVATIVE TECHNOLOGIES GROUP  CO    TODD  WELD LLP              UPS
0017 DORSEY RUN RD  SUITE H         ONE FEDERAL STREET                  55 GLENLAKE PARKWAY NE
JESSUP  MD 20794 9372               BOSTON  MA 02110-2010               ATLANTA  GA 30328-3474



                                                                        EXCLUDE

UPS CORPORATE LEGAL DEPARTMENT      US BANK EQUIPMENT                   (D)US BANK EQUIPMENT
55 GLENLAKE PARKWAY NE              PO BOX 230789                       PO BOX 230789
ATLANTA  GA 30328-3474              PORTLAND  OR 97281-0789             PORTLAND  OR 97281-0789
```

```
US SMALL BUSINESS ADMINISTRATION        US SMALL BUSINESS ADMINISTRATION        US TRUSTEE  BALTIMORE
100 S CHARLES STREET  SUITE 1201        403 3RD STREET SW                       GARMATZ FEDERAL COURTHOUSE
721 19TH STREET  SUITE 301              WASHINGTON  DC 20416-0001               101 WEST LOMBARD STREET
BALTIMORE  MD 20201                                                             SUITE 2625
                                                                                BALTIMORE  MD 21201-2668



UNITED STATES SMALL BUSINESS ADMINISTRATION   VITAL RECORDS CONTROL FKA PROSHRED   WELLS FARGO
CITY CRESCENT BUILDING                        803 PRESSLEY ROAD                    PO BOX 51193
10 S HOWARD STREET  SUITE 6220                UNIT 108                             LOS ANGELES  CA 90051-5493
BALTIMORE  MD 21201-2526                      CHARLOTTE  NC 28217-0971



CO MICHAEL B BROWN  ESQ                 DANA ZAKARIAN                           JEFFREY M ORENSTEIN
MILES  STOCKBRIDGE  PC                  SMITH DUGGAN CORNELL  GOLLUB LLP        WOLFF  ORENSTEIN  LLC
LIGHT STREET                            55 OLD BEDFORD ROAD  SUITE 300          15245 SHADY GROVE ROAD
BALTIMORE  MD 21202                     LINCOLN  MA 01773-1125                  SUITE 465  NORTH LOBBY
                                                                                ROCKVILLE  MD 20850-3222



MAURICE BELMONT VERSTANDIG
THE VERSTANDIG LAW FIRM  LLC
9812 FALLS ROAD
114-160
POTOMAC  MD 20854-3976
```