IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: <br><br> BLUE SUN SCIENTIFIC, LLC, <br><br> THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD, <br><br> Debtors. | Jointly Administered Under <br><br> Case No. 25-17998-DER (Lead Case) <br><br> Case No. 25-18000-DER <br><br> Chapter 11 |

NOTICE OF APPEARANCE, REQUEST FOR ENTRY
ON MATRIX, REQUEST FOR SERVICE OF NOTICES
AND OTHER DOCUMENTS, AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rule 9010(b), KPM Analytics North America Corporation ("KPM") hereby appears in the above-captioned case by its counsel, Patricia B. Jefferson, Esquire, and the law firm of Miles & Stockbridge P.C.  Pursuant to Bankruptcy Rules 2002 and 9007, the undersigned requests that an entry be made on the Clerk's Matrix in this case and that all documents filed with the Court and all notices which the Court and/or any other parties provide in accordance with Rule 2002 be served at the addresses set forth below:

> Patricia B. Jefferson, Esquire
> Miles & Stockbridge P.C.
> 100 Light Street, 7th Floor
> Baltimore, Maryland 21202
> Phone:  (410) 385-3406
> Email:  pjefferson@milesstockbridge.com

This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, pleadings, appendices, exhibits, requests or demands, whether formal or informal,

whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that KPM intends that neither this Notice of Appearance, nor any later appearance, pleading, claim or suit shall waive any right (1) to have final orders in non-core matters entered only after <u>de novo</u> review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which KPM is or may be entitled to under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATE: December 5, 2025

*/s/ Patricia B. Jefferson*
Patricia B. Jefferson
 Federal Bar No. 27668
Miles & Stockbridge P.C.
100 Light Street, 7th Floor
Baltimore, Maryland 21202
Phone:  (410) 385-3406
Email:  pjefferson@milesstockbridge.com

*Counsel for*
 KPM Analytics North America Corporation

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 5, 2025 a copy of the foregoing Notice of Appearance, Request for Entry on Matrix, Request for Service of Notices and Other Documents, and Reservation of Rights was served electronically, via this Court's CM/ECF system, on all parties registered to receive electronic noticing in this case.

- **Hugh M. (UST) Bernstein**   hugh.m.bernstein@usdoj.gov
- **Michael Benjamin Brown**   mbbrown@milesstockbridge.com, jdiaz@milesstockbridge.com
- **Addison J. Chappell**   achappell@milesstockbridge.com
- **Michael David Nord**   mnord@gebsmith.com
- **Jeffrey M. Orenstein**   jorenstein@wolawgroup.com
- **US Trustee - Baltimore**   USTPRegion04.BA.ECF@USDOJ.GOV
- **Timothy VanCisin**   tvancisin@gebsmith.com
- **Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

*/s/ Patricia B. Jefferson*
Patricia B. Jefferson

120888\000001\4900-6891-6095.v1