IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>BLUE SUN SCIENTIFIC, LLC,<br><br>THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD,<br><br>         Debtors. | Jointly Administered Under<br><br>Case No. 25-17998-DER (Lead Case)<br><br>Case No. 25-18000-DER<br><br>Chapter 11 |
| BLUE SUN SCIENTIFIC, LLC,<br><br>and<br><br>THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD,<br><br>         Movants,<br><br>v.<br><br>KPM ANALYTICS NORTH AMERICA CORPORATION<br><br>         Respondent. | |

**ORDER DENYING DEBTORS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT CONTINUANCE OF APPELLATE PROCEEDINGS IN THE <u>UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT</u>**

1

Upon consideration of the Motion for Relief from the Automatic Stay to Permit Continuance of Appellate Proceedings in the United States Court of Appeals for the First Circuit [Dkt. No. 32] ("Motion") filed by debtors Blue Sun Scientific, LLC ("Blue Sun") and The Innovative Technologies Group & Co., LTD ("ITG" together with Blue Sun, the "Debtors"), the Objection to Debtors' Motion for Relief from the Automatic Stay to Permit Continuance of Appellate Proceedings in the United States Court of Appeals for the First Circuit ("Objection") filed by KPM Analytics North America Corporation ("KPM"), it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion is denied.

cc:   Debtors
      Debtors' counsel
      KPM Analytics North America Corporation
      Counsel for KPM Analytics North America Corporation
      All parties receiving notice via CM/ECF

**END OF ORDER**