UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| BLUE SUN SCIENTIFIC, LLC | * | No. 25-17998-DER<br>Chapter 11 |
| Debtor | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| IN RE: | * | |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD | * | No. 25-18000-DER<br>Chapter 11 |
| | * | |
| Debtor | | Jointly Administered under Case No. 25-17998-DER |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEBTORS' LIST OF EXHIBITS AND WITNESSES FOR HEARING
ON DEBTORS' MOTION FOR RELIEF FROM THE AUTOMATIC
STAY TO PERMIT CONTINUANCE OF APPELLATE PROCEEDINGS
IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Blue Sun Scientific, LLC ("Blue Sun") and The Innovative Technologies Group & Co, LTD ("ITG") (collectively, the "Debtors"), submit this list of Exhibits that they intend to introduce at the December 15, 2025, hearing on their Motion for Relief from the Automatic Stay to Permit Continuance of Appellate Proceedings in the United States Court of Appeals for the First Circuit (the "Motion"):

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| Debtors 1 | Memorandum and Order Entered April 10, 2024 | | | |

---

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| Debtors 2 | Final Judgment and Permanent Injunction Entered February 7, 2025 | | | |
| Debtors 3 | Voluntary Petition and Schedules - Blue Sun | | | |
| Debtors 4 | Voluntary Petition, Schedules, and SOFA - ITG | | | |
| Debtors 5 | Claims Register - Blue Sun | | | |
| Debtors 6 | Claims Register - ITG | | | |
| Debtors 7 | Order Authorizing Employment of Smith Duggan - Blue Sun | | | |
| Debtors 8 | Order Authorizing Employment of Smith Duggan - ITG | | | |
| Debtors 9 | Motion to Extend Exclusivity | | | |
| - | Any documents listed by KPM | | | |

If testimony is required, the Debtors anticipate they would call the following individual(s):

1. Robert Wilt

                                        Respectfully submitted,

/s/ Maurice B. VerStandig
Maurice B. VerStandig,(#18071)
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com

Counsel for Blue Sun Scientific, LLC


\s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#07512)
Wolff & Orenstein, LLC
Shady Grove Plaza
15245 Shady Grove Road, Suite 465
Rockville, Maryland  20850
(301) 250-7232
jorenstein@wolawgroup.com

Counsel for The Innovative Technologies
 Group & Co, LTD


## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of December, 2025, a copy of the foregoing was served by electronic mail to:

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 W. Lombard Street
Suite 2625
Baltimore, Maryland 21202
hugh.m.bernstein@usdoj.gov

Patricia B. Jefferson, Esq.
Miles & Stockbridge P.C.
100 Light Street, 7
th Floor
Baltimore, Maryland 21202
pjefferson@milesstockbridge.com

Addison Chappell, Esq.
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202
achappell@milesstockbridge.com

                                                /s/ Jeffrey M. Orenstein
                                                Jeffrey M. Orenstein