**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Maryland

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

---

**1. Debtor's name**

The Innovative Technologies Group & Co., LTD

---

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

---

**3. Debtor's federal Employer Identification Number (EIN)**

52-2048366

---

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 8017 Dorsey Run Road | |
| Number          Street | Number          Street |
| Suite H | |
| | P.O. Box |
| Jessup          MD    20794 | |
| City          State    ZIP Code | City          State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Howard County | |
| County | Number          Street |
| | |
| | City          State    ZIP Code |

---

**5. Debtor's website (URL)**

itgcusa.com

---

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

---

DEBTORS' EXHIBIT 4

Debtor  The Innovative Technologies Group & Co., LTD                   Case number (if known)_____
        Name

**7. Describe debtor's business**

**A.** *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

**B.** *Check all that apply:*
☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2a(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .
3345

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____ When _____ Case number _____
                                      MM / DD / YYYY
        District _____ When _____ Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes.  Debtor    Blue Sun Scientific, LLC         Relationship   wholly owned
        District  Maryland                         When           08/29/2025
                                                                  MM / DD / YYYY
        Case number, if known  25-17998

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 2

DEBTORS' EXHIBIT 4

| Debtor | The Innovative Technologies Group & Co., LTD | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

      Number      Street

_____

      City      State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

      Contact name _____

      Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

DEBTORS' EXHIBIT 4

| Debtor | The Innovative Technologies Group & Co., LTD | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/29/2025
          MM / DD / YYYY

✗ /s/ Robert Wilt                         Robert Wilt
Signature of authorized representative of debtor    Printed name

Title  Chairman and Director

**18. Signature of attorney**

✗ /s/ Jeffrey M. Orenstein               Date   08/29/2025
Signature of attorney for debtor                MM / DD / YYYY

Jeffrey M. Orenstein
Printed name

Wolff & Orenstein LLC
Firm name

15245 Shady Grove Road Suite 465 - North
Number        Street

Rockville                        MD        20850-4231
City                             State     ZIP Code

3012507232                       jorenstein@wolawgroup.com
Contact phone                    Email address

07512                            MD
Bar number                       State

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

**DEBTORS' EXHIBIT 4**

**Fill in this information to identify the case:**

Debtor name ___The Innovative Technologies Group & Co., LTD___

United States Bankruptcy Court for the: ___District of Maryland___

                                  (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals      12/15

---

**Part 1:**   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B* ..........................................    $         **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B* .......................................    $   **3,744,482.79**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B* ........................................    $   **3,744,482.79**

---

**Part 2:**   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* .............................    $   **535,378.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 6a of *Schedule E/F* .....................    $   **123,387.92**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .........    +$  **11,242,195.58**

4. **Total liabilities** ........................................................................................    $  **11,900,961.50**
   Lines 2 + 3a + 3b

---

# DEBTORS' EXHIBIT 4

**Fill in this information to identify the case:**

Debtor name    The Innovative Technologies Group & Co., LTD

United States Bankruptcy Court for the: District of Maryland

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | KPM Analytics North America Corporation 8 Technology Drive Westborough, MA, 01581 | | | Disputed | | | 10,092,992.14 |
| 2 | Gordon Feinblatt LLC 1001 Fleet Street Suite 700 Baltimore, MD, 21202 | 4105764246 (Fax) | | | | | 829,497.82 |
| 3 | HT Machine Shop, LLC 2712 Occidental Drive Vienna, VA, 22180 | | | | | | 101,042.75 |
| 4 | Smith Duggan Cornell & Gollub LLP c/o Dana Zakarian, Esq. 55 Old Bedford Road, Suite 300 Lincoln, MA, 01773 | 7812591112 (Fax) dana.zakarian@smithduggan.com | | | | | 99,000.00 |
| 5 | Wells Fargo P.O. Box 51193 Los Angeles, CA, 90051 | | Credit Card Debt | | | | 51,609.67 |
| 6 | Care First 1501 South Clinton Street Baltimore, MD, 21224 | | | | | | 13,574.10 |
| 7 | Terrace Assembly 395 Timberton Circle Bellefonte, PA, 16823 | | | | | | 12,626.10 |
| 8 | R/S Electronics, Inc. 4 Professional Drive Suite 118 Gaithersburg, MD, 20879 | | | | | | 8,857.05 |

DEBTORS' EXHIBIT 4

Debtor    The Innovative Technologies Group & Co., LTD
_____
Name

Case number (if known)_____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | T&M Machine Shop 12201-A Distribution Way Beltsville, MD, 20705 | | | | | | 8,214.00 |
| 10 | Aaron Coleman 6008 Quebec St. Berwyn Heights, MD, 20740 | | Wages, Salaries, Commissions | | | | 7,080.00 |
| 11 | Esco Products 2501 Central Parkway Suite A-5 Houston, TX, 77092 | | | | | | 7,079.51 |
| 12 | Linda Taylor 3555 Floating Leaf Lane Laurel, MD, 20724 | | Wages, Salaries, Commissions | | | | 6,992.34 |
| 13 | Todd & Weld LLP One Federal Street Boston, MA, 02110 | | | | | | 6,116.50 |
| 14 | Digi-Key Corporation 701 Brooks Ave S Thief River Falls, MN, 56701 | | | | | | 3,983.77 |
| 15 | GPD Optoelectronics 7 Manor Parkway Salem, NH, 03079 | | | | | | 3,080.00 |
| 16 | Hunt Manor Insurance 35 Fulford Ave Suite 202 Bel Air, MD, 21014 | | | | | | 2,240.57 |
| 17 | The Hartford Insurance Group, Inc. 690 Asylum Avenue Hartford, CT, 06155 | | | | | | 2,240.47 |
| 18 | Lana Sapojnik 3204 Old Post Dr #6 Pikesville, MD, 21208 | | Wages, Salaries, Commissions | | | | 1,898.20 |
| 19 | Baltimore Gas & Electric P.O. Box 13070 Philadelphia, PA, 19101 | | Utility Services | | | | 1,463.00 |
| 20 | AFLAC 1932 Wynnton Rd. Columbus, GA, 31999 | | | | | | 1,152.42 |

# DEBTORS' EXHIBIT 4

Fill in this information to identify the case:

Debtor name __The Innovative Technologies Group & Co., LTD__

United States Bankruptcy Court for the: __District of Maryland__

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

**Current value of debtor's interest**

**2. Cash on hand**    $ 0.00

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Sandy Spring Bank | Checking | 8 3 0 1 | $ 15,010.09 |
| 3.2. | See continuation sheet | | | $ 66,040.11 |

**4. Other cash equivalents** *(Identify all)*

4.1. _____    $_____
4.2. _____    $_____

**5. Total of Part 1**    $ 81,050.20

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:  Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. ITPROP, LLC    $ 6,000.00
7.2. _____    $_____

DEBTORS' EXHIBIT 4

Debtor  The Innovative Technologies Group & Co., LTD _____     Case number (if known) _____
         Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. State Income Tax _____     $ 8,251.00 _____

8.2. _____     $ _____

**9. Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.                              $ 14,251.00

---

**Part 3:**  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

                                    Current value of debtor's interest

**11. Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | | Current value |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | 310,927.14 | – | 0.00 | = ....➔ | | $ 310,927.14 |
| 11b. Over 90 days old: | 997,028.97 | – | 745,231.01 | = ....➔ | | $ 251,797.96 |

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.          $ 562,725.10

---

**Part 4:**  Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

          Valuation method       Current value of debtor's
          used for current value    interest

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____     _____     $ _____

14.2. _____     _____     $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                               % of ownership:

15.1. Blue Sun Scientific, LLC _____     100 %     _____     $ Unknown

15.2. _____     ____ %     _____     $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____     _____     $ _____

16.2. _____     _____     $ _____

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.                              $ 0.00

---

DEBTORS' EXHIBIT 4

Debtor  The Innovative Technologies Group & Co., LTD
_____
        Name

Case number (if known) _____

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials**<br>Materials | 02/24/2025<br>MM / DD / YYYY | $ 313,348.14 | Cost basis | $ 313,348.14 |
| **20. Work in progress** | MM / DD / YYYY | $ | | $ |
| **21. Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| **22. Other inventory or supplies**<br>See continuation sheet | MM / DD / YYYY | $ 21,453.35 | | $ 26,453.35 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 339,801.49

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $ | | $ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

DEBTORS' EXHIBIT 4

Debtor    The Innovative Technologies Group & Co., LTD    Case number (if known) _____
            Name

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.                                    $_____

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

| Part 7 | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> See Schedule A/B Part 7, Question 39 Attachment | $_____ | | $ 1.00 |
| 40. **Office fixtures** <br> See Schedule A/B Part 7, Question 40 Attachment | $_____ | | $ 1.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                                    $ 2.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☐ No
    ☑ Yes

DEBTORS' EXHIBIT 4

Debtor     The Innovative Technologies Group & Co., LTD
_____      Case number (if known)_____
           Name

---

**Part 8:** Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>See Schedule A/B Part 8, Question 50 Attachment | $_____ | _____ | $ 89,867.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 89,867.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

---

DEBTORS' EXHIBIT 4

Debtor  The Innovative Technologies Group & Co., LTD

Name

Case number (if known)_____

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
   ☐ No. Go to Part 10.
   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  8017 Dorsey Run Road, Units 1-2 and 1-3 | Lease of premises | | | $ Unknown |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |
| | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☐ No. Go to Part 11.
   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Patent #10577190 | $_____ | _____ | $ 25,000.00 |
| 61. **Internet domain names and websites**<br>See continuation sheet | 0.00 | _____ | $ Unknown |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer List | $_____ | _____ | $ Unknown |
| 64. **Other intangibles, or intellectual property**<br>Drawings of Current Products | $_____ | _____ | $ Unknown |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   $ 25,000.00

Official Form 206A/B                 Schedule A/B: Assets — Real and Personal Property                 page 6

DEBTORS' EXHIBIT 4

Debtor  The Innovative Technologies Group & Co., LTD
_____    Case number (if known)_____
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

### Part 11    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

                                                                                                       **Current value of**
                                                                                                       **debtor's interest**

71. **Notes receivable**
Description (include name of obligor)
_____    0.00    —    0.00    => $ 0.00
                          Total face amount    doubtful or uncollectible amount    _____

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
NOL _____
_____    Tax year  2023    $ 2,631,786.00
_____    Tax year _____    $ _____
                                             Tax year _____    $ _____

73. **Interests in insurance policies or annuities**
_____                              $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
KPM Analytics North America Corporation _____                      $ Unknown
Nature of claim    Tortious Interference
Amount requested   $ 1,000,000.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
_____                              $ _____
Nature of claim    _____
Amount requested   $ _____

76. **Trusts, equitable or future interests in property**
_____                              $ _____

77. **Other property of any kind not already listed**  Examples: Season tickets, country club membership
_____                                 $ _____
_____                                 $ _____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                   $ 2,631,786.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 7

## DEBTORS' EXHIBIT 4

Debtor   The Innovative Technologies Group & Co., LTD _____         Case number (if known)_____
             Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 81,050.20 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 14,251.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 562,725.10 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 339,801.49 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 2.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 89,867.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 25,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 2,631,786.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............91a. | $ 3,744,482.79 | 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...........................   3,744,482.79        $ 3,744,482.79

DEBTORS' EXHIBIT 4

Debtor 1     The Innovative Technologies Group & Co., LTD        Case number *(if known)*_____

First Name    Middle Name    Last Name

### Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| Sandy Spring Bank | Checking | 1601 |
| Balance: 61,158.68 | | |
| M&T Bank | Checking | 2163 |
| Balance: 3,618.99 | | |
| Wells Fargo Bank | Checking | 6425 |
| Balance: 581.93 | | |
| Wells Fargo Bank | Money Market | 6412 |
| Balance: 680.51 | | |

**22) Other inventory or supplies**

| General description | Date of the last physical inventory | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| Misc Inventory (Obsolete Products) | | | | 5,000.00 |
| Leasehold Improvements | | 21,453.35 | Cost basis | 21,453.35 |

**61) Internet domain names and websites**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| itgc.us | | | Unknown |
| itgcusa.com | | | Unknown |

DEBTORS' EXHIBIT 4

**Fill in this information to identify the case:**

Debtor name: The Innovative Technologies Group & Co., LTD

United States Bankruptcy Court for the: District of Maryland

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1  Creditor's name**
Sandy Spring Bank

**Creditor's mailing address**
17801 Georgia Avenue
Olney, MD 20832

**Creditor's email address, if known**

**Date debt was incurred**  10/17/2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**Describe debtor's property that is subject to a lien**
All assets

$ 58,626.24     $ 1,112,696.79

**Describe the lien**
Blanket UCC-1 (1st priority)

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2  Creditor's name**
Sandy Spring Bank

**Creditor's mailing address**
17801 Georgia Avenue
Olney, MD 20832

**Creditor's email address, if known**

**Date debt was incurred**  03/2011
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**
All assets

$215,699.34     $1,112,696.79

**Describe the lien**
Guarantee of claim also secured by real pro|

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 535,378.00

DEBTORS' EXHIBIT 4

| | |
|---|---|
| Debtor | The Innovative Technologies Group & Co., LTD |
| | Name |

Case number (if known) _____

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name
US Small Business Administration

Describe debtor's property that is subject to a lien

All assets

$150,029.50    $1,112,696.79

**Creditor's mailing address**

403 3rd Street SW
Washington, DC 20416

**Creditor's email address, if known**

_____

Date debt was incurred _____

Last 4 digits of account number _____

Describe the lien

Blanket UCC-1 (3d priority)

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.4** Creditor's name
US Small Business Administration

Describe debtor's property that is subject to a lien

All assets

$111,022.92    $1,112,696.79

**Creditor's mailing address**

403 3rd Street SW
Washington, DC 20416

**Creditor's email address, if known**

_____

Date debt was incurred _____

Last 4 digits of account number _____

Describe the lien

Blanket UCC-1 (2d priority)

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

DEBTORS' EXHIBIT 4

| Debtor | The Innovative Technologies Group & Co., LTD | Case number (if known) |
|--------|------|------|
| | Name | |

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|--------------------------------------------------|
| Atlantic Union Bank<br>c/o CSC Lawyers Incorporating Service Company, Resident Agent<br>7 St. Paul Street, Suite 820<br>Baltimore, MD, 21202 | Line 2. 1 | _____ |
| Business Finance Group, Inc.<br>3930 Pender Drive<br>Suite 300<br>Fairfax, VA, 22030 | Line 2. 3 | _____ |
| Carol-Ann J. Hulme, Esq., US Small Business Administration<br>100 S Charles St<br>Suite 1201<br>Baltimore, MD, 21201 | Line 2. 3 | _____ |
| Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street, Suite 2200<br>Baltimore, MD, 21202 | Line 2. 1 | _____ |
| Sandy Spring Bank<br>c/o Daniel J. Schrider, Resident Agent<br>17801 Georgia Avenue<br>Olney, MD, 20832 | Line 2. 1 | _____ |
| Sandy Spring Bank<br>c/o Kimberly Sargent<br>17801 Georgia Avenue<br>Olney, MD, 20832 | Line 2. 1 | _____ |
| United States Small Business Administration<br>City Crescent Building<br>10 S. Howard Street, Suite 6220<br>Baltimore, MD, 21201 | Line 2. 3 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

# DEBTORS' EXHIBIT 4

**Fill in this information to identify the case:**

Debtor _The Innovative Technologies Group & Co., LTD_

United States Bankruptcy Court for the: _District of Maryland_

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY
unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts
on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*
(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach
the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have priority unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than
   3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address**<br>Aaron Coleman<br>6008 Quebec St.<br>Berwyn Heights, MD 20740 | **As of the petition filing date, the claim is:** $ 7,080.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $ 7,080.00 |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Wages, Salaries, Commissions | | |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) | | | |
| **2.2** **Priority creditor's name and mailing address**<br>Cathy Wilt<br>22189 Bayshore Road<br>Chestertown, MD 21620 | **As of the petition filing date, the claim is:** $ 9,030.87<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $ 9,030.87 |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Wages, Salaries, Commissions | | |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) | | | |
| **2.3** **Priority creditor's name and mailing address**<br>David Bush<br>5905 Crawford Dr<br>Rockville, MD 20851 | **As of the petition filing date, the claim is:** $ 10,707.50<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $ 10,707.50 |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Wages, Salaries, Commissions | | |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) | | | |

DEBTORS' EXHIBIT 4

Debtor  The Innovative Technologies Group & Co., LTD _____  Case number (*if known*) _____
        Name

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.⁴ Priority creditor's name and mailing address**
Lana Sapojnik
3204 Old Post Dr #6
Pikesville, MD 21208

$1,898.20    $1,898.20

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.⁵ Priority creditor's name and mailing address**
Lev Gutman
11 Pickersgill Square
Owings Mills, MD 21117

$100.00    $100.00

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.⁶ Priority creditor's name and mailing address**
Linda Taylor
3555 Floating Leaf Lane
Laurel, MD 20724

$6,992.34    $6,992.34

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.⁷ Priority creditor's name and mailing address**
Marlon Vaughn
102 Trebeck Trail
Falling Waters, WV 25419

$499.18    $499.18

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 2 of 11

DEBTORS' EXHIBIT 4

Case 25-18000    Doc 1    Filed 08/29/25    Page 22 of 58

Debtor   The Innovative Technologies Group & Co., LTD                      Case number (if known)_____
         Name

| Part 1 | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |

**2.⁸ Priority creditor's name and mailing address**
Robert Wilt
22189 Bayshore Road
Chestertown, MD 21620

Total claim: $ 87,079.83    Priority amount: $ 12,479.83

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4  )

---

**2.____ Priority creditor's name and mailing address**

$ _____    $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

**2.____ Priority creditor's name and mailing address**

$ _____    $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

**2.____ Priority creditor's name and mailing address**

$ _____    $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 3 of 11

DEBTORS' EXHIBIT 4

Debtor    The Innovative Technologies Group & Co., LTD                         Case number (if known)_____
         Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | | Amount of claim |
|---|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
AFLAC
1932 Wynnton Rd.
Columbus, GA 31999

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,152.42

---

**3.2** Nonpriority creditor's name and mailing address
Allied Waste Service
8145 Reichs Ford Rd
Frederick, MD 21704

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 662.00

---

**3.3** Nonpriority creditor's name and mailing address
AT&T Mobility
P.O. Box 6416
Carol Stream, IL 60197

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ Unknown

---

**3.4** Nonpriority creditor's name and mailing address
Baltimore Gas & Electric
P.O. Box 13070
Philadelphia, PA 19101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Utility Services

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,463.00

---

**3.5** Nonpriority creditor's name and mailing address
Berkshire Life Ins C
700 South Street
Pittsfield, MA 01201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 854.87

---

**3.6** Nonpriority creditor's name and mailing address
Cingular Wireless
5600 Glenridge Dr NE
# G417
Sandy Springs, GA 30342

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 787.65

---

**DEBTORS' EXHIBIT 4**

Case 25-18000    Doc 1    Filed 08/29/25    Page 24 of 58

Debtor  The Innovative Technologies Group & Co., LTD  Case number *(if known)*_____
         Name

## Part 2  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $581.27 |

Comcast
1701 John F. Kennedy Blvd.
Philadelphia, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,983.77 |

Digi-Key Corporation
701 Brooks Ave S
Thief River Falls, MN 56701

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,079.51 |

Esco Products
2501 Central Parkway
Suite A-5
Houston, TX 77092

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $829,497.82 |

Gordon Feinblatt LLC
1001 Fleet Street
Suite 700
Baltimore, MD 21202

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,080.00 |

GPD Optoelectronics
7 Manor Parkway
Salem, NH 03079

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 5 of 11

DEBTORS' EXHIBIT 4

Case 25-18000    Doc 1    Filed 08/29/25    Page 25 of 58

Debtor  The Innovative Technologies Group & Co., LTD       Case number (if known) _____
_____
Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 12  **Nonpriority creditor's name and mailing address**

HT Machine Shop, LLC
2712 Occidental Drive
Vienna, VA 22180

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 101,042.75

---

**3.** 13  **Nonpriority creditor's name and mailing address**

Hunt Manor Insurance
35 Fulford Ave
Suite 202
Bel Air, MD 21014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,240.57

---

**3.** 14  **Nonpriority creditor's name and mailing address**

Intelliworks HT
PO Box 899
Norwalk, OH 44857

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 962.00

---

**3.** 15  **Nonpriority creditor's name and mailing address**

ITProp, LLC
10240 Old Columbia Road
Columbia, MD 21046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,358.00

---

**3.** 16  **Nonpriority creditor's name and mailing address**

KPM Analytics North America Corporation
8 Technology Drive
Westborough, MA 01581

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,092,992.14

---

**DEBTORS' EXHIBIT 4**

Debtor  The Innovative Technologies Group & Co., LTD          Case number (if known) _____
        Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

McMaster-Carr Supply
P.O. Box 4355
Chicago, IL 60680

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,073.10

---

**3.18** Nonpriority creditor's name and mailing address

Mega Electronics
4B Jules Lane
New Brunswick, NJ 08901

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 174.20

---

**3.19** Nonpriority creditor's name and mailing address

MSC Industrial Supply
525 Harbour Place Drive
Davidson, NC 28036

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 70.76

---

**3.20** Nonpriority creditor's name and mailing address

Newark Electronics
4180 Highlander Pkwy
Richfield, OH 44286

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 921.66

---

**3.21** Nonpriority creditor's name and mailing address

R/S Electronics, Inc.
4 Professional Drive
Suite 118
Gaithersburg, MD 20879

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 8,857.05

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 7 of 11

DEBTORS' EXHIBIT 4

Case 25-18000 Doc 1 Filed 08/29/25 Page 27 of 58

Debtor __The Innovative Technologies Group & Co., LTD__     Case number (if known) _____
    Name

| Part 2: | Additional Page |

| | | Amount of claim |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | |

**3.22** Nonpriority creditor's name and mailing address

Smith Duggan Cornell & Gollub LLP
c/o Dana Zakarian, Esq.
55 Old Bedford Road, Suite 300
Lincoln, MA 01773

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 99,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

T&M Machine Shop
12201-A Distribution Way
Beltsville, MD 20705

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 8,214.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

Terrace Assembly
395 Timberton Circle
Bellefonte, PA 16823

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 12,626.10

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

The Hartford Insurance Group, Inc.
690 Asylum Avenue
Hartford, CT 06155

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 2,240.47

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

Todd & Weld LLP
One Federal Street
Boston, MA 02110

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 6,116.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims     

DEBTORS' EXHIBIT 4

Debtor  The Innovative Technologies Group & Co., LTD _____    Case number (if known)_____
Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3. 27** Nonpriority creditor's name and mailing address

UPS Corporate Legal Department
55 Glenlake Parkway NE
Atlanta, GA 30328

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 376.10

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3. 28** Nonpriority creditor's name and mailing address

Vital Records Control f/k/a Proshred
803 Pressley Road
Unit 108
Charlotte, NC 28217

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 178.20

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3. 29** Nonpriority creditor's name and mailing address

Wells Fargo
P.O. Box 51193
Los Angeles, CA 90051

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 51,609.67

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3. ____** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

**3. ____** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

DEBTORS' EXHIBIT 4

Case 25-18000    Doc 1    Filed 08/29/25    Page 29 of 58

Debtor   The Innovative Technologies Group & Co., LTD   Case number (if known) _____
         Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | c/o Michael B. Brown, Esq.<br>Miles & Stockbridge, P.C.<br>Light Street<br>Baltimore, MD, 21202 | Line 3.16<br>☐ Not listed. Explain: | _____ |
| 4.2. | Comcast Corporation<br>c/o CSC-LAWYERS INCORPORATING SERVICE CO., resident agent<br>7 St. Paul St., Ste. 820<br>Baltimore, MD, 21202 | Line 3.7<br>☐ Not listed. Explain | _____ |
| 4.3. | Paige Zacharakis, Esq.<br>Morse, Barnes-Brown & Pendleton, P.C.<br>480 Totten Pond Road, 4th Floor<br>Waltham, MA, 02451 | Line 3.16<br>☐ Not listed. Explain | _____ |
| 4.4. | R/S Electronics, Inc. c/o Ravinder S. Arneja, Resident Agent<br>7844 Beechcraft Ave<br>Gaithersburg, MD, 20879 | Line 3.21<br>☐ Not listed. Explain | _____ |
| 41. | Scott R. Magee, Esq.<br>Morse, Barnes-Brown & Pendleton, P.C.<br>480 Totten Pond Road, 4th Floor<br>Waltham, MA, 02451 | Line 3.16<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

DEBTORS' EXHIBIT 4

Case 25-18090   Doc 1   Filed 08/29/25   Page 30 of 58

Debtor    The Innovative Technologies Group & Co., LTD                              Case number *(if known)*_____
                    Name

| **Part 4** | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

5a.  **Total claims from Part 1**                          5a.   $ 123,387.92

5b.  **Total claims from Part 2**                          5b.  **+**  $ 11,242,195.58

5c.  **Total of Parts 1 and 2**                            5c.   $ 11,365,583.50
      Lines 5a + 5b = 5c.

DEBTORS' EXHIBIT 4

**Fill in this information to identify the case:**

Debtor name __The Innovative Technologies Group & Co., LTD__

United States Bankruptcy Court for the: __District of Maryland__

Case number (If known): _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease of premises<br>Lessor | ITProp, LLC<br>10240 Old Columbia Road<br>Columbia, MD, 21046 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease of copier | US Bank Equipment<br>PO Box 230789<br>Portland, OR, 97281-0789 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    page 1 of __1__

# DEBTORS' EXHIBIT 4

Fill in this information to identify the case:

Debtor name __The Innovative Technologies Group & Co., LTD__

United States Bankruptcy Court for the: __District of Maryland__

Case number (If known): _____

☐ Check if this is an amended filing

**Official Form 206H**

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |
| **2.** | **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2. |

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** / Mailing address | | **Name** | Check all schedules that apply: |
| 2.1 | ITProp, LLC | 10240 Old Columbia Rd<br>Columbia, MD 21046 | US Small Business Administration | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | ITProp, LLC | 10240 Old Columbia Rd<br>Columbia, MD 21046 | Sandy Spring Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | Blue Sun Scientific, LLC | 8017 Dorsey Run Road<br>Jessup, MD 20794 | KPM Analytics North America Corporation | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 | Irvin Lucas | 6835 Laurel Canyon Blvd.<br>Apt. 110<br>North Hollywood, CA 91605 | KPM Analytics North America Corporation | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 | Robert Gajewski | 2728 Leonard Lane<br>North Aurora, IL 60542 | KPM Analytics North America Corporation | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 | | | | ☐ D<br>☐ E/F<br>☐ G |

## DEBTORS' EXHIBIT 4

| Fill in this information to identify the case and this filing: |
| --- |

Debtor Name    The Innovative Technologies Group & Co., LTD

United States Bankruptcy Court for the:    District of Maryland

Case number (If known):    _____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

██  Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/29/2025
    MM / DD / YYYY

✖ /s/ Robert Wilt
Signature of individual signing on behalf of debtor

Robert Wilt
Printed name

Chairman and Director
Position or relationship to debtor

Official Form 202                Declaration Under Penalty of Perjury for Non-Individual Debtors

# DEBTORS' EXHIBIT 4

**United States Bankruptcy Court**

**IN RE:**                                Case No._____

The Innovative Technologies Group & Co., LTD

_____ Chapter _11_____

**LIST OF EQUITY SECURITY HOLDERS**

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Robert Wilt 22189 Bayshore Road, Chestertown, MD 21620 | 100 | |
| David Bush 5905 Crawford Dr, Rockville, MD 20851 | 0 | |
| Cathy Wilt 22189 Bayshore Road, Chestertown, MD 21620 | 0 | |

DEBTORS' EXHIBIT 4

**Fill in this information to identify the case:**

Debtor name          The Innovative Technologies Group & Co., LTD

United States Bankruptcy Court for the:  District of Maryland

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 849,086.63 |
| **For prior year:** | From 01/01/2024<br>MM / DD / YYYY | to | 12/31/2024<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 1,345,843.00 |
| **For the year before that:** | From 01/01/2023<br>MM / DD / YYYY | to | 12/31/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 1,232,206.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |

DEBTORS' EXHIBIT 4

Debtor　The Innovative Technologies Group & Co., LTD
　　　　_____
　　　　Name

Case number *(if known)*_____

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers　including expense reimbursements　to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Care First<br>Creditor's name<br>1501 South Clinton Street<br>Baltimore, MD 21224 | 6/29/25<br>7/29/25<br>07/30/2025 | $ 13,574.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | Spectrum Thin Films<br>Creditor's name<br>100-E Knickerbocker Avenue<br>Bohemia, NY 11716 | 06/27/25<br>08/08/2025 | $ 17,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Robert Wilt<br>Insider's name<br>22189 Bayshore Road<br>Chestertown, MD 21620 | _____<br>12/18/2024<br>8/29/2025 | $ 75,600.00 | $71,000.00 salary; $4,600.00 repayment of loan to ITG |
| | **Relationship to debtor**<br>Chairman and Director | | | |
| 4.2. | _____<br>Insider's name | _____<br>_____<br>_____ | $ _____ | |
| | **Relationship to debtor**<br>_____ | | | |

Official Form 207　　　　**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**　　　　page **2**

# DEBTORS' EXHIBIT 4

Debtor    The Innovative Technologies Group & Co., LTD
_____    Case number (if known)_____
Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | KPM Analytics North America Corporation<br>Creditor's name<br>8 Technology Drive<br>Westborough, MA 01581 | Pending garnishment of bank account | 08/2025 | $ Unknown |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | KPM Analytics North America Corporation vs. Blue Sun | Tortious Interference | Massachusetts Federal Court | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| | **Case number**<br>21-10572-MRG | | | |
| 7.2. | KPM Analytics North America Corporation v. Blue Sun Scientific, LLC et al | | U.S. District Court for the District of Maryland (Baltimore) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>25-MC-00474 | Garnishment | 101 W Lombard St<br>Greenbelt, MD 20770 | |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 3

## DEBTORS' EXHIBIT 4

Debtor  The Innovative Technologies Group & Co., LTD _____
       Name

Case number (if known)_____

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | | |
| | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $_____ |

---

DEBTORS' EXHIBIT 4

| Debtor | The Innovative Technologies Group & Co., LTD | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

## Part 6:   Certain Payments or Transfers

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Wolff & Orenstein, LLC | Initial retainer | 06/2024 | $ 25,000.00 |

**Address**

15245 Shady Grove Road
Suite 465 North
Rockville, MD 20850

**Email or website address**
wolawgroup.com

**Who made the payment, if not debtor?**

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Wolff & Orenstein, LLC | Replenishment of retainer | 06/2025 | $ 9,126.00 |

**Address**
15245 Shady Grove Road
Suite 465 North
Rockville, MD 20850

**Email or website address**

wolawgroup.com

**Who made the payment, if not debtor?**

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |

**Trustee**

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

# DEBTORS' EXHIBIT 4

Debtor  The Innovative Technologies Group & Co., LTD
_____
Name

Case number (if known) _____

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property   by sale, trade, or any other means   made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | | From _____ | To _____ |
| 14.2. | | From _____ | To _____ |

---

DEBTORS' EXHIBIT 4

Debtor ___The Innovative Technologies Group & Co., LTD_____    Case number *(if known)*_____

       Name

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

    Is the debtor primarily engaged in offering services and facilities for:

    diagnosing or treating injury, deformity, or disease, or

    providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☑ No. Go to Part 9.

    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** _____ Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? *Check all that apply:* ☐ Electronically ☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| **15.2.** _____ Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? *Check all that apply:* ☐ Electronically ☐ Paper |

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

    ☑ No.

    ☐ Yes. State the nature of the information collected and retained. _____

        Does the debtor have a privacy policy about that information?

        ☐ No

        ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☑ No. Go to Part 10.

    Yes. Does the debtor serve as plan administrator?

        ☐ No. Go to Part 10.

        ☐ Yes. Fill in below.

        **Name of plan**                    **Employer identification number of the plan**

        _____    EIN: _____

        Has the plan been terminated?

        ☐ No

        ☐ Yes

# DEBTORS' EXHIBIT 4

Debtor  The Innovative Technologies Group & Co., LTD
_____
  Name

Case number (if known) _____

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
| --- | --- |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

---

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 8

DEBTORS' EXHIBIT 4

Debtor    The Innovative Technologies Group & Co., LTD
_____     Case number (if known)_____
          Name

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Employees | | Toolboxes, computers, and personal tools of employees | $ Unknown |
| Name | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____ | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

DEBTORS' EXHIBIT 4

Debtor    The Innovative Technologies Group & Co., LTD
_____
Name

Case number (if known)_____

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Blue Sun Scientific<br>_____<br>Name<br>8017 Dorsey Run Road<br>Jessup, MD 20794 | Sales | EIN: 61-1895942<br><br>**Dates business existed**<br><br>From 07/21/2018    To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |

---

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **10**

DEBTORS' EXHIBIT 4

Debtor    The Innovative Technologies Group & Co., LTD                Case number *(if known)*_____
_____
Name

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | John J. Kinloch, Jr., CPA _____ | From _____ |
| | Name | To _____ |
| | Kinloch & Associates, P.C., 8808 Centre Park Drive, Suite 300, Columbia, MD 21045 | |

| Name and address | Dates of service |
|---|---|
| 26a.2. | _____ | From _____ |
| | Name | To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | _____ | From _____ |
| | Name | To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. | _____ | From _____ |
| | Name | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | Cathy Wilt _____ | |
| | Name | |
| | 22189 Bayshore Road, Chestertown, MD 21620 | |

---

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 11

DEBTORS' EXHIBIT 4

Debtor    The Innovative Technologies Group & Co., LTD                    Case number (if known)_____
          Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| | Name and address |
|---|---|
| 26d.1. | _____<br>Name |

| | Name and address |
|---|---|
| 26d.2. | _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Linda Taylor | 02/24/2025 | $ 313,348.14 |

Name and address of the person who has possession of inventory records

| | |
|---|---|
| 27.1. | Linda Taylor<br>Name<br>8017 Dorsey Run Road<br>Suite H<br>Jessup, MD 20794 |

DEBTORS' EXHIBIT 4

Debtor ___The Innovative Technologies Group & Co., LTD___   Case number (if known)_____
           Name

| | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| Name of the person who supervised the taking of the inventory | | | |
| Robert Wilt | | 02/24/2025 | $89,867.00 |

Name and address of the person who has possession of inventory records

27.2.  Robert Wilt
       Name
       8017 Dorsey Run Road
       Suite H
       Jessup, MD 20794

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Wilt | 22189 Bayshore Road, Chestertown, MD 21620 | Chairman and Director | 100 |
| David Bush | 5905 Crawford Dr, Rockville, MD 20851 | Vice Chairman and Director | 0 |
| Cathy Wilt | 22189 Bayshore Road, Chestertown, MD 21620 | Secretary and Director | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  ITProp, LLC | 47,676.25 | | Rent |
|        Name | | 8/30/2024 | |
| | | 8/29/2025 | |
| Relationship to debtor | | | |
| Wholly owned | | | |

**DEBTORS' EXHIBIT 4**

Debtor    The Innovative Technologies Group & Co., LTD                    Case number (if known)_____
_____
         Name

| | Name and address of recipient | | | | Salary |
|---|---|---|---|---|---|
| 30.2 | Cathy Wilt | 60,000.00 | | | |
| | Name | | | 8/30/2024 | |
| | 22189 Bayshore Road | | | 8/29/2025 | |
| | Chestertown, MD 21620 | | | | |

**Relationship to debtor**

Secretary and Director

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| The Innovative Technologies Group & Co., LTD | EIN: 52-2048366 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/29/2025
         MM / DD / YYYY

✖ /s/ Robert Wilt                                 Printed name    Robert Wilt
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    Chairman and Director

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

# DEBTORS' EXHIBIT 4

Debtor Name   The Innovative Technologies Group & Co., LTD _____   Case number (if known) _____

### **Continuation Sheet for Official Form 207**

3) Certain payments or transfers to creditors within 90 days before filing this case

Digi-Key Corporation, ⬜⬜⬜⬜ $10,581.48
701 Brooks Ave S, Thief
River Falls, MN 56701⬜

ITProp, LLC, 10240 Old ⬜⬜⬜ $12,000.00
Columbia Road, Columbia,
MD 21046

30) Payments, distributions, or withdrawals credited or given to insiders

**Name and Address:**

David Bush⬜

5905 Crawford Dr⬜
Rockville, MD 20851⬜

**Amount of money or description: $70,000.00⬜**

**Dates: - , 8/30/2024, 8/29/2025**

**Reason: Salary⬜**

---

# DEBTORS' EXHIBIT 4

United States Bankruptcy Court

District of Maryland

In re:  The Innovative Technologies Group & Co.,
LTD

Debtor(s)

Case No.

Chapter   11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.

Date: _____08/29/2025_____

/s/ Robert Wilt
_____
Signature of Individual signing on behalf of debtor

Chairman and Director
_____
Position or relationship to debtor

DEBTORS' EXHIBIT 4

Aaron Coleman
6008 Quebec St.
Berwyn Heights, MD 20740


AFLAC
1932 Wynnton Rd.
Columbus, GA 31999


Allied Waste Service
8145 Reichs Ford Rd
Frederick, MD 21704


Altantic Union Bank
c/o CSC Lawyers Incorporating Service Co
7 St. Paul Street, Suite 820
Baltimore, MD 21202


AT&T Mobility
P.O. Box 6416
Carol Stream, IL 60197


Baltimore Gas & Electric
P.O. Box 13070
Philadelphia, PA 19101


Berkshire Life Ins C
700 South Street
Pittsfield, MA 01201


Blue Sun Scientific, LLC
8017 Dorsey Run Road
Jessup, MD 20794


Business Finance Group, Inc.
3930 Pender Drive
Suite 300
Fairfax, VA 22030


c/o Michael B. Brown, Esq.
Miles & Stockbridge, P.C.
Light Street
Baltimore, MD 21202


Carol-Ann J. Hulme, Esq., US Small Business A
100 S Charles St
Suite 1201
Baltimore, MD 21201


Cathy Wilt
22189 Bayshore Road
Chestertown, MD 21620


DEBTORS' EXHIBIT 4

Cingular Wireless
5600 Glenridge Dr NE
Sandy Springs, GA 30342


Comcast
1701 John F. Kennedy Blvd.
Philadelphia, PA 19103


Comcast Corporation
c/o CSC-LAWYERS INCORPORATING SERVICE CO
7 St. Paul St., Ste. 820
Baltimore, MD 21202


David Bush
5905 Crawford Dr
Rockville, MD 20851


Digi-Key Corporation
701 Brooks Ave S
Thief River Falls, MN 56701


Edward D. Jones & Co.. LP
12555 Manchester Road
Saint Louis, MO 63131


Esco Products
2501 Central Parkway
Suite A-5
Houston, TX 77092


Gordon Feinblatt LLC
1001 Fleet Street
Suite 700
Baltimore, MD 21202


GPD Optoelectronics
7 Manor Parkway
Salem, NH 03079


HT Machine Shop, LLC
2712 Occidental Drive
Vienna, VA 22180


Hunt Manor Insurance
35 Fulford Ave
Suite 202
Bel Air, MD 21014


Intelliworks HT
PO Box 899
Norwalk, OH 44857

DEBTORS' EXHIBIT 4

```
Irvin Lucas
6835 Laurel Canyon Blvd.
Apt. 110
North Hollywood, CA 91605


ITProp, LLC
10240 Old Columbia Road
Columbia, MD 21046


ITProp, LLC
10240 Old Columbia Rd
Columbia, MD 21046


ITProp, LLC c/o Howard E. Deutch, Resident Ag
2901 S. Leisure World Blvd.
Silver Spring, MD 20906


KPM Analytics North America Corporation
8 Technology Drive
Westborough, MA 01581


KPM Analytics North America Corporation


KPM Analytics North America Corporation
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202


Lana Sapojnik
3204 Old Post Dr #6
Pikesville, MD 21208


Lev Gutman
11 Pickersgill Square
Owings Mills, MD 21117


Linda Taylor
3555 Floating Leaf Lane
Laurel, MD 20724


Marlon Vaughn
102 Trebeck Trail
Falling Waters, WV 25419


McMaster-Carr Supply
P.O. Box 4355
Chicago, IL 60680


Mega Electronics
4B Jules Lane
New Brunswick, NJ 08901
```

# DEBTORS' EXHIBIT 4

Michael D. Nord, Esq.
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, MD 21202


MSC Industrial Supply
525 Harbour Place Drive
Davidson, NC 28036


Newark Electronics
4180 Highlander Pkwy
Richfield, OH 44286


Paige Zacharakis, Esq.
Morse, Barnes-Brown & Pendleton, P.C.
480 Totten Pond Road, 4th Foor
Waltham, MA 02451


R/S Electronics, Inc.
4 Professional Drive
Suite 118
Gaithersburg, MD 20879


R/S Electronics, Inc. c/o Ravinder S. Arneja,
7844 Beechcraft Ave
Gaithersburg, MD 20879


Robert Gajewski
2728 Leonard Lane
North Aurora, IL 60542


Robert Wilt
22189 Bayshore Road
Chestertown, MD 21620


Sandy Spring Bank
17801 Georgia Avenue
Olney, MD 20832


Sandy Spring Bank
c/o Daniel J. Schrider, Resident Agent
17801 Georgia Avenue
Olney, MD 20832


Sandy Spring Bank
c/o Kimberly Sargent
17801 Georgia Avenue
Olney, MD 20832


Scott R. Magee, Esq.
Morse, Barnes-Brown & Pendleton, P.C.
480 Totten Pond Road, 4th Floor
Waltham, MA 02451


# DEBTORS' EXHIBIT 4

Smith Duggan Cornell & Gollub LLP
c/o Dana Zakarian, Esq.
55 Old Bedford Road, Suite 300
Lincoln, MA 01773

T&M Machine Shop
12201-A Distribution Way
Beltsville, MD 20705

Terrace Assembly
395 Timberton Circle
Bellefonte, PA 16823

The Hartford Insurance Group, Inc.
690 Asylum Avenue
Hartford, CT 06155

Todd & Weld LLP
One Federal Street
Boston, MA 02110

United States Small Business Administration
City Crescent Building
10 S. Howard Street, Suite 6220
Baltimore, MD 21201

UPS Corporate Legal Department
55 Glenlake Parkway NE
Atlanta, GA 30328

US Bank Equipment
PO Box 230789
Portland, OR 97281

US Bank Equipment
PO Box 230789
Portland, OR 97281-0789

US Small Business Administration
403 3rd Street SW
Washington, DC 20416

Vital Records Control f/k/a Proshred
803 Pressley Road
Unit 108
Charlotte, NC 28217

Wells Fargo
P.O. Box 51193
Los Angeles, CA 90051

# DEBTORS' EXHIBIT 4

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

District of Maryland

In re   The Innovative Technologies Group & Co., LTD

Case No. _____

**Debtor**

Chapter <u>11</u> _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $_____

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 34,126.00

   The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $ 510.00

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

DEBTORS' EXHIBIT 4

B2030 (Form 2030) (12/15)

   d.  [Other provisions as needed]

Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy; Preparation and filing of any petition, schedules, statement of affairs and plan which may be required; Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof; Representation of the debtor in adversary proceedings and other contested bankruptcy matters.

All necessary services to be provided on an hourly basis subject to a Retainer Agreement, with fees paid only after application and approval of the Bankruptcy Court. Hourly rates: $510/hour for members Jeffrey M. Orenstein; $310.00/hour for associate Matthew E. Abbott

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

# DEBTORS' EXHIBIT 4

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

08/29/2025

*Date*

/s/ Jeffrey M. Orenstein (07512)

*Signature of Attorney*

Wolff & Orenstein LLC

*Name of law firm*
15245 Shady Grove Road
Suite 465 - North
Rockville, MD 20850-4231

DEBTORS' EXHIBIT 4