# District of Maryland
# Claims Register

## 25-17998 Blue Sun Scientific, LLC and The Innovative Technologies Group & Co., LTD

| | |
|---|---|
| **Chief Judge:** David E Rice | **Chapter:** 11 |
| **Office:** Baltimore | **Last Date to file claims:** 01/06/2026 |
| **Trustee:** | **Last Date to file (Govt):** 02/25/2026 |

| Creditor: (32980137) US Small Business Administration 100 S Charles Street, Suite 1201 721 19th Street, Suite 301 Baltimore, MD 20201 | **Claim No: 1** Original Filed Date: 09/04/2025 Original Entered Date: 10/07/2025 | Status: Filed by: CR Entered by: Christopher Adams Modified: |

Amount claimed: $172134.78
Secured claimed: $172134.78

History:

Details   1-1   09/04/2025 Claim #1 filed by US Small Business Administration, Amount claimed: $172134.78 (Adams, Christopher)

Description:
Remarks: (1-1) Claim 1-1 docketed from consolidated member case 25-18000

| Creditor: (32980099) History Intelliworks HT LLC PO Box 899 Norwalk, OH 44857-0899 | **Claim No: 2** Original Filed Date: 09/09/2025 Original Entered Date: 10/07/2025 | Status: Filed by: CR Entered by: Christopher Adams Modified: 10/07/2025 |

Amount claimed: $10498.55

History:

Details   2-1   09/09/2025 Claim #2 filed by Intelliworks HT LLC, Amount claimed: $10498.55 (Adams, Christopher)

Description:
Remarks: (2-1) Claim 2-1 docketed from consolidated member case 25-18000

| Creditor: (32980137) US Small Business Administration 100 S Charles Street, Suite 1201 721 19th Street, Suite 301 Baltimore, MD 20201 | **Claim No: 3** Original Filed Date: 09/23/2025 Original Entered Date: 10/07/2025 | Status: Filed by: CR Entered by: Christopher Adams Modified: |

Amount claimed: $115676.90
Secured claimed: $115676.90

History:

Details   3-1   09/23/2025 Claim #3 filed by US Small Business Administration, Amount claimed: $115676.90 (Adams, Christopher)

Description:
Remarks: (3-1) Claim 3-1 docketed from consolidated member case 25-18000

# DEBTORS' EXHIBIT 5

| | | |
|---|---|---|
| *Creditor:* (32980140)<br>McMaster-Carr Supply Co.<br>200 New Canton Way<br>Robbinsville, NJ 08691-2343 | **Claim No: 4**<br>*Original Filed Date*: 09/30/2025<br>*Original Entered Date*: 10/07/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Christopher Adams<br>*Modified:* |

Amount claimed: $1073.10

*History:*

Details   4-1   09/30/2025 Claim #4 filed by McMaster-Carr Supply Co., Amount claimed: $1073.10 (Adams, Christopher)

*Description:*

*Remarks:* (4-1) Claim 4-1 docketed from consolidated member case 25-18000

| | | |
|---|---|---|
| *Creditor:* (32981025)<br>Interworld Freight, Inc.<br>9601 NW 112th Avenue<br>Medley, FL 33178<br>Medley, FL 33178 | **Claim No: 5**<br>*Original Filed Date*: 10/08/2025<br>*Original Entered Date*: 10/08/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* admin<br>*Modified:* |

Amount claimed: $2020.94

*History:*

Details   5-1   10/08/2025 Claim #5 filed by Interworld Freight, Inc., Amount claimed: $2020.94 (admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (32947088)   History<br>Seyfarth Shaw LLP<br>233 S Wacker Dr, Suite 8000<br>Chicago, IL 60606 | **Claim No: 6**<br>*Original Filed Date*: 10/17/2025<br>*Original Entered Date*: 10/20/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Christopher Adams<br>*Modified:* |

Amount claimed: $617459.49

*History:*

Details   6-1   10/17/2025 Claim #6 filed by Seyfarth Shaw LLP, Amount claimed: $617459.49 (Adams, Christopher)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (32963375)<br>KPM Analytics North America Corporation<br>Addison J. Chappell, Esquire<br>Miles & Stockbridge P.C.<br>100 Light Street, 7th Floor<br>Baltimore, Maryland 21202 | **Claim No: 7**<br>*Original Filed Date*: 10/28/2025<br>*Original Entered Date*: 10/28/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Addison J. Chappell<br>*Modified:* |

Amount claimed: $5602962.55

*History:*

Details   7-1   10/28/2025 Claim #7 filed by KPM Analytics North America Corporation, Amount claimed: $5602962.55 (Chappell, Addison)

*Description:*

*Remarks:*

# DEBTORS' EXHIBIT 5

*Creditor:* (32980123)  
Smith Duggan Cornell & Gollub LLP  
c/o Dana Zakarian, Esq.  
55 Old Bedford Road, Suite 300  
Lincoln, MA 01773

**Claim No: 8**  
*Original Filed Date*: 12/02/2025  
*Original Entered Date*: 12/02/2025

*Status:*  
*Filed by:* CR  
*Entered by:* admin  
*Modified:*

Amount claimed: $101498.30

*History:*

Details   8-1   12/02/2025 Claim #8 filed by Smith Duggan Cornell & Gollub LLP, Amount claimed: $101498.30 (admin)

*Description:*  
*Remarks:* (8-1) Account Number (last 4 digits):2476

# Claims Register Summary

**Case Name:** Blue Sun Scientific, LLC and The Innovative Technologies Group & Co., LTD  
**Case Number:** 25-17998  
**Chapter:** 11  
**Date Filed:** 08/29/2025  
**Total Number Of Claims:** 8

| Total Amount Claimed* | $6623324.61 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $287811.68 | |
| **Priority** | | |
| **Administrative** | | |
| **Other** | $6335512.93 | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/06/2025 15:27:07 | | | |
| **PACER Login:** | wojmo2017 | **Client Code:** | itg |
| **Description:** | Claims Register | **Search Criteria:** | 25-17998 Filed or Entered From: 1/1/1990 Filed or Entered To: 12/31/2025 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# DEBTORS' EXHIBIT 5