# District of Maryland
# Claims Register

25-18000 The Innovative Technologies Group & Co., LTD

**Chief Judge:** David E Rice  **Chapter:** 11
**Office:** Baltimore  **Last Date to file claims:** 01/06/2026
**Trustee:**  **Last Date to file (Govt):** 02/25/2026

*Creditor:* (32949422)  **Claim No: 1**  *Status:*
US Small Business Administration  *Original Filed*  *Filed by:* CR
100 S Charles Street, Suite 1201  *Date*: 09/04/2025  *Entered by:* admin
721 19th Street, Suite 301  *Original Entered*  *Modified:*
Baltimore, MD 20201  *Date*: 09/04/2025

  Amount claimed: $172134.78
  Secured claimed: $172134.78

*History:*
Details  1-1  09/04/2025 Claim #1 filed by US Small Business Administration, Amount claimed: $172134.78 (admin)
*Description:*
*Remarks:* (1-1) Account Number (last 4 digits):8007

*Creditor:* (32953669)  **Claim No: 2**  *Status:*
Intelliworks HT LLC  *Original Filed*  *Filed by:* CR
PO Box 899  *Date*: 09/09/2025  *Entered by:* admin
Norwalk, OH 44857-0899  *Original Entered*  *Modified:*
 *Date*: 09/09/2025

  Amount claimed: $10498.55

*History:*
Details  2-1  09/09/2025 Claim #2 filed by Intelliworks HT LLC, Amount claimed: $10498.55 (admin)
     doc  09/09/2025 Proof of Claim Attachment 3001(c)(1) and (d) of Claim No. 2 filed by Intelliworks HT LLC (webclaimusr)
     doc  09/09/2025 Proof of Claim Attachment 3001(c)(1) and (d) of Claim No. 2 filed by Intelliworks HT LLC (webclaimusr)
*Description:*
*Remarks:*

*Creditor:* (32966203)  **Claim No: 3**  *Status:*
U.S. Small Business Administration  *Original Filed*  *Filed by:* CR
100 S Charles Street, Suite 1201  *Date*: 09/23/2025  *Entered by:* admin
721 19th Street, Suite 301  *Original Entered*  *Modified:*
Baltimore, MD 20201  *Date*: 09/23/2025

  Amount claimed: $115676.90
  Secured claimed: $115676.90

*History:*
Details  3-1  09/23/2025 Claim #3 filed by U.S. Small Business Administration, Amount claimed: $115676.90 (admin)
*Description:*
*Remarks:* (3-1) Account Number (last 4 digits):5010

# DEBTORS' EXHIBIT 6

| | | |
|---|---|---|
| *Creditor:*     (32974472)<br>McMaster-Carr Supply Co<br>200 New Canton Way<br>Robinsville, NJ 08691-2343 | **Claim No: 4**<br>*Original Filed Date*: 09/30/2025<br>*Original Entered Date*: 10/01/2025 | Status:<br>*Filed by:* CR<br>*Entered by:* Daniel Walston<br>*Modified:* |

 Amount claimed: $1073.10

*History:*

Details   4-1   09/30/2025 Claim #4 filed by McMaster-Carr Supply Co, Amount claimed: $1073.10 (Walston, Daniel)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*     (32963294)<br>KPM Analytics North America Corporation<br>C\O Addison J. Chappell, Esquire<br>Miles & Stockbridge P.C.<br>100 Light Street, 7th Floor<br>Baltimore, Maryland 21202 | **Claim No: 5**<br>*Original Filed Date*: 10/28/2025<br>*Original Entered Date*: 10/28/2025 | Status:<br>*Filed by:* CR<br>*Entered by:* Addison J. Chappell<br>*Modified:* |

 Amount claimed: $10130176.42

*History:*

Details   5-1   10/28/2025 Claim #5 filed by KPM Analytics North America Corporation, Amount claimed: $10130176.42 (Chappell, Addison)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*     (32946808)   History<br>Smith Duggan Cornell & Gollub LLP<br>c/o Dana Zakarian, Esq.<br>55 Old Bedford Road, Suite 300<br>Lincoln, MA 01773 | **Claim No: 6**<br>*Original Filed Date*: 12/02/2025<br>*Original Entered Date*: 12/02/2025 | Status:<br>*Filed by:* CR<br>*Entered by:* admin<br>*Modified:* |

 Amount claimed: $101498.30

*History:*

Details   6-1   12/02/2025 Claim #6 filed by Smith Duggan Cornell & Gollub LLP, Amount claimed: $101498.30 (admin)

*Description:*

*Remarks:* (6-1) Account Number (last 4 digits):2476

## Claims Register Summary

**Case Name:** The Innovative Technologies Group & Co., LTD
**Case Number:** 25-18000
**Chapter:** 11
**Date Filed:** 08/29/2025
**Total Number Of Claims:** 6

| | |
|---|---|
| **Total Amount Claimed*** | $10531058.05 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

# DEBTORS' EXHIBIT 6

|                | Claimed        | Allowed |
|----------------|----------------|---------|
| Secured        | $287811.68     |         |
| Priority       |                |         |
| Administrative |                |         |
| Other          | $10243246.37   |         |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/06/2025 15:30:07 | | | |
| PACER Login: | wojmo2017 | Client Code: | itg |
| Description: | Claims Register | Search Criteria: | 25-18000 Filed or Entered From: 1/1/1990 Filed or Entered To: 12/31/2025 |
| Billable Pages: | 1 | Cost: | 0.10 |

# DEBTORS' EXHIBIT 6