## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re:<br><br>BLUE SUN SCIENTIFIC, LLC,<br><br>THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD,<br><br>Debtors. | Jointly Administered Under<br><br>Case No. 25-17998-DER (Lead Case)<br><br>Case No. 25-18000-DER<br><br>Chapter 11 |

### KPM ANALYTICS NORTH AMERICA CORPORATION'S
### EXHIBIT AND WITNESS LIST FOR DECEMBER 15, 2025 HEARING

KPM Analytics North America Corporation ("KPM"), by and through undersigned counsel, files its Exhibit and Witness List for the December 15, 2025 hearing on the Motion for Relief from the Automatic Stay to Permit Continuance of Appellate Proceedings in the United States Court of Appeals for the First Circuit [Dkt. No. 32], and KPM's Objection to Debtors' Motion for Relief from the Automatic Stay to Permit Continuance of Appellate Proceedings in the United States Court of Appeals for the First Circuit [Dkt. No. 37] ("Objection").

**KPM's Exhibit List**:

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| R01 | U.S. District Court for the District of Massachusetts docket sheet for the case styled as *KPM Analytics North America Corp. v. Blue Sun Scientific, LLC, et al.*, Case Number 4:21-cv-10572-MRG (D. Mass.) | | | |
| R02 | First Circuit Court of Appeals docket sheet for the case styled as *KPM Analytics North America Corp. v. Blue Sun Scientific, LLC, et al.*, Case Number 25-1222 (1st Cir.) | | | |

|     |     |     |     |     |
| --- | --- | --- | --- | --- |
| R03 | Debtor's Opposition to KPM's Motion for Leave to Register Judgment in the District of Maryland | | | |
|     | All exhibits used for impeachment/rebuttal | | | |
|     | All exhibits identified by any other party | | | |

**KPM's Witness List**

1. Any witness called by the Innovative Technologies Group & Co., LTD, Blue Sun Scientific, LLC, or any other interested party.

[Remainder of page intentionally blank]

Dated December 10, 2025                              Respectfully submitted,

*/s/ Addison J. Chappell*
Addison J. Chappell, Esquire (#21852)
Michael B. Brown, Esquire (#19641)
MILES & STOCKBRIDGE P.C.
100 Light Street, 7th Floor
Baltimore, MD 21202
Telephone: (410) 385-3481
Telephone: (410) 385-3663
achappell@milesstockbridge.com
mbbrown@milesstockbridge.com

*Counsel for KPM Analytics*
*North America Corporation*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 10, 2025 a copy of the foregoing Exhibit/Witness List was served electronically, via this Court's CM/ECF system, on all parties registered to receive electronic noticing in this case.

- **Hugh M. (UST) Bernstein**  hugh.m.bernstein@usdoj.gov
- **Michael Benjamin Brown**  mbbrown@milesstockbridge.com, jdiaz@milesstockbridge.com
- **Addison J. Chappell**  achappell@milesstockbridge.com
- **Michael David Nord**  mnord@gebsmith.com
- **Jeffrey M. Orenstein**  jorenstein@wolawgroup.com
- **US Trustee - Baltimore**  USTPRegion04.BA.ECF@USDOJ.GOV
- **Timothy VanCisin**  tvancisin@gebsmith.com
- **Maurice Belmont VerStandig**  mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

*/s/ Addison J. Chappell*
Addison J. Chappell

120888\000001\4904-4603-6352.v1