Case 25-17998 & 25-18000
EXHIBIT R-02

General Docket
United States Court of Appeals for the First Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 25-1222 | **Docketed:** 03/11/2025 |
| **Nature of Suit:** 3880 Defend Trade Secrets Act | |
| KPM Analytics North America Corporation v. Blue Sun Scientific, LLC, et al | |
| **Appeal From:** District Court of MA, Worcester | |
| **Fee Status:** filing fee paid | |

**Case Type Information:**
1) civil
2) private
3) property rights

**Originating Court Information:**
  **District:** 0101-4 : 4:21-cv-10572-MRG                                 **Lead:** 4:21-cv-10572-MRG
  **Court Reporter:** Leigh Gershowitz
  **Court Reporter:** Marianne Kusa-Ryll
  **Court Reporter:** Jessica Michael Leonard
  **Court Reporter:** Rachel M. Lopez
  **Ordering Judge:** Margaret R. Guzman, U.S. District Judge
  **Trial Judge:** Robert B. Collings, Magistrate Judge
  **Trial Judge:** Timothy S. Hillman, Magistrate Judge
  **Date Filed:** 04/05/2021

| **Date Order/Judgment:** | **Date Order/Judgment EOD:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|---|
| 02/07/2025 | 02/07/2025 | 03/04/2025 | 03/04/2025 |

**Prior Cases:**
  None

**Current Cases:**
  None

**Panel Assignment:**   Not available

---

| | |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION<br>Plaintiff - Appellee | Scott R. Magee<br>Direct: 781-622-5930<br>[COR NTC Retained]<br>Morse Barnes-Brown & Pendleton PC<br>Firm: 781/622-5930<br>480 Totten Pond Rd, 4th Fl<br>City Point<br>Waltham, MA 02451<br><br>Paige K. Zacharakis<br>Direct: 781-622-5930<br>[COR NTC Retained]<br>Morse Barnes-Brown & Pendleton PC<br>Firm: 781/622-5930<br>480 Totten Pond Rd, 4th Fl<br>City Point<br>Waltham, MA 02451 |
| v. | |
| BLUE SUN SCIENTIFIC, LLC<br>Defendant - Appellant | Christopher Anthony Duggan<br>Direct: 617-228-4444<br>Fax: 781-259-1112<br>[COR NTC Retained]<br>Smith Duggan Cornell & Gollub LLP<br>55 Old Bedford Rd<br>Ste 300<br>Lincoln, MA 01773-1125<br><br>Patricia Anne Hartnett<br>Direct: 617-228-4400<br>Fax: 781-259-1112<br>[COR NTC Retained]<br>Smith Duggan Cornell & Gollub LLP |

|  | 55 Old Bedford Rd<br>Ste 300<br>Lincoln, MA 01773-1125<br><br>Christopher J. Hurst<br>Direct: 617-228-4400<br>Fax: 781-259-1112<br>[COR NTC Retained]<br>Smith Duggan Cornell & Gollub LLP<br>55 Old Bedford Rd<br>Ste 300<br>Lincoln, MA 01773-1125<br><br>Dawn M. Mertineit<br>Direct: 617-946-4800<br>Fax: 617-790-5344<br>[NTC Retained]<br>Seyfarth Shaw LLP<br>2 Seaport Ln<br>Ste 1200<br>Boston, MA 02210-2028<br><br>Dana A. Zakarian<br>Direct: 617-228-4412<br>Fax: 781-259-1112<br>[COR NTC Retained]<br>Smith Duggan Cornell & Gollub LLP<br>55 Old Bedford Rd<br>Ste 300<br>Lincoln, MA 01773-1125 |
|---|---|
| INNOVATIVE TECHNOLOGIES GROUP & CO., LTD<br>Defendant - Appellant | Christopher Anthony Duggan<br>Direct: 617-228-4444<br>[COR NTC Retained]<br>(see above)<br><br>Patricia Anne Hartnett<br>Direct: 617-482-8100<br>Fax: 617-482-3917<br>[COR NTC Retained]<br>Smith Duggan Cornell & Gollub LLP<br>101 Arch St<br>Ste 1100<br>Boston, MA 02110-0000<br><br>Christopher J. Hurst<br>Direct: 617-482-8100<br>[COR NTC Retained]<br>Smith Duggan Cornell & Gollub LLP<br>101 Arch St<br>Ste 1100<br>Boston, MA 02110-0000<br><br>Dawn M. Mertineit<br>Direct: 617-946-4800<br>[NTC Retained]<br>(see above)<br><br>Dana A. Zakarian<br>Direct: 617-228-4412<br>[COR NTC Retained]<br>(see above) |
| ARNOLD EILERT<br>Defendant | Michael Kippins<br>[NTC Retained]<br>Lawyers for Civil Rights<br>61 Batterymarch St<br>5th Fl<br>Boston, MA 02110 |

|  |  |
|---|---|
|  | Dawn M. Mertineit<br>Direct: 617-946-4800<br>[NTC Retained]<br>(see above) |
|  | William L. Prickett<br>[No Notice]<br>Sanzone & McCarthy, LLP<br>981 Worcester St<br>Ste 1A<br>Wellesley, MA 02482 |
|  | Dallin R. Wilson<br>Direct: 617-946-4976<br>Fax: 617-790-6739<br>[NTC Retained]<br>Seyfarth Shaw LLP<br>2 Seaport Ln<br>Ste 1200<br>Boston, MA 02210-2028 |
| ROBERT GAJEWSKI<br>Defendant | Michael Kippins<br>[NTC Retained]<br>(see above) |
|  | Dawn M. Mertineit<br>Direct: 617-946-4800<br>[NTC Retained]<br>(see above) |
|  | William L. Prickett<br>[No Notice]<br>(see above) |
|  | Dallin R. Wilson<br>Direct: 617-946-4976<br>[NTC Retained]<br>(see above) |
| RACHAEL GLENISTER<br>Defendant | Michael Kippins<br>[NTC Retained]<br>(see above) |
|  | Dawn M. Mertineit<br>Direct: 617-946-4800<br>[NTC Retained]<br>(see above) |
|  | William L. Prickett<br>[No Notice]<br>(see above) |
|  | Dallin R. Wilson<br>Direct: 617-946-4976<br>[NTC Retained]<br>(see above) |
| GREGORY ISRAELSON<br>Defendant | Michael Kippins<br>[NTC Retained]<br>(see above) |
|  | William L. Prickett<br>[No Notice]<br>(see above) |
|  | Dallin R. Wilson<br>Direct: 617-946-4976<br>[NTC Retained]<br>(see above) |

| | |
|---|---|
| IRVIN LUCAS<br>Defendant | Michael Kippins<br>[NTC Retained]<br>(see above)<br><br>Dawn M. Mertineit<br>Direct: 617-946-4800<br>[NTC Retained]<br>(see above)<br><br>William L. Prickett<br>[No Notice]<br>(see above)<br><br>Dallin R. Wilson<br>Direct: 617-946-4976<br>[NTC Retained]<br>(see above) |
| PHILIP OSSOWSKI<br>Defendant | Michael Kippins<br>[NTC Retained]<br>(see above)<br><br>William L. Prickett<br>[No Notice]<br>(see above)<br><br>Dallin R. Wilson<br>Direct: 617-946-4976<br>[NTC Retained]<br>(see above) |
| MICHELLE GAJEWSKI<br>Defendant | Michael Kippins<br>[NTC Retained]<br>(see above)<br><br>William L. Prickett<br>[No Notice]<br>(see above)<br><br>Dallin R. Wilson<br>Direct: 617-946-4976<br>[NTC Retained]<br>(see above) |

----------------------------

| | |
|---|---|
| ROBERT S. WHITE<br>Interested Party | Robert S. White<br>Direct: 508-753-7038<br>Fax: 508-756-1613<br>[NTC Retained]<br>BourgeoisWhite LLP<br>1 W Boylston St<br>Ste 307<br>Worcester, MA 01605 |

KPM ANALYTICS NORTH AMERICA CORPORATION,

Plaintiff - Appellee,

v.

BLUE SUN SCIENTIFIC, LLC; THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD.,

Defendants - Appellants,

ARNOLD EILERT; ROBERT GAJEWSKI; RACHAEL GLENISTER; GREGORY ISRAELSON; IRVIN LUCAS; PHILIP OSSOWSKII; MICHELLE GAJEWSKI,

Defendants.

| Date | Size | Description |
|---|---|---|
| 03/12/2025 | 65 pg, 604.5 KB | CIVIL CASE docketed. Notice of appeal (doc. #323) filed by Appellants Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd. Appearance form due 03/26/2025. Docketing Statement due 03/26/2025. Transcript Report/Order form due 03/26/2025. [25-1222] (GRC) [Entered: 03/12/2025 04:57 PM] |
| 03/26/2025 | 3 pg, 144.48 KB | DOCKETING statement filed by Appellants Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd. Served on 03/26/2025. [25-1222] (DAZ) [Entered: 03/26/2025 12:24 PM] |
| 03/26/2025 | 3 pg, 240.14 KB | TRANSCRIPT report/order form filed by Appellants Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd indicating transcripts are being ordered. Served on 03/26/2025. [25-1222] (DAZ) [Entered: 03/26/2025 12:44 PM] |
| 03/26/2025 | 3 pg, 239.36 KB | TRANSCRIPT report/order form filed by Appellants Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd indicating transcripts are being ordered. Served on 03/26/2025. [25-1222] (DAZ) [Entered: 03/26/2025 12:45 PM] |
| 03/26/2025 | 3 pg, 240.06 KB | TRANSCRIPT report/order form filed by Appellants Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd indicating transcripts are being ordered. Served on 03/26/2025. [25-1222] (DAZ) [Entered: 03/26/2025 12:46 PM] |
| 03/26/2025 | 2 pg, 125.96 KB | NOTICE of appearance on behalf of Appellee KPM Analytics North America Corporation filed by Attorney Scott R. Magee. Served on 03/26/2025. [25-1222] (SRM) [Entered: 03/26/2025 01:08 PM] |
| 03/26/2025 | 1 pg, 100.12 KB | NOTICE of appearance on behalf of Appellants Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd filed by Attorney Dana A. Zakarian. Served on 03/26/2025. [25-1222] (DAZ) [Entered: 03/26/2025 01:34 PM] |
| 03/26/2025 | 1 pg, 99.69 KB | NOTICE of appearance on behalf of Appellants Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd filed by Attorney Christopher A. Duggan. Served on 03/26/2025. [25-1222] (CAD) [Entered: 03/26/2025 01:42 PM] |
| 03/26/2025 | 1 pg, 99.92 KB | NOTICE of appearance on behalf of Appellants Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd filed by Attorney Christopher J. Hurst. Served on 03/26/2025. [25-1222] (CJH) [Entered: 03/26/2025 01:44 PM] |
| 03/26/2025 | 1 pg, 99.68 KB | NOTICE of appearance on behalf of Appellants Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd filed by Attorney Patricia A. Hartnett. Served on 03/26/2025. [25-1222] CLERK'S NOTE: The signature on the document does not match the name of the ECF filer under whose login and password the document was filed. Corrected by filer, no further action required. (DAZ) [Entered: 03/26/2025 02:32 PM] |
| 03/26/2025 | 1 pg, 99.68 KB | NOTICE of appearance on behalf of Appellants Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd filed by Attorney Patricia A. Hartnett. Served on 03/26/2025. [25-1222] (PAH) [Entered: 03/26/2025 07:45 PM] |
| 03/27/2025 | 2 pg, 50.19 KB | NOTICE issued. After 04/10/2025, the following attorneys will no longer receive notice of court issued documents in this case unless they register for an appellate ECF account: Lauren Lake for Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd, George Faulkner Ritchie, IV for Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd, Craig Royal for Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd and William L. Prickett for Arnold Eilert, Robert Gajewski, Rachael Glenister, Gregory Israelson, Irvin Lucas and Philip Ossowski. [25-1222] (GRC) [Entered: 03/27/2025 12:57 PM] |
| 04/03/2025 | 5 pg, 313.83 KB | TRANSCRIPT report/order form filed by Appellants Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd indicating the following transcripts are being ordered: 02/14/2023, Pretrial Proceedings. Transcript(s) due 06/02/2025 from Court Reporter Rachel M. Lopez. [25-1222] (GRC) [Entered: 04/03/2025 12:35 PM] |
| 04/03/2025 | 5 pg, 314.76 KB | TRANSCRIPT report/order form filed by Appellants Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd indicating the following transcripts are being ordered: 05/10/2024, Post Trial. Transcript(s) due 06/02/2025 from Court Reporter Jessica Michael Leonard. [25-1222] (GRC) [Entered: 04/03/2025 01:27 PM] |
| 04/03/2025 | 5 pg, 314.63 KB | TRANSCRIPT report/order form filed by Appellants Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd indicating the following transcripts are being ordered: 06/21/2021, Pre trial Proceeding; 05/09/2022, Pre trial proceeding. Transcript(s) due 06/02/2025 from Court Reporter Marianne Kusa-Ryll. [25-1222] (GRC) [Entered: 04/03/2025 01:36 PM] |
| 04/09/2025 | 1 pg, 119.63 KB | Mail returned as undeliverable to Attorney William L. Prickett for Not Parties Arnold Eilert, Robert Gajewski, Rachael Glenister, Gregory Israelson, Irvin Lucas, Philip Ossowski and Michelle Gajewski. Copy of Notice issued on March 27, 2025. [25-1222] (NKR) [Entered: 04/18/2025 05:24 PM] |
| 04/11/2025 | 1 pg, 2.21 MB | REQUEST for removal from the service list filed by Attorney George Faulkner Ritchie, IV for Appellants Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd. [25-1222] (GRC) [Entered: 04/11/2025 |

| Date | Doc | Description |
|---|---|---|
| | | 05:18 PM] |
| 04/11/2025 | 1 pg, 2.2 MB | REQUEST for removal from the service list filed by Attorney Lauren Lake for Appellants Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd. [25-1222] (GRC) [Entered: 04/11/2025 05:19 PM] |
| 04/11/2025 | 2 pg, 12.09 KB | NOTICE allowing request for removal from service list. The following attorneys have been removed from the service list for this case: Lauren Lake for Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd and George Faulkner Ritchie, IV for Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd. [25-1222] (GRC) [Entered: 04/11/2025 05:21 PM] |
| 04/14/2025 | 2 pg, 166.6 KB | NOTICE of appearance on behalf of Appellee KPM Analytics North America Corporation filed by Attorney Paige K. Zacharakis. Served on 04/14/2025. [25-1222] (PKZ) [Entered: 04/14/2025 05:06 PM] |
| 04/14/2025 | | NOTICE of filing the following transcript(s) in district court by Court Reporter Leigh Gershowitz: 03/28/2023, Status Conference. In accordance with Judicial Conference Policy, the transcript will not be available to the public by remote electronic access for ninety days after the filing date. During that ninety day period, the transcript may be purchased through the court reporter or viewed at the public terminal at the district court. [25-1222] (GRC) [Entered: 04/14/2025 05:52 PM] |
| 04/14/2025 | | NOTICE of filing the following transcript(s) in district court by Court Reporter Marianne Kusa-Ryll: 06/21/2021, Pre trial Proceeding. In accordance with Judicial Conference Policy, the transcript will not be available to the public by remote electronic access for ninety days after the filing date. During that ninety day period, the transcript may be purchased through the court reporter or viewed at the public terminal at the district court. [25-1222] (GRC) [Entered: 04/14/2025 05:58 PM] |
| 04/14/2025 | | NOTICE of filing the following transcript(s) in district court by Court Reporter Marianne Kusa-Ryll: 05/09/2022, Pre trial proceeding. In accordance with Judicial Conference Policy, the transcript will not be available to the public by remote electronic access for ninety days after the filing date. During that ninety day period, the transcript may be purchased through the court reporter or viewed at the public terminal at the district court. [25-1222] (GRC) [Entered: 04/14/2025 06:20 PM] |
| 04/14/2025 | | NOTICE of filing the following transcript(s) in district court by Court Reporter Jessica Michael Leonard: 05/10/2024, Post Trial. In accordance with Judicial Conference Policy, the transcript will not be available to the public by remote electronic access for ninety days after the filing date. During that ninety day period, the transcript may be purchased through the court reporter or viewed at the public terminal at the district court. [25-1222] (GRC) [Entered: 04/14/2025 06:21 PM] |
| 04/16/2025 | 2 pg, 13.53 KB | ORDER entered: Appellants are directed to file a status report by **May 16, 2025** and at thirty day intervals thereafter, informing this court of any action taken by the district court on the post-judgment motion. Further, appellants are directed to inform this court whether or not appellants intend to file a notice of appeal or amended notice of appeal from the district court's post-judgment order. See Fed. R. App. P. 4(a)(4)(B)(ii). Failure to comply with this order may lead to dismissal of this appeal for lack of diligent prosecution. 1st Cir. R. 3.0(b). [25-1222] (GRC) [Entered: 04/16/2025 04:03 PM] |
| 04/16/2025 | 2 pg, 12 KB | NOTICE issued. The following attorneys have failed to register for an appellate ECF account and will no longer receive notice of court issued documents in this case: Craig Royal for Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd and William L. Prickett for Arnold Eilert, Robert Gajewski, Rachael Glenister, Gregory Israelson, Irvin Lucas, Philip Ossowski and Michelle Gajewski. [25-1222] (GRC) [Entered: 04/16/2025 04:16 PM] |
| 04/29/2025 | | NOTICE of filing the following transcript(s) in district court by Court Reporter Rachel M. Lopez: 02/14/2023, Pretrial Proceedings. In accordance with Judicial Conference Policy, the transcript will not be available to the public by remote electronic access for ninety days after the filing date. During that ninety day period, the transcript may be purchased through the court reporter or viewed at the public terminal at the district court. [25-1222] (JMK) [Entered: 04/29/2025 04:37 PM] |
| 05/14/2025 | 3 pg, 49.58 KB | MOTION for to withdraw Attorneys Royal Craig, Maria T. Davis, Lauren Lake, Christopher Reade O'Hara, and George Faulkner Ritchie, IV. Served on 05/14/2025. [25-1222] CLERK'S NOTE: Docket entry was edited to modify the docket text. (CRO) [Entered: 05/14/2025 04:53 PM] |
| 05/16/2025 | 2 pg, 123.75 KB | STATUS report filed by Appellants Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd. Served on 05/16/2025. [25-1222] (CJH) [Entered: 05/16/2025 02:05 PM] |
| 05/16/2025 | 1 pg, 201.1 KB | Mail returned as undeliverable to Attorney William L. Prickett for Not Parties Arnold Eilert, Robert Gajewski, Rachael Glenister, Gregory Israelson, Irvin Lucas, Philip Ossowski and Michelle Gajewski. Copy of Order entered April 16, 2025. [25-1222] (NKR) [Entered: 05/16/2025 04:59 PM] |
| 05/28/2025 | 2 pg, 11.33 KB | ORDER granting motion to withdraw as counsel filed by Appellants Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd. [25-1222] (GRC) [Entered: 05/28/2025 03:47 PM] |
| 06/16/2025 | 2 pg, 123.44 KB | STATUS report filed by Appellants Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd. Served on 06/16/2025. [25-1222] (CJH) [Entered: 06/16/2025 04:32 PM] |
| 06/23/2025 | 8 pg, 156.55 KB | BRIEFING schedule set. Brief and Appendix due 08/04/2025 for appellant Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd. Pursuant to F.R.A.P. 31(a), appellee's brief will be due 30 days |

| Date | Doc | Description |
|---|---|---|
| | | following service of appellant's brief and appellant's reply brief will be due 21 days following service of appellee's brief. [25-1222] (GRC) [Entered: 06/23/2025 02:22 PM] |
| 07/16/2025 | 3 pg, 74.94 KB | MOTION to extend time to file *brief and appendix* filed by Appellants Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd. Served on 07/16/2025. [25-1222] (CJH) [Entered: 07/16/2025 10:35 AM] |
| 07/16/2025 | 5 pg, 157.58 KB | RESPONSE filed by Appellee KPM Analytics North America Corporation to motion [6736193-2]. Served on 07/16/2025. [25-1222] (SRM) [Entered: 07/16/2025 06:44 PM] |
| 07/28/2025 | 3 pg, 70.45 KB | DISCLOSURE statement filed by Appellants Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd. Served on 07/28/2025. [25-1222] (CJH) [Entered: 07/28/2025 04:02 PM] |
| 07/28/2025 | 3 pg, 145.32 KB | DISCLOSURE statement filed by Appellee KPM Analytics North America Corporation. Served on 07/28/2025. [25-1222] (SRM) [Entered: 07/28/2025 04:58 PM] |
| 07/31/2025 | 2 pg, 105.2 KB | ORDER entered by Julie Rikelman, Appellate Judge: Upon consideration of Appellants Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd.'s motion for an extension of time to file a brief and appendix and Appellee's opposition thereto, the time for Appellants to file a brief and appendix is enlarged to and including September 3, 2025. We are disinclined to grant a request for further enlargement of this deadline. [25-1222] (GRC) [Entered: 07/31/2025 12:56 PM] |
| 08/29/2025 | 2 pg, 72.17 KB | SUGGESTION of bankruptcy filed by Appellant Blue Sun Scientific, LLC. Served on 08/29/2025. [25-1222] (CJH) [Entered: 08/29/2025 06:59 PM] |
| 08/29/2025 | 2 pg, 73.14 KB | SUGGESTION of bankruptcy filed by Appellant Innovative Technologies Group & Co., Ltd. Served on 08/29/2025. [25-1222] (CJH) [Entered: 08/29/2025 07:00 PM] |
| 09/11/2025 | 2 pg, 136.83 KB | ORDER entered: Defendant-Appellant Blue Sun Scientific, LLC has filed a voluntary Chapter 11 petition in the United States Bankruptcy Court for the District of Maryland. Pursuant to the automatic stay provision of 11 U.S.C.§ 362(a), this appeal is stayed as to Blue Sun Scientific, LLC. Appellant is directed to file a status report by **November 10, 2025**, and at 60-day intervals, thereafter, informing this court as to the status of the bankruptcy proceeding. If any party believes the automatic stay provision does not apply to this appeal, they may file the appropriate motion by **October 14, 2025**. [25-1222] (GRC) [Entered: 09/11/2025 01:48 PM] |
| 09/11/2025 | 2 pg, 136.9 KB | ORDER entered: Defendant-Appellant Innovative Technologies Group & Co., LTD has filed a voluntary Chapter 11 petition in the United States Bankruptcy Court for the District of Maryland. Pursuant to the automatic stay provision of 11 U.S.C.§ 362(a), this appeal is stayed as to Innovative Technologies Group & Co., LTD. Appellant is directed to file a status report by **November 10, 2025**, and at 60-day intervals, thereafter, informing this court as to the status of the bankruptcy proceeding. If any party believes the automatic stay provision does not apply to this appeal, they may file the appropriate motion by **October 14, 2025**. [25-1222] (GRC) [Entered: 09/11/2025 01:52 PM] |
| 11/07/2025 | 2 pg, 127.01 KB | STATUS report filed by Appellants Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd. Served on 11/07/2025. [25-1222] (CJH) [Entered: 11/07/2025 02:19 PM] |

Select All    Clear All

● Documents and Docket Summary
○ Documents Only

☐ Include Page Numbers

**Selected Pages:** 0    **Selected Size:** 0 KB

View Selected

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/09/2025 19:00:01 | | | |
| **PACER Login:** | addisonchappell | **Client Code:** | 000001 |
| **Description:** | Docket Report (full) | **Search Criteria:** | 25-1222 |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |