IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: <br><br> BLUE SUN SCIENTIFIC, LLC, <br><br> THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD, <br><br> Debtors. | Jointly Administered Under <br><br> Case No. 25-17998-DER (Lead Case) <br><br> Case No. 25-18000-DER <br><br> Chapter 11 |

**ORDER DENYING DEBTORS' MOTION FOR ORDER EXTENDING EXCLUSIVE PERIODS TO FILE PLANS OF REORGANIZATION AND OBTAIN ACCEPTANCES THERETO**

Upon consideration of the Motion for an Order Extending Exclusive Periods to File Plans of Reorganization and Obtain Acceptances Thereto [Dkt. No. 34] (the "Exclusivity Motion") filed by debtors Blue Sun Scientific, LLC ("Blue Sun") and The Innovative Technologies Group & Co., LTD ("ITG" together with Blue Sun, the "Debtors"), and the Objection to Debtors' Motion for an Order Extending Exclusive Periods to File Plans of Reorganization and Obtain Acceptances Thereto ("Objection") filed by KPM Analytics North America Corporation ("KPM"), it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Exclusivity Motion is denied.

1

2

cc: Debtors
 Debtors' counsel
 KPM Analytics North America Corporation
 Counsel for KPM Analytics North America Corporation
 All parties receiving notice via CM/ECF

**\*\*END OF ORDER\*\***