_____/DER/_____     ✓ RETAIN

**David E Rice , U. S. BANKRUPTCY JUDGE**     Evidentiary Hrg: Y N
                                               Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 11

Date: 12/15/2025 Time: 01:30

**CASE: 25-17998 Blue Sun Scientific, LLC and The Innovative Technologies Group & Co., LTD**

Maurice Belmont VerStandig representing Blue Sun Scientific, LLC (Debtor)

Jeffrey M. Orenstein representing The Innovative Technologies Group & Co., LTD (Jointly Administered Debtor)

Hugh M. (UST) Bernstein representing US Trustee - Baltimore (U.S. Trustee)

[32] Motion for Relief from Stay and Notice of Motion Re: Appellate Litigation in United States Court of Appeals for the First Circuit. Fee Amount $199. Notice Served on 11/21/2025, Filed by Blue Sun Scientific, LLC, The Innovative Technologies Group & Co., LTD. Objections due by 12/5/2025. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 12/15/2025 at 01:30 PM - Courtroom 9-D. (Attachments: #s2 Certificate of Service)

**MOVANT** : Blue Sun Scientific, LLC The Innovative Technologies Group & Co., LTD BY M VerStandig J Orenstein J Orenstein

[37] Objection on behalf of KPM Analytics North America Corporation Filed by Addison J. Chappell (related document(s) 1 Proposed Order)

**MOVANT** : KPM Analytics North America Corporation BY A Chappell M Brown P Jefferson

[38] Exhibit/Witness List Filed by Jeffrey M. Orenstein (related document(s) 9 Exhibit 9 - Joint Motion to Extend Exclusivity)

**MOVANT** : Blue Sun Scientific, LLC The Innovative Technologies Group & Co., LTD BY M VerStandig J Orenstein J Orenstein

[39] Exhibit/Witness List Filed by Addison J. Chappell (related document(s) 3 Exhibit R03)

**MOVANT** : KPM Analytics North America Corporation BY A Chappell M Brown P Jefferson

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

  Approved_____  Denied Approval_____  Deadline to file Amended D/S_____

  Other_____

Confirmed_____ as modified by _____

Denied Confirmation_____ with leave to amend by_____

Other_____

DISPOSITIONS:

Granted ✓ p.32  Denied____ Withdrawn____ Consent____ Default___ Under Adv.___

Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

Continued to: _____

DECISION:

[ ] Signed by Court                [ ] Filed by Counsel
[✓] To be prepared by:
    [✓] Movant's counsel           [ ] Court
    [ ] Respondent's counsel       [ ] Other _____

NOTES:

Objection p. 37 Overruled

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| BLUE SUN SCIENTIFIC, LLC | * | No. 25-17998-DER<br>Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| IN RE: | * | |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD | * | No. 25-18000-DER<br>Chapter 11 |
| | * | |
| Debtor | | Jointly Administered under Case No. 25-17998-DER |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEBTORS' LIST OF EXHIBITS AND WITNESSES FOR HEARING ON DEBTORS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT CONTINUANCE OF APPELLATE PROCEEDINGS IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Blue Sun Scientific, LLC ("Blue Sun") and The Innovative Technologies Group & Co, LTD ("ITG") (collectively, the "Debtors"), submit this list of Exhibits that they intend to introduce at the December 15, 2025, hearing on their Motion for Relief from the Automatic Stay to Permit Continuance of Appellate Proceedings in the United States Court of Appeals for the First Circuit (the "Motion"):

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| Debtors 1 | Memorandum and Order Entered April 10, 2024 | | | ✓ |

---

1

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| Debtors 2 | Final Judgment and Permanent Injunction Entered February 7, 2025 | | | ✓ |
| Debtors 3 | Voluntary Petition and Schedules - Blue Sun | | | ✓ |
| Debtors 4 | Voluntary Petition, Schedules, and SOFA - ITG | | | ✓ |
| Debtors 5 | Claims Register - Blue Sun | | | ✓ |
| Debtors 6 | Claims Register - ITG | | | ✓ |
| Debtors 7 | Order Authorizing Employment of Smith Duggan - Blue Sun | | | ✓ |
| Debtors 8 | Order Authorizing Employment of Smith Duggan - ITG | | | ✓ |
| Debtors 9 | Motion to Extend Exclusivity | | | ✓ |
| - | Any documents listed by KPM | | | |

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>BLUE SUN SCIENTIFIC, LLC,<br><br>THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD,<br><br>Debtors. | Jointly Administered Under<br><br>Case No. 25-17998-DER (Lead Case)<br><br>Case No. 25-18000-DER<br><br>Chapter 11 |

### KPM ANALYTICS NORTH AMERICA CORPORATION'S
### EXHIBIT AND WITNESS LIST FOR DECEMBER 15, 2025 HEARING

KPM Analytics North America Corporation ("KPM"), by and through undersigned counsel, files its Exhibit and Witness List for the December 15, 2025 hearing on the Motion for Relief from the Automatic Stay to Permit Continuance of Appellate Proceedings in the United States Court of Appeals for the First Circuit [Dkt. No. 32], and KPM's Objection to Debtors' Motion for Relief from the Automatic Stay to Permit Continuance of Appellate Proceedings in the United States Court of Appeals for the First Circuit [Dkt. No. 37] ("Objection").

**KPM's Exhibit List**:

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| R01 | U.S. District Court for the District of Massachusetts docket sheet for the case styled as *KPM Analytics North America Corp. v. Blue Sun Scientific, LLC, et al.*, Case Number 4:21-cv-10572-MRG (D. Mass.) | | | ✓ |
| R02 | First Circuit Court of Appeals docket sheet for the case styled as *KPM Analytics North America Corp. v. Blue Sun Scientific, LLC, et al.*, Case Number 25-1222 (1st Cir.) | | | ✓ |

|  |  |  |  |  |
|---|---|---|---|---|
| R03 | Debtor's Opposition to KPM's Motion for Leave to Register Judgment in the District of Maryland |  |  | ✓ |
|  | All exhibits used for impeachment/rebuttal |  |  |  |
|  | All exhibits identified by any other party |  |  |  |

**KPM's Witness List**

1. Any witness called by the Innovative Technologies Group & Co., LTD, Blue Sun Scientific, LLC, or any other interested party.

[Remainder of page intentionally blank]

120888\000001\4904-4603-6352.v1