United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-17998-DER |
| Blue Sun Scientific, LLC | Chapter 11 |
| The Innovative Technologies Group & Co., | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 17, 2025 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Dec 17 2025 19:18:00 | Hugh M. Bernstein, Esq., Office of the United States Trustee, 101 W. Lombard Street, Suite 2625, Baltimore, Maryland 21201-2668 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | | Carol J. Hulme, Esq., General Attorney, Baltimore/Richmond Offices, Office of General Counsel, U.S. Small Business Administration |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Dec 19, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Addison J. Chappell | achappell@milesstockbridge.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jeffrey M. Orenstein | |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 17, 2025 | Form ID: ntchrgbk | Total Noticed: 1 |

    jorenstein@wolawgroup.com

Maurice Belmont VerStandig

    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Michael Benjamin Brown

    mbbrown@milesstockbridge.com  jdiaz@milesstockbridge.com

Michael David Nord

    mnord@gebsmith.com

Patricia B. Jefferson

    pjefferson@milesstockbridge.com

Timothy VanCisin

    tvancisin@gebsmith.com

US Trustee - Baltimore

    USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25–17998 – DER**   Chapter: **11**

**Blue Sun Scientific, LLC and**
**The Innovative Technologies Group & Co., LTD**
Debtors

# NOTICE

In person hearing Courtroom 9–D Baltimore, Judge Rice.

PLEASE TAKE NOTICE that a hearing will be held on 1/20/26 at 01:30 PM to consider and act upon the following:

34 – Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Filed by Blue Sun Scientific, LLC, The Innovative Technologies Group & Co., LTD. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Orenstein, Jeffrey)

35 – Supplemental Notice of Service regarding Motion to Extend Exclusivity Period. Filed by Blue Sun Scientific, LLC, The Innovative Technologies Group & Co., LTD (related document(s)34 Motion to Extend Exclusivity Period filed by Debtor Blue Sun Scientific, LLC, Interested Party The Innovative Technologies Group & Co., LTD, Jointly Administered Debtor The Innovative Technologies Group & Co., LTD). (Orenstein, Jeffrey)

40 – Objection on behalf of KPM Analytics North America Corporation Filed by Addison J. Chappell (related document(s)34 Motion to Extend Exclusivity Period filed by Debtor Blue Sun Scientific, LLC, Interested Party The Innovative Technologies Group & Co., LTD, Jointly Administered Debtor The Innovative Technologies Group & Co., LTD). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Proposed Order) (Chappell, Addison)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 12/17/25

                                          Mark A. Neal, Clerk of Court
                                          by Deputy Clerk, Shanita Taylor
                                          4109624197