**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **BLUE SUN SCIENTIFIC, LLC** | * | Case No. 25-17998-DER |
| **Debtor** | * | (Chapter 11) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon consideration of the Motion to Withdraw as Counsel (the "Motion"), and for good cause shown, it is hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED that Timothy R. VanCisin is withdrawn as counsel of record for creditor Sandy Spring Bank, a division of Atlantic Union Bank, in this case; and it is further

ORDERED that Michael D. Nord of Gebhardt & Smith LLP will remain as counsel of record for Spring Bank, a division of Atlantic Union Bank; and it is further

ORDERED that the Clerk shall terminate the appearance of Timothy R. VanCisin in this case upon entry of this Order.

**END OF ORDER**