**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| In re<br><br>**BLUE SUN SCIENTIFIC, LLC**<br><br>        Debtor in Possession. | Case No. **25-17998-NVA**<br><br>Chapter 11 |

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND OTHER PAPERS**

PLEASE TAKE NOTICE that Sandy Spring Bank, a division of Atlantic Union Bank, hereby enters its appearance in the above-captioned case by and through its counsel, Elizabeth D. Peters and Gebhardt & Smith LLP, and such counsel hereby requests, pursuant to 11 U.S.C. § 102(1) and 342 and Rules 2002, 4001, and 9007 of the Federal Rules of Bankruptcy Procedure, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the addresses, telephone, or e-mail addresses indicated below:

>Elizabeth D. Peters (Bar No. 31225)
>Gebhardt & Smith LLP
>One South Street, Suite 2200
>Baltimore, Maryland 21202
>410-385-5115
>epeters@gebsmith.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

The undersigned additionally requests that the Debtor and the Clerk of the Court place the foregoing names and address on any mailing matrix or list of creditors to be prepared or existing in the above-referenced case.

Respectfully submitted,

/s/ Elizabeth D. Peters
Elizabeth D. Peters, Esquire (Bar No. 31225)
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
(410) 385-5115
epeters@gebsmith.com

*Counsel to Sandy Spring Bank, a division of Atlantic Union Bank*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, on this 29th day of December 2025, I electronically filed the foregoing *Notice of Entry of Appearance And Request for Service Notices and Other Papers* electronically on all parties registered to receive notice in the above-captioned case via the Court's CM/ECF automated case management and electronic docketing system.

                                                                */s/ Elizabeth D. Peters*
                                                                Elizabeth D. Peters