UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| BLUE SUN SCIENTIFIC, LLC | * | No. 25-17998-DER<br>Chapter 11 |
| Debtor | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| IN RE: | * | |
| THE INNOVATIVE TECHNOLOGIES<br>GROUP & CO., LTD | *<br>* | No. 25-18000-DER<br>Chapter 11 |
| Debtor | | Jointly administered under Case No.<br>25-17998-DER |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

LINE REGARDING STATUS OF APPEAL IN UNITED
STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

TO THE CLERK OF THE COURT:

On December 29, 2025, this Court entered its Order Granting Relief from the Automatic Stay to Permit Continuance of Appellate Proceedings in the United States Court of Appeals for the First Circuit [Dkt. 47] (the "Order"). In an attempt to resolve one of the critical issues that will impact this bankruptcy case as quickly as possible, Blue Sun Scientific, LLC ("Blue Sun") and The Innovative Technologies Group & Co, LTD ("ITG") (collectively, the "Debtors"), filed their Second Status Report Regarding Bankruptcy Proceedings (the "Status Report") in the United States Court of Appeals for the First Circuit (the "First Circuit") the same day that the Order was entered. The Status Report was filed to advise the First Circuit that the stay had been lifted in the Debtors' bankruptcy cases and to advise the First Circuit that their Appellate Brief would soon follow. A copy of the Status Report is attached hereto as **Exhibit 1**. The same day

that the Order was entered, the Debtors filed their Brief in the First Circuit. A copy of the Brief is attached hereto as **Exhibit 2**. The time has now begun to run for KPM Analytics North America Corporation ("KPM") to file its Brief in the First Circuit. The Debtors will keep the Court apprised of the timing of KPM's Brief and the status of the proceedings in the First Circuit as events unfold.

Respectfully submitted,

\s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#07512)
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com

Counsel for The Innovative Technologies
 Group & Co, LTD

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of December, 2025, a copy of the foregoing was served by electronic mail to:

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 W. Lombard Street
Suite 2625
Baltimore, Maryland 21202
hugh.m.bernstein@usdoj.gov

Michael D. Nord, Esq.
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
mnord@gebsmith.com

Michael Benjamin Brown
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202
mbbrown@milesstockbridge.com

Addison Chappell, Esq.
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202
achappell@milesstockbridge.com

and to all parties in interest that have requested service through the Court's CM/ECF service.

                                            /s/ Jeffrey M. Orenstein
                                            Jeffrey M. Orenstein