# UNITED STATES COURT OF APPEALS
## For the First Circuit

———————————————

No. 25-1222

KPM Analytics North America Corporation,

Plaintiff – Appellee,

v.

Blue Sun Scientific, LLC et al.,

Defendants – Appellants.

———————————————

## APPELLANTS' SECOND STATUS REPORT REGARDING BANKRUPTCY PROCEEDINGS

The appellants Blue Sun Scientific, LLC ("Blue Sun") and The Innovative Technologies Group & Co., Ltd. ("ITG") respectfully submit this Second Status Report pursuant to the Court's September 11, 2025, Order informing this Court of the status of the bankruptcy proceedings.

On December 15, 2025, the bankruptcy court orally allowed Blue Sun and ITG's motion for relief from the automatic stay to pursue this appeal, and directed counsel to submit a proposed order. On December 29, 2025, the bankruptcy court entered the order granting relief from the automatic stay, a copy of which is attached as Exhibit 1 to this status report. Blue Sun and ITG will file their appellate brief and the record appendix following the filing of this Second Status Report.

# EXHIBIT 1

Respectfully Submitted,

BLUE SUN SCIENTIFIC, LLC and
THE INNOVATIVE TECHNOLOGIES
GROUP & CO., LTD,

By their attorneys,

 */s/ Christopher J. Hurst*
Christopher A. Duggan (Bar No. 18241)
Dana A. Zakarian (Bar No. 63652)
Patricia A. Hartnett (Bar No. 48631)
Christopher J. Hurst (Bar No. 1188843)
Smith Duggan Cornell & Gollub, LLP
55 Old Bedford Road, Suite 300
Lincoln, MA 01773
617-228-4412
chris.duggan@smithduggan.com
dana.zakarian@smithduggan.com
phartnett@smithduggan.com
churst@smithduggan.com

Dated: December 29, 2025

# **EXHIBIT 1**

EXHIBIT 1

Entered: December 29th, 2025
Signed: December 29th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| BLUE SUN SCIENTIFIC, LLC | * | No. 25-17998-DER |
| | | Chapter 11 |
| Debtor | * | |
| IN RE: | * | |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD | * | No. 25-18000-DER |
| | | Chapter 11 |
| | * | |
| Debtor | | Jointly administered under 25-17998-DER |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| BLUE SUN SCIENTIFIC, LLC | * |
| and | * |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD | * |
| | * |
| Movants | |
| | * |
| v. | |
| | * |
| KPM ANALYTICS NORTH AMERICA CORPORATION | * |
| Respondent | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# EXHIBIT 1

ORDER GRANTING RELIEF FROM THE AUTOMATIC
STAY TO PERMIT CONTINUANCE OF APPELLATE PROCEEDINGS
IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

On December 15, 2025, the Court conducted a hearing to consider the Debtors' Motion for Relief from the Automatic Stay to Permit Continuance of Appellate Proceedings in the United States Court of Appeals for the First Circuit (the "Motion"), and the opposition thereto filed by KPM Analytics North America Corporation. At the hearing, the Court considered the documents entered into evidence, the testimony of Robert Wilt, and the arguments of the parties' counsel. For the reasons stated on the record at the conclusion of the hearing, the Court determined that the resolution of the appeal was necessary to finally resolve the claim of KPM which the Debtor has identified as being disputed and which is the subject of the appeal and the Motion, that the Debtors' Motion was a proper exercise of their rights as Debtors in a bankruptcy proceeding, and that cause existed to grant the relief requested in the Motion. Having made these findings of fact, and for all of the reasons stated on the record, it is this day, by the United States Bankruptcy Court for the District of Maryland:

ORDERED, that the Debtors' Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the Automatic Stay, be, and hereby is, MODIFIED for the purpose of permitting the continuance of the appellate proceedings in the case captioned Blue Sun Scientific, LLC, et al. v. KPM Analytics North America Corporation, Case No. 25-1222, pending in the United States Court of Appeals for the First Circuit.

cc:

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854

# EXHIBIT 1

Jeffrey M. Orenstein, Esq.
Wolff & Orenstein, LLC
Shady Grove Plaza
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 W. Lombard Street
Suite 2625
Baltimore, Maryland 21202

Michael Benjamin Brown
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202

Addison Chappell, Esq.
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202

**END OF ORDER**

# EXHIBIT 1