United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-17998-DER |
| Blue Sun Scientific, LLC | Chapter 11 |
| The Innovative Technologies Group & Co., | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 31, 2025 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Blue Sun Scientific, LLC, 8017 Dorsey Run Rd, Suite H, Jessup, MD 20794-9372 |
| jadb | + | The Innovative Technologies Group & Co., LTD, 8017 Dorsey Run Road, Suite H, Jessup, MD 20794-9372 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | *+ | The Innovative Technologies Group & Co., LTD, 8017 Dorsey Run Road, Suite H, Jessup, MD 20794-9372 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jan 02, 2026 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Addison J. Chappell | achappell@milesstockbridge.com |
| Elizabeth Drayden Peters | epeters@gebsmith.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jeffrey M. Orenstein | |

District/off: 0416-1 | User: admin | Page 2 of 2
Date Rcvd: Dec 31, 2025 | Form ID: pdfparty | Total Noticed: 2

    jorenstein@wolawgroup.com

Matthew Eliot Abbott
    MAbbott@wolawgroup.com KDriscoll@wolawgroup.com

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Michael Benjamin Brown
    mbbrown@milesstockbridge.com jdiaz@milesstockbridge.com

Michael David Nord
    mnord@gebsmith.com

Patricia B. Jefferson
    pjefferson@milesstockbridge.com

Timothy VanCisin
    tvancisin@gebsmith.com

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 11

Entered: December 31st, 2025
Signed: December 30th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:    Case No.: **25−17998 − DER**    Chapter: **11**

**Blue Sun Scientific, LLC and**
**The Innovative Technologies Group & Co., LTD**
Debtors

## ORDER STRIKING APPEARANCE OF COUNSEL FOR
## SANDY SPRING BANK

Upon consideration of the Motion to Withdraw Appearance filed by Timonty R. Vancisin, and it appearing that counsel has complied with Local Bankruptcy Rule 9010−4, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the appearance of Timonty R. Vancisin, as counsel of record for Sandy Spring Bank is hereby stricken.

cc:   Debtor
      Attorney for Debtor − Maurice Belmont VerStandig, Jeffrey M. Orenstein

      Other Counsel − Timonty R. Vancisin
      Attorney for movant − Elizabeth Peters

### End of Order

01x03 (rev. 05/02/2000) − AbigaleStojak