UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| BLUE SUN SCIENTIFIC, LLC | * | No.  25-17998-DER<br>Chapter 11 |
| Debtor | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| IN RE: | * | |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD | * | No.  25-18000-DER<br>Chapter 11 |
| | * | |
| Debtor | | Jointly administered under Case No. 25-17998-DER |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

STATUS REPORT REGARDING STATUS OF APPEAL IN
UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

On December 30, 2025, Blue Sun Scientific, LLC ("Blue Sun") and The Innovative Technologies Group & Co, LTD ("ITG") (collectively, the "Debtors"), filed their Line Regarding Status of Appeal in United States Court of Appeals for the First Circuit (the "Status Report").  In that Status Report, the Debtors noted that on December 29, 2025, this Court entered its Order Granting Relief from the Automatic Stay to Permit Continuance of Appellate Proceedings in the United States Court of Appeals for the First Circuit [Dkt. 47] (the "Lift Stay Order").  In that Status Report, the Debtors further noted that, in an attempt to resolve one of the critical issues that will impact this bankruptcy case as quickly as possible, the Debtors had filed their Second Status Report Regarding Bankruptcy Proceedings (the "First Circuit Status Report") in the United States Court of Appeals for the First Circuit (the "First Circuit") the same day that the Lift Stay Order was entered.  The First Circuit Status Report was filed to advise the First Circuit that

the automatic stay had been lifted in the Debtors' bankruptcy cases and to advise the First Circuit that the Debtors' Appellate Brief would soon follow.  A copy of the First Circuit Status Report was attached to the Debtors' Status Report as **Exhibit 1**.  The same day that the Lift Stay Order was entered, the Debtors also filed their Brief in the First Circuit.  A copy of the Brief was attached to the Debtors' Status Report as **Exhibit 2**.  At that time, the Debtors noted in their Status Report that they would keep the Court apprised of the timing of KPM's Brief and the status of the proceedings in the First Circuit as events unfold.

On January 7, 2026, the First Circuit issued its Appellee's Briefing Notice, a copy of which is attached hereto as **Exhibit 1**.  The Appellee's Briefing Notice advises the parties to the appeal that KPM Analytics North America Corporation's ("KPM") Brief is due to be filed by February 6, 2026.  The Appellee's Briefing Notice also states, "[p]resently, it appears that this case may be ready for argument or submission at the coming **May, 2026** session."

On December 1, 2025, the Debtors' had filed Debtors' Motion for Order Extending Exclusive Periods to File Plans of Reorganization and Obtain Acceptances Thereto (the "Exclusivity Motion") in which they sought the entry of an Order extending the exclusive Plan fling period to September 30, 2026, and the Plan acceptance period to November 30, 2026.  In the Exclusivity Motion, the Debtors noted:

> 42.     The Debtors acknowledge that a nine (9) month extension as an initial request is on the longer side of such requests; however, under the facts and circumstances presented in these cases, the Debtors believe that such an extension is appropriate.  The length of time that is required is a factor of how long it will take to obtain a decision in the First Circuit.  In large part, that time frame is based upon the briefing schedule that will be established in the First Circuit.  As noted above, that schedule cannot be set until after the stay is lifted.  Once the stay is lifted, the Debtor anticipates that it will likely take four months for briefing to be complete.  Even assuming the Debtor files its Brief within a week or two after the stay is lifted, KPM would have the right to seek an extension of time for

its opening Brief, and the Debtors would then have an opportunity to file a Reply Brief. At that point, the Debtor anticipates it would be several months before oral argument is scheduled and then several more months before a decision is rendered.

With the prompt filing of the Debtors' Brief, the First Circuit's issuance of the Appellee's Briefing Notice, and the First Circuit's statement that the appeal may be ready for argument or submission at the coming May 26, 2026, session, it appears that the appeal is generally moving on the course that the Debtors anticipated when they filed their Exclusivity Motion.

The Debtors have nothing further to report at this time.

Respectfully submitted,

\s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#07512)
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465
Rockville, Maryland  20850
(301) 250-7232
jorenstein@wolawgroup.com

Counsel for The Innovative Technologies
 Group & Co, LTD

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of January, 2026, a copy of the foregoing was served by electronic mail to:

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 W. Lombard Street
Suite 2625
Baltimore, Maryland 21202
hugh.m.bernstein@usdoj.gov

Michael D. Nord, Esq.
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
mnord@gebsmith.com

Michael Benjamin Brown
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202
mbbrown@milesstockbridge.com

Addison Chappell, Esq.
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202
achappell@milesstockbridge.com

and to all parties in interest that have requested service through the Court's CM/ECF service.

/s/ Jeffrey M. Orenstein
Jeffrey M. Orenstein
