UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| BLUE SUN SCIENTIFIC, LLC | * | No. 25-17998-DER<br>Chapter 11 |
| Debtor | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| IN RE: | * | |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD | * | No. 25-18000-DER<br>Chapter 11 |
| | * | |
| Debtor | | Jointly Administered under Case No. 25-17998-DER |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEBTORS' LIST OF EXHIBITS AND WITNESSES FOR HEARING ON
DEBTORS' MOTION FOR ORDER EXTENDING EXCLUSIVE PERIODS
TO FILE PLAN OF REORGANIZATION AND OBTAIN ACCEPTANCES THERETO

Blue Sun Scientific, LLC ("Blue Sun") and The Innovative Technologies Group & Co, LTD ("ITG") (collectively, the "Debtors"), submit this list of Exhibits that they intend to introduce at the January 20, 2026, hearing on Motion for Order Extending Exclusive Periods to File Plans of Reorganization and Obtain Acceptances Thereto (the "Motion"):

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| Debtors 1 | Blue Sun Docket | | | |
| Debtors 2 | ITG Docket | | | |
| Debtors 3 | Voluntary Petition, Schedules, and SOFA - Blue Sun | | | |

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| Debtors 4 | Voluntary Petition, Schedules, and SOFA - ITG | | | |
| Debtors 5 | Application to Employ Special Counsel - ITG | | | |
| Debtors 6 | Application to Employ Special Counsel - Blue Sun | | | |
| Debtors 7 | KPM Opposition to Application to Employ | | | |
| Debtors 8 | Order Authorizing Employment of Smith Duggan - Blue Sun | | | |
| Debtors 9 | Order Authorizing Employment of Smith Duggan - ITG | | | |
| Debtors 10 | Motion for Relief from the Automatic Stay to Permit Continuance of Appellate Proceedings in the United States Court of Appeals for the First Circuit | | | |
| Debtors 11 | KPM Opposition to Motion for Relief from Stay | | | |

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| Debtors 12 | Order Granting Motion for Relief from Stay | | | |
| Debtors 13 | First Circuit Status Report | | | |
| Debtors 14 | August MOR | | | |
| Debtors 15 | September MOR | | | |
| Debtors 16 | October MOR | | | |
| Debtors 17 | November MOR | | | |
| Debtors 18 | Appellee's Briefing Notice | | | |
| - | Any documents listed by KPM | | | |

If testimony is required, the Debtors anticipate they would call the following individual(s):

1. Robert Wilt
2. Irvin Lucas

Respectfully submitted,

/s/ Maurice B. VerStandig
Maurice B. VerStandig,(#18071)
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com

Counsel for Blue Sun Scientific, LLC


\s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#07512)
Wolff & Orenstein, LLC
Shady Grove Plaza
15245 Shady Grove Road, Suite 465
Rockville, Maryland  20850
(301) 250-7232
jorenstein@wolawgroup.com

Counsel for The Innovative Technologies
 Group & Co, LTD


CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of January, a copy of the foregoing was served by electronic mail to:

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 W. Lombard Street
Suite 2625
Baltimore, Maryland 21202
hugh.m.bernstein@usdoj.gov

Patricia B. Jefferson, Esq.
Miles & Stockbridge P.C.
100 Light Street, 7
th Floor
Baltimore, Maryland 21202
pjefferson@milesstockbridge.com

4

Addison Chappell, Esq.
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202
achappell@milesstockbridge.com

                                              /s/ Jeffrey M. Orenstein
                                              Jeffrey M. Orenstein