EXHIBITS, PlnDue, JNTADMN, LEAD

# U.S. Bankruptcy Court
## District of Maryland (Baltimore)
### Bankruptcy Petition #: 25-17998

*Assigned to:* Chief Judge David E Rice  
Chapter 11  
Voluntary  
Asset

*Date filed:* 08/29/2025  
*341 meeting:* 10/08/2025  
*Deadline for filing claims:* 01/06/2026  
*Deadline for filing claims (govt.):* 02/25/2026  

*Case Administrator:* Christopher Adams  
*Team 4 Phone:* 410-962-0795

| | |
|---|---|
| *Debtor*<br>**Blue Sun Scientific, LLC**<br>8017 Dorsey Run Rd<br>Suite H<br>Jessup, MD 20794-9372<br>HOWARD-MD<br>Tax ID / EIN: 61-1895942 | represented by **Maurice Belmont VerStandig**<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854<br>301-444-4600<br>Email: mac@mbvesq.com |
| *Jointly Administered Debtor*<br>**The Innovative Technologies Group & Co., LTD**<br>8017 Dorsey Run Road<br>Suite H<br>Jessup, MD 20794<br>HOWARD-MD<br>Tax ID / EIN: 52-2048366 | represented by **Jeffrey M. Orenstein**<br>Wolff & Orenstein, LLC<br>15245 Shady Grove Road<br>Suite 465, North Lobby<br>Rockville, MD 20850<br>(301) 250-7232<br>Fax : (301) 816-0592<br>Email: jorenstein@wolawgroup.com |
| *Trustee*<br>**For Internal Use Only**<br>Email: bnc@mdb.uscourts.gov<br>*TERMINATED: 09/09/2025* | |
| *U.S. Trustee*<br>**US Trustee - Baltimore**<br>Garmatz Federal Courthouse<br>101 West Lombard Street<br>Suite 2625<br>Baltimore, MD 21201<br>(410) 962-4300<br>Fax : (410) 962-3537<br>Email: USTPRegion04.BA.ECF@USDOJ.GOV | represented by **Hugh M. (UST) Bernstein**<br>Office of U.S. Trustee<br>101 W. Lombard Street<br>Suite 2625<br>Baltimore, MD 21201<br>(410) 962-7771<br>Email: hugh.m.bernstein@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
| 08/29/2025 | 1<br>(37 pgs) | Chapter 11 Voluntary Petition Non-Individual . Fee Amount $1738 Filed by Blue Sun Scientific, LLC. Chapter 11 Plan Exclusivity expires 12/29/2025. Government Proof of Claim due by 02/25/2026. (VerStandig, Maurice) (Entered: 08/29/2025) |

DEBTORS' EXHIBIT 1

| | | |
|---|---|---|
| 08/29/2025 | 2 | Receipt of filing fee for Voluntary Petition (Chapter 11)( 25-17998) [misc,volp11a] (1738.00). Receipt number A44364071. Fee amount 1738.00 (re: Doc # 1) (U.S. Treasury) (Entered: 08/29/2025) |
| 08/29/2025 | 3<br>(2 pgs) | Disclosure of Compensation of Attorney for Debtor Filed by Maurice Belmont VerStandig. (VerStandig, Maurice) (Entered: 08/29/2025) |
| 08/29/2025 | 4<br>(9 pgs; 3 docs) | Application to Employ Maurice VerStandig and The VerStandig Law Firm, LLC as General Reorganization Counsel and Verified Statement of Proposed Party Filed by Blue Sun Scientific, LLC. (Attachments: # 1 Declaration of Maurice VerStandig # 2 Proposed Order) (VerStandig, Maurice) (Entered: 08/29/2025) |
| 08/29/2025 | 5<br>(2 pgs) | Meeting of Creditors. 341(a) meeting to be held on 10/8/2025 at 12:00 PM via Conference Call - Chapter 11 Baltimore: Phone number 1-888-330-1716, Access Code 6624329#. Proofs of Claims due by 1/6/2026. (Entered: 08/29/2025) |
| 08/30/2025 | 6<br>(2 pgs) | Notice of Appearance and Request for Notice Filed by The Innovative Technologies Group & Co., LTD. (Orenstein, Jeffrey) (Entered: 08/30/2025) |
| 09/03/2025 | 7<br>(3 pgs) | Notice of Appearance and Request for Notice Filed by Sandy Spring Bank, a division of Atlantic Union Bank. (Nord, Michael) (Entered: 09/03/2025) |
| 09/03/2025 | 8<br>(3 pgs) | Notice of Appearance and Request for Notice Filed by Sandy Spring Bank, a division of Atlantic Union Bank. (VanCisin, Timothy) (Entered: 09/03/2025) |
| 09/03/2025 | 9<br>(2 pgs) | Notice of Appearance and Request for Notice Filed by US Trustee - Baltimore. (Bernstein, Hugh) (Entered: 09/03/2025) |
| 09/04/2025 | 10<br>(4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (related document(s)5 Meeting of Creditors Chapter 11). No. of Notices: 16. Notice Date 09/04/2025. (Admin.) (Entered: 09/05/2025) |
| 09/09/2025 | | Judge David E Rice added to case. Involvement of Judge Nancy V. Alquist Terminated. (Adams, Christopher) (Entered: 09/09/2025) |
| 09/10/2025 | 11<br>(16 pgs; 3 docs) | WITHDRAWN AT 14. Motion for Relief from Stay and Notice of Motion Re: Appellate Proceedings in the United States Court of Appeals for the First Circuit. Fee Amount $199. Notice Served on 9/10/2025, Filed by Blue Sun Scientific, LLC. Objections due by 09/24/2025. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 10/06/2025 at 01:30 PM - Courtroom 9-D. (Attachments: # 1 Notice of Motion # 2 Certificate of Service) (Orenstein, Jeffrey)Modified on 9/15/2025 (Adams, Christopher). (Entered: 09/10/2025) |
| 09/10/2025 | 12 | Receipt of filing fee for Relief from Stay and Notice of Motion( 25-17998) [motion,mrlfntc] ( 199.00). Receipt number A44410092. Fee amount 199.00 (re: Doc # 11) (U.S. Treasury) (Entered: 09/10/2025) |

DEBTORS' EXHIBIT 1

| | | |
|---|---|---|
| 09/10/2025 | 13<br>(13 pgs; 3 docs) | Motion for Joint Administration of Cases #25-17998 DER and #25-18000 DER Filed by Blue Sun Scientific, LLC. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Orenstein, Jeffrey) Modified on 9/10/2025. Text enhanced to include case numbers. (Arter, Laurie). (Entered: 09/10/2025) |
| 09/12/2025 | 14<br>(2 pgs) | Line *Withdrawing Stay Relief Motion Without Prejudice* on behalf of Blue Sun Scientific, LLC Filed by Maurice Belmont VerStandig (related document(s)11 Relief from Stay and Notice of Motion filed by Debtor Blue Sun Scientific, LLC). (VerStandig, Maurice) (Entered: 09/12/2025) |
| 09/18/2025 | 15<br>(3 pgs) | Notice of Appearance and Request for Notice Filed by KPM Analytics North America Corporation. (Chappell, Addison) (Entered: 09/18/2025) |
| 09/18/2025 | 16<br>(3 pgs) | Notice of Appearance and Request for Notice Filed by KPM Analytics North America Corporation. (Brown, Michael) (Entered: 09/18/2025) |
| 09/24/2025 | | U.S. Trustee's 341 Meeting Report: The U.S. Trustee hereby reports that the Meeting of Creditors for this case was conducted and concluded by the U.S. Trustee pursuant to 11 U.S.C. Section 341(a)on September 24, 2025 . Filed by US Trustee - Baltimore. (Bernstein, Hugh) (Entered: 09/24/2025) |
| 09/29/2025 | 17<br>(13 pgs; 3 docs) | Application to Employ Smith Duggan Cornell & Gollub LLP as Special Counsel and Verified Statement of Proposed Party Filed by Blue Sun Scientific, LLC. (Attachments: # 1 Verified Statement # 2 Proposed Order) (VerStandig, Maurice) (Entered: 09/29/2025) |
| 10/07/2025 | 18<br>(2 pgs) | Order Providing for Joint Administration of Cases 25-18000-DER and 25-17998-DER. Case 25-17998-DER is designated as the Lead Case (related document(s):13 Motion for Joint Administration filed by Debtor Blue Sun Scientific, LLC). (Adams, Christopher) (Entered: 10/07/2025) |
| 10/07/2025 | 19<br>(2 pgs) | Order Approving Application to Approve Employment of Maurice Verstandig, Esq. and the Verstandig Law Firm as General Reorganization Counsel to Blue Sun Scientific, LLC. Counsel in these now jointly administered cases shall coordinate their efforts so as to avoid duplication of effort and unnecessary fees and expenses (related document(s):4 Application to Employ filed by Debtor Blue Sun Scientific, LLC). (Adams, Christopher) (Entered: 10/07/2025) |
| 10/09/2025 | 20<br>(4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)18 Order on Motion For Joint Administration). No. of Notices: 1. Notice Date 10/09/2025. (Admin.) (Entered: 10/10/2025) |
| 10/09/2025 | 21<br>(4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)19 Order on Application to Employ). No. of Notices: 1. Notice Date 10/09/2025. (Admin.) (Entered: 10/10/2025) |
| 10/13/2025 | 22<br>(27 pgs; 3 docs) | Objection on behalf of KPM Analytics North America Corporation Filed by Addison J. Chappell (related document(s)17 Application to Employ filed by Debtor Blue Sun Scientific, LLC). (Attachments: # 1 Exhibit A # 2 Proposed Order) (Chappell, Addison) (Entered: 10/13/2025) |

# DEBTORS' EXHIBIT 1

| | | |
|---|---|---|
| 10/20/2025 | 23<br>(1 pg) | Notice of Hearing (related document(s)17 Application to Employ filed by Debtor Blue Sun Scientific, LLC, 22 Objection filed by Creditor KPM Analytics North America Corporation). Hearing scheduled for 10/29/2025 at 02:00 PM. In person hearing Courtroom 9-D Baltimore, Judge Rice. (Scott, Cherita) (Entered: 10/20/2025) |
| 10/22/2025 | 24<br>(164 pgs; 5 docs) | Exhibit/Witness List Filed by Addison J. Chappell (related document(s)17 Application to Employ filed by Debtor Blue Sun Scientific, LLC, 22 Objection filed by Creditor KPM Analytics North America Corporation). (Attachments: # 1 Exhibit R-01 # 2 Exhibit R-02 # 3 Exhibit R-03 # 4 Exhibit R-04) (Chappell, Addison) (Entered: 10/22/2025) |
| 10/22/2025 | 25<br>(3 pgs) | BNC Certificate of Mailing - Hearing. (related document(s)23 Notice of Hearing). No. of Notices: 13. Notice Date 10/22/2025. (Admin.) (Entered: 10/23/2025) |
| 10/25/2025 | 26<br>(3 pgs) | Exhibit/Witness List Filed by Jeffrey M. Orenstein (related document(s)17 Application to Employ filed by Debtor Blue Sun Scientific, LLC). (Orenstein, Jeffrey) (Entered: 10/25/2025) |
| 10/27/2025 | 27<br>(186 pgs; 10 docs) | Stipulation By Blue Sun Scientific, LLC, KPM Analytics North America Corporation, The Innovative Technologies Group & Co., LTD and KPM Analytics North America Corporation Filed by Jeffrey M. Orenstein (related document(s)17 Application to Employ filed by Debtor Blue Sun Scientific, LLC). (Attachments: # 1 Exhibit 1 - Memorandum Opinion # 2 Exhibit 2 - Final Judgment # 3 Exhibit 3 - Engagement Agreement # 4 Exhibit 4 - Blue Sun Schedules and related documents # 5 Exhibit 5 - ITG Schedules and related documents # 6 Exhibit 6 - Verified Statement - ITG # 7 Exhibit 7 - Verified Statement - Blue Sun # 8 Exhibit 8 - ITG Claims Register # 9 Exhibit 9 - Blue Sun Claims Register) (Orenstein, Jeffrey) (Entered: 10/27/2025) |
| 10/27/2025 | 28<br>(183 pgs; 10 docs) | Exhibit/Witness List Filed by Addison J. Chappell (related document(s)17 Application to Employ filed by Debtor Blue Sun Scientific, LLC, 22 Objection filed by Creditor KPM Analytics North America Corporation, 27 Stipulation filed by Debtor Blue Sun Scientific, LLC, Interested Party The Innovative Technologies Group & Co., LTD, Jointly Administered Debtor The Innovative Technologies Group & Co., LTD, Creditor KPM Analytics North America Corporation). (Attachments: # 1 Exhibit E-01 # 2 Exhibit E-02 # 3 Exhibit E-03 # 4 Exhibit E-04 # 5 Exhibit E-05 # 6 Exhibit E-06 # 7 Exhibit E-07 # 8 Exhibit E-08 # 9 Exhibit E-09) (Chappell, Addison) (Entered: 10/27/2025) |
| 10/29/2025 | 29<br>(4 pgs; 2 docs) | Evidentiary Hearing Held With Witness (related document(s)17 Application to Employ filed by Debtor Blue Sun Scientific, LLC, 22 Objection filed by Creditor KPM Analytics North America Corporation, 27 Stipulation filed by Debtor Blue Sun Scientific, LLC, Interested Party The Innovative Technologies Group & Co., LTD, Jointly Administered Debtor The Innovative Technologies Group & Co., LTD, Creditor KPM Analytics North America Corporation). (Attachments: # 1 Joint Exhibit List) P.22 - OBJECTION OVERRULED. P.17 - APPLICATION APPROVED. Order to be prepared by Movant's Counsel. (Scott, Cherita) (Entered: 10/30/2025) |

# DEBTORS' EXHIBIT 1

| | | |
|---|---|---|
| 10/31/2025 | 30<br>(3 pgs) | Order Authorizing Employment of Smith Duggan Cornell & Gollub LLC as Special Counsel for Debtors (related document(s):17 Application to Employ filed by Debtor Blue Sun Scientific, LLC). (Adams, Christopher) (Entered: 10/31/2025) |
| 11/02/2025 | 31<br>(5 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)30 Order on Application to Employ). No. of Notices: 2. Notice Date 11/02/2025. (Admin.) (Entered: 11/02/2025) |
| 11/09/2025 | | Returned Mail: mail sent via USPS was returned as undeliverable for the following: Mailed on 10/22/2025 a notice RE: Notice of Hearing TO Executive Financial Enterprises UPS 1465 Tamarind Ave #680 Cumming, GA 30028. (admin) (Entered: 11/10/2025) |
| 11/21/2025 | 32<br>(20 pgs; 3 docs) | Motion for Relief from Stay and Notice of Motion Re: Appellate Litigation in United States Court of Appeals for the First Circuit. Fee Amount $199. Notice Served on 11/21/2025, Filed by Blue Sun Scientific, LLC, The Innovative Technologies Group & Co., LTD. Objections due by 12/5/2025. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 12/15/2025 at 01:30 PM - Courtroom 9-D. (Attachments: # 1 Notice of Motion # 2 Certificate of Service) (Orenstein, Jeffrey) (Entered: 11/21/2025) |
| 11/21/2025 | 33 | Receipt of filing fee for Relief from Stay and Notice of Motion( 25-17998) [motion,mrlfntc] ( 199.00). Receipt number A44744576. Fee amount 199.00 (re: Doc # 32) (U.S. Treasury) (Entered: 11/21/2025) |
| 12/01/2025 | 34<br>(22 pgs; 3 docs) | Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Filed by Blue Sun Scientific, LLC, The Innovative Technologies Group & Co., LTD. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Orenstein, Jeffrey) (Entered: 12/01/2025) |
| 12/01/2025 | 35<br>(5 pgs) | Supplemental Notice of Service regarding *Motion to Extend Exclusivity Period*. Filed by Blue Sun Scientific, LLC, The Innovative Technologies Group & Co., LTD (related document(s)34 Motion to Extend Exclusivity Period filed by Debtor Blue Sun Scientific, LLC, Interested Party The Innovative Technologies Group & Co., LTD, Jointly Administered Debtor The Innovative Technologies Group & Co., LTD). (Orenstein, Jeffrey) (Entered: 12/01/2025) |
| 12/05/2025 | 36<br>(3 pgs) | Notice of Appearance and Request for Notice Filed by KPM Analytics North America Corporation. (Jefferson, Patricia) (Entered: 12/05/2025) |
| 12/05/2025 | 37<br>(13 pgs; 2 docs) | Objection on behalf of KPM Analytics North America Corporation Filed by Addison J. Chappell (related document(s)32 Relief from Stay and Notice of Motion filed by Debtor Blue Sun Scientific, LLC, Interested Party The Innovative Technologies Group & Co., LTD, Jointly Administered Debtor The Innovative Technologies Group & Co., LTD). (Attachments: # 1 Proposed Order) (Chappell, Addison) (Entered: 12/05/2025) |
| 12/08/2025 | 38<br>(188 pgs; 10 docs) | Exhibit/Witness List Filed by Jeffrey M. Orenstein (related document(s)32 Relief from Stay and Notice of Motion filed by Debtor Blue Sun Scientific, LLC, Interested Party The Innovative Technologies Group & Co., LTD, Jointly Administered Debtor The Innovative Technologies Group & Co., LTD, 37 Objection filed by Creditor KPM |

DEBTORS' EXHIBIT 1

| | | |
|---|---|---|
| | | Analytics North America Corporation). (Attachments: # 1 Exhibit 1 - Memorandum Opinion # 2 Exhibit 2 - Final Judgment # 3 Exhibit 3 - Blue Sun Inntial Filings # 4 Exhibit 4 - ITG Initial Filings # 5 Exhibit 5 - Blue Sun Claims Register # 6 Exhibit 6 - ITG Claims Register # 7 Exhibit 7 - Blue Sun Order Authorizing Employment of Smith Duggan # 8 Exhibit 8 - ITG Order Authorizing Employment of Smith Dugg # 9 Exhibit 9 - Joint Motion to Extend Exclusivity) (Orenstein, Jeffrey) (Entered: 12/08/2025) |
| 12/10/2025 | 39 (62 pgs; 4 docs) | Exhibit/Witness List Filed by Addison J. Chappell (related document(s)32 Relief from Stay and Notice of Motion filed by Debtor Blue Sun Scientific, LLC, Interested Party The Innovative Technologies Group & Co., LTD, Jointly Administered Debtor The Innovative Technologies Group & Co., LTD). (Attachments: # 1 Exhibit R01 # 2 Exhibit R02 # 3 Exhibit R03) (Chappell, Addison) (Entered: 12/10/2025) |
| 12/15/2025 | 40 (111 pgs; 6 docs) | Objection on behalf of KPM Analytics North America Corporation Filed by Addison J. Chappell (related document(s)34 Motion to Extend Exclusivity Period filed by Debtor Blue Sun Scientific, LLC, Interested Party The Innovative Technologies Group & Co., LTD, Jointly Administered Debtor The Innovative Technologies Group & Co., LTD). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Proposed Order) (Chappell, Addison) (Entered: 12/15/2025) |
| 12/15/2025 | 41 (6 pgs) | Evidentiary Hearing Held With Witness (related document(s)32 Relief from Stay and Notice of Motion filed by Debtor Blue Sun Scientific, LLC, Interested Party The Innovative Technologies Group & Co., LTD, Jointly Administered Debtor The Innovative Technologies Group & Co., LTD, 37 Objection filed by Creditor KPM Analytics North America Corporation). P.37 OBJECTION OVERRULED. P.32 ORDER GRANTED. Order to be prepared by Movant's Counsel. (Cumberland, Erica) (Entered: 12/15/2025) |
| 12/17/2025 | 42 (1 pg) | Notice of Hearing (related document(s)34 Motion to Extend Exclusivity Period filed by Debtor Blue Sun Scientific, LLC, Interested Party The Innovative Technologies Group & Co., LTD, Jointly Administered Debtor The Innovative Technologies Group & Co., LTD, 35 Notice of Service filed by Debtor Blue Sun Scientific, LLC, Interested Party The Innovative Technologies Group & Co., LTD, Jointly Administered Debtor The Innovative Technologies Group & Co., LTD, 40 Objection filed by Creditor KPM Analytics North America Corporation). Hearing scheduled for 1/20/2026 at 01:30 PM. In person hearing Courtroom 9-D Baltimore, Judge Rice. (Taylor, Shanita) (Entered: 12/17/2025) |
| 12/19/2025 | 43 (3 pgs) | BNC Certificate of Mailing - Hearing. (related document(s)42 Notice of Hearing). No. of Notices: 0. Notice Date 12/19/2025. (Admin.) (Entered: 12/20/2025) |
| 12/22/2025 | 44 (3 pgs) | Line *Regarding Change of Billing Rates for Wolff & Orenstein, LLC - Attorneys for the Innovative Technologies Group & Co., LTD,* on behalf of Wolff & Orenstein, LLC Filed by Jeffrey M. Orenstein. (Orenstein, Jeffrey) (Entered: 12/22/2025) |
| 12/29/2025 | 45 (3 pgs; 2 docs) | Motion to Withdraw as Attorney Timothy R. VanCisin Filed by Sandy Spring Bank, a division of Atlantic Union Bank. (Attachments: # 1 Proposed Order) (VanCisin, Timothy)Modified on 12/31/2025 to enhance document description (Stojak, Abigale). (Entered: 12/29/2025) |

# DEBTORS' EXHIBIT 1

| | | |
|---|---|---|
| 12/29/2025 | 46 (3 pgs) | Notice of Appearance and Request for Notice Filed by Sandy Spring Bank, a division of Atlantic Union Bank. (Peters, Elizabeth) (Entered: 12/29/2025) |
| 12/29/2025 | 47 (3 pgs) | Order Granting Relief From the Automatic Stay to Permit Continuance of Appellate Proceedings in the United States Court of Appeals for the First Circuit (related document(s):32 Relief from Stay and Notice of Motion filed by Debtor Blue Sun Scientific, LLC, Interested Party The Innovative Technologies Group & Co., LTD, Jointly Administered Debtor The Innovative Technologies Group & Co., LTD). (Adams, Christopher) (Entered: 12/29/2025) |
| 12/30/2025 | 48 (276 pgs; 3 docs) | Line *Regarding Status of Appeal in United States Court of Appeals for the First Circuit* on behalf of The Innovative Technologies Group & Co., LTD Filed by Jeffrey M. Orenstein (related document(s)47 Order on Motion For Relief From Stay). (Attachments: # 1 Exhibit 1 - First Circuit Status Report # 2 Exhibit 2 - Opening Brief) (Orenstein, Jeffrey) (Entered: 12/30/2025) |
| 12/31/2025 | 49 (1 pg) | Order Striking Appearance of Timothy VanCisin as Counsel for Sandy Spring Bank (related document(s):45 Motion to Withdraw as Attorney filed by Creditor Sandy Spring Bank, a division of Atlantic Union Bank). (Adams, Christopher) (Entered: 12/31/2025) |
| 12/31/2025 | 50 (5 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)47 Order on Motion For Relief From Stay). No. of Notices: 2. Notice Date 12/31/2025. (Admin.) (Entered: 01/01/2026) |
| 01/02/2026 | 51 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)49 Order on Motion to Withdraw as Attorney). No. of Notices: 2. Notice Date 01/02/2026. (Admin.) (Entered: 01/03/2026) |
| 01/08/2026 | 52 (6 pgs; 2 docs) | Support Document - *Status Report Regarding Status of Appeal in United States Court of Appeals for the First Circuit* Filed by Jeffrey M. Orenstein (related document(s)34 Motion to Extend Exclusivity Period filed by Debtor Blue Sun Scientific, LLC, Interested Party The Innovative Technologies Group & Co., LTD, Jointly Administered Debtor The Innovative Technologies Group & Co., LTD). (Attachments: # 1 Exhibit 1 - Appellee's Briefing Notice) (Orenstein, Jeffrey) (Entered: 01/08/2026) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/16/2026 12:23:45 | | | |
| **PACER Login:** | wojmo2017 | **Client Code:** | ITG |
| **Description:** | Docket Report | **Search Criteria:** | 25-17998 Fil or Ent: filed From: 1/1/1990 To: 1/16/2026 Doc From: 0 Doc To: 99999999 Term: included Headers: included |

# DEBTORS' EXHIBIT 1

|  |  |  | Format: html Page counts for documents: included |
|---|---|---|---|
| **Billable Pages:** | 7 | **Cost:** | 0.70 |

Case 25-17998   Doc 53-1   Filed 01/17/26   Page 8 of 8

# DEBTORS' EXHIBIT 1