**PlnDue, EXHIBITS, JNTADMN**

# U.S. Bankruptcy Court
## District of Maryland (Baltimore)
## Bankruptcy Petition #: 25-18000

*Date filed:* 08/29/2025
*341 meeting:* 10/08/2025
*Deadline for filing claims:* 01/06/2026
*Deadline for filing claims (govt.):* 02/25/2026

*Assigned to:* Chief Judge David E Rice
Chapter 11
Voluntary
Asset

*Case Administrator:* Daniel Walston
*Team 1 Phone:* 301-344-3964

---

**Debtor**                                          represented by **Matthew Eliot Abbott**
**The Innovative Technologies Group & Co., LTD**                  Wolff & Orenstein, LLC
8017 Dorsey Run Road                                             15245 Shady Grove Road
Suite H                                                          Suite 465 - N
Jessup, MD 20794                                                 Rockville, MD 20850
HOWARD-MD                                                        3012507232
Tax ID / EIN: 52-2048366                                        Email: MAbbott@wolawgroup.com

**Jeffrey M. Orenstein**
Wolff & Orenstein, LLC
15245 Shady Grove Road
Suite 465, North Lobby
Rockville, MD 20850
(301) 250-7232
Fax : (301) 816-0592
Email: jorenstein@wolawgroup.com

**Trustee**
**For Internal Use Only**
Email: bnc@mdb.uscourts.gov
*TERMINATED: 09/08/2025*

**U.S. Trustee**                                     represented by **Hugh M. (UST) Bernstein**
**US Trustee - Baltimore**                                        Office of U.S. Trustee
Garmatz Federal Courthouse                                       101 W. Lombard Street
101 West Lombard Street                                          Suite 2625
Suite 2625                                                       Baltimore, MD 21201
Baltimore, MD 21201                                              (410) 962-7771
(410) 962-4300                                                   Email: hugh.m.bernstein@usdoj.gov
Fax : (410) 962-3537
Email: USTPRegion04.BA.ECF@USDOJ.GOV

| Filing Date | # | Docket Text |
|---|---|---|
| 08/29/2025 | 1 (58 pgs) | Chapter 11 Voluntary Petition Non-Individual . Fee Amount $1738 Filed by The Innovative Technologies Group & Co., LTD. Chapter 11 Plan Exclusivity expires 12/29/2025. Government Proof of Claim due by 02/25/2026. (Orenstein, Jeffrey) Modified on 9/2/2025. Disclosure of |

## DEBTORS' EXHIBIT 2

| | | |
|---|---|---|
| | | compensation extracted and docketed separately. (Arter, Laurie). (Entered: 08/29/2025) |
| 08/29/2025 | 2 | Receipt of filing fee for Voluntary Petition (Chapter 11)( 25-18000) [misc,volp11a] (1738.00). Receipt number A44364099. Fee amount 1738.00 (re: Doc # 1) (U.S. Treasury) (Entered: 08/29/2025) |
| 08/29/2025 | 3 (2 pgs) | Support Document *Statement Regarding Authority to Sign and File Petition* Filed by Jeffrey M. Orenstein (related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor The Innovative Technologies Group & Co., LTD). (Orenstein, Jeffrey) (Entered: 08/29/2025) |
| 08/29/2025 | 4 (2 pgs) | Meeting of Creditors. 341(a) meeting to be held on 10/8/2025 at 10:00 AM via Conference Call - Chapter 11 Baltimore: Phone number 1-888-330-1716, Access Code 6624329#. Proofs of Claims due by 1/6/2026. (Entered: 08/29/2025) |
| 08/29/2025 | 7 (3 pgs) | Disclosure of Compensation of Attorney for Debtor Filed by Jeffrey M. Orenstein . (Arter, Laurie) (Entered: 09/02/2025) |
| 08/30/2025 | 5 (16 pgs; 3 docs) | Application to Employ Wolff & Orenstein, LLC as Counsel for the Debtbor and Verified Statement of Proposed Party Filed by The Innovative Technologies Group & Co., LTD. (Attachments: # 1 Verified Statement # 2 Proposed Order) (Orenstein, Jeffrey) (Entered: 08/30/2025) |
| 08/31/2025 | 6 (1 pg) | Notice of Appearance and Request for Notice Filed by Blue Sun Scientific, LLC. (VerStandig, Maurice) (Entered: 08/31/2025) |
| 09/02/2025 | 8 (1 pg) | Notice of Missing Corporate Ownership Statement.(related document(s) 1 Voluntary Petition (Chapter 11) filed by Debtor The Innovative Technologies Group & Co., LTD) (Arter, Laurie). Modified on 9/2/2025. Related document added. (Arter, Laurie). (Entered: 09/02/2025) |
| 09/02/2025 | 9 (2 pgs) | Statement of Corporate Ownership filed. Filed by Jeffrey M. Orenstein. (Orenstein, Jeffrey) (Entered: 09/02/2025) |
| 09/03/2025 | 10 (3 pgs) | Notice of Appearance and Request for Notice Filed by Sandy Spring Bank, a division of Atlantic Union Bank. (Nord, Michael) (Entered: 09/03/2025) |
| 09/03/2025 | 11 (3 pgs) | Notice of Appearance and Request for Notice Filed by Sandy Spring Bank, a division of Atlantic Union Bank. (VanCisin, Timothy) (Entered: 09/03/2025) |
| 09/03/2025 | 12 (2 pgs) | Notice of Appearance and Request for Notice Filed by US Trustee - Baltimore. (Bernstein, Hugh) (Entered: 09/03/2025) |
| 09/04/2025 | 13 (5 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (related document(s)4 Meeting of Creditors Chapter 11). No. of Notices: 55. Notice Date 09/04/2025. (Admin.) (Entered: 09/05/2025) |

# DEBTORS' EXHIBIT 2

| | | |
|---|---|---|
| 09/04/2025 | <u>14</u><br>(2 pgs) | BNC Certificate of Mailing. (related document(s)<u>8</u> Notice of Missing Corporate Ownership Statement). No. of Notices: 1. Notice Date 09/04/2025. (Admin.) (Entered: 09/05/2025) |
| 09/05/2025 | <u>15</u><br>(36 pgs; 6 docs) | Consent Motion to Use Cash Collateral *of Sandy Spring Bank, a Division of Atlantic Union Bank* Filed by The Innovative Technologies Group & Co., LTD. (Attachments: # <u>1</u> Exhibit A - 30 day Budget # <u>2</u> Exhibit B - 60 day budget # <u>3</u> Exhibit C - 90 day budget # <u>4</u> Certificate of Service # <u>5</u> Proposed Order) (Orenstein, Jeffrey) (Entered: 09/05/2025) |
| 09/05/2025 | <u>16</u><br>(19 pgs; 2 docs) | Line *Regarding Proposed Consent Order Authorizing Debtors Use of Cash Collateral and Granting Adequate Protection to Sandy Spring Bank, a Division of Atlantic Union Bank, Pursuant to 11 U.S.C. § 363* on behalf of The Innovative Technologies Group & Co., LTD Filed by Jeffrey M. Orenstein (related document(s)<u>15</u> Motion to Use Cash Collateral filed by Debtor The Innovative Technologies Group & Co., LTD). (Attachments: # <u>1</u> Proposed Order) (Orenstein, Jeffrey) (Entered: 09/05/2025) |
| 09/08/2025 | <u>17</u><br>(4 pgs; 2 docs) | Line *Regarding United States Small Business Associations Consent to Use of Cash Collateral* on behalf of The Innovative Technologies Group & Co., LTD Filed by Jeffrey M. Orenstein. (Attachments: # <u>1</u> Exhibit - E-Mail confirmation of consent) (Orenstein, Jeffrey) (Entered: 09/08/2025) |
| 09/09/2025 | <u>doc</u><br>(1 pg) | Proof of Claim Attachment 3001(c)(1) and (d) of Claim No. 2 filed by Intelliworks HT LLC (webclaimusr) (Entered: 09/09/2025) |
| 09/09/2025 | <u>doc</u><br>(6 pgs) | Proof of Claim Attachment 3001(c)(1) and (d) of Claim No. 2 filed by Intelliworks HT LLC (webclaimusr) (Entered: 09/09/2025) |
| 09/09/2025 | <u>18</u><br>(1 pg) | Notice of Hearing (related document(s)<u>15</u> Motion to Use Cash Collateral filed by Debtor The Innovative Technologies Group & Co., LTD). Hearing scheduled for 9/15/2025 at 02:30 PM. In person hearing Courtroom 9-D Baltimore, Judge Rice. (Scott, Cherita) (Entered: 09/09/2025) |
| 09/10/2025 | <u>19</u><br>(28 pgs; 5 docs) | Application to Employ Smith Duggan Cornell& Gollub, LLP as Special Counsel for Appellate Proceedings and Verified Statement of Proposed Party Filed by The Innovative Technologies Group & Co., LTD. (Attachments: # <u>1</u> Exhibit 1 - Engagement Agreement # <u>2</u> Exhibit Verified Statement # <u>3</u> Certificate of Service # <u>4</u> Proposed Order) (Orenstein, Jeffrey) (Entered: 09/10/2025) |
| 09/10/2025 | <u>20</u><br>(13 pgs; 3 docs) | Motion for Joint Administration of Cases #25-17998 DER and #25-18000 DER Filed by The Innovative Technologies Group & Co., LTD. (Attachments: # <u>1</u> Certificate of Service # <u>2</u> Proposed Order) (Orenstein, Jeffrey) Modified on 9/10/2025. Text enhanced to include case numbers. (Arter, Laurie). (Entered: 09/10/2025) |
| 09/10/2025 | <u>21</u><br>(16 pgs; 3 docs) | **WITHDRAWN AT P.<u>28</u>. Motion for Relief from Stay and Notice of Motion Re: Appellate Proceedings in the United States Court of Appeals for the First Circuit. Fee Amount $199. Notice Served on 9/10/2025, Filed by The Innovative Technologies Group & Co., LTD. Objections due by 09/24/2025. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 10/06/2025 |

DEBTORS' EXHIBIT 2

| | | |
|---|---|---|
| | | at 01:30 PM - Courtroom 9-D. (Attachments: # 1 Notice of Motion # 2 Certificate of Service) (Orenstein, Jeffrey) Modified on 9/10/2025. Typo corrected. (Arter, Laurie). Modified on 9/14/2025 (Walston, Daniel). (Entered: 09/10/2025) |
| 09/10/2025 | 22 | Receipt of filing fee for Relief from Stay and Notice of Motion( 25-18000) [motion,mrlfntc] ( 199.00). Receipt number A44410018. Fee amount 199.00 (re: Doc # 21) (U.S. Treasury) (Entered: 09/10/2025) |
| 09/10/2025 | 23 (10 pgs; 2 docs) | Supplemental Notice of Service regarding . Filed by The Innovative Technologies Group & Co., LTD (related document(s)21 Relief from Stay and Notice of Motion filed by Debtor The Innovative Technologies Group & Co., LTD). (Attachments: # 1 Certificate of Service) (Orenstein, Jeffrey) (Entered: 09/10/2025) |
| 09/10/2025 | 24 (5 pgs) | Supplemental Notice of Service regarding . Filed by The Innovative Technologies Group & Co., LTD (related document(s)19 Application to Employ filed by Debtor The Innovative Technologies Group & Co., LTD, 20 Motion for Joint Administration filed by Debtor The Innovative Technologies Group & Co., LTD). (Orenstein, Jeffrey) (Entered: 09/10/2025) |
| 09/11/2025 | 25 (121 pgs; 14 docs) | Exhibit/Witness List Filed by Jeffrey M. Orenstein (related document(s)15 Motion to Use Cash Collateral filed by Debtor The Innovative Technologies Group & Co., LTD). (Attachments: # 1 Exhibit 1 - Loan and Disbursement Agreement # 2 Exhibit 2 - Term Promissorfy Note # 3 Exhibit 3 - Guaranty Agreement # 4 Exhibit 4 - Business Loan Security Agreement # 5 Exhibit 5 - Form UCC-1 # 6 Exhibit 6 - Corporate Resolution to Borrow # 7 Exhibit 7 - Business Loan Agreement # 8 Exhibit 8 - Disbursement Request # 9 Exhibit Form UCC-3 # 10 Exhibit 10 - 30-Day Budget # 11 Exhibit 11 - 60-Day Budget # 12 Exhibit 12 - 90-Day Budget # 13 Exhibit 13 - Petition Schedules and SOFA) (Orenstein, Jeffrey) (Entered: 09/11/2025) |
| 09/11/2025 | 26 (2 pgs) | Exhibit/Witness List Filed by Jeffrey M. Orenstein (related document(s)15 Motion to Use Cash Collateral filed by Debtor The Innovative Technologies Group & Co., LTD). (Orenstein, Jeffrey) (Entered: 09/11/2025) |
| 09/11/2025 | 27 (3 pgs) | BNC Certificate of Mailing - Hearing. (related document(s)18 Notice of Hearing). No. of Notices: 20. Notice Date 09/11/2025. (Admin.) (Entered: 09/12/2025) |
| 09/12/2025 | 28 (3 pgs) | Withdrawal of Document on behalf of The Innovative Technologies Group & Co., LTD Filed by Jeffrey M. Orenstein (related document(s)21 Relief from Stay and Notice of Motion filed by Debtor The Innovative Technologies Group & Co., LTD). (Orenstein, Jeffrey) (Entered: 09/12/2025) |
| 09/15/2025 | | Evidentiary Hearing Held: re: 15 Motion to Use Cash Collateral IS GRANTED. Order to be prepared by Movant.(related document(s) 15 Motion to Use Cash Collateral, 25 Exhibit/Witness List, 26 Exhibit/Witness List) (Scott, Cherita) (Entered: 09/15/2025) |
| 09/16/2025 | 29 (17 pgs) | Consent Order Authorizing Debtors Use of Cash Collateral and Granting Adequate Protection to Sandy Spring Bank, a Division of Atlantic Union Bank, Pursuant to 11 U.S.C. § 363. (related |

DEBTORS' EXHIBIT 2

| | | |
|---|---|---|
| | | document(s):15 Motion to Use Cash Collateral filed by Debtor The Innovative Technologies Group & Co., LTD). (Walston, Daniel) (Entered: 09/16/2025) |
| 09/18/2025 | 30 (3 pgs) | Notice of Appearance and Request for Notice Filed by KPM Analytics North America Corporation. (Chappell, Addison) (Entered: 09/18/2025) |
| 09/18/2025 | 31 (3 pgs) | Notice of Appearance and Request for Notice Filed by KPM Analytics North America Corporation. (Brown, Michael) (Entered: 09/18/2025) |
| 09/18/2025 | 32 (19 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)29 Order on Motion to Use Cash Collateral). No. of Notices: 1. Notice Date 09/18/2025. (Admin.) (Entered: 09/19/2025) |
| 09/24/2025 | 33 (26 pgs; 3 docs) | Objection on behalf of KPM Analytics North America Corporation Filed by Addison J. Chappell (related document(s)19 Application to Employ filed by Debtor The Innovative Technologies Group & Co., LTD). (Attachments: # 1 Exhibit A # 2 Proposed Order) (Chappell, Addison) (Entered: 09/24/2025) |
| 10/07/2025 | 34 (2 pgs) | Order Providing for Joint Administration of Cases 25-18000-DER and 25-17998-DER. Case 25-17998-DER is designated as the Lead Case (related document(s):20 Motion for Joint Administration filed by Debtor The Innovative Technologies Group & Co., LTD). (Adams, Christopher) (Entered: 10/07/2025) |
| 10/07/2025 | 35 (3 pgs) | Order Granting Application to Employ Wolff & Orenstein, LLC as Attorneys for Debtor. Counsel in these now jointly administered cases shall coordinate their efforts so as to avoid duplication of effort and unnecessary fees and expenses. Funds held in a trust account per decretal paragraph three of this order shall be subject to, among other things, (i) the cash collateral rights (if any) of secured creditors, and (ii) disgorgement in the event of administrative insolvency (related document(s):5 Application to Employ filed by Debtor The Innovative Technologies Group & Co., LTD). (Adams, Christopher) (Entered: 10/07/2025) |
| 10/09/2025 | 36 (1 pg) | Notice of Hearing (related document(s)19 Application to Employ filed by Debtor The Innovative Technologies Group & Co., LTD, 33 Objection filed by Creditor KPM Analytics North America Corporation). Hearing scheduled for 11/3/2025 at 11:00 AM. In person hearing Courtroom 9-D Baltimore, Judge Rice. (Scott, Cherita) (Entered: 10/09/2025) |
| 10/09/2025 | 37 (4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)34 Order on Motion For Joint Administration). No. of Notices: 1. Notice Date 10/09/2025. (Admin.) (Entered: 10/10/2025) |
| 10/09/2025 | 38 (5 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)35 Order on Application to Employ). No. of Notices: 3. Notice Date 10/09/2025. (Admin.) (Entered: 10/10/2025) |
| 10/10/2025 | 39 (1 pg) | Notice of Rescheduled Hearing (related document(s)19 Application to Employ filed by Debtor The Innovative Technologies Group & Co., LTD, 33 Objection filed by Creditor KPM Analytics North America Corporation). Hearing scheduled for 10/29/2025 at 02:00 PM. IN |

DEBTORS' EXHIBIT 2

| | | |
|---|---|---|
| | | PERSON HEARING - Courtroom 9-D Baltimore, Judge Rice. (Scott, Cherita) (Entered: 10/10/2025) |
| 10/11/2025 | 40 (3 pgs) | BNC Certificate of Mailing - Hearing. (related document(s)36 Notice of Hearing). No. of Notices: 4. Notice Date 10/11/2025. (Admin.) (Entered: 10/12/2025) |
| 10/12/2025 | 41 (3 pgs) | BNC Certificate of Mailing - Hearing. (related document(s)39 Notice of Hearing). No. of Notices: 4. Notice Date 10/12/2025. (Admin.) (Entered: 10/13/2025) |
| 10/22/2025 | 42 (164 pgs; 5 docs) | Exhibit/Witness List Filed by Addison J. Chappell (related document(s)19 Application to Employ filed by Debtor The Innovative Technologies Group & Co., LTD, 33 Objection filed by Creditor KPM Analytics North America Corporation). (Attachments: # 1 Exhibit R-01 # 2 Exhibit R-02 # 3 Exhibit R-03 # 4 Exhibit R-04) (Chappell, Addison) (Entered: 10/22/2025) |
| 10/29/2025 | 43 (4 pgs; 2 docs) | Evidentiary Hearing Held With Witness (related document(s)19 Application to Employ filed by Debtor The Innovative Technologies Group & Co., LTD, 33 Objection filed by Creditor KPM Analytics North America Corporation). (Attachments: # 1 Joint Exhibit List) P.33 - OBJECTION OVERRULED. P.19 - APPLICATION APPROVED. Order to be prepared by Movant's Counsel. (Scott, Cherita) (Entered: 10/30/2025) |
| 11/03/2025 | 44 (3 pgs) | Order Authorizing Employment of Smith Duggan Cornell & Gollub LLC as Special Counsel for Debtors (related document(s):19 Application to Employ filed by Debtor The Innovative Technologies Group & Co., LTD). (Walston, Daniel) (Entered: 11/03/2025) |
| 12/05/2025 | 45 (3 pgs) | Notice of Appearance and Request for Notice Filed by KPM Analytics North America Corporation. (Jefferson, Patricia) (Entered: 12/05/2025) |
| 12/18/2025 | 46 (50 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 08/31/2025 Filed by Matthew Eliot Abbott. (Abbott, Matthew) (Entered: 12/18/2025) |
| 12/18/2025 | 47 (57 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 09/30/2025 Filed by Matthew Eliot Abbott. (Abbott, Matthew) (Entered: 12/18/2025) |
| 12/29/2025 | 48 (3 pgs; 2 docs) | Motion to Withdraw as Attorney Filed by Sandy Spring Bank, a division of Atlantic Union Bank. (Attachments: # 1 Proposed Order) (VanCisin, Timothy) (Entered: 12/29/2025) |
| 12/30/2025 | 49 (1 pg) | Order Striking Appearance of Timothy R. Vancisn as Counsel For Creditor Sandy Spring Bank. (related document(s):48 Motion to Withdraw as Attorney filed by Creditor Sandy Spring Bank, a division of Atlantic Union Bank). (Walston, Daniel) (Entered: 12/30/2025) |

# DEBTORS' EXHIBIT 2

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/16/2026 12:26:10 | | | |
| **PACER Login:** | wojmo2017 | **Client Code:** | ITG |
| **Description:** | Docket Report | **Search Criteria:** | 25-18000 Fil or Ent: filed From: 1/1/1990 To: 1/16/2026 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |

# DEBTORS' EXHIBIT 2