UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| BLUE SUN SCIENTIFIC, LLC | * | No.  25-17998-DER<br>Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| IN RE: | * | |
| THE INNOVATIVE TECHNOLOGIES<br> GROUP & CO., LTD | *<br><br>* | No.  25-18000-DER<br>Chapter 11 |
| Debtor | | Jointly administered under Case No.<br>25-17998-DER |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>LINE SUBSTITUTING EXHIBIT</u>

TO THE CLERK FO THE COURT:

On January 17, 2026, the Debtors' filed their List of Exhibits and Witnesses for Hearing on Debtors' Motion for Order Extending Exclusive Periods to File Plan of Reorganization and Obtain Acceptances Thereto (the "Exhibit List").  The Exhibit List identified Exhibit 10 as being the Debtors' Motion for Relief from the Automatic Stay to Permit Continuance of Appellate Proceedings in the United States Court of Appeals for the First Circuit (the "Lift Stay Motion"). While the Lift Stay Motion was properly identified in the Exhibit List, the document that was filed with the Exhibit List as Exhibit 10 was not the Lift Stay Motion.  A copy of the Lift Stay Motion, identified as Debtors' Exhibit 10, is attached hereto.  Please associate this replacement document as Exhibit 10 with the Exhibit List.

[signature on following page]

        Respectfully submitted,


        \s\ Jeffrey M. Orenstein
        JEFFREY M. ORENSTEIN (#07512)
        Wolff & Orenstein, LLC
        15245 Shady Grove Road, Suite 465
        Rockville, Maryland  20850
        (301) 250-7232
        jorenstein@wolawgroup.com

        Counsel for The Innovative Technologies
        Group & Co, LTD


## CERTIFICATE OF SERVICE

    I hereby certify that on the 18th day of January, 2026, a copy of the foregoing was served by electronic mail to:

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 W. Lombard Street
Suite 2625
Baltimore, Maryland 21202
hugh.m.bernstein@usdoj.gov

Michael D. Nord, Esq.
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
mnord@gebsmith.com

Michael Benjamin Brown
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202
mbbrown@milesstockbridge.com

Addison Chappell, Esq.
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202
achappell@milesstockbridge.com

and to all parties in interest that have requested service through the Court's CM/ECF service.

                                                              /s/ Jeffrey M. Orenstein
                                                              Jeffrey M. Orenstein