IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>BLUE SUN SCIENTIFIC, LLC,<br><br>THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD,<br><br>Debtors. | Jointly Administered Under<br><br>Case No. 25-17998-DER (Lead Case)<br><br>Case No. 25-18000-DER<br><br>Chapter 11 |

**KPM ANALYTICS NORTH AMERICA CORPORATION'S
EXHIBIT AND WITNESS LIST FOR JANUARY 20, 2026 HEARING**

KPM Analytics North America Corporation ("KPM"), by and through undersigned counsel, files its Exhibit and Witness List for the January 20, 2026, hearing on the Motion for Order Extending Exclusive Periods to File Plans of Reorganization and Obtain Acceptances Thereto [Dkt. No. 34], and KPM's Objection to Debtors' Motion for Order Extending Exclusive Periods to File Plans of Reorganization and Obtain Acceptances Thereto [Dkt. No. 37] ("Objection").

**KPM's Exhibit List**:

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| | All exhibits used for impeachment/rebuttal | | | |
| | All exhibits identified by any other party | | | |

**KPM's Witness List**

1. Any witness called by the Innovative Technologies Group & Co., LTD, Blue Sun Scientific, LLC, or any other interested party.

120888\000001\4917-8008-8969.v1

Dated January 19, 2026

Respectfully submitted,

*/s/ Addison J. Chappell*
Addison J. Chappell, Esquire (#21852)
MILES & STOCKBRIDGE P.C.
100 Light Street, 7th Floor
Baltimore, MD 21202
Telephone: (410) 385-3481
achappell@milesstockbridge.com

*Counsel for KPM Analytics*
*North America Corporation*

120888\000001\4917-8008-8969.v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 19, 2026, a copy of the foregoing Exhibit/Witness List was served electronically, via this Court's CM/ECF system, on all parties registered to receive electronic noticing in this case.

- **Hugh M. (UST) Bernstein**   hugh.m.bernstein@usdoj.gov
- **Michael Benjamin Brown**   mbbrown@milesstockbridge.com, jdiaz@milesstockbridge.com
- **Addison J. Chappell**   achappell@milesstockbridge.com
- **Michael David Nord**   mnord@gebsmith.com
- **Jeffrey M. Orenstein**   jorenstein@wolawgroup.com
- **US Trustee - Baltimore**   USTPRegion04.BA.ECF@USDOJ.GOV
- **Timothy VanCisin**   tvancisin@gebsmith.com
- **Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

*/s/ Addison J. Chappell*
Addison J. Chappell