| | |
|---|---|
| | ✓_____RETAIN |
| **David E Rice** , U. S. BANKRUPTCY JUDGE | Evidentiary Hrg: (Y) N<br>Exhibits Filed: (Y) N |

PROCEEDING MEMO – CHAPTER 11

Date: 01/20/2026 Time: 01:30

**CASE: 25-17998 Blue Sun Scientific, LLC and The Innovative Technologies Group & Co., LTD**

Maurice Belmont VerStandig representing Blue Sun Scientific, LLC (Debtor)

Jeffrey M. Orenstein representing The Innovative Technologies Group & Co., LTD (Jointly Administered Debtor)

Hugh M. (UST) Bernstein representing US Trustee – Baltimore (U.S. Trustee)

[34] Motion to Extend Exclusivity Period for Filing a
Chapter 11 Plan and Disclosure Statement
Filed by Blue Sun Scientific, LLC, The Innovative
Technologies Group & Co., LTD. (Attachments: #s2
Proposed Order)

**MOVANT** : Blue Sun Scientific, LLC The Innovative Technologies Group & Co., LTD
BY M VerStandig J Orenstein J Orenstein

[40] Objection on behalf of KPM Analytics North America
Corporation Filed by Addison J. Chappell (related
document(s) 5 Proposed Order)

**MOVANT** : KPM Analytics North America Corporation BY A Chappell M Brown P
Jefferson

[53] Exhibit/Witness List Filed by Jeffrey M. Orenstein
(related document(s) 18 Exhibit 18 – Line re
First Circuit Briefing Schedule)

**MOVANT** : Blue Sun Scientific, LLC The Innovative Technologies Group & Co., LTD
BY M VerStandig J Orenstein J Orenstein

[54] Line *Substituting Exhibit* on behalf of Blue
Sun Scientific, LLC, The Innovative Technologies
Group & Co., LTD Filed by Jeffrey M. Orenstein (related
document(s) 1 Substitute Exhibit 10)

**MOVANT** : Blue Sun Scientific, LLC The Innovative Technologies Group & Co., LTD
BY M VerStandig J Orenstein J Orenstein

[55] Exhibit/Witness List Filed by Addison J. Chappell
(related document(s) 34 Motion to Extend Exclusivity
Period filed by Debtor Blue Sun Scientific, LLC,
Interested Party The Innovative Technologies Group
& Co., LTD, Jointly Administered Debtor The Innovative
Technologies Group & Co., LTD).

**MOVANT** : KPM Analytics North America Corporation BY A Chappell M Brown P
Jefferson

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

Approved_____  Denied Approval_____  Deadline to file Amended D/S_____

Other_____

Confirmed_____  as modified by _____

Denied Confirmation_____  with leave to amend by_____

Other_____

DISPOSITIONS:

Granted____  Denied____  Withdrawn____  Consent____  Default___  Under Adv.___

Moot_____  Dismissed_____  Relief by Operation of Law (no order req.)_____

Continued to: _____

DECISION:

[ ] Signed by Court              [ ] Filed by Counsel
[✓] To be prepared by:
    [✓] Movant's counsel          [ ] Court
    [ ] Respondent's counsel      [ ] Other _____

NOTES:

25-17998: 2 of 2

*Granted. Extension thru 3/31/2026*