UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| BLUE SUN SCIENTIFIC, LLC | * | No. 25-17998-DER<br>Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| IN RE: | * | |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD | * | No. 25-18000-DER<br>Chapter 11 |
| | * | |
| Debtor | | Jointly Administered under Case No. 25-17998-DER |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEBTORS' LIST OF EXHIBITS AND WITNESSES FOR HEARING ON DEBTORS' MOTION FOR ORDER EXTENDING EXCLUSIVE PERIODS TO FILE PLAN OF REORGANIZATION AND OBTAIN ACCEPTANCES THERETO

Blue Sun Scientific, LLC ("Blue Sun") and The Innovative Technologies Group & Co, LTD ("ITG") (collectively, the "Debtors"), submit this list of Exhibits that they intend to introduce at the January 20, 2026, hearing on Motion for Order Extending Exclusive Periods to File Plans of Reorganization and Obtain Acceptances Thereto (the "Motion"):

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| Debtors 1 | Blue Sun Docket | | | ✓ |
| Debtors 2 | ITG Docket | | | ✓ |
| Debtors 3 | Voluntary Petition, Schedules, and SOFA - Blue Sun | | | ✓ |

1

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| Debtors 4 | Voluntary Petition, Schedules, and SOFA - ITG | | | ✓ |
| Debtors 5 | Application to Employ Special Counsel - ITG | | | ✓ |
| Debtors 6 | Application to Employ Special Counsel - Blue Sun | | | ✓ |
| Debtors 7 | KPM Opposition to Application to Employ | | | ✓ |
| Debtors 8 | Order Authorizing Employment of Smith Duggan - Blue Sun | | | ✓ |
| Debtors 9 | Order Authorizing Employment of Smith Duggan - ITG | | | ✓ |
| Debtors 10 | Motion for Relief from the Automatic Stay to Permit Continuance of Appellate Proceedings in the United States Court of Appeals for the First Circuit | | | ✓ |
| Debtors 11 | KPM Opposition to Motion for Relief from Stay | | | ✓ |

2

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| Debtors 12 | Order Granting Motion for Relief from Stay | | | ✓ |
| Debtors 13 | First Circuit Status Report | | | ✓ |
| Debtors 14 | August MOR | | | ✓ |
| Debtors 15 | September MOR | | | ✓ |
| Debtors 16 | October MOR | | | ✓ |
| Debtors 17 | November MOR | | | ✓ |
| Debtors 18 | Appellee's Briefing Notice | | | ✓ |