UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| BLUE SUN SCIENTIFIC, LLC | * | No. 25-17998-DER<br>Chapter 11 |
| Debtor | * | |
| IN RE: | * | |
| THE INNOVATIVE TECHNOLOGIES<br>GROUP & CO., LTD | * | No. 25-18000-DER<br>Chapter 11 |
| | * | |
| Debtor | | Jointly administered under 25-17998-DER |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

LINE REGARDING CHANGE OF BILLING RATES FOR WOLFF & ORENSTEIN,
LLC - COUNSEL FOR THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD

TO THE CLERK OF THE COURT:

Pursuant to Paragraph 33 of the Application for Authority to Employ Wolff & Orenstein, LLC as Attorneys for Debtor filed by The Innovative Technologies Group & Co., Ltd, (the "Debtor"), undersigned counsel hereby notes that, effective January 1, 2026, the rates for Wolff & Orenstein, LLC (Counsel") increased as follows:

| Timekeeper | 2025 Rates | 2026 Rates |
|---|---|---|
| Jeffrey M. Orenstein | $510.00 | $535.00 |
| Matthew Abbott | $310.00 | $330.00 |
| Paralegals/Legal Assistants: | $150.00 | $150.00 |

In order to give the requisite thirty (30) day's notice, those rates will go into effect in this case on March 6, 2026.

[signature on following page]

        Respectfully submitted,

        \s\ Jeffrey M. Orenstein
        JEFFREY M. ORENSTEIN (#07512)
        Wolff & Orenstein, LLC
        15245 Shady Grove Road, Suite 465
        Rockville, Maryland  20850
        (301) 250-7232
        jorenstein@wolawgroup.com

        Counsel for The Innovative Technologies
        Group & Co, LTD

CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of February, 2026, a copy of the foregoing was served by electronic mail to:

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 W. Lombard Street
Suite 2625
Baltimore, Maryland 21202
hugh.m.bernstein@usdoj.gov

Michael D. Nord, Esq.
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
mnord@gebsmith.com

Michael Benjamin Brown
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202
mbbrown@milesstockbridge.com

Addison Chappell, Esq.
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202
achappell@milesstockbridge.com

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
mac@mbvesq.com

                                          /s/ Jeffrey M. Orenstein
                                          Jeffrey M. Orenstein