Entered: February 4th, 2026
Signed: February 4th, 2026

**SO ORDERED**

The hearing described below shall be set for March 2, 2026 at 10:00 AM.



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25–17998 – DER**   Chapter: **11**

**Blue Sun Scientific, LLC and**
**The Innovative Technologies Group & Co., LTD**
Debtors

### ORDER SETTING HEARING TO
### CONVERT CHAPTER 11 TO CHAPTER 7 OR IN THE ALTERNATIVE TO DISMISS

U.S. Trustee having filed a motion to convert or in the alternative to dismiss, it is, pursuant to Federal Bankruptcy Rule 2002(a), by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon the motion to convert or in the alternative to dismiss will be held on the date and time set forth above, in Courtroom 9D of the U.S. Bankruptcy Court, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201; and it is further

ORDERED, that if no objection is filed by any party in interest to U.S. Trustee's motion to convert or in the alternative to dismiss within fourteen (14) days after the date a copy of this Order is served, the motion to convert or in the alternative to dismiss may be granted without a hearing.

cc:   Debtor
   Attorney for Debtor – Maurice Belmont VerStandig, Jeffrey M. Orenstein

   All Creditors
   All parties in interest

### End of Order

13x04 (rev. 05/02/2017) – ChristopherAdams