IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>BLUE SUN SCIENTIFIC, LLC,<br><br>THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD,<br><br>           Debtors. | Jointly Administered Under<br><br>Case No. 25-17998-DER (Lead Case)<br><br>Case No. 25-18000-DER<br><br>Chapter 11 |

**JOINDER IN SUPPORT OF THE UNITED STATES TRUSTEE'S
MOTION TO CONVERT TO CHAPTER 7 OR DISMISS CASE**

    KPM Analytics North America Corporation ("KPM"), by and through its undersigned counsel, files this Joinder in Support of the United States Trustee's Motion to Convert to Chapter 7 or Dismiss Case ("Joinder"), and in support states as follows:

    1.    On February 3, 2026, the United States Trustee filed a Motion to Convert to Chapter 7 or Dismiss Case [Dkt. No. 62] (the "Motion to Convert").

    2.    KPM joins the Motion to Convert and supports conversion of Blue Sun Scientific, LLC's case to Chapter 7.

Dated February 13, 2026

Respectfully submitted,

/s/ Addison J. Chappell
Addison J. Chappell, Esq. (#21852)
Michael B. Brown, Esq. (#19641)
MILES & STOCKBRIDGE P.C.
100 Light Street, 7th Floor
Baltimore, MD 21202
Telephone: (410) 385-3481
Telephone: (410) 385-3663
achappell@milesstockbridge.com
mbbrown@milesstockbridge.com
*Counsel for KPM Analytics
North America Corporation*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 13, 2026, a copy of the foregoing Joinder was served on all parties requesting service in this case via this Court's CM/ECF electronic noticing system as follows:

- **Matthew Eliot Abbott**     MAbbott@wolawgroup.com, KDriscoll@wolawgroup.com
- **Hugh M. (UST) Bernstein**     hugh.m.bernstein@usdoj.gov
- **Michael Benjamin Brown**     mbbrown@milesstockbridge.com, jdiaz@milesstockbridge.com
- **Addison J. Chappell**    achappell@milesstockbridge.com
- **Michael David Nord**    mnord@gebsmith.com
- **Jeffrey M. Orenstein**    jorenstein@wolawgroup.com
- **US Trustee - Baltimore**    USTPRegion04.BA.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- **Elizabeth Drayden Peters**    epeters@gebsmith.com

                              */s/ Addison J. Chappell*
                              Addison J. Chappell