| | |
|---|---|
| **DEBTOR:** Blue Sun Scientific, LLC | **CASE NUMBER:** 25-17998 |

**OFFICE OF THE UNITED STATES TRUSTEE - BALTIMORE DIVISION**
**MONTHLY OPERATING REPORT**
**CHAPTER 11 - BUSINESS DEBTORS**
Form 2-A
**COVER SHEET AND QUESTIONNAIRE**

For Month Ended  8/31/2025

**Accounting Method:** [X] Accrual Basis   [ ] Cash Basis

*THIS REPORT IS DUE 20 DAYS AFTER THE END OF THE MONTH*

Mark One Box for Each Required Document: Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing.  File the original with the Clerk of Court.

| Report/Document Attached | Previously Waived | | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|---|
| [X] | [ ] | 1. | Cash Receipts and Disursements Statement (Form 2-B) |
| [X] | [ ] | 2. | Post-petition Taxes and Aging Schedules (Form 2-C) |
| [X] | [ ] | 3. | Disbursements Summary for the Month (Form 2-D) |
| [X] | [ ] | 4. | Income and Disbursement Recap - Case to Date (Form 2-E) |

*Submit the form or attach one generated by company's accounting system*

| | | | |
|---|---|---|---|
| [X] | [ ] | 5. | Balance Sheet (Form 2-F) |
| [X] | [ ] | 6. | Profit and Loss Statement (Form 2-G) |
| [X] | [ ] | 7. | Cash Receipts and Cash Disbursements Detail (Form 2-H1 and 2-H2) |
| [ ] | [ ] | 8. | Bank Statements for All Bank Accounts |
| [ ] | [ ] | 9. | Bank Statement Reconciliations for all Bank Accounts |

| **QUESTIONNAIRE** | Yes | No |
|---|---|---|
| Please answer the questions below: | | |
| 1. Is the business still operating? | X | |
| 2. Were any assets (other than inventory) sold this month? | | X |
| 3. Were all employees timely paid this month? | X | |
| 4. Are all insurance policies and operating licenses current and in effect? | | |
| 5. Did you open any new bank accounts this month? | | X |
| 6. Did you deposit all receipts into your DIP account this month? | | X |
| 7. Have all taxes been timely paid (payroll, sales, etc.)? | X | |
| 8. Are you current on U.S. Trustee quarterly fees payments? | X | |

*I declare under penalty of perjury that the following Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

**Executed on:** _____
**Print Name:** Irvin Lucas
**Signature:** _____
**Title:** President

Rev. 11/2012

**DEBTOR:** Blue Sun Scientific, LLC  **CASE NO:** 25-17998

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)

For Month Ended: #

| **CASH FLOW SUMMARY** | | **Current Month** |
|---|---|---:|
| **1. Beginning Cash Balance** | | 5,807  (1) |
| 2. Cash Receipts | | |
|     Operations | | |
|     Sale of Assets | | |
|     Loans/advances | | |
|     Other | | |
|     Total Cash Receipts | $ - | |
| 3. Cash Disbursements | | |
|     Operations | | |
|     Owner / Officer disbursements | | |
|     Debt Service/Secured loan payment | | |
|     Professional fees/U.S. Trustee fees | | |
|     Other | | |
|     Total Cash Disbursements | $ - | |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | - |
| **5. Ending Cash Balance (to Form 2-F)** | $ | 5,807  (2) |

| **CASH BALANCE SUMMARY** | **Financial Institution** | **Book Balance At End of the Month** |
|---|---|---:|
| Petty Cash | | $ - |
| DIP Operating Account | N/A | |
| DIP Payroll Account | Mercury | 340 |
| Other Account | Sandy Springs Bank | 5,467 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 5,807  (2) |

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

(1) Accumulated beginning cash balance is the cash available at the commencement of the case.
    Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

**NARRATIVE**

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

PAGE 2
Rev. 11/2012

**DEBTOR:** Blue Sun Scientific, LLC  **CASE:** 25-17998

**Form 2-C**
**For Month Ended:** 8/31/25

### POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Accrued / Withheld | Payments / Deposits | Ending Balance |
|---|---|---|---|---|
| Income Tax Withheld: | | | | |
|    Federal | $  - | - | - | $  - |
|    State | - | - | - | - |
|    Local | - | - | - | - |
| FICA Tax Withheld | - | - | - | - |
| Employer's FICA Tax | - | - | - | - |
| Unemployment Tax | | | | |
|    Federal | - | - | - | - |
|    State | - | - | - | - |
| Sales, Use & Excise Taxes | - | - |  | - |
| Property Taxes | - | - | - | - |
| Other: | - | - | - |  |
|  |  |  |  | - |
|  |  |  |  | - |
| TOTALS | $  - | $  - | $  - | $  - |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING*

| Due | Accounts Receivable | Post Petition Accounts Payables |
|---|---|---|
| Under 30 days | $  0.00 | $  0.00 |
| 30 to 60 days | 0.00 | 0.00 |
| 61 to 90 days | 0.00 | 0.00 |
| 91 to 120 days | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 |
| **Total Post Petition** | 0.00 |  |
| **Pre Petition Amounts in Accounts Receivable** | 444,367.01 |  |
| **Total Accounts Receivable** | $  444,367.01 |  |
| **Total Post Petition Accounts Payable** |  | $  0.00 |

* Attach the Total Page of the aging reports for accounts receivable and post-petition accounts payable.

PAGE 3
Rev. 11/2012

**DEBTOR:** Blue Sun Scientific, LLC   **CASE NO:** 25-17998

**Form 2-D**
**DISBURSEMENT SUMMARY**
For the Month Ended: 8/31/2025

| | |
|---|---|
| Total Disbursements from Operating Account (Note 1) | $ - |
| Total Disbursements from Payroll Account (Note 2) | $ - |
| Total Disbursements from any other Account (Note 3) | $ - |
| Grand Total | $ - |

NOTE 1 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the general operating account. Exclude only transfers to the debtor in possession payroll account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 2 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the payroll account. Exclude only transfers to the debtor in possession operating account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 3 - Include in this amount any other disbursements made by the debtor including (but not limited to) cash paid from a petty cash fund or cash register, amounts paid from any other debtor in possession account, **and amounts paid from the accounts of others on the debtor's behalf (for example, disbursements made from a law firm's escrow account as a result of a sale of property.)**

### FEE SCHEDULE

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999.................. | $325 | $1,000,000 to $1,999,999..... | $6,500 |
| $15,000 to $74,999.......... | $650 | $2,000,000 to $2,999,999..... | $9,750 |
| $75,000 to $149,999........ | $975 | $3,000,000 to $4,999,999..... | $10,400 |
| $150,000 to $224,999...... | $1,625 | $5,000,000 to $14,999,999... | $13,000 |
| $225,000 to $299,999...... | $1,950 | $15,000,000 to $29,999,999. | $20,000 |
| $300,000 to $999,999...... | $4,875 | $30,000,000 or more………. | $30,000 |

*Interest will be assessed on Chapter 11 quarterly fees not paid by the end of the month following the end of the calander quarter pursuant to 31 U.S.C. Sec. 3717. The interest rate assessed is the rate in effect as determined by the Treasury Department at the time the account becomes past due.*

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*

PAGE 4
Rev. 11/2012

**DEBTOR:** Blue Sun Scientific, LLC         **CASE NO:** 25-17998

# Form 2-E
# INCOME AND DISBURSEMENTS RECAP

**Date Case was filed:** 8/29/2025

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date. It serves as a running total of overall income, expenses and net income (or loss) for the case on a cash basis.

| | Year: 2025 | | | Year: | | |
|---|---|---|---|---|---|---|
| | Income | Expenses | Net Inc/ (Loss) | Income | Expenses | Net Inc/ (Loss) |
| Jan | | | - | | | - |
| Feb | | | - | | | - |
| Mar | | | - | | | - |
| Apr | | | - | | | - |
| May | | | - | | | - |
| Jun | | | - | | | - |
| Jul | | | - | | | - |
| Aug | - | - | - | | | - |
| Sep | | | - | | | - |
| Oct | | | - | | | - |
| Nov | | | - | | | - |
| Dec | | | - | | | - |
| TOTAL | - | - | - | - | - | - |

PAGE 5
Rev. 11/2012

**Form 2-F**

## BALANCE SHEET
**For Month Ended**: 8/31/2025 0:00

### ASSETS
Current Assets:

| | | | |
|---|---|---|---|
| Cash and Cash Equivalents (from Form 2-B, line 5) | | $ | 5807.42 |
| Accounts Receivable (from Form 2-C) | 0 | | 444367.01 |
| Less: Bad Debt | 0 | | |
| Net Accounts Receivable | | | 0 |
| Receivable from Officers, Employees, Affiliates | | | 0 |
| Inventory | | | 0 |
| Other Current Assets :(List) | | | 0 |
| | | | 0 |
| Total Current Assets | | $ | 450174.43 |

Fixed Assets:

| | | |
|---|---|---|
| Land | $ | 0 |
| Building | | 0 |
| Equipment, Furniture and Fixtures | | 1000 |
| Total Fixed Assets | | 1000 |
| Less: Accumulated Depreciation | ( | 0 ) |
| Net Fixed Assets | $ | 1000 |
| Other Assets (List):  Domain | | 1 |
| | | 0 |
| **TOTAL ASSETS** | $ | 451175.43 |

### LIABILITIES

| | | |
|---|---|---|
| Post-petition Accounts Payable (from Form 2-C) | $ | 0 |
| Post-petition Accrued Profesional Fees | | 0 |
| Post-petition Taxes Payable (from Form 2-C) | | 0 |
| Post-petition Notes Payable | | 0 |
| Other Post-petition Payable(List): | | 0 |
| | | 0 |
| Total Post Petition Liabilities | $ | 0 |

Pre-petition Liabilities:

| | | |
|---|---|---|
| Secured Debt | | 0 |
| Priority Debt | | 18571.45 |
| Unsecured Debt | | 6311336.18 |
| Total Pre-petition Liabilities | $ | 6329907.63 |
| **TOTAL LIABILITIES** | $ | 6329907.63 |

### OWNERS' EQUITY

| | | |
|---|---|---|
| Owner's/Stockholder's Equity | $ | 0 |
| Retained Earnings - Pre-petition | | 0 |
| Retained Earnings - Post-petition | | 0 |
| **TOTAL OWNERS' EQUITY** | $ | 0 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | 6329907.63 |

*Debtor may substitute self-prepared balance sheet for this form.*

**Form 2-G**

**PROFIT AND LOSS STATEMENT**
For Month Ended       8/31/2025

|  | Current Month | Year-to-Date |
|---|---|---|
| Gross Operating Revenue | $ 0 | $ 0 |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( 0 ) |
| **Net Operating Revenue** | $ 0 | $ 0 |
| Cost of Goods Sold | 0 | 0 |
| **Gross Profit** | $ 0 | $ 0 |
| Operating Expenses | | |
|   Officer Compensation | $ 0 | $ 0 |
|   Selling, General and Administrative | 0 | 0 |
|   Rents and Leases | 0 | 0 |
|   Depreciation, Depletion and Amortization | 0 | 0 |
|   Other (list): | 0 | 0 |
|    | 0 | 0 |
| Total Operating Expenses | $ 0 | $ 0 |
| **Operating Income (Loss)** | $ 0 | $ 0 |
| Non-Operating Income and Expenses | | |
|   Other Non-Operating Expenses | $ 0 | $ 0 |
|   Gains (Losses) on Sale of Assets | 0 | 0 |
|   Interest Income | 0 | 0 |
|   Interest Expense | 0 | 0 |
|   Other Non-Operating Income | 0 | 0 |
| Net Non-Operating Income or (Expenses) | $ 0 | $ 0 |
| Reorganization Expenses | | |
|   Legal and Professional Fees | $ 0 | $ 0 |
|   Other Reorganization Expense | 0 | 0 |
| Total Reorganization Expenses | $ 0 | $ 0 |
| **Net Income (Loss) Before Income Taxes** | $ 0 | $ 0 |
| Federal and State Income Tax Expense (Benefit) | 0 | 0 |
| **NET INCOME (LOSS)** | $ 0 | $ 0 |

*Debtor may substitute self-prepared P&L statement for this form.*

**Form 2-H-1**

**CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)**

**Month:** 8/31/2025

**CASH RECEIPTS DETAIL**  **Account No:**
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| None |       |             | $      |

**Total Cash Receipts** $ 0 (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*
*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*
   *Debtor may substitute self-prepared cash receipts statement for this form.*

PAGE 8
Rev. 11/2012

**DEBTOR:** _____     **CASE NO:** _____

**Form 2-H-2**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)**

**CASH DISBURSEMENTS DETAIL**     **Account No:** _____
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|-----------------------|--------|
| None |           |       |                       | $      |

**Total Cash Disbursements**     $ _____0__ (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*
*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*
   *Debtor may substitute self-prepared cash disbursements statement for this form.*

PAGE 9
Rev. 11/2012