## Blue Sun Scientific

### Profit and Loss

Basis: Accrual

From 29 Aug 2025 To 31 Aug 2025

| Account | Total |
|---|---|
| **Operating Income** | |
| **Total for Operating Income** | **0.00** |
| **Cost of Goods Sold** | |
| **Total for Cost of Goods Sold** | **0.00** |
| **Gross Profit** | **0.00** |
| **Operating Expense** | |
|     Office Supplies | 19.00 |
|     Other Expenses | 414.81 |
|     Postage & Shipping | 35.29 |
| **Total for Operating Expense** | **469.10** |
| **Operating Profit** | **-469.10** |
| **Non Operating Income** | |
| **Total for Non Operating Income** | **0.00** |
| **Non Operating Expense** | |
| **Total for Non Operating Expense** | **0.00** |
| **Net Profit/Loss** | **-469.10** |

\*\*Amount is displayed in your base currency **USD**