PAGE

##XXH1462DPCSTM          08312501684308801

Last statement: July 31, 2025          Page 1 of 3
This statement: August 31, 2025        16-843088-01
Total days in statement period: 31     (0)

                                       Direct inquiries to:
                                       800-399-5919

BLUE SUN SCIENTIFIC LLC
8017 DORSEY RUN RD SUITE H             Sandy Spring Bank
JESSUP MD 20794-9372                   A Division Of Atlantic Union Bank
                                       17801 Georgia Ave | Olney MD  20832


WHILE SANDY SPRING BANK (SSB) HAS LEGALLY MERGED INTO ATLANTIC UNION
BANK (AUB), THE PROCESS OF COMBINING OUR SYSTEMS IS ONGOING. PLEASE BE
AWARE THAT AS EACH SSB ATM TRANSITIONS TO AUB'S ATM NETWORK,
ITS CUTOFF TIME WILL CHANGE FROM 7:00 PM ET TO 4:00 PM ET. THEN ON
8/11/25, THE ATM CUTOFF TIME WILL CHANGE TO 6:00 PM ET.

Flex Business Checking Plus

    Account number
    Low balance              $2,608.96
    Average balance         $16,163.14
                                       Beginning bal      $54,295.51
                                       Total additions     45,027.75
                                       Total subtractions  94,850.05
                                       Ending balance      $4,473.21

    DEBITS
    Date   Description                              Subtractions    Control Number
    08-01  'ACH Withdrawal                                435.32    021000029044840
           ADP PAYROLL FEES ADP FEES 250801
           925437955602
    08-04  'ACH Withdrawal                             12,423.00    001417230000069
           BLUE SUN SCIENTI PAYMENT 250804
    08-04  'ACH Withdrawal                                747.50    001739020000155
           BLUE SUN SCIENTI PAYMENT 250804
    08-05  'Intl Wire Out                              47,800.00    000000000000000
           202508050022926 PRAHA ANALYTICAL PPRUBENZA 1826/63 1
           NUSEED

```
##XXH1462DPCSTM        08312501684308801
```

BLUE SUN SCIENTIFIC LLC
August 31, 2025

Page 2 of 3

| Date | Description | Subtractions | Control Number |
|---|---|---|---|
| 08-05 | 'ACH Withdrawal<br>GOOGLE ADWORDS:38 250805<br>US0047ODVW | 415.40 | 091000010695563 |
| 08-06 | 'ACH Withdrawal<br>ADP WAGE PAY WAGE PAY 250806<br>000231310073EA4 | 7,574.34 | 021000024401492 |
| 08-06 | 'ACH Withdrawal<br>ADP Tax ADP Tax 250806<br>KHEA4 080716A01 | 3,190.67 | 091000011553375 |
| 08-06 | 'ACH Withdrawal<br>BLUE SUN SCIENTI PAYMENT 250806 | 20,000.00 | 001724550000042 |
| 08-06 | 'Total Service Charge<br>FEE BASED ACTIVITY FOR 07/25 | 140.00 | 000000000000000 |
| 08-07 | 'ACH Withdrawal<br>BLUE SUN SCIENTI PAYMENT 250807 | 1,310.00 | 001413290000059 |
| 08-08 | 'ACH Withdrawal<br>PAYPAL INST XFER 250808 | 84.80 | 091000011584535 |
| 08-11 | 'Debit Memo<br>COURT GARNISHMENT PROCESSING FEE | 150.00 | 095000811134548 |
| 08-15 | 'Online Debit Adj<br>FOREIGN DEPOSIT PROCESSING FEE | 15.00 | 372000815121059 |
| 08-15 | 'ACH Withdrawal<br>ADP PAYROLL FEES ADP FEES 250815<br>926339715185 | 217.66 | 021000027302134 |
| 08-22 | 'ACH Withdrawal<br>ADP PAYROLL FEES ADP FEES 250822<br>465077216320 | 128.70 | 021000024018301 |
| 08-26 | 'ACH Withdrawal<br>ADP PAYROLL FEES ADP FEES 250826<br>410078120438 | 217.66 | 021000029687674 |

CREDITS

| Date | Description | Additions | Control Number |
|---|---|---|---|
| 08-01 | 'Intl Wire IN<br>202508010161528 NUSEED SA 2/SUIPACHA 1111 1 | 41,899.68 | 000000000000000 |
| 08-07 | 'Deposit | 450.00 | 000000022002432 |
| 08-08 | 'ACH Credit<br>STRIPE TRANSFER 250808<br>ST-J9V7C0W4I9F0 | 406.00 | 091000013544486 |
| 08-11 | 'ACH Credit<br>STRIPE TRANSFER 250811<br>ST-C5B9J8F3A1B5 | 844.47 | 111000020241549 |

PAGE

##XXH1462DPCSTM          08312501684308801

```
BLUE SUN SCIENTIFIC LLC                                   Page 3 of 3
August 31, 2025

Date   Description                                 Additions      Control Number
08-18 'Return Item                                    217.66      021000027302134
       ADP PAYROLL FEES ADP FEES 250815
       926339715185 CHECK
08-19 'ACH Credit                                     431.79      091000011363964
       STRIPE TRANSFER 250819
       ST-G1L6G4E5J6S3
08-25 'Return Item                                    128.70      021000024018301
       ADP PAYROLL FEES ADP FEES 250822
       465077216320 CHECK
08-27 'Return Item                                    217.66      021000029687674
       ADP PAYROLL FEES ADP FEES 250826
       410078120438 CHECK
08-28 'ACH Credit                                     431.79      111000027806878
       STRIPE TRANSFER 250828
       ST-V0E6D3L5F9P3


DAILY BALANCES
   Date         Amount   Date         Amount   Date         Amount
   07-31     54,295.51   08-08      2,930.16   08-25      4,041.42
   08-01     95,759.87   08-11      3,624.63   08-26      3,823.76
   08-04     82,589.37   08-15      3,391.97   08-27      4,041.42
   08-05     34,373.97   08-18      3,609.63   08-28      4,473.21
   08-06      3,468.96   08-19      4,041.42
   08-07      2,608.96   08-22      3,912.72
```