

August 2025 statement
August 2025–August 31, 2025 (31 days)
All dates in UTC

# Blue Sun Scientific, LLC

8017 Dorsey Run Road, Suite H
Jessup, MD 20794

EIN ••5942

## Account details

| | |
|---|---|
| Account Type | Checking |
| Account Number | ▮▮▮▮▮▮▮▮ |
| Routing Number | ▮▮▮▮▮▮ |

## Account activity

| | |
|---|---|
| Beginning Balance | $0.00 |
| Total withdrawals | -$57,000.00 |
| Total deposits | $57,340.00 |
| Statement balance | $340.00 |

Banking services provided by Choice Financial Group, Member FDIC

Mercury | help@mercury.com | 333 Bush Street, San Francisco, CA 94104

All Transactions /

| Date (UTC) | Description | Type | Amount | End of Day Balance |
|---|---|---|---:|---:|
| Aug 25 | 1/VISTA SALES CONSULTING LLC | Wire | $27,370.00 | |
| | The VerStandig Law Firm, LLC | Wire Payment | −$25,000.00 | $2,370.00 |
| Aug 26 | 1/VISTA SALES CONSULTING LLC | Wire | $29,970.00 | $32,340.00 |
| Aug 27 | Innovative Technologies Group & Company | Wire Payment | −$32,000.00 | $340.00 |
| **Total** | | | | **$340.00** |