# Blue Sun Scientific

## AR Aging Summary

As of 30 Sep 2025

| Customer Name | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Total | Total (FCY) |
|---|---|---|---|---|---|---|---|
| ADM Laboratories LLC | $0.00 | $0.00 | $0.00 | $0.00 | $732.00 | $732.00 | $732.00 |
| AG Health Laboratories | $0.00 | $0.00 | $0.00 | $0.00 | $170.00 | $170.00 | $170.00 |
| AgLab Forages | $0.00 | $0.00 | $0.00 | $0.00 | $512.00 | $512.00 | $512.00 |
| AgPack LLC. | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Agrovive - OPSD | $1,750.00 | $1,750.00 | $3,500.00 | $0.00 | $0.00 | $7,000.00 | $7,000.00 |
| Auburn University Soil Testing Lab | $0.00 | $0.00 | $0.00 | $0.00 | $690.00 | $690.00 | $690.00 |
| Barnes Hay and Feed | $0.00 | $445.00 | $0.00 | $0.00 | $0.00 | $445.00 | $445.00 |
| Bright Pet Nutrition | $0.00 | $0.00 | $0.00 | $0.00 | $4,200.00 | $4,200.00 | $4,200.00 |
| Cumberland Valley Analytical Services | $0.00 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | $400.00 |
| Dairyland Labs | $0.00 | $0.00 | $0.00 | $0.00 | $1,340.00 | $1,340.00 | $1,340.00 |
| First District Association | $425.00 | $0.00 | $0.00 | $0.00 | $0.00 | $425.00 | $425.00 |
| Honeyland AG Services | $0.00 | $0.00 | $0.00 | $0.00 | $4,720.00 | $4,720.00 | $4,720.00 |
| Idahoan Foods - Lewisville | $0.00 | $0.00 | $0.00 | $0.00 | $745.00 | $745.00 | $745.00 |
| Instrulab Instrumentos Para Laboratorio | $0.00 | $0.00 | $0.00 | $0.00 | $11,266.25 | $11,266.25 | $11,266.25 |
| KC Tech | $0.00 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 | $450.00 |
| Kent Nutrition - NY | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | $350.00 |
| Louisiana State University, School of Plant, Environmental & Soil Sciences | $0.00 | $0.00 | $0.00 | $0.00 | $980.00 | $980.00 | $980.00 |
| Luman Analytical And Maintenance Support SA de CV | $0.00 | $0.00 | $0.00 | $0.00 | $1,629.00 | $1,629.00 | $1,629.00 |
| McCormick Spice Mill - Hunt Valley | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Northwest Labs, LLC. | $0.00 | $0.00 | $0.00 | $0.00 | $185.00 | $185.00 | $185.00 |
| Nutrilytical | $0.00 | $1,100.00 | $1,100.00 | $0.00 | $0.00 | $2,200.00 | $2,200.00 |
| Post Consumer Brands- Niagara Falls | $20,160.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20,160.00 | $20,160.00 |
| Praha Analytical Partners | $24,800.00 | $0.00 | $0.00 | $0.00 | $344,384.00 | $369,184.00 | $369,184.00 |
| Rock River Lab - Colby | $445.00 | $0.00 | $0.00 | $0.00 | $0.00 | $445.00 | $445.00 |
| Rock River Laboratory - Texas | $0.00 | $0.00 | $0.00 | $0.00 | $42,680.00 | $42,680.00 | $42,680.00 |
| Rock River Labs | $1,275.00 | $0.00 | $0.00 | $0.00 | $430.76 | $1,705.76 | $1,705.76 |

| Customer Name | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Total | Total (FCY) |
|---|---|---|---|---|---|---|---|
| Rock River Labs - Binghamton | $425.00 | $0.00 | $0.00 | $0.00 | $0.00 | $425.00 | $425.00 |
| SDK Laboratories, Inc. | $0.00 | $0.00 | $0.00 | $0.00 | $1,150.00 | $1,150.00 | $1,150.00 |
| See's Candies - Los Angeles | $0.00 | $0.00 | $0.00 | $0.00 | $1,360.00 | $1,360.00 | $1,360.00 |
| Sithiphorn Associate Company Limited | $0.00 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | $400.00 |
| SMI NIR Solutions | $0.00 | $0.00 | $0.00 | $0.00 | $520.00 | $520.00 | $520.00 |
| Stanworth Crop Consulting | $0.00 | $0.00 | $0.00 | $0.00 | $615.00 | $615.00 | $615.00 |
| STL | $0.00 | $0.00 | $0.00 | $0.00 | $983.00 | $983.00 | $983.00 |
| Teva | $0.00 | $0.00 | $0.00 | $0.00 | $4,300.00 | $4,300.00 | $4,300.00 |
| UNION CENTRO VETERINARIO SRL | $0.00 | $0.00 | $0.00 | $0.00 | $1,100.00 | $1,100.00 | $1,100.00 |
| USDA - St. Paul | $0.00 | $0.00 | $0.00 | $0.00 | $590.00 | $590.00 | $590.00 |
| USDA-ARS Logan Utah | $0.00 | $0.00 | $0.00 | $0.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| Weld Laboratories | $0.00 | $0.00 | $0.00 | $0.00 | $1,520.00 | $1,520.00 | $1,520.00 |
| West Coast Reduction, Ltd. - Calgary | $0.00 | $0.00 | $0.00 | $0.00 | $1,010.00 | $1,010.00 | $1,010.00 |
| **TOTAL** | **$49,280.00** | **$3,295.00** | **$4,600.00** | **$0.00** | **$436,912.01** | **$494,087.01** | |