Blue Sun Scientific AP Aging Summary As of 30 Sep 2025

| vendor_id | vendor_name | currency_id | currency_code | current | days_1-30 | days_31-60 | days_61-90 | days_above-90 | total |
|---|---|---|---|---|---|---|---|---|---|
| 1480228000000147164 | ITG | 1480228000000000097 | USD | $ 75,986.24 | $ - | $ - | $ - | $ - | $ 75,986.24 |
| 1480228000001665756 | UPS | 1480228000000000097 | USD | $ 31.36 | $ - | $ - | $ - | $ - | $ 31.36 |
| | | | | $ 76,017.60 | | | | | |