## Payroll Liability

| **Total Cash Required** | | **$11,841.50** |
|---|---|---|
| Debit for FSDD (Full Service Direct Deposit) | Sandy Spring Bank, Routing/Transit no. (ABA) 055001096, Bank account no. XXXXXX8801 | $8,250.48 |
| Debit for Taxes | Sandy Spring Bank, Routing/Transit no. (ABA) 055001096, Bank account no. XXXXXX8801 | $3,591.02 |
| Total cash required for Sandy Spring Bank, Routing/Transit no. (ABA) 055001096, Bank account no. XXXXXX8801 | | $11,841.50 |

**Important Note**

Your cash required total does not include your fees for service.  The invoice with the details of your fees will be sent the Monday after you process your payroll with the debit from your account occurring 3 banking days later.

Company: Blue Son Scientific LLC  
Check date: 9/18/2025 - Payroll 1  
Pay Period: 09/01/2025 to: 09/14/2025  
1 of 2  
Run Number: 0169  
Date Printed: 02/04/2026 21:42  
25449625 - KH/EA4

# Payroll Liability

**PAY FREQUENCY:** Biweekly

**Net Pay**

| | | |
|---|---|---|
| Checks | 0.00 | |
| **Subtotal Net Pay** | | **0.00** |

**Taxes**

| | | Deposit Responsibility Client | | Deposit Responsibility ADP | | |
|---|---|---|---|---|---|---|
| Agency | Rate | EE withheld | ER contrib | EE withheld | ER contrib | |
| **Federal** | | | | | | |
| Federal Income Tax | | | | 1,231.42 | | 1,231.42 |
| Social Security | | | | 682.01 | 682.00 | 1,364.01 |
| Medicare | | | | 159.51 | 159.51 | 319.02 |
| **Subtotal Federal** | | | | **2,072.94** | **841.51** | **2,914.45** |
| **State** | | | | | | |
| CA State Income Tax | | | | 258.42 | | |
| CA State Disability Insurance | | | | 50.77 | | |
| **Subtotal CA** | | | | **309.19** | | **309.19** |
| IL State Income Tax | | | | 209.42 | | |
| **Subtotal IL** | | | | **209.42** | | **209.42** |
| MD State Income Tax | | | | 157.96 | | |
| **Subtotal MD** | | | | **157.96** | | **157.96** |
| **Total Taxes** | | | | **2,749.51** | **841.51** | **3,591.02** |

**Other Transfers**  Full Service Direct Deposit (FSDD)    8,250.48    3 Employee Transactions

---

**Total Biweekly Pay Frequency**

| | |
|---|---|
| Total Direct Deposit (FSDD) | $8,250.48 |
| Total Taxes | $3,591.02 |
| Total Amount ADP Debited from your Account(s) | $11,841.50 |

**Total For 9/18/2025 - Payroll 1**

| | |
|---|---|
| Total Direct Deposit (FSDD) | $8,250.48 |
| Total Taxes | $3,591.02 |
| Total Amount ADP Debited from your Account(s) | $11,841.50 |