## Blue Sun Scientific

Profit and Loss

Basis: Accrual

From 01 Sep 2025 To 30 Sep 2025

| Account | Total |
|---|---|
| **Operating Income** | |
| Discount | -13,064.01 |
| Sales | 206,044.01 |
| Shipping Charge | 10.00 |
| **Total for Operating Income** | **192,990.00** |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 80,558.23 |
| **Total for Cost of Goods Sold** | **80,558.23** |
| **Gross Profit** | **112,431.77** |
| **Operating Expense** | |
| Bank Fees and Charges | 6.10 |
| Commissions | 5,255.05 |
| Fuel/Mileage Expenses | 714.70 |
| IT and Internet Expenses | 108.95 |
| Lodging | 675.38 |
| Meals and Entertainment | 34.01 |
| Office Supplies | 73.10 |
| Other Expenses | 761.01 |
| Payroll Services | 346.36 |
| Payroll Taxes | 841.51 |
| Postage & Shipping | 436.21 |
| Salaries and Employee Wages | 10,999.99 |
| Stripe Fees | 103.32 |
| Telephone Expense | 80.64 |
| Trade Shows | 3,000.00 |
| Travel Expense | 1,844.33 |

| Account | Total |
|---|---:|
| Automobile Expense | 0.00 |
|     Mileage | 311.50 |
|     Tolls | 9.10 |
| **Total for Automobile Expense** | **320.60** |
| **Total for Operating Expense** | **25,601.26** |
| **Operating Profit** | **86,830.51** |
| **Non Operating Income** | |
| **Total for Non Operating Income** | **0.00** |
| **Non Operating Expense** | |
| **Total for Non Operating Expense** | **0.00** |
| **Net Profit/Loss** | **86,830.51** |

**\*\*Amount is displayed in your base currency USD**