19-076208-01          PAGE

##XXH1462DPCSTM          09302501907620801

Last statement: September 17, 2025          Page 1 of 2
This statement: September 30, 2025          ▇▇▇▇▇▇▇▇▇
Total days in statement period: 14          (0)

Direct inquiries to:
800-399-5919

BLUE SUN SCIENTIFIC LLC
DEBTOR IN POSSESSION 25-17998          Sandy Spring Bank
8017 DORSEY RUN RD SUITE H             A Division Of Atlantic Union Bank
JESSUP MD 20794-9372                   17801 Georgia Ave | Olney MD  20832

WHILE SANDY SPRING BANK (SSB) HAS LEGALLY MERGED INTO ATLANTIC UNION
BANK (AUB), THE PROCESS OF COMBINING OUR SYSTEMS IS ONGOING. PLEASE BE
AWARE THAT AS EACH SSB ATM TRANSITIONS TO AUB'S ATM NETWORK,
ITS CUTOFF TIME WILL CHANGE FROM 7:00 PM ET TO 4:00 PM ET. THEN ON
8/11/25, THE ATM CUTOFF TIME WILL CHANGE TO 6:00 PM ET.

Flex Business Checking

Account number          ▇▇▇▇▇▇▇▇▇▇
Low balance                      $0.00
Average balance         $21,657.86
                                   Beginning bal              $0.00
                                   Total additions       42,163.76
                                   Total subtractions          .00
                                   Ending balance       $42,163.76

CREDITS

| Date | Description | Additions | Control Number |
|---|---|---|---|
| 09-18 | 'Deposit | 425.00 | 000000022006939 |
| 09-18 | 'Deposit | 755.00 | 000000022006941 |
| 09-23 | 'Cash Mgmt Trsfr Cr | 983.76 | 715000923165359 |
|  | REF 2661653L FUNDS TRANSFER FRMDEP 1▇▇▇▇▇ |  |  |
|  | FROM |  |  |
| 09-24 | 'Cash Mgmt Trsfr Cr | 40,000.00 | 715000924133536 |
|  | REF 2671335L FUNDS TRANSFER FRMDEP ▇▇▇▇▇ |  |  |
|  | FROM |  |  |

19-076208-01          PAGE

##XXH1462DPCSTM          09302501907620801

BLUE SUN SCIENTIFIC LLC                                    Page 2 of 2
September 30, 2025                                         ██████████

DAILY BALANCES
     Date          Amount    Date          Amount    Date          Amount
     09-18       1,180.00    09-23       2,163.76    09-24      42,163.76