

September 2025 statement
September 2025–September 30, 2025 (30 days)
All dates in UTC

# Blue Sun Scientific, LLC

8017 Dorsey Run Road, Suite H
Jessup, MD 20794

EIN ••5942

## Account details

| | |
|---|---|
| Account Type | Checking |
| Account Number | ▓▓▓▓▓▓▓▓ |
| Routing Number | ▓▓▓▓▓▓▓▓ |

## Account activity

| | |
|---|---|
| Beginning Balance | $340.00 |
| Total withdrawals | $0.00 |
| Total deposits | $0.00 |
| Statement balance | $340.00 |

Banking services provided by Choice Financial Group, Member FDIC

Mercury | help@mercury.com | 333 Bush Street, San Francisco, CA 94104

All Transactions /

| Date (UTC) | Description | Type | Amount | End of Day Balance |
|---|---|---|---|---|
| **Total** | | | | **$340.00** |

Banking services provided by Choice Financial Group, Member FDIC

Mercury | help@mercury.com | 333 Bush Street, San Francisco, CA 94104