PAGE

##XXH1462DPCSTM          09302501684308801

Last statement: August 31, 2025        Page 1 of 3
This statement: September 30, 2025
Total days in statement period: 30        (0)

                                          Direct inquiries to:
                                          800-399-5919

BLUE SUN SCIENTIFIC LLC
8017 DORSEY RUN RD SUITE H                Sandy Spring Bank
JESSUP MD 20794-9372                      A Division Of Atlantic Union Bank
                                          17801 Georgia Ave | Olney MD  20832

WHILE SANDY SPRING BANK (SSB) HAS LEGALLY MERGED INTO ATLANTIC UNION
BANK (AUB), THE PROCESS OF COMBINING OUR SYSTEMS IS ONGOING. PLEASE BE
AWARE THAT AS EACH SSB ATM TRANSITIONS TO AUB'S ATM NETWORK,
ITS CUTOFF TIME WILL CHANGE FROM 7:00 PM ET TO 4:00 PM ET. THEN ON
8/11/25, THE ATM CUTOFF TIME WILL CHANGE TO 6:00 PM ET.

Flex Business Checking Plus

Account number
Low balance          $4,473.21
Average balance      $48,358.58
                                 Beginning bal         $4,473.21
                                 Total additions      139,341.68
                                 Total subtractions    69,778.15
                                 Ending balance       $74,036.74

DEBITS
  Date   Description                                      Subtractions      Control Number
  09-15  'ACH Withdrawal                                      3,000.00      144000915135321
         ACH REJECTED POST NO DEBITS 9/12/2025
  09-16  'ACH Withdrawal                                        290.42      091000011332521
         UPSBILLCTR PAYMENT Log in to the UPS
         Billing Center for payment details.
  09-17  'ACH Withdrawal                                      3,591.02      091000014680786
         ADP Tax ADP Tax 250917
         KHEA4 091819A01
  09-17  'ACH Withdrawal                                      8,250.48      021000022810920
         ADP WAGE PAY WAGE PAY 250917
         380078863568EA4

##XXH1462DPCSTM        09302501684308801

BLUE SUN SCIENTIFIC LLC                                          Page 2 of 3
September 30, 2025

| Date | Description | Subtractions | Control Number |
|---|---|---|---|
| 09-24 | 'Cash Mgmt Trsfr Dr<br>REF 2671335L FUNDS TRANSFER TO DEP<br>FROM | 40,000.00 | 715000924133536 |
| 09-24 | 'ACH Withdrawal<br>BLUE SUN SCIENTI PAYMENT 250924 | 1,871.70 | 001418360000006 |
| 09-25 | 'Intl Wire Out<br>202509250024311 LIBERTY ANALYTICAL32 AVENUE DE PARIS<br>PAYMENT OF INVOICE | 3,388.99 | 000000000000000 |
| 09-26 | 'ACH Withdrawal<br>ADP PAYROLL FEES ADP FEES 250926<br>931339756327 | 346.36 | 021000021514474 |
| 09-26 | 'ACH Withdrawal<br>BLUE SUN SCIENTI PAYMENT 250926 | 3,525.50 | 000937260000069 |
| 09-26 | 'ACH Withdrawal<br>BLUE SUN SCIENTI PAYMENT 250926 | 5,255.05 | 001237030000029 |
| 09-30 | 'ACH Withdrawal<br>UPSBILLCTR PAYMENT Log in to the UPS<br>Billing Center for payment details. | 258.63 | 091000016317606 |

CREDITS

| Date | Description | Additions | Control Number |
|---|---|---|---|
| 09-04 | 'ACH Credit<br>STRIPE TRANSFER 250904<br>ST-G3J0P0E9P1U8 | 1,907.41 | 111000028200908 |
| 09-12 | 'Intl Wire IN<br>202509120000964 PRAHA ANALYTICAL P2/ZAHRADNICKOVA 12<br>005001096 INV-0009 | 8,883.00 | 000000000000000 |
| 09-12 | 'Intl Wire IN<br>202509120000974 PRAHA ANALYTICAL P2/ZAHRADNICKOVA 12<br>005001096 INV-0009 | 17,883.00 | 000000000000000 |
| 09-12 | 'Intl Wire IN<br>202509120000966 PRAHA ANALYTICAL P2/ZAHRADNICKOVA 12<br>005001096 INV-0009 | 34,400.00 | 000000000000000 |
| 09-15 | 'ACH Credit<br>STRIPE TRANSFER 250915<br>ST-Y0R2Z4B2G4H8 | 193.90 | 111000021059693 |
| 09-16 | 'ACH Credit<br>VISTA SALES CONS SENDER 250916<br>815079530 | 30,000.00 | 113000023985218 |
| 09-24 | 'ACH Credit<br>STRIPE TRANSFER 250924<br>ST-R7Z0S8F2U3L9 | 863.58 | 111000020791663 |

PAGE

##XXH1462DPCSTM        09302501684308801

```
BLUE SUN SCIENTIFIC LLC                                    Page 3 of 3
September 30, 2025

Date    Description                                 Additions      Control Number
09-25  'ACH Credit                                     724.00      107007501832775
        CHANDLER FEED CH ACH 250925
        BLUSUN
09-26  'ACH Credit                                     680.00      107007509577644
        CHANDLER FEED CH ACH 250926
        BLUSUN
09-26  'ACH Credit                                  42,100.00      113000024561982
        VISTA SALES CONS SENDER 250926
        816477438
09-29  'ACH Credit                                   1,275.00      021000020647301
        Dairyland Labora Receivable 026ULWEGE1LOA99 Da
        iryland Labora Bill.com Inv INV-000900
09-30  'ACH Credit                                     431.79      111000025895478
        STRIPE TRANSFER 250930
        ST-E1L3M1F2D5S4

DAILY BALANCES
    Date         Amount    Date        Amount    Date        Amount
    08-31      4,473.21    09-16    94,450.10    09-26    72,588.58
    09-04      6,380.62    09-17    82,608.60    09-29    73,863.58
    09-12     67,546.62    09-24    41,600.48    09-30    74,036.74
    09-15     64,740.52    09-25    38,935.49
```