## Payroll Liability

| | |
|---|---:|
| **Total Cash Required** | **$32,295.03** |
| Debit for FSDD (Full Service Direct Deposit) | $22,727.96 |
| Debit for Taxes | $9,567.07 |

**Important Note**

Your cash required total does not include your fees for service.  The invoice with the details of your fees will be sent the Monday after you process your payroll with the debit from your account occurring 3 banking days later.

Company: Blue Son Scientific LLC
Check dates from: 10/2/2025 - Payroll 1 to: 10/30/2025 - Payroll 1
Pay Period from: 09/15/2025 to: 10/26/2025

1  of  2

Date Printed: 02/04/2026 22:01
25449625 - KH/EA4

## Payroll Liability

**PAY FREQUENCY:** Biweekly

**Net Pay**

|  |  |  |
|---|---|---|
| Checks | | 0.00 |
| **Subtotal Net Pay** | | **0.00** |

**Taxes**

| | | | Deposit Responsibility Client | | Deposit Responsibility ADP | | |
|---|---|---|---|---|---|---|---|
| | Agency | Rate | EE withheld | ER contrib | EE withheld | ER contrib | |
| **Federal** | Federal Income Tax | | | | 3,189.75 | | 3,189.75 |
| | Social Security | | | | 1,859.99 | 1,860.00 | 3,719.99 |
| | Medicare | | | | 434.98 | 435.00 | 869.98 |
| | **Subtotal Federal** | | | | **5,484.72** | **2,295.00** | **7,779.72** |
| **State** | CA State Income Tax | | | | 657.24 | | |
| | CA State Disability Insurance | | | | 138.46 | | |
| | **Subtotal CA** | | | | **795.70** | | **795.70** |
| | IL State Income Tax | | | | 571.17 | | |
| | **Subtotal IL** | | | | **571.17** | | **571.17** |
| | MD State Income Tax | | | | 420.48 | | |
| | **Subtotal MD** | | | | **420.48** | | **420.48** |
| | **Total Taxes** | | | | **7,272.07** | **2,295.00** | **9,567.07** |

**Other Transfers**  Full Service Direct Deposit (FSDD)                           22,727.96        9 Employee Transactions

**Total Biweekly Pay Frequency**

| | |
|---|---|
| Total Direct Deposit (FSDD) | $22,727.96 |
| Total Taxes | $9,567.07 |
| Total Amount ADP Debited from your Account(s) | $32,295.03 |

**Total For 10/2/2025 - Payroll 1 to 10/30/2025 - Payroll 1**

| | |
|---|---|
| Total Direct Deposit (FSDD) | $22,727.96 |
| Total Taxes | $9,567.07 |
| Total Amount ADP Debited from your Account(s) | $32,295.03 |

Company: Blue Son Scientific LLC  
Check dates from: 10/2/2025 - Payroll 1 to: 10/30/2025 - Payroll 1  
Pay Period from: 09/15/2025 to: 10/26/2025

2 of 2

Date Printed: 02/04/2026 22:01  
25449625 - KH/EA4