## Blue Sun Scientific

Profit and Loss

Basis: Accrual

From 01 Oct 2025 To 31 Oct 2025

| Account | Total |
|---|---:|
| **Operating Income** | |
| Sales | 57,695.00 |
| **Total for Operating Income** | **57,695.00** |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 22,250.20 |
| **Total for Cost of Goods Sold** | **22,250.20** |
| **Gross Profit** | **35,444.80** |
| **Operating Expense** | |
| Bank Fees and Charges | 173.39 |
| Commissions | 3,850.00 |
| IT and Internet Expenses | 252.25 |
| Lodging | 1,149.87 |
| Marketing | 298.97 |
| Meals and Entertainment | 283.30 |
| Office Supplies | 8.36 |
| Other Expenses | 1,263.71 |
| Parking | 290.00 |
| Payroll Services | 910.38 |
| Payroll Taxes | 2,295.00 |
| Postage & Shipping | 357.35 |
| Rental Car | 508.03 |
| Salaries and Employee Wages | 30,000.03 |
| Stripe Fees | 222.10 |
| Telephone Expense | 81.02 |
| Travel Expense | 978.49 |
| Automobile Expense | 0.00 |

| Account | Total |
|---|---|
| Gas for Rental Car | 49.36 |
| Mileage | 568.13 |
| Tolls | 54.83 |
| **Total for Automobile Expense** | **672.32** |
| **Total for Operating Expense** | **43,594.57** |
| **Operating Profit** | **-8,149.77** |
| **Non Operating Income** | |
| **Total for Non Operating Income** | **0.00** |
| **Non Operating Expense** | |
| **Total for Non Operating Expense** | **0.00** |
| **Net Profit/Loss** | **-8,149.77** |

\*\*Amount is displayed in your base currency **USD**