

## Atlantic Union Bank®

PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | |
| Statement Date | 10/31/2025 |
| Statement Thru Date | 11/02/2025 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00026631 M4389DDA110125093411 01 000000000 0026631 003

BLUE SUN SCIENTIFIC LLC
DEBTOR IN POSSESSION 25-17998
8017 DORSEY RUN RD STE H
JESSUP MD 20794-9372

### Customer Service Information

 **Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

 **Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

 **Visit Us Online:**
AtlanticUnionBank.com

Follow us on:
 

## IMPORTANT MESSAGE(S)

PRICING CHANGES EFF 1/1/2026. Monthly Maintenance Fees:
Max Invest & Insured Cash Sweeps($170) LOC Sweep($200) DACA($350)
Business Online Banking w/ Wire Transfer/ACH Orig Svc($40)
EDI Reporting($40). EDI Report($5/report). Custom pricing may not
be affected. Contact your Relationship Manager or Treasury
Management Officer with questions. Information available at
AtlanticUnionBank.com/Disclosures.

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Balance |
|---|---|---|
| FLEX BUSINESS CHECKING | | $33,188.27 |

### FLEX BUSINESS CHECKING                    Account Number:

**Account Owner(s):** BLUE SUN SCIENTIFIC LLC
DEBTOR IN POSSESSION 25-17998

### Balance Summary

| | |
|---|---|
| Beginning Balance as of 10/11/2025 | $41,576.99 |
| + Deposits and Credits  (8) | $93,331.11 |
| - Withdrawals and Debits  (7) | $101,719.83 |
| Ending Balance as of 10/31/2025 | $33,188.27 |
| Service Charges for Period | $0.00 |
| Average Balance for Period | $46,945.00 |
| Average Collected for Period | $46,945.00 |
| Minimum Balance for Period | $33,188.00 |



 FDIC

## Change of Address

Please change my
mailing address on the
accounts listed below:

Please detach and mail to:

ATLANTIC UNION BANK
P.O. BOX 5568
GLEN ALLEN, VA 23058

☐ Acct #
☐ Acct #
☐ Acct #
☐ Acct #
☐ Acct #
☐ Other
☐ Other

NUMBER AND STREET

CITY AND STATE

DATE                    AUTHORIZED SIGNATURE

## Checkbook Reconciliation

### Checks Outstanding

| DATE OR NUMBER | AMOUNT |
|----------------|--------|
|                |        |
|                |        |
|                |        |
|                |        |
|                |        |
|                |        |
|                |        |
|                |        |
|                |        |
|                |        |
|                |        |
|                |        |
|                |        |
|                |        |
|                |        |
| TOTAL          |        |

### Enter
BALANCE THIS STATEMENT  $ _____

### Add
DEPOSITS NOT CREDITED
ON THIS STATEMENT

### Total

### Subtract
CHECKS OUTSTANDING

### Balance
$ _____

SHOULD AGREE WITH YOUR
CHECKBOOK BALANCE AFTER
DEDUCTING CHARGES AND
ADDING CREDITS INCLUDED ON
THIS STATEMENT, BUT NOT SHOWN
IN YOUR CHECKBOOK.

*Please report any discrepancies within 14 days

## Important Notice Concerning Electronic Fund Transfers
### (applies to consumer accounts only)

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (employer or governmental direct deposits of pay or benefits, and payments you have authorized for direct deduction from your account) call us at 800.990.4828 or write us at the address on the front of this statement.

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**PREAUTHORIZED DEPOSITS**

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at 800.990.4828 to find out whether or not the deposit was made as scheduled.



| | | |
|---|---|---|
| Account Number | | ▆▆▆▆▆▆▆ |
| Statement Date | | 10/31/2025 |
| Statement Thru Date | | 11/02/2025 |
| Page | | 2 |

## TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Oct 11 | BEGINNING BALANCE | | | $41,576.99 |
| Oct 15 | DEPOSIT | 1,740.00 | | 43,316.99 |
| Oct 15 | POS PURCHASE NON-PIN | | 101.78 | 43,215.21 |
| | QUEENSBORO INDUSTRIES WILMINGTON NC | | | |
| | 75679867 *****2345 10/13 21:41 | | | |
| Oct 16 | STRIPE/TRANSFER | 3,154.50 | | 46,369.71 |
| | BLUE SUN SCIENTIFIC LL | | | |
| Oct 17 | STRIPE/TRANSFER | 1,669.82 | | 48,039.53 |
| | BLUE SUN SCIENTIFIC LL | | | |
| Oct 17 | POS PURCHASE NON-PIN | | 818.05 | 47,221.48 |
| | ORIENTAL MOTOR USA COR TORRANCE CA | | | |
| | 31600333 *****2345 10/14 08:01 | | | |
| Oct 20 | WIRE/IN ORG:PRAHA ANALYTICAL PARTNERS S. | 24,800.00 | | 72,021.48 |
| Oct 21 | PAY TERRACE ASSEMBLY TO:  8801 | | 2,000.00 | 70,021.48 |
| Oct 21 | FUNDS TRANSFER VIA ONLINE TO:  8801 | | 5,000.00 | 65,021.48 |
| Oct 22 | FOREIGN CHECK DEPOSIT | 20,160.00 | | 85,181.48 |
| Oct 22 | FUNDS TRANSFER VIA ONLINE TO:  8801 | | 42,000.00 | 43,181.48 |
| Oct 23 | WIRE/IN ORG:PRAHA ANALYTICAL PARTNERS S. | 19,200.00 | | 62,381.48 |
| Oct 23 | WIRE/IN ORG:PRAHA ANALYTICAL PARTNERS S. | 22,175.00 | | 84,556.48 |
| Oct 24 | ADP FEES AND ITGC PAYMENT TO:  8801 | | 41,000.00 | 43,556.48 |
| Oct 27 | STRIPE/TRANSFER | 431.79 | | 43,988.27 |
| | BLUE SUN SCIENTIFIC LL | | | |
| Oct 28 | OCTOBER 30 PAYROLL TO:  8801 | | 10,800.00 | 33,188.27 |
| Nov 02 | ENDING BALANCE | | | $33,188.27 |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00026631 0082378 0002-0002

