

# Atlantic Union Bank®

PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | |
| Statement Date | 10/31/2025 |
| Statement Thru Date | 11/02/2025 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00108714 M4389DDA110125093411 01 000000000 0108714 004

BLUE SUN SCIENTIFIC LLC
8017 DORSEY RUN RD STE H
JESSUP MD 20794-9372

## Customer Service Information



**Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

**Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

**Visit Us Online:**
AtlanticUnionBank.com

Follow us on:
 

## IMPORTANT MESSAGE(S)

PRICING CHANGES EFF 1/1/2026. Monthly Maintenance Fees:
Max Invest & Insured Cash Sweeps($170) LOC Sweep($200) DACA($350)
Business Online Banking w/ Wire Transfer/ACH Orig Svc($40)
EDI Reporting($40). EDI Report($5/report). Custom pricing may not
be affected. Contact your Relationship Manager or Treasury
Management Officer with questions. Information available at
AtlanticUnionBank.com/Disclosures.

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Balance |
|---|---|---|
| FLEX BUSINESS CKING PLUS | | $478.99 |

## FLEX BUSINESS CKING PLUS                    Account Number:

**Account Owner(s):    BLUE SUN SCIENTIFIC LLC**





# PAUSE. VERIFY. PROTECT YOUR BUSINESS

Keep your business running smoothly and protected from fraud.
Learn more at **AtlanticUnionBank.com/SecurityCenter.**


MEMBER FDIC

## Change of Address

Please change my
mailing address on the
accounts listed below:

Please detach and mail to:

ATLANTIC UNION BANK
P.O. BOX 5568
GLEN ALLEN, VA 23058

| | |
|---|---|
| ☐ | Acct # _____ |
| ☐ | Acct # _____ |
| ☐ | Acct # _____ |
| ☐ | Acct # _____ |
| ☐ | Acct # _____ |
| ☐ | Other _____ |
| ☐ | Other _____ |

_____
NUMBER AND STREET

_____
CITY AND STATE

_____        _____
DATE                        AUTHORIZED SIGNATURE

---

## Checkbook Reconciliation

### Checks Outstanding

| DATE OR NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | |

### Enter
BALANCE THIS STATEMENT  $ _____

### Add
DEPOSITS NOT CREDITED
ON THIS STATEMENT
_____

_____

### Total
_____

### Subtract
CHECKS OUTSTANDING
_____

### Balance
$ _____

SHOULD AGREE WITH YOUR
CHECKBOOK BALANCE AFTER
DEDUCTING CHARGES AND
ADDING CREDITS INCLUDED ON
THIS STATEMENT, BUT NOT SHOWN
IN YOUR CHECKBOOK.

*Please report any discrepancies within 14 days

---

### Important Notice Concerning Electronic Fund Transfers
*(applies to consumer accounts only)*

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (employer or governmental direct deposits of pay or benefits, and payments you have authorized for direct deduction from your account) call us at 800.990.4828 or write us at the address on the front of this statement.

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**PREAUTHORIZED DEPOSITS**

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at 800.990.4828 to find out whether or not the deposit was made as scheduled.

# Atlantic Union Bank®

| | |
|---|---|
| Account Number | ████████ |
| Statement Date | 10/31/2025 |
| Statement Thru Date | 11/02/2025 |
| Page | 2 |

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 10/11/2025** | **$16,539.16** |
| + Deposits and Credits  (6) | $100,800.17 |
| - Withdrawals and Debits  (15) | $116,860.34 |
| **Ending Balance as of 10/31/2025** | **$478.99** |
| Service Charges for Period | $0.00 |
| Average Collected for Period | $11,430.00 |
| Minimum Balance for Period | $136.00 |

## Earnings Summary

| | |
|---|---|
| Interest for Period Ending 10/31/2025 | $0.17 |
| Interest Paid Year to Date | $0.17 |
| Annual Percentage Yield Earned (APYE) | 0.03% |
| Average Balance for APYE | $11,430.56 |
| Number of Days for APYE | 18 |

## TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Oct 11 | BEGINNING BALANCE | | | $16,539.16 |
| Oct 14 | UPSBILLCTR/PAYMENT | | 149.88 | 16,389.28 |
| | LOG IN TO THE UPS BILLING CENTER FOR PAYMENT DETAILS. | | | |
| | SANDY SPRING BANK | | | |
| Oct 15 | ACH PAYMENTS TRACKING ID:3755368 TO: 7443 | | 975.00 | 15,414.28 |
| Oct 15 | ADP TAX/ADP TAX | | 3,189.04 | 12,225.24 |
| | BLUE SON SCIENTIFIC LL | | | |
| Oct 15 | ADP WAGE PAY/WAGE PAY | | 7,575.97 | 4,649.27 |
| | BLUE SON SCIENTIFIC LL | | | |
| Oct 17 | WIRE/OUT BNF:PERU COMMISSION | | 3,850.00 | 799.27 |
| Oct 21 | PAY TERRACE ASSEMBLY FROM:  0801 | 2,000.00 | | 2,799.27 |
| Oct 21 | FUNDS TRANSFER VIA ONLINE FROM:  0801 | 5,000.00 | | 7,799.27 |
| Oct 21 | ACH PAYMENTS TRACKING ID:3851744 TO: 7443 | | 500.00 | 7,299.27 |
| Oct 21 | ACH PAYMENTS TRACKING ID:3855373 TO: 7443 | | 2,550.00 | 4,749.27 |
| Oct 21 | ACH PAYMENTS TRACKING ID:3850478 TO: 7443 | | 4,612.72 | 136.55 |
| Oct 22 | FUNDS TRANSFER VIA ONLINE FROM:  0801 | 42,000.00 | | 42,136.55 |
| Oct 23 | WIRE/OUT BNF:NUSEED URUGUAY | | 42,000.00 | 136.55 |
| Oct 24 | ADP FEES AND ITGC PAYMENT FROM:  0801 | 41,000.00 | | 41,136.55 |
| Oct 24 | ADP PAYROLL FEES/ADP FEES | | 128.70 | 41,007.85 |
| | 698175536BLUE SON SCIE | | | |
| Oct 24 | ADP PAYROLL FEES/ADP FEES | | 217.66 | 40,790.19 |
| | 697648361BLUE SON SCIE | | | |
| Oct 24 | ADP PAYROLL FEES/ADP FEES | | 346.36 | 40,443.83 |
| | 703245678BLUE SON SCIE | | | |
| Oct 27 | ACH PAYMENTS TRACKING ID:3944940 TO: 7443 | | 40,000.00 | 443.83 |
| Oct 28 | OCTOBER 30 PAYROLL FROM:  0801 | 10,800.00 | | 11,243.83 |
| Oct 29 | ADP TAX/ADP TAX | | 3,189.03 | 8,054.80 |
| | BLUE SON SCIENTIFIC LL | | | |
| Oct 29 | ADP WAGE PAY/WAGE PAY | | 7,575.98 | 478.82 |
| | BLUE SON SCIENTIFIC LL | | | |
| Oct 31 | INTEREST EARNED | 0.17 | | 478.99 |
| Nov 02 | ENDING BALANCE | | | $478.99 |



00108714 0398880 0002-0003