| vendor_id | vendor_name |
|-----------|-------------|
| 1480228000001668980 | Carefirst |
| 1480228000015089243 | Executive Financial Services |
| 1480228000015082746 | Interworld Freight |
| 1480228000000147164 | ITG |
| 1480228000007716749 | Kroll |
| 1480228000004603213 | Seyfarth Shaw LP |
| 1480228000001665756 | UPS |

| currency_id | currency_code |
|---|---|
| 1480228000000000097 | USD |
| 1480228000000000097 | USD |
| 1480228000000000097 | USD |
| 1480228000000000097 | USD |
| 1480228000000000097 | USD |
| 1480228000000000097 | USD |
| 1480228000000000097 | USD |

Blue Sun ScientificAP Aging SummaryAs of 30 Nov 20

| current | days_1-30 |
|---|---|
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 42175 | 19032.2 |
| 0 | 0 |
| 0 | 0 |
| 119.14 | 319.07 |

025

| days_31-60 | days_61-90 |
|---|---|
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 34686.24 | 21475 |
| 0 | 0 |
| 0 | 0 |
| 0 | 391.09 |

| days_above-90 | total |
|---:|---:|
| 2861.47 | 2861.47 |
| 8896.5 | 8896.5 |
| 2700.94 | 2700.94 |
| 1029358.03 | 1146726.47 |
| 71902.85 | 71902.85 |
| 554487.5 | 554487.5 |
| 1781.16 | 2610.46 |

| fcy_total |
| --- |
| 2861.47 |
| 8896.5 |
| 2700.94 |
| 1146726.47 |
| 71902.85 |
| 554487.5 |
| 2610.46 |

# Blue Sun Scientific

## AR Aging Summary

### As of 30 Nov 2025

| Customer Name | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Total | Total (FCY) |
|---|---|---|---|---|---|---|---|
| ADM Laboratories LLC | $0.00 | $0.00 | $0.00 | $0.00 | $732.00 | $732.00 | $732.00 |
| AG Health Laboratories | $0.00 | $0.00 | $0.00 | $0.00 | $170.00 | $170.00 | $170.00 |
| AgLab Forages | $0.00 | $0.00 | $0.00 | $0.00 | $512.00 | $512.00 | $512.00 |
| AgPack LLC. | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Agrovie - OPSD | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $3,500.00 | $10,500.00 | $10,500.00 |
| Auburn University Soil Testing Lab | $0.00 | $0.00 | $0.00 | $0.00 | $690.00 | $690.00 | $690.00 |
| Bright Pet Nutrition | $0.00 | $0.00 | $0.00 | $0.00 | $4,200.00 | $4,200.00 | $4,200.00 |
| Cumberland Valley Analytical Services | $0.00 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | $400.00 |
| Dairyland Labs | $0.00 | $0.00 | $0.00 | $0.00 | $1,340.00 | $1,340.00 | $1,340.00 |
| First District Association | $425.00 | $4,200.00 | $0.00 | $0.00 | $0.00 | $4,625.00 | $4,625.00 |
| Honeyland AG Services | $0.00 | $0.00 | $0.00 | $0.00 | $4,720.00 | $4,720.00 | $4,720.00 |
| Idahoan Foods - Lewisville | $0.00 | $0.00 | $0.00 | $0.00 | $745.00 | $745.00 | $745.00 |
| Instrulab Instrumentos Para Laboratorio | $0.00 | $0.00 | $0.00 | $0.00 | $11,266.25 | $11,266.25 | $11,266.25 |
| KC Tech | $0.00 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 | $450.00 |
| Kent Nutrition - NY | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | $350.00 |
| Louisiana State University, School of Plant, Environmental & Soil Sciences | $0.00 | $0.00 | $0.00 | $0.00 | $980.00 | $980.00 | $980.00 |
| Luman Analytical And Maintenance Support SA de CV | $0.00 | $0.00 | $0.00 | $0.00 | $1,629.00 | $1,629.00 | $1,629.00 |
| McCormick Spice Mill - Hunt Valley | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Northwest Labs, LLC. | $0.00 | $0.00 | $0.00 | $0.00 | $185.00 | $185.00 | $185.00 |
| Post Consumer Brands - Battle Creek | $1,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 |
| Post Consumer Brands- Jonesboro | $4,050.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,050.00 | $4,050.00 |
| Praha Analytical Partners | $0.00 | $0.00 | $0.00 | $0.00 | $344,384.00 | $344,384.00 | $344,384.00 |
| Rock River Laboratory - Texas | $0.00 | $0.00 | $0.00 | $0.00 | $42,680.00 | $42,680.00 | $42,680.00 |
| Rock River Labs | $0.00 | $0.00 | $0.00 | $0.00 | $430.76 | $430.76 | $430.76 |
| SDK Laboratories, Inc. | $0.00 | $0.00 | $0.00 | $0.00 | $1,150.00 | $1,150.00 | $1,150.00 |

| Customer Name | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Total | Total (FCY) |
|---|---|---|---|---|---|---|---|
| See's Candies - Los Angeles | $0.00 | $0.00 | $0.00 | $0.00 | $1,360.00 | $1,360.00 | $1,360.00 |
| Sithiphorn Associate Company Limited | $0.00 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | $400.00 |
| SMI NIR Solutions | $0.00 | $0.00 | $0.00 | $0.00 | $520.00 | $520.00 | $520.00 |
| Stanworth Crop Consulting | $966.00 | $0.00 | $0.00 | $0.00 | $615.00 | $1,581.00 | $1,581.00 |
| STL | $0.00 | $0.00 | $0.00 | $0.00 | $983.00 | $983.00 | $983.00 |
| Teva | $0.00 | $0.00 | $0.00 | $0.00 | $4,300.00 | $4,300.00 | $4,300.00 |
| UNION CENTRO VETERINARIO SRL | $0.00 | $0.00 | $0.00 | $0.00 | $1,100.00 | $1,100.00 | $1,100.00 |
| USDA - St. Paul | $0.00 | $0.00 | $0.00 | $0.00 | $590.00 | $590.00 | $590.00 |
| USDA-ARS Logan Utah | $0.00 | $0.00 | $0.00 | $0.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| Weld Laboratories | $0.00 | $0.00 | $0.00 | $0.00 | $1,520.00 | $1,520.00 | $1,520.00 |
| West Coast Reduction, Ltd. - Calgary | $0.00 | $0.00 | $0.00 | $0.00 | $1,010.00 | $1,010.00 | $1,010.00 |
| **TOTAL** | **$8,691.00** | **$5,950.00** | **$1,750.00** | **$1,750.00** | **$440,412.01** | **$458,553.01** | |

**DEBTOR:**  Blue Sun Scientific, LLC          **CASE NUMBER:**  25-17998

### OFFICE OF THE UNITED STATES TRUSTEE - BALTIMORE DIVISION
### MONTHLY OPERATING REPORT
### CHAPTER 11 - BUSINESS DEBTORS
#### Form 2-A
### COVER SHEET AND QUESTIONNAIRE

For Month Ended    11/30/25

**Accounting Method:**  [X] Accrual Basis     [ ] Cash Basis

### THIS REPORT IS DUE 20 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing.  File the original with the Clerk of Court.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|:---:|:---:|---|
| [X] | [ ] | 1.   Cash Receipts and Disursements Statement (Form 2-B) |
| [X] | [ ] | 2.   Post-petition Taxes and Aging Schedules (Form 2-C) |
| [X] | [ ] | 3.   Disbursements Summary for the Month (Form 2-D) |
| [X] | [ ] | 4.   Income and Disbursement Recap - Case to Date (Form 2-E) |

*Submit the form or attach one generated by company's accounting system*

| | | |
|:---:|:---:|---|
| [X] | [ ] | 5.   Balance Sheet (Form 2-F) |
| [X] | [ ] | 6.   Profit and Loss Statement (Form 2-G) |
| [X] | [ ] | 7.   Cash Receipts and Cash Disbursements Detail (Form 2-H1 and 2-H2) |
| [ ] | [ ] | 8.   Bank Statements for All Bank Accounts |
| [ ] | [ ] | 9.   Bank Statement Reconciliations for all Bank Accounts |

### QUESTIONNAIRE

Please answer the questions below:

| | Yes | No |
|---|:---:|:---:|
| 1. Is the business still operating? | X | |
| 2. Were any assets (other than inventory) sold this month? | | X |
| 3. Were all employees timely paid this month? | X | |
| 4. Are all insurance policies and operating licenses current and in effect? | | |
| 5. Did you open any new bank accounts this month? | | X |
| 6. Did you deposit all receipts into your DIP account this month? | | X |
| 7. Have all taxes been timely paid (payroll, sales, etc.)? | X | |
| 8. Are you current on U.S. Trustee quarterly fees payments? | X | |

***I declare under penalty of perjury that the following Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.***

Executed on: _____    **Print Name:**  Irvin Lucas

                                 **Signature:**  _____

                                 **Title:**  President

Rev. 11/2012

**DEBTOR:** Blue Sun Scientific, LLC          **CASE NO:** 25-17998

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)

For Month Ended: #

| CASH FLOW SUMMARY | | | Current Month |
|---|---|---|---|

**1. Beginning Cash Balance** 34,018 (1)

2. Cash Receipts
   Operations 27853
   Sale of Assets
   Loans/advances
   Other

   Total Cash Receipts $ 27,853

3. Cash Disbursements
   Operations 16,960
   Owner / Officer disbursements 9,716
   Debt Service/Secured loan payment
   Professional fees/U.S. Trustee fees
   Other
   Total Cash Disbursements $ 26,676

4. Net Cash Flow (Total Cash Receipts less
   Total Cash Disbursements) 1,177

**5. Ending Cash Balance (to Form 2-F)** $ 35,195 (2)

| CASH BALANCE SUMMARY | Financial Institution | Book Balance At End of the Month |
|---|---|---|
| Petty Cash | | $ - |
| DIP Operating Account | Atlantic Union | 34,843 |
| DIP Payroll Account | Mercury | 340 |
| Other Account | Atlantic Union | 12 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 35,195 (2) |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
   *Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

| NARRATIVE |
|---|

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors,
or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in
the financial statements, and any significant changes in the financial condition of the debtor which have occurred
subsequent to the report date.

**DEBTOR:** ___Blue Sun Scientific, LLC___        **CASE:** 25-17998

**Form 2-C**
**For Month Ended:** ___11/30/25___

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Accrued / Withheld | Payments / Deposits | Ending Balance |
|---|---|---|---|---|
| Income Tax Withheld: | | | | |
| Federal | $ - | 2,127 | 2,127 | $ - |
| State | - | 1,099 | 1,099 | - |
| Local | - | - | - | - |
| FICA Tax Withheld | - | 1,530 | 1,530 | - |
| Employer's FICA Tax | - | 1,530 | 1,530 | - |
| Unemployment Tax | | | | |
| Federal | - | - | - | - |
| State | - | 92 | 92 | - |
| Sales, Use & Excise Taxes | - | - | | - |
| Property Taxes | - | - | - | - |
| Other: | - | - | - | - |
| | | | | - |
| | | | | - |
| TOTALS | $ - | $ 6,378 | $ 6,378 | $ - |

*(1)  For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING*

| Due | Accounts Receivable | Post Petition Accounts Payables |
|---|---|---|
| Under 30 days | $ 14,641.00 | $ 61,645.41 |
| 30 to 60 days | 1,750.00 | 34,686.24 |
| 61 to 90 days | 1,750.00 | 0.00 |
| 91 to 120 days | 3,500.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 |
| **Total Post Petition** | 21,641.00 | |
| **Pre Petition Amounts in Accounts Receivable** | 436,912.01 | |
| **Total Accounts Receivable** | $ 458,553.01 | |
| **Total Post Petition Accounts Payable** | | $ 96,331.65 |

*\* Attach the Total Page of the aging reports for accounts receivable and post-petition accounts payable.*

PAGE 3
Rev. 11/2012

**DEBTOR:**  Blue Sun Scientific, LLC                **CASE NO:**  25-17998

### Form 2-D
### DISBURSEMENT SUMMARY
**For the Month Ended:**  11/30/25

| | | |
|---|---|---|
| Total Disbursements from Operating Account (Note 1) | $ | 298 |
| Total Disbursements from Payroll Account (Note 2) | $ | 26,378 |
| Total Disbursements from any other Account (Note 3) | $ | - |
| Grand Total | $ | 26,676 |

NOTE 1 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the general operating account.  Exclude only transfers to the debtor in possession payroll account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 2 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the payroll account. Exclude only transfers to the debtor in possession operating account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 3 - Include in this amount any other disbursements made by the debtor including (but not limited to) cash paid from a petty cash fund or cash register, amounts paid from any other debtor in possession account, **and amounts paid from the accounts of others on the debtor's behalf (for example, disbursements made from a law firm's escrow account as a result of a sale of property.)**

### FEE SCHEDULE

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999.................... | $325 | $1,000,000 to $1,999,999..... | $6,500 |
| $15,000 to $74,999........... | $650 | $2,000,000 to $2,999,999..... | $9,750 |
| $75,000 to $149,999......... | $975 | $3,000,000 to $4,999,999..... | $10,400 |
| $150,000 to $224,999....... | $1,625 | $5,000,000 to $14,999,999... | $13,000 |
| $225,000 to $299,999....... | $1,950 | $15,000,000 to $29,999,999. | $20,000 |
| $300,000 to $999,999....... | $4,875 | $30,000,000 or more............ | $30,000 |

*Interest will be assessed on Chapter 11 quarterly fees not paid by the end of the month following the end of the calander quarter pursuant to 31 U.S.C. Sec. 3717.   The interest rate assessed is the rate in effect as determined by the Treasury Department at the time the account becomes past due.*

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*

**DEBTOR:**  Blue Sun Scientific, LLC                    **CASE NO:**  25-17998

**Form 2-E**
# INCOME AND DISBURSEMENTS RECAP

**Date Case was filed:**    8/29/25

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date. It serves as a running total of overall income, expenses and net income (or loss) for the case on a cash basis.

| | Year: 2025 | | | Year: | | |
|---|---|---|---|---|---|---|
| | Income | Expenses | Net Inc/ (Loss) | Income | Expenses | Net Inc/ (Loss) |
| Jan | | | - | | | - |
| Feb | | | - | | | - |
| Mar | | | - | | | - |
| Apr | | | - | | | - |
| May | | | - | | | - |
| Jun | | | - | | | - |
| Jul | | | - | | | - |
| Aug | - | - | - | | | - |
| Sep | 140,522 | 29,788 | 110,734 | | | - |
| Oct | 93,763 | 176,296 | (82,533) | | | - |
| Nov | 27,853 | 26,676 | 1,177 | | | - |
| Dec | | | - | | | - |
| TOTAL | 262,138 | 232,760 | 29,378 | - | - | - |

**Form 2-F**

**BALANCE SHEET**
**For Month Ended:**   11/30/25 0:00

*ASSETS*

Current Assets:

| | | | |
|---|---|---|---|
| Cash and Cash Equivalents (from Form 2-B, line 5) | | $ | 35195 |
| Accounts Receivable (from Form 2-C) | 0 | | 458553.01 |
| Less: Bad Debt | 0 | | |
| Net Accounts Receivable | | | 0 |
| Receivable from Officers, Employees, Affiliates | | | 0 |
| Inventory | | | 0 |
| Other Current Assets :(List) | | | 0 |
| | | | 0 |
| Total Current Assets | | $ | 493748.01 |

Fixed Assets:

| | | | |
|---|---|---|---|
| Land | | $ | 0 |
| Building | | | 0 |
| Equipment, Furniture and Fixtures | | | 1000 |
| Total Fixed Assets | | | 1000 |
| Less:  Accumulated Depreciation | | ( | 0 ) |
| Net Fixed Assets | | $ | 1000 |
| Other Assets (List): | Domain | | 1 |
| | | | 0 |
| **TOTAL ASSETS** | | $ | 494749.01 |

*LIABILITIES*

| | | | |
|---|---|---|---|
| Post-petition Accounts Payable (from Form 2-C) | | $ | 96331.65 |
| Post-petition Accrued Profesional Fees | | | 0 |
| Post-petition Taxes Payable (from Form 2-C) | | | 0 |
| Post-petition Notes Payable | | | 0 |
| Other Post-petition Payable(List): | | | 0 |
| | | | 0 |
| Total Post Petition Liabilities | | $ | 96331.65 |

Pre-petition Liabilities:

| | | | |
|---|---|---|---|
| Secured Debt | | | 0 |
| Priority Debt | | | 18571.45 |
| Unsecured Debt | | | 6311336.18 |
| Total Pre-petition Liabilities | | $ | 6329907.63 |
| **TOTAL LIABILITIES** | | $ | 6426239.28 |

*OWNERS' EQUITY*

| | | | |
|---|---|---|---|
| Owner's/Stockholder's Equity | | $ | 0 |
| Retained Earnings - Pre-petition | | | 0 |
| Retained Earnings - Post-petition | | | 0 |
| **TOTAL OWNERS' EQUITY** | | $ | 0 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | $ | 6426239.28 |

*Debtor may substitute self-prepared balance sheet for this form.*

PAGE 6
Rev. 11/2012

**Form 2-G**

## PROFIT AND LOSS STATEMENT
**For Month Ended**    8/31/25

|  | | Current Month | | Year-to-Date |
|---|---|---|---|---|
| Gross Operating Revenue | $ | 0 | $ | 0 |
| Less:  Discounts, Returns and Allowances | ( | 0 ) | ( | 0 ) |
| **Net Operating Revenue** | $ | 0 | $ | 0 |
| Cost of Goods Sold |  | 0 |  | 0 |
| **Gross Profit** | $ | 0 | $ | 0 |
| Operating Expenses | | | | |
| Officer Compensation | $ | 0 | $ | 0 |
| Selling, General and Administrative | | 0 | | 0 |
| Rents and Leases | | 0 | | 0 |
| Depreciation, Depletion and Amortization | | 0 | | 0 |
| Other (list): | | 0 | | 0 |
| | | 0 | | 0 |
| Total Operating Expenses | $ | 0 | $ | 0 |
| **Operating Income (Loss)** | $ | 0 | $ | 0 |
| Non-Operating Income and Expenses | | | | |
| Other Non-Operating Expenses | $ | 0 | $ | 0 |
| Gains (Losses) on Sale of Assets | | 0 | | 0 |
| Interest Income | | 0 | | 0 |
| Interest Expense | | 0 | | 0 |
| Other Non-Operating Income | | 0 | | 0 |
| Net Non-Operating Income or (Expenses) | $ | 0 | $ | 0 |
| Reorganization Expenses | | | | |
| Legal and Professional Fees | $ | 0 | $ | 0 |
| Other Reorganization Expense | | 0 | | 0 |
| Total Reorganization Expenses | $ | 0 | $ | 0 |
| **Net Income (Loss) Before Income Taxes** | $ | 0 | $ | 0 |
| Federal and State Income Tax Expense (Benefit) | | 0 | | 0 |
| **NET INCOME (LOSS)** | $ | 0 | $ | 0 |

*Debtor may substitute self-prepared P&L statement for this form.*

**Form 2-H-1**

**CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)**

Month: _____11/30/25_____

**CASH RECEIPTS DETAIL**                    Account No: _____
*(attach additional sheets as necessary)*

| Date | Payer | Description | | Amount |
|------|-------|-------------|---|--------|
| 11/6/25 | Honeyland AG Services | Payment for Goods | $ | $425.12 |
| 11/6/25 | Westway Feed Products | Payment for Goods | | $4,200.00 |
| 11/7/25 | Agri-King | Payment for Goods | | $844.47 |
| 11/14/25 | Rock River Labs | Payment for Goods | | $1,275.00 |
| 11/13/25 | Specialty Feeds | Payment for Goods | | $425.00 |
| 11/18/25 | Nutrilytical | Payment for Goods | | $1,051.30 |
| 11/24/25 | Ward Laboratories | Payment for Goods | | $431.79 |
| 11/28/25 | Praha Analytical Partners | Payment for Goods | | $19,200.00 |
| 11/30/25 | Atlantic Union | Interest | | $0.05 |

**Total Cash Receipts**    $    $27,852.73   (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1)  Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*
*Debtor may substitute self-prepared cash receipts statement for this form.*

PAGE 8

Rev. 11/2012

**DEBTOR:**   Blue Sun Scientific, LLC                          **CASE NO:**        25-17998

## Form 2-H-2
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)

**CASH DISBURSEMENTS DETAIL**                   **Account No:**
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | | Amount |
|------|-----------|-------|---------------------|---|--------|
| 11/3/25 | | Irvin Lucas | Expense Reimbursement | $ | $2,013.47 |
| 11/5/25 | | Joshua Sarver | Expense Reimbursement | | $513.03 |
| 11/7/25 | | ADP | Payroll Fees | | $217.66 |
| 11/10/25 | | UPS | Shipping | | $178.71 |
| 11/13/25 | | ADP | Payroll | | $3,189.06 |
| 11/13/25 | | ADP | Payroll | | $7,575.95 |
| 11/21/25 | | SMI | Commission | | $1,446.00 |
| 11/21/25 | | ADP | Payroll Fees | | $346.36 |
| 11/25/25 | | The Hartford | Insurance | | $253.03 |
| 11/25/25 | | Atlantic Union Bank | Bank Fees | | $45.00 |
| 11/25/25 | | Atlantic Union Bank | Bank Fees | | $122.00 |
| 11/26/25 | | ADP | Payroll | | $3,189.03 |
| 11/26/25 | | ADP | Payroll | | $7,575.98 |

**Total Cash Disbursements**          $      $26,665.28   (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

*Debtor may substitute self-prepared cash disbursements statement for this form.*



**Atlantic Union Bank**®

PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | |
| Statement Date | 11/28/2025 |
| Statement Thru Date | 11/30/2025 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00025224 M4389DDA113025005502 01 000000000 0025224 003

BLUE SUN SCIENTIFIC LLC
DEBTOR IN POSSESSION 25-17998
8017 DORSEY RUN RD STE H
JESSUP MD 20794-9372

### Customer Service Information


**Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm


**Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

**Visit Us Online:**
AtlanticUnionBank.com

Follow us on: 

## IMPORTANT MESSAGE(S)

PRICING CHANGES EFF 1/1/2026. Monthly Maintenance Fees:
Max Invest & Insured Cash Sweeps($170) LOC Sweep($200) DACA($350)
Business Online Banking w/ Wire Transfer/ACH Orig Svc($40)
EDI Reporting($40). EDI Report($5/report). Custom pricing may not
be affected. Contact your Relationship Manager or Treasury
Management Officer with questions. Information available at
AtlanticUnionBank.com/Disclosures.

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Balance |
|---|---|---|
| FLEX BUSINESS CHECKING | | $34,842.92 |

### FLEX BUSINESS CHECKING                    Account Number:

Account Owner(s):   BLUE SUN SCIENTIFIC LLC
DEBTOR IN POSSESSION 25-17998



# 'TIS THE SEASON FOR HOLIDAY FRAUD

Don't lose your business's hard earned money to cybercriminals this holiday season.
Combat check fraud with **Positive Pay**, and protect against unauthorized ACH transactions
with **ACH Debit Block**. Give your business the gift of cybersecurity.

To learn more, visit **AtlanticUnionBank.com/businessfraud**.





## Change of Address

Please change my
mailing address on the
accounts listed below:

Please detach and mail to:

ATLANTIC UNION BANK
P.O. BOX 5568
GLEN ALLEN, VA 23058

☐ Acct #
☐ Acct #
☐ Acct #
☐ Acct #
☐ Acct #
☐ Other
☐ Other

_____
NUMBER AND STREET

_____
CITY AND STATE

_____          _____
DATE                                 AUTHORIZED SIGNATURE

## Checkbook Reconciliation

### Checks Outstanding

| DATE OR NUMBER | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

**Enter**
BALANCE THIS STATEMENT  $ _____

**Add**
DEPOSITS NOT CREDITED
ON THIS STATEMENT          _____

_____

**Total**          _____

**Subtract**
CHECKS OUTSTANDING          _____

**Balance**          $ _____

SHOULD AGREE WITH YOUR
CHECKBOOK BALANCE AFTER
DEDUCTING CHARGES AND
ADDING CREDITS INCLUDED ON
THIS STATEMENT, BUT NOT SHOWN
IN YOUR CHECKBOOK.

*Please report any discrepancies within 14 days

### Important Notice Concerning Electronic Fund Transfers
*(applies to consumer accounts only)*

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (employer or governmental direct deposits of pay or benefits, and payments you have authorized for direct deduction from your account) call us at 800.990.4828 or write us at the address on the front of this statement.

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**PREAUTHORIZED DEPOSITS**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at 800.990.4828 to find out whether or not the deposit was made as scheduled.

# Atlantic Union Bank®

| | |
|---|---|
| Account Number | ▮▮▮▮ |
| Statement Date | 11/28/2025 |
| Statement Thru Date | 11/30/2025 |
| Page | 2 |

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/01/2025** | **$33,188.27** |
| + Deposits and Credits  (6) | $23,652.68 |
| - Withdrawals and Debits  (6) | $21,998.03 |
| **Ending Balance as of 11/30/2025** | **$34,842.92** |
| Service Charges for Period | $0.00 |
| Average Balance for Period | $28,260.00 |
| Average Collected for Period | $28,260.00 |
| Minimum Balance for Period | $15,895.00 |

## TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Nov 01 | BEGINNING BALANCE | | | $33,188.27 |
| Nov 03 | FUNDS TRANSFER VIA ONLINE TO:  8801 | | 3,000.00 | 30,188.27 |
| Nov 06 | STRIPE/TRANSFER BLUE SUN SCIENTIFIC LL | 425.12 | | 30,613.39 |
| Nov 07 | STRIPE/TRANSFER BLUE SUN SCIENTIFIC LL | 844.47 | | 31,457.86 |
| Nov 12 | COVER PAYROLL TO:  8801 | | 7,000.00 | 24,457.86 |
| Nov 13 | DEPOSIT | 1,700.00 | | 26,157.86 |
| Nov 20 | STRIPE/TRANSFER BLUE SUN SCIENTIFIC LL | 1,051.30 | | 27,209.16 |
| Nov 21 | COMMISSION TO:  8801 | | 1,000.00 | 26,209.16 |
| Nov 24 | STRIPE/TRANSFER BLUE SUN SCIENTIFIC LL | 431.79 | | 26,640.95 |
| Nov 25 | MONTHLY MAINTENANCE FEES | | 45.00 | 26,595.95 |
| Nov 26 | PAYROLL TRANSFER TO:  8801 | | 10,700.00 | 15,895.95 |
| Nov 28 | WIRE/IN ORG:PRAHA ANALYTICAL PARTNERS S. | 19,200.00 | | 35,095.95 |
| Nov 28 | THE HARTFORD/INSPMTCL BLUE SUN SCIENTIFIC LL | | 253.03 | 34,842.92 |
| Nov 30 | ENDING BALANCE | | | $34,842.92 |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00025224 0081662 0002-0002





**Atlantic Union Bank®**

PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | ▬▬▬ |
| Statement Date | 11/28/2025 |
| Statement Thru Date | 11/30/2025 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00108106 M4389DDA113025005502 01 000000000 0108106 003

BLUE SUN SCIENTIFIC LLC
8017 DORSEY RUN RD STE H
JESSUP MD 20794-9372

### Customer Service Information

 **Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

 **Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

 **Visit Us Online:**
AtlanticUnionBank.com

Follow us on:
 

## IMPORTANT MESSAGE(S)

PRICING CHANGES EFF 1/1/2026. Monthly Maintenance Fees:
Max Invest & Insured Cash Sweeps($170) LOC Sweep($200) DACA($350)
Business Online Banking w/ Wire Transfer/ACH Orig Svc($40)
EDI Reporting($40). EDI Report($5/report). Custom pricing may not
be affected. Contact your Relationship Manager or Treasury
Management Officer with questions. Information available at
AtlanticUnionBank.com/Disclosures.

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Balance |
|---|---|---|
| FLEX BUSINESS CKING PLUS | ▬▬▬ | $11.79 |

### FLEX BUSINESS CKING PLUS                    Account Number: ▬▬▬

**Account Owner(s):   BLUE SUN SCIENTIFIC LLC**



# 'TIS THE SEASON FOR HOLIDAY FRAUD

Don't lose your business's hard earned money to cybercriminals this holiday season.
Combat check fraud with **Positive Pay**, and protect against unauthorized ACH transactions
with **ACH Debit Block**. Give your business the gift of cybersecurity.

To learn more, visit **AtlanticUnionBank.com/businessfraud**.



 **MEMBER FDIC**

## Change of Address

Please change my
mailing address on the
accounts listed below:

Please detach and mail to:

ATLANTIC UNION BANK
P.O. BOX 5568
GLEN ALLEN, VA 23058

| | |
|---|---|
| ☐ | Acct # |
| ☐ | Acct # |
| ☐ | Acct # |
| ☐ | Acct # |
| ☐ | Acct # |
| ☐ | Other |
| ☐ | Other |

NUMBER AND STREET

CITY AND STATE

DATE                   AUTHORIZED SIGNATURE

## Checkbook Reconciliation

### Checks Outstanding

| DATE OR NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

### Enter
BALANCE THIS STATEMENT   $ _____

### Add
DEPOSITS NOT CREDITED
ON THIS STATEMENT

### Total

### Subtract
CHECKS OUTSTANDING

### Balance   $ _____

SHOULD AGREE WITH YOUR
CHECKBOOK BALANCE AFTER
DEDUCTING CHARGES AND
ADDING CREDITS INCLUDED ON
THIS STATEMENT, BUT NOT SHOWN
IN YOUR CHECKBOOK.

*Please report any discrepancies within 14 days

### Important Notice Concerning Electronic Fund Transfers
*(applies to consumer accounts only)*

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (employer or governmental direct deposits of pay or benefits, and payments you have authorized for direct deduction from your account) call us at 800.990.4828 or write us at the address on the front of this statement.

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**PREAUTHORIZED DEPOSITS**

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at 800.990.4828 to find out whether or not the deposit was made as scheduled.

## Atlantic Union Bank®

| | |
|---|---|
| Account Number | ██████ |
| Statement Date | 11/28/2025 |
| Statement Thru Date | 11/30/2025 |
| Page | 2 |

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/01/2025** | **$478.99** |
| + Deposits and Credits  (6) | $25,900.05 |
| - Withdrawals and Debits  (11) | $26,367.25 |
| **Ending Balance as of 11/30/2025** | **$11.79** |
| Service Charges for Period | $0.00 |
| Average Collected for Period | $1,842.00 |
| Minimum Balance for Period | $11.00 |

### Earnings Summary

| | |
|---|---|
| Interest for Period Ending 11/30/2025 | $0.05 |
| Interest Paid Year to Date | $0.22 |
| Annual Percentage Yield Earned (APYE) | 0.03% |
| Average Balance for APYE | $1,842.78 |
| Number of Days for APYE | 30 |

### TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Nov 01 | BEGINNING BALANCE | | | $478.99 |
| Nov 03 | FUNDS TRANSFER VIA ONLINE FROM:  0801 | 3,000.00 | | 3,478.99 |
| Nov 03 | ACH PAYMENTS TRACKING ID:4076727 TO:  74 43 | | 2,013.47 | 1,465.52 |
| Nov 05 | ACH PAYMENTS TRACKING ID:4112643 TO:  74 43 | | 513.03 | 952.49 |
| Nov 06 | WESTWAY FEED/TRADE PAY BLUE SUN SCIENTIFIC | 4,200.00 | | 5,152.49 |
| Nov 07 | ADP PAYROLL FEES/ADP FEES 704180732BLUE SON SCIE | | 217.66 | 4,934.83 |
| Nov 12 | COVER PAYROLL FROM:  0801 | 7,000.00 | | 11,934.83 |
| Nov 12 | UPSBILLCTR/PAYMENT LOG IN TO THE UPS BILLING CENTER FOR PAY MENT DETAILS. SANDY SPRING BANK | | 178.71 | 11,756.12 |
| Nov 13 | ADP TAX/ADP TAX BLUE SON SCIENTIFIC LL | | 3,189.06 | 8,567.06 |
| Nov 13 | ADP WAGE PAY/WAGE PAY BLUE SON SCIENTIFIC LL | | 7,575.95 | 991.11 |
| Nov 21 | COMMISSION FROM:  0801 | 1,000.00 | | 1,991.11 |
| Nov 21 | WIRE/OUT BNF:PERU COMMISSION | | 1,446.00 | 545.11 |
| Nov 21 | ADP PAYROLL FEES/ADP FEES 705507818BLUE SON SCIE | | 346.36 | 198.75 |
| Nov 25 | MONTHLY MAINTENANCE FEES | | 122.00 | 76.75 |
| Nov 26 | PAYROLL TRANSFER FROM:  0801 | 10,700.00 | | 10,776.75 |
| Nov 26 | ADP TAX/ADP TAX BLUE SON SCIENTIFIC LL | | 3,189.03 | 7,587.72 |
| Nov 26 | ADP WAGE PAY/WAGE PAY BLUE SON SCIENTIFIC LL | | 7,575.98 | 11.74 |
| Nov 28 | INTEREST EARNED | 0.05 | | 11.79 |
| Nov 30 | ENDING BALANCE | | | $11.79 |

### FEE RECAP



| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $74.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00108106 0396813 0002-0002

| payment_id | payment_number |
|---|---|
| 1480228000015739655 | |
| 1480228000015396103 | |
| 1480228000015739689 | |
| 1480228000015739725 | |
| 1480228000015739781 | |
| 1480228000015739835 | |
| 1480228000015465056 | |
| 1480228000015739162 | |
| 1480228000015739889 | |
| 1480228000015739923 | |
| 1480228000015739959 | |

| bill_numbers | vendor_id |
| --- | --- |
| ADPNOV | 1480228000001670432 |
| 000000606Y13405,000000606Y13415,00000060 | 1480228000001665756 |
| 111225 | 1480228000001670432 |
| 111225 | 1480228000001670432 |
| OCT Comm | 1480228000001670622 |
| APD FEE | 1480228000001670432 |
| NOVINS | 1480228000015465001 |
| NOVFEES DIP | 1480228000015738749 |
| NOV FEES | 1480228000015738749 |
| 112425 | 1480228000001670432 |
| 112425 | 1480228000001670432 |

| vendor_name | payment_mode |
|---|---|
| ADP | |
| UPS | |
| ADP | |
| ADP | |
| Jim Untiedt | |
| ADP | |
| The Hartford | |
| Atlantic Union Bank | |
| Atlantic Union Bank | |
| ADP | |
| ADP | |

| description | date |
|---|---|
| | 2025-11-07 |
| | 2025-11-10 |
| | 2025-11-13 |
| | 2025-11-13 |
| | 2025-11-21 |
| | 2025-11-21 |
| | 2025-11-25 |
| | 2025-11-25 |
| | 2025-11-25 |
| | 2025-11-26 |
| | 2025-11-26 |

Blue Sun Sc

| reference_number | amount |
|---|---|
| | 0 |
| | 0 |
| | 0 |
| | 0 |
| | 0 |
| | 0 |
| | 0 |
| | 0 |
| | 0 |
| | 0 |
| | 0 |

ientificPayments MadeFrom 01 Nov 2025 To 30 Nov 2025

| bcy_amount | unused_amount |
|---:|---:|
| 217.66 | 0 |
| 178.71 | 0 |
| 3189.06 | 0 |
| 7575.95 | 0 |
| 1446 | 0 |
| 346.36 | 0 |
| 253.03 | 0 |
| 45 | 0 |
| 122 | 0 |
| 3189.03 | 0 |
| 7575.98 | 0 |

| bcy_unused_amount | paid_through_account_id |
|---|---|
| 0 | 1480228000002160040 |
| 0 | 1480228000002160040 |
| 0 | 1480228000002160040 |
| 0 | 1480228000002160040 |
| 0 | 1480228000002160040 |
| 0 | 1480228000002160040 |
| 0 | 1480228000015272148 |
| 0 | 1480228000015272148 |
| 0 | 1480228000002160040 |
| 0 | 1480228000002160040 |
| 0 | 1480228000002160040 |

| is_paid_via_print_check | paid_through_account_name |
|---|---|
| false | Sandy Springs |
| false | Sandy Springs |
| false | Sandy Springs |
| false | Sandy Springs |
| false | Sandy Springs |
| false | Sandy Springs |
| false | Atlantic Union DIP |
| false | Atlantic Union DIP |
| false | Sandy Springs |
| false | Sandy Springs |
| false | Sandy Springs |

| check_id | check_number |
|---|---|

| check_status | currency_code |
|---|---|
|  | USD |
|  | USD |
|  | USD |
|  | USD |
|  | USD |
|  | USD |
|  | USD |
|  | USD |
|  | USD |
|  | USD |
|  | USD |

| exchange_rate |
| --- |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |
| 1 |

| date | payment_mode | amount | account_name |
|------|--------------|--------|--------------|
| 2025-11-06 | Stripe | $ 445.00 | Atlantic Union DIP |
| 2025-11-06 | Bank Remittance | $ 4,200.00 | Sandy Springs |
| 2025-11-07 | Stripe | $ 870.00 | Atlantic Union DIP |
| 2025-11-13 | Check | $ 1,275.00 | Atlantic Union DIP |
| 2025-11-13 | Check | $ 425.00 | Atlantic Union DIP |
| 2025-11-18 | Stripe | $ 1,100.00 | Sandy Springs Bank |
| 2025-11-24 | Stripe | $ 445.00 | Atlantic Union DIP |
| 2025-11-28 | Bank Remittance | $ 19,200.00 | Atlantic Union DIP |

| customer_name | currency_code |
|---|---|
| Honeyland AG Services | USD |
| Westway Feed Products | USD |
| Agri-King | USD |
| Rock River Labs | USD |
| Specialty Feeds | USD |
| Nutrilytical | USD |
| Ward Laboratories | USD |
| Praha Analytical Partners | USD |

## Payroll Liability

| Total Cash Required | $21,530.02 |
|---|---|
| Debit for FSDD (Full Service Direct Deposit) | $15,151.93 |
| Debit for Taxes | $6,378.09 |

**Important Note**

Your cash required total does not include your fees for service.  The invoice with the details of your fees will be sent the Monday after you process your payroll with the debit from your account occurring 3 banking days later.

Company: Blue Son Scientific LLC
Check dates from: 11/13/2025 - Payroll 1 to:
11/26/2025 - Payroll 1
Pay Period from: 10/27/2025 to: 11/23/2025

1  of  2

Date Printed: 02/04/2026 22:02
25449625 - KH/EA4

## Payroll Liability

**PAY FREQUENCY:  Biweekly**

**Net Pay**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Checks | | | | | | 0.00 | |
| **Subtotal Net Pay** | | | | | | | **0.00** |

**Taxes**

| | | Deposit Responsibility Client | | Deposit Responsibility ADP | | | |
|---|---|---|---|---|---|---|---|
| Agency | Rate | EE withheld | ER contrib | EE withheld | ER contrib | | |
| **Federal** | | | | | | | |
| Federal Income Tax | | | | 2,126.50 | | 2,126.50 | |
| Social Security | | | | 1,240.01 | 1,240.00 | 2,480.01 | |
| Medicare | | | | 290.01 | 290.00 | 580.01 | |
| **Subtotal Federal** | | | | **3,656.52** | **1,530.00** | **5,186.52** | |
| **State** | | | | | | | |
| CA State Income Tax | | | | 438.16 | | | |
| CA State Disability Insurance | | | | 92.31 | | | |
| **Subtotal CA** | | | | **530.47** | | **530.47** | |
| IL State Income Tax | | | | 380.78 | | | |
| **Subtotal IL** | | | | **380.78** | | **380.78** | |
| MD State Income Tax | | | | 280.32 | | | |
| **Subtotal MD** | | | | **280.32** | | **280.32** | |
| **Total Taxes** | | | | **4,848.09** | **1,530.00** | **6,378.09** | |

| | | | | |
|---|---|---|---|---|
| **Other Transfers** | **Full Service Direct Deposit (FSDD)** | | 15,151.93 | **6 Employee Transactions** |

**Total Biweekly Pay Frequency**

| | |
|---|---|
| **Total Direct Deposit (FSDD)** | **$15,151.93** |
| **Total Taxes** | **$6,378.09** |
| **Total Amount ADP Debited from your Account(s)** | **$21,530.02** |

**Total For 11/13/2025 - Payroll 1 to 11/26/2025 - Payroll 1**

| | |
|---|---|
| **Total Direct Deposit (FSDD)** | **$15,151.93** |
| **Total Taxes** | **$6,378.09** |
| **Total Amount ADP Debited from your Account(s)** | **$21,530.02** |

Company: Blue Son Scientific LLC
Check dates from: 11/13/2025 - Payroll 1 to: 11/26/2025 - Payroll 1
Pay Period from: 10/27/2025 to: 11/23/2025

2 of 2

Date Printed: 02/04/2026 22:02
25449625 - KH/EA4

# Blue Sun Scientific

## Profit and Loss

Basis: Accrual

From 01 Nov 2025 To 30 Nov 2025

| Account | Total |
|---|---:|
| **Operating Income** | |
| Sales | 33,086.00 |
| **Total for Operating Income** | **33,086.00** |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 43,433.00 |
| **Total for Cost of Goods Sold** | **43,433.00** |
| **Gross Profit** | **-10,347.00** |
| **Operating Expense** | |
| Bank Fees and Charges | 225.62 |
| Business Liability Insurance | 253.03 |
| Commissions | 1,446.00 |
| Marketing | 379.84 |
| Payroll Services | 564.02 |
| Payroll Taxes | 1,530.00 |
| Postage & Shipping | 491.38 |
| Salaries and Employee Wages | 20,000.02 |
| Stripe Fees | 107.32 |
| **Total for Operating Expense** | **24,997.23** |
| **Operating Profit** | **-35,344.23** |
| **Non Operating Income** | |
| **Total for Non Operating Income** | **0.00** |
| **Non Operating Expense** | |
| **Total for Non Operating Expense** | **0.00** |
| **Net Profit/Loss** | **-35,344.23** |

\*\*Amount is displayed in your base currency **USD**