# Blue Sun Scientific

## AP Aging Summary

As of 31 Dec 2025

| Vendor Name | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Total | Total (FCY) |
|---|---|---|---|---|---|---|---|
| Carefirst | $0.00 | $0.00 | $0.00 | $0.00 | $2,861.47 | $2,861.47 | $2,861.47 |
| Executive Financial Services | $0.00 | $0.00 | $0.00 | $0.00 | $8,896.50 | $8,896.50 | $8,896.50 |
| Interworld Freight | $0.00 | $0.00 | $0.00 | $0.00 | $2,700.94 | $2,700.94 | $2,700.94 |
| ITG | $26,003.91 | $0.00 | $16,600.00 | $34,686.24 | $1,050,833.03 | $1,128,123.18 | $1,128,123.18 |
| Kroll | $0.00 | $0.00 | $0.00 | $0.00 | $71,902.85 | $71,902.85 | $71,902.85 |
| Seyfarth Shaw LP | $0.00 | $0.00 | $0.00 | $0.00 | $554,487.50 | $554,487.50 | $554,487.50 |
| UPS | $38.04 | $195.59 | $319.07 | $0.00 | $2,172.25 | $2,724.95 | $2,724.95 |
| **TOTAL** | | **$195.59** | **$16,919.07** | **$34,686.24** | **$1,693,854.54** | **$1,771,697.39** | |

# Blue Sun Scientific

## AR Aging Summary

### As of 31 Dec 2025

| Customer Name | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Total | Total (FCY) |
|---|---|---|---|---|---|---|---|
| ADM Laboratories LLC | $0.00 | $0.00 | $0.00 | $0.00 | $732.00 | $732.00 | $732.00 |
| AG Health Laboratories | $0.00 | $0.00 | $0.00 | $0.00 | $170.00 | $170.00 | $170.00 |
| AgLab Forages | $0.00 | $0.00 | $0.00 | $0.00 | $512.00 | $512.00 | $512.00 |
| AgPack LLC. | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Agrovine - OPSD | $1,750.00 | $1,750.00 | $1,750.00 | $1,750.00 | $5,250.00 | $12,250.00 | $12,250.00 |
| Auburn University Soil Testing Lab | $0.00 | $0.00 | $0.00 | $0.00 | $690.00 | $690.00 | $690.00 |
| Bright Pet Nutrition | $0.00 | $0.00 | $0.00 | $0.00 | $4,200.00 | $4,200.00 | $4,200.00 |
| Cumberland Valley Analytical Services | $0.00 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | $400.00 |
| Dairyland Labs | $865.00 | $0.00 | $0.00 | $0.00 | $1,340.00 | $2,205.00 | $2,205.00 |
| Honeyland AG Services | $0.00 | $0.00 | $0.00 | $0.00 | $4,720.00 | $4,720.00 | $4,720.00 |
| Idahoan Foods - Lewisville | $0.00 | $0.00 | $0.00 | $0.00 | $745.00 | $745.00 | $745.00 |
| Instrulab Instrumentos Para Laboratorio | $0.00 | $0.00 | $0.00 | $0.00 | $11,266.25 | $11,266.25 | $11,266.25 |
| KC Tech | $0.00 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 | $450.00 |
| Kent Nutrition - NY | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | $350.00 |
| Louisiana State University, School of Plant, Environmental & Soil Sciences | $0.00 | $0.00 | $0.00 | $0.00 | $980.00 | $980.00 | $980.00 |
| Luman Analytical And Maintenance Support SA de CV | $0.00 | $0.00 | $0.00 | $0.00 | $1,629.00 | $1,629.00 | $1,629.00 |
| McCormick Spice Mill - Hunt Valley | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Northwest Labs, LLC. | $0.00 | $0.00 | $0.00 | $0.00 | $185.00 | $185.00 | $185.00 |
| Praha Analytical Partners | $225.00 | $0.00 | $0.00 | $0.00 | $344,384.00 | $344,609.00 | $344,609.00 |
| Rock River Laboratory - Texas | $0.00 | $0.00 | $0.00 | $0.00 | $42,680.00 | $42,680.00 | $42,680.00 |
| Rock River Labs | $0.00 | $0.00 | $0.00 | $0.00 | $430.76 | $430.76 | $430.76 |
| SDK Laboratories, Inc. | $0.00 | $0.00 | $0.00 | $0.00 | $1,150.00 | $1,150.00 | $1,150.00 |
| See's Candies - Los Angeles | $0.00 | $0.00 | $0.00 | $0.00 | $1,360.00 | $1,360.00 | $1,360.00 |
| Sithiphorn Associate Company Limited | $0.00 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | $400.00 |
| SMI NIR Solutions | $0.00 | $0.00 | $0.00 | $0.00 | $520.00 | $520.00 | $520.00 |
| Specialty Feeds | $724.00 | $0.00 | $0.00 | $0.00 | $0.00 | $724.00 | $724.00 |

| Customer Name | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Total | Total (FCY) |
|---|---|---|---|---|---|---|---|
| Stanworth Crop Consulting | $0.00 | $966.00 | $0.00 | $0.00 | $615.00 | $1,581.00 | $1,581.00 |
| Sterling Specialty Chemicals | $0.00 | $850.00 | $0.00 | $0.00 | $0.00 | $850.00 | $850.00 |
| STL | $0.00 | $0.00 | $0.00 | $0.00 | $983.00 | $983.00 | $983.00 |
| Teva | $0.00 | $0.00 | $0.00 | $0.00 | $4,300.00 | $4,300.00 | $4,300.00 |
| UNION CENTRO VETERINARIO SRL | $0.00 | $0.00 | $0.00 | $0.00 | $1,100.00 | $1,100.00 | $1,100.00 |
| USDA - St. Paul | $0.00 | $0.00 | $0.00 | $0.00 | $590.00 | $590.00 | $590.00 |
| USDA-ARS Logan Utah | $0.00 | $0.00 | $0.00 | $0.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| Weld Laboratories | $0.00 | $0.00 | $0.00 | $0.00 | $1,520.00 | $1,520.00 | $1,520.00 |
| West Coast Reduction, Ltd. - Calgary | $0.00 | $0.00 | $0.00 | $0.00 | $1,010.00 | $1,010.00 | $1,010.00 |
| **TOTAL** | **$3,564.00** | **$3,566.00** | **$1,750.00** | **$1,750.00** | **$442,162.01** | **$452,792.01** | |

**Form 2-F**

**BALANCE SHEET**
**For Month Ended:**    12/31/25 0:00

*ASSETS*

Current Assets:

| | | | |
|---|---|---|---|
| Cash and Cash Equivalents (from Form 2-B, line 5) | | $ | 22407 |
| Accounts Receivable (from Form 2-C) | 0 | | 452792 |
| Less: Bad Debt | 0 | | |
| Net Accounts Receivable | | | 0 |
| Receivable from Officers, Employees, Affiliates | | | 0 |
| Inventory | | | 0 |
| Other Current Assets :(List) | | | 0 |
| | | | 0 |
| Total Current Assets | | $ | 475199 |

Fixed Assets:

| | | | |
|---|---|---|---|
| Land | | $ | 0 |
| Building | | | 0 |
| Equipment, Furniture and Fixtures | | | 1000 |
| Total Fixed Assets | | | 1000 |
| Less:  Accumulated Depreciation | | ( | 0 ) |
| Net Fixed Assets | | $ | 1000 |
| Other Assets (List): | Domain | | 1 |
| | | | 0 |
| **TOTAL ASSETS** | | $ | 476200 |

*LIABILITIES*

| | | | |
|---|---|---|---|
| Post-petition Accounts Payable (from Form 2-C) | | $ | 77843 |
| Post-petition Accrued Profesional Fees | | | 0 |
| Post-petition Taxes Payable (from Form 2-C) | | | 0 |
| Post-petition Notes Payable | | | 0 |
| Other Post-petition Payable(List): | | | 0 |
| | | | 0 |
| Total Post Petition Liabilities | | $ | 77843 |

Pre-petition Liabilities:

| | | | |
|---|---|---|---|
| Secured Debt | | | 0 |
| Priority Debt | | | 18571.45 |
| Unsecured Debt | | | 6311336.18 |
| Total Pre-petition Liabilities | | $ | 6329907.63 |
| **TOTAL LIABILITIES** | | $ | 6407750.63 |

*OWNERS' EQUITY*

| | | | |
|---|---|---|---|
| Owner's/Stockholder's Equity | | $ | 0 |
| Retained Earnings - Pre-petition | | | 0 |
| Retained Earnings - Post-petition | | | 0 |
| **TOTAL OWNERS' EQUITY** | | $ | 0 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | $ | 6407750.63 |

*Debtor may substitute self-prepared balance sheet for this form.*

PAGE 6

Rev. 11/2012

**Form 2-H-1**

**CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)**

Month: <u>12/31/25</u>

**CASH RECEIPTS DETAIL**        Account No: 
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 12/4/25 | Vista Sales Consulting | Payment for Goods | $30,000.00 |
| 12/4/25 | Nutrilytical | Payment for Goods | $1,100.00 |
| 12/5/25 | Agri-King | Payment for Goods | $630.85 |
| 12/9/25 | McCormick & Co Inc | Payment for Goods | $145.20 |
| 12/11/25 | Vista Sales Consulting | Payment for Goods | $31,720.00 |
| 12/12/25 | Post Consumer Brands- Jonesboro | Payment for Goods | $4,050.00 |
| 12/17/25 | First District Association | Payment for Goods | $4,625.00 |
| 12/19/25 | Post Consumer Brands - Battle Cre | Payment for Goods | $1,500.00 |
| 12/19/25 | Alliance Analytical Laboratories | Payment for Goods | $844.47 |
| 12/29/25 | Honeyland AG Services | Payment for Goods | $425.12 |
| 12/29/25 | Vista Sales Consulting | Payment for Goods | $30,975.00 |
| 12/31/25 | Atlantic Union Bank | Interest | $0.02 |
| | | **Total Cash Receipts** | $ $106,015.66 (1) |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*
    *Debtor may substitute self-prepared cash receipts statement for this form.*

**DEBTOR:** Blue Sun Scientific, LLC          **CASE NO:** 25-17998

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)

For Month Ended: #  12/31/25

| CASH FLOW SUMMARY | | Current Month |
|---|---|---|

**1. Beginning Cash Balance**          35,195 (1)

2. Cash Receipts
   Operations          106015.66
   Sale of Assets
   Loans/advances
   Other

   Total Cash Receipts          $          106,016

3. Cash Disbursements
   Operations          111,111
   Owner / Officer disbursements          7,692
   Debt Service/Secured loan payment
   Professional fees/U.S. Trustee fees
   Other
   Total Cash Disbursements          $          118,803

4. Net Cash Flow (Total Cash Receipts less
   Total Cash Disbursements)          (12,788)

**5. Ending Cash Balance (to Form 2-F)**          $          22,407 (2)

| CASH BALANCE SUMMARY | | |
|---|---|---|

|  | Financial Institution | Book Balance At End of the Month |
|---|---|---|
| Petty Cash | | $          - |
| DIP Operating Account | Atlantic Union | 21,794 |
| DIP Payroll Account | Mercury | 340 |
| Other Account | Atlantic Union | 274 |
| TOTAL (must agree with Ending Cash Balance above) | | $          22,407 (2) |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
*Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

| NARRATIVE |
|---|

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.



**Atlantic Union Bank®**

PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | ▉ |
| Statement Date | 12/31/2025 |
| Statement Thru Date | 01/01/2026 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00024410 M4389DDA012926104614 01 000000000 0024410 003

BLUE SUN SCIENTIFIC LLC
DEBTOR IN POSSESSION 25-17998
8017 DORSEY RUN RD STE H
JESSUP MD 20794-9372

### Customer Service Information

 **Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

 **Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

**Visit Us Online:**
AtlanticUnionBank.com

Follow us on:
  

## IMPORTANT MESSAGE(S)

PRICING CHANGES EFF 1/1/2026. Monthly Maintenance Fees:
Max Invest & Insured Cash Sweeps($170) LOC Sweep($200) DACA($350)
Business Online Banking w/ Wire Transfer/ACH Orig Svc($40)
EDI Reporting($40). EDI Report($5/report). Custom pricing may not
be affected. Contact your Relationship Manager or Treasury
Management Officer with questions. Information available at
AtlanticUnionBank.com/Disclosures.

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Balance |
|---|---|---|
| FLEX BUSINESS CHECKING | ▉ | $21,793.56 |

### FLEX BUSINESS CHECKING                     Account Number: ▉

**Account Owner(s):**  **BLUE SUN SCIENTIFIC LLC
DEBTOR IN POSSESSION 25-17998**



**PLAN FOR YOUR FUTURE**

The best retirement plan option for business owners is the one that can meet both your personal financial objectives and your business goals. **Contact your Relationship Manager** to choose an IRA plan that works best for you and your business.


MEMBER FDIC

## Change of Address

Please change my
mailing address on the
accounts listed below:

Please detach and mail to:

ATLANTIC UNION BANK
P.O. BOX 5568
GLEN ALLEN, VA 23058

| | Acct # |
| | Acct # |
| | Acct # |
| | Acct # |
| | Acct # |
| | Other |
| | Other |

NUMBER AND STREET

CITY AND STATE

DATE                AUTHORIZED SIGNATURE

## Checkbook Reconciliation

### Checks Outstanding

| DATE OR NUMBER | AMOUNT |
| --- | --- |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

### Enter
BALANCE THIS STATEMENT  $ _____

### Add
DEPOSITS NOT CREDITED
ON THIS STATEMENT

_____

_____

### Total
_____

### Subtract
CHECKS OUTSTANDING
_____

### Balance
$ _____

SHOULD AGREE WITH YOUR
CHECKBOOK BALANCE AFTER
DEDUCTING CHARGES AND
ADDING CREDITS INCLUDED ON
THIS STATEMENT, BUT NOT SHOWN
IN YOUR CHECKBOOK.

*Please report any discrepancies within 14 days

### Important Notice Concerning Electronic Fund Transfers
*(applies to consumer accounts only)*

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (employer or governmental direct deposits of pay or benefits, and payments you have authorized for direct deduction from your account) call us at 800.990.4828 or write us at the address on the front of this statement.

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

    1. Tell us your name and account number.

    2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

    3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**PREAUTHORIZED DEPOSITS**

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at 800.990.4828 to find out whether or not the deposit was made as scheduled.



| | |
|---|---|
| Account Number | ■■■■■ |
| Statement Date | 12/31/2025 |
| Statement Thru Date | 01/01/2026 |
| Page | 2 |

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 12/01/2025** | **$34,842.92** |
| + Deposits and Credits  (8) | $100,465.64 |
| - Withdrawals and Debits  (8) | $113,515.00 |
| **Ending Balance as of 12/31/2025** | **$21,793.56** |
| Service Charges for Period | $0.00 |
| Average Balance for Period | $18,512.00 |
| Average Collected for Period | $18,512.00 |
| Minimum Balance for Period | $5,218.00 |

## TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Dec 01 | BEGINNING BALANCE | | | $34,842.92 |
| Dec 04 | VISTA SALES CONS/SENDER | 30,000.00 | | 64,842.92 |
| | BLUE SUN SCIENTI | | | |
| Dec 04 | FUNDS TRANSFER VIA ONLINE TO:  8801 | | 20,000.00 | 44,842.92 |
| Dec 04 | TRANSFER FOR PAYMENT TO ITGC TO:  8801 | | 25,000.00 | 19,842.92 |
| Dec 05 | STRIPE/TRANSFER | 630.85 | | 20,473.77 |
| | BLUE SUN SCIENTIFIC LL | | | |
| Dec 05 | IPPE PAYMENT TRANSFER TO:  8801 | | 2,500.00 | 17,973.77 |
| Dec 09 | STRIPE/TRANSFER | 1,245.20 | | 19,218.97 |
| | BLUE SUN SCIENTIFIC LL | | | |
| Dec 10 | FUNDS TRANSFER VIA ONLINE TO:  8801 | | 14,000.00 | 5,218.97 |
| Dec 11 | VISTA SALES CONS/SENDER | 31,720.00 | | 36,938.97 |
| | BLUE SUN SCIENTI | | | |
| Dec 11 | PAY ITGC INVOICES TO:  8801 | | 21,000.00 | 15,938.97 |
| Dec 17 | DEPOSIT | 4,625.00 | | 20,563.97 |
| Dec 19 | STRIPE/TRANSFER | 844.47 | | 21,408.44 |
| | BLUE SUN SCIENTIFIC LL | | | |
| Dec 23 | FUNDS TRANSFER VIA ONLINE TO:  8801 | | 10,500.00 | 10,908.44 |
| Dec 26 | MONTHLY MAINTENANCE FEES | | 15.00 | 10,893.44 |
| Dec 29 | STRIPE/TRANSFER | 425.12 | | 11,318.56 |
| | BLUE SUN SCIENTIFIC LL | | | |
| Dec 29 | VISTA SALES CONS/SENDER | 30,975.00 | | 42,293.56 |
| | BLUE SUN SCIENTI | | | |
| Dec 29 | FUNDS TRANSFER VIA ONLINE TO:  8801 | | 20,500.00 | 21,793.56 |
| Jan 01 | ENDING BALANCE | | | $21,793.56 |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |





**Atlantic Union Bank**®

PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | |
| Statement Date | 12/31/2025 |
| Statement Thru Date | 01/01/2026 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00108264 M4389DDA012926104614 01 000000000 0108264 004

BLUE SUN SCIENTIFIC LLC
8017 DORSEY RUN RD STE H
JESSUP MD 20794-9372

### Customer Service Information

 **Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

**Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

**Visit Us Online:**
AtlanticUnionBank.com

Follow us on:   

## IMPORTANT MESSAGE(S)

PRICING CHANGES EFF 1/1/2026. Monthly Maintenance Fees:
Max Invest & Insured Cash Sweeps($170) LOC Sweep($200) DACA($350)
Business Online Banking w/ Wire Transfer/ACH Orig Svc($40)
EDI Reporting($40). EDI Report($5/report). Custom pricing may not
be affected. Contact your Relationship Manager or Treasury
Management Officer with questions. Information available at
AtlanticUnionBank.com/Disclosures.

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Balance |
|---|---|---|
| FLEX BUSINESS CKING PLUS | ▬ | $273.61 |

### FLEX BUSINESS CKING PLUS
Account Number:

**Account Owner(s):** BLUE SUN SCIENTIFIC LLC





**PLAN FOR YOUR FUTURE**

The best retirement plan option for business owners is the one that can meet both your
personal financial objectives and your business goals. **Contact your Relationship Manager
to choose an IRA plan that works best for you and your business.**



## Change of Address

Please change my
mailing address on the
accounts listed below:

Please detach and mail to:

ATLANTIC UNION BANK
P.O. BOX 5568
GLEN ALLEN, VA 23058

☐ Acct # _____
☐ Acct # _____
☐ Acct # _____
☐ Acct # _____
☐ Acct # _____
☐ Other _____
☐ Other _____

_____
NUMBER AND STREET

_____
CITY AND STATE

_____     _____
DATE              AUTHORIZED SIGNATURE

## Checkbook Reconciliation

### Checks Outstanding

| DATE OR NUMBER | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

### Enter

BALANCE THIS STATEMENT   $ _____

### Add
DEPOSITS NOT CREDITED
ON THIS STATEMENT

_____

_____

### Total                _____

### Subtract
CHECKS OUTSTANDING        _____

### Balance              $ _____

SHOULD AGREE WITH YOUR
CHECKBOOK BALANCE AFTER
DEDUCTING CHARGES AND
ADDING CREDITS INCLUDED ON
THIS STATEMENT, BUT NOT SHOWN
IN YOUR CHECKBOOK.

*Please report any discrepancies within 14 days

## Important Notice Concerning Electronic Fund Transfers
### *(applies to consumer accounts only)*

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (employer or governmental direct deposits of pay or benefits, and payments you have authorized for direct deduction from your account) call us at 800.990.4828 or write us at the address on the front of this statement.

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

   1. Tell us your name and account number.

   2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

   3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**PREAUTHORIZED DEPOSITS**

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at 800.990.4828 to find out whether or not the deposit was made as scheduled.

# Atlantic Union Bank®

| | | |
|---|---|---|
| Account Number | | |
| Statement Date | 12/31/2025 |
| Statement Thru Date | 01/01/2026 |
| Page | 2 |

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 12/01/2025** | **$11.79** |
| + Deposits and Credits (10) | $119,050.02 |
| - Withdrawals and Debits (17) | $118,788.20 |
| **Ending Balance as of 12/31/2025** | **$273.61** |
| Service Charges for Period | $0.00 |
| Average Collected for Period | $834.00 |
| Minimum Balance for Period | -$226.00 |

## Earnings Summary

| | |
|---|---|
| Interest for Period Ending 12/31/2025 | $0.02 |
| Interest Paid Year to Date | $0.24 |
| Annual Percentage Yield Earned (APYE) | 0.03% |
| Average Balance for APYE | $834.95 |
| Number of Days for APYE | 31 |

## TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Dec 01 | BEGINNING BALANCE | | | $11.79 |
| Dec 04 | FUNDS TRANSFER VIA ONLINE FROM:  0801 | 20,000.00 | | 20,011.79 |
| Dec 04 | TRANSFER FOR PAYMENT TO ITGC FROM:  0801 | 25,000.00 | | 45,011.79 |
| Dec 04 | ACH PAYMENTS TRACKING ID:4598607 TO: 74 43 | | 20,000.00 | 25,011.79 |
| Dec 04 | ACH PAYMENTS TRACKING ID:4598983 TO: 74 43 | | 24,000.00 | 1,011.79 |
| Dec 05 | IPPE PAYMENT TRANSFER FROM:  0801 | 2,500.00 | | 3,511.79 |
| Dec 05 | ADP PAYROLL FEES/ADP FEES 706503297BLUE SON SCIE | | 217.66 | 3,294.13 |
| Dec 05 | ACH PAYMENTS TRACKING ID:4628151 TO: 74 43 | | 2,500.00 | 794.13 |
| Dec 10 | FUNDS TRANSFER VIA ONLINE FROM:  0801 | 14,000.00 | | 14,794.13 |
| Dec 10 | ACH PAYMENTS TRACKING ID:4696065 TO: 74 43 | | 2,545.15 | 12,248.98 |
| Dec 10 | ADP TAX/ADP TAX BLUE SON SCIENTIFIC LL | | 3,189.03 | 9,059.95 |
| Dec 10 | ADP WAGE PAY/WAGE PAY BLUE SON SCIENTIFIC LL | | 7,575.98 | 1,483.97 |
| Dec 11 | PAY ITGC INVOICES FROM:  0801 | 21,000.00 | | 22,483.97 |
| Dec 11 | ACH PAYMENTS TRACKING ID:4720324 TO: 74 43 | | 21,407.20 | 1,076.77 |
| Dec 12 | MOM BRANDS CO, L/EXP REIMB BLUE SUN SCIENTIFIC LL | 4,050.00 | | 5,126.77 |
| Dec 15 | ACH PAYMENTS TRACKING ID:4783756 TO: 74 43 | | 4,883.81 | 242.96 |
| Dec 19 | MOM BRANDS CO, L/EXP REIMB BLUE SUN SCIENTIFIC LL | 1,500.00 | | 1,742.96 |
| Dec 19 | ADP PAYROLL FEES/ADP FEES 707576502BLUE SON SCIE | | 217.66 | 1,525.30 |
| Dec 19 | ACH PAYMENTS TRACKING ID:4867502 TO: 74 43 | | 1,250.00 | 275.30 |
| Dec 23 | FUNDS TRANSFER VIA ONLINE FROM:  0801 | 10,500.00 | | 10,775.30 |
| Dec 23 | ADP TAX/ADP TAX BLUE SON SCIENTIFIC LL | | 3,189.03 | 7,586.27 |
| Dec 23 | ADP WAGE PAY/WAGE PAY BLUE SON SCIENTIFIC LL | | 7,575.98 | 10.29 |
| Dec 26 | ADP PAYROLL FEES/ADP FEES 708221269BLUE SON SCIE | | 128.70 | -118.41 |
| Dec 26 | MONTHLY MAINTENANCE FEES | | 70.00 | -188.41 |
| Dec 26 | OVERDRAFT CHARGE | | 38.00 | -226.41 |
| Dec 29 | FUNDS TRANSFER VIA ONLINE FROM:  0801 | 20,500.00 | | 20,273.59 |
| Dec 29 | WIRE/OUT BNF:SMITH DUGGAN CORNELL & GOLL | | 20,000.00 | 273.59 |
| Dec 31 | INTEREST EARNED | 0.02 | | 273.61 |
| Jan 01 | ENDING BALANCE | | | $273.61 |

00108264 0409975 0002-0003







| | |
|---|---|
| Account Number | ■■■■ |
| Statement Date | 12/31/2025 |
| Statement Thru Date | 01/01/2026 |
| Page | 3 |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $38.00 | $112.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



**DEBTOR:**     Blue Sun Scientific, LLC          **CASE NO:**      25-17998

### Form 2-D
### DISBURSEMENT SUMMARY
**For the Month Ended:**          12/31/25

Total Disbursements from Operating Account (Note 1)          $          15

Total Disbursements from Payroll Account (Note 2)          $          118,788

Total Disbursements from any other Account (Note 3)          $          -

Grand Total          $          118,803

NOTE 1 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the general operating account.  Exclude only transfers to the debtor in possession payroll account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 2 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the payroll account. Exclude only transfers to the debtor in possession operating account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 3 - Include in this amount any other disbursements made by the debtor including (but not limited to) cash paid from a petty cash fund or cash register, amounts paid from any other debtor in possession account, **and amounts paid from the accounts of others on the debtor's behalf (for example, disbursements made from a law firm's escrow account as a result of a sale of property.)**

### FEE SCHEDULE

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999................... | $325 | $1,000,000 to $1,999,999..... | $6,500 |
| $15,000 to $74,999........... | $650 | $2,000,000 to $2,999,999..... | $9,750 |
| $75,000 to $149,999......... | $975 | $3,000,000 to $4,999,999..... | $10,400 |
| $150,000 to $224,999....... | $1,625 | $5,000,000 to $14,999,999... | $13,000 |
| $225,000 to $299,999....... | $1,950 | $15,000,000 to $29,999,999. | $20,000 |
| $300,000 to $999,999....... | $4,875 | $30,000,000 or more............ | $30,000 |

*Interest will be assessed on Chapter 11 quarterly fees not paid by the end of the month following the end of the calander quarter pursuant to 31 U.S.C. Sec. 3717.   The interest rate assessed is the rate in effect as determined by the Treasury Department at the time the account becomes past due.*

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*

PAGE 4
Rev. 11/2012

**DEBTOR:** Blue Sun Scientific, LLC          **CASE NUMBER:** 25-17998

**OFFICE OF THE UNITED STATES TRUSTEE - BALTIMORE DIVISION**
**MONTHLY OPERATING REPORT**
**CHAPTER 11 - BUSINESS DEBTORS**
Form 2-A
**COVER SHEET AND QUESTIONNAIRE**

For Month Ended          12/31/25

**Accounting Method:**  [X] Accrual Basis          [ ] Cash Basis

***THIS REPORT IS DUE 20 DAYS AFTER THE END OF THE MONTH***

Mark One Box for Each
Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing.  File the original with the Clerk of Court.

| Report/Document Attached | Previously Waived | | REQUIRED REPORTS/DOCUMENTS |
|:---:|:---:|:---:|---|
| [X] | [ ] | 1. | Cash Receipts and Disursements Statement (Form 2-B) |
| [X] | [ ] | 2. | Post-petition Taxes and Aging Schedules (Form 2-C) |
| [X] | [ ] | 3. | Disbursements Summary for the Month (Form 2-D) |
| [X] | [ ] | 4. | Income and Disbursement Recap - Case to Date (Form 2-E) |

*Submit the form or attach one generated by company's accounting system*

| | | | |
|:---:|:---:|:---:|---|
| [X] | [ ] | 5. | Balance Sheet (Form 2-F) |
| [X] | [ ] | 6. | Profit and Loss Statement (Form 2-G) |
| [X] | [ ] | 7. | Cash Receipts and Cash Disbursements Detail (Form 2-H1 and 2-H2) |
| [ ] | [ ] | 8. | Bank Statements for All Bank Accounts |
| [ ] | [ ] | 9. | Bank Statement Reconciliations for all Bank Accounts |

**QUESTIONNAIRE**

Please answer the questions below:

| | Yes | No |
|---|:---:|:---:|
| 1. Is the business still operating? | X | |
| 2. Were any assets (other than inventory) sold this month? | | X |
| 3. Were all employees timely paid this month? | X | |
| 4. Are all insurance policies and operating licenses current and in effect? | | |
| 5. Did you open any new bank accounts this month? | | X |
| 6. Did you deposit all receipts into your DIP account this month? | | X |
| 7. Have all taxes been timely paid (payroll, sales, etc.)? | X | |
| 8. Are you current on U.S. Trustee quarterly fees payments? | X | |

***I declare under penalty of perjury that the following Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.***

Executed on: _____  **Print Name:** Irvin Lucas

                               **Signature:** _____

                               **Title:** President

Rev. 11/2012

| DEBTOR: | Blue Sun Scientific, LLC | CASE NO: | 25-17998 |
|---------|--------------------------|----------|----------|

### Form 2-H-2
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)

**CASH DISBURSEMENTS DETAIL**                    Account No: _____

*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 12/4/25 | | ITG | Cost of Goods | $ $24,000.00 |
| 12/4/25 | | Smith, Duggan and Cornell LLP | Legal Fees | $20,000.00 |
| 12/5/25 | | ADP | Payroll Fees | $217.66 |
| 12/5/25 | | US Poultry & Egg Association | Trade Show | $2,500.00 |
| 12/10/25 | | Terrace Assembly | Cost of Goods | $2,545.15 |
| 12/10/25 | | ADP | Payroll | $3,189.03 |
| 12/10/25 | | ADP | Payroll | $7,575.98 |
| 12/11/25 | | ITG | Cost of Goods | $21,407.20 |
| 12/15/25 | | Robert Gajewski | Expense Reimbursement | $4,883.81 |
| 12/19/25 | | AFGC | Trade Show | $1,250.00 |
| 12/19/25 | | ADP | Payroll Fees | $217.66 |
| 12/19/25 | | ADP | Payroll | $3,189.03 |
| 12/23/25 | | ADP | Payroll | $7,575.98 |
| 12/26/25 | | Atlantic Union Bank | Bank Fee | $15.00 |
| 12/26/25 | | ADP | Payroll Fees | $128.70 |
| 12/26/25 | | Atlantic Union Bank | Bank Fee | $70.00 |
| 12/29/25 | | Atlantic Union Bank | Bank Fee | $38.00 |
| 12/31/25 | | Smith, Duggan and Cornell LLP | Legal Fees | $20,000.00 |

**Total Cash Disbursements**        $    $118,803.20   (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1)  Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

    *Debtor may substitute self-prepared cash disbursements statement for this form.*

**DEBTOR:**  Blue Sun Scientific, LLC                    **CASE NO:**  25-17998

**Form 2-E**
# INCOME AND DISBURSEMENTS RECAP

**Date Case was filed:**    8/29/25

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date. It serves as a running total of overall income, expenses and net income (or loss) for the case on a cash basis.

| | Year: | 2025 | | Year: | | |
|---|---|---|---|---|---|---|
| | Income | Expenses | Net Inc/ (Loss) | Income | Expenses | Net Inc/ (Loss) |
| **Jan** | | | - | | | - |
| **Feb** | | | - | | | - |
| **Mar** | | | - | | | - |
| **Apr** | | | - | | | - |
| **May** | | | - | | | - |
| **Jun** | | | - | | | - |
| **Jul** | | | - | | | - |
| **Aug** | - | - | - | | | - |
| **Sep** | 140,522 | 29,788 | 110,734 | | | - |
| **Oct** | 93,763 | 176,296 | (82,533) | | | - |
| **Nov** | 27,853 | 26,676 | 1,177 | | | - |
| **Dec** | 106,616 | 118,803 | (12,187) | | | - |
| **TOTAL** | 368,754 | 351,563 | 17,191 | - | - | - |

PAGE 5
Rev. 11/2012

| bill_numbers | vendor_name | date | bcy_amount | paid_through_account_name | currency_code |
|---|---|---|---|---|---|
| 25-1105-1LT | ITG | 2025-12-04 | $ 24,000.00 | Sandy Springs | USD |
| Appeal December | Smith, Duggan and Cornell LLP | 2025-12-04 | $ 20,000.00 | Sandy Springs | USD |
| ADP12525 | ADP | 2025-12-05 | $ 217.66 | Sandy Springs | USD |
| IPPE2026 | US Poultry & Egg Association | 2025-12-05 | $ 2,500.00 | Sandy Springs | USD |
| 5254,5255,5258,5256 | Terrace Assembly | 2025-12-10 | $ 2,545.15 | Sandy Springs | USD |
| 121025 | ADP | 2025-12-10 | $ 3,189.03 | Sandy Springs | USD |
| 121025 | ADP | 2025-12-10 | $ 7,575.98 | Sandy Springs | USD |
| 25-1021-1LT,25-1024-4LT,25-1024-3LT,25-1104-1l | ITG | 2025-12-11 | $ 21,407.20 | Sandy Springs | USD |
| A24-1127 | AFGC | 2025-12-19 | $ 1,250.00 | Sandy Springs | USD |
| ADPFEES1219 | ADP | 2025-12-19 | $ 217.66 | Sandy Springs | USD |
| 122325 | ADP | 2025-12-19 | $ 3,189.03 | Sandy Springs | USD |
| 122325 | ADP | 2025-12-23 | $ 7,575.98 | Sandy Springs | USD |
| DECFEES | Atlantic Union Bank | 2025-12-26 | $ 15.00 | Atlantic Union DIP | USD |
| 122625 | ADP | 2025-12-26 | $ 128.70 | Sandy Springs | USD |
| AUBDEC | Atlantic Union Bank | 2025-12-26 | $ 70.00 | Sandy Springs | USD |
| AUBFEE | Atlantic Union Bank | 2025-12-29 | $ 38.00 | Sandy Springs | USD |
| Appeal NOV | Smith, Duggan and Cornell LLP | 2025-12-31 | $ 20,000.00 | Sandy Springs | USD |
| | | | $ 113,919.39 | | |

Blue Sun ScientificPayments ReceivedFrom 01 Dec 2025 To 31 Dec 2025

| payment_id | date | payment_mode | amount | account_name | customer_name | currency_code |
|---|---|---|---|---|---|---|
| 1480228000015502037 | 2025-12-04 | Bank Remittance | $ 30,000.00 | Atlantic Union DIP | Vista Sales Consulting | USD |
| 1480228000015507007 | 2025-12-04 | Stripe | $ 1,100.00 | Sandy Springs Bank | Nutrilytical | USD |
| 1480228000015748229 | 2025-12-05 | Stripe | $ 650.00 | Atlantic Union DIP | Agri-King | USD |
| 1480228000015509087 | 2025-12-09 | Stripe | $ 200.00 | Atlantic Union DIP | McCormick & Co Inc | USD |
| 1480228000015535065 | 2025-12-11 | Bank Remittance | $ 31,720.00 | Atlantic Union DIP | Vista Sales Consulting | USD |
| 1480228000015550204 | 2025-12-12 | Bank Remittance | $ 4,050.00 | Sandy Springs | Post Consumer Brands- Jonesboro | USD |
| 1480228000015550037 | 2025-12-17 | Check | $ 4,625.00 | Atlantic Union DIP | First District Association | USD |
| 1480228000015550168 | 2025-12-19 | Bank Remittance | $ 1,500.00 | Sandy Springs | Post Consumer Brands - Battle Creek | USD |
| 1480228000015634077 | 2025-12-19 | Stripe | $ 870.00 | Atlantic Union DIP | Alliance Analytical Laboratories | USD |
| 1480228000015607051 | 2025-12-29 | Stripe | $ 445.00 | Atlantic Union DIP | Honeyland AG Services | USD |
| 1480228000015703003 | 2025-12-29 | Bank Remittance | $ 30,975.00 | Atlantic Union DIP | Vista Sales Consulting | USD |
| | | | $ 106,135.00 | | | |

## Payroll Liability

| Total Cash Required | $21,530.02 |
|---|---|
| Debit for FSDD (Full Service Direct Deposit) | $15,151.96 |
| Debit for Taxes | $6,378.06 |

**Important Note**

Your cash required total does not include your fees for service.  The invoice with the details of your fees will be sent the Monday after you process your payroll with the debit from your account occurring 3 banking days later.

Company: Blue Son Scientific LLC
Check dates from: 12/11/2025 - Payroll 1 to:
12/24/2025 - Payroll 1
Pay Period from: 11/24/2025 to: 12/21/2025

1  of  2

Date Printed: 02/04/2026 22:02
25449625 - KH/EA4

# Payroll Liability

**PAY FREQUENCY:   Biweekly**

**Net Pay**

| | | | | | |
|---|---|---|---|---|---|
| | Checks | | | 0.00 | |
| | **Subtotal Net Pay** | | | | **0.00** |

**Taxes**

| | | | Deposit Responsibility Client | | Deposit Responsibility ADP | | |
|---|---|---|---|---|---|---|---|
| | Agency | Rate | EE withheld | ER contrib | EE withheld | ER contrib | |
| **Federal** | Federal Income Tax | | | | 2,126.50 | | 2,126.50 |
| | Social Security | | | | 1,239.99 | 1,240.00 | 2,479.99 |
| | Medicare | | | | 290.00 | 290.00 | 580.00 |
| | **Subtotal Federal** | | | | **3,656.49** | **1,530.00** | **5,186.49** |
| **State** | CA State Income Tax | | | | 438.16 | | |
| | CA State Disability Insurance | | | | 92.31 | | |
| | **Subtotal CA** | | | | **530.47** | | **530.47** |
| | IL State Income Tax | | | | 380.78 | | |
| | **Subtotal IL** | | | | **380.78** | | **380.78** |
| | MD State Income Tax | | | | 280.32 | | |
| | **Subtotal MD** | | | | **280.32** | | **280.32** |
| | **Total Taxes** | | | | **4,848.06** | **1,530.00** | **6,378.06** |

| | | | | |
|---|---|---|---|---|
| **Other Transfers** | **Full Service Direct Deposit (FSDD)** | | 15,151.96 | 6 Employee Transactions |

**Total Biweekly Pay Frequency**

| | |
|---|---|
| **Total Direct Deposit (FSDD)** | **$15,151.96** |
| **Total Taxes** | **$6,378.06** |
| **Total Amount ADP Debited from your Account(s)** | **$21,530.02** |

**Total For 12/11/2025 - Payroll 1 to 12/24/2025 - Payroll 1**

| | |
|---|---|
| **Total Direct Deposit (FSDD)** | **$15,151.96** |
| **Total Taxes** | **$6,378.06** |
| **Total Amount ADP Debited from your Account(s)** | **$21,530.02** |

Company: Blue Son Scientific LLC                    2  of  2                    Date Printed: 02/04/2026 22:02
Check dates from: 12/11/2025 - Payroll 1 to:                                   25449625 - KH/EA4
12/24/2025 - Payroll 1
Pay Period from: 11/24/2025 to: 12/21/2025

**DEBTOR:** Blue Sun Scientific, LLC                    **CASE:** 25-17998

### Form 2-C
**For Month Ended:** 12/31/25

### *POST PETITION TAXES PAYABLE SCHEDULE*

| | Beginning Balance (1) | Accrued / Withheld | Payments / Deposits | Ending Balance |
|---|---|---|---|---|
| Income Tax Withheld: | | | | |
| Federal | $ - | 2,127 | 2,127 | $ - |
| State | - | 1,192 | 1,192 | - |
| Local | - | - | - | - |
| FICA Tax Withheld | - | 1,530 | 1,530 | - |
| Employer's FICA Tax | - | 1,530 | 1,530 | - |
| Unemployment Tax | | | | |
| Federal | - | - | - | - |
| State | - | 92 | 92 | - |
| Sales, Use & Excise Taxes | - | - | | - |
| Property Taxes | - | - | - | - |
| Other: | - | - | - | - |
| | | | | - |
| | | | | - |
| TOTALS | $ - | $ 6,470 | $ 6,470 | $ - |

*(1)  For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

### *ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING**

| **Due** | Accounts Receivable | Post Petition Accounts Payables |
|---|---|---|
| Under 30 days | $ 7,130.00 | $ 26,237.54 |
| 30 to 60 days | 1,750.00 | 16,919.07 |
| 61 to 90 days | 1,750.00 | 34,686.24 |
| 91 to 120 days | 5,250.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 |
| **Total Post Petition** | 15,880.00 | |
| **Pre Petition Amounts in Accounts Receivable** | 436,912.01 | |
| **Total Accounts Receivable** | $ 452,792.01 | |
| **Total Post Petition Accounts Payable** | | $ 77,842.85 |

*\* Attach the Total Page of the aging reports for accounts receivable and post-petition accounts payable.*

# Blue Sun Scientific

## Profit and Loss

Basis: Accrual

From 01 Dec 2025 To 31 Dec 2025

| Account | Total |
|---|---:|
| **Operating Income** | |
| Sales | 101,689.00 |
| **Total for Operating Income** | **101,689.00** |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 29,245.91 |
| **Total for Cost of Goods Sold** | **29,245.91** |
| **Gross Profit** | **72,443.09** |
| **Operating Expense** | |
| Bank Fees and Charges | 193.66 |
| Commissions | 632.10 |
| Legal Expense | 20,000.00 |
| Marketing | 154.79 |
| Other Expenses | 1,250.00 |
| Payroll Services | 564.02 |
| Payroll Taxes | 1,530.00 |
| Postage | 24.85 |
| Postage & Shipping | 192.79 |
| Salaries and Employee Wages | 20,000.02 |
| Stripe Fees | 119.36 |
| Trade Shows | 2,845.56 |
| **Total for Operating Expense** | **47,507.15** |
| **Operating Profit** | **24,935.94** |
| **Non Operating Income** | |
| **Total for Non Operating Income** | **0.00** |
| **Non Operating Expense** | |
| **Total for Non Operating Expense** | **0.00** |

| Account | Total |
|---|---|
| **Net Profit/Loss** | **24,935.94** |

\*\*Amount is displayed in your base currency **USD**