# Blue Sun Scientific

## AP Aging Summary

As of 31 Jan 2026

| Vendor Name | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Total | Total (FCY) |
|---|---|---|---|---|---|---|---|
| Carefirst | $0.00 | $0.00 | $0.00 | $0.00 | $2,861.47 | $2,861.47 | $2,861.47 |
| Executive Financial Services | $0.00 | $0.00 | $0.00 | $0.00 | $8,896.50 | $8,896.50 | $8,896.50 |
| Interworld Freight | $0.00 | $0.00 | $0.00 | $0.00 | $2,700.94 | $2,700.94 | $2,700.94 |
| ITG | $69,627.43 | $19,003.91 | $0.00 | $16,600.00 | $1,085,519.27 | $1,190,750.61 | $1,190,750.61 |
| Kroll | $0.00 | $0.00 | $0.00 | $0.00 | $71,902.85 | $71,902.85 | $71,902.85 |
| Seyfarth Shaw LP | $0.00 | $0.00 | $0.00 | $0.00 | $554,487.50 | $554,487.50 | $554,487.50 |
| Smith, Duggan and Cornell LLP | $20,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 |
| UPS | $1,209.50 | $264.57 | $0.00 | $0.00 | $2,172.25 | $3,646.32 | $3,646.32 |
| **TOTAL** | | **$19,268.48** | **$0.00** | **$16,600.00** | **$1,728,540.78** | **$1,855,246.19** | |

# Blue Sun Scientific

## AR Aging Summary

As of 31 Jan 2026

| Customer Name | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Total | Total (FCY) |
|---|---|---|---|---|---|---|---|
| ADM Laboratories LLC | $0.00 | $0.00 | $0.00 | $0.00 | $732.00 | $732.00 | $732.00 |
| AG Health Laboratories | $0.00 | $0.00 | $0.00 | $0.00 | $170.00 | $170.00 | $170.00 |
| AgLab Forages | $0.00 | $0.00 | $0.00 | $0.00 | $512.00 | $512.00 | $512.00 |
| AgPack LLC. | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Agrovive - OPSD | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,500.00 | $3,500.00 |
| Auburn University Soil Testing Lab | $0.00 | $0.00 | $0.00 | $0.00 | $690.00 | $690.00 | $690.00 |
| Bright Pet Nutrition | $0.00 | $0.00 | $0.00 | $0.00 | $4,200.00 | $4,200.00 | $4,200.00 |
| Cumberland Valley Analytical Services | $0.00 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | $400.00 |
| Dairyland Labs | $0.00 | $0.00 | $0.00 | $0.00 | $1,340.00 | $1,340.00 | $1,340.00 |
| Honeyland AG Services | $0.00 | $0.00 | $0.00 | $0.00 | $4,720.00 | $4,720.00 | $4,720.00 |
| Idahoan Foods - Lewisville | $0.00 | $0.00 | $0.00 | $0.00 | $745.00 | $745.00 | $745.00 |
| Instrulab Instrumentos Para Laboratorio | $0.00 | $0.00 | $0.00 | $0.00 | $11,266.25 | $11,266.25 | $11,266.25 |
| KC Tech | $0.00 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 | $450.00 |
| Kent Nutrition - NY | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | $350.00 |
| Louisiana State University, School of Plant, Environmental & Soil Sciences | $0.00 | $0.00 | $0.00 | $0.00 | $980.00 | $980.00 | $980.00 |
| Luman Analytical And Maintenance Support SA de CV | $0.00 | $0.00 | $0.00 | $0.00 | $1,629.00 | $1,629.00 | $1,629.00 |
| McCormick Spice Mill - Hunt Valley | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Northwest Labs, LLC. | $0.00 | $0.00 | $0.00 | $0.00 | $185.00 | $185.00 | $185.00 |
| Praha Analytical Partners | $0.00 | $225.00 | $0.00 | $0.00 | $344,384.00 | $344,609.00 | $344,609.00 |
| Rock River Laboratory - Texas | $0.00 | $0.00 | $0.00 | $0.00 | $42,680.00 | $42,680.00 | $42,680.00 |
| Rock River Labs | $0.00 | $0.00 | $0.00 | $0.00 | $430.76 | $430.76 | $430.76 |
| SDK Laboratories, Inc. | $0.00 | $0.00 | $0.00 | $0.00 | $1,150.00 | $1,150.00 | $1,150.00 |
| See's Candies - Los Angeles | $0.00 | $0.00 | $0.00 | $0.00 | $1,360.00 | $1,360.00 | $1,360.00 |
| Sithiphorn Associate Company Limited | $0.00 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | $400.00 |
| SMI NIR Solutions | $0.00 | $0.00 | $0.00 | $0.00 | $520.00 | $520.00 | $520.00 |
| Specialty Feeds | $0.00 | $724.00 | $0.00 | $0.00 | $0.00 | $724.00 | $724.00 |

| Customer Name | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Total | Total (FCY) |
|---|---|---|---|---|---|---|---|
| Stanworth Crop Consulting | $0.00 | $0.00 | $0.00 | $0.00 | $615.00 | $615.00 | $615.00 |
| Sterling Specialty Chemicals | $0.00 | $0.00 | $850.00 | $0.00 | $0.00 | $850.00 | $850.00 |
| STL | $0.00 | $0.00 | $0.00 | $0.00 | $983.00 | $983.00 | $983.00 |
| Teva | $0.00 | $0.00 | $0.00 | $0.00 | $4,300.00 | $4,300.00 | $4,300.00 |
| UNION CENTRO VETERINARIO SRL | $0.00 | $0.00 | $0.00 | $0.00 | $1,100.00 | $1,100.00 | $1,100.00 |
| USDA - St. Paul | $0.00 | $0.00 | $0.00 | $0.00 | $590.00 | $590.00 | $590.00 |
| USDA-ARS Logan Utah | $0.00 | $0.00 | $0.00 | $0.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| Weld Laboratories | $0.00 | $0.00 | $0.00 | $0.00 | $1,520.00 | $1,520.00 | $1,520.00 |
| West Coast Reduction, Ltd. - Calgary | $0.00 | $0.00 | $0.00 | $0.00 | $1,010.00 | $1,010.00 | $1,010.00 |
| **TOTAL** | **$3,500.00** | **$949.00** | **$850.00** | **$0.00** | **$436,912.01** | **$442,211.01** | |

**Form 2-F**

**BALANCE SHEET**
**For Month Ended:**    1/31/26 0:00

*ASSETS*

Current Assets:

| | | | |
|---|---|---|---|
| Cash and Cash Equivalents (from Form 2-B, line 5) | | $ | 16004 |
| Accounts Receivable (from Form 2-C) | 0 | | 442211 |
| Less: Bad Debt | 0 | | |
| Net Accounts Receivable | | | 0 |
| Receivable from Officers, Employees, Affiliates | | | 0 |
| Inventory | | | 0 |
| Other Current Assets :(List) | | | 0 |
| | | | 0 |
| Total Current Assets | | $ | 458215 |

Fixed Assets:

| | | | |
|---|---|---|---|
| Land | | $ | 0 |
| Building | | | 0 |
| Equipment, Furniture and Fixtures | | | 1000 |
| Total Fixed Assets | | | 1000 |
| Less:  Accumulated Depreciation | | ( | 0 ) |
| Net Fixed Assets | | $ | 1000 |
| Other Assets (List): | Domain | | 1 |
| | | | 0 |
| **TOTAL ASSETS** | | $ | 459216 |

*LIABILITIES*

| | | | |
|---|---|---|---|
| Post-petition Accounts Payable (from Form 2-C) | | $ | 105231 |
| Post-petition Accrued Profesional Fees | | | 0 |
| Post-petition Taxes Payable (from Form 2-C) | | | 0 |
| Post-petition Notes Payable | | | 0 |
| Other Post-petition Payable(List): | | | 0 |
| | | | 0 |
| Total Post Petition Liabilities | | $ | 105231 |

Pre-petition Liabilities:

| | | | |
|---|---|---|---|
| Secured Debt | | | 0 |
| Priority Debt | | | 18571.45 |
| Unsecured Debt | | | 6311336.18 |
| Total Pre-petition Liabilities | | $ | 6329907.63 |
| **TOTAL LIABILITIES** | | $ | 6435138.63 |

*OWNERS' EQUITY*

| | | | |
|---|---|---|---|
| Owner's/Stockholder's Equity | | $ | 0 |
| Retained Earnings - Pre-petition | | | 0 |
| Retained Earnings - Post-petition | | | 0 |
| **TOTAL OWNERS' EQUITY** | | $ | 0 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | $ | 6435138.63 |

*Debtor may substitute self-prepared balance sheet for this form.*

PAGE 6

Rev. 11/2012

**DEBTOR:** Blue Sun Scientific, LLC            **CASE NO:** 25-17998

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)

For Month Ended:    #    1/31/26

| CASH FLOW SUMMARY | | | Current Month |
|---|---|---|---|

**1. Beginning Cash Balance**                                    22,407  (1)

2. Cash Receipts
    Operations                              56121.53
    Sale of Assets
    Loans/advances
    Other

    Total Cash Receipts            $        56,122

3. Cash Disbursements
    Operations                              53,970
    Owner / Officer disbursements           8,555
    Debt Service/Secured loan payment
    Professional fees/U.S. Trustee fees
    Other
    Total Cash Disbursements       $        62,525

4. Net Cash Flow (Total Cash Receipts less
    Total Cash Disbursements)                                  (6,403)

**5. Ending Cash Balance (to Form 2-F)**        $        16,004  (2)

| CASH BALANCE SUMMARY | Financial Institution | Book Balance At End of the Month |
|---|---|---|
| Petty Cash | | $                       - |
| DIP Operating Account | Atlantic Union | 15,798 |
| DIP Payroll Account | Mercury | 340 |
| Other Account | Atlantic Union | (134) |
| TOTAL (must agree with Ending Cash Balance above) | | $        16,004  (2) |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
*    Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

| NARRATIVE |
|---|

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

**DEBTOR:**   Blue Sun Scientific, LLC          **CASE NO:**   25-17998

## Form 2-D
## DISBURSEMENT SUMMARY
### For the Month Ended:          1/31/26

| | | |
|---|---|---|
| Total Disbursements from Operating Account (Note 1) | $ | - |
| Total Disbursements from Payroll Account (Note 2) | $ | 62,525 |
| Total Disbursements from any other Account (Note 3) | $ | - |
| Grand Total | $ | 62,525 |

NOTE 1 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the general operating account.  Exclude only transfers to the debtor in possession payroll account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 2 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the payroll account. Exclude only transfers to the debtor in possession operating account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 3 - Include in this amount any other disbursements made by the debtor including (but not limited to) cash paid from a petty cash fund or cash register, amounts paid from any other debtor in possession account, **and amounts paid from the accounts of others on the debtor's behalf (for example, disbursements made from a law firm's escrow account as a result of a sale of property.)**

### FEE SCHEDULE

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999................... | $325 | $1,000,000 to $1,999,999..... | $6,500 |
| $15,000 to $74,999........... | $650 | $2,000,000 to $2,999,999..... | $9,750 |
| $75,000 to $149,999........ | $975 | $3,000,000 to $4,999,999..... | $10,400 |
| $150,000 to $224,999....... | $1,625 | $5,000,000 to $14,999,999.... | $13,000 |
| $225,000 to $299,999....... | $1,950 | $15,000,000 to $29,999,999. | $20,000 |
| $300,000 to $999,999....... | $4,875 | $30,000,000 or more............ | $30,000 |

*Interest will be assessed on Chapter 11 quarterly fees not paid by the end of the month following the end of the calander quarter pursuant to 31 U.S.C. Sec. 3717.    The interest rate assessed is the rate in effect as determined by the Treasury Department at the time the account becomes past due.*

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*

PAGE 4
Rev. 11/2012

**DEBTOR:** Blue Sun Scientific, LLC          **CASE NUMBER:** 25-17998

### OFFICE OF THE UNITED STATES TRUSTEE - BALTIMORE DIVISION
### MONTHLY OPERATING REPORT
### CHAPTER 11 - BUSINESS DEBTORS
#### Form 2-A
### COVER SHEET AND QUESTIONNAIRE

For Month Ended    1/31/26

**Accounting Method:**  [X] Accrual Basis    [ ] Cash Basis

***THIS REPORT IS DUE 20 DAYS AFTER THE END OF THE MONTH***

Mark One Box for Each          Debtor must attach each of the following reports/documents unless the U. S. Trustee
Required Document:              has waived the requirement in writing.  File the original with the Clerk of Court.

| Report/Document Attached | Previously Waived | | REQUIRED REPORTS/DOCUMENTS |
|:---:|:---:|:---:|---|
| [X] | [ ] | 1. | Cash Receipts and Disursements Statement (Form 2-B) |
| [X] | [ ] | 2. | Post-petition Taxes and Aging Schedules (Form 2-C) |
| [X] | [ ] | 3. | Disbursements Summary for the Month (Form 2-D) |
| [X] | [ ] | 4. | Income and Disbursement Recap - Case to Date (Form 2-E) |

*Submit the form or attach one generated by company's accounting system*

| | | | |
|:---:|:---:|:---:|---|
| [X] | [ ] | 5. | Balance Sheet (Form 2-F) |
| [X] | [ ] | 6. | Profit and Loss Statement (Form 2-G) |
| [X] | [ ] | 7. | Cash Receipts and Cash Disbursements Detail (Form 2-H1 and 2-H2) |
| [ ] | [ ] | 8. | Bank Statements for All Bank Accounts |
| [ ] | [ ] | 9. | Bank Statement Reconciliations for all Bank Accounts |

### QUESTIONNAIRE

Please answer the questions below:                                        **Yes    No**

| | Yes | No |
|---|:---:|:---:|
| 1. Is the business still operating? | X | |
| 2. Were any assets (other than inventory) sold this month? | | X |
| 3. Were all employees timely paid this month? | X | |
| 4. Are all insurance policies and operating licenses current and in effect? | | |
| 5. Did you open any new bank accounts this month? | | X |
| 6. Did you deposit all receipts into your DIP account this month? | | X |
| 7. Have all taxes been timely paid (payroll, sales, etc.)? | X | |
| 8. Are you current on U.S. Trustee quarterly fees payments? | X | |

***I declare under penalty of perjury that the following Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.***

Executed on: _____    **Print Name:**  Irvin Lucas _____

                              **Signature:** _____

                              **Title:**  President _____

Rev. 11/2012



## Atlantic Union Bank®

PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | |
| Statement Date | 01/30/2026 |
| Statement Thru Date | 02/01/2026 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00117115 M4389DDA013126050511 01 000000000 0117115 003

BLUE SUN SCIENTIFIC LLC
DEBTOR IN POSSESSION 25-17998
8017 DORSEY RUN RD STE H
JESSUP MD 20794-9372

### Customer Service Information




**Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

**Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

**Visit Us Online:**
AtlanticUnionBank.com

**Follow us on:**
f in

---

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Interest Paid In 2025 | Balance |
|---|---|---|---|
| FLEX BUSINESS CHECKING | | $0.00 | $15,798.10 |

---

### FLEX BUSINESS CHECKING                                          Account Number:  1907620801

**Account Owner(s):    BLUE SUN SCIENTIFIC LLC**
**DEBTOR IN POSSESSION 25-17998**

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 01/01/2026** | **$21,793.56** |
| + Deposits and Credits  (7) | $55,256.47 |
| - Withdrawals and Debits  (5) | $61,251.93 |
| **Ending Balance as of 01/31/2026** | **$15,798.10** |
| Service Charges for Period | $0.00 |
| Average Balance for Period | $10,458.00 |
| Average Collected for Period | $10,458.00 |
| Minimum Balance for Period | $4,333.00 |





# STREAMLINE HOW YOU PAY

Business Online Bill Pay lets you schedule payments, view history and receive bills digitally. It's an easy way to stay organized and keep your business moving. Visit a branch to enroll in Business Online Banking and get started today.

**MEMBER FDIC** 

## Change of Address

Please change my
mailing address on the
accounts listed below:

Please detach and mail to:

ATLANTIC UNION BANK
P.O. BOX 5568
GLEN ALLEN, VA 23058

| | Acct # |
| | Acct # |
| | Acct # |
| | Acct # |
| | Acct # |
| | Other |
| | Other |

_____
NUMBER AND STREET

_____
CITY AND STATE

_____        _____
DATE                    AUTHORIZED SIGNATURE

## Checkbook Reconciliation

### Checks Outstanding

| DATE OR NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | |

**Enter**
BALANCE THIS STATEMENT   $ _____

**Add**
DEPOSITS NOT CREDITED
ON THIS STATEMENT

_____

_____

**Total**
_____

**Subtract**
CHECKS OUTSTANDING
_____

**Balance**
$ _____

SHOULD AGREE WITH YOUR
CHECKBOOK BALANCE AFTER
DEDUCTING CHARGES AND
ADDING CREDITS INCLUDED ON
THIS STATEMENT, BUT NOT SHOWN
IN YOUR CHECKBOOK.

*Please report any discrepancies within 14 days

---

### Important Notice Concerning Electronic Fund Transfers
*(applies to consumer accounts only)*

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (employer or governmental direct deposits of pay or benefits, and payments you have authorized for direct deduction from your account) call us at 800.990.4828 or write us at the address on the front of this statement.

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

   1. Tell us your name and account number.

   2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

   3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**PREAUTHORIZED DEPOSITS**

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at 800.990.4828 to find out whether or not the deposit was made as scheduled.



**Atlantic Union Bank®**

Account Number
Statement Date              01/30/2026
Statement Thru Date    02/01/2026
Page                                 2

## TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|---------:|------------:|--------:|
| Jan 01 | BEGINNING BALANCE | | | $21,793.56 |
| Jan 06 | THE HARTFORD/INSPMTCL | | 86.93 | 21,706.63 |
| | BLUE SUN SCIENTIFIC LL | | | |
| Jan 07 | STRIPE/TRANSFER | 104.86 | | 21,811.49 |
| | BLUE SUN SCIENTIFIC LL | | | |
| Jan 08 | STRIPE/TRANSFER | 1,669.82 | | 23,481.31 |
| | BLUE SUN SCIENTIFIC LL | | | |
| Jan 08 | FUNDS TRANSFER VIA ONLINE TO:  8801 | | 7,000.00 | 16,481.31 |
| Jan 08 | FUNDS TRANSFER VIA ONLINE TO:  8801 | | 11,300.00 | 5,181.31 |
| Jan 09 | STRIPE/TRANSFER | 1,051.30 | | 6,232.61 |
| | BLUE SUN SCIENTIFIC LL | | | |
| Jan 15 | DEPOSIT | 966.00 | | 7,198.61 |
| Jan 15 | FUNDS TRANSFER VIA ONLINE TO:  8801 | | 865.00 | 6,333.61 |
| Jan 16 | WIRE/IN ORG:1/VISTA SALES CONSULTING LLC | 40,000.00 | | 46,333.61 |
| Jan 16 | FUNDS TRANSFER VIA ONLINE TO:  8801 | | 42,000.00 | 4,333.61 |
| Jan 22 | STRIPE/TRANSFER | 1,269.59 | | 5,603.20 |
| | BLUE SUN SCIENTIFIC LL | | | |
| Jan 28 | STRIPE/TRANSFER | 10,194.90 | | 15,798.10 |
| | BLUE SUN SCIENTIFIC LL | | | |
| Feb 01 | ENDING BALANCE | | | $15,798.10 |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|:---:|:---:|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00117115 0427735 0002-0002





**Atlantic Union Bank®**

PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | |
| Statement Date | 01/30/2026 |
| Statement Thru Date | 02/01/2026 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00107043 M4389DDA013126050511 01 000000000 0107043 003

BLUE SUN SCIENTIFIC LLC
8017 DORSEY RUN RD STE H
JESSUP MD 20794-9372

### Customer Service Information


**Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

**Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

**Visit Us Online:**
AtlanticUnionBank.com

Follow us on:
 

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Interest Paid In 2025 | Balance |
|---|---|---|---|
| FLEX BUSINESS CKING PLUS | | $0.24 | -$134.27 |

## FLEX BUSINESS CKING PLUS                           Account Number:

**Account Owner(s):   BLUE SUN SCIENTIFIC LLC**

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 01/01/2026** | **$273.61** |
| + Deposits and Credits  (6) | $62,030.06 |
| **-** Withdrawals and Debits  (17) | $62,437.94 |
| **Ending Balance as of 01/31/2026** | **-$134.27** |
| Service Charges for Period | $0.00 |
| Average Collected for Period | $2,186.00 |
| Minimum Balance for Period | -$134.00 |

### Earnings Summary

| | |
|---|---|
| Interest for Period Ending 01/31/2026 | $0.06 |
| Interest Paid Year to Date | $0.06 |
| Annual Percentage Yield Earned (APYE) | 0.03% |
| Average Balance for APYE | $2,186.31 |
| Number of Days for APYE | 31 |

## TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Jan 01 | BEGINNING BALANCE | | | $273.61 |





**STREAMLINE HOW YOU PAY**

Business Online Bill Pay lets you schedule payments, view history and receive bills digitally. It's an easy way to stay organized and keep your business moving. Visit a branch to enroll in Business Online Banking and get started today.



MEMBER FDIC

## Change of Address

Please change my
mailing address on the
accounts listed below:

Please detach and mail to:

ATLANTIC UNION BANK
P.O. BOX 5568
GLEN ALLEN, VA 23058

| | |
|---|---|
| ☐ | Acct # |
| ☐ | Acct # |
| ☐ | Acct # |
| ☐ | Acct # |
| ☐ | Acct # |
| ☐ | Other |
| ☐ | Other |

_____
NUMBER AND STREET

_____
CITY AND STATE

_____        _____
DATE                        AUTHORIZED SIGNATURE

---

## Checkbook Reconciliation

### Checks Outstanding

| DATE OR NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | |

### Enter
BALANCE THIS STATEMENT  $ _____

### Add
DEPOSITS NOT CREDITED
ON THIS STATEMENT
_____

_____

### Total
_____

### Subtract
CHECKS OUTSTANDING
_____

### Balance
$ _____

SHOULD AGREE WITH YOUR
CHECKBOOK BALANCE AFTER
DEDUCTING CHARGES AND
ADDING CREDITS INCLUDED ON
THIS STATEMENT, BUT NOT SHOWN
IN YOUR CHECKBOOK.

*Please report any discrepancies within 14 days

---

### Important Notice Concerning Electronic Fund Transfers
*(applies to consumer accounts only)*

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (employer or governmental direct deposits of pay or benefits, and payments you have authorized for direct deduction from your account) call us at 800.990.4828 or write us at the address on the front of this statement.

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**PREAUTHORIZED DEPOSITS**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at 800.990.4828 to find out whether or not the deposit was made as scheduled.





| | |
|---|---|
| Account Number | ▉ |
| Statement Date | 01/30/2026 |
| Statement Thru Date | 02/01/2026 |
| Page | 2 |

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Jan 05 | DAIRYLAND LABORA/RECEIVABLE | 865.00 | | 1,138.61 |
| | 026VKMUIW1R0FUU DAIRYLAND LABORA BILL.CO | | | |
| | M INV INV-000944 | | | |
| | BLUE SUN SCIENTIFIC | | | |
| Jan 05 | ADP PAYROLL FEES/ADP FEES | | 217.66 | 920.95 |
| | 708897465BLUE SON SCIE | | | |
| Jan 07 | ACH PAYMENTS TRACKING ID:5177455 TO: 74 | | 632.10 | 288.85 |
| | 43 | | | |
| Jan 08 | FUNDS TRANSFER VIA ONLINE FROM:  0801 | 7,000.00 | | 7,288.85 |
| Jan 08 | FUNDS TRANSFER VIA ONLINE FROM:  0801 | 11,300.00 | | 18,588.85 |
| Jan 08 | UPSBILLCTR/PAYMENT | | 554.97 | 18,033.88 |
| | LOG IN TO THE UPS BILLING CENTER FOR PAY | | | |
| | MENT DETAILS. | | | |
| | SANDY SPRING BANK | | | |
| Jan 08 | ADP TAX/ADP TAX | | 3,372.36 | 14,661.52 |
| | BLUE SON SCIENTIFIC LL | | | |
| Jan 08 | ACH PAYMENTS TRACKING ID:5195104 TO: 74 | | 7,000.00 | 7,661.52 |
| | 43 | | | |
| Jan 08 | ADP WAGE PAY/WAGE PAY | | 7,610.74 | 50.78 |
| | BLUE SON SCIENTIFIC LL | | | |
| Jan 15 | FUNDS TRANSFER VIA ONLINE FROM:  0801 | 865.00 | | 915.78 |
| Jan 15 | ACH PAYMENTS TRACKING ID:5313721 TO: 74 | | 862.84 | 52.94 |
| | 43 | | | |
| Jan 16 | FUNDS TRANSFER VIA ONLINE FROM:  0801 | 42,000.00 | | 42,052.94 |
| Jan 16 | ADP PAYROLL FEES/ADP FEES | | 217.66 | 41,835.28 |
| | 709745586BLUE SON SCIE | | | |
| Jan 16 | ACH PAYMENTS TRACKING ID:5338616 TO: 74 | | 30,000.00 | 11,835.28 |
| | 43 | | | |
| Jan 20 | ADP TAX/ADP TAX | | 84.00 | 11,751.28 |
| | BLUE SON SCIENTIFIC LL | | | |
| Jan 21 | ADP TAX/ADP TAX | | 3,351.57 | 8,399.71 |
| | BLUE SON SCIENTIFIC LL | | | |
| Jan 21 | ADP WAGE PAY/WAGE PAY | | 7,610.75 | 788.96 |
| | BLUE SON SCIENTIFIC LL | | | |
| Jan 23 | ADP PAYROLL FEES/ADP FEES | | 128.70 | 660.26 |
| | 710503842BLUE SON SCIE | | | |
| Jan 27 | MONTHLY MAINTENANCE FEES | | 72.00 | 588.26 |
| Jan 28 | WIRE/OUT BNF:GLOBAL EXPERIENCE SPECIALIS | | 466.93 | 121.33 |
| Jan 30 | ADP PAYROLL FEES/ADP FEES | | 217.66 | -96.33 |
| | 711223001BLUE SON SCIE | | | |
| Jan 30 | OVERDRAFT CHARGE | | 38.00 | -134.33 |
| Jan 30 | INTEREST EARNED | 0.06 | | -134.27 |
| Feb 01 | ENDING BALANCE | | | -$134.27 |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $38.00 | $38.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



00107043 0392341 0002-0002 M4389DDA013126050511 01 L  00107043

| vendor_name | date | bcy_amount | paid_through_account_name | currency_code |
|---|---|---|---|---|
| ADP | 2026-01-05 | $ 217.66 | Sandy Springs | USD |
| UPS | 2026-01-06 | $ 554.97 | Sandy Springs | USD |
| The Hartford | 2026-01-06 | $ 86.93 | Atlantic Union DIP | USD |
| SMI | 2026-01-07 | $ 632.10 | Sandy Springs | USD |
| ITG | 2026-01-08 | $ 7,000.00 | Sandy Springs | USD |
| ADP | 2026-01-08 | $ 3,372.36 | Sandy Springs | USD |
| ADP | 2026-01-08 | $ 7,610.74 | Sandy Springs | USD |
| Irvin Lucas | 2026-01-16 | $ 862.84 | Sandy Springs | USD |
| ADP | 2026-01-16 | $ 217.66 | Sandy Springs | USD |
| ITG | 2026-01-16 | $ 30,000.00 | Sandy Springs | USD |
| ADP | 2026-01-20 | $ 84.00 | Sandy Springs | USD |
| ADP | 2026-01-21 | $ 3,351.57 | Sandy Springs | USD |
| ADP | 2026-01-21 | $ 7,610.75 | Sandy Springs | USD |
| ADP | 2026-01-23 | $ 128.70 | Sandy Springs | USD |
| Atlantic Union Bank | 2026-01-27 | $ 72.00 | Sandy Springs | USD |
| GES | 2026-01-28 | $ 466.93 | Sandy Springs | USD |
| ADP | 2026-01-30 | $ 217.66 | Sandy Springs | USD |
| Atlantic Union Bank | 2026-01-30 | $ 38.00 | Sandy Springs | USD |
| | | $ 62,524.87 | | |

| date | payment_mode | amount | account_name | customer_name | currency_code |
|------|--------------|--------|--------------|---------------|---------------|
| 2026-01-06 | Bank Remittance | $ 865.00 | Sandy Springs | Dairyland Labs | USD |
| 2026-01-07 | Stripe | $ 104.86 | Atlantic Union DIP | A&L Labs | USD |
| 2026-01-07 | Stripe | $ 1,051.30 | Sandy Springs Bank | Nutrilytical | USD |
| 2026-01-08 | Stripe | $ 1,669.82 | Atlantic Union DIP | Alliance Analytical Laboratories | USD |
| 2026-01-15 | Check | $ 966.00 | Atlantic Union DIP | Stanworth Crop Consulting | USD |
| 2026-01-16 | Bank Remittance | $ 40,000.00 | Atlantic Union DIP | Vista Sales Consulting | USD |
| 2026-01-22 | Stripe | $ 445.00 | Atlantic Union DIP | A&L Labs | USD |
| 2026-01-22 | Stripe | $ 824.59 | Atlantic Union DIP | McCormick & Co Inc | USD |
| 2026-01-26 | Stripe | $ 1,750.00 | Sandy Springs Bank | Agrovive - OPSD | USD |
| 2026-01-26 | Stripe | $ 8,444.90 | Sandy Springs Bank | Agrovive - OPSD | USD |
| | | $ 56,121.47 | | | |

## Payroll Liability

| Total Cash Required | $21,945.42 |
|---|---|
| Debit for FSDD (Full Service Direct Deposit) | $15,221.49 |
| Debit for Taxes | $6,723.93 |

**Important Note**

Your cash required total does not include your fees for service.  The invoice with the details of your fees will be sent the Monday after you process your payroll with the debit from your account occurring 3 banking days later.

Company: Blue Son Scientific LLC
Check dates from: 1/8/2026 - Payroll 1 to:
1/21/2026 - Payroll 1
Pay Period from: 12/22/2025 to: 01/18/2026

1  of  3

Date Printed: 02/04/2026 22:03
25449625 - KH/EA4

## Payroll Liability

**PAY FREQUENCY:   Biweekly**

**Net Pay**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Checks | | | | | 0.00 | |
| | **Subtotal Net Pay** | | | | | | **0.00** |

**Taxes**

| | | | Deposit Responsibility Client | | Deposit Responsibility ADP | | | |
|---|---|---|---|---|---|---|---|---|
| | Agency | Rate | EE withheld | ER contrib | EE withheld | ER contrib | | |
| **Federal** | Federal Income Tax | | | | 2,059.70 | | 2,059.70 | |
| | Social Security | | | | 1,239.99 | 1,240.00 | 2,479.99 | |
| | Medicare | | | | 290.00 | 290.00 | 580.00 | |
| | Federal Unemployment Tax Act | 0.6000 | | | | 111.70 | 111.70 | |
| | **Subtotal Federal** | | | | **3,589.69** | **1,641.70** | **5,231.39** | |
| **State** | CA State Income Tax | | | | 427.74 | | | |
| | CA State Unemployment (Employer) | 1.8000 | | | | 126.00 | | |
| | CA State Disability Insurance | | | | 100.00 | | | |
| | **Subtotal CA** | | | | **527.74** | **126.00** | **653.74** | |
| | IL State Income Tax | | | | 380.78 | | | |
| | IL State Unemployment (Employer) | 0.7500 | | | | 57.70 | | |
| | **Subtotal IL** | | | | **380.78** | **57.70** | **438.48** | |
| | MD State Income Tax | | | | 280.32 | | | |
| | MD State Unemployment (Employer) | | | | | 120.00 | | |
| | **Subtotal MD** | | | | **280.32** | **120.00** | **400.32** | |
| | **Total Taxes** | | | | **4,778.53** | **1,945.40** | **6,723.93** | |

| | | | | |
|---|---|---|---|---|
| **Other Transfers** | **Full Service Direct Deposit (FSDD)** | | 15,221.49 | 6 Employee Transactions |

**Total Biweekly Pay Frequency**

| | |
|---|---|
| **Total Direct Deposit (FSDD)** | **$15,221.49** |
| **Total Taxes** | **$6,723.93** |
| **Total Amount ADP Debited from your Account(s)** | **$21,945.42** |

**Total For 1/8/2026 - Payroll 1 to 1/21/2026 - Payroll 1**

| | |
|---|---|
| **Total Direct Deposit (FSDD)** | **$15,221.49** |
| **Total Taxes** | **$6,723.93** |

Company: Blue Son Scientific LLC
Check dates from: 1/8/2026 - Payroll 1 to:
1/21/2026 - Payroll 1
Pay Period from: 12/22/2025 to: 01/18/2026

2 of 3

Date Printed: 02/04/2026 22:03
25449625 - KH/EA4

## Payroll Liability

| | |
|---|---|
| **Total Amount ADP Debited from your Account(s)** | **$21,945.42** |

Company: Blue Son Scientific LLC
Check dates from: 1/8/2026 - Payroll 1 to:
1/21/2026 - Payroll 1
Pay Period from: 12/22/2025 to: 01/18/2026

3 of 3

Date Printed: 02/04/2026 22:03
25449625 - KH/EA4

**DEBTOR:**  Blue Sun Scientific, LLC                    **CASE:** 25-17998

**Form 2-C**

For Month Ended:    1/31/26

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Accrued / Withheld | Payments / Deposits | Ending Balance |
|---|---|---|---|---|
| Income Tax Withheld: | | | | |
| Federal | $              - | 2,060 | 2,060 | $              - |
| State | - | 1,089 | 1,089 | - |
| Local | - | - | - | - |
| FICA Tax Withheld | - | 1,530 | 1,530 | - |
| Employer's FICA Tax | - | 1,530 | 1,530 | - |
| Unemployment Tax | | | | |
| Federal | - | - | - | - |
| State | - | 304 | 304 | - |
| Sales, Use & Excise Taxes | - | - | | - |
| Property Taxes | - | - | - | - |
| Other: | - | - | - | |
| | | | | - |
| | | | | - |
| TOTALS | $              - | $        6,512 | $        6,512 | $              - |

*(1)  For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING*

| Due | Accounts Receivable | Post Petition Accounts Payables |
|---|---|---|
| Under 30 days | $        4,449.00 | $      88,631.34 |
| 30 to 60 days | 850.00 | 0.00 |
| 61 to 90 days | 0.00 | 16,600.00 |
| 91 to 120 days | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 |
| **Total Post Petition** | 5,299.00 | |
| **Pre Petition Amounts in Accounts Receivable** | 436,912.01 | |
| **Total Accounts Receivable** | $      442,211.01 | |
| **Total Post Petition Accounts Payable** | | $     105,231.34 |

*\* Attach the Total Page of the aging reports for accounts receivable and post-petition accounts payable.*

# Blue Sun Scientific

## Profit and Loss

Basis: Accrual

From 01 Jan 2026 To 31 Jan 2026

| Account | Total |
|---|---|
| **Operating Income** | |
| Sales | 49,140.00 |
| **Total for Operating Income** | **49,140.00** |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 66,477.43 |
| **Total for Cost of Goods Sold** | **66,477.43** |
| **Gross Profit** | **-17,337.43** |
| **Operating Expense** | |
| Bank Fees and Charges | 210.73 |
| Business Liability Insurance | 86.93 |
| Commissions | 632.10 |
| IT and Internet Expenses | 65.00 |
| Legal Expense | 20,000.00 |
| Lodging | 1,569.15 |
| Marketing | 307.78 |
| Meals and Entertainment | 28.47 |
| Parking | 126.00 |
| Payroll Services | 865.68 |
| Payroll Taxes | 1,945.40 |
| Postage & Shipping | 1,476.34 |
| Salaries and Employee Wages | 20,000.02 |
| Stripe Fees | 454.53 |
| Trade Shows | 1,321.75 |
| Travel Expense | 1,008.93 |
| **Total for Operating Expense** | **50,098.81** |
| **Operating Profit** | **-67,436.24** |

| Account | Total |
|---|---|
| **Non Operating Income** | |
| **Total for Non Operating Income** | **0.00** |
| **Non Operating Expense** | |
| **Total for Non Operating Expense** | **0.00** |
| **Net Profit/Loss** | **-67,436.24** |

\*\*Amount is displayed in your base currency **USD**