# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In Re<br><br>**BLUE SUN SCIENTIFIC, LLC,**<br><br>Debtor. | Bankruptcy Case: 25-17998-DER<br><br>Chapter 11 |

## LINE WITHDRAWING
## THE UNITED STATES TRUSTEE'S
## MOTION TO CONVERT TO CHAPTER 7 OR DISMISS CASE

Matthew W. Cheney, Acting United States Trustee for Region 4, which includes the District of Maryland, Baltimore Division (the "United States Trustee"), hereby withdraws the Motion to Convert to Chapter 7 or Dismiss Case, filed on February 3, 2026 as Document 62. Debtor has cured the deficiencies alleged in the Motion.

Dated: February 20, 2026

Respectfully submitted,

Matthew W. Cheney,
Acting United States Trustee for Region 4

By: /s/ Hugh M. Bernstein
Hugh M. Bernstein
Fed. Bar No.: 23489
United State Department of Justice
101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-4300
E-mail: hugh.m.bernstein@usdoj.gov

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on February 20, 2026, a copy of the foregoing was sent via first class mail, postage prepaid to:

  Blue Sun Scientific, LLC
  8017 Dorsey Run Rd
  Suite H
  Jessup, MD 20794-9372

  Dana Zakarian
  Smith Duggan Cornell & Gollub LLP
  55 Old Bedford Road, Suite 300
  Lincoln, MA 01773.

According to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

  **Matthew Eliot Abbott** MAbbott@wolawgroup.com, KDriscoll@wolawgroup.com
  **Hugh M. (UST) Bernstein** hugh.m.bernstein@usdoj.gov
  **Michael Benjamin Brown** mbbrown@milesstockbridge.com, jdiaz@milesstockbridge.com
  **Addison J. Chappell** achappell@milesstockbridge.com
  **Patricia B. Jefferson** pjefferson@milesstockbridge.com
  **Michael David Nord** mnord@gebsmith.com
  **Jeffrey M. Orenstein** jorenstein@wolawgroup.com
  **Elizabeth Drayden Peters** epeters@gebsmith.com
  **US Trustee - Baltimore** USTPRegion04.BA.ECF@USDOJ.GOV
  **Maurice Belmont VerStandig** mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

         */s/ Hugh M. Bernstein*
         Hugh M. Bernstein