# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF   MARYLAND

In Re.  Blue Sun Scientific, LLC

§
§
§
§

Debtor(s)

Case No.   25-17998

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 02/28/2026

Petition Date: 08/29/2025

Months Pending: 6

Industry Classification:  | 3 | 3 | 4 | 5 |

Reporting Method:               Accrual Basis  ⦿          Cash Basis  ○

Debtor's Full-Time Employees (current):                          3

Debtor's Full-Time Employees (as of date of order for relief):          3

**Supporting Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒        Statement of cash receipts and disbursements
☒        Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒        Statement of operations (profit or loss statement)
☒        Accounts receivable aging
☒        Postpetition liabilities aging
☒        Statement of capital assets
☒        Schedule of payments to professionals
☒        Schedule of payments to insiders
☒        All bank statements and bank reconciliations for the reporting period
☒        Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Irvin Lucas
Signature of Responsible Party

04/03/2026
Date

Irvin Lucas
Printed Name of Responsible Party

8017 Dorsey Run Rd, Suite H
Jesseup, MD 20794-9372
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021) - Mac                    1

Debtor's Name  Blue Sun Scientific, LLC                       Case No.  25-17998

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $16,004 | |
| b. Total receipts (net of transfers between accounts) | $121,755 | $546,031 |
| c. Total disbursements (net of transfers between accounts) | $118,512 | $532,580 |
| d. Cash balance end of month (a+b-c) | $19,247 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $118,512 | $532,580 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $475,636 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $436,912 |
| c. Inventory (Book ○ Market ○ Other ⦿ (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $494,883 |
| f. Postpetition payables (excluding taxes) | $42,491 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $42,491 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $18,571 |
| m. Prepetition unsecured debt | $6,311,336 |
| n. Total liabilities (debt) (j+k+l+m) | $6,372,398 |
| o. Ending equity/net worth (e-n) | $-5,877,515 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $157,170 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $33,150 | |
| c. Gross profit (a-b) | $124,020 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $45,680 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $78,339 | $78,906 |

UST Form 11-MOR (12/01/2021) - Mac                        2

Debtor's Name  Blue Sun Scientific, LLC                                      Case No.  25-17998

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $20,000 | $80,000 | $0 | $60,000 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Smith, Duggan & Gollub | Special Counsel | $20,000 | $80,000 | $0 | $60,000 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Blue Sun Scientific, LLC                                    Case No.  25-17998

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |

Debtor's Name  Blue Sun Scientific, LLC                                    Case No.  25-17998

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                    5

Debtor's Name  Blue Sun Scientific, LLC                                      Case No.  25-17998

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                    6

Debtor's Name  Blue Sun Scientific, LLC                                    Case No.  25-17998

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                           7

Debtor's Name  Blue Sun Scientific, LLC                                             Case No.  25-17998

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.   Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.   Postpetition employer payroll taxes accrued | $0 | $0 |
| d.   Postpetition employer payroll taxes paid | $1,946 | $9,977 |
| e.   Postpetition property taxes paid | $0 | $0 |
| f.   Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.   Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.   Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○   No ●

b.   Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○   No ●

c.   Were any payments made to or on behalf of insiders?    Yes ●   No ○

d.   Are you current on postpetition tax return filings?    Yes ●   No ○

e.   Are you current on postpetition estimated tax payments?    Yes ●   No ○

f.   Were all trust fund taxes remitted on a current basis?    Yes ●   No ○

g.   Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○   No ●

h.   Were all payments made to or on behalf of professionals approved by the court?    Yes ●   No ○   N/A ○

i.   Do you have:   Worker's compensation insurance?    Yes ●   No ○
    If yes, are your premiums current?    Yes ●   No ○   N/A ○   (if no, see Instructions)
    Casualty/property insurance?    Yes ○   No ●
    If yes, are your premiums current?    Yes ○   No ○   N/A ●   (if no, see Instructions)
    General liability insurance?    Yes ●   No ○
    If yes, are your premiums current?    Yes ●   No ○   N/A ○   (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?    Yes ○   No ●

k.   Has a disclosure statement been filed with the court?    Yes ○   No ●

l.   Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ○   No ●

Debtor's Name  Blue Sun Scientific, LLC                    Case No.  25-17998

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l.  Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?     Yes ◯  No ⦿

m.  If yes, have you made all Domestic Support Obligation payments?     Yes ◯  No ◯  N/A ⦿

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Irvin Lucas                                      Irvin Lucas

Signature of Responsible Party                      Printed Name of Responsible Party

Authorized Agent                                    04/03/2026

Title                                               Date

Debtor's Name  Blue Sun Scientific, LLC                                                Case No.  25-17998


PageOnePartOne


PageOnePartTwo


PageTwoPartOne


PageTwoPartTwo

UST Form 11-MOR (12/01/2021) - Mac                          10

Debtor's Name  Blue Sun Scientific, LLC                                        Case No.  25-17998



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Blue Sun Scientific, LLC                    Case No.  25-17998



PageThree



PageFour

**Form 2-F**

**BALANCE SHEET**
**For Month Ended:** 2/28/26 0:00

*ASSETS*

Current Assets:

| | | | |
|---|---|---|---|
| Cash and Cash Equivalents (from Form 2-B, line 5) | | $ | 19247 |
| Accounts Receivable (from Form 2-C) | 0 | | 475636 |
| Less: Bad Debt | 0 | | |
| Net Accounts Receivable | | | 0 |
| Receivable from Officers, Employees, Affiliates | | | 0 |
| Inventory | | | 0 |
| Other Current Assets :(List) | | | 0 |
| | | | 0 |
| Total Current Assets | | $ | 494883 |

Fixed Assets:

| | | | |
|---|---|---|---|
| Land | | $ | 0 |
| Building | | | 0 |
| Equipment, Furniture and Fixtures | | | 1000 |
| Total Fixed Assets | | | 1000 |
| Less:  Accumulated Depreciation | | ( | 0 ) |
| Net Fixed Assets | | $ | 1000 |
| Other Assets (List): Domain | | | 1 |
| | | | 0 |
| **TOTAL ASSETS** | | $ | 495884 |

*LIABILITIES*

| | | | |
|---|---|---|---|
| Post-petition Accounts Payable (from Form 2-C) | | $ | 42491 |
| Post-petition Accrued Profesional Fees | | | 0 |
| Post-petition Taxes Payable (from Form 2-C) | | | 0 |
| Post-petition Notes Payable | | | 0 |
| Other Post-petition Payable(List): | | | 0 |
| | | | 0 |
| Total Post Petition Liabilities | | $ | 42491 |

Pre-petition Liabilities:

| | | | |
|---|---|---|---|
| Secured Debt | | | 0 |
| Priority Debt | | | 18571.45 |
| Unsecured Debt | | | 6311336.18 |
| Total Pre-petition Liabilities | | $ | 6329907.63 |
| **TOTAL LIABILITIES** | | $ | 6372398.63 |

*OWNERS' EQUITY*

| | | | |
|---|---|---|---|
| Owner's/Stockholder's Equity | | $ | 0 |
| Retained Earnings - Pre-petition | | | 0 |
| Retained Earnings - Post-petition | | | 0 |
| **TOTAL OWNERS' EQUITY** | | $ | 0 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | $ | 6372398.63 |

*Debtor may substitute self-prepared balance sheet for this form.*

PAGE 6

Rev. 11/2012

**DEBTOR:**  Blue Sun Scientific, LLC          **CASE NO:**    25-17998

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)**

For Month Ended:    #    2/28/26

| CASH FLOW SUMMARY | | Current Month |
|---|---|---|
| **1. Beginning Cash Balance** | | 16,004  (1) |
| 2. Cash Receipts | | |
| Operations | 121754.57 | |
| Sale of Assets | | |
| Loans/advances | | |
| Other | | |
| Total Cash Receipts | $        121,755 | |
| 3. Cash Disbursements | | |
| Operations | 118,512 | |
| Owner / Officer disbursements | | |
| Debt Service/Secured loan payment | | |
| Professional fees/U.S. Trustee fees | | |
| Other | | |
| Total Cash Disbursements | $        118,512 | |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | 3,243 |
| **5. Ending Cash Balance (to Form 2-F)** | $        19,247  (2) | |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance At End of the Month |
|---|---|---|
| Petty Cash | | $        - |
| DIP Operating Account | Atlantic Union | 51 |
| DIP Payroll Account | Mercury | 340 |
| Other Account | Atlantic Union | 18,857 |
| TOTAL (must agree with Ending Cash Balance above) | | $        19,247  (2) |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

**NARRATIVE**

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

PAGE 2
Rev. 11/2012

# Blue Sun Scientific

## Profit and Loss

Basis: Accrual

From 01 Feb 2026 To 28 Feb 2026

| Account | Total |
|---|---:|
| **Operating Income** | |
| Discount | -3,000.00 |
| Sales | 160,150.00 |
| Shipping Charge | 20.00 |
| **Total for Operating Income** | **157,170.00** |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 33,150.00 |
| **Total for Cost of Goods Sold** | **33,150.00** |
| **Gross Profit** | **124,020.00** |
| **Operating Expense** | |
| Advertising And Marketing | 644.07 |
| Bank Fees and Charges | 266.18 |
| Business Liability Insurance | 1,478.28 |
| Legal Expense | 20,000.00 |
| Payroll Services | 902.92 |
| Payroll Taxes | 1,694.49 |
| Postage & Shipping | 120.52 |
| Salaries and Employee Wages | 20,000.02 |
| Stripe Fees | 240.71 |
| Trade Shows | 59.32 |
| Travel Expense | 273.98 |
| **Total for Operating Expense** | **45,680.49** |
| **Operating Profit** | **78,339.51** |
| **Non Operating Income** | |
| **Total for Non Operating Income** | **0.00** |
| **Non Operating Expense** | |

| Account | Total |
|---|---|
| **Total for Non Operating Expense** | **0.00** |
| **Net Profit/Loss** | **78,339.51** |

\*\*Amount is displayed in your base currency **USD**

# Blue Sun Scientific

## AP Aging Summary

As of 28 Feb 2026

| Vendor Name | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Total | Total (FCY) |
|---|---|---|---|---|---|---|---|
| Carefirst | $0.00 | $0.00 | $0.00 | $0.00 | $2,861.47 | $2,861.47 | $2,861.47 |
| Executive Financial Services | $0.00 | $0.00 | $0.00 | $0.00 | $8,896.50 | $8,896.50 | $8,896.50 |
| Interworld Freight | $0.00 | $0.00 | $0.00 | $0.00 | $2,700.94 | $2,700.94 | $2,700.94 |
| ITG | $487.50 | $2,826.93 | $19,003.91 | $0.00 | $1,102,119.27 | $1,124,437.61 | $1,124,437.61 |
| Kroll | $0.00 | $0.00 | $0.00 | $0.00 | $71,902.85 | $71,902.85 | $71,902.85 |
| Seyfarth Shaw LP | $0.00 | $0.00 | $0.00 | $0.00 | $554,487.50 | $554,487.50 | $554,487.50 |
| Smith, Duggan and Cornell LLP | $20,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 |
| UPS | $0.00 | $172.70 | $0.00 | $0.00 | $2,172.25 | $2,344.95 | $2,344.95 |
| **TOTAL** | | **$2,999.63** | **$19,003.91** | **$0.00** | **$1,745,140.78** | **$1,787,631.82** | |

# Blue Sun Scientific

## AR Aging Summary

As of 28 Feb 2026

| Customer Name | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Total | Total (FCY) |
|---|---|---|---|---|---|---|---|
| ADM Laboratories LLC | $0.00 | $0.00 | $0.00 | $0.00 | $732.00 | $732.00 | $732.00 |
| AG Health Laboratories | $0.00 | $0.00 | $0.00 | $0.00 | $170.00 | $170.00 | $170.00 |
| AgLab Forages | $0.00 | $0.00 | $0.00 | $0.00 | $512.00 | $512.00 | $512.00 |
| AgPack LLC. | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Agrovive - OPSD | $1,750.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,750.00 | $1,750.00 |
| Auburn University Soil Testing Lab | $0.00 | $0.00 | $0.00 | $0.00 | $690.00 | $690.00 | $690.00 |
| Bright Pet Nutrition | $0.00 | $0.00 | $0.00 | $0.00 | $4,200.00 | $4,200.00 | $4,200.00 |
| Cumberland Valley Analytical Services | $0.00 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | $400.00 |
| Dairyland Labs | $0.00 | $0.00 | $0.00 | $0.00 | $1,340.00 | $1,340.00 | $1,340.00 |
| Honeyland AG Services | $0.00 | $0.00 | $0.00 | $0.00 | $4,720.00 | $4,720.00 | $4,720.00 |
| Idahoan Foods - Lewisville | $0.00 | $0.00 | $0.00 | $0.00 | $745.00 | $745.00 | $745.00 |
| Instrulab Instrumentos Para Laboratorio | $0.00 | $0.00 | $0.00 | $0.00 | $11,266.25 | $11,266.25 | $11,266.25 |
| KC Tech | $0.00 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 | $450.00 |
| Kent Nutrition - NY | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | $350.00 |
| Louisiana State University, School of Plant, Environmental & Soil Sciences | $0.00 | $0.00 | $0.00 | $0.00 | $980.00 | $980.00 | $980.00 |
| Luman Analytical And Maintenance Support SA de CV | $0.00 | $0.00 | $0.00 | $0.00 | $1,629.00 | $1,629.00 | $1,629.00 |
| McCormick Spice Mill - Hunt Valley | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Northwest Labs, LLC. | $0.00 | $0.00 | $0.00 | $0.00 | $185.00 | $185.00 | $185.00 |
| Praha Analytical Partners | $35,400.00 | $0.00 | $0.00 | $0.00 | $344,384.00 | $379,784.00 | $379,784.00 |
| Rock River Laboratory - Texas | $0.00 | $0.00 | $0.00 | $0.00 | $42,680.00 | $42,680.00 | $42,680.00 |
| Rock River Labs | $0.00 | $0.00 | $0.00 | $0.00 | $430.76 | $430.76 | $430.76 |
| SDK Laboratories, Inc. | $0.00 | $0.00 | $0.00 | $0.00 | $1,150.00 | $1,150.00 | $1,150.00 |
| See's Candies - Los Angeles | $0.00 | $0.00 | $0.00 | $0.00 | $1,360.00 | $1,360.00 | $1,360.00 |
| Sithiphorn Associate Company Limited | $0.00 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | $400.00 |
| SMI NIR Solutions | $0.00 | $0.00 | $0.00 | $0.00 | $520.00 | $520.00 | $520.00 |
| Specialty Feeds | $0.00 | $0.00 | $724.00 | $0.00 | $0.00 | $724.00 | $724.00 |

| Customer Name | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Total | Total (FCY) |
|---|---|---|---|---|---|---|---|
| Stanworth Crop Consulting | $0.00 | $0.00 | $0.00 | $0.00 | $615.00 | $615.00 | $615.00 |
| Sterling Specialty Chemicals | $0.00 | $0.00 | $0.00 | $850.00 | $0.00 | $850.00 | $850.00 |
| STL | $0.00 | $0.00 | $0.00 | $0.00 | $983.00 | $983.00 | $983.00 |
| Teva | $0.00 | $0.00 | $0.00 | $0.00 | $4,300.00 | $4,300.00 | $4,300.00 |
| UNION CENTRO VETERINARIO SRL | $0.00 | $0.00 | $0.00 | $0.00 | $1,100.00 | $1,100.00 | $1,100.00 |
| USDA - St. Paul | $0.00 | $0.00 | $0.00 | $0.00 | $590.00 | $590.00 | $590.00 |
| USDA-ARS Logan Utah | $0.00 | $0.00 | $0.00 | $0.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| Weld Laboratories | $0.00 | $0.00 | $0.00 | $0.00 | $1,520.00 | $1,520.00 | $1,520.00 |
| West Coast Reduction, Ltd. - Calgary | $0.00 | $0.00 | $0.00 | $0.00 | $1,010.00 | $1,010.00 | $1,010.00 |
| **TOTAL** | **$37,150.00** | **$0.00** | **$724.00** | **$850.00** | **$436,912.01** | **$475,636.01** | |

| Customer Name | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Total | Total (FCY) |
|---|---|---|---|---|---|---|---|

**DEBTOR:**        Blue Sun Scientific, LLC        **CASE:** 25-17998

**Form 2-C**

**For Month Ended:**    2/28/26

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Accrued / Withheld | Payments / Deposits | Ending Balance |
|---|---|---|---|---|
| Income Tax Withheld: | | | | |
| Federal | $ - | 2,060 | 2,060 | $ - |
| State | - | 1,189 | 1,189 | - |
| Local | - | - | - | - |
| FICA Tax Withheld | - | 1,530 | 1,530 | - |
| Employer's FICA Tax | - | 1,530 | 1,530 | - |
| Unemployment Tax | | | | |
| Federal | - | 112 | 112 | - |
| State | - | 304 | 304 | - |
| Sales, Use & Excise Taxes | - | - | | - |
| Property Taxes | - | - | - | - |
| Other: | - | - | - | |
| | | | | - |
| | | | | - |
| TOTALS | $ - | $ 6,724 | $ 6,724 | $ - |

*(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING*

| Due | Accounts Receivable | Post Petition Accounts Payables |
|---|---|---|
| Under 30 days | $ 37,150.00 | $ 23,487.13 |
| 30 to 60 days | 724.00 | 19,003.91 |
| 61 to 90 days | 850.00 | 0.00 |
| 91 to 120 days | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 |
| **Total Post Petition** | 38,724.00 | |
| **Pre Petition Amounts in Accounts Receivable** | 436,912.01 | |
| **Total Accounts Receivable** | $ 475,636.01 | |
| **Total Post Petition Accounts Payable** | | $ 42,491.04 |

*\* Attach the Total Page of the aging reports for accounts receivable and post-petition accounts payable.*

## Payroll Liability

| Total Cash Required | $21,694.51 |
| --- | --- |
| Debit for FSDD (Full Service Direct Deposit) | $15,221.45 |
| Debit for Taxes | $6,473.06 |

**Important Note**

Your cash required total does not include your fees for service. The invoice with the details of your fees will be sent the Monday after you process your payroll with the debit from your account occurring 3 banking days later.

Company: Blue Son Scientific LLC
Check dates from: 2/5/2026 - Payroll 1 to:
2/18/2026 - Payroll 1
Pay Period from: 01/19/2026 to: 02/15/2026

1 of 2

Date Printed: 04/01/2026 17:30
25449625 - KH/EA4

# Payroll Liability

**PAY FREQUENCY:   Biweekly**

**Net Pay**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Checks | | | | | | 0.00 | |
| **Subtotal Net Pay** | | | | | | | **0.00** |

**Taxes**

| | | | Deposit Responsibility Client | | Deposit Responsibility ADP | | |
|---|---|---|---|---|---|---|---|
| | Agency | Rate | EE withheld | ER   contrib | EE withheld | ER   contrib | |
| **Federal** | Federal Income Tax | | | | 2,059.70 | | 2,059.70 |
| | Social Security | | | | 1,240.02 | 1,240.00 | 2,480.02 |
| | Medicare | | | | 290.01 | 290.00 | 580.01 |
| | Federal Unemployment Tax Act | 0.6000 | | | | 14.30 | 14.30 |
| | **Subtotal Federal** | | | | **3,589.73** | **1,544.30** | **5,134.03** |
| **State** | CA State Income Tax | | | | 427.74 | | |
| | CA State Disability Insurance | | | | 100.00 | | |
| | **Subtotal CA** | | | | **527.74** | | **527.74** |
| | IL State Income Tax | | | | 380.78 | | |
| | IL State Unemployment (Employer) | 0.7500 | | | | 49.19 | |
| | **Subtotal IL** | | | | **380.78** | **49.19** | **429.97** |
| | MD State Income Tax | | | | 280.32 | | |
| | MD State Unemployment (Employer) | | | | | 101.00 | |
| | **Subtotal MD** | | | | **280.32** | **101.00** | **381.32** |
| | **Total Taxes** | | | | **4,778.57** | **1,694.49** | **6,473.06** |

| | | | | |
|---|---|---|---|---|
| **Other Transfers** | **Full Service Direct Deposit (FSDD)** | | 15,221.45 | 6 Employee Transactions |

**Total Biweekly Pay Frequency**

| | |
|---|---|
| **Total Direct Deposit (FSDD)** | $15,221.45 |
| **Total Taxes** | $6,473.06 |
| **Total Amount ADP Debited from your Account(s)** | $21,694.51 |

**Total For 2/5/2026 - Payroll 1 to 2/18/2026 - Payroll 1**

| | |
|---|---|
| **Total Direct Deposit (FSDD)** | $15,221.45 |
| **Total Taxes** | $6,473.06 |
| **Total Amount ADP Debited from your Account(s)** | $21,694.51 |

Company: Blue Son Scientific LLC
Check dates from: 2/5/2026 - Payroll 1 to:
2/18/2026 - Payroll 1
Pay Period from: 01/19/2026 to: 02/15/2026

2 of 2

Date Printed: 04/01/2026 17:30
25449625 - KH/EA4



**Atlantic Union Bank**®

PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | |
| Statement Date | 02/27/2026 |
| Statement Thru Date | 03/01/2026 |
| Check/Items Enclosed | 0 |
| Page | 1 |



00106865 M4389DDA022826055908 01 000000000 0106865 004

BLUE SUN SCIENTIFIC LLC
8017 DORSEY RUN RD STE H
JESSUP MD 20794-9372

### Customer Service Information

 **Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

**Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

**Visit Us Online:**
AtlanticUnionBank.com

Follow us on:
 

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Interest Paid In 2025 | Balance |
|---|---|---|---|
| FLEX BUSINESS CKING PLUS | ▉ | $0.24 | $18,856.63 |

## FLEX BUSINESS CKING PLUS                     Account Number: ▉

**Account Owner(s):   BLUE SUN SCIENTIFIC LLC**

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 02/01/2026** | **-$134.27** |
| + Deposits and Credits  (12) | $135,365.06 |
| - Withdrawals and Debits  (19) | $116,374.16 |
| **Ending Balance as of 02/28/2026** | **$18,856.63** |
| Service Charges for Period | $0.00 |
| Average Collected for Period | $2,773.00 |
| Minimum Balance for Period | -$289.00 |

### Earnings Summary

| | |
|---|---|
| Interest for Period Ending 02/28/2026 | $0.06 |
| Interest Paid Year to Date | $0.12 |
| Annual Percentage Yield Earned (APYE) | 0.03% |
| Average Balance for APYE | $2,773.17 |
| Number of Days for APYE | 28 |

### TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Feb 01 | BEGINNING BALANCE | | | -$134.27 |



# PLAN FOR YOUR FUTURE

The best retirement plan option for business owners is the one that can meet both your personal financial objectives and your business goals. **Contact your Relationship Manager to choose an IRA plan that works best for you and your business.**


MEMBER FDIC

## Change of Address

Please change my
mailing address on the
accounts listed below:

Please detach and mail to:

ATLANTIC UNION BANK
P.O. BOX 5568
GLEN ALLEN, VA 23058

☐ Acct #

☐ Acct #

☐ Acct #

☐ Acct #

☐ Acct #

☐ Other

☐ Other

_____
NUMBER AND STREET

_____
CITY AND STATE

_____          _____
DATE                                    AUTHORIZED SIGNATURE

---

## Checkbook Reconciliation

### Checks Outstanding

| DATE OR NUMBER | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL** |  |

**Enter**
BALANCE THIS STATEMENT  $ _____

**Add**
DEPOSITS NOT CREDITED
ON THIS STATEMENT        _____

                         _____

**Total**                 _____

**Subtract**
CHECKS OUTSTANDING       _____

**Balance**           $ _____

SHOULD AGREE WITH YOUR
CHECKBOOK BALANCE AFTER
DEDUCTING CHARGES AND
ADDING CREDITS INCLUDED ON
THIS STATEMENT, BUT NOT SHOWN
IN YOUR CHECKBOOK.

*Please report any discrepancies within 14 days

---

### Important Notice Concerning Electronic Fund Transfers
*(applies to consumer accounts only)*

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (employer or governmental direct deposits of pay or benefits, and payments you have authorized for direct deduction from your account) call us at 800.990.4828 or write us at the address on the front of this statement.

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**PREAUTHORIZED DEPOSITS**

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at 800.990.4828 to find out whether or not the deposit was made as scheduled.



| | Account Number | |
|---|---|---|
| | Statement Date | 02/27/2026 |
| | Statement Thru Date | 03/01/2026 |
| | Page | 2 |

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Feb 04 | ADP PAYROLL FEES/ADP FEES | | 117.60 | -251.87 |
| | 711931039BLUE SON SCIE | | | |
| Feb 04 | OVERDRAFT CHARGE | | 38.00 | -289.87 |
| Feb 05 | FUNDS TRANSFER VIA ONLINE FROM:  0801 | 11,200.00 | | 10,910.13 |
| Feb 05 | ADP TAX/ADP TAX | | 3,256.99 | 7,653.14 |
| | BLUE SON SCIENTIFIC LL | | | |
| Feb 05 | ADP WAGE PAY/WAGE PAY | | 7,610.72 | 42.42 |
| | BLUE SON SCIENTIFIC LL | | | |
| Feb 06 | FUNDS TRANSFER VIA ONLINE FROM:  0801 | 21,000.00 | | 21,042.42 |
| Feb 06 | WIRE/OUT BNF:SMITH DUGGAN CORNELL & GOLL | | 20,000.00 | 1,042.42 |
| Feb 06 | ADP PAYROLL FEES/ADP FEES | | 350.00 | 692.42 |
| | 712175715BLUE SON SCIE | | | |
| Feb 09 | FUNDS TRANSFER VIA ONLINE FROM:  0801 | 750.00 | | 1,442.42 |
| Feb 10 | ACH PAYMENTS TRACKING ID:5716789 TO:  74 | | 1,006.73 | 435.69 |
| | 43 | | | |
| Feb 11 | UPS FROM:  0801 | 1,500.00 | | 1,935.69 |
| Feb 12 | RG EXPENSES FROM:  0801 | 2,800.00 | | 4,735.69 |
| Feb 12 | FUNDS TRANSFER VIA ONLINE FROM:  0801 | 33,500.00 | | 38,235.69 |
| Feb 12 | WIRE/OUT BNF:INNOVATIVE TECHNOLOGIES GRO | | 33,150.00 | 5,085.69 |
| Feb 12 | UPSBILLCTR/PAYMENT | | 950.13 | 4,135.56 |
| | LOG IN TO THE UPS BILLING CENTER FOR PAY | | | |
| | MENT DETAILS. | | | |
| | SANDY SPRING BANK | | | |
| Feb 12 | ACH PAYMENTS TRACKING ID:5769664 TO:  74 | | 2,738.34 | 1,397.22 |
| | 43 | | | |
| Feb 13 | ADP PAYROLL FEES/ADP FEES | | 217.66 | 1,179.56 |
| | 713033360BLUE SON SCIE | | | |
| Feb 13 | UPSBILLCTR/PAYMENT | | 576.59 | 602.97 |
| | LOG IN TO THE UPS BILLING CENTER FOR PAY | | | |
| | MENT DETAILS. | | | |
| | SANDY SPRING BANK | | | |
| Feb 18 | FUNDS TRANSFER VIA ONLINE FROM:  0801 | 10,250.00 | | 10,852.97 |
| Feb 18 | ADP TAX/ADP TAX | | 3,216.07 | 7,636.90 |
| | BLUE SON SCIENTIFIC LL | | | |
| Feb 18 | ADP WAGE PAY/WAGE PAY | | 7,610.73 | 26.17 |
| | BLUE SON SCIENTIFIC LL | | | |
| Feb 20 | NSF CHARGE | | 38.00 | -11.83 |
| Feb 23 | FUNDS TRANSFER VIA ONLINE FROM:  0801 | 25.00 | | 13.17 |
| Feb 25 | DAIRYLAND LABORA/RECEIVABLE | 14,440.00 | | 14,453.17 |
| | 026BYSTRX1TSB1J DAIRYLAND LABORA BILL.CO | | | |
| | M INV INV-000967 | | | |
| | BLUE SUN SCIENTIFIC | | | |
| Feb 25 | ACH PAYMENTS TRACKING ID:5971862 TO:  74 | | 2,020.94 | 12,432.23 |
| | 43 | | | |
| Feb 25 | MONTHLY MAINTENANCE FEES | | 95.00 | 12,337.23 |
| Feb 26 | FUNDS TRANSFER VIA ONLINE FROM:  0801 | 38,000.00 | | 50,337.23 |
| Feb 26 | WIRE/OUT BNF:INNOVATIVE TECHNOLOGIES GRO | | 33,163.00 | 17,174.23 |
| Feb 27 | FUNDS TRANSFER VIA ONLINE FROM:  0801 | 1,900.00 | | 19,074.23 |
| Feb 27 | ADP PAYROLL FEES/ADP FEES | | 217.66 | 18,856.57 |
| | 714420827BLUE SON SCIE | | | |
| Feb 27 | INTEREST EARNED | 0.06 | | 18,856.63 |
| Mar 01 | ENDING BALANCE | | | $18,856.63 |

00106865 0389596 0002-0003





**Atlantic Union Bank**®

PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | |
| Statement Date | 02/27/2026 |
| Statement Thru Date | 03/01/2026 |
| Check/Items Enclosed | 0 |
| Page | 1 |



00117008 M4389DDA022826055908 01 000000000 0117008 003

BLUE SUN SCIENTIFIC LLC
DEBTOR IN POSSESSION 25-17998
8017 DORSEY RUN RD STE H
JESSUP MD 20794-9372

### Customer Service Information

 **Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

 **Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

 **Visit Us Online:**
AtlanticUnionBank.com

**Follow us on:**

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY



| Account Type | Account Number | Interest Paid In 2025 | Balance |
|---|---|---|---|
| FLEX BUSINESS CHECKING | ▇▇▇▇ | $0.00 | $50.56 |

## FLEX BUSINESS CHECKING
**Account Number:** ▇▇▇▇

**Account Owner(s):   BLUE SUN SCIENTIFIC LLC**
**DEBTOR IN POSSESSION 25-17998**

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 02/01/2026** | **$15,798.10** |
| + Deposits and Credits  (8) | $107,314.51 |
| - Withdrawals and Debits  (14) | $123,062.05 |
| **Ending Balance as of 02/28/2026** | **$50.56** |
| Service Charges for Period | $15.00 |
| Average Balance for Period | $6,584.00 |
| Average Collected for Period | $6,584.00 |
| Minimum Balance for Period | $50.00 |




# PLAN FOR YOUR FUTURE

The best retirement plan option for business owners is the one that can meet both your personal financial objectives and your business goals. **Contact your Relationship Manager to choose an IRA plan that works best for you and your business.**



## Change of Address

Please change my mailing address on the accounts listed below:

☐ Acct # _____

☐ Acct # _____

☐ Acct # _____

☐ Acct # _____

☐ Acct # _____

☐ Other _____

☐ Other _____

Please detach and mail to:

ATLANTIC UNION BANK
P.O. BOX 5568
GLEN ALLEN, VA 23058

_____
NUMBER AND STREET

_____
CITY AND STATE

_____  _____
DATE                 AUTHORIZED SIGNATURE

---

## Checkbook Reconciliation

### Checks Outstanding

| DATE OR NUMBER | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

**Enter**
BALANCE THIS STATEMENT  $ _____

**Add**
DEPOSITS NOT CREDITED
ON THIS STATEMENT        _____

_____

**Total**                _____

**Subtract**
CHECKS OUTSTANDING       _____

**Balance**            $ _____

SHOULD AGREE WITH YOUR
CHECKBOOK BALANCE AFTER
DEDUCTING CHARGES AND
ADDING CREDITS INCLUDED ON
THIS STATEMENT, BUT NOT SHOWN
IN YOUR CHECKBOOK.

*Please report any discrepancies within 14 days

---

## Important Notice Concerning Electronic Fund Transfers
### (applies to consumer accounts only)

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (employer or governmental direct deposits of pay or benefits, and payments you have authorized for direct deduction from your account) call us at 800.990.4828 or write us at the address on the front of this statement.

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### PREAUTHORIZED DEPOSITS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at 800.990.4828 to find out whether or not the deposit was made as scheduled.

00117008 0424840 0000-0002 M4389DDA022826055908 01  L  00117008



| | | Account Number | |
|---|---|---|---|
| | | Statement Date | 02/27/2026 |
| | | Statement Thru Date | 03/01/2026 |
| | | Page | 2 |

## TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Feb 01 | BEGINNING BALANCE | | | $15,798.10 |
| Feb 05 | STRIPE/TRANSFER<br>BLUE SUN SCIENTIFIC LL | 1,669.82 | | 17,467.92 |
| Feb 05 | FUNDS TRANSFER VIA ONLINE TO:  8801 | | 11,200.00 | 6,267.92 |
| Feb 06 | WIRE/IN ORG:PRAHA ANALYTICAL PARTNERS S. | 225.00 | | 6,492.92 |
| Feb 06 | WIRE/IN ORG:PRAHA ANALYTICAL PARTNERS S. | 19,900.00 | | 26,392.92 |
| Feb 06 | THE HARTFORD/INSPMTCL<br>BLUE SUN SCIENTIFIC LL | | 86.63 | 26,306.29 |
| Feb 06 | FUNDS TRANSFER VIA ONLINE TO:  8801 | | 21,000.00 | 5,306.29 |
| Feb 09 | FUNDS TRANSFER VIA ONLINE TO:  8801 | | 750.00 | 4,556.29 |
| Feb 11 | GOOGLE/ACCTVERIFY<br>BLUE SUN SCIENTIFIC LL | 0.22 | | 4,556.51 |
| Feb 11 | STRIPE/TRANSFER<br>BLUE SUN SCIENTIFIC LL | 4,449.50 | | 9,006.01 |
| Feb 11 | UPS TO:  8801 | | 1,500.00 | 7,506.01 |
| Feb 12 | STRIPE/TRANSFER<br>BLUE SUN SCIENTIFIC LL | 1,329.97 | | 8,835.98 |
| Feb 12 | VISTA SALES CONS/SENDER<br>BLUE SUN SCIENTI | 40,770.00 | | 49,605.98 |
| Feb 12 | RG EXPENSES TO:  8801 | | 2,800.00 | 46,805.98 |
| Feb 12 | FUNDS TRANSFER VIA ONLINE TO:  8801 | | 33,500.00 | 13,305.98 |
| Feb 13 | TATCH CO/ONLINE PAY<br>IRVIN LUCAS | | 1,391.35 | 11,914.63 |
| Feb 17 | GOOGLE/ADWORDS:38<br>BLUE SUN SCIENTIFIC LL | | 644.07 | 11,270.56 |
| Feb 18 | FUNDS TRANSFER VIA ONLINE TO:  8801 | | 10,250.00 | 1,020.56 |
| Feb 23 | FUNDS TRANSFER VIA ONLINE TO:  8801 | | 25.00 | 995.56 |
| Feb 25 | MONTHLY MAINTENANCE FEES | | 15.00 | 980.56 |
| Feb 26 | WIRE/IN ORG:VISTA SALES CONSULTING LLC | 38,970.00 | | 39,950.56 |
| Feb 26 | FUNDS TRANSFER VIA ONLINE TO:  8801 | | 38,000.00 | 1,950.56 |
| Feb 27 | FUNDS TRANSFER VIA ONLINE TO:  8801 | | 1,900.00 | 50.56 |
| Mar 01 | ENDING BALANCE | | | $50.56 |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

