UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

IN RE:                                         *

BLUE SUN SCIENTIFIC, LLC          *     No.  25-17998-DER
                                                       Chapter 11

          Debtor                              *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN RE:                                         *

THE INNOVATIVE TECHNOLOGIES   *     No.  25-18000-DER
 GROUP & CO., LTD                            Chapter 11
                                                  *

          Debtor                                     Jointly administered under Case No.
                                                       25-17998-DER

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CONSENT ORDER FURTHER EXTENDING EXCLUSIVE PERIODS TO FILE PLANS
OF REORGANIZATION AND OBTAIN ACCEPTANCES THERETO

Upon Debtors' Consent Emergency Motion for Order Briefly Further Extending

Exclusive Periods to File Plans of Reorganization and Obtain Acceptances Thereto (the "Consent

Motion") filed by the above-captioned debtors and debtors-in-possession (the "Debtors"); the

Court having determined that, under the facts presented, cause existed to further extend the

deadlines as provided in the Consent Motion, it is this day, by the United States Bankruptcy

Court for the District of Maryland:

ORDERED, that the Consent Motion be, and hereby is, GRANTED; and it is further

ORDERED, that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006; and it is further

ORDERED, that the Debtors' exclusive period for filing their Plans of Reorganization, as described in 11 U.S.C. § 1121(b), is extended until April 30, 2026; and it is further

ORDERED, that the period described in 11 U.S.C. § 1121(c)(3) for obtaining acceptance of any Plans filed is extended until Monday June 29, 2026; and it is further

ORDERED, that the entry of this Order is without prejudice to the Debtors' right to seek from this Court such additional and further extensions of the exclusive periods within which to file and obtain acceptance of their plans of reorganization as may be necessary or appropriate based upon the facts and circumstances that exist at that time; and it is further

ORDERED, that this Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order. cc:

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854

Jeffrey M. Orenstein, Esq.
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465
Rockville, Maryland  20850

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 W. Lombard Street
Suite 2625
Baltimore, Maryland 21202

Addison J. Chappell, Esq.
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202

Carol J. Hulme, Esq.
General Attorney
Baltimore/Richmond Offices
Office of General Counsel
U.S. Small Business Administration

Michael D. Nord, Esq.
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202

**END OF ORDER**