United States Bankruptcy Court

District of Maryland

In re: | Case No. 25-17998-DER

Blue Sun Scientific, LLC

The Innovative Technologies Group & Co.,

    Debtors

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 08, 2026 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion04.ba.ecf@usdoj.gov | Apr 08 2026 19:19:00 | Hugh M. Bernstein, Esq., Office of the United States Trustee, 101 W. Lombard Street, Suite 2625, Baltimore, Maryland 21201-2668 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | | Carol J. Hulme, Esq., General Attorney, Baltimore/Richmond Offices, Office of General Counsel, U.S. Small Business Administration |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Addison J. Chappell | achappell@milesstockbridge.com |
| Elizabeth Drayden Peters | epeters@gebsmith.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |

District/off: 0416-1                    User: admin                              Page 2 of 2
Date Rcvd: Apr 08, 2026                 Form ID: pdfparty                        Total Noticed: 1

Jeffrey M. Orenstein
                      jorenstein@wolawgroup.com

Matthew Eliot Abbott
                      MAbbott@wolawgroup.com  KDriscoll@wolawgroup.com

Maurice Belmont VerStandig
                      mac@mbvesq.com
                      lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Michael Benjamin Brown
                      mbbrown@milesstockbridge.com  jdiaz@milesstockbridge.com

Michael David Nord
                      mnord@gebsmith.com

Patricia B. Jefferson
                      pjefferson@milesstockbridge.com

US Trustee - Baltimore
                      USTPRegion04.BA.ECF@USDOJ.GOV


TOTAL: 10

Entered: April 8th, 2026
Signed: April 7th, 2026

**SO ORDERED**

No further notice or opportunity for hearing is required under the particular circumstances of this case. 11 U.S.C. § 102(1).



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| BLUE SUN SCIENTIFIC, LLC | * | No.  25-17998-DER |
| | | Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| IN RE: | * | |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD | * | No.  25-18000-DER |
| | | Chapter 11 |
| | * | |
| Debtor | | Jointly administered under Case No. 25-17998-DER |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CONSENT ORDER FURTHER EXTENDING EXCLUSIVE PERIODS TO FILE PLANS OF REORGANIZATION AND OBTAIN ACCEPTANCES THERETO

Upon Debtors' Consent Emergency Motion for Order Briefly Further Extending Exclusive Periods to File Plans of Reorganization and Obtain Acceptances Thereto (the "Consent Motion") filed by the above-captioned debtors and debtors-in-possession (the "Debtors"); the Court having determined that, under the facts presented, cause existed to further extend the deadlines as provided in the Consent Motion, it is this day, by the United States Bankruptcy Court for the District of Maryland:

ORDERED, that the Consent Motion be, and hereby is, GRANTED; and it is further

ORDERED, that all time periods set forth in this Order shall be calculated in accordance with

Bankruptcy Rule 9006; and it is further

ORDERED, that the Debtors' exclusive period for filing their Plans of Reorganization, as

described in 11 U.S.C. § 1121(b), is extended until April 30, 2026; and it is further

ORDERED, that the period described in 11 U.S.C. § 1121(c)(3) for obtaining acceptance

of any Plans filed is extended until Monday June 29, 2026; and it is further

ORDERED, that the entry of this Order is without prejudice to the Debtors' right to seek

from this Court such additional and further extensions of the exclusive periods within which to

file and obtain acceptance of their plans of reorganization as may be necessary or appropriate

based upon the facts and circumstances that exist at that time; and it is further

ORDERED, that this Court retains exclusive jurisdiction with respect to all matters

arising from or related to the implementation, interpretation, and enforcement of this Order. cc:

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854

Jeffrey M. Orenstein, Esq.
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465
Rockville, Maryland  20850

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 W. Lombard Street
Suite 2625
Baltimore, Maryland 21202

Addison J. Chappell, Esq.
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202

Carol J. Hulme, Esq.
General Attorney
Baltimore/Richmond Offices
Office of General Counsel
U.S. Small Business Administration

Michael D. Nord, Esq.
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202

**END OF ORDER**