**Total Profits in 5 Years $ 871,650.00**

### Year 1

| | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | Year 1 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Cash Receipts | $ 76,000.00 | $ 76,000.00 | $ 76,000.00 | $ 76,000.00 | $ 89,000.00 | $ 89,000.00 | $ 81,000.00 | $ 81,000.00 | $ 104,000.00 | $ 104,000.00 | $ 76,000.00 | $ 76,000.00 | $ 1,004,000.00 |
| Estimated Cash Disbursements | | | | | | | | | | | | | |
| Payroll (W2 and 1099) | $ 24,750.00 | $ 24,750.00 | $ 24,750.00 | $ 24,750.00 | $ 24,750.00 | $ 24,750.00 | $ 24,750.00 | $ 24,750.00 | $ 26,000.00 | $ 26,000.00 | $ 26,000.00 | $ 26,000.00 | $ 302,000.00 |
| G&A | $ 37,000.00 | $ 37,000.00 | $ 37,000.00 | $ 37,000.00 | $ 42,000.00 | $ 42,000.00 | $ 42,000.00 | $ 42,000.00 | $ 48,000.00 | $ 48,000.00 | $ 37,000.00 | $ 37,000.00 | $ 486,000.00 |
| Legal Fees | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 54,000.00 |
| US Trustee Fees | $ - | $ - | $ 1,950.00 | $ - | $ - | $ - | $ 1,950.00 | $ - | $ 1,950.00 | $ - | $ - | $ 1,950.00 | $ 7,800.00 |
| Estimated Total Cash Disbursements | $ 66,250.00 | $ 66,250.00 | $ 68,200.00 | $ 66,250.00 | $ 71,250.00 | $ 73,200.00 | $ 71,250.00 | $ 71,250.00 | $ 80,450.00 | $ 78,500.00 | $ 67,500.00 | $ 69,450.00 | $ 849,800.00 |
| Profit | $ 9,750.00 | $ 9,750.00 | $ 7,800.00 | $ 9,750.00 | $ 17,750.00 | $ 15,800.00 | $ 9,750.00 | $ 9,750.00 | $ 23,550.00 | $ 25,500.00 | $ 8,500.00 | $ 6,550.00 | $ 154,200.00 |

### Year 2

| | Month 13 | Month 14 | Month 15 | Month 16 | Month 17 | Month 18 | Month 19 | Month 20 | Month 21 | Month 22 | Month 23 | Month 24 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Cash Receipts | $ 91,000.00 | $ 91,000.00 | $ 91,000.00 | $ 91,000.00 | $ 101,800.00 | $ 101,800.00 | $ 91,000.00 | $ 91,000.00 | $ 125,000.00 | $ 125,000.00 | $ 101,800.00 | $ 101,800.00 | $ 1,203,200.00 |
| Estimated Cash Disbursements | | | | | | | | | | | | | |
| Payroll (W2 and 1099) | $ 26,000.00 | $ 26,000.00 | $ 26,000.00 | $ 26,000.00 | $ 26,000.00 | $ 26,000.00 | $ 26,000.00 | $ 26,000.00 | $ 32,000.00 | $ 32,000.00 | $ 32,000.00 | $ 32,000.00 | $ 336,000.00 |
| G&A | $ 42,000.00 | $ 42,000.00 | $ 42,000.00 | $ 42,000.00 | $ 48,000.00 | $ 48,000.00 | $ 42,000.00 | $ 42,000.00 | $ 56,000.00 | $ 56,000.00 | $ 48,000.00 | $ 48,000.00 | $ 556,000.00 |
| Legal Fees | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 54,000.00 |
| US Trustee Fees | $ - | $ - | $ 1,950.00 | $ - | $ - | $ - | $ 1,950.00 | $ - | $ 1,950.00 | $ - | $ - | $ 1,950.00 | $ 7,800.00 |
| Estimated Total Cash Disbursements | $ 72,500.00 | $ 72,500.00 | $ 74,450.00 | $ 72,500.00 | $ 78,500.00 | $ 80,450.00 | $ 72,500.00 | $ 72,500.00 | $ 94,450.00 | $ 92,500.00 | $ 84,500.00 | $ 86,450.00 | $ 953,800.00 |
| Profit | $ 18,500.00 | $ 18,500.00 | $ 16,550.00 | $ 18,500.00 | $ 23,300.00 | $ 21,350.00 | $ 18,500.00 | $ 18,500.00 | $ 30,550.00 | $ 32,500.00 | $ 17,300.00 | $ 15,350.00 | $ 249,400.00 |

### Year 3

| | Month 25 | Month 26 | Month 27 | Month 28 | Month 29 | Month 30 | Month 31 | Month 32 | Month 33 | Month 34 | Month 35 | Month 36 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Cash Receipts | $ 108,000.00 | $ 108,000.00 | $ 108,000.00 | $ 108,000.00 | $ 126,000.00 | $ 126,000.00 | $ 115,000.00 | $ 131,800.00 | $ 156,500.00 | $ 156,500.00 | $ 126,300.00 | $ 126,300.00 | $ 1,496,400.00 |
| Estimated Cash Disbursements | | | | | | | | | | | | | |
| Payroll (W2 and 1099) | $ 32,000.00 | $ 32,000.00 | $ 32,000.00 | $ 32,000.00 | $ 32,000.00 | $ 32,000.00 | $ 32,000.00 | $ 32,000.00 | $ 33,500.00 | $ 33,500.00 | $ 33,500.00 | $ 33,500.00 | $ 390,000.00 |
| G&A | $ 64,400.00 | $ 64,400.00 | $ 64,400.00 | $ 64,400.00 | $ 77,900.00 | $ 77,900.00 | $ 72,000.00 | $ 77,900.00 | $ 88,000.00 | $ 88,000.00 | $ 77,900.00 | $ 77,900.00 | $ 895,100.00 |
| Legal Fees | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 13,500.00 |
| US Trustee Fees | $ - | $ - | $ 4,875.00 | $ - | $ - | $ - | $ 4,875.00 | $ - | $ - | $ 4,875.00 | $ - | $ 4,875.00 | $ 19,500.00 |
| Estimated Total Cash Disbursements | $ 100,900.00 | $ 100,900.00 | $ 105,775.00 | $ 96,400.00 | $ 109,900.00 | $ 114,775.00 | $ 104,000.00 | $ 109,900.00 | $ 126,375.00 | $ 121,500.00 | $ 111,400.00 | $ 116,275.00 | $ 1,318,100.00 |
| Profit | $ 7,100.00 | $ 7,100.00 | $ 2,225.00 | $ 11,600.00 | $ 16,100.00 | $ 11,225.00 | $ 11,000.00 | $ 21,900.00 | $ 30,125.00 | $ 35,000.00 | $ 14,900.00 | $ 10,025.00 | $ 178,300.00 |

### Year 4

| | Month 37 | Month 38 | Month 39 | Month 40 | Month 41 | Month 42 | Month 43 | Month 44 | Month 45 | Month 46 | Month 47 | Month 48 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Cash Receipts | $ 116,300.00 | $ 116,300.00 | $ 116,300.00 | $ 116,300.00 | $ 132,050.00 | $ 132,050.00 | $ 116,300.00 | $ 116,300.00 | $ 164,000.00 | $ 164,000.00 | $ 132,050.00 | $ 132,050.00 | $ 1,554,000.00 |
| Estimated Cash Disbursements | | | | | | | | | | | | | |
| Payroll (W2 and 1099) | $ 33,500.00 | $ 33,500.00 | $ 33,500.00 | $ 33,500.00 | $ 33,500.00 | $ 33,500.00 | $ 33,500.00 | $ 33,500.00 | $ 35,200.00 | $ 35,200.00 | $ 35,200.00 | $ 35,200.00 | $ 408,800.00 |
| G&A | $ 74,612.50 | $ 74,612.50 | $ 74,612.50 | $ 74,612.50 | $ 91,532.50 | $ 91,532.50 | $ 74,612.50 | $ 74,612.50 | $ 88,000.00 | $ 88,000.00 | $ 91,532.50 | $ 91,532.50 | $ 989,805.00 |
| Legal Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| US Trustee Fees | $ - | $ - | $ 4,875.00 | $ - | $ - | $ - | $ 4,875.00 | $ - | $ - | $ 4,875.00 | $ - | $ 4,875.00 | $ 19,500.00 |
| Estimated Total Cash Disbursements | $ 108,112.50 | $ 108,112.50 | $ 112,987.50 | $ 108,112.50 | $ 125,032.50 | $ 129,907.50 | $ 108,112.50 | $ 108,112.50 | $ 128,075.00 | $ 123,200.00 | $ 126,732.50 | $ 131,607.50 | $ 1,418,105.00 |
| Profit | $ 8,187.50 | $ 8,187.50 | $ 3,312.50 | $ 8,187.50 | $ 7,017.50 | $ 2,142.50 | $ 8,187.50 | $ 8,187.50 | $ 35,925.00 | $ 40,800.00 | $ 5,317.50 | $ 442.50 | $ 135,895.00 |

### Year 5

| | Month 49 | Month 50 | Month 51 | Month 52 | Month 53 | Month 54 | Month 55 | Month 56 | Month 57 | Month 58 | Month 59 | Month 60 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Cash Receipts | $ 132,050.00 | $ 132,050.00 | $ 132,050.00 | $ 132,050.00 | $ 144,200.00 | $ 144,200.00 | $ 132,050.00 | $ 132,050.00 | $ 174,900.00 | $ 174,900.00 | $ 144,200.00 | $ 144,200.00 | $ 1,718,900.00 |
| Estimated Cash Disbursements | | | | | | | | | | | | | |
| Payroll (W2 and 1099) | $ 35,200.00 | $ 35,200.00 | $ 35,200.00 | $ 35,200.00 | $ 35,200.00 | $ 35,200.00 | $ 35,200.00 | $ 35,200.00 | $ 37,050.00 | $ 37,050.00 | $ 37,050.00 | $ 37,050.00 | $ 429,800.00 |
| G&A | $ 91,532.50 | $ 91,532.50 | $ 91,532.50 | $ 91,532.50 | $ 91,532.50 | $ 91,532.50 | $ 91,532.50 | $ 91,532.50 | $ 100,210.00 | $ 100,210.00 | $ 91,532.50 | $ 91,532.50 | $ 1,115,745.00 |
| Legal Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| US Trustee Fees | $ - | $ - | $ 4,875.00 | $ - | $ - | $ - | $ 4,875.00 | $ - | $ - | $ 4,875.00 | $ - | $ - | $ 19,500.00 |
| Estimated Total Cash Disbursements | $ 126,732.50 | $ 126,732.50 | $ 131,607.50 | $ 126,732.50 | $ 126,732.50 | $ 131,607.50 | $ 126,732.50 | $ 126,732.50 | $ 142,135.00 | $ 137,260.00 | $ 128,582.50 | $ 133,457.50 | $ 1,565,045.00 |
| Profit | $ 5,317.50 | $ 5,317.50 | $ 442.50 | $ 5,317.50 | $ 17,467.50 | $ 12,592.50 | $ 5,317.50 | $ 5,317.50 | $ 32,765.00 | $ 37,640.00 | $ 15,617.50 | $ 10,742.50 | $ 153,855.00 |

# APPENDIX B