# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:    Case No.: **25–17998 – DER**    Chapter: **11**

**Blue Sun Scientific, LLC and
The Innovative Technologies Group & Co., LTD**
Debtors

# NOTICE

In person hearing Courtroom 9–D Baltimore, Judge Rice.

PLEASE TAKE NOTICE that a hearing will be held on 7/22/26 at 02:30 PM to consider and act upon the following:

88 – Motion to Extend Time for Exclusivity Period for Obtaining Approval of Plan Filed by The Innovative Technologies Group & Co., LTD. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Orenstein, Jeffrey)

90 – Objection on behalf of KPM Analytics North America Corporation Filed by Addison J. Chappell (related document(s)88 Motion to Extend Time filed by Interested Party The Innovative Technologies Group & Co., LTD, Jointly Administered Debtor The Innovative Technologies Group & Co., LTD). (Chappell, Addison)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 6/23/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410–962–7769

Form ntchrgmdb (rev. 08/13/2024)