United States Bankruptcy Court

District of Maryland

In re:                                                                                                 Case No. 25-17998-DER

Blue Sun Scientific, LLC                                                              Chapter 11

The Innovative Technologies Group & Co.,

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 23, 2026 | Form ID: ntchrgb2 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Blue Sun Scientific, LLC, 8017 Dorsey Run Rd, Suite H, Jessup, MD 20794-9372 |
| aty | + | Wolff & Orenstein, LLC, 15245 Shady Grove Road, Suite 465, Rockville, MD 20850-7203 |
| sp | + | Dana Zakarian, Smith Duggan Cornell & Gollub LLP, 55 Old Bedford Road, Suite 300, Lincoln, MA 01773-1125 |
| cr | + | KPM Analytics North America Corporation, c/o Miles & Stockbridge P.C., Addison J. Chappell, Esquire, 100 Light Street, 7th Floor, Baltimore, MD 21202-1153 |
| cr | + | Sandy Spring Bank, a division of Atlantic Union Ba, c/o Michael D. Nord, Gebhardt & Smith LLP, 1 South Street, Suite 2200, Baltimore, MD 21202-3343 |
| jadb | + | The Innovative Technologies Group & Co., LTD, 8017 Dorsey Run Road, Suite H, Jessup, MD 20794-9372 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | *+ | The Innovative Technologies Group & Co., LTD, 8017 Dorsey Run Road, Suite H, Jessup, MD 20794-9372 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Addison J. Chappell | achappell@milesstockbridge.com |
| Elizabeth Drayden Peters | |

District/off: 0416-1                          User: admin                                    Page 2 of 2
Date Rcvd: Jun 23, 2026                       Form ID: ntchrgb2                              Total Noticed: 6

epeters@gebsmith.com

Hugh M. (UST) Bernstein
hugh.m.bernstein@usdoj.gov

Jeffrey M. Orenstein
jorenstein@wolawgroup.com

Matthew Eliot Abbott
MAbbott@wolawgroup.com   KDriscoll@wolawgroup.com

Maurice Belmont VerStandig
mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,versta
ndiglaw@recap.email

Michael Benjamin Brown
mbbrown@milesstockbridge.com   jdiaz@milesstockbridge.com

Michael David Nord
mnord@gebsmith.com

Patricia B. Jefferson
pjefferson@milesstockbridge.com

US Trustee - Baltimore
USTPRegion04.BA.ECF@USDOJ.GOV


TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

---

In re:     Case No.: **25–17998 – DER**     Chapter: **11**

**Blue Sun Scientific, LLC and**
**The Innovative Technologies Group & Co., LTD**
Debtors

---

## NOTICE

In person hearing Courtroom 9–D Baltimore, Judge Rice.

PLEASE TAKE NOTICE that a hearing will be held on 7/22/26 at 02:30 PM to consider and act upon the following:

88 – Motion to Extend Time for Exclusivity Period for Obtaining Approval of Plan Filed by The Innovative Technologies Group & Co., LTD. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Orenstein, Jeffrey)

90 – Objection on behalf of KPM Analytics North America Corporation Filed by Addison J. Chappell (related document(s)88 Motion to Extend Time filed by Interested Party The Innovative Technologies Group & Co., LTD, Jointly Administered Debtor The Innovative Technologies Group & Co., LTD). (Chappell, Addison)

---

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

---

Dated: 6/23/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410–962–7769

Form ntchrgmdb (rev. 08/13/2024)