# UNITED STATES BANKRUPTCY COURT

DISTRICT OF   MARYLAND

In Re.  Blue Sun Scientific, LLC

§
§
§
§

Debtor(s)

Case No.   25-17998

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 03/31/2026

Petition Date: 08/29/2025

Months Pending: 7

Industry Classification: | 3 | 3 | 4 | 5 |

Reporting Method:          Accrual Basis  ◉          Cash Basis  ○

Debtor's Full-Time Employees (current):          3

Debtor's Full-Time Employees (as of date of order for relief):          3

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐          Statement of cash receipts and disbursements
☐          Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐          Statement of operations (profit or loss statement)
☐          Accounts receivable aging
☐          Postpetition liabilities aging
☐          Statement of capital assets
☐          Schedule of payments to professionals
☐          Schedule of payments to insiders
☐          All bank statements and bank reconciliations for the reporting period
☐          Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Irvin Lucas

Signature of Responsible Party

06/29/2026

Date

Irvin Lucas

Printed Name of Responsible Party

8017 Dorsey Run Rd, Suite H
Jesseup, MD 20794-9372

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. §
1320.4(a)(2) applies.

Debtor's Name  Blue Sun Scientific, LLC                                  Case No.  25-17998

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $19,247 | |
| b. Total receipts (net of transfers between accounts) | $148,892 | $694,923 |
| c. Total disbursements (net of transfers between accounts) | $166,323 | $698,903 |
| d. Cash balance end of month (a+b-c) | $1,816 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $166,323 | $698,903 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $554,793 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $436,912 |
| c. Inventory (Book ◯ Market ◯ Other ⦿ (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $56,610 |
| f. Postpetition payables (excluding taxes) | $169,408 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $169,408 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $18,571 |
| m. Prepetition unsecured debt | $6,311,336 |
| n. Total liabilities (debt) (j+k+l+m) | $6,499,315 |
| o. Ending equity/net worth (e-n) | $-6,442,705 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $230,812 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $209,114 | |
| c. Gross profit (a-b) | $21,698 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $67,949 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-46,252 | $32,654 |

UST Form 11-MOR (12/01/2021) - Mac                    2

Debtor's Name  Blue Sun Scientific, LLC                                    Case No.  25-17998

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $20,000 | $100,000 | $40,000 | $100,000 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Smith, Duggan & Gollub | Special Counsel | $20,000 | $100,000 | $40,000 | $100,000 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Blue Sun Scientific, LLC                                          Case No.  25-17998

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                          4

Debtor's Name  Blue Sun Scientific, LLC                                      Case No.  25-17998

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                        5

Debtor's Name  Blue Sun Scientific, LLC                                    Case No.  25-17998

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                          6

Debtor's Name Blue Sun Scientific, LLC       Case No. 25-17998

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021) - Mac       7

Debtor's Name  Blue Sun Scientific, LLC                                                    Case No.  25-17998

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $3,146 | $13,123 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | Yes | No | N/A | |
|---|---|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | ○ | ● | | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | ○ | ● | | |
| c. | Were any payments made to or on behalf of insiders? | ● | ○ | | |
| d. | Are you current on postpetition tax return filings? | ● | ○ | | |
| e. | Are you current on postpetition estimated tax payments? | ● | ○ | | |
| f. | Were all trust fund taxes remitted on a current basis? | ● | ○ | | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | ○ | ● | | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | ● | ○ | ○ | |
| i. | Do you have:        Worker's compensation insurance? | ● | ○ | | |
| | If yes, are your premiums current? | ● | ○ | ○ | (if no, see Instructions) |
| | Casualty/property insurance? | ○ | ● | | |
| | If yes, are your premiums current? | ○ | ○ | ● | (if no, see Instructions) |
| | General liability insurance? | ● | ○ | | |
| | If yes, are your premiums current? | ● | ○ | ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | ○ | ● | | |
| k. | Has a disclosure statement been filed with the court? | ○ | ● | | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | ○ | ● | | |

Debtor's Name  Blue Sun Scientific, LLC                                    Case No.  25-17998

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?    Yes ◯   No ⦿

m. If yes, have you made all Domestic Support Obligation payments?    Yes ◯   No ◯   N/A ⦿

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Irvin Lucas                                              Irvin Lucas
_____                   _____
Signature of Responsible Party                    Printed Name of Responsible Party

Authorized Agent                                        06/29/2026
_____                   _____
Title                                                            Date

Debtor's Name  Blue Sun Scientific, LLC                                    Case No.  25-17998


PageOnePartOne


PageOnePartTwo


PageTwoPartOne


PageTwoPartTwo

Debtor's Name  Blue Sun Scientific, LLC                    Case No.  25-17998



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021) - Mac                    11

Debtor's Name  Blue Sun Scientific, LLC                                          Case No.  25-17998



PageThree



PageFour



**Atlantic Union Bank®**

PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | ▮▮▮▮ |
| Statement Date | 03/31/2026 |
| Statement Thru Date | 03/31/2026 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00116540 M4389DDA040126052157 01 000000000 0116540 003

BLUE SUN SCIENTIFIC LLC
DEBTOR IN POSSESSION 25-17998
8017 DORSEY RUN RD STE H
JESSUP MD 20794-9372

### Customer Service Information

 **Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

 **Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

 **Visit Us Online:**
AtlanticUnionBank.com

Follow us on:

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Interest Paid In 2025 | Balance |
|---|---|---|---|
| FLEX BUSINESS CHECKING | ▮▮▮▮ | $0.00 | $1,468.67 |

## FLEX BUSINESS CHECKING

Account Number: ▮▮▮▮

**Account Owner(s):   BLUE SUN SCIENTIFIC LLC
DEBTOR IN POSSESSION 25-17998**

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 03/01/2026** | **$50.56** |
| + Deposits and Credits  (7) | $126,842.19 |
| - Withdrawals and Debits  (18) | $125,424.08 |
| **Ending Balance as of 03/31/2026** | **$1,468.67** |
| Service Charges for Period | $45.00 |
| Average Balance for Period | $8,695.00 |
| Average Collected for Period | $8,695.00 |
| Minimum Balance for Period | $382.00 |



## FUEL YOUR BUSINESS GROWTH

Get flexible terms and financing up to $5 million with a Small Business Adminstration loan. Our dedicated experts will guide you every step of the way to help fund your business's next move, from expansion to equipment, to real estate or working capital. **Visit AtlanticUnionBank.com/SBA to learn more.**

 MEMBER FDIC / EQUAL HOUSING LENDER

## Change of Address

Please change my
mailing address on the
accounts listed below:

Please detach and mail to:

ATLANTIC UNION BANK
P.O. BOX 5568
GLEN ALLEN, VA 23058

☐ Acct #

☐ Acct #

☐ Acct #

☐ Acct #

☐ Acct #

_____
NUMBER AND STREET

☐ Other

_____
CITY AND STATE

☐ Other

_____          _____
DATE                                    AUTHORIZED SIGNATURE

---

## Checkbook Reconciliation

### Checks Outstanding

| DATE OR NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

### Enter

BALANCE THIS STATEMENT  $ _____

### Add
DEPOSITS NOT CREDITED
ON THIS STATEMENT

_____

_____

### Total

_____

### Subtract
CHECKS OUTSTANDING

_____

### Balance

$ _____

SHOULD AGREE WITH YOUR
CHECKBOOK BALANCE AFTER
DEDUCTING CHARGES AND
ADDING CREDITS INCLUDED ON
THIS STATEMENT, BUT NOT SHOWN
IN YOUR CHECKBOOK.

*Please report any discrepancies within 14 days

---

## Important Notice Concerning Electronic Fund Transfers
### (applies to consumer accounts only)

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (employer or governmental direct deposits of pay or benefits, and payments you have authorized for direct deduction from your account) call us at 800.990.4828 or write us at the address on the front of this statement.

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### PREAUTHORIZED DEPOSITS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at 800.990.4828 to find out whether or not the deposit was made as scheduled.

00116540 0437559 0000-0002 M4389DDA040126052157 01 L 00116540



**Atlantic Union Bank**®

Account Number  ████████
Statement Date        03/31/2026
Statement Thru Date   03/31/2026
Page                            2

## TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Mar 01 | BEGINNING BALANCE | | | $50.56 |
| Mar 02 | WIRE/IN ORG:VISTA SALES CONSULTING LLC | 2,470.00 | | 2,520.56 |
| Mar 02 | FUNDS TRANSFER VIA ONLINE TO: 8801 | | 2,000.00 | 520.56 |
| Mar 03 | WIRE/IN ORG:PRAHA ANALYTICAL PARTNERS S. | 35,400.00 | | 35,920.56 |
| Mar 03 | FUNDS TRANSFER VIA ONLINE TO: 8801 | | 2,500.00 | 33,420.56 |
| Mar 04 | FUNDS TRANSFER VIA ONLINE TO: 8801 | | 10,000.00 | 23,420.56 |
| Mar 05 | GOOGLE/ADWORDS:38 BLUE SUN SCIENTIFIC LL | | 51.34 | 23,369.22 |
| Mar 05 | FUNDS TRANSFER VIA ONLINE TO: 8801 | | 2,900.00 | 20,469.22 |
| Mar 06 | THE HARTFORD/INSPMTCL BLUE SUN SCIENTIFIC LL | | 86.63 | 20,382.59 |
| Mar 10 | FUNDS TRANSFER VIA ONLINE TO: 8801 | | 20,000.00 | 382.59 |
| Mar 11 | STRIPE/TRANSFER BLUE SUN SCIENTIFIC LL | 1,051.30 | | 1,433.89 |
| Mar 13 | STRIPE/TRANSFER BLUE SUN SCIENTIFIC LL | 844.47 | | 2,278.36 |
| Mar 13 | FUNDS TRANSFER VIA ONLINE TO: 8801 | | 100.00 | 2,178.36 |
| Mar 13 | CANOLA COUNCIL TO: 8801 | | 500.00 | 1,678.36 |
| Mar 13 | FUNDS TRANSFER VIA ONLINE TO: 8801 | | 700.00 | 978.36 |
| Mar 17 | WIRE/IN ORG:VISTA SALES CONSULTING LLC | 85,445.00 | | 86,423.36 |
| Mar 17 | GOTO PREMFIN1045/1045INSPAY BLUE SUN SCIENTIFIC LL | | 531.38 | 85,891.98 |
| Mar 17 | FUNDS TRANSFER VIA ONLINE TO: 8801 | | 7,500.00 | 78,391.98 |
| Mar 17 | ITG PAYMENTS TO: 8801 | | 70,000.00 | 8,391.98 |
| Mar 18 | PAYMENT PROCESS/SERVICE FE BLUE SUN SCIENTIFIC LL | | 8.00 | 8,383.98 |
| Mar 19 | QUARTERLY FEE/PAYMENT BLUE SUN SCIENTIFIC LL | | 1,537.00 | 6,846.98 |
| Mar 25 | MONTHLY MAINTENANCE FEES | | 45.00 | 6,801.98 |
| Mar 26 | STRIPE/TRANSFER BLUE SUN SCIENTIFIC LL | 831.42 | | 7,633.40 |
| Mar 26 | ACH PAYMENTS TRACKING ID:6493769 TO: 74 43 | | 264.73 | 7,368.67 |
| Mar 31 | DEPOSIT | 800.00 | | 8,168.67 |
| Mar 31 | FUNDS TRANSFER VIA ONLINE TO: 8801 | | 6,700.00 | 1,468.67 |
| Mar 31 | ENDING BALANCE | | | $1,468.67 |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |





**Atlantic Union Bank**®

PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | |
| Statement Date | 03/31/2026 |
| Statement Thru Date | 03/31/2026 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00106300 M4389DDA040126052157 01 000000000 0106300 004

BLUE SUN SCIENTIFIC LLC
DEBTOR IN POSSESSION CASE 25-17998
NVA
8017 DORSEY RUN RD STE H
JESSUP MD 20794-9372

### Customer Service Information

**Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

**Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

**Visit Us Online:**
AtlanticUnionBank.com

Follow us on:

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Interest Paid In 2025 | Balance |
|---|---|---|---|
| FLEX BUSINESS CKING PLUS | | $0.24 | $8.55 |

## FLEX BUSINESS CKING PLUS                     Account Number:

**Account Owner(s):   BLUE SUN SCIENTIFIC LLC
DEBTOR IN POSSESSION CASE 25-17998 NVA**

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 03/01/2026** | **$18,856.63** |
| + Deposits and Credits  (14) | $214,950.13 |
| - Withdrawals and Debits  (25) | $233,798.21 |
| **Ending Balance as of 03/31/2026** | **$8.55** |
| Service Charges for Period | $0.00 |
| Average Collected for Period | $4,958.00 |
| Minimum Balance for Period | $8.00 |

### Earnings Summary

| | |
|---|---|
| Interest for Period Ending 03/31/2026 | $0.13 |
| Interest Paid Year to Date | $0.25 |
| Annual Percentage Yield Earned (APYE) | 0.03% |
| Average Balance for APYE | $4,958.52 |
| Number of Days for APYE | 31 |





**FUEL YOUR BUSINESS GROWTH**

Get flexible terms and financing up to $5 million with a Small Business Adminstration loan. Our dedicated experts will guide you every step of the way to help fund your business's next move, from expansion to equipment, to real estate or working capital. **Visit AtlanticUnionBank.com/SBA to learn more.**



MEMBER FDIC

00106300 0400975 0001-0003 M4389DDA040126052157 01 L 00106300

## Change of Address

Please change my mailing address on the accounts listed below:

☐ Acct # _____

☐ Acct # _____

☐ Acct # _____

☐ Acct # _____

☐ Acct # _____

☐ Other _____

☐ Other _____

Please detach and mail to:

ATLANTIC UNION BANK
P.O. BOX 5568
GLEN ALLEN, VA 23058

_____
NUMBER AND STREET

_____
CITY AND STATE

_____　_____
DATE　　　　　　　　　AUTHORIZED SIGNATURE

---

## Checkbook Reconciliation

### Checks Outstanding

| DATE OR NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

**Enter**

BALANCE THIS STATEMENT  $ _____

**Add**
DEPOSITS NOT CREDITED
ON THIS STATEMENT        _____

_____

**Total**                _____

**Subtract**
CHECKS OUTSTANDING        _____

**Balance**          $ _____

SHOULD AGREE WITH YOUR
CHECKBOOK BALANCE AFTER
DEDUCTING CHARGES AND
ADDING CREDITS INCLUDED ON
THIS STATEMENT, BUT NOT SHOWN
IN YOUR CHECKBOOK.

*Please report any discrepancies within 14 days

---

## Important Notice Concerning Electronic Fund Transfers
### (applies to consumer accounts only)

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (employer or governmental direct deposits of pay or benefits, and payments you have authorized for direct deduction from your account) call us at 800.990.4828 or write us at the address on the front of this statement.

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

　　1. Tell us your name and account number.

　　2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

　　3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### PREAUTHORIZED DEPOSITS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at 800.990.4828 to find out whether or not the deposit was made as scheduled.



**Atlantic Union Bank**®

| | | |
|---|---|---|
| Account Number | | |
| Statement Date | 03/31/2026 | |
| Statement Thru Date | 03/31/2026 | |
| Page | 2 | |

## TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---:|---:|---:|
| Mar 01 | BEGINNING BALANCE | | | $18,856.63 |
| Mar 02 | FUNDS TRANSFER VIA ONLINE FROM: 0801 | 2,000.00 | | 20,856.63 |
| Mar 02 | WIRE/OUT BNF:SMITH DUGGAN CORNELL & GOLL | | 20,000.00 | 856.63 |
| Mar 03 | FUNDS TRANSFER VIA ONLINE FROM: 0801 | 2,500.00 | | 3,356.63 |
| Mar 03 | WIRE/OUT BNF:PERU COMMISSION | | 2,160.00 | 1,196.63 |
| Mar 03 | ADP PAYROLL FEES/ADP FEES | | 128.70 | 1,067.93 |
| | 713764698BLUE SON SCIE | | | |
| Mar 04 | FUNDS TRANSFER VIA ONLINE FROM: 0801 | 10,000.00 | | 11,067.93 |
| Mar 04 | UPSBILLCTR/PAYMENT | | 171.86 | 10,896.07 |
| | LOG IN TO THE UPS BILLING CENTER FOR PAY | | | |
| | MENT DETAILS. | | | |
| | SANDY SPRING BANK | | | |
| Mar 04 | ADP TAX/ADP TAX | | 3,154.26 | 7,741.81 |
| | BLUE SON SCIENTIFIC LL | | | |
| Mar 04 | ADP WAGE PAY/WAGE PAY | | 7,610.75 | 131.06 |
| | BLUE SON SCIENTIFIC LL | | | |
| Mar 05 | FUNDS TRANSFER VIA ONLINE FROM: 0801 | 2,900.00 | | 3,031.06 |
| Mar 05 | ACH PAYMENTS TRACKING ID:6140919 TO: 74 | | 2,900.00 | 131.06 |
| | 43 | | | |
| Mar 10 | FUNDS TRANSFER VIA ONLINE FROM: 0801 | 20,000.00 | | 20,131.06 |
| Mar 10 | WIRE/OUT BNF:SMITH DUGGAN CORNELL & GOLL | | 20,000.00 | 131.06 |
| Mar 13 | FUNDS TRANSFER VIA ONLINE FROM: 0801 | 100.00 | | 231.06 |
| Mar 13 | CANOLA COUNCIL FROM: 0801 | 500.00 | | 731.06 |
| Mar 13 | FUNDS TRANSFER VIA ONLINE FROM: 0801 | 700.00 | | 1,431.06 |
| Mar 13 | WIRE/OUT BNF:PERU COMMISSION | | 671.25 | 759.81 |
| Mar 13 | ADP PAYROLL FEES/ADP FEES | | 217.66 | 542.15 |
| | 715478813BLUE SON SCIE | | | |
| Mar 16 | WIRE/OUT BNF:CANOLA COUNCIL OF CANADA | | 378.59 | 163.56 |
| Mar 17 | FUNDS TRANSFER VIA ONLINE FROM: 0801 | 7,500.00 | | 7,663.56 |
| Mar 17 | ITG PAYMENTS FROM: 0801 | 70,000.00 | | 77,663.56 |
| Mar 17 | WIRE/IN ORG:INNOVATIVE TECHNOLOGIES GROU | 70,000.00 | | 147,663.56 |
| Mar 17 | WIRE/OUT BNF:INNOVATIVE TECHNOLOGIES GRO | | 70,000.00 | 77,663.56 |
| Mar 17 | ADP WAGE PAY/WAGE PAY | | 7,610.74 | 70,052.82 |
| | BLUE SON SCIENTIFIC LL | | | |
| Mar 18 | LAND O'LAKES, IN/EDI PYMNTS | 22,050.00 | | 92,102.82 |
| | BLUE SUN SCIENTIFIC, L | | | |
| Mar 18 | WIRE/OUT BNF:PERU COMMISSION | | 3,307.50 | 88,795.32 |
| Mar 18 | ACH PAYMENTS TRACKING ID:6359515 TO: 74 | | 1,471.57 | 87,323.75 |
| | 43 | | | |
| Mar 18 | ADP TAX/ADP TAX | | 3,154.27 | 84,169.48 |
| | BLUE SON SCIENTIFIC LL | | | |
| Mar 18 | ACH PAYMENTS TRACKING ID:6356137 TO: 74 | | 4,066.71 | 80,102.77 |
| | 43 | | | |
| Mar 18 | ACH PAYMENTS TRACKING ID:6356083 TO: 74 | | 4,609.63 | 75,493.14 |
| | 43 | | | |
| Mar 18 | ACH PAYMENTS TRACKING ID:6346871 TO: 74 | | 70,000.00 | 5,493.14 |
| | 43 | | | |
| Mar 19 | ACH PAYMENTS TRACKING ID:6376284 TO: 74 | | 457.45 | 5,035.69 |
| | 43 | | | |
| Mar 23 | ACH PAYMENTS TRACKING ID:6439169 TO: 74 | | 480.00 | 4,555.69 |
| | 43 | | | |
| Mar 25 | MONTHLY MAINTENANCE FEES | | 125.00 | 4,430.69 |
| Mar 27 | ADP PAYROLL FEES/ADP FEES | | 357.26 | 4,073.43 |
| | 716578699BLUE SON SCIE | | | |
| Mar 31 | FUNDS TRANSFER VIA ONLINE FROM: 0801 | 6,700.00 | | 10,773.43 |
| Mar 31 | ADP TAX/ADP TAX | | 3,154.13 | 7,619.30 |
| | BLUE SON SCIENTIFIC LL | | | |
| Mar 31 | ADP WAGE PAY/WAGE PAY | | 7,610.88 | 8.42 |
| | BLUE SON SCIENTIFIC LL | | | |





**Atlantic Union Bank**®

| | | |
|---|---|---|
| Account Number | | ████████ |
| Statement Date | | 03/31/2026 |
| Statement Thru Date | | 03/31/2026 |
| Page | | 3 |

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Mar 31 | INTEREST EARNED | 0.13 | | 8.55 |
| Mar 31 | ENDING BALANCE | | | $8.55 |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $76.00 |
| Total Returned Item Fees | $0.00 | $38.00 |



**Form 2-F**

## BALANCE SHEET
**For Month Ended:**   3/31/26 0:00

*ASSETS*

Current Assets:

| | | | |
|---|---|---|---|
| Cash and Cash Equivalents (from Form 2-B, line 5) | | $ | 1817 |
| Accounts Receivable (from Form 2-C) | 0 | | 554793 |
| Less: Bad Debt | 0 | | |
| Net Accounts Receivable | | | 0 |
| Receivable from Officers, Employees, Affiliates | | | 0 |
| Inventory | | | 0 |
| Other Current Assets :(List) | | | 0 |
| | | | 0 |
| Total Current Assets | | $ | 556610 |

Fixed Assets:

| | | | |
|---|---|---|---|
| Land | | $ | 0 |
| Building | | | 0 |
| Equipment, Furniture and Fixtures | | | 1000 |
| Total Fixed Assets | | | 1000 |
| Less: Accumulated Depreciation | | ( | 0 ) |
| Net Fixed Assets | | $ | 1000 |
| Other Assets (List):   Domain | | | 1 |
| | | | 0 |
| **TOTAL ASSETS** | | $ | 557611 |

*LIABILITIES*

| | | | |
|---|---|---|---|
| Post-petition Accounts Payable (from Form 2-C) | | $ | 169408 |
| Post-petition Accrued Profesional Fees | | | 0 |
| Post-petition Taxes Payable (from Form 2-C) | | | 0 |
| Post-petition Notes Payable | | | 0 |
| Other Post-petition Payable(List): | | | 0 |
| | | | 0 |
| Total Post Petition Liabilities | | $ | 169408 |

Pre-petition Liabilities:

| | | | |
|---|---|---|---|
| Secured Debt | | | 0 |
| Priority Debt | | | 18571.45 |
| Unsecured Debt | | | 6311336.18 |
| Total Pre-petition Liabilities | | $ | 6329907.63 |
| **TOTAL LIABILITIES** | | $ | 6499315.63 |

*OWNERS' EQUITY*

| | | | |
|---|---|---|---|
| Owner's/Stockholder's Equity | | $ | 0 |
| Retained Earnings - Pre-petition | | | 0 |
| Retained Earnings - Post-petition | | | 0 |
| **TOTAL OWNERS' EQUITY** | | $ | 0 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | $ | 6499315.63 |

*Debtor may substitute self-prepared balance sheet for this form.*

PAGE 6

Rev. 11/2012

# Blue Sun Scientific

## Profit and Loss

Basis: Accrual

From 01 Mar 2026 To 31 Mar 2026

| Account | Total |
|---|---|
| **Operating Income** | |
| Discount | -850.00 |
| Sales | 231,340.00 |
| Shipping Charge | 322.00 |
| **Total for Operating Income** | **230,812.00** |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 209,114.84 |
| **Total for Cost of Goods Sold** | **209,114.84** |
| **Gross Profit** | **21,697.16** |
| **Operating Expense** | |
| Advertising And Marketing | 51.34 |
| Bank Fees and Charges | 302.11 |
| Business Liability Insurance | 618.31 |
| Commissions | 6,138.75 |
| IT and Internet Expenses | 65.00 |
| Legal Expense | 20,000.00 |
| Lodging | 448.28 |
| Marketing | 345.33 |
| Meals and Entertainment | 165.36 |
| Other Expenses | 4,437.00 |
| Payroll Services | 703.62 |
| Payroll Taxes | 2,295.00 |
| Postage & Shipping | 823.54 |
| Salaries and Employee Wages | 30,000.03 |
| Stripe Fees | 112.81 |
| Trade Shows | 378.59 |

| Account | Total |
|---|---|
| Travel Expense | 583.95 |
| Automobile Expense | 0.00 |
| Mileage | 480.00 |
| **Total for Automobile Expense** | **480.00** |
| **Total for Operating Expense** | **67,949.02** |
| **Operating Profit** | **-46,251.86** |
| **Non Operating Income** | |
| **Total for Non Operating Income** | **0.00** |
| **Non Operating Expense** | |
| **Total for Non Operating Expense** | **0.00** |
| **Net Profit/Loss** | **-46,251.86** |

\*\*Amount is displayed in your base currency **USD**

# Blue Sun Scientific

## AP Aging Summary

As of 31 May 2026

| Vendor Name | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Total | Total (FCY) |
|---|---|---|---|---|---|---|---|
| Carefirst | $0.00 | $0.00 | $0.00 | $0.00 | $2,861.47 | $2,861.47 | $2,861.47 |
| Executive Financial Services | $0.00 | $0.00 | $0.00 | $0.00 | $8,896.50 | $8,896.50 | $8,896.50 |
| Interworld Freight | $0.00 | $0.00 | $0.00 | $0.00 | $2,700.94 | $2,700.94 | $2,700.94 |
| ITG | $51,906.84 | $35,322.48 | $111,040.62 | $443.12 | $1,171,675.39 | $1,370,388.45 | $1,370,388.45 |
| Kroll | $0.00 | $0.00 | $0.00 | $0.00 | $71,902.85 | $71,902.85 | $71,902.85 |
| Seyfarth Shaw LP | $0.00 | $0.00 | $0.00 | $0.00 | $554,487.50 | $554,487.50 | $554,487.50 |
| Smith, Duggan and Cornell LLP | $0.00 | $20,000.00 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 |
| Terrace Assembly | $0.00 | $156.45 | $448.45 | $1,854.45 | $0.00 | $2,459.35 | $2,459.35 |
| Terrace Assembly | $0.00 | $0.00 | $142.45 | $0.00 | $0.00 | $142.45 | $142.45 |
| UPS | $915.66 | $0.00 | $0.00 | $0.00 | $2,172.25 | $3,087.91 | $3,087.91 |
| **TOTAL** | | **$55,478.93** | **$111,631.52** | **$2,297.57** | **$1,814,696.90** | **$2,036,927.42** | |

# Blue Sun Scientific

## AR Aging Summary

As of 31 Mar 2026

| Customer Name | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Total | Total (FCY) |
|---|---|---|---|---|---|---|---|
| ADM Laboratories LLC | $0.00 | $0.00 | $0.00 | $0.00 | $732.00 | $732.00 | $732.00 |
| AG Health Laboratories | $0.00 | $0.00 | $0.00 | $0.00 | $170.00 | $170.00 | $170.00 |
| AgPack LLC. | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Agrovive - OPSD | $1,750.00 | $1,750.00 | $0.00 | $0.00 | $0.00 | $3,500.00 | $3,500.00 |
| Auburn University Soil Testing Lab | $0.00 | $0.00 | $0.00 | $0.00 | $690.00 | $690.00 | $690.00 |
| Bright Pet Nutrition | $0.00 | $0.00 | $0.00 | $0.00 | $4,200.00 | $4,200.00 | $4,200.00 |
| Cumberland Valley Analytical Services | $0.00 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | $400.00 |
| Dairyland Labs | $57,760.00 | $0.00 | $0.00 | $0.00 | $1,340.00 | $59,100.00 | $59,100.00 |
| Honeyland AG Services | $0.00 | $0.00 | $0.00 | $0.00 | $4,720.00 | $4,720.00 | $4,720.00 |
| Idahoan Foods - Lewisville | $0.00 | $0.00 | $0.00 | $0.00 | $745.00 | $745.00 | $745.00 |
| Instrulab Instrumentos Para Laboratorio | $0.00 | $0.00 | $0.00 | $0.00 | $11,266.25 | $11,266.25 | $11,266.25 |
| KC Tech | $0.00 | $2,600.00 | $0.00 | $0.00 | $450.00 | $3,050.00 | $3,050.00 |
| Kent Nutrition - NY | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | $350.00 |
| Louisiana State University, School of Plant, Environmental & Soil Sciences | $0.00 | $0.00 | $0.00 | $0.00 | $980.00 | $980.00 | $980.00 |
| Luman Analytical And Maintenance Support SA de CV | $0.00 | $0.00 | $0.00 | $0.00 | $1,629.00 | $1,629.00 | $1,629.00 |
| McCormick Spice Mill - Hunt Valley | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Northwest Labs, LLC. | $0.00 | $0.00 | $0.00 | $0.00 | $185.00 | $185.00 | $185.00 |
| Praha Analytical Partners | $0.00 | $0.00 | $0.00 | $0.00 | $344,384.00 | $344,384.00 | $344,384.00 |
| ProAnalytics Pty Ltd | $522.00 | $0.00 | $0.00 | $0.00 | $0.00 | $522.00 | $522.00 |
| Rock River - Sioux Falls | $0.00 | $0.00 | $0.00 | $0.00 | $512.00 | $512.00 | $512.00 |
| Rock River Laboratory - Texas | $0.00 | $0.00 | $0.00 | $0.00 | $42,680.00 | $42,680.00 | $42,680.00 |
| Rock River Labs | $0.00 | $0.00 | $0.00 | $0.00 | $430.76 | $430.76 | $430.76 |
| SDK Laboratories, Inc. | $0.00 | $0.00 | $0.00 | $0.00 | $1,150.00 | $1,150.00 | $1,150.00 |
| See's Candies - Los Angeles | $0.00 | $0.00 | $0.00 | $0.00 | $1,360.00 | $1,360.00 | $1,360.00 |
| Servi-tech Laboratories - Dodge City | $475.00 | $0.00 | $0.00 | $0.00 | $0.00 | $475.00 | $475.00 |

| Customer Name | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Total | Total (FCY) |
|---|---|---|---|---|---|---|---|
| Sithiphorn Associate Company Limited | $0.00 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | $400.00 |
| SMI NIR Solutions | $0.00 | $0.00 | $0.00 | $0.00 | $520.00 | $520.00 | $520.00 |
| Specialty Feeds | $0.00 | $0.00 | $0.00 | $724.00 | $0.00 | $724.00 | $724.00 |
| Stanworth Crop Consulting | $0.00 | $0.00 | $0.00 | $0.00 | $615.00 | $615.00 | $615.00 |
| Sterling Specialty Chemicals | $0.00 | $0.00 | $0.00 | $0.00 | $850.00 | $850.00 | $850.00 |
| STL | $0.00 | $0.00 | $0.00 | $0.00 | $983.00 | $983.00 | $983.00 |
| Suretech (Land O' Lakes) | $51,450.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51,450.00 | $51,450.00 |
| Taplow Ventures Ltd | $850.00 | $0.00 | $0.00 | $0.00 | $0.00 | $850.00 | $850.00 |
| Teva | $0.00 | $0.00 | $0.00 | $0.00 | $4,300.00 | $4,300.00 | $4,300.00 |
| UNION CENTRO VETERINARIO SRL | $0.00 | $0.00 | $0.00 | $0.00 | $1,100.00 | $1,100.00 | $1,100.00 |
| USDA - St. Paul | $0.00 | $0.00 | $0.00 | $0.00 | $590.00 | $590.00 | $590.00 |
| USDA-ARS Logan Utah | $0.00 | $0.00 | $0.00 | $0.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| Weld Laboratories | $0.00 | $0.00 | $0.00 | $0.00 | $1,520.00 | $1,520.00 | $1,520.00 |
| West Coast Reduction, Ltd. - Calgary | $0.00 | $0.00 | $0.00 | $0.00 | $1,010.00 | $1,010.00 | $1,010.00 |
| **TOTAL** | **$112,807.00** | **$4,350.00** | **$0.00** | **$724.00** | **$437,762.01** | **$555,643.01** | |

## Payroll Liability

| Total Cash Required | $21,530.02 |
|---|---|
| Debit for FSDD (Full Service Direct Deposit) | $15,221.49 |
| Debit for Taxes | $6,308.53 |

**Important Note**

Your cash required total does not include your fees for service.  The invoice with the details of your fees will be sent the Monday after you process your payroll with the debit from your account occurring 3 banking days later.

Company: Blue Son Scientific LLC
Check dates from: 3/4/2026 - Payroll 1 to:
3/18/2026 - Payroll 1
Pay Period from: 02/16/2026 to: 03/15/2026

1  of  2

Date Printed: 04/01/2026 17:31
25449625 - KH/EA4

## Payroll Liability

**PAY FREQUENCY:**   Biweekly

**Net Pay**

| | | Checks | | | | 0.00 | | |
|---|---|---|---|---|---|---|---|---|
| | | **Subtotal Net Pay** | | | | | | **0.00** |

**Taxes**

| | | | | Deposit Responsibility Client | | Deposit Responsibility ADP | | |
|---|---|---|---|---|---|---|---|---|
| | Agency | Rate | EE withheld | ER contrib | EE withheld | ER contrib | | |
| **Federal** | Federal Income Tax | | | | 2,059.70 | | 2,059.70 | |
| | Social Security | | | | 1,239.99 | 1,240.00 | 2,479.99 | |
| | Medicare | | | | 290.00 | 290.00 | 580.00 | |
| | **Subtotal Federal** | | | | **3,589.69** | **1,530.00** | **5,119.69** | |
| **State** | CA State Income Tax | | | | 427.74 | | | |
| | CA State Disability Insurance | | | | 100.00 | | | |
| | **Subtotal CA** | | | | **527.74** | | **527.74** | |
| | IL State Income Tax | | | | 380.78 | | | |
| | **Subtotal IL** | | | | **380.78** | | **380.78** | |
| | MD State Income Tax | | | | 280.32 | | | |
| | **Subtotal MD** | | | | **280.32** | | **280.32** | |
| | **Total Taxes** | | | | **4,778.53** | **1,530.00** | **6,308.53** | |

| | | | | |
|---|---|---|---|---|
| **Other Transfers** | **Full Service Direct Deposit (FSDD)** | | **15,221.49** | **6 Employee Transactions** |

**Total Biweekly Pay Frequency**

| | |
|---|---|
| **Total Direct Deposit (FSDD)** | $15,221.49 |
| **Total Taxes** | $6,308.53 |
| **Total Amount ADP Debited from your Account(s)** | $21,530.02 |

**Total For 3/4/2026 - Payroll 1 to 3/18/2026 - Payroll 1**

| | |
|---|---|
| **Total Direct Deposit (FSDD)** | $15,221.49 |
| **Total Taxes** | $6,308.53 |
| **Total Amount ADP Debited from your Account(s)** | $21,530.02 |

Company: Blue Son Scientific LLC
Check dates from: 3/4/2026 - Payroll 1 to:
3/18/2026 - Payroll 1
Pay Period from: 02/16/2026 to: 03/15/2026

2 of 2

Date Printed: 04/01/2026 17:31
25449625 - KH/EA4