UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

IN RE:                                              *

BLUE SUN SCIENTIFIC, LLC               *       No.  25-17998-DER
                                                               Chapter 11

          Debtor                                     *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO CONTINUE HEARING
### ON MOTION TO CONVERT OR DISMISS

Comes now Blue Sun Scientific, LLC ("Blue Sun" or the "Debtor"), by and through undersigned counsel, pursuant to Local Rule 9013-7, and moves to continue the hearing on the motion to dismiss or convert (the "Underlying Motion"), ECF No. 92, filed by the United States Trustee, and in support thereof states as follows:

The hearing on the Underlying Motion is presently set for July 15, 2026 at 10:30 am. *See* ECF No. 93. Unfortunately, undersigned counsel is representing a variety of clients in matters before the United States Bankruptcy Court for the District of Columbia—which traditionally holds its weekly docket on Wednesdays—that day. The representations include (i) a chapter 11 debtor, in a status conference, *see In re Swain Landing LaPlata JC, LLC*, Case No. 25-184-ELG (Bankr. D.D.C. 2025); (ii) a chapter 11 debtor, in connection with a motion to approve a post-petition retainer in a case where predecessor counsel has been suspended from the practice of law and undersigned counsel is stepping in as counsel two years post-petition, *see In re Melben, Inc.*, Case No. 24-232-ELG (Bankr. D.D.C. 2024); and (iii) a chapter 11 creditor, in connection with a contested motion to appoint a chapter 11 trustee, in a case where the debtor's principal has been indicted on multiple felony charges in South Carolina, *see In re Turner Development, LLC*, Case No. 26-77-ELG (Bankr. D.D.C. 2026).

1

While undersigned counsel does have an associate, that attorney will be covering a meeting of creditors in the jointly administered case of 30 summer camps, in the United States Bankruptcy Court for the District of New Jersey, with the meeting of creditors set to commence at 10:00 am. *See In re SIMAD Holdings, LLC*, Case No. 26-16388-CMG (Bankr. D. N.J. 2026). Undersigned counsel represents the directors of three summer camps, all based in Maine, in that case. The meeting of creditors is expected to run several hours.

Insofar as at least one of the foregoing hearings in the District of Columbia will prove evidentiary (the motion to appoint a chapter 11 trustee), attendance needs to be in-person. *See* United States Bankruptcy Court for the District of Columbia General Order No. 2023-01 (requiring in-person attendance at hearings in which evidence is to be adduced, excepting those where evidence is adduced solely by proffer). And the Debtor accordingly asks that a hearing on the Underlying Motion, in this case, be continued to the next available docket date, so counsel may properly attend both the matters in the District of Columbia and the matter before this Honorable Court.

Undersigned counsel has conferred with counsel for the United States Trustee, who is agreeable to a continuance of the hearing on the Underlying Motion.

WHEREFORE, the Debtor respectfully prays this Honorable Court (i) continue the hearing on the Underlying Motion, and (ii) afford such other and further relief as may be just and proper.

*[Signature on Following Page]*

2

Respectfully submitted,

/s/ Maurice B. VerStandig
Maurice B. VerStandig,(#18071)
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
Counsel for Blue Sun Scientific, LLC


CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on the 7th day of July, 2026, a copy of the foregoing was

served through this Honorable Court's CM/ECF system to:

- Matthew Eliot Abbott    MAbbott@wolawgroup.com, KDriscoll@wolawgroup.com
- Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
- Michael Benjamin Brown    mbbrown@milesstockbridge.com, jdiaz@milesstockbridge.com
- Addison J. Chappell    achappell@milesstockbridge.com
- Patricia B. Jefferson    pjefferson@milesstockbridge.com
- Michael David Nord    mnord@gebsmith.com
- Jeffrey M. Orenstein    jorenstein@wolawgroup.com
- Elizabeth Drayden Peters    epeters@gebsmith.com
- US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig

3