UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

IN RE:                                              *

BLUE SUN SCIENTIFIC, LLC                  *    No.  25-17998-DER
                                                        Chapter 11
            Debtor                              *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER GRANTING MOTION TO
CONTINUE HEARING ON MOTION TO DISMISS

Upon consideration of the motion to continue hearing on motion to dismiss (the "Motion

to Continue"), ECF No. 99, the representations contained therein, controlling law, and the record

herein, it is, by the United States Bankruptcy Court for the District of Maryland hereby:

ORDERED, that the Motion to Continue be, and hereby is, GRANTED; and it is further

ORDERED, that a hearing on the United States Trustee's motion to dismiss or convert

shall be set for hearing at a later date, either indicated in the upper lefthand corner of this order or

indicated on the docket of this case by the Clerk of this Honorable Court.

***END OF ORDER***