Entered: July 8th, 2026
Signed: July 8th, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **25–17998 – DER**    Chapter: **11**    Doc No.: **92**

**Blue Sun Scientific, LLC**
Debtor

## ORDER CONTINUING HEARING ON
## MOTION TO CONVERT TO CHAPTER 7 OR IN THE ALTERNATIVE TO DISMISS

Upon consideration of the motion for continuance filed in the above–captioned matter by Blue Sun Scientific, LLC, and it appearing that the relief requested is justified, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing scheduled for July 15, 2026, is continued to **July 22, 2026, at 2:30 pm in Courtroom 9D of the U.S. Bankruptcy Court, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201.**

cc:    All Parties
     All Counsel

**End of Order**

12x01 (rev. 05/21/2012) – CheritaScott