**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>BLUE SUN SCIENTIFIC, LLC,<br><br>THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD,<br><br>               Debtors. | Jointly Administered Under<br><br>Case No. 25-17998-DER (Lead Case)<br><br>Case No. 25-18000-DER<br><br>Chapter 11 |

**JOINDER IN SUPPORT OF THE UNITED STATES TRUSTEE'S**
**MOTION TO CONVERT TO CHAPTER 7 OR DISMISS CASE**

KPM Analytics North America Corporation ("KPM"), by and through its undersigned counsel, files this Joinder in Support of the United States Trustee's Motion to Convert to Chapter 7 or Dismiss Case ("Joinder"), and in support states as follows:

1. On June 25, 2026, the United States Trustee filed its second Motion to Convert to Chapter 7 or Dismiss Case [Dkt. No. 92] (the "Motion to Convert").

2. KPM joins the Motion to Convert and supports conversion of Blue Sun Scientific, LLC's case to Chapter 7.

Dated July 9, 2026

Respectfully submitted,

/s/ Addison J. Chappell
Addison J. Chappell, Esq. (#21852)
Michael B. Brown, Esq. (#19641)
MILES & STOCKBRIDGE P.C.
100 Light Street, 7th Floor
Baltimore, MD 21202
Telephone: (410) 385-3481
Telephone: (410) 385-3663
achappell@milesstockbridge.com
mbbrown@milesstockbridge.com
*Counsel for KPM Analytics*
*North America Corporation*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 9, 2026, a copy of the foregoing Joinder was served on all parties requesting service in this case via this Court's CM/ECF electronic noticing system as follows:

- **Matthew Eliot Abbott**    MAbbott@wolawgroup.com, KDriscoll@wolawgroup.com
- **Hugh M. (UST) Bernstein**    hugh.m.bernstein@usdoj.gov
- **Michael Benjamin Brown**    mbbrown@milesstockbridge.com, jdiaz@milesstockbridge.com
- **Addison J. Chappell**    achappell@milesstockbridge.com
- **Michael David Nord**    mnord@gebsmith.com
- **Jeffrey M. Orenstein**    jorenstein@wolawgroup.com
- **US Trustee - Baltimore**    USTPRegion04.BA.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- **Elizabeth Drayden Peters**    epeters@gebsmith.com


/s/ *Addison J. Chappell*
Addison J. Chappell