# UNITED STATES BANKRUPTCY COURT

DISTRICT OF   MARYLAND

In Re. Blue Sun Scientific, LLC

§
§
§
§

Debtor(s)

Case No.   25-17998

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 05/31/2026

Petition Date: 08/29/2025

Months Pending: 9

Industry Classification: | 3 | 3 | 4 | 5 |

Reporting Method:          Accrual Basis ◉          Cash Basis ○

Debtor's Full-Time Employees (current):          3

Debtor's Full-Time Employees (as of date of order for relief):          3

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☒ Accounts receivable aging
☒ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Irvin Lucas

Signature of Responsible Party

07/09/2026

Date

Irvin Lucas

Printed Name of Responsible Party

8017 Dorsey Run Rd, Suite H
Jesseup, MD 20794-9372

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Blue Sun Scientific, LLC                    Case No.  25-17998

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $23,488 | |
| b. Total receipts (net of transfers between accounts) | $89,986 | $909,160 |
| c. Total disbursements (net of transfers between accounts) | $86,461 | $887,944 |
| d. Cash balance end of month (a+b-c) | $27,013 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $86,461 | $887,944 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $595,812 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $437,355 |
| c. Inventory     (Book ○   Market ○   Other ◉   (attach explanation)) | $0 |
| d  Total current assets | $0 |
| e. Total assets | $622,825 |
| f. Postpetition payables (excluding taxes) | $30,273 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $30,273 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $18,571 |
| m. Prepetition unsecured debt | $6,311,336 |
| n. Total liabilities (debt) (j+k+l+m) | $6,360,180 |
| o. Ending equity/net worth (e-n) | $-5,737,355 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $11,247 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $7,260 | |
| c. Gross profit (a-b) | $3,987 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $45,056 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-41,069 | $-40,256 |

UST Form 11-MOR (12/01/2021) - Mac                    2

Debtor's Name  Blue Sun Scientific, LLC                                      Case No.  25-17998

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $20,000 | $140,000 | $20,000 | $140,000 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Smith, Duggan & Gollub | Special Counsel | $20,000 | $140,000 | $20,000 | $140,000 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                    3

Debtor's Name  Blue Sun Scientific, LLC                                            Case No.  25-17998

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                         4

Debtor's Name  Blue Sun Scientific, LLC          Case No.  25-17998

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                    5

Debtor's Name  Blue Sun Scientific, LLC                    Case No.  25-17998

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                    6

Debtor's Name  Blue Sun Scientific, LLC                                                      Case No.  25-17998

| | | | | | | |
|---|---|---|---|---|---|---|
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                          7

Debtor's Name  Blue Sun Scientific, LLC                                          Case No.  25-17998

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $3,149 | $16,272 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○   No ◉

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○   No ◉

c.  Were any payments made to or on behalf of insiders?   Yes ◉   No ○

d.  Are you current on postpetition tax return filings?   Yes ◉   No ○

e.  Are you current on postpetition estimated tax payments?   Yes ◉   No ○

f.  Were all trust fund taxes remitted on a current basis?   Yes ◉   No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○   No ◉

h.  Were all payments made to or on behalf of professionals approved by the court?   Yes ◉   No ○   N/A ○

i.  Do you have:   Worker's compensation insurance?   Yes ◉   No ○

   If yes, are your premiums current?   Yes ◉   No ○   N/A ○   (if no, see Instructions)

   Casualty/property insurance?   Yes ○   No ◉

   If yes, are your premiums current?   Yes ○   No ○   N/A ◉   (if no, see Instructions)

   General liability insurance?   Yes ◉   No ○

   If yes, are your premiums current?   Yes ◉   No ○   N/A ○   (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?   Yes ○   No ◉

k.  Has a disclosure statement been filed with the court?   Yes ○   No ◉

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ○   No ◉

Debtor's Name  Blue Sun Scientific, LLC                                    Case No.  25-17998

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Irvin Lucas                                               Irvin Lucas

Signature of Responsible Party                               Printed Name of Responsible Party

Authorized Agent                                            07/09/2026

Title                                                        Date

Debtor's Name  Blue Sun Scientific, LLC                                                      Case No.  25-17998



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

UST Form 11-MOR (12/01/2021) - Mac

Debtor's Name  Blue Sun Scientific, LLC                                                    Case No.  25-17998



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Blue Sun Scientific, LLC                    Case No.  25-17998


PageThree


PageFour

**Form 2-G**

**PROFIT AND LOSS STATEMENT**

**For Month Ended**    5/31/26

| | Current Month | Year-to-Date |
|---|---|---|
| Gross Operating Revenue | $ 0 | $ 0 |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( 0 ) |
| **Net Operating Revenue** | $ 0 | $ 0 |
| Cost of Goods Sold | 0 | 0 |
| **Gross Profit** | $ 0 | $ 0 |
| Operating Expenses | | |
| Officer Compensation | $ 0 | $ 0 |
| Selling, General and Administrative | 0 | 0 |
| Rents and Leases | 0 | 0 |
| Depreciation, Depletion and Amortization | 0 | 0 |
| Other (list): | 0 | 0 |
| | 0 | 0 |
| Total Operating Expenses | $ 0 | $ 0 |
| **Operating Income (Loss)** | $ 0 | $ 0 |
| Non-Operating Income and Expenses | | |
| Other Non-Operating Expenses | $ 0 | $ 0 |
| Gains (Losses) on Sale of Assets | 0 | 0 |
| Interest Income | 0 | 0 |
| Interest Expense | 0 | 0 |
| Other Non-Operating Income | 0 | 0 |
| Net Non-Operating Income or (Expenses) | $ 0 | $ 0 |
| Reorganization Expenses | | |
| Legal and Professional Fees | $ 0 | $ 0 |
| Other Reorganization Expense | 0 | 0 |
| Total Reorganization Expenses | $ 0 | $ 0 |
| **Net Income (Loss) Before Income Taxes** | $ 0 | $ 0 |
| Federal and State Income Tax Expense (Benefit) | 0 | 0 |
| **NET INCOME (LOSS)** | $ 0 | $ 0 |

*Debtor may substitute self-prepared P&L statement for this form.*

**Form 2-F**

## BALANCE SHEET
**For Month Ended:** 5/31/26 0:00

*ASSETS*

Current Assets:

| | | | |
|---|---|---|---|
| Cash and Cash Equivalents (from Form 2-B, line 5) | | $ | 27013 |
| Accounts Receivable (from Form 2-C) | 0 | | 595812 |
| Less: Bad Debt | 0 | | |
| Net Accounts Receivable | | | 0 |
| Receivable from Officers, Employees, Affiliates | | | 0 |
| Inventory | | | 0 |
| Other Current Assets :(List) | | | 0 |
| | | | 0 |
| Total Current Assets | | $ | 622825 |

Fixed Assets:

| | | | |
|---|---|---|---|
| Land | | $ | 0 |
| Building | | | 0 |
| Equipment, Furniture and Fixtures | | | 1000 |
| Total Fixed Assets | | | 1000 |
| Less:  Accumulated Depreciation | | ( | 0 ) |
| Net Fixed Assets | | $ | 1000 |
| Other Assets (List): Domain | | | 1 |
| | | | 0 |
| **TOTAL ASSETS** | | $ | 623826 |

*LIABILITIES*

| | | | |
|---|---|---|---|
| Post-petition Accounts Payable (from Form 2-C) | | $ | 30273 |
| Post-petition Accrued Profesional Fees | | | 0 |
| Post-petition Taxes Payable (from Form 2-C) | | | 0 |
| Post-petition Notes Payable | | | 0 |
| Other Post-petition Payable(List): | | | 0 |
| | | | 0 |
| Total Post Petition Liabilities | | $ | 30273 |

Pre-petition Liabilities:

| | | | |
|---|---|---|---|
| Secured Debt | | | 0 |
| Priority Debt | | | 18571.45 |
| Unsecured Debt | | | 6311336.18 |
| Total Pre-petition Liabilities | | $ | 6329907.63 |
| **TOTAL LIABILITIES** | | $ | 6360180.63 |

*OWNERS' EQUITY*

| | | | |
|---|---|---|---|
| Owner's/Stockholder's Equity | | $ | 0 |
| Retained Earnings - Pre-petition | | | 0 |
| Retained Earnings - Post-petition | | | 0 |
| **TOTAL OWNERS' EQUITY** | | $ | 0 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | $ | 6360180.63 |

*Debtor may substitute self-prepared balance sheet for this form.*

PAGE 6

Rev. 11/2012

## Form 2-H-1

### CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)

**Month:**            5/31/26

**CASH RECEIPTS DETAIL**            **Account No:**
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 5/6/26 | Penn State Univeristy - Agronomy F | Payment for Goods | $1,402.79 |
| 5/6/26 | A&L Labs | Payment for Goods | $274.75 |
| 5/11/26 | Vista Sales Consulting | Payment for Goods | $30,795.00 |
| 5/14/26 | Nutrilytical | Payment for Goods | $1,863.60 |
| 5/22/26 | OFI | Payment for Goods | $4,200.00 |
| 5/29/26 | Suretech (Land O' Lakes) | Payment for Goods | $51,450.00 |
| 5/29/26 | Atlantic Union Bank | Interest | $0.10 |

**Total Cash Receipts**            $      $89,986.24  (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

*Debtor may substitute self-prepared cash receipts statement for this form.*

PAGE 8

Rev. 11/2012

# Blue Sun Scientific

## AP Aging Summary

As of 31 May 2026

| Vendor Name | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Total | Total (FCY) |
|---|---|---|---|---|---|---|---|
| Carefirst | $0.00 | $0.00 | $0.00 | $0.00 | $2,861.47 | $2,861.47 | $2,861.47 |
| Executive Financial Services | $0.00 | $0.00 | $0.00 | $0.00 | $8,896.50 | $8,896.50 | $8,896.50 |
| Interworld Freight | $0.00 | $0.00 | $0.00 | $0.00 | $2,700.94 | $2,700.94 | $2,700.94 |
| ITG | $51,906.84 | $35,322.48 | $70,040.62 | $443.12 | $1,171,675.39 | $1,329,388.45 | $1,329,388.45 |
| Kroll | $0.00 | $0.00 | $0.00 | $0.00 | $71,902.85 | $71,902.85 | $71,902.85 |
| Seyfarth Shaw LP | $0.00 | $0.00 | $0.00 | $0.00 | $554,487.50 | $554,487.50 | $554,487.50 |
| Terrace Assembly | $0.00 | $156.45 | $115.00 | $0.00 | $0.00 | $271.45 | $271.45 |
| UPS | $915.66 | $0.00 | $0.00 | $0.00 | $2,172.25 | $3,087.91 | $3,087.91 |
| **TOTAL** | | **$35,478.93** | **$70,155.62** | **$443.12** | **$1,814,696.90** | **$1,973,597.07** | |

# Blue Sun Scientific

## AR Aging Summary

As of 31 May 2026

| Customer Name | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Total | Total (FCY) |
|---|---|---|---|---|---|---|---|
| ADM Laboratories LLC | $0.00 | $0.00 | $0.00 | $0.00 | $732.00 | $732.00 | $732.00 |
| AG Health Laboratories | $0.00 | $0.00 | $0.00 | $0.00 | $170.00 | $170.00 | $170.00 |
| AgPack LLC. | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Agrovive - OPSD | $1,750.00 | $1,750.00 | $0.00 | $0.00 | $0.00 | $3,500.00 | $3,500.00 |
| Auburn University Soil Testing Lab | $0.00 | $0.00 | $0.00 | $0.00 | $690.00 | $690.00 | $690.00 |
| Barnes Hay and Feed | $0.00 | $0.00 | $1,700.00 | $0.00 | $0.00 | $1,700.00 | $1,700.00 |
| Bright Pet Nutrition | $0.00 | $0.00 | $0.00 | $0.00 | $4,200.00 | $4,200.00 | $4,200.00 |
| Chandler Feed | $0.00 | $1,275.00 | $0.00 | $0.00 | $0.00 | $1,275.00 | $1,275.00 |
| Cumberland Valley Analytical Services | $0.00 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | $400.00 |
| Dairyland Labs | $1,715.00 | $0.00 | $0.00 | $0.00 | $1,340.00 | $3,055.00 | $3,055.00 |
| Honeyland AG Services | $0.00 | $0.00 | $0.00 | $0.00 | $4,720.00 | $4,720.00 | $4,720.00 |
| IADECO SAS | $0.00 | $900.00 | $0.00 | $0.00 | $0.00 | $900.00 | $900.00 |
| Idahoan Foods - Idaho Falls | $425.00 | $0.00 | $0.00 | $0.00 | $0.00 | $425.00 | $425.00 |
| Instrulab Instrumentos Para Laboratorio | $0.00 | $0.00 | $0.00 | $0.00 | $11,266.25 | $11,266.25 | $11,266.25 |
| KC Tech | $0.00 | $0.00 | $0.00 | $2,600.00 | $450.00 | $3,050.00 | $3,050.00 |
| Kent Nutrition - NY | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | $350.00 |
| Louisiana State University, School of Plant, Environmental & Soil Sciences | $0.00 | $0.00 | $0.00 | $0.00 | $980.00 | $980.00 | $980.00 |
| Luman Analytical And Maintenance Support SA de CV | $0.00 | $0.00 | $0.00 | $0.00 | $1,629.00 | $1,629.00 | $1,629.00 |
| McCormick Spice Mill - Hunt Valley | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Next Level Ag | $0.00 | $850.00 | $0.00 | $0.00 | $0.00 | $850.00 | $850.00 |
| Northwest Labs, LLC. | $0.00 | $0.00 | $0.00 | $0.00 | $185.00 | $185.00 | $185.00 |
| Post Consumer Brands - Battle Creek | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 |
| Praha Analytical Partners | $0.00 | $5,000.00 | $0.00 | $0.00 | $344,384.00 | $349,384.00 | $349,384.00 |
| ProAnalytics Pty Ltd | $0.00 | $0.00 | $522.00 | $0.00 | $0.00 | $522.00 | $522.00 |
| Rock River - Sioux Falls | $0.00 | $0.00 | $0.00 | $0.00 | $512.00 | $512.00 | $512.00 |
| Rock River Laboratory - Texas | $0.00 | $0.00 | $0.00 | $0.00 | $42,680.00 | $42,680.00 | $42,680.00 |

| Customer Name | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Total | Total (FCY) |
|---|---|---|---|---|---|---|---|
| Rock River Labs | $0.00 | $0.00 | $0.00 | $0.00 | $430.76 | $430.76 | $430.76 |
| SDK Laboratories, Inc. | $0.00 | $0.00 | $0.00 | $0.00 | $1,150.00 | $1,150.00 | $1,150.00 |
| See's Candies - Los Angeles | $0.00 | $0.00 | $0.00 | $0.00 | $1,360.00 | $1,360.00 | $1,360.00 |
| Sithiphorn Associate Company Limited | $0.00 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | $400.00 |
| SMI NIR Solutions | $0.00 | $0.00 | $0.00 | $0.00 | $520.00 | $520.00 | $520.00 |
| Specialty Feeds | $0.00 | $0.00 | $0.00 | $0.00 | $724.00 | $724.00 | $724.00 |
| Stanworth Crop Consulting | $0.00 | $0.00 | $0.00 | $0.00 | $615.00 | $615.00 | $615.00 |
| Sterling Specialty Chemicals | $0.00 | $0.00 | $0.00 | $0.00 | $850.00 | $850.00 | $850.00 |
| STL | $0.00 | $0.00 | $0.00 | $0.00 | $983.00 | $983.00 | $983.00 |
| Taplow Ventures Ltd | $0.00 | $0.00 | $850.00 | $0.00 | $0.00 | $850.00 | $850.00 |
| Teva | $0.00 | $0.00 | $0.00 | $0.00 | $4,300.00 | $4,300.00 | $4,300.00 |
| UNION CENTRO VETERINARIO SRL | $0.00 | $0.00 | $0.00 | $0.00 | $1,100.00 | $1,100.00 | $1,100.00 |
| USDA - St. Paul | $0.00 | $0.00 | $0.00 | $0.00 | $590.00 | $590.00 | $590.00 |
| USDA-ARS Logan Utah | $0.00 | $0.00 | $0.00 | $0.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| Vista Sales Consulting | $2,962.50 | $4,400.00 | $0.00 | $0.00 | $0.00 | $7,362.50 | $7,362.50 |
| Weld Laboratories | $0.00 | $0.00 | $0.00 | $0.00 | $1,520.00 | $1,520.00 | $1,520.00 |
| West Coast Reduction, Ltd. - Calgary | $0.00 | $0.00 | $0.00 | $0.00 | $1,010.00 | $1,010.00 | $1,010.00 |
| **TOTAL** | **$8,852.50** | **$14,175.00** | **$3,072.00** | **$2,600.00** | **$437,741.01** | **$466,440.51** | |



**Atlantic Union Bank**®

PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | ▉▉▉▉▉ |
| Statement Date | 05/29/2026 |
| Statement Thru Date | 05/31/2026 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00116902 M4389DDA053026081338 01 000000000 0116902 003

BLUE SUN SCIENTIFIC LLC
DEBTOR IN POSSESSION 25-17998
8017 DORSEY RUN RD STE H
JESSUP MD 20794-9372

### Customer Service Information

 **Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

 **Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

 **Visit Us Online:**
AtlanticUnionBank.com

Follow us on:

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Balance |
|---|---|---|
| FLEX BUSINESS CHECKING | ▉▉▉▉▉ | $2,801.91 |

### FLEX BUSINESS CHECKING                    Account Number: ▉▉▉▉▉

Account Owner(s):    **BLUE SUN SCIENTIFIC LLC**
**DEBTOR IN POSSESSION 25-17998**

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 05/01/2026** | **$11,335.24** |
| + Deposits and Credits (3) | $34,061.39 |
| - Withdrawals and Debits (7) | $42,594.72 |
| **Ending Balance as of 05/31/2026** | **$2,801.91** |
| Service Charges for Period | $0.00 |
| Average Balance for Period | $5,658.00 |
| Average Collected for Period | $5,658.00 |
| Minimum Balance for Period | $938.00 |



## LAY THE FOUNDATION FOR FUTURE SUCCESS

Whether you're purchasing, developing new facilities or upgrading your existing properties, our Commercial Real Estate Loans can move your business forward. Turn your real estate vision into reality with financing built for business growth.
**Connect with a Commercial Banker at AtlanticUnionBank.com.**



## Change of Address

Please change my mailing address on the accounts listed below:

☐ Acct # _____

☐ Acct # _____

☐ Acct # _____

☐ Acct # _____

☐ Acct # _____

☐ Other _____

☐ Other _____

Please detach and mail to:

ATLANTIC UNION BANK
P.O. BOX 5568
GLEN ALLEN, VA 23058

_____
NUMBER AND STREET

_____
CITY AND STATE

_____     _____
DATE                    AUTHORIZED SIGNATURE

---

## Checkbook Reconciliation

### Checks Outstanding

| DATE OR NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

### Enter

BALANCE THIS STATEMENT  $ _____

### Add
DEPOSITS NOT CREDITED
ON THIS STATEMENT          _____

                           _____

### Total                  _____

### Subtract
CHECKS OUTSTANDING         _____

### Balance              $ _____

SHOULD AGREE WITH YOUR
CHECKBOOK BALANCE AFTER
DEDUCTING CHARGES AND
ADDING CREDITS INCLUDED ON
THIS STATEMENT, BUT NOT SHOWN
IN YOUR CHECKBOOK.

*Please report any discrepancies within 14 days

---

### Important Notice Concerning Electronic Fund Transfers
*(applies to consumer accounts only)*

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (employer or governmental direct deposits of pay or benefits, and payments you have authorized for direct deduction from your account) call us at 800.990.4828 or write us at the address on the front of this statement.

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

#### PREAUTHORIZED DEPOSITS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at 800.990.4828 to find out whether or not the deposit was made as scheduled.



| | Account Number | |
|---|---|---|
| |  | |
| Statement Date | 05/29/2026 | |
| Statement Thru Date | 05/31/2026 | |
| Page | 2 | |

## TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| May 01 | BEGINNING BALANCE | | | $11,335.24 |
| May 06 | STRIPE/TRANSFER BLUE SUN SCIENTIFIC LL | 1,402.79 | | 12,738.03 |
| May 06 | THE HARTFORD/INSPMTCL BLUE SUN SCIENTIFIC LL | | 86.63 | 12,651.40 |
| May 06 | GOOGLE/PURCHASE BLUE SUN SCIENTIFIC LL | | 211.31 | 12,440.09 |
| May 11 | VISTA SALES CONS/SENDER BLUE SUN SCIENTI | 30,795.00 | | 43,235.09 |
| May 11 | STRIPE/TRANSFER BLUE SUN SCIENTIFIC LL | | 1,385.00 | 41,850.09 |
| May 11 | ACH PAYMENTS TRACKING ID:7331508 TO:  74 43 | | 5,380.40 | 36,469.69 |
| May 11 | ACH PAYMENTS TRACKING ID:7330158 TO:  74 43 | | 24,000.00 | 12,469.69 |
| May 12 | FUNDS TRANSFER VIA ONLINE TO:  8801 | | 11,000.00 | 1,469.69 |
| May 14 | ACH PAYMENTS TRACKING ID:7390766 TO:  74 43 | | 531.38 | 938.31 |
| May 19 | STRIPE/TRANSFER BLUE SUN SCIENTIFIC LL | 1,863.60 | | 2,801.91 |
| May 31 | ENDING BALANCE | | | $2,801.91 |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |





**Atlantic Union Bank®**

PO Box 5568 • Glen Allen, VA 23058



| Account Number | |
|---|---|
| Statement Date | 05/29/2026 |
| Statement Thru Date | 05/31/2026 |
| Check/Items Enclosed | 0 |
| Page | 1 |



00106746 M4389DDA053026081338 01 000000000 0106746 003

BLUE SUN SCIENTIFIC LLC
DEBTOR IN POSSESSION CASE 25-17998
NVA
8017 DORSEY RUN RD STE H
JESSUP MD 20794-9372

### Customer Service Information

 **Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

 **Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

**Visit Us Online:**
AtlanticUnionBank.com

Follow us on:
  

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Balance |
|---|---|---|
| FLEX BUSINESS CKING PLUS | | $23,871.35 |

## FLEX BUSINESS CKING PLUS                    Account Number:

**Account Owner(s):    BLUE SUN SCIENTIFIC LLC**
**DEBTOR IN POSSESSION CASE 25-17998 NVA**

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 05/01/2026** | **$11,812.84** |
| + Deposits and Credits  (5) | $66,924.85 |
| - Withdrawals and Debits  (14) | $54,866.34 |
| **Ending Balance as of 05/31/2026** | **$23,871.35** |
| Service Charges for Period | $0.00 |
| Average Collected for Period | $4,082.00 |
| Minimum Balance for Period | $123.00 |

### Earnings Summary

| | |
|---|---|
| Interest for Period Ending 05/31/2026 | $0.10 |
| Interest Paid Year to Date | $0.44 |
| Annual Percentage Yield Earned (APYE) | 0.03% |
| Average Balance for APYE | $4,082.59 |
| Number of Days for APYE | 31 |

## TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| May 01 | BEGINNING BALANCE | | | $11,812.84 |



**LAY THE FOUNDATION FOR FUTURE SUCCESS**

Whether you're purchasing, developing new facilities or upgrading your existing properties, our Commercial Real Estate Loans can move your business forward. Turn your real estate vision into reality with financing built for business growth.
**Connect with a Commercial Banker at AtlanticUnionBank.com.**

 MEMBER FDIC / EQUAL HOUSING LENDER

## Change of Address

Please change my
mailing address on the
accounts listed below:

Please detach and mail to:

ATLANTIC UNION BANK
P.O. BOX 5568
GLEN ALLEN, VA 23058

☐ Acct # _____

☐ Acct # _____

☐ Acct # _____

☐ Acct # _____

_____

NUMBER AND STREET

☐ Acct # _____

☐ Other _____

_____

CITY AND STATE

☐ Other _____

_____      _____
DATE                                AUTHORIZED SIGNATURE

--------------------------------------------------------------------------------

## Checkbook Reconciliation

### Checks Outstanding

| DATE OR NUMBER | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

### Enter
BALANCE THIS STATEMENT   $ _____

### Add
DEPOSITS NOT CREDITED
ON THIS STATEMENT                    _____

_____

### Total                                          _____

### Subtract
CHECKS OUTSTANDING                  _____

### Balance                       $ _____

SHOULD AGREE WITH YOUR
CHECKBOOK BALANCE AFTER
DEDUCTING CHARGES AND
ADDING CREDITS INCLUDED ON
THIS STATEMENT, BUT NOT SHOWN
IN YOUR CHECKBOOK.

*Please report any discrepancies within 14 days

--------------------------------------------------------------------------------

## Important Notice Concerning Electronic Fund Transfers
### (applies to consumer accounts only)

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (employer or governmental direct deposits of pay or benefits, and payments you have authorized for direct deduction from your account) call us at 800.990.4828 or write us at the address on the front of this statement.

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### PREAUTHORIZED DEPOSITS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at 800.990.4828 to find out whether or not the deposit was made as scheduled.



**Atlantic Union Bank**

| | |
|---|---|
| Account Number | ██████████ |
| Statement Date | 05/29/2026 |
| Statement Thru Date | 05/31/2026 |
| Page | 2 |

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| May 01 | ACH PAYMENTS TRACKING ID:7161133 TO: 74 43 | | 340.00 | 11,472.84 |
| May 01 | ADP WAGE PAY/WAGE PAY BLUE SON SCIENTIFIC LL | | 7,610.88 | 3,861.96 |
| May 04 | ACH PAYMENTS TRACKING ID:7204615 TO: 74 43 | | 2,648.00 | 1,213.96 |
| May 06 | WIRE/IN ORG:A AND L CANADA LABORATORIES | 274.75 | | 1,488.71 |
| May 07 | ACH PAYMENTS TRACKING ID:7261049 TO: 74 43 | | 907.95 | 580.76 |
| May 08 | ADP PAYROLL FEES/ADP FEES 719882696BLUE SON SCIE | | 228.56 | 352.20 |
| May 12 | FUNDS TRANSFER VIA ONLINE FROM: 0801 | 11,000.00 | | 11,352.20 |
| May 12 | UPSBILLCTR/PAYMENT LOG IN TO THE UPS BILLING CENTER FOR PAY MENT DETAILS. SANDY SPRING BANK | | 463.63 | 10,888.57 |
| May 13 | ADP TAX/ADP TAX BLUE SON SCIENTIFIC LL | | 3,154.14 | 7,734.43 |
| May 13 | ADP WAGE PAY/WAGE PAY BLUE SON SCIENTIFIC LL | | 7,610.87 | 123.56 |
| May 22 | OLAM HOLDINGS IN/PAYMENTS BLUE SUN SCIENTI | 4,200.00 | | 4,323.56 |
| May 22 | ADP PAYROLL FEES/ADP FEES 721241993BLUE SON SCIE | | 507.26 | 3,816.30 |
| May 27 | UPSBILLCTR/PAYMENT LOG IN TO THE UPS BILLING CENTER FOR PAY MENT DETAILS. SANDY SPRING BANK | | 490.04 | 3,326.26 |
| May 27 | MONTHLY MAINTENANCE FEES | | 140.00 | 3,186.26 |
| May 29 | LAND O'LAKES, IN/EDI PYMNTS BLUE SUN SCIENTIFIC, L | 51,450.00 | | 54,636.26 |
| May 29 | WIRE/OUT BNF:SMITH DUGGAN CORNELL & GOLL | | 20,000.00 | 34,636.26 |
| May 29 | ADP TAX/ADP TAX BLUE SON SCIENTIFIC LL | | 3,154.12 | 31,482.14 |
| May 29 | ADP WAGE PAY/WAGE PAY BLUE SON SCIENTIFIC LL | | 7,610.89 | 23,871.25 |
| May 29 | INTEREST EARNED | 0.10 | | 23,871.35 |
| May 31 | ENDING BALANCE | | | $23,871.35 |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $190.00 |
| Total Returned Item Fees | $0.00 | $114.00 |

