United States Bankruptcy Court

District of Maryland

| | |
|---|---|
| In re: | Case No. 25-17998-DER |
| Blue Sun Scientific, LLC | Chapter 11 |
| The Innovative Technologies Group & Co., | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 08, 2026 | Form ID: pdfall | Total Noticed: 85 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Blue Sun Scientific, LLC, 8017 Dorsey Run Rd, Suite H, Jessup, MD 20794-9372 |
| aty | + | Wolff & Orenstein, LLC, 15245 Shady Grove Road, Suite 465, Rockville, MD 20850-7203 |
| sp | + | Dana Zakarian, Smith Duggan Cornell & Gollub LLP, 55 Old Bedford Road, Suite 300, Lincoln, MA 01773-1125 |
| cr | + | KPM Analytics North America Corporation, c/o Miles & Stockbridge P.C., Addison J. Chappell, Esquire, 100 Light Street, 7th Floor, Baltimore, MD 21202-1153 |
| cr | + | Sandy Spring Bank, a division of Atlantic Union Ba, c/o Michael D. Nord, Gebhardt & Smith LLP, 1 South Street, Suite 2200, Baltimore, MD 21202-3343 |
| jadb | + | The Innovative Technologies Group & Co., LTD, 8017 Dorsey Run Road, Suite H, Jessup, MD 20794-9372 |
| 32980076 | + | Aaron Coleman, 6008 Quebec St., Berwyn Heights, MD 20740-2736 |
| 32980078 | + | Allied Waste Service, 8145 Reichs Ford Rd, Frederick, MD 21704-6647 |
| 32980079 | + | Altantic Union Bank, c/o CSC Lawyers Incorporating Service Co, 7 St. Paul Street, Suite 820, Baltimore, MD 21202-1681 |
| 32947072 | + | Arnold Eilert, 2264 Clearbrook act, Wauconda, IL 60084-5017 |
| 32980082 | + | Berkshire Life Ins C, 700 South Street, Pittsfield, MA 01201-8285 |
| 32980083 | + | Blue Sun Scientific, LLC, 8017 Dorsey Run Road, Jessup, MD 20794-9371 |
| 32980084 | + | Business Finance Group, Inc., 3930 Pender Drive, Suite 300, Fairfax, VA 22030-0986 |
| 32947075 | + | Carefirst Maryland (Radius Global Soln.), PO Box 390908, Minneapolis, MN 55439-0908 |
| 32980086 | + | Carol-Ann J. Hulme, Esq., US Small Business A, 100 S Charles St, Suite 1201, Baltimore, MD 21201-2714 |
| 32980087 | + | Cathy Wilt, 22189 Bayshore Road, Chestertown, MD 21620-4406 |
| 32980090 | + | Comcast Corporation, c/o CSC-LAWYERS INCORPORATING SERVICE CO, 7 St. Paul St., Ste. 820, Baltimore, MD 21202-1681 |
| 32947076 | + | Comptroller of Maryland, Revenue Administration Division, PO Box 549, Annapolis, MD 21404-0549 |
| 33028605 | + | Dana Zakarian, 55 Old Bedford Rd, Suite 300, 55 Old Bedford Rd, Suite 300, Lincoln, MA 01773-1125 |
| 32980091 | + | David Bush, 5905 Crawford Dr, Rockville, MD 20851-1724 |
| 32980092 | + | Digi-Key Corporation, 701 Brooks Ave S, Thief River Falls, MN 56701-2703 |
| 32980093 | + | Edward D. Jones & Co.. LP, 12555 Manchester Road, Saint Louis, MO 63131-3710 |
| 32980094 | + | Esco Products, 2501 Central Parkway, Suite A-5, Houston, TX 77092-7726 |
| 32980096 | + | GPD Optoelectronics, 7 Manor Parkway, Salem, NH 03079-2842 |
| 32980095 | + | Gordon Feinblatt LLC, 1001 Fleet Street, Suite 700, Baltimore, MD 21202-4346 |
| 32980097 | + | HT Machine Shop, LLC, 2712 Occidental Drive, Vienna, VA 22180-7058 |
| 32980098 | + | Hunt Manor Insurance, 35 Fulford Ave, Suite 202, Bel Air, MD 21014-3941 |
| 32980102 | + | ITProp, LLC, c/o Howard E. Deutch, Resident Ag, 2901 S. Leisure World Blvd., Silver Spring, MD 20906-8356 |
| 32980101 | + | ITProp, LLC, 10240 Old Columbia Road, Columbia, MD 21046-2370 |
| 32980099 | | Intelliworks HT LLC, PO Box 899, Norwalk, OH 44857-0899 |
| 32947081 | + | Interworld Freight, 9601 NW 112th Ave, Miami, FL 33178-2521 |
| 32981025 | + | Interworld Freight, Inc., 9601 NW 112th Avenue, Medley, FL 33178, Medley, FL 33178-2521 |
| 32947082 | + | Irvin Lucas, 6835 Laurel Canyon Blvd Apt 110, North Hollywood, CA 91605-5678 |
| 32947083 | + | Joshua Sarver, 1400 Elfin Court, Frederick, MD 21703-2220 |
| 32947084 | + | KPM Analytics, 8 Technology Drive, Westborough, MA 01581-1756 |
| 32980103 | + | KPM Analytics North America Corporation, 8 Technology Drive, Westborough, MA 01581-1756 |
| 32963375 | + | KPM Analytics North America Corporation, Addison J. Chappell, Esquire, Miles & Stockbridge P.C., 100 Light Street, 7th Floor, Baltimore, Maryland 21202-1153 |
| 32980104 | + | KPM Analytics North America Corporation, Miles & Stockbridge, P.C., 100 Light Street, Baltimore, MD 21202-1036 |
| 32947085 | + | Kroll, LLC, 12595 Collection Center Dr, Chicago, IL 60693-0001 |
| 32980105 | + | Lana Sapojnik, 3204 Old Post Dr #6, Pikesville, MD 21208-3214 |
| 32980106 | + | Lev Gutman, 11 Pickersgill Square, Owings Mills, MD 21117-4510 |
| 32980107 | + | Linda Taylor, 3555 Floating Leaf Lane, Laurel, MD 20724-1995 |
| 32980112 | + | MSC Industrial Supply, 525 Harbour Place Drive, Davidson, NC 28036-7444 |

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 32980108 | + | Marlon Vaughn, 102 Trebeck Trail, Falling Waters, WV 25419-1620 |
| 32980109 | + | McMaster-Carr Supply, P.O. Box 4355, Chicago, IL 60680-4355 |
| 32980140 | | McMaster-Carr Supply Co., 200 New Canton Way, Robbinsville, NJ 08691-2343 |
| 32980110 | + | Mega Electronics, 4B Jules Lane, New Brunswick, NJ 08901-3636 |
| 32980111 | + | Michael D. Nord, Esq., Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore, MD 21202-3343 |
| 32980113 | + | Newark Electronics, 4180 Highlander Pkwy, Richfield, OH 44286-9352 |
| 32980114 | + | Paige Zacharakis, Esq., Morse, Barnes-Brown & Pendleton, P.C., 480 Totten Pond Road, 4th Foor, Waltham, MA 02451-1908 |
| 32980115 | + | R/S Electronics, Inc., 4 Professional Drive, Suite 118, Gaithersburg, MD 20879-3424 |
| 32980116 | + | R/S Electronics, Inc. c/o Ravinder S. Arneja,, 7844 Beechcraft Ave, Gaithersburg, MD 20879-1542 |
| 32947086 | + | Robert Gajewski, 2728 Leonard Lane, North Aurora, IL 60542-6002 |
| 32947087 | + | Robert M Gajewski, 2728 Leonard Lane, Aurora, IL 60542-6002 |
| 32980118 | + | Robert Wilt, 22189 Bayshore Road, Chestertown, MD 21620-4406 |
| 32948319 | + | Sandy Spring Bank, a division of Atlantic Union Bank, c/o Michael D. Nord Gebhardt & Smith LLP, 1 South Street, Suite 2200, Baltimore, MD 21202-3281 |
| 32980122 | + | Scott R. Magee, Esq., Morse, Barnes-Brown & Pendleton, P.C., 480 Totten Pond Road, 4th Floor, Waltham, MA 02451-1908 |
| 32947088 | + | Seyfarth Shaw LLP, 233 S Wacker Dr, Suite 8000, Chicago, IL 60606-6448 |
| 32980123 | + | Smith Duggan Cornell & Gollub LLP, c/o Dana Zakarian, Esq., 55 Old Bedford Road, Suite 300, Lincoln, MA 01773-1125 |
| 32947089 | + | Smith, Duggan, Cornell & Gollub, LLP, 55 Old Bedford Rd, Suite 300, Lincoln, MA 01773-1125 |
| 32980124 | + | T&M Machine Shop, 12201-A Distribution Way, Beltsville, MD 20705-1418 |
| 32980125 | + | Terrace Assembly, 395 Timberton Circle, Bellefonte, PA 16823-9071 |
| 32980126 | + | The Hartford Insurance Group, Inc., 690 Asylum Avenue, Hartford, CT 06155-0002 |
| 32980127 | + | Todd & Weld LLP, One Federal Street, Boston, MA 02110-2010 |
| 32980129 | + | UPS Corporate Legal Department, 55 Glenlake Parkway NE, Atlanta, GA 30328-3474 |
| 32980130 | + | US Bank Equipment, PO Box 230789, Portland, OR 97281-0789 |
| 32980137 | | US Small Business Administration, 100 S Charles Street, Suite 1201, 721 19th Street, Suite 301, Baltimore, MD 20201 |
| 32980128 | + | United States Small Business Administration, City Crescent Building, 10 S. Howard Street, Suite 6220, Baltimore, MD 21201-2526 |
| 32980133 | + | Vital Records Control f/k/a Proshred, 803 Pressley Road, Unit 108, Charlotte, NC 28217-0971 |
| 32980085 | | c/o Michael B. Brown, Esq., Miles & Stockbridge, P.C., Light Street, Baltimore, MD 21202 |

TOTAL: 70

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32980077 | + | Email/Text: mgeorge@aflac.com | Jul 08 2026 19:33:00 | AFLAC, 1932 Wynnton Rd., Columbus, GA 31999-0002 |
| 32980080 | + | Email/Text: g17768@att.com | Jul 08 2026 19:32:00 | AT&T Mobility, P.O. Box 6416, Carol Stream, IL 60197-6416 |
| 32980081 | ^ | MEBN | Jul 08 2026 19:30:46 | Baltimore Gas & Electric, P.O. Box 13070, Philadelphia, PA 19101-3070 |
| 32947073 | | Email/Text: itcdbg@edd.ca.gov | Jul 08 2026 19:33:00 | California Employment Development Dept., Tax Support Division, MIC 93, PO Box 826880, Sacramento, CA 94280-0001 |
| 32947074 | | Email/Text: BKBNCNotices@ftb.ca.gov | Jul 08 2026 19:33:00 | California Franchise Tax Board, PO Box 942840, Sacramento, CA 94240-0040 |
| 32980088 | + | Email/Text: g17768@att.com | Jul 08 2026 19:32:00 | Cingular Wireless, 5600 Glenridge Dr NE, Sandy Springs, GA 30342-6902 |
| 32980089 | + | Email/Text: documentfiling@lciinc.com | Jul 08 2026 19:32:00 | Comcast, 1701 John F. Kennedy Blvd., Philadelphia, PA 19103-2899 |
| 32947078 | | Email/Text: rev.bankruptcy@illinois.gov | Jul 08 2026 19:33:00 | Illinois Dept. of Revenue, PO BOX 19035, Springfield, IL 62794-9035 |
| 32947080 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 08 2026 19:32:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 32980121 | + | Email/Text: bankruptcy@atlanticunionbank.com | Jul 08 2026 19:33:00 | Sandy Spring Bank, c/o Kimberly Sargent, 17801 Georgia Avenue, Olney, MD 20832-2267 |
| 32980119 | + | Email/Text: bankruptcy@atlanticunionbank.com | Jul 08 2026 19:33:00 | Sandy Spring Bank, 17801 Georgia Avenue, Olney, MD 20832-2267 |
| 32980120 | + | Email/Text: bankruptcy@atlanticunionbank.com | | |

District/off: 0416-1      User: admin      Page 3 of 4

Date Rcvd: Jul 08, 2026      Form ID: pdfall      Total Noticed: 85

|  |  |  | Jul 08 2026 19:33:00 | Sandy Spring Bank, c/o Daniel J. Schrider, Resident Agent, 17801 Georgia Avenue, Olney, MD 20832-2267 |
| 32947091 | + | Email/Text: bankruptcy@ups.com | Jul 08 2026 19:33:00 | UPS, 55 Glenlake Parkway NE, Atlanta, GA 30328-3474 |
| 32980132 | + | Email/Text: bankruptcynotices@sba.gov | Jul 08 2026 19:32:00 | US Small Business Administration, 403 3rd Street SW, Washington, DC 20416-0001 |
| 32980134 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jul 08 2026 19:42:42 | Wells Fargo, P.O. Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32947077 |  | Executive Financial Enterprises (UPS), INVALID ADDRESS PROVIDED |
| intp | *+ | The Innovative Technologies Group & Co., LTD, 8017 Dorsey Run Road, Suite H, Jessup, MD 20794-9372 |
| 32947079 | *+ | Innovative Technologies Group & Company, 8017 Dorsey Run Rd, Suite H, Jessup, MD 20794-9372 |
| 32947090 | *+ | The Innovative Technologies Group & Co.,, 8017 Dorsey Run Rd, Suite H, Jessup, MD 20794-9372 |
| 32980131 | * | US Bank Equipment, PO Box 230789, Portland, OR 97281-0789 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2026      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Addison J. Chappell | achappell@milesstockbridge.com |
| Christianna Annette Cathcart | christianna@dcbankruptcy.com |
| Elizabeth Drayden Peters | epeters@gebsmith.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jeffrey M. Orenstein | jorenstein@wolawgroup.com |
| Matthew Eliot Abbott | MAbbott@wolawgroup.com  KDriscoll@wolawgroup.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,versta |

District/off: 0416-1                                    User: admin                                                Page 4 of 4
Date Rcvd: Jul 08, 2026                              Form ID: pdfall                                         Total Noticed: 85

ndiglaw@recap.email

Michael Benjamin Brown

mbbrown@milesstockbridge.com  jdiaz@milesstockbridge.com

Michael David Nord

mnord@gebsmith.com

Patricia B. Jefferson

pjefferson@milesstockbridge.com

US Trustee - Baltimore

USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 11

Case 25-17998   Doc 106   Filed 07/10/26   Page 4 of 8

District/off: 0416-1                                    User: admin                                                Page 4 of 4
Date Rcvd: Jul 08, 2026                              Form ID: pdfall                                         Total Noticed: 85

ndiglaw@recap.email

Michael Benjamin Brown

mbbrown@milesstockbridge.com  jdiaz@milesstockbridge.com

Michael David Nord

mnord@gebsmith.com

Patricia B. Jefferson

pjefferson@milesstockbridge.com

US Trustee - Baltimore

USTPRegion04.BA.ECF@USDOJ.GOV

Entered: July 8th, 2026
Signed: July 7th, 2026
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | Jointly Administered Under |
| BLUE SUN SCIENTIFIC, LLC, | Case No. 25-17998-DER (Lead Case) |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD, | Case No. 25-18000-DER |
| Debtors. | Chapter 11 |

**ORDER APPROVING FIRST AMENDED DISCLOSURE STATEMENT IN SUPPORT OF CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD AND SETTING SCHEDULE FOR <u>CONSIDERATION OF PLAN OF REORGANIZATION</u>**

Upon consideration of the First Amended Disclosure Statement in Support of Chapter 11 Plan of Reorganization Proposed by the Innovative Technologies Group & Co., LTD [Case No. 25-17998, Dkt. No. 98; Case No. 25-18000, Dkt. No. 70] (the "<u>Amended Disclosure Statement</u>") filed by the Innovative Technologies Group & Co., LTD (the "<u>Debtor</u>"), the Objection to Disclosure Statement in Support of Chapter 11 Plan of Reorganization Proposed by the Innovative Technologies Group & Co., LTD [Case No. 25-17998, Dkt. No. 89; Case No. 25-18000, Dkt. No. 65] (the "<u>Objection</u>") filed by KPM Analytics North America Corporation ("<u>KPM</u>"), and for the reasons stated on the record at the hearing held on June 22, 2026, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that the Amended Disclosure Statement is approved; and it is further

1

ORDERED, that the Objection is overruled without prejudice to KPM's ability to object to confirmation of the Debtor's Plan of Reorganization [Case No. 25-17998, Dkt. No. 83; Case No. 25-18000, Dkt. No. 60] (the "Plan") at the confirmation hearing; and it is further

ORDERED, that discovery with respect to any opposition to confirmation of the Debtor's proposed Plan shall be conducted as follows:

    a.    Fact discovery shall be completed within **ninety (90) days** of the date of entry of this Order;

    b.    The Debtor shall file application(s) to employ expert witnesses within **fourteen (14) days** of the date of entry of this Order;

    c.    The Debtor's expert witnesses and reports shall be disclosed as set forth in Fed. R. Civ. P. 26(a)(2) within **thirty (30) days** of the date of entry of an order approving the employment of the Debtor's expert witnesses;

    d.    KPM, or any party in interest, shall disclose its expert witnesses and reports as set forth in Fed. R. Civ. P. 26(a)(2) within **forty-five (45) days** of the date the Debtor's expert witnesses and reports are disclosed;

    e.    Expert discovery shall be completed within **ninety (90) days** of the date the Debtor's expert witnesses and reports are disclosed; and it is further

ORDERED, that objections to confirmation of the Plan shall be filed within **fourteen (14) days** of the date of completion of expert discovery; and it is further

ORDERED, that the Debtor shall file a tally of ballots pursuant to Local Bankruptcy Rule 3018-1 no later than **fourteen (14) days** from the date of completion of expert discovery; and it is further

ORDERED, that the Court will hold an evidentiary hearing on confirmation of the Plan and any related objections on **January 19, 2027 and January 20, 2027 beginning each day at**

2

**10:00 a.m. at the U.S. Bankruptcy Court, U.S. Courthouse, 101 W. Lombard St.,**

**Baltimore, MD 21201, Courtroom 9D**; and it is further

ORDERED, that all parties in interest shall adhere to the Court's Evidentiary Protocols

and shall electronically pre-file their witness list, exhibit list, and all exhibits (except those to be

used solely for rebuttal or impeachment purposes) on the Court's docket at least seven (7) days

prior to the confirmation hearing; and it is further

ORDERED, that within **fourteen (14) days** after the entry of this Order, the Debtor shall

(i) transmit this Order, the Plan, the Amended Disclosure Statement, and a ballot conforming to

Official Form 314 to creditors, equity security holders, other parties in interest, and the United

States Trustee, as provided in Federal Bankruptcy Rule 3017(d), and (ii) file a certificate of

service.

<u>**Seen and consented to:**</u>

| | |
|---|---|
| */s/ Addison J. Chappell* | */s/ Jeffrey M. Orenstein (via email on 7/6/26)* |
| Addison J. Chappell, Esq. | Jeffrey M. Orenstein, Esq. |
|  Fed Bar No.: 21852 |  Fed. Bar No. 07512 |
| Miles & Stockbridge P.C. | Wolff & Orenstein |
| 100 Light Street, 7th Floor | 15245 Shady Grove Rd., Suite 465 |
| Baltimore, Maryland 21202 | Rockville, MD 20850 |
| Phone: (410) 385-3481 | Phone: 301-250-7232 |
| achappell@milesstockbridge.com | jorenstein@wolawgroup.com |
| | |
| *Counsel for KPM Analytics North America Corporation* | *Counsel for Debtor* |

*/s/ Hugh M. Bernstein (via email on 7/6/26)*
Hugh M. Bernstein, Esq.
 Fed. Bar No.: 23489
Office of the United States Trustee
101 West Lombard Street, Suite 2625
Baltimore, MD 21201
Phone: 410-962-7771
Hugh.m.bernstein@usdoj.gov

*Office of the United States Trustee*

3

I HEREBY CERTIFY that the terms of the copy of the Stipulation and Consent Order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ _____ on this copy reference the signatures of consenting parties on the original consent order.

/s/ Addison J. Chappell
Addison J. Chappell

cc:   All parties receiving notice via CM/ECF
      Office of the United States Trustee
      Debtor's Counsel –
      Jeffrey M. Orenstein
      Wolff & Orenstein, LLC
      15245 Shady Grove Road
      Suite 465, North Lobby
      Rockville, MD 20850

**\*\*END OF ORDER\*\***

4