**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re: | Jointly Administered Under |
| BLUE SUN SCIENTIFIC, LLC, | Case No. 25-17998-DER (Lead Case) |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD, | Case No. 25-18000-DER |
| Debtors. | Chapter 11 |

## NOTICE OF SERVICE OF DISCOVERY

I HEREBY CERTIFY that on July 10, 2026, a copy of KPM Analytics North America Corporation's First Set of Interrogatories and Document Requests to Debtor were sent to the Innovative Technologies Group & Co., LTD, via email to their counsel at jorenstein@wolawgroup.com.

Dated July 13, 2026

Respectfully submitted,

*/s/ Addison J. Chappell*
Addison J. Chappell, Esq. (#21852)
MILES & STOCKBRIDGE P.C.
100 Light Street, 7th Floor
Baltimore, MD 21202
Telephone: (410) 385-3481
achappell@milesstockbridge.com
*Counsel for KPM Analytics*
*North America Corporation*

120888\000001\4928-0526-6876.v1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 13, 2026, a copy of the foregoing Certificate of Service was served on all parties requesting service in this case via this Court's CM/ECF electronic noticing system as follows:

- **Matthew Eliot Abbott**   MAbbott@wolawgroup.com, KDriscoll@wolawgroup.com
- **Hugh M. (UST) Bernstein**   hugh.m.bernstein@usdoj.gov
- **Michael Benjamin Brown**   mbbrown@milesstockbridge.com, jdiaz@milesstockbridge.com
- **Addison J. Chappell**   achappell@milesstockbridge.com
- **Michael David Nord**   mnord@gebsmith.com
- **Jeffrey M. Orenstein**   jorenstein@wolawgroup.com
- **US Trustee - Baltimore**   USTPRegion04.BA.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- **Elizabeth Drayden Peters**   epeters@gebsmith.com

_/s/ Addison J. Chappell_
Addison J. Chappell

120888\000001\4928-0526-6876.v1