**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Baltimore Division)

|  |  |
|---|---|
| In Re<br><br>**BLUE SUN SCIENTIFIC, LLC,**<br><br>Debtor. | Bankruptcy Case: 25-17998-DER<br><br><br>Chapter 11 |

**LINE WITHDRAWING**
**THE UNITED STATES TRUSTEE'S**
**MOTION TO CONVERT TO CHAPTER 7 OR DISMISS CASE**

Andrew R. Vara, United States Trustee for Regions 3 and 9 (the "United States Trustee"),[1] hereby withdraws the Motion to Convert to Chapter 7 or Dismiss Case, filed on June 25, 2026, as Document 92.  Debtor has cured the deficiencies alleged in the Motion.

Dated: July 14, 2026

Respectfully submitted,

Andrew R. Vara,
United States Trustee for Regions 3 and 9

By:  */s/ Hugh M. Bernstein*
Hugh M. Bernstein
Fed. Bar No.: 23489
United State Department of Justice
101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-4300
E-mail:  hugh.m.bernstein@usdoj.gov

---

[1]Matthew W. Cheney, the United States Trustee for Region 4 is recused from this case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 14, 2026, a copy of the foregoing was sent via first class mail, postage prepaid to:

Blue Sun Scientific, LLC
8017 Dorsey Run Rd
Suite H
Jessup, MD 20794-9372

Dana Zakarian
Smith Duggan Cornell & Gollub LLP
55 Old Bedford Road, Suite 300
Lincoln, MA 01773.

According to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

**Matthew Eliot Abbott**    MAbbott@wolawgroup.com, KDriscoll@wolawgroup.com
**Hugh M. (UST) Bernstein**    hugh.m.bernstein@usdoj.gov
**Michael Benjamin Brown**    mbbrown@milesstockbridge.com, jdiaz@milesstockbridge.com
**Addison J. Chappell**    achappell@milesstockbridge.com
**Patricia B. Jefferson**    pjefferson@milesstockbridge.com
**Michael David Nord**    mnord@gebsmith.com
**Jeffrey M. Orenstein**    jorenstein@wolawgroup.com
**Elizabeth Drayden Peters**    epeters@gebsmith.com
**US Trustee - Baltimore**    USTPRegion04.BA.ECF@USDOJ.GOV
**Maurice Belmont VerStandig**    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

 */s/ Hugh M. Bernstein*
Hugh M. Bernstein

- 2 -