Entered: July 15th, 2026
Signed: July 14th, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>BLUE SUN SCIENTIFIC, LLC,<br><br>THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD,<br><br>         Debtors. | Jointly Administered Under<br><br>Case No. 25-17998-DER (Lead Case)<br><br>Case No. 25-18000-DER<br><br>Chapter 11 |

**AMENDED ORDER APPROVING FIRST AMENDED DISCLOSURE STATEMENT IN SUPPORT OF CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD AND SETTING SCHEDULE <u>FOR CONSIDERATION OF PLAN OF REORGANIZATION</u>**

Upon consideration of the First Amended Disclosure Statement in Support of Chapter 11 Plan of Reorganization Proposed by the Innovative Technologies Group & Co., LTD [Case No. 25-17998, Dkt. No. 98; Case No. 25-18000, Dkt. No. 70] (the "<u>Amended Disclosure Statement</u>") filed by the Innovative Technologies Group & Co., LTD (the "<u>Debtor</u>"), the Objection to Disclosure Statement in Support of Chapter 11 Plan of Reorganization Proposed by the Innovative Technologies Group & Co., LTD [Case No. 25-17998, Dkt. No. 89; Case No. 25-18000, Dkt. No. 65] (the "<u>Objection</u>") filed by KPM Analytics North America Corporation ("<u>KPM</u>"), and for the reasons stated on the record at the hearing held on June 22, 2026, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that the Amended Disclosure Statement is approved; and it is further

1

ORDERED, that the Objection is overruled without prejudice to KPM's ability to object to confirmation of the Debtor's Plan of Reorganization [Case No. 25-17998, Dkt. No. 83; Case No. 25-18000, Dkt. No. 60] (the "Plan") at the confirmation hearing; and it is further

ORDERED, that discovery with respect to any opposition to confirmation of the Debtor's proposed Plan shall be conducted as follows:

a. Fact discovery shall be completed within **ninety (90) days** of the date of entry of this Order;

b. The Debtor shall file application(s) to employ expert witnesses within **fourteen (14) days** of the date of entry of this Order;

c. The Debtor's expert witnesses and reports shall be disclosed as set forth in Fed. R. Civ. P. 26(a)(2) within **thirty (30) days** of the date of entry of an order approving the employment of the Debtor's expert witnesses;

d. KPM, or any party in interest, shall disclose its expert witnesses and reports as set forth in Fed. R. Civ. P. 26(a)(2) within **forty-five (45) days** of the date the Debtor's expert witnesses and reports are disclosed;

e. Expert discovery shall be completed within **ninety (90) days** of the date the Debtor's expert witnesses and reports are disclosed; and it is further

ORDERED, that any objections to confirmation of the Plan shall be filed on or before December 15, 2026; and it is further

ORDERED, that any amendments, modifications, or supplements to the Plan shall not, without further order of this Court, affect, alter, or extend the discovery deadlines or any other dates and deadlines set forth in this Order; and it is further

ORDERED, that December 15, 2026, is the deadline for submitting written acceptances or rejections of the Plan.  Acceptances and rejections must be submitted to the Debtor's attorney by electronic mail sent to jorenstein@wolawgroup.com or by first class mail at the following address:

Jeffrey M. Orenstein

Wolff & Orenstein, LLC

15245 Shady Grove Road

Suite 465, North Lobby

Rockville, MD 20850

ORDERED, that the Debtor shall file a tally of ballots pursuant to Local Bankruptcy Rule 3018-1 no later than December 29, 2026; and it is further

ORDERED, that the Court will hold an evidentiary hearing on confirmation of the Plan and any related objections on **January 19, 2027 and January 20, 2027 beginning each day at 10:00 a.m. at the U.S. Bankruptcy Court, U.S. Courthouse, 101 W. Lombard St., Baltimore, MD 21201, Courtroom 9D**; and it is further

ORDERED, that all parties in interest shall adhere to the Court's Evidentiary Protocols and shall electronically pre-file their witness list, exhibit list, and all exhibits (except those to be used solely for rebuttal or impeachment purposes) on the Court's docket at least seven (7) days prior to the confirmation hearing; and it is further

ORDERED, that within **fourteen (14) days** after the entry of this Order, the Debtor shall (i) transmit this Order, the Plan, the Amended Disclosure Statement, and a ballot conforming to Official Form 314 to creditors, equity security holders, other parties in interest, and the United States Trustee, as provided in Federal Bankruptcy Rule 3017(d), and (ii) file a certificate of service.

3

**Seen and consented to:**

*/s/ Addison J. Chappell*
Addison J. Chappell, Esq.
   Fed Bar No.: 21852
Miles & Stockbridge P.C.
100 Light Street, 7th Floor
Baltimore, Maryland 21202
Phone: (410) 385-3481
achappell@milesstockbridge.com

*/s/ Jeffrey M. Orenstein*
Jeffrey M. Orenstein, Esq.
   Fed. Bar No. 07512
Wolff & Orenstein
15245 Shady Grove Rd., Suite 465
Rockville, MD 20850
Phone: 301-250-7232
jorenstein@wolawgroup.com

*Counsel for KPM Analytics North America Corporation*

*Counsel for Debtor*

I HEREBY CERTIFY that the terms of the copy of the Stipulation and Consent Order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ _____ on this copy reference the signatures of consenting parties on the original consent order.

*/s/ Addison J. Chappell*
Addison J. Chappell

cc:   All parties receiving notice via CM/ECF
      Office of the United States Trustee
      Debtor's Counsel –
      Jeffrey M. Orenstein
      Wolff & Orenstein, LLC
      15245 Shady Grove Road
      Suite 465, North Lobby
      Rockville, MD 20850

**\*\*END OF ORDER\*\***