Entered: July 15th, 2026
Signed: July 14th, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| BLUE SUN SCIENTIFIC, LLC | * | No. 25-17998-DER<br>Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| IN RE: | * | |
| THE INNOVATIVE TECHNOLOGIES<br> GROUP & CO., LTD | *<br>* | No. 25-18000-DER<br>Chapter 11 |
| Debtor | | Jointly administered under Case No.<br>25-17998-DER |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CONSENT ORDER EXTENDING EXCLUSIVE PERIOD TO OBTAIN ACCEPTANCE OF PLAN OF REORGANIZATION

Pending before the Court is the Motion for Order Extending Exclusive Period to Obtain Acceptance of Plan of Reorganization (the "Motion") filed The Innovative Technologies Group & Co., LTD ("ITG"), and the objection thereto filed by KPM Analytics North America Corporation ("KPM"). On July 8, 2026, the Court entered its Order Approving First Amended Disclosure Statement in Support of Chapter 11 Plan of Reorganization Proposed by the Innovative Technologies Group & Co., Ltd and Setting Schedule for Consideration of Plan of

120888\000001\4925-8873-4652.v2

Reorganization (the "Scheduling Order) [Docket No. 101] which, among other things, set January 19 and 20, 2027, as the dates on which the Court will conduct the hearing to consider confirmation of the ITG's Plan of Reorganization (the "Plan").  In consideration of the hearing dates set forth in the Scheduling Order, the Debtor and KPM have consulted and have agreed that it is appropriate to extend ITG's exclusive period for obtaining acceptances of ITG's Plan (the "Acceptance Period") until January 20, 2027.

This Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409.  Notice of the Motion has been provided to parties in interest and no objections have been filed other than the objection filed by KPM.  The proposed Acceptance Period is within the time frame provided in 11 U.S.C. § 1121(d)(2)(B).  Under these circumstances, the Court has determined that the just cause exists to extend the Acceptance Period through and including January 20, 2027.  Accordingly, it is this day by the United States Bankruptcy Court for the District of Maryland

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that ITG's exclusive Acceptance Period is extended until January 20, 2027; and it is further

ORDERED, that except as expressly provided herein, ITG shall not receive any further extensions of the exclusive Acceptance Period beyond the date set forth in this Order; and it is further

ORDERED, that notwithstanding the foregoing, in the event that the hearing on confirmation of the Plan currently scheduled to conclude on January 20, 2027 is continued or rescheduled, the exclusive Acceptance Period shall be automatically extended, without further order of this Court, through and including the conclusion of such confirmation hearing as

120888\000001\4925-8873-4652.v2

rescheduled; and it is further

ORDERED, that should ITG withdraw its Plan on or before the conclusion of the confirmation hearing on the Plan, the exclusive Acceptance Period shall terminate as of the date on which such withdrawal occurs; and it is further

ORDERED, that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a); and it is further.

ORDERED that, notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry; and it is further

ORDERED, that this Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.


**SEEN AND CONSENTED TO:**


\s\ Addison J. Chappell
Addison J. Chappell, Esq.
  Fed Bar No.: 21852
Miles & Stockbridge P.C.
100 Light Street, 7th Floor
Baltimore, Maryland 21202
Phone: (410) 385-3481
achappell@milesstockbridge.com
Counsel for KPM Analytics North America Corporation


\s\ Jeffrey M. Orenstein
Jeffrey M. Orenstein, Esq.
 Fed Bar No. 07512
Wolff & Orenstein, LLC
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Counsel for the Debtor


120888\000001\4925-8873-4652.v2

I HEREBY CERTIFY that the terms of the copy of this Consent Order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ _____ on this copy reference the signatures of consenting parties on the original consent order.

\s\ Addison J. Chappell
Addison J. Chappell

cc:

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854

Jeffrey M. Orenstein, Esq.
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465
Rockville, Maryland  20850

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 W. Lombard Street
Suite 2625
Baltimore, Maryland 21202

Carol J. Hulme, Esq.
General Attorney
Baltimore/Richmond Offices
Office of General Counsel
U.S. Small Business Administration

Michael D. Nord, Esq.
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202

Michael Benjamin Brown
Miles & Stockbridge, P.C.
100 Light Street

120888\000001\4925-8873-4652.v2

Baltimore, MD 21202

Addison Chappell, Esq.
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202

**END OF ORDER**

120888\000001\4925-8873-4652.v2