United States Bankruptcy Court

District of Maryland

In re:                                                                                    Case No. 25-17998-DER

Blue Sun Scientific, LLC                                                     Chapter 11

The Innovative Technologies Group & Co.,

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-1                          User: admin                                    Page 1 of 2

Date Rcvd: Jul 15, 2026                  Form ID: pdfparty                         Total Noticed: 7

The following symbols are used throughout this certificate:

**Symbol       Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Blue Sun Scientific, LLC, 8017 Dorsey Run Rd, Suite H, Jessup, MD 20794-9372 |
| aty | + | Wolff & Orenstein, LLC, 15245 Shady Grove Road, Suite 465, Rockville, MD 20850-7203 |
| sp | + | Dana Zakarian, Smith Duggan Cornell & Gollub LLP, 55 Old Bedford Road, Suite 300, Lincoln, MA 01773-1125 |
| cr | + | KPM Analytics North America Corporation, c/o Miles & Stockbridge P.C., Addison J. Chappell, Esquire, 100 Light Street, 7th Floor, Baltimore, MD 21202-1153 |
| cr | + | Sandy Spring Bank, a division of Atlantic Union Ba, c/o Michael D. Nord, Gebhardt & Smith LLP, 1 South Street, Suite 2200, Baltimore, MD 21202-3343 |
| jadb | + | The Innovative Technologies Group & Co., LTD, 8017 Dorsey Run Road, Suite H, Jessup, MD 20794-9372 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion04.ba.ecf@usdoj.gov | Jul 15 2026 19:47:00 | U.S. Trustee Baltimore, 101 W. Lombard St., Room 2650, Baltimore, MD 21201-2623 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | *+ | The Innovative Technologies Group & Co., LTD, 8017 Dorsey Run Road, Suite H, Jessup, MD 20794-9372 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0416-1 | User: admin | Page 2 of 2
Date Rcvd: Jul 15, 2026 | Form ID: pdfparty | Total Noticed: 7

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Addison J. Chappell | achappell@milesstockbridge.com |
| Christianna Annette Cathcart | christianna@dcbankruptcy.com |
| Elizabeth Drayden Peters | epeters@gebsmith.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jeffrey M. Orenstein | jorenstein@wolawgroup.com |
| Matthew Eliot Abbott | MAbbott@wolawgroup.com  KDriscoll@wolawgroup.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Michael Benjamin Brown | mbbrown@milesstockbridge.com  jdiaz@milesstockbridge.com |
| Michael David Nord | mnord@gebsmith.com |
| Patricia B. Jefferson | pjefferson@milesstockbridge.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 11

Entered: July 15th, 2026
Signed: July 14th, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | Jointly Administered Under |
| BLUE SUN SCIENTIFIC, LLC, | Case No. 25-17998-DER (Lead Case) |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD, | Case No. 25-18000-DER |
| Debtors. | Chapter 11 |

**AMENDED ORDER APPROVING FIRST AMENDED DISCLOSURE STATEMENT IN SUPPORT OF CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD AND SETTING SCHEDULE FOR CONSIDERATION OF PLAN OF REORGANIZATION**

Upon consideration of the First Amended Disclosure Statement in Support of Chapter 11 Plan of Reorganization Proposed by the Innovative Technologies Group & Co., LTD [Case No. 25-17998, Dkt. No. 98; Case No. 25-18000, Dkt. No. 70] (the "Amended Disclosure Statement") filed by the Innovative Technologies Group & Co., LTD (the "Debtor"), the Objection to Disclosure Statement in Support of Chapter 11 Plan of Reorganization Proposed by the Innovative Technologies Group & Co., LTD [Case No. 25-17998, Dkt. No. 89; Case No. 25-18000, Dkt. No. 65] (the "Objection") filed by KPM Analytics North America Corporation ("KPM"), and for the reasons stated on the record at the hearing held on June 22, 2026, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that the Amended Disclosure Statement is approved; and it is further

1

ORDERED, that the Objection is overruled without prejudice to KPM's ability to object to confirmation of the Debtor's Plan of Reorganization [Case No. 25-17998, Dkt. No. 83; Case No. 25-18000, Dkt. No. 60] (the "Plan") at the confirmation hearing; and it is further

ORDERED, that discovery with respect to any opposition to confirmation of the Debtor's proposed Plan shall be conducted as follows:

a. Fact discovery shall be completed within **ninety (90) days** of the date of entry of this Order;

b. The Debtor shall file application(s) to employ expert witnesses within **fourteen (14) days** of the date of entry of this Order;

c. The Debtor's expert witnesses and reports shall be disclosed as set forth in Fed. R. Civ. P. 26(a)(2) within **thirty (30) days** of the date of entry of an order approving the employment of the Debtor's expert witnesses;

d. KPM, or any party in interest, shall disclose its expert witnesses and reports as set forth in Fed. R. Civ. P. 26(a)(2) within **forty-five (45) days** of the date the Debtor's expert witnesses and reports are disclosed;

e. Expert discovery shall be completed within **ninety (90) days** of the date the Debtor's expert witnesses and reports are disclosed; and it is further

ORDERED, that any objections to confirmation of the Plan shall be filed on or before December 15, 2026; and it is further

ORDERED, that any amendments, modifications, or supplements to the Plan shall not, without further order of this Court, affect, alter, or extend the discovery deadlines or any other dates and deadlines set forth in this Order; and it is further

2

ORDERED, that December 15, 2026, is the deadline for submitting written acceptances or rejections of the Plan.  Acceptances and rejections must be submitted to the Debtor's attorney by electronic mail sent to jorenstein@wolawgroup.com or by first class mail at the following address:

Jeffrey M. Orenstein

Wolff & Orenstein, LLC

15245 Shady Grove Road

Suite 465, North Lobby

Rockville, MD 20850

ORDERED, that the Debtor shall file a tally of ballots pursuant to Local Bankruptcy Rule 3018-1 no later than December 29, 2026; and it is further

ORDERED, that the Court will hold an evidentiary hearing on confirmation of the Plan and any related objections on **January 19, 2027 and January 20, 2027 beginning each day at 10:00 a.m. at the U.S. Bankruptcy Court, U.S. Courthouse, 101 W. Lombard St., Baltimore, MD 21201, Courtroom 9D**; and it is further

ORDERED, that all parties in interest shall adhere to the Court's Evidentiary Protocols and shall electronically pre-file their witness list, exhibit list, and all exhibits (except those to be used solely for rebuttal or impeachment purposes) on the Court's docket at least seven (7) days prior to the confirmation hearing; and it is further

ORDERED, that within **fourteen (14) days** after the entry of this Order, the Debtor shall (i) transmit this Order, the Plan, the Amended Disclosure Statement, and a ballot conforming to Official Form 314 to creditors, equity security holders, other parties in interest, and the United States Trustee, as provided in Federal Bankruptcy Rule 3017(d), and (ii) file a certificate of service.

3

**Seen and consented to:**

/s/ Addison J. Chappell
Addison J. Chappell, Esq.
 Fed Bar No.: 21852
Miles & Stockbridge P.C.
100 Light Street, 7th Floor
Baltimore, Maryland 21202
Phone: (410) 385-3481
achappell@milesstockbridge.com

*Counsel for KPM Analytics North America Corporation*

/s/ Jeffrey M. Orenstein
Jeffrey M. Orenstein, Esq.
 Fed. Bar No. 07512
Wolff & Orenstein
15245 Shady Grove Rd., Suite 465
Rockville, MD 20850
Phone: 301-250-7232
jorenstein@wolawgroup.com

*Counsel for Debtor*

I HEREBY CERTIFY that the terms of the copy of the Stipulation and Consent Order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ _____ on this copy reference the signatures of consenting parties on the original consent order.

/s/ Addison J. Chappell
Addison J. Chappell

cc:     All parties receiving notice via CM/ECF
        Office of the United States Trustee
        Debtor's Counsel –
        Jeffrey M. Orenstein
        Wolff & Orenstein, LLC
        15245 Shady Grove Road
        Suite 465, North Lobby
        Rockville, MD 20850

**\*\*END OF ORDER\*\***

4