UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

IN RE:                                          *

BLUE SUN SCIENTIFIC, LLC                        *    No.  25-17998-DER
                                                     Chapter 11

       Debtor                                   *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN RE:                                          *

THE INNOVATIVE TECHNOLOGIES                     *    No.  25-18000-DER
 GROUP & CO., LTD                                    Chapter 11
                                                *

       Debtor                                        Jointly administered under Case No.
                                                     25-17998-DER
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CERTIFICATE OF SERVICE IN ACCORDANCE
WITH ORDER APPROVING FIRST AMENDED DISCLOSURE
STATEMENT IN SUPPORT OF CHAPTER 11 PLAN OF REORGANIZATION
PROPOSED BY THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD AND
SETTING SCHEDULE FOR CONSIDERATION OF PLAN OF REORGANIZATION

Pursuant to the provisions of the Order Approving First Amended Disclosure Statement

in Support of Chapter 11 Plan of Reorganization Proposed by The Innovative Technologies

Group & Co., LTD and Setting Schedule for Consideration of Plan of Reorganization (the

"Order"), I hereby certify that on this 20th day of July, 2026, the following documents were

served by electronic mail to Hugh M. Bernstein, Esq., Office of the United States Trustee, 101

W. Lombard Street, Suite 2625, Baltimore, Maryland 21202, hugh.m.bernstein@usdoj.gov:

    1.     The Order

    2.     The Debtor's Plan

    3.     The Debtor's Amended Disclosure Statement

4.      Ballots for Classes 1-9 prepared in accordance with Official Form 314.

As referenced by the seven (7) attached Declarations of Mailing - Certificate of Service, copies of the following documents were sent via first class mail, postage pre-paid, to each party in interest in each respective Class designated in the Plan:

1.      The Order

2.      The Debtor's Plan

3.      The Debtor's Amended Disclosure Statement

4.      A Ballot, prepared in accordance with Official Form 314, corresponding to such party in interest's assigned Class or Classes.

Respectfully submitted,


\s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#07512)
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465
Rockville, Maryland  20850
(301) 250-7232
jorenstein@wolawgroup.com

Counsel for The Innovative Technologies
 Group & Co, LTD