UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

| IN RE: | CASE NO: 25-18000 |
|---|---|
| The Innovative Technologies Group & Co., LTD | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 7/20/2026, I did cause a copy of the following documents, described below,

Plan

Disclosure Statement

Order

Class 5 Ballot

Appendix B

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/20/2026

/s/ Jeffrey Orenstein
Jeffrey Orenstein  07512

Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465N
Rockville, MD 20850
301-250-7232
jwolff@wolawgroup.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: | CASE NO: 25-18000 |
| The Innovative Technologies Group & Co., LTD | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11 |

On 7/20/2026, a copy of the following documents, described below,

Plan

Disclosure Statement

Order

Class 5 Ballot

Appendix B

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/20/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey Orenstein
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465N
Rockville, MD  20850

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

AARON COLEMAN
6008 QUEBEC ST.
BERWYN HEIGHTS, MD 20740

CATHY WILT
22189 BAYSHORE ROAD
CHESTERTOWN, MD 21620

DAVID BUSH
5905 CRAWFORD DR
ROCKVILLE, MD 20851

LANA SAPOJNIK
3204 OLD POST DR #6
PIKESVILLE, MD 21208

LEV GUTTMAN
11 PICKERSGILL SQUARE
OWINGS MILLS, MD 21117

LINDA TAYLOR
3555 FLOATING LEAF LANE
LAUREL, MD 20724

MARLON VAUGHN
102 TREBECK TRAIL
FALLING WATERS, WV 25419

ROBERT WILT
22189 BAYSHORE ROAD
CHESTERTOWN, MD 21620