UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

IN RE:

The Innovative Technologies Group & Co., LTD

CASE NO: 25-18000

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 7/20/2026, I did cause a copy of the following documents, described below,

Plan

Disclosure Statement

Order

Class 7 Ballot

Appendix B

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/20/2026

/s/ Jeffrey Orenstein
Jeffrey Orenstein  07512

Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465N
Rockville, MD 20850
301-250-7232
jwolff@wolawgroup.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

IN RE:

The Innovative Technologies Group & Co., LTD

CASE NO: 25-18000

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 7/20/2026, a copy of the following documents, described below,

Plan

Disclosure Statement

Order

Class 7 Ballot

Appendix B

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/20/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey Orenstein
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465N
Rockville, MD  20850

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

DIGI-KEY CORPORATION
701 BROOKS AVE S
THIEF RIVER FALLS, MN 56701

ESCO PRODUCTS
2501 CENTRAL PARKWAY SUITE A-5
HOUSTON, TX 77092

GORDON FEINBLATT, LLC
C/O JODIE E. BEKMAN
1001 FLEET STREET
SUITE 700
BALTIMORE, MD 21202

GPD OPTOELECTRONICS
7 MANOR PARKWAY
SALEM, NH 03079

ITPROP, LLC
10240 OLD COLUMBIA ROAD
COLUMBIA, MD 21046

R/S ELECTRONICS, INC.
4 PROFESSIONAL DRIVE
SUITE 118
GAITHERSBURG, MD 20879

SMITH DUGGAN CORNELL & GOLLUB LLP
C/O DANA ZAKARIAN, ESQ.
55 OLD BEDFORD ROAD
SUITE 300
LINCOLN, MA 01773

T&M MACHINE SHOP
12201-A DISTRIBUTION WAY
BELTSVILLE, MD 20705

TERRACE ASSEMBLY
395 TIMBERTON CIRCLE
BELLEFONTE, PA 16823

TODD & WELD LLP
ONE FEDERAL STREET
BOSTON, MA 02110

WELLS FARGO BANK, N.A.
C/O KEVIN T. CUNNINGHAM, SENIOR BKPTCY PROCESSOR
P.O. BOX 10438 MAC F8235-02F
DES MOINES, IA 50306

ROBERT WILT
22189 BAYSHORE ROAD
CHESTERTOWN, MD 21620