

# Circle Forensic Consulting, LLC

*Where the Beginning Meets the End.*

## Andrew J. Runge, CPA/ABV, CFF, CFE, CVA, MBA
### Director of Forensic Accounting and Valuation Services

**PROFESSIONAL EXPERIENCE**

- Director of Forensic Accounting, Business Valuation and Litigation Services
  Circle Forensic Consulting, LLC
  2009-Present

- Director of Forensic and Valuation Services
  Rosen, Sapperstein & Friedlander, LLC
  January 2016-2025

- Member
  Spectrum Resolution Services, LLC/Stewart & Runge, LLC
  August 2010-December 2018

- Director
  Crawford GTS
  October 2013-April 2014

- Director of Forensic Accounting, Business Valuation and Litigation Services
  Naden/Lean, LLC
  2006-2009

- Senior Manager, Valuation & Forensic Services – Mid Atlantic Client Service Center
  Clifton Gunderson, LLP
  2005-2006

- Director of Forensic & Insurance Services
  McLean, Koehler, Sparks & Hammond
  2002-2005

- Manager, Forensic Services
  Gross Mendelsohn & Associates
  1996-2002

- Manager, Forensic Accounting
  Campos & Stratis
  1989-1996

EXHIBIT 1

**PRESENTATIONS AND ARTICLES**

- Howard County Bar Association, *Valuations in Operating Agreements*, September 2023
- National Association of Certified Valuation Analysts, *Valuations for Transfer Pricing Engagements*, November 2020
- National Association of Certified Valuation Analysts, *Wealth Planning During Tumultuous Times*, July 2020
- Towson University Accounting Society, Forensic Accounting Introduction, April 2019
- Guest Lecture: University of Baltimore Merrick School of Business, *How to Protect Yourself and Your Business from Fraud*, March 2017
- Maryland Construction Network, *How to Protect Your Business from Fraud*, December 2016
- Rosen, Sapperstein & Friedlander, LLC, *Introduction to Business Valuation, Fraud and Forensic Accounting*, August, September and October 2016
- The Daily Record, *How to Protect Against Corporate Fraud*, August 2016
- Maryland Association of Certified Public Accountants, *Forensic Accounting Issues*, May and November 2009
- Pennsylvania Chapter of ACFE, *Issues in Insurance Fraud*, May 2009
- Howard County Bar Association, *So you want to know about Fraud*, March 2009
- Maryland Defense Counsel, *Issues in Electronic Evidence*, September 2007
- Lorman Education Services, *Business Valuations*, August 28, 2007
- Maryland Association of Certified Public Accountants, *Selling Your Personal Financial Planning Business*, June 2005
- Maryland Association of Certified Public Accountants, *Forensic Accounting Issues*, May, July and September 2005, September 2006 and May 2007
- Guest Lecture: Villa Julie Forensic Studies Graduate Program, *Forensic Accounting in the Real World*, 2004
- Worldwide Partners Annual Meeting, *Evaluating Commercial Insurance and Risk*, May 2004
- Howard County Neo-Tech Incubator, *Preliminary Understanding of Business Valuation Methodology and Terminology*, 2003
- Travelers Insurance Company, *Calculating Business Income Losses and Extra Expenses*
- CNA Insurance Company, *Calculating Extra Expenses and Recognizing Signs of Fraudulent Documents*
- PMA Insurance, *Calculating Small Business Income Losses*
- Legal Times, *Accounting Missteps*, October 1995

**DEPOSITIONS AND TESTIMONY (Last 6 years through May 31, 2026)**

- Circuit Court for Baltimore City, Maryland, *Christopher O. Collins Architect, LLC v Meadow Development Group, Inc. Deposition Testimony, February 2025*
- Circuit Court for Baltimore County, Maryland, *Ace Logistics Services, Inc. v,\.. Pack-It, LLC* Deposition Testimony August 2024, Trial Testimony December 2024
- Circuit Court for Montgomery County, Maryland, *Triandafilou Investment Group, LLC vs. Ehigie, Andrew Asuelimen, et al* Deposition Testimony May 2024
- Circuit Court for Baltimore City, *Sophie Fernando, LLC et al v Daniel Midvidy, et al*, Deposition Testimony November 2023
- Circuit Court for Baltimore County, *Pettyjohn et al v. Rains*, Trial Testimony August 2023
- Circuit Court for Baltimore City, *Auchentoroly Estates, LLC v. Adam Carballo et al.*, Deposition Testimony, February 2023, Trial Testimony May 2023
- Circuit Court for Harford County, *Frontier Bel Air, LLC v Next Day Blinds Corporation et al.*, Deposition Testimony February 2023
- Circuit Court for Baltimore County, *Murphy et al v. Harbach et al* Deposition Testimony, January 2021
- United State Bankruptcy Court for District of Maryland, *Creditor Objection to Third Amended plan filed by Byung Mook Cho*, Hearing Testimony, May 2019
- Circuit Court for Baltimore City, *Horjus v. Horjus,* Trial Testimony, April 2019
- Circuit Court for Baltimore City, *Rohleder v. Breeback*, Deposition Testimony, March 2019
- Circuit Court for Frederick County, *Gorman v. Gorman*, Deposition Testimony, October 2018
- American Arbitration Association, *SSG Baltimore, LLC and Brooklyn Joe GST Irrevocable Trust U/A/D January 20, 2015 v. Emil F. Gerardi and Noble 8, LLC*, Arbitration Testimony, September 2018
- Circuit Court for Baltimore County, *United States Surety Company, et al. v. Sens Mechanical, Inc., et al.*, Deposition Testimony, August 2018

EXHIBIT 1

**DEPOSITIONS AND TESTIMONY (Continued)**

- Circuit Court for Howard County, *James K. Skipper III v. John F. Skipper, NCSI, Inc. et al*, Deposition Testimony, July 2017, Trial Testimony November 2017
- Circuit Court for Talbot County, *Drayton v. Seger et al*, Trial Testimony, May 2017
- American Arbitration Association, *Ressa Construction, Inc. v. Eric Pogue*, Deposition and Arbitration Testimony, April 2017
- Circuit Court for Prince Georges County, *Exlnt Solutions, Inc. et al v Birch Advisors, LLC*, Deposition Testimony, January 2017
- Circuit Court for Prince Georges County, *Neal v. Neal*, Trial Testimony, September 2016
- United States Bankruptcy Court for the District of Columbia, *Stuart Mills Davenport Debtor Objection to Proof of Claim filed by Babak Djourabchi et al*, Trial Testimony, May 2016 and February 2018
- Circuit Court for Howard County, *Arirang Adult Daycare, Ltd et al v. Kim*, Deposition Testimony, December 2015
- Circuit Court for Charles County, Maryland, *Turbo Haul v. AB Construction et al*, Trial Testimony, September 2014
- Circuit Court for Carroll County, Maryland, *1st Team Fitness v. Illiano et al*, Deposition Testimony, August 2014, Trial Testimony, July and October 2014 and April 2016
- Maryland Department of Insurance Administrative Hearing, Baltimore County, Maryland, *Kortagere v. Encompass Insurance*, Trial Testimony, April 2014
- Circuit Court for Baltimore County, Maryland, *Dell v. Dell*, Deposition and Trial Testimony, March 2013
- Circuit Court for Prince Georges County, Maryland, *Tennyson v. Tennyson*, Trial Testimony, January 2013
- Circuit Court for Montgomery County, Maryland, *Fries v. Zierdt et al*, Trial Testimony, December 2012
- Court of Common Pleas, York County, Pennsylvania, *Commonwealth of Pennsylvania v. Steven Gebhart*, Trial Testimony, November 2011
- United States Court of Federal Claims, *Seraphim Transport Company v. United States,* Deposition Testimony, October 2011
- Circuit Court for Baltimore County, *Benelogic LLC v. Dellavecchia et al*, Trial Testimony, January 2011
- Circuit Court for Howard County, Maryland, *Wankerl v. Wankerl*, Deposition Testimony, September 2010, Trial Testimony, November 2010
- Circuit Court for Baltimore County, Maryland, *Prevas v. Neumann*, Trial Testimony, September 2010
- Circuit Court for Baltimore County, Maryland, *Devou v. Devou*, Trial Testimony, November 2009
- Circuit Court for Harford County, Maryland, *MBC v. Katolight*, Deposition Testimony, July 2009
- Circuit Court for Baltimore County, Maryland, *Hamamoto v. Luskin*, Trial Testimony, June 2009
- American Arbitration Association  Construction Industry Arbitration Tribunal, *Kajima Construction Services v. Harrison Inn Stardust, Inc.*, Arbitration Testimony, April 2008
- Circuit Court *f*or Howard County, Maryland, *Authsec, Inc. v. LS3, et al*, Deposition Testimony, April 2008, Trial Testimony, July 2009
- Circuit Court for Baltimore County, Maryland,  *Stellar Investments v. PRIS-MM, LLC*, Trial Testimony, November 2007
- American Arbitration Association Commercial Tribunal, *Leiter's Fine Catering v. IDEARC Media Corporation,* Arbitration Testimony – August 2007
- Circuit Court for Harford County, Maryland Deposition Testimony, *NetVersant v. Kenneth Michael Simmons,* September 2006 – Arbitration Testimony – March 2007
- United States District Court, Deposition Testimony, *Gary Womer v. Koenig, et al,* November 2006
- United States District Court, *American Home Medical, Inc., et al v. Masterline, Inc., et al*, Deposition Testimony, June 2006
- Circuit Court for Baltimore County, Maryland, *Perkins v. Dill,* Trial Testimony, July 2005
- Circuit Court for Anne Arundel County, Maryland, *Parisi's Diamond Trust v. Great American Insurance Company,* Trial Testimony, July 2005
- Circuit Court for Howard County, Maryland, *Patuxent Technology Partners, LLC v. Frank Davis, et al*, Deposition Testimony, 2004

# EXHIBIT 1

**PROFESSIONAL AND VOLUNTEER MEMBERSHIPS**

- American Institute of Certified Public Accountants
- Maryland Association of Certified Public Accountants
- National Association of Certified Valuation Analysts
- Association of Certified Fraud Examiners

**ACADEMIC PREPARATION**

- Passed Uniform Certified Public Accountant Exam – 1992

- The Peter Drucker School of Management at the Claremont Graduate School
  Master of Business Administration – 1989

- Whittier College
  Bachelor of Arts, Business Administration – 1988

**SUMMARY OF EXPERIENCE**

Andrew Runge has over 30 years of experience in forensic accounting/investigation, asset tracing, money laundering, economic damages, insurance services and business valuations. He has been deposed more than 50 times and testified in court or other judicial proceedings more than 40 times. He has consulted on hundreds of economic damage, construction delay, lost income, bodily injury, wrongful death, employee dishonesty, construction and other insurance claims exceeding hundreds of millions of dollars in the United States and abroad. Mr. Runge has prepared or evaluated thousands of business interruption and other claims on behalf of policy holders/claimants or insurance carriers/defendants including evaluating claims presented to the Gulf Coast Claims Facility, the independent fund set up by BP subsequent to the Deep Water Horizon Oil Spill in the Gulf of Mexico and administered by Kenneth Feinberg, Esq. He has been involved in more than 100 assignments related to asset tracing, money laundering or other alleged employee defalcations or investigations of financial irregularities in Healthcare, Casino & Hospitality, Financial Services and other industries. Mr. Runge has prepared numerous business valuations of privately held companies as a whole and as partial interests. He has also provided forensic accounting, fraud investigation and litigation support services including assistance in case analysis, preparation for trial and expert witness testimony. He has experience with insurance, healthcare, governmental entities, government contracting, construction, banking and finance, legal and accounting, manufacturing, electrical, computer, biotechnology, technology, medical and dental, casino and gaming, hotel and hospitality, farming and animal husbandry, retail, mining and other industries.

# EXHIBIT 1