

# Circle Forensic Consulting, LLC

*Where the Beginning Meets the End.*

July 15, 2026

**Personal and Confidential**

Mr. Robert Wilt
Innovative Technologies Group, Inc.
ITGC -8017 Dorsey Run Road, Suite H
Jessup, MD 20794

Mr. Irvin Lucas
Blue Sun Scientific, LLC
8017 Dorsey Run Road
Jessup, MD 20794

Via E-Mail:      Rwilt@itgc.com
                 Irvin@bluesunscientific.com

RE: Summary Valuation of a 100.0% Interest in Innovative Technologies Group, Inc. on a Controlling, Non-Marketable basis and a Liquidation basis as of June 30, 2026, including its interest in Blue Sun Scientific, LLC and requisite testimony and appearance at Bankruptcy proceedings.

Dear Mr. Wilt and Lucas:

This letter will confirm our engagement (Circle Forensic Consulting, LLC or "Circle")  by you  to provide a summary valuation of Innovative Technologies Group, Inc. ("ITG" or the "Company") on a Controlling, Non-Marketable basis and a Liquidation  basis as of June 30, 2026, or another date as you may require. This includes its interest in Blue Sun Scientific, LLC ("BSS" or the "LLC").

We understand that the purpose of the Summary Valuation will be in support of a Plan of Reorganization that has been filed in the Bankruptcy Court and the Debtor's attempt to confirm that Plan. The overall scope of our work and our approach will be conducted under your direction, and we will perform our engagement in accordance with the Standards on Standards for Valuation Services of the American Institute of Certified Public Accountants (AICPA) and the Valuation Standards of National Association of Certified Valuation Analysts (NACVA).

Additionally we understand that our report will be filed with the Court, we may be deposed by Creditors, and we anticipate being called to testify at various bankruptcy proceedings including the hearing seeking confirmation of the plan.

The scope of our engagement will be as determined through discussion with you and your  representatives. While our work may involve analysis of accounting records, our engagement does not include an audit in accordance with generally accepted auditing standards or any other attest function related to historical financial statement certification. It is our understanding that the primary intent of engaging our services is for the benefit of you and your client in the above captioned matter.   Our  services  are  not intended to benefit or influence any other person or entity unrelated to this matter.

EXHIBIT 2
432 Craighill Dr  Charles Town, WV, 25414    410-419-2840

Robert Wilt & Irvin Lucas
July 15, 2026
Page 2 of 6

The term "fair market value" assumes a hypothetical buyer and a hypothetical seller and is defined as follows:

> The price at which the property would change hands between a willing buyer and a willing seller, neither being under a compulsion to buy or sell and both having reasonable knowledge of relevant facts.

As part of the engagement, we will issue a Summary Valuation report. You authorize Circle, its employees and agents to take whatever actions are, in our exclusive discretion, necessary or appropriate for us to conduct the engagement. If for any reason we are unable to complete the engagement, we will not issue a report. We will resign from the engagement if we determine that continuing the engagement will involve a breach of our ethical or professional standards.

Per the terms of this agreement, neither our opinion nor the scope of our work provides United States federal tax advice. Our opinion and our report cannot be used for the purpose of avoiding federal tax penalties or promoting, marketing or recommending to another party any transaction or matter based on our calculated value and/or valuation report.

Although our valuations/calculations are intended to estimate the fair market value or liquidation value, we assume no responsibility for a seller's or buyer's inability to obtain a purchase contract at that price.

In performing our work, we will be relying on the accuracy and reliability of the Company's historical financial statements, forecasts of future operations and other financial data as provided by you or your representatives. All information provided us by the Company, you or your representatives will be deemed as if it came from you. We will not audit, compile or review the financial statements, forecasts or other data, and we will not express an opinion or any other form of assurance on them. As part of our valuation/calculation procedures, we may make normalizing adjustments to the records in order to present an economic model. At the conclusion of the engagement, we may ask you to sign a representation letter on the accuracy and reliability of the financial information used in the engagement. Our engagement cannot be relied on to disclose errors, fraud or violations of law or governmental regulations that are attributable to the Company or its financial statements.

At our sole discretion, we may include additional assumptions and limiting conditions in our report as a result of performing the valuation.

In developing our  value/calculation estimate, we may, but do not expect to, use the services of asset appraisals to establish the value of your tangible assets.

We have no responsibility to update our report for events and circumstances that occur after the date of its issuance.

The  report is copyrighted by Circle. It shall remain the property of Circle, and no copies or reproductions shall be allowed without the written consent of Circle until such time as any outstanding balance is paid.

Circle reserves the right to withdraw from the engagement at any time for reasonable cause. It is not our intention to withdraw. All work papers created by Circle will remain in the possession of Circle. In

Circle Forensic Consulting, LLC
# EXHIBIT 2

Robert Wilt & Irvin Lucas
July 15, 2026
Page 3 of 6

the event of a withdrawal, we would only be liable to return those materials and documents supplied by you and any unused portion of a retainer. The undersigned gives Circle the right to discuss this matter with your accountants, attorneys and other individuals so designated by you and any professional colleagues of the appraiser from whom professional information is sought. The assistance to be provided by you in the preparation of schedules and analysis of accounts will be discussed and coordinated with you. The timely completion of this work will assist us in achieving an efficient performance.

We have agreed to a fixed fee of $15,000 for this Summary Valuation. A retainer of $4,000  is due at inception along with this signed engagement letter. The balance  must be paid prior to the issuance of our report or other arrangements made. Other additional work as noted above, in addition to the Summary Valuation  will billed at our standard hourly rates and the number of hours expended. We will require the retainer payment at the execution of this agreement.

As noted, agreed upon fees billed for the valuation/calculation and report, do not include any services that may be required to defend our report in audits, litigation, including conferences, depositions, court appearances, hearings and/or testimony or any other required services. Fees for such services, if required, will be billed at our expert standard hourly rate and testimony at our testimony rate, which is one hundred twenty-five percent (125%) of our standard hourly rates with a four hour minimum charge. Mr. Runge's standard hourly current rate is $475 per hour.

We will not have any obligation to issue the report or any other document, or communicate our research, analyses, or conclusions, and will not have any obligation to appear or provide written or oral testimony or evidence at trial, depositions or elsewhere, until your account is paid in full, or alternative arrangements have been mutually agreed to in writing by you and us. We will have no liability to you or any other person, by reason of not issuing the  report, appearing for and/or providing testimony or other evidence because of your failure to pay all amounts due us, and you agree to indemnify us against any such liability.

The conclusions presented will represent our professional, unbiased opinion based on the data we are able to obtain within a reasonable time, using our best efforts. We attempt to collect data from reliable sources but do not warrant the accuracy, completeness, or reliability of the data obtained. Accordingly, unless otherwise specified, our opinion will be subject to the validity of the underlying data submitted. Our engagement cannot be relied upon to disclose errors, fraud, or other illegal acts that may exist, nor will we be responsible for the effect on our services of incomplete, missing, or withheld information, or mistaken or fraudulent data provided from any source or sources.

All information and materials of any form or description collected by us in the course of our engagement shall constitute our work files and will at all times, during and after completion of our engagements, remain in our exclusive possession. We shall have unlimited discretion to retain, discard, or dispose of our work files but will at all times maintain all information and materials provided by you in strictest confidence.

We will use our best efforts to keep strictly confidential the report, their existence, and content, as well as the identity of you and other identifying information. We will nevertheless have no liability to you or any third party for information disclosed in, pursuant to, any ruling, order, or proceeding of any court or other judicial or non-judicial forum or of any regulatory agency or similar instrumentality.

EXHIBIT 2

Robert Wilt & Irvin Lucas
July 15, 2026
Page 4 of 6

In the process of preparing a valuation or other tasks included in the assignment, we may collect from you, or with your authorization, certain essential information which is non-public and personal, such as information concerning income, expenses, assets, liabilities and other similar information. We follow professional standards for protecting the confidentiality and security of the non-public personal information collected. We will not disclose any non-public personal information about you to any third party, except as permitted by you or required by law.

Our valuation/calculation will be subject to the assumptions and limiting conditions, which will be included as appendices to our report. Sample assumptions and limiting conditions may include the following:

1   Information, estimates and opinions contained in this report are obtained from sources considered to be reliable. However, Circle assumes no liability for such sources.

2   The Company  warranted to us that the information they supplied was complete and accurate to the best of their knowledge and that the financial statement reflects the Company's results of operations and financial condition in accordance with generally accepted accounting principles, unless otherwise noted. Information supplied by management has been accepted as correct without further verification, and we express no opinion on that information.

3   The various estimates of value presented in this report apply to this valuation only and may not be used out of the context presented herein. The valuation is valid only for the purpose or purposes specified herein. This report is valid only for the effective date specified herein.

4   This valuation contemplates facts and conditions existing as of the valuation date. Events and conditions occurring after that date have not been considered, and we have no obligation to update our report for such events and conditions.

5   We have assumed that there is full compliance with all applicable federal, state and local regulations and laws unless otherwise specified in this report.

It is possible that additional contingent and limiting conditions will be required and you agree that all conditions disclosed by the valuator/appraiser will be accepted as incorporated into the reports.

It is our firm's policy to retain copies of records related to any engagement for seven (7) years, after which they will be destroyed. Generally, we do not keep original client records, so we will return those to you at the completion of the services rendered under this engagement. When records are returned to you, it is your responsibility to retain and protect your records for possible future use, including potential examination by any government or regulatory agencies. By your signature below, you acknowledge and agree that upon expiration of the seven (7) year period, Circle shall be free to destroy our records related to any engagement.

Circle Forensic Consulting, LLC
# EXHIBIT 2

Robert Wilt & Irvin Lucas
July 15, 2026
Page 5 of 6

This letter agreement is a legally binding contract between your client and Circle, and will be binding upon, and inure to the benefit of, their respective heirs, assigns, successors-in-interest, and legal representatives. It may not be amended without the prior written consent of all parties.

You understand and acknowledge that our services and work product will be subject to the terms of this engagement letter.

You acknowledge having read this agreement in its entirety, have had full opportunity to consider its terms, has had full and satisfactory explanation of same, and fully understands and agrees to be bound by the terms of this agreement.

We want to thank you for allowing us the opportunity to perform valuation services and look forward to continuing a strong working relationship with you.  We shall be pleased to discuss this engagement letter with you at any time.

By approving this arrangement, the Client(s) agree to indemnify and hold harmless Circle Forensic Consulting, LLC and its members and employees against and from any losses, claims, damages, or liabilities to which we may become subject in connection with this assignment.  We shall not be indemnified to the extent of such losses, claims, damages, or liabilities resulting from our bad faith or gross negligence. Our maximum liability relating to services rendered under this letter (regardless of form of action, whether in contract, negligence or otherwise) shall be limited to the charges paid to us for the portion of our services or work product giving rise to the liability.

 In no event shall we be liable for consequential, special, incidental or punitive loss, damage or expense (including without limitation, lost profits, opportunity costs, etc.) even if advised of their possible existence and our liability is limited to the amount of fees collected by us for this engagement.

In the event Circle Forensic Consulting, LLC, its members and employees are requested pursuant to subpoena or other legal process to produce its documents or appear in person relating to this engagement in judicial or administrative proceedings to which Circle Forensic Consulting, LLC is not a party, the Company shall reimburse Circle Forensic Consulting, LLC at standard billing rates for its professional time and expenses, including reasonable attorney's fees, incurred in responding to such requests.

We will make our best efforts to provide quality services to you.  We do not anticipate any difficulties in meeting the expectations recited in this letter.  However, in the unlikely event that there are any disagreements regarding our services, any claims against Circle Forensic Consulting, LLC must be brought within one year from the date our report is delivered, or our work is completed.

This letter constitutes the entire agreement regarding services to be provided to you and supersedes all prior agreements, understandings, negotiations, and discussions between us, whether oral or written. This agreement may be supplemented by other written agreements.

If the above accurately reflects the terms and conditions of our engagement, please sign the enclosed letter and return it to me along with the $4,000  retainer fee payable to Circle Forensic Consulting, LLC.

Circle Forensic Consulting, LLC

EXHIBIT 2

Robert Wilt & Irvin Lucas
July 15, 2026
Page 6 of 6

If you wish to pay via credit card or ACH, please contact me at 410-419-2840 to make arrangements for those methods of payment. The mailing address is 432 Craighill Dr., Charles Town, WV 25414. Please retain a copy for  your records. Thank you for the opportunity to assist you in this matter.

Best regards,

**Circle Forensic Consulting, LLC**

Andrew J. Runge, CPA/ABV, CFF, CVA, CFE, MBA
Managing Member

The above letter accurately reflects our engagement with Circle Forensic Consulting, LLC and we accept its terms and conditions.

_____

Signed Name

_____

Print Name

_____

Date

_____

Signed Name

_____

Print Name

_____

Date

Circle Forensic Consulting, LLC
# EXHIBIT 2