UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

IN RE:                                          *

BLUE SUN SCIENTIFIC, LLC           *      No.  25-17998-DER
                                                          Chapter 11

      Debtor                              *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN RE:                                          *

THE INNOVATIVE TECHNOLOGIES    *      No.  25-18000-DER
 GROUP & CO., LTD                           Chapter 11
                                                   *

      Debtor                                   Jointly administered under Case No.
                                                          25-17998-DER
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>VERIFIED STATEMENT OF EXPERT TO BE EMPLOYED BY DEBTOR</u>

Andrew J. Runge, CPA/ABV, CFF, CVA, CFE, MBA and Circle Forensic Consulting,

LLC , as the proposed financial expert for The Innovative Technologies Group & Co., LTD (the

"Debtor"),  Debtor and Debtor-in-Possession, pursuant to 11 U.S.C. § 327(a) and Federal Rule of

Bankruptcy Procedure 2014(a), respectfully represent:

1.      I, Andrew J. Runge am the principle of Circle Forensic Consulting, LLC, which

maintains its principal office for financial consulting at 432 Craighill Drive, Charles Town, West

Virginia 25414.

2.      I am licensed to practice in the State of Maryland and have been admitted as an

expert in Courts in the United States Bankruptcy Court and state courts throughout the State of

Maryland.

3.      The Debtor's counsel, Jeffrey M. Orenstein, has been involved in some of those cases. I have served as an expert for Mr. Orenstein's clients in some of those cases and have also served as an expert for Mr. Orenstein's opposing counsel's client.
and for the adversary  have served as a as counsel for the working In some of those cases, the

4.      Except as described in Paragraph 3, to the best of my knowledge neither I, nor Circle Forensic Consulting, LLC has any connection with the Debtor, its wholly owned subsidiary, Blue Sun Scientific, LLC, their creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

5.      To the best of my knowledge, neither I Circle Forensic Consulting, LLC represent or hold any interest adverse to the Debtor as a Debtor-in-Possession or to the Debtor's estate.

I, Andrew J. Runge, declare under penalty of perjury, that the foregoing is true and correct.

Dated: July _____, 2026

\s\ Andrew J. Runge
ANDREW J. RUNGE
Circle Forensic Consulting, LLC
432 Craighill Drive
Charles Town, WV 25414
(410) 419-2840
Runge@circleforensics.com