UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| IN RE:<br><br>THE INNOVATIVE TECHNOLOGIES GROUP &<br>CO , LTD | CASE NO: 25-18000-DER<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 11 |

On 7/23/2026, I did cause a copy of the following documents, described below,

Application to Employ Andrew J. Runge and Circle Forensic Consulting, LLC

Exhibit 1: CV of Andrew J. Runge

Exhibit 2: Engagement Agreement

Verified Statement of Expert to be Employed by Debtor

Proposed Order Granting Application to Employ Andrew J. Runge and Circle Forensic Consulting, LLC

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/23/2026

/s/ Jeffrey M. Orenstein
Jeffrey M. Orenstein  07512

Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465
Rockville, MD 20850
301-250-7232
jorenstein@wolawgroup.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| IN RE: | CASE NO: 25-18000-DER |
|---|---|
| THE INNOVATIVE TECHNOLOGIES GROUP & CO , LTD | **CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 7/23/2026, a copy of the following documents, described below,

Application to Employ Andrew J. Runge and Circle Forensic Consulting, LLC

Exhibit 1: CV of Andrew J. Runge

Exhibit 2: Engagement Agreement

Verified Statement of Expert to be Employed by Debtor

Proposed Order Granting Application to Employ Andrew J. Runge and Circle Forensic Consulting, LLC

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/23/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey M. Orenstein
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465
Rockville, MD  20850

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-18000-DER
DISTRICT OF MARYLAND
THU JUL 23 9-44-46 PST 2026

BLUE SUN SCIENTIFIC  LLC
8017 DORSEY RUN RD
SUITE H
JESSUP  MD 20794-9372

KPM ANALYTICS NORTH AMERICA CORPORATION
CO MILES  STOCKBRIDGE PC
ADDISON J CHAPPELL  ESQUIRE
100 LIGHT STREET  7TH FLOOR
BALTIMORE  MD 21202-1153

DEBTOR

SANDY SPRING BANK  A DIVISION OF ATLANTIC UN
CO MICHAEL D NORD
GEBHARDT  SMITH LLP
1 SOUTH STREET  SUITE 2200
BALTIMORE  MD 21202-3343

THE INNOVATIVE TECHNOLOGIES GROUP  CO  LTD
8017 DORSEY RUN ROAD
SUITE H
JESSUP  MD 20794-9372

AFLAC
1932 WYNNTON RD
COLUMBUS  GA 31999-0002

ATT MOBILITY
PO BOX 6416
CAROL STREAM  IL 60197-6416

AARON COLEMAN
6008 QUEBEC ST
BERWYN HEIGHTS  MD 20740-2736

ALLIED WASTE SERVICE
8145 REICHS FORD RD
FREDERICK  MD 21704-6647

ALTANTIC UNION BANK
CO CSC LAWYERS INCORPORATING SERVICE CO
7 ST PAUL STREET  SUITE 820
BALTIMORE  MD 21202-1681

ATLANTIC UNION BANK
CO MICHAEL D NORD
GEBHARDT  SMITH LLP
1 SOUTH STREET  SUITE 2200
BALTIMORE  MD 21202-3343

BALTIMORE GAS  ELECTRIC
PO BOX 13070
PHILADELPHIA  PA 19101-3070

BERKSHIRE LIFE INS C
700 SOUTH STREET
PITTSFIELD  MA 01201-8285

BLUE SUN SCIENTIFIC  LLC
8017 DORSEY RUN ROAD
JESSUP  MD 20794-9371

BLUE SUN SCIENTIFIC  LLC
CO MAURICE B VERSTANDIG  ESQ
THE VERSTANDIG LAW FIRM  LLC
9812 FALLS ROAD  114-160
POTOMAC  MARYLAND 20854-3976

BRADLEY ATLANTIC INSURANCE
209 EAST JARRETTSVILLE ROAD
FOREST HILL  MD 21050-1684

BUSINESS FINANCE GROUP  INC
3930 PENDER DRIVE
SUITE 300
FAIRFAX  VA 22030-0986

CARE FIRST
1501 SOUTH CLINTON STREET
BALTIMORE  MD 21224-5744

CAROLANN J HULME  ESQ
US SMALL BUSINESS A
100 S CHARLES ST
SUITE 1201
BALTIMORE  MD 21201-2714

CATHY WILT
22189 BAYSHORE ROAD
CHESTERTOWN  MD 21620-4406

CINGULAR WIRELESS
5600 GLENRIDGE DR NE
SANDY SPRINGS  GA 30342-6902

COMCAST
1701 JOHN F KENNEDY BLVD
PHILADELPHIA  PA 19103-2899

COMCAST CORPORATION
CO CSCLAWYERS INCORPORATING SERVICE CO
7 ST PAUL ST  STE 820
BALTIMORE  MD 21202-1681

DAVID BUSH
5905 CRAWFORD DR
ROCKVILLE  MD 20851-1724

DIGIKEY CORPORATION
701 BROOKS AVE S
THIEF RIVER FALLS  MN 56701-2703

EDWARD D JONES  CO LP
12555 MANCHESTER ROAD
SAINT LOUIS  MO 63131-3710

ESCO PRODUCTS
2501 CENTRAL PARKWAY
SUITE A-5
HOUSTON  TX 77092-7726

GPD OPTOELECTRONICS
7 MANOR PARKWAY
SALEM  NH 03079-2842

GORDON FEINBLATT LLC
1001 FLEET STREET
SUITE 700
BALTIMORE  MD 21202-4346

HT MACHINE SHOP  LLC
2712 OCCIDENTAL DRIVE
VIENNA  VA 22180-7058


EXCLUDE

ITPROP  LLC
10240 OLD COLUMBIA RD
COLUMBIA  MD 21046-2370

(D)ITPROP  LLC
10240 OLD COLUMBIA ROAD
COLUMBIA  MD 21046-2370

ITPROP  LLC
CO HOWARD E DEUTCH  RESIDENT AG
2901 S LEISURE WORLD BLVD
SILVER SPRING  MD 20906-8356


EXCLUDE

INTELLIWORKS HT
PO BOX 899
NORWALK  OH 44857-0899

(D)INTELLIWORKS HT LLC
PO BOX 899
NORWALK  OH 44857-0899

IRVIN LUCAS
6835 LAUREL CANYON BLVD
APT 110
NORTH HOLLYWOOD  CA 91605-5678


EXCLUDE

(U)KPM ANALYTICS NORTH AMERICA CORPORATION

KPM ANALYTICS NORTH AMERICA CORPORATION
8 TECHNOLOGY DRIVE
WESTBOROUGH  MA 01581-1756

KPM ANALYTICS NORTH AMERICA CORPORATION
CO ADDISON J CHAPPELL  ESQUIRE
MILES  STOCKBRIDGE PC
100 LIGHT STREET  7TH FLOOR
BALTIMORE  MARYLAND 21202-1153


KPM ANALYTICS NORTH AMERICA CORPORATION
CO MICHAEL B BROWN  ESQUIRE
MILES  STOCKBRIDGE PC
100 LIGHT STREET  7TH FLOOR
BALTIMORE  MARYLAND 21202-1153

KPM ANALYTICS NORTH AMERICA CORPORATION
MILES  STOCKBRIDGE  PC
100 LIGHT STREET
BALTIMORE  MD 21202-1036

KPM ANALYTICS NORTH AMERICA CORPORATION
C0 PATRICIA B JEFFERSON  ESQUIRE
MILES  STOCKBRIDGE PC
100 LIGHT STREET  7TH FLOOR
BALTIMORE  MARYLAND 21202-1153


LANA SAPOJNIK
3204 OLD POST DR 6
PIKESVILLE  MD 21208-3214

LEV GUTMAN
11 PICKERSGILL SQUARE
OWINGS MILLS  MD 21117-4510

LINDA TAYLOR
3555 FLOATING LEAF LANE
LAUREL  MD 20724-1995


MSC INDUSTRIAL SUPPLY
525 HARBOUR PLACE DRIVE
DAVIDSON  NC 28036-7444

MARLON VAUGHN
102 TREBECK TRAIL
FALLING WATERS  WV 25419-1620

MCMASTERCARR SUPPLY
PO BOX 4355
CHICAGO  IL 60680-4355


MCMASTERCARR SUPPLY CO
200 NEW CANTON WAY
ROBINSVILLE  NJ 08691-2343

MEGA ELECTRONICS
4B JULES LANE
NEW BRUNSWICK  NJ 08901-3636

MICHAEL D NORD  ESQ
GEBHARDT  SMITH LLP
ONE SOUTH STREET  SUITE 2200
BALTIMORE  MD 21202-3343


NEWARK ELECTRONICS
4180 HIGHLANDER PKWY
RICHFIELD  OH 44286-9352

PAIGE ZACHARAKIS  ESQ
MORSE  BARNESBROWN  PENDLETON  PC
480 TOTTEN POND ROAD  4TH FOOR
WALTHAM  MA 02451-1908

RS ELECTRONICS  INC
4 PROFESSIONAL DRIVE
SUITE 118
GAITHERSBURG  MD 20879-3424

RS ELECTRONICS  INC
CO RAVINDER S ARNEJA
7844 BEECHCRAFT AVE
GAITHERSBURG  MD 20879-1542

ROBERT GAJEWSKI
2728 LEONARD LANE
NORTH AURORA  IL 60542-6002

ROBERT WILT
22189 BAYSHORE ROAD
CHESTERTOWN  MD 21620-4406

SANDY SPRING BANK
17801 GEORGIA AVENUE
OLNEY  MD 20832-2267

SANDY SPRING BANK
CO DANIEL J SCHRIDER  RESIDENT AGENT
17801 GEORGIA AVENUE
OLNEY  MD 20832-2267

SANDY SPRING BANK
CO KIMBERLY SARGENT
17801 GEORGIA AVENUE
OLNEY  MD 20832-2267

SCOTT R MAGEE  ESQ
MORSE  BARNESBROWN  PENDLETON  PC
480 TOTTEN POND ROAD  4TH FLOOR
WALTHAM  MA 02451-1908

SMITH DUGGAN CORNELL  GOLLUB LLP
CO DANA ZAKARIAN  ESQ
55 OLD BEDFORD ROAD  SUITE 300
LINCOLN  MA 01773-1125

TM MACHINE SHOP
12201A DISTRIBUTION WAY
BELTSVILLE  MD 20705-1418

TERRACE ASSEMBLY
395 TIMBERTON CIRCLE
BELLEFONTE  PA 16823-9071

THE HARTFORD INSURANCE GROUP  INC
690 ASYLUM AVENUE
HARTFORD  CT 06155-0002

TODD  WELD LLP
ONE FEDERAL STREET
BOSTON  MA 02110-2010

US SMALL BUSINESS ADMINISTRATION
100 S CHARLES STREET  SUITE 1201
721 19TH STREET  SUITE 301
BALTIMORE  MD 20201

UPS CORPORATE LEGAL DEPARTMENT
55 GLENLAKE PARKWAY NE
ATLANTA  GA 30328-3474

US BANK EQUIPMENT
PO BOX 230789
PORTLAND  OR 97281-0789

EXCLUDE

(D)US BANK EQUIPMENT
PO BOX 230789
PORTLAND  OR 97281-0789

US SMALL BUSINESS ADMINISTRATION
100 S CHARLES STREET  SUITE 1201
721 19TH STREET  SUITE 301
BALTIMORE  MD 20201

US SMALL BUSINESS ADMINISTRATION
403 3RD STREET SW
WASHINGTON  DC 20416-0001

US TRUSTEE  BALTIMORE
GARMATZ FEDERAL COURTHOUSE
101 WEST LOMBARD STREET
SUITE 2625
BALTIMORE  MD 21201-2668

UNITED STATES SMALL BUSINESS ADMINISTRATION
CITY CRESCENT BUILDING
10 S HOWARD STREET  SUITE 6220
BALTIMORE  MD 21201-2526

VITAL RECORDS CONTROL
FKA PROSHRED
803 PRESSLEY ROAD
UNIT 108
CHARLOTTE  NC 28217-0971

WELLS FARGO
PO BOX 51193
LOS ANGELES  CA 90051-5493

WELLS FARGO BANK  NA
PO BOX 10438 MAC F823502F
DES MOINES  IA  50306-0438

CO MICHAEL B BROWN  ESQ
MILES  STOCKBRIDGE  PC
LIGHT STREET
BALTIMORE  MD 21202

JEFFREY M ORENSTEIN
WOLFF  ORENSTEIN  LLC
15245 SHADY GROVE ROAD
SUITE 465  NORTH LOBBY
ROCKVILLE  MD 20850-3222

MATTHEW ELIOT ABBOTT
WOLFF  ORENSTEIN  LLC
15245 SHADY GROVE ROAD
SUITE 465 - N
ROCKVILLE  MD 20850-7203