IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>BLUE SUN SCIENTIFIC, LLC,<br><br>THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD,<br><br>           Debtors. | Jointly Administered Under<br><br>Case No. 25-17998-DER (Lead Case)<br><br>Case No. 25-18000-DER<br><br>Chapter 11 |

**EXHIBIT A**

**Document Requests**

**REQUEST NO. 1.**    All documents relating to the formation of Vista Sales Consulting, LLC ("Vista"), including articles of organization/incorporation, operating agreements, bylaws, and organizational resolutions.

**REQUEST NO. 2.**    All documents identifying all owners, members, shareholders, officers, directors, and managers of Vista from its formation to the present, including all individuals and entities with rights to profit distributions from Vista.

**REQUEST NO. 3.**    All documents identifying all current and former employees of Vista, including their dates of hire and prior employment history.

**REQUEST NO. 4.**    All documents sufficient to identify any individual employed by Vista who has worked for, and/or simultaneously works for, Blue Sun Scientific, LLC ("Debtor"), the Innovative Technologies Group & Co., LTD, and ITPROP, LLC.

**REQUEST NO. 5.**    All documents describing Vista's business operations, business purpose, products, and services, including marketing materials and organizational charts.

120888\000001\4927-4043-6158.v2

**REQUEST NO. 6.**   All documents identifying Vista's product suppliers, including any documents reflecting whether the Debtor is Vista's sole or primary supplier.

**REQUEST NO. 7.**   All documents sufficient to identify any customer that transacted business with the Debtor and subsequently began transacting business with Vista after Vista was formed.

**REQUEST NO. 8.**   All Lease agreements, utility bills, and/or other related documents reflecting the office address(es), telephone numbers, and/or physical locations occupied by Vista.

**REQUEST NO. 9.**   All documents reflecting the email domain(s), website(s), and internet domain registration information used by Vista.

**REQUEST NO. 10.**   Copies of Vista's letterhead, branding materials, marketing collateral, signage, and trade name filings.

**REQUEST NO. 11.**   All documents and communications, in any form and by any means (including print, electronic, and social media), by or on behalf of Vista that reference, describe, or characterize Vista's business, operations, customer relationships, brand, or goodwill in relation to the Debtor, including but not limited to marketing materials, press releases, website content, or social media postings referencing the Debtor, the Debtor's business, products, services, or trade names; internal or external correspondence, presentations, or talking points discussing how Vista's business relates to, derives from, or was previously conducted by the Debtor; customer-facing communications (including notices, FAQs, transition letters, or account materials) addressing changes in ownership, operations, or service continuity following the Debtor's business activities; and statements to vendors, lenders, employees, regulators, or the public describing the history, origin, or provenance of Vista's business or assets.

2

**REQUEST NO. 12.**  All documents concerning any sale, transfer, or other conveyance of any portion of the Debtor's business or assets to Vista, including but not limited to any asset purchase agreement, bill of sale, or other transaction document, together with any schedule, exhibit, or other description identifying the specific assets, contracts, personnel, customer lists, or business operations transferred or purchased.

**REQUEST NO. 13.**  All documents in any form and by any means (including print and electronic) evidencing any special pricing, discounts, rebates, or other non-arm's-length terms have been offered or applied to any transaction between the Debtor and Vista.

**REQUEST NO. 14.**  All documents relied upon in responding to the interrogatory requests included herein.

**REQUEST NO. 15.**  Documents sufficient to show each sale Vista has made between March 1, 2023 through the present, including but not limited to the name of the customer, the name of the individual who made the sale on behalf of Vista, what was purchased by the customer, the date of the transaction, and the amount of the sale.

120888\000001\4927-4043-6158.v2

**Interrogatories**

**INTERROGATORY NO. 1.**     Describe in detail the purpose(s) for forming Vista Sales Consulting, LLC ("Vista"), including the identity of the person(s) who made the decision to form Vista and the date(s) on which that decision was made.

**INTERROGATORY NO. 2.**     For each of the following individuals – Irvin Lucas, Robert Wilt, David Bush, Cathy Wilt, Robert Gajewski, Michelle Gajewski, Rachael Glenister, Cody Hitchens, John Gorton, and Arnold Eilert – state whether the individual participated in, or had or has any role in, the formation, ownership, management, or operation of Vista, and, if so, describe that individual's role, including the nature, dates, and scope of the individual's involvement in each such category (formation, ownership, management, and/or operation).

**INTERROGATORY NO. 3.**     Describe in detail the business purpose, function, and activities of Vista, including Vista's stated corporate purpose and mission as reflected in its organizational or governing documents, each business line, product, or service that Vista offers or has offered, each industry or market sector in which Vista operates, Vista's principal sources of revenue identified by business line or activity, the geographic markets in which Vista conducts business, Vista's organizational structure (including any parent, subsidiary, or affiliated entities involved in Vista's operations), and any material changes to Vista's business purpose, function, or activities from its inception to the present.

**INTERROGATORY NO. 4.**     Identify each current or former employee or contractor of Blue Sun Scientific, LLC ("Debtor"), the Innovative Technologies Group & Co., LTD, and ITPROP, LLC who has performed any work for, or received any compensation from, Vista, and state the dates during which each such individual worked for or was compensated by Vista.

4

**INTERROGATORY NO. 5.**   Describe in detail each service, function, or item of work that Vista has performed on behalf of, or at the direction of, the Debtor, and state the dates during which each such service or function was performed.

**INTERROGATORY NO. 6.**   Describe any use by Vista of the Debtor's letterhead, branding materials, marketing collateral, signage, or trade names, and identify the circumstances under which any such use was authorized or occurred.

**INTERROGATORY NO. 7.**   Describe in detail the process Vista employs to purchase products from the Debtor, including whether any special pricing, discounts, rebates, or other non-arm's-length terms have been offered or applied to such sales, and identify all documents that support or relate to your response.

**INTERROGATORY NO. 8.**   Identify and describe whether Vista is selling or marketing any product, goods, materials, machine, or any item manufactured, produced, created, assembled, or generated by the Debtor and/or the Innovative Technologies Group & Co., LTD, and for each such item, stated the reason why Vista is selling or marketing it.

**INTERROGATORY NO. 9.**   Identify each sale Vista has made between March 1, 2023 through the present, including but not limited to the name of the customer, the name of the individual who made the sale on behalf of Debtor, what was purchased by the customer, the date of the transaction, and the amount of the sale.

5

120888\000001\4927-4043-6158.v2