**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re: | Jointly Administered Under |
| BLUE SUN SCIENTIFIC, LLC, | Case No. 25-17998-DER (Lead Case) |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD, | Case No. 25-18000-DER |
| Debtors. | Chapter 11 |

**ORDER GRANTING MOTION OF KPM ANALYTICS NORTH AMERICA CORPORATION FOR THE ENTRY OF AN ORDER AUTHORIZING EXAMINATION OF VISTA SALES CONSULTING LLC PURSUANT TO BANKRUPTCY RULE 2004**

Upon consideration of the Motion for the Entry of an Order Authorizing Examination of Vista Sales Consulting LLC Pursuant to Bankruptcy Rule 2004 (the "Motion") filed by KPM Analytics North America Corporation ("Movant"), any objections thereto, it appearing that adequate and sufficient notice of the Motion has been given, and it appearing that cause exists for granting the Motion, it is, by the United States Bankruptcy Court for the District of Maryland:

ORDERED, that the Motion is granted; and it is further

1

2

ORDERED, that Vista Sales Consulting LLC ("Vista") shall respond to the interrogatories and document requests issued by the Movant within fourteen (14) days of their date of issuance; and it is further

ORDERED, that a representative of Vista shall appear for a deposition to be scheduled by the Movant; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all disputes arising from or related to the implementation or interpretation of this Order.


cc:    All parties receiving service via CM/ECF

Vista Sales Consulting LLC
30 N. Gould Street, Suite R
Sheridan, WY 82801

Vista Sales Consulting LLC
c/o Registered Agents Inc., Registered Agent
30 N. Gould Street, Suite R
Sheridan, WY 82801

**\*\* END OF ORDER \*\***

2

120888\000001\4909-4651-8463.v1