# EXHIBIT 1

SMITH DUGGAN CORNELL & GOLLUB LLP

55 Old Bedford Road
Suite 300
Lincoln, MA 01773
617-228-4424
billing@smithduggan.com
www.smithduggan.com

EIN: 04-3067315

December 08, 2025

**Mr. Irvin Lucas - President**
Blue Sun Scientific, LLC
8017 Dorsey Run Road, Suite H
Jessup, MD 20794

| | |
|---|---|
| Invoice | 18696 |
| Matter Number | 002476-002 |
| Matter | Post Order |
| Billing Attorney | Dana A. Zakarian |

## INVOICE SUMMARY

For professional services rendered through November 30, 2025

**RE:** Post Order

**Services**

| Date | Staff | Description | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11-03-25 | DAN | Review of email and order regarding application to employ Smith Duggan | 0.10 | $350.00 | $35.00 |
| 11-03-25 | CJH | Review and revise draft appellate brief | 5.80 | $550.00 | $3,190.00 |
| 11-03-25 | DAZ | Conferences with Chris Hurst re appellate brief (.3); conference with Chris Duggan re same (.1) | 0.40 | $650.00 | $260.00 |
| 11-04-25 | CJH | Further edits and proofing of appellate brief | 5.20 | $550.00 | $2,860.00 |
| 11-04-25 | CJH | Update research on key issues to ensure no additional authorities | 1.40 | $550.00 | $770.00 |
| 11-04-25 | DAZ | Conferences with Chris Hurst re brief | 0.20 | $650.00 | $130.00 |
| 11-05-25 | DAN | Emails with Chris Hurst and Dana Zakarian regarding status of brief and status report due to Federal Court regarding bankruptcy; | 0.20 | $350.00 | $70.00 |
| 11-05-25 | DAZ | Conferences with Chris Hurst re brief and status update to First Circuit re bankruptcy | 0.20 | $650.00 | $130.00 |
| 11-06-25 | DAN | Email from Chris Hurst attached draft of brief and review of same; review hardcopy of order allowing application to employ counsel received via mail | 0.20 | $350.00 | $70.00 |
| 11-06-25 | CJH | Draft court ordered status report on bankruptcy proceedings | 0.30 | $550.00 | $165.00 |
| 11-07-25 | DAZ | Conferences with Chris Hurst re brief and status update | 0.20 | $650.00 | $130.00 |
| 11-07-25 | CJH | Strategize with team re: plan for further brief edits; edit status report to court and approve filing | 0.80 | $550.00 | $440.00 |
| 11-10-25 | CJH | Discuss brief edits and record support with Dana Zakarian | 0.50 | $550.00 | $275.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11-10-25 | DAZ | Draft appellate brief (3.6); conferences with Danielle Nelligan and Chris Hurst re same (.2) | 3.80 | $650.00 | $2,470.00 |
| 11-11-25 | DAN | Conference with Chris Hurst regarding current status of Appendix and related citations in brief; review of Dana Zakarian's revisions to brief | 0.30 | $350.00 | $105.00 |
| 11-11-25 | CJH | Incorporate Dana Zakarian comments to brief and further review and edits | 4.70 | $550.00 | $2,585.00 |
| 11-11-25 | DAZ | Draft appellate brief (2.3); conferences with Chris Hurst re brief (.2); emails with Jeff Orenstein re motion to lift stay (.1); conference wtih Chris Duggan re brief (.1) | 2.70 | $650.00 | $1,755.00 |
| 11-12-25 | DAN | Conference with Chris Hurst regarding addendum requirements; draft addendum for appellate brief | 0.80 | $350.00 | $280.00 |
| 11-12-25 | CJH | Review brief addendum requirements and identify contents; discuss with Danielle Nelligan; revise addendum table of contents | 1.20 | $550.00 | $660.00 |
| 11-13-25 | DAN | Email from Nanour Derderian to Chris Duggan regarding revisions to appellate brief | 0.10 | $350.00 | $35.00 |
| 11-13-25 | DAZ | Conferences and emails with Chris Hurst re brief | 0.20 | $650.00 | $130.00 |
| 11-14-25 | DAZ | Conferences with Chris Duggan and Chris Hurst re brief | 0.20 | $650.00 | $130.00 |
| 11-18-25 | CJH | Conference with bankruptcy counsel (.2); discuss brief edits with Chris Duggan and review comments (1.5) | 1.70 | $550.00 | $935.00 |
| 11-19-25 | DAN | Emails with Chris Hurst and Rita Hemenway regarding brief revisions and formatting; review ECF Nos. 367 and 368, motion to modify order and order granting same; Emails with Irvin Lucas and Chris Hurst regarding [redacted] | 0.20 | $350.00 | $70.00 |
| 11-19-25 | CJH | Incorporate Chris Duggan's edits and comments to opening brief (3.8); proof read brief and cite check (2.2) | 6.00 | $550.00 | $3,300.00 |
| 11-19-25 | ND | Conference with Chris Hurst regarding brief and edits | 0.20 | $350.00 | $70.00 |
| 11-20-25 | DAN | Conference with Chris Hurst regarding revisions; emails with Chris Hurst and Irvin Lucas regarding same; review revisions and incorporate into draft before sending to Rita Hemenway for formatting | 0.60 | $350.00 | $210.00 |
| 11-20-25 | CJH | Conference with Dana Zakarian re: brief strategy; incorporate client's comments to brief; report to client [redacted] | 1.80 | $550.00 | $990.00 |
| 11-21-25 | DAN | Several emails with Chris Hurst and Rita Hemenway regarding brief revisions and formatting; emails with Jeff Orenstein regarding lift of stay | 0.50 | $350.00 | $175.00 |
| 11-24-25 | DAN | Emails with Chris Hurst and Rita Hemenway regarding revisions to brief | 0.20 | $350.00 | $70.00 |
| 11-24-25 | CJH | Review and revise brief and addendum following edits from brief service | 1.80 | $550.00 | $990.00 |

Services Subtotal: $23,485.00

**TIMEKEEPER SUMMARY**

| **Name** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Christopher J. Hurst | 31.20 | $550.00 | $17,160.00 |
| Dana A. Zakarian | 7.90 | $650.00 | $5,135.00 |
| Danielle A. Nelligan | 3.20 | $350.00 | $1,120.00 |
| Nanour Derderian | 0.20 | $350.00 | $70.00 |

| | |
|---|---|
| **Total** | **$23,485.00** |
| Previous Balance | $0.00 |
| **Balance Due** | **$23,485.00** |

**2476-002 - Irvin Lucas - Post**

Previous Trust Balance $0.00

| Date | Type | Notes | Amount |
|---|---|---|---|
| 12/5/2025 | Deposit | | $20,000.00 |
| | | Total Trust Transactions | $20,000.00 |
| | | Current Trust Balance | $20,000.00 |

*Invoices are payable upon receipt.*
*Interest on outstanding accounts at 1.5% per month, 18% per annum*

SMITH DUGGAN CORNELL & GOLLUB LLP

55 Old Bedford Road
Suite 300
Lincoln, MA 01773
617-228-4424
billing@smithduggan.com
www.smithduggan.com

EIN: 04-3067315

# Statement Of Account

**RE: 002476-002 - Irvin Lucas - Post Order**

## Balance as of 3/18/2026

Open Bills

| Date | Invoice | Amount | Paid | Balance |
|---|---|---|---|---|
| 3/11/2026 | 19898 | $85,650.31 | $0.00 | $85,650.31 |
| 2/11/2026 | 19507 | $2,895.00 | $0.00 | $2,895.00 |
| 1/7/2026 | 19277 | $4,625.00 | $0.00 | $4,625.00 |
| 12/8/2025 | 18696 | $23,485.00 | $0.00 | $23,485.00 |
| | | | **Balance Due** | **$116,655.31** |

AGING OF ACCOUNT

| <=30 | <=60 | <=90 | <=120 | >120 | Total |
|---|---|---|---|---|---|
| $85,650.31 | $2,895.00 | $4,625.00 | $23,485.00 | $0.00 | $116,655.31 |

SMITH DUGGAN CORNELL & GOLLUB LLP

55 Old Bedford Road
Suite 300
Lincoln, MA 01773
617-228-4424
www.smithduggan.com
EIN: 04-3067315

**Mr. Irvin Lucas - President**
Blue Sun Scientific, LLC
8017 Dorsey Run Road, Suite H
Jessup, MD 20794

Invoices Due Upon Receipt

December 8, 2025
Invoice No: 18696

**REMITTANCE PAGE**

---

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS:

| | |
|---|---|
| CURRENT BALANCE DUE: | $23,485.00 |
| PAST BALANCE DUE: | $0.00 |
| **Total Amount Due:** | **$23,485.00** |

| TO REMIT PAYMENT VIA ACH: | PLEASE SEND CHECKS TO: |
|---|---|
| Please contact Billing Dept | Smith Duggan Cornell & Gollub LLP |
| billing@smithduggan.com | 55 Old Bedford Road, Suite 300 |
| as our wiring information has changed. | Lincoln, MA 01773 |

SMITH DUGGAN CORNELL & GOLLUB LLP

55 Old Bedford Road
Suite 300
Lincoln, MA 01773
617-228-4424
billing@smithduggan.com
www.smithduggan.com

EIN: 04-3067315

January 07, 2026

**Mr. Irvin Lucas - President**
Blue Sun Scientific, LLC
8017 Dorsey Run Road, Suite H
Jessup, MD 20794

| | |
|---|---|
| Invoice | 19277 |
| Matter Number | 002476-002 |
| Matter | Post Order |
| Billing Attorney | Dana A. Zakarian |

## INVOICE SUMMARY

For professional services rendered through December 31, 2025

**RE:** Post Order

### Services

| Date | Staff | Description | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-01-25 | DAN | Review hardcopy of Notice of Motion for Relief from Stay | 0.10 | $350.00 | $35.00 |
| 12-04-25 | CJH | Review status and plan for appellate brief | 0.30 | $550.00 | $165.00 |
| 12-05-25 | CJH | Emails with bankruptcy counsel and internal team re: strategy | 0.30 | $550.00 | $165.00 |
| 12-05-25 | DAN | Revise appellate brief per Chris Hurst's suggestions (.1); emails with Chris Hurst and Dana Zakarian regarding same (.1); review bankruptcy opposition (.3) | 0.50 | $350.00 | $175.00 |
| 12-08-25 | DAN | Review hardcopies of bankruptcy court filings | 0.20 | $350.00 | $70.00 |
| 12-15-25 | DAN | Emails with Dana Zakairan and Chris Hurst regarding bankruptcy filings (.1); voicemail from Jeff Orenstein regarding bankruptcy court allowing motion to lift stay (.1); email with Rita Hemenway regarding appellate brief filing (.1) | 0.30 | $350.00 | $105.00 |
| 12-15-25 | DAZ | Review emails (.1); conference with Irvin Lucas and Bob Wilt (.3); conference with Chris Hurst (.1) | 0.50 | $650.00 | $325.00 |
| 12-15-25 | CJH | Emails and call with bankruptcy counsel (.1); brief team on stats (.2); review opposition to Motion to Extend Bankruptcy Exclusivity (.5) | 0.80 | $550.00 | $440.00 |
| 12-16-25 | DAN | Emails with Chris Hurst, Dana Zakarian, and Jeff Orenstein regarding procedure for lift of stay and filing brief (.1); revise appellate brief for finalization (.5); conference with Chris Hurst regarding same (.1) | 0.70 | $350.00 | $245.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12-17-25 | DAN | Emails with Chris Hurst, Dana Zakarian, and Jeff Orenstein regarding timing for lift of stay and filing brief | 0.30 | $350.00 | $105.00 |
| 12-17-25 | DAZ | Conferences and emails with Bob Wilt (.2); conference with Chris Hurst (.1) | 0.30 | $650.00 | $195.00 |
| 12-17-25 | CJH | Emails with bankruptcy counsel (.1); draft status report to First Circuit Court (.5) | 0.60 | $550.00 | $330.00 |
| 12-19-25 | CJH | Emails to bankruptcy counsel (.2); emails with appellate brief service (.2) | 0.40 | $550.00 | $220.00 |
| 12-19-25 | DAN | Conference with Dana Zakarian regarding timing of filing appellate brief (.2); emails with Chris Hurst and Rita Hemenway regarding same (.1) | 0.30 | $350.00 | $105.00 |
| 12-23-25 | DAN | Conference with Chris Hurst regarding timing of bankruptcy court entering order and potentially filing appellate brief | 0.20 | $350.00 | $70.00 |
| 12-29-25 | DAN | Conferences with Dana Zakarian and Chris Hurst; email from Dana Zakarian attaching order lifting stay (.1); finalize and file second status report attaching order lifting stay (.2); finalize and file appellate brief and appendix (1.3) | 1.60 | $350.00 | $560.00 |
| 12-29-25 | DAZ | Emails and conferences with Jeffery Orenstein re Order lifting stay (.2); emails and conferences with Danielle Nelligan and Chris Hurst re filings with the First Circuit (.3) | 0.50 | $650.00 | $325.00 |
| 12-29-25 | CJH | Emails and calls with team to finalize and file brief | 1.80 | $550.00 | $990.00 |
| | | | | Services Subtotal: | $4,625.00 |

**TIMEKEEPER SUMMARY**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Christopher J. Hurst | 4.20 | $550.00 | $2,310.00 |
| Dana A. Zakarian | 1.30 | $650.00 | $845.00 |
| Danielle A. Nelligan | 4.20 | $350.00 | $1,470.00 |

| | |
|---|---|
| **Total** | **$4,625.00** |
| Previous Balance | $23,485.00 |
| **Balance Due** | **$28,110.00** |

**2476-002 - Irvin Lucas - Post**

Previous Trust Balance $20,000.00

| Date | Type | Notes | Amount |
|---|---|---|---|
| 12/29/2025 | Deposit | | $20,000.00 |
| | | Total Trust Transactions | $20,000.00 |
| | | Current Trust Balance | $40,000.00 |

*Invoices are payable upon receipt.*
*Interest on outstanding accounts at 1.5% per month, 18% per annum*

SMITH DUGGAN CORNELL & GOLLUB LLP

55 Old Bedford Road
Suite 300
Lincoln, MA 01773
617-228-4424
billing@smithduggan.com
www.smithduggan.com

EIN: 04-3067315

# Statement Of Account

## RE: 002476-002 - Irvin Lucas - Post Order

## Balance as of 1/12/2026

Open Bills

| Date | Invoice | Amount | Paid | Balance |
|---|---|---|---|---|
| 1/7/2026 | 19277 | $4,625.00 | $0.00 | $4,625.00 |
| 12/8/2025 | 18696 | $23,485.00 | $0.00 | $23,485.00 |
| | | | **Balance Due** | **$28,110.00** |

AGING OF ACCOUNT

| <=30 | <=60 | <=90 | <=120 | >120 | Total |
|---|---|---|---|---|---|
| $4,625.00 | $23,485.00 | $0.00 | $0.00 | $0.00 | $28,110.00 |

SMITH DUGGAN CORNELL & GOLLUB LLP

55 Old Bedford Road
Suite 300
Lincoln, MA 01773
617-228-4424
www.smithduggan.com
EIN: 04-3067315

**Mr. Irvin Lucas - President**
Blue Sun Scientific, LLC
8017 Dorsey Run Road, Suite H
Jessup, MD 20794

Invoices Due Upon Receipt

January 7, 2026
Invoice No: 19277

**REMITTANCE PAGE**

---

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS:

| | |
|---|---|
| CURRENT BALANCE DUE: | $4,625.00 |
| PAST BALANCE DUE: | $23,485.00 |
| **Total Amount Due:** | **$28,110.00** |

| TO REMIT PAYMENT VIA ACH: | PLEASE SEND CHECKS TO: |
|---|---|
| Please contact Billing Dept | Smith Duggan Cornell & Gollub LLP |
| billing@smithduggan.com | 55 Old Bedford Road, Suite 300 |
| as our wiring information has changed. | Lincoln, MA 01773 |

SMITH DUGGAN CORNELL & GOLLUB LLP

55 Old Bedford Road
Suite 300
Lincoln, MA 01773
617-228-4424
billing@smithduggan.com
www.smithduggan.com

EIN: 04-3067315

February 11, 2026

**Mr. Irvin Lucas - President**
Blue Sun Scientific, LLC
8017 Dorsey Run Road, Suite H
Jessup, MD 20794

| | |
|---|---|
| Invoice | 19507 |
| Matter Number | 002476-002 |
| Matter | Post Order |
| Billing Attorney | Dana A. Zakarian |

## INVOICE SUMMARY

For professional services rendered through January 31, 2026

**RE:** Post Order

**Services**

| Date | Staff | Description | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-05-26 | DAN | Emails with Chris Hurst regarding e-filing | 0.20 | $350.00 | $70.00 |
| 01-05-26 | CJH | Review docket sheet and confer with team re: next steps | 0.30 | $550.00 | $165.00 |
| 01-07-26 | DAN | Review of court filing emails; calendar date paper copies due; emails with Chris Hurst and Rita Hemenway regarding same | 0.50 | $350.00 | $175.00 |
| 01-07-26 | DAZ | Review and analyze First Circuit orders lifting stay and settling briefing schedule (.2); emails and conferences with Danielle Nelligan and Chris Hurst (.1) | 0.30 | $650.00 | $195.00 |
| 01-07-26 | CJH | Review court's briefing notice and report to clients (.1); emails with brief printing service (.1); internal team discussion re: briefs (.5) | 0.70 | $550.00 | $385.00 |
| 01-08-26 | CJH | Emails with bankruptcy counsel re: briefing notice and deadlines | 0.40 | $550.00 | $220.00 |
| 01-08-26 | DAN | Email from Jeff Orenstein regarding Notice of Order to include in status update | 0.10 | $350.00 | $35.00 |
| 01-14-26 | CJH | Review procedure for fee application (.7); update research for appeal (1.3); discuss with team (.4) | 2.40 | $550.00 | $1,320.00 |
| 01-16-26 | DAN | Conference with Dana Zakarian regarding status and next steps | 0.10 | $350.00 | $35.00 |
| 01-28-26 | DAZ | Conference with Bob Wilt re [redacted] | 0.40 | $650.00 | $260.00 |
| 01-30-26 | DAN | Review court notice regarding five paper copies of appendix submitted | 0.10 | $350.00 | $35.00 |

Services Subtotal: $2,895.00

**TIMEKEEPER SUMMARY**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Christopher J. Hurst | 3.80 | $550.00 | $2,090.00 |
| Dana A. Zakarian | 0.70 | $650.00 | $455.00 |
| Danielle A. Nelligan | 1.00 | $350.00 | $350.00 |

| | |
|---|---|
| **Total** | **$2,895.00** |
| Previous Balance | $28,110.00 |
| **Balance Due** | **$31,005.00** |

**2476-002 - Irvin Lucas - Post**

Previous Trust Balance $40,000.00

| Date | Type | Notes | Amount |
|---|---|---|---|
| 2/6/2026 | Deposit | | $20,000.00 |
| | | Total Trust Transactions | $20,000.00 |
| | | Current Trust Balance | $60,000.00 |

*Invoices are payable upon receipt.*
*Interest on outstanding accounts at 1.5% per month, 18% per annum*

SMITH DUGGAN CORNELL & GOLLUB LLP

55 Old Bedford Road
Suite 300
Lincoln, MA 01773
617-228-4424
billing@smithduggan.com
www.smithduggan.com

EIN: 04-3067315

# Statement Of Account

## RE: 002476-002 - Irvin Lucas - Post Order

## Balance as of 2/10/2026

Open Bills

| Date | Invoice | Amount | Paid | Balance |
|---|---|---|---|---|
| 2/11/2026 | 19507 | $2,895.00 | $0.00 | $2,895.00 |
| 1/7/2026 | 19277 | $4,625.00 | $0.00 | $4,625.00 |
| 12/8/2025 | 18696 | $23,485.00 | $0.00 | $23,485.00 |
| | | | **Balance Due** | **$31,005.00** |

AGING OF ACCOUNT

| <=30 | <=60 | <=90 | <=120 | >120 | Total |
|---|---|---|---|---|---|
| $2,895.00 | $4,625.00 | $23,485.00 | $0.00 | $0.00 | $31,005.00 |

SMITH DUGGAN CORNELL & GOLLUB LLP

55 Old Bedford Road
Suite 300
Lincoln, MA 01773
617-228-4424
www.smithduggan.com
EIN: 04-3067315

**Mr. Irvin Lucas - President**
Blue Sun Scientific, LLC
8017 Dorsey Run Road, Suite H
Jessup, MD 20794

Invoices Due Upon Receipt

February 11, 2026
Invoice No: 19507

**REMITTANCE PAGE**

---

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS:

| | |
|---|---|
| CURRENT BALANCE DUE: | $2,895.00 |
| PAST BALANCE DUE: | $28,110.00 |
| **Total Amount Due:** | **$31,005.00** |

| TO REMIT PAYMENT VIA ACH: | PLEASE SEND CHECKS TO: |
|---|---|
| Please contact Billing Dept | Smith Duggan Cornell & Gollub LLP |
| billing@smithduggan.com | 55 Old Bedford Road, Suite 300 |
| as our wiring information has changed. | Lincoln, MA 01773 |

SMITH DUGGAN CORNELL & GOLLUB LLP

55 Old Bedford Road
Suite 300
Lincoln, MA 01773
617-228-4424
billing@smithduggan.com
www.smithduggan.com

EIN: 04-3067315

March 11, 2026

**Mr. Irvin Lucas - President**
Blue Sun Scientific, LLC
8017 Dorsey Run Road, Suite H
Jessup, MD 20794

| | |
|---|---|
| Invoice | 19898 |
| Matter Number | 002476-002 |
| Matter | Post Order |
| Billing Attorney | Dana A. Zakarian |

## INVOICE SUMMARY

For professional services rendered through February 28, 2026

**RE:** Post Order

### Services

| Date | Staff | Description | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-02-26 | DAN | Review email notice from court regarding paper copies of appellants' brief submitted by Blue Sun and ITG | 0.10 | $350.00 | $35.00 |
| 02-02-26 | DAZ | Conference with Bob Wilt and Irvin Lucas | 0.30 | $650.00 | $195.00 |
| 02-04-26 | CJH | Research for additional case law issued since opening brief on appellate issues | 2.60 | $550.00 | $1,430.00 |
| 02-06-26 | CJH | Review and analyze KPM's appellate brief and report to client | 3.40 | $550.00 | $1,870.00 |
| 02-06-26 | DAN | Review and download KPM's appellate brief; Email from Chris Hurst regarding same; emails with Dana Zakarian and Jeff Orenstein regarding timing of reply brief | 0.40 | $350.00 | $140.00 |
| 02-09-26 | DAZ | Review and analyze KPM's appellate brief (.8); conferences with Chris Hurst (.3) | 1.10 | $650.00 | $715.00 |

| | | | | | |
|---|---|---|---|---|---|
| 02-09-26 | CJH | Further review of KPM's brief, record appendix cites, and cases cited | 4.70 | $550.00 | $2,585.00 |
| 02-10-26 | DAZ | Review and analyze appellee's brief to prepare reply arguments (2.2); conferences with Chris Hurst, Irvin Lucas and Bob Wilt re appellee's brief and reply arguments (1.3) | 3.50 | $650.00 | $2,275.00 |
| 02-10-26 | CJH | Meet with clients re: [redacted] (1.4); further review [redacted] (2.5) | 3.90 | $550.00 | $2,145.00 |
| 02-12-26 | CJH | Outline reply brief | 1.70 | $550.00 | $935.00 |
| 02-13-26 | CJH | Outline of reply brief (1.2); draft personal jurisdiction waiver section of brief (3.7) | 4.90 | $550.00 | $2,695.00 |
| 02-17-26 | CJH | Draft reply brief (4.6); review additional cases located by Jennifer Rudman and guide on further research (1.5) | 6.10 | $550.00 | $3,355.00 |
| 02-17-26 | JHR | Discuss research of jurisdiction issue with Attorney Chris Hurst (.2); research same (2.8) | 3.00 | $450.00 | $1,350.00 |
| 02-17-26 | DAZ | Draft reply brief (3.1); conferences with Chris Hurst and Jennifer Rudman re reply arguments (.3) | 3.40 | $650.00 | $2,210.00 |
| 02-18-26 | JHR | Research comments in legislative history for MUTSA bill H.854 (.7); compare order with findings in Neural Magic (.4) | 1.10 | $450.00 | $495.00 |
| 02-18-26 | DAZ | Draft reply brief (4.9); conferences with Jennifer Rudman (.3) | 5.20 | $650.00 | $3,380.00 |
| 02-18-26 | ESG | Confer with Dana Zakarian regarding Appendix; send Sharefile link to Irvin Lucas and Dana Zakarian | 0.30 | $150.00 | $45.00 |
| 02-18-26 | CJH | Draft reply brief | 3.50 | $550.00 | $1,925.00 |
| 02-19-26 | CJH | Emails with Jen Rudman re: needed research | 0.30 | $550.00 | $165.00 |
| 02-19-26 | JHR | Research re MUTSA superseding 93A and case law for reply brief | 2.60 | $450.00 | $1,170.00 |
| 02-19-26 | DAZ | Draft reply brief (3.8); conference with Bob Wilt (.4) | 4.20 | $650.00 | $2,730.00 |
| 02-20-26 | JHR | Research re case law for reply brief | 4.10 | $450.00 | $1,845.00 |
| 02-20-26 | DAZ | Draft reply brief (2.5); conference with Jennifer Rudman (.4) | 2.90 | $650.00 | $1,885.00 |
| 02-20-26 | CJH | Review case cites and instruct Jennifer Rudman | 0.30 | $550.00 | No Charge |

| | | | | | |
|---|---|---|---|---|---|
| 02-21-26 | DAZ | Draft reply brief (2.1); conference with Chris Hurst re reply brief (1.5) | 3.60 | $650.00 | $2,340.00 |
| 02-23-26 | DAN | Review emails from Chris Hurst and Dana Zakarian regarding reply brief (.2); calendar due date for same (.1); conference with Chris Hurst and Dana Zakarian regarding strategy for draft of appellate reply brief (.5); review and format appellate reply brief including cite checking to case law and record appendix (3.1) | 3.90 | $350.00 | $1,365.00 |
| 02-23-26 | JHR | Research case law for reply brief | 0.30 | $450.00 | $135.00 |
| 02-23-26 | DAZ | Draft reply brief (4); conferences and emails with Chris Hurst and Danielle Nelligan (.7) | 4.70 | $650.00 | $3,055.00 |
| 02-23-26 | CJH | Review record and respond to KPM's assertions re: jurisdictional issue [6.0]; meet with team re: status and plan for filing brief [.5] | 6.50 | $550.00 | $3,575.00 |
| 02-24-26 | CJH | Draft additional argument sections, conference with team and finalize draft of reply brief [6.3]; conference with client [.4] | 6.70 | $550.00 | $3,685.00 |
| 02-24-26 | DAN | Email from Dana Zakarian to Jennifer Rudman regarding research on issue of conflicting laws | 3.70 | $350.00 | $1,295.00 |
| 02-24-26 | JHR | Continue researching case law for reply brief (MUSTA and 93A conflicting; willful blindness instructions) | 3.40 | $450.00 | $1,530.00 |
| 02-24-26 | DAZ | Draft reply brief (6); conferences with Chris Hurst and Danielle Nelligan (.6); conferences with Bob Wilt and Irvin Lucas (.5) | 7.10 | $650.00 | $4,615.00 |
| 02-25-26 | DAN | Conferences and emails with Dana Zakarian and Chris Hurst regarding appellate brief | 0.90 | $350.00 | $315.00 |
| 02-25-26 | DAZ | Draft reply brief (4.6); conferences with Chris Hurst, Danielle Nelligan, Bob Wilt and Irvin Lucas (.8) | 5.40 | $650.00 | $3,510.00 |
| 02-25-26 | CJH | Revise arguments and add additional record cites (5.3); multiples meetings with internal team and meeting with client re: [redacted] (1.5) | 6.80 | $550.00 | $3,740.00 |
| 02-26-26 | CJH | Cite check brief, review and revise, add additional authority on preemption issue (5.1); incorporate further clients edits (.4) | 5.50 | $550.00 | $3,025.00 |

| | | | | | |
|---|---|---|---|---|---|
| 02-26-26 | DAN | Conferences and emails with Dana Zakarian and Chris Hurst (.4); review and revise appellate reply brief (1.4) | 1.80 | $350.00 | $630.00 |
| 02-26-26 | DAZ | Draft reply brief (2.1); conferences and emails with Danielle Neligan, Chris Hurst, Irvin Lucas and Bob Wilt (.8) | 2.90 | $650.00 | $1,885.00 |
| 02-27-26 | DAN | Email from Rita Hemenway attaching draft reply brief (.1); conferences with Chris Hurst regarding same (.2); Emails from Court and with Chris Hurst to clients regarding as-filed Reply Brief (.5) | 0.80 | $350.00 | $280.00 |
| 02-27-26 | CJH | Finalize appellate brief and e-file [4.5]; report to clients[.2] | 4.70 | $550.00 | $2,585.00 |
| 02-27-26 | DAZ | Conferences and emails with Irvin Lucas, Bob Wilt, Danielle Nelligan and Chris Hurst (.7); finalize reply brief (.8) | 1.50 | $650.00 | $975.00 |
| | | | | Services Subtotal: | $74,115.00 |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 02-27-26 | Payment for opening brief and appendix, filed 12/29/25 | $10,451.21 |
| 02-27-26 | Payment for reply brief, filed on 2/27/26 | $1,084.10 |
| | Expenses Subtotal | $11,535.31 |

**TIMEKEEPER SUMMARY**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Christopher J. Hurst | 61.30 | $550.00 | $33,715.00 |
| Christopher J. Hurst | 0.30 | No Charge | No Charge |
| Dana A. Zakarian | 45.80 | $650.00 | $29,770.00 |
| Danielle A. Nelligan | 11.60 | $350.00 | $4,060.00 |
| Emmeli S. Gordon | 0.30 | $150.00 | $45.00 |
| Jennifer Rudman | 14.50 | $450.00 | $6,525.00 |

| | |
|---|---|
| **Total** | **$85,650.31** |
| Previous Balance | $31,005.00 |
| **Balance Due** | **$116,655.31** |

**2476-002 - Irvin Lucas - Post**

| Date | Type | Notes | Amount |
|---|---|---|---|
| | | Previous Trust Balance | $60,000.00 |
| 3/2/2026 | Deposit | | $20,000.00 |
| 3/10/2026 | Deposit | | $20,000.00 |
| | | Total Trust Transactions | $40,000.00 |
| | | Current Trust Balance | $100,000.00 |

*Invoices are payable upon receipt.*
*Interest on outstanding accounts at 1.5% per month, 18% per annum*

SMITH DUGGAN
CORNELL & GOLLUB LLP

55 Old Bedford Road
Suite 300
Lincoln, MA 01773
617-228-4424
billing@smithduggan.com
www.smithduggan.com

EIN: 04-3067315

# Statement Of Account

## RE: 002476-002 - Irvin Lucas - Post Order

## Balance as of 3/11/2026

Open Bills

| Date | Invoice | Amount | Paid | Balance |
|---|---|---|---|---|
| 3/11/2026 | 19898 | $85,650.31 | $0.00 | $85,650.31 |
| 2/11/2026 | 19507 | $2,895.00 | $0.00 | $2,895.00 |
| 1/7/2026 | 19277 | $4,625.00 | $0.00 | $4,625.00 |
| 12/8/2025 | 18696 | $23,485.00 | $0.00 | $23,485.00 |
| | | | **Balance Due** | **$116,655.31** |

AGING OF ACCOUNT

| <=30 | <=60 | <=90 | <=120 | >120 | Total |
|---|---|---|---|---|---|
| $88,545.31 | $0.00 | $4,625.00 | $23,485.00 | $0.00 | $116,655.31 |

SMITH DUGGAN CORNELL & GOLLUB LLP

55 Old Bedford Road
Suite 300
Lincoln, MA 01773
617-228-4424
www.smithduggan.com
EIN: 04-3067315

**Mr. Irvin Lucas - President**
Blue Sun Scientific, LLC
8017 Dorsey Run Road, Suite H
Jessup, MD 20794

Invoices Due Upon Receipt

March 11, 2026
Invoice No: 19898

**REMITTANCE PAGE**

---

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS:

| | |
|---|---|
| CURRENT BALANCE DUE: | $85,650.31 |
| PAST BALANCE DUE: | $31,005.00 |
| **Total Amount Due:** | **$116,655.31** |

| TO REMIT PAYMENT VIA ACH: | PLEASE SEND CHECKS TO: |
|---|---|
| Please contact Billing Dept | Smith Duggan Cornell & Gollub LLP |
| billing@smithduggan.com | 55 Old Bedford Road, Suite 300 |
| as our wiring information has changed. | Lincoln, MA 01773 |

SMITH DUGGAN CORNELL & GOLLUB LLP

55 Old Bedford Road
Suite 300
Lincoln, MA 01773
617-228-4424
billing@smithduggan.com
www.smithduggan.com

EIN: 04-3067315

April 17, 2026

**Mr. Irvin Lucas - President**
Blue Sun Scientific, LLC
8017 Dorsey Run Road, Suite H
Jessup, MD 20794

| | |
|---|---|
| Invoice | 20641 |
| Matter Number | 002476-002 |
| Matter | Post Order |
| Billing Attorney | Dana A. Zakarian |

## INVOICE SUMMARY

For professional services rendered through March 31, 2026

**RE:** Post Order

**Services**

| Date | Staff | Description | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-04-26 | DAN | Draft and prepare fee application(1.0); conference and emails with Chris Hurst regarding same (0.4) | 1.40 | $350.00 | $490.00 |
| 03-05-26 | CJH | Review order from court and instruct team on brief copies | 0.20 | $550.00 | $110.00 |
| 03-06-26 | DAN | Review of notice from court regarding paper copies (0.1); emails with Rita Hemenway and Chris Hurst regarding same (0.1) | 0.20 | $350.00 | $70.00 |
| 03-09-26 | DAN | Email from Chris Hurst regarding invoices from Rita Hemenway for appellate briefs (0.2) | 0.20 | $350.00 | $70.00 |
| 03-12-26 | DAN | Review notice of paper copies received from Court (0.1) | 0.10 | $350.00 | $35.00 |
| 03-12-26 | CJH | Review court notice re: paper copies and email to print service | 0.20 | $550.00 | $110.00 |
| 03-17-26 | CJH | Draft fee application for bankruptcy court | 4.30 | $550.00 | $2,365.00 |
| 03-17-26 | DAN | Conference with Chris Hurst regarding fee application (0.4); email from Chris Hurst regarding draft fee application (0.1) | 0.50 | $350.00 | $175.00 |
| 03-17-26 | DAZ | Conferences with Chris Hurst | 0.30 | $650.00 | $195.00 |
| 03-18-26 | DAN | Emails with Chris Hurst and Dana Zakarian and review of fee application (0.1) | 0.10 | $350.00 | $35.00 |
| 03-18-26 | ESG | Conference with Chris Hurst regarding redactions of documents; execute redactions | 0.70 | $350.00 | $245.00 |
| 03-19-26 | CJH | Review bills and exhibits for fee petition and proposed redactions; confer with Emmeli Gordon | 1.20 | $550.00 | $660.00 |

| | | | | | |
|---|---|---|---|---|---|
| 03-20-26 | DAN | Email with Chris Hurst regarding fee application (0.1) and review procedure for same (1.0) | 1.10 | $350.00 | $385.00 |
| 03-23-26 | DAN | Conference with Dana Zakarian regarding status and strategy (0.1) | 0.10 | $350.00 | $35.00 |
| 03-23-26 | CJH | Confer with Dana Zakarian re: oral argument strategy | 0.30 | $550.00 | $165.00 |
| 03-24-26 | CJH | Review appellate court scheduling notice (0.2); emails reporting to clients (0.2) | 0.40 | $550.00 | $220.00 |
| 03-24-26 | DAN | Review Order regarding oral argument and designation form; prepare designation form (0.1); emails with Jeff Orenstein and Chris Hurst regarding link to audio feed of oral arguments (0.1) | 0.20 | $350.00 | $70.00 |
| 03-25-26 | DAN | Finalize and file designation of Dana Zakarian for oral argument (0.2); emails with Chris Hurst and Dana Zakarian regarding same (0.1) | 0.30 | $350.00 | $105.00 |
| 03-25-26 | CJH | Confer with Dana Zakarian (0.1); emails to Steven Procopio re: oral argument prep (0.2) | 0.30 | $550.00 | $165.00 |
| 03-26-26 | CJH | Review briefs and outline oral argument prep topics; email with Steven Procopio re: briefs and appendix | 1.50 | $550.00 | $825.00 |
| 03-27-26 | DAN | Email with Chris Hurst and Steven Procopio regarding preparing for oral argument (0.1) | 0.10 | $350.00 | $35.00 |
| 03-28-26 | SDP | Review Appellant's Brief, Appellee's Brief, and Appellant's Reply Brief | 2.50 | $300.00 | $750.00 |
| 03-30-26 | DAN | Review motion to extend exclusivity period in Bankruptcy matter (0.1) | 0.10 | $350.00 | $35.00 |
| 03-30-26 | CJH | Conference with Steven Procopio re: oral argument prep questions | 0.50 | $550.00 | $275.00 |
| 03-31-26 | CJH | Discuss oral argument issues with Dana Zakarian | 0.30 | $550.00 | $165.00 |
| 03-31-26 | SDP | Review Motion to Dismiss; Review Plaintiff's Opposition to Motion to Dismiss; Review Reply in Support of Motion to Dismiss; Review Order on motion to Dismiss; Prepare questions in preparation for mock oral argument | 2.20 | $300.00 | $660.00 |

Services Subtotal: $8,450.00

**TIMEKEEPER SUMMARY**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Christopher J. Hurst | 9.20 | $550.00 | $5,060.00 |
| Dana A. Zakarian | 0.30 | $650.00 | $195.00 |
| Danielle A. Nelligan | 4.40 | $350.00 | $1,540.00 |
| Emmeli S. Gordon | 0.70 | $350.00 | $245.00 |
| Steven D. Procopio | 4.70 | $300.00 | $1,410.00 |

**Total $8,450.00**

Previous Balance $116,655.31

**Balance Due $125,105.31**

**2476-002 - Irvin Lucas - Post**

**Current Trust Balance: $100,000.00**

*Invoices are payable upon receipt.*
*Interest on outstanding accounts at 1.5% per month, 18% per annum*

SMITH DUGGAN CORNELL & GOLLUB LLP

55 Old Bedford Road
Suite 300
Lincoln, MA 01773
617-228-4424
billing@smithduggan.com
www.smithduggan.com

EIN: 04-3067315

# Statement Of Account

## RE: 002476-002 - Irvin Lucas - Post Order

## Balance as of 8/5/2026

Open Bills

| Date | Invoice | Amount | Paid | Balance |
|---|---|---|---|---|
| 8/4/2026 | 22215 | $33,830.00 | $0.00 | $33,830.00 |
| 7/20/2026 | 21998 | $680.00 | $0.00 | $680.00 |
| 6/15/2026 | 21591 | $14,100.00 | $0.00 | $14,100.00 |
| 5/14/2026 | 21098 | $27,160.00 | $0.00 | $27,160.00 |
| 4/17/2026 | 20641 | $8,450.00 | $0.00 | $8,450.00 |
| 3/11/2026 | 19898 | $85,650.31 | $0.00 | $85,650.31 |
| 2/11/2026 | 19507 | $2,895.00 | $0.00 | $2,895.00 |
| 1/7/2026 | 19277 | $4,625.00 | $0.00 | $4,625.00 |
| 12/8/2025 | 18696 | $23,485.00 | $0.00 | $23,485.00 |
| | | | **Balance Due** | **$200,875.31** |

AGING OF ACCOUNT

| <=30 | <=60 | <=90 | <=120 | >120 | Total |
|---|---|---|---|---|---|
| $34,510.00 | $14,100.00 | $27,160.00 | $8,450.00 | $116,655.31 | $200,875.31 |

SMITH DUGGAN CORNELL & GOLLUB LLP

55 Old Bedford Road
Suite 300
Lincoln, MA 01773
617-228-4424
www.smithduggan.com
EIN: 04-3067315

**Mr. Irvin Lucas - President**
Blue Sun Scientific, LLC
8017 Dorsey Run Road, Suite H
Jessup, MD 20794

Invoices Due Upon Receipt

April 17, 2026
Invoice No: 20641

**REMITTANCE PAGE**

---

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS:

| | |
|---|---|
| CURRENT BALANCE DUE: | $8,450.00 |
| PAST BALANCE DUE: | $116,655.31 |
| **Total Amount Due:** | **$125,105.31** |

| TO REMIT PAYMENT VIA ACH: | PLEASE SEND CHECKS TO: |
|---|---|
| Please contact Billing Dept | Smith Duggan Cornell & Gollub LLP |
| billing@smithduggan.com | 55 Old Bedford Road, Suite 300 |
| as our wiring information has changed. | Lincoln, MA 01773 |

SMITH DUGGAN CORNELL & GOLLUB LLP

55 Old Bedford Road
Suite 300
Lincoln, MA 01773
617-228-4424
billing@smithduggan.com
www.smithduggan.com

EIN: 04-3067315

May 14, 2026

**Mr. Irvin Lucas - President**
Blue Sun Scientific, LLC
8017 Dorsey Run Road, Suite H
Jessup, MD 20794

| | |
|---|---|
| Invoice | 21098 |
| Matter Number | 002476-002 |
| Matter | Post Order |
| Billing Attorney | Dana A. Zakarian |

## INVOICE SUMMARY

For professional services rendered through April 30, 2026

**RE:** Post Order

### Services

| Date | Staff | Description | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-03-26 | SDP | Review KPM's motion for finding of willful and malicious misappropriation (.8); Review opposition to motion for finding of willful and malicious misappropriation; review KPM's Reply in support of Motion for Finding of Willful and Malicious Misappropriation (.4); Review memorandum and order on finding of willful and malicious misappropriation (.5); prepare for mock oral argument (2.5) | 4.20 | $300.00 | $1,260.00 |
| 04-06-26 | SDP | Prepare questions for mock oral argument regarding Primarily and Substantially in Massachusetts (3.4) | 3.40 | $300.00 | $1,020.00 |
| 04-06-26 | DAN | Review of designation form filed by KPM (.1); Email from Chris Hurst to Robert Wilt and Irvin Lucas attaching KPM's designation form (.1); email from Chris Hurst to Jeff Orenstein regarding fee application (.1) | 0.30 | $350.00 | $105.00 |
| 04-06-26 | CJH | Review KPM's oral argument designation and report to client (.2); review record and prepare for oral argument (5.5) | 5.70 | $550.00 | $3,135.00 |
| 04-07-26 | CJH | Meet with Steven Procopio and Dana Zakarian in prep of oral argument (3.5); prepare record summaries of several issues for oral argument (2.2) | 5.70 | $550.00 | $3,135.00 |

| | | | | | |
|---|---|---|---|---|---|
| 04-07-26 | SDP | Mock oral argument with Dana Zakarian and Christopher Hurst (3.2); Review Complaint for issues on personal jurisdiction (1.0); Research Rhode Island Long Arm Statute to distinguish Astro-Med (1.0) | 5.20 | $300.00 | $1,560.00 |
| 04-08-26 | DAN | Email from Chris Hurst to Dana Zakarian regarding preparing for oral argument including KPM's motion to dismiss arguments (.1); | 0.10 | $350.00 | $35.00 |
| 04-08-26 | CJH | Review record and prepare response to anticipated oral argument issue | 1.80 | $550.00 | $990.00 |
| 04-10-26 | CJH | Coordinate with team on oral argument prep | 0.20 | $550.00 | $110.00 |
| 04-20-26 | DAZ | Prepare for oral argument | 0.30 | $650.00 | $195.00 |
| 04-22-26 | JHR | Review briefs and brainstorm topics to be researched and questions that may be asked | 0.60 | $450.00 | $270.00 |
| 04-22-26 | CJH | Confer with Jennifer Rudman re: oral argument prep tasks | 0.30 | $550.00 | $165.00 |
| 04-23-26 | CJH | Review record and prepare for oral argument | 4.00 | $550.00 | $2,200.00 |
| 04-23-26 | JHR | Review briefs and brainstorm topics to be researched and questions that may be asked at oral argument | 0.60 | $450.00 | $270.00 |
| 04-23-26 | DAZ | Conference with Chris Hurst | 0.30 | $650.00 | $195.00 |
| 04-27-26 | DAN | Emails from Chris Hurst regarding assignment of panel and impact of panel assignment on cases argued in briefs (.1) | 0.10 | $350.00 | $35.00 |
| 04-27-26 | DAZ | Conferences with Chris Hurst to prepare for oral argument | 0.40 | $650.00 | $260.00 |
| 04-27-26 | CJH | Review court schedule and panel assignment (.2); review judge profiles and evaluate relevant decisions and report to client (3.3) | 3.50 | $550.00 | $1,925.00 |
| 04-27-26 | SDP | Review trial transcript in preparation for appellate argument (4.6) | 4.60 | $300.00 | $1,380.00 |
| 04-28-26 | DAN | Email from Chris Hurst to Bob Wilt and Irvin Lucas regarding assignment of panel judges for oral argument and background on same (.1); emails with Jeff Orenstein, Chris Hurst, and Dana Zakarian regarding status of bankruptcy matter and filing fee application (.3); | 0.40 | $350.00 | $140.00 |
| 04-29-26 | DAZ | Conferences with Chris Hurst to prepare for oral argument | 0.40 | $650.00 | $260.00 |
| 04-30-26 | DAN | Email from Chris Hurst attaching case law impacted by assigned panel for oral argument (.1); Review ECF No. 369 in District Court regarding due date for status report on bankruptcy action and note date of same (.1) | 0.20 | $350.00 | $70.00 |
| 04-30-26 | DAZ | Prepare for oral argument | 5.20 | $650.00 | $3,380.00 |
| 04-30-26 | CJH | Oral argument prep session | 5.50 | $550.00 | $3,025.00 |

| | | | | | |
|---|---|---|---|---|---|
| 04-30-26 | SDP | Meet with Christopher Hurst and Dana Zakarian in preparation for Appellate Argument (5.5); Review Appellant and Appellee brief regarding Personal Jurisdiction and "Primarily and Substantially" in Massachusetts (1.1); Review case law regarding Personal Jurisdiction (0.2) | 6.80 | $300.00 | $2,040.00 |

Services Subtotal: $27,160.00

**TIMEKEEPER SUMMARY**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Christopher J. Hurst | 26.70 | $550.00 | $14,685.00 |
| Dana A. Zakarian | 6.60 | $650.00 | $4,290.00 |
| Danielle A. Nelligan | 1.10 | $350.00 | $385.00 |
| Jennifer Rudman | 1.20 | $450.00 | $540.00 |
| Steven D. Procopio | 24.20 | $300.00 | $7,260.00 |

**Total $27,160.00**

Previous Balance $125,105.31

**Balance Due $152,265.31**

**2476-002 - Irvin Lucas - Post**

Previous Trust Balance $100,000.00

| Date | Type | Notes | Amount |
|---|---|---|---|
| 4/22/2026 | Deposit | BLUE SUN SCIENTIFIC LLC | $20,000.00 |

Total Trust Transactions $20,000.00

Current Trust Balance $120,000.00

*Invoices are payable upon receipt.*
*Interest on outstanding accounts at 1.5% per month, 18% per annum*

SMITH DUGGAN CORNELL & GOLLUB LLP

55 Old Bedford Road
Suite 300
Lincoln, MA 01773
617-228-4424
billing@smithduggan.com
www.smithduggan.com

EIN: 04-3067315

# Statement Of Account

## RE: 002476-002 - Irvin Lucas - Post Order

## Balance as of 8/5/2026

Open Bills

| Date | Invoice | Amount | Paid | Balance |
|---|---|---:|---:|---:|
| 8/4/2026 | 22215 | $33,830.00 | $0.00 | $33,830.00 |
| 7/20/2026 | 21998 | $680.00 | $0.00 | $680.00 |
| 6/15/2026 | 21591 | $14,100.00 | $0.00 | $14,100.00 |
| 5/14/2026 | 21098 | $27,160.00 | $0.00 | $27,160.00 |
| 4/17/2026 | 20641 | $8,450.00 | $0.00 | $8,450.00 |
| 3/11/2026 | 19898 | $85,650.31 | $0.00 | $85,650.31 |
| 2/11/2026 | 19507 | $2,895.00 | $0.00 | $2,895.00 |
| 1/7/2026 | 19277 | $4,625.00 | $0.00 | $4,625.00 |
| 12/8/2025 | 18696 | $23,485.00 | $0.00 | $23,485.00 |
| | | | **Balance Due** | **$200,875.31** |

AGING OF ACCOUNT

| <=30 | <=60 | <=90 | <=120 | >120 | Total |
|---|---|---|---|---|---|
| $34,510.00 | $14,100.00 | $27,160.00 | $8,450.00 | $116,655.31 | $200,875.31 |

SMITH DUGGAN CORNELL & GOLLUB LLP

55 Old Bedford Road
Suite 300
Lincoln, MA 01773
617-228-4424
www.smithduggan.com
EIN: 04-3067315

**Mr. Irvin Lucas - President**
Blue Sun Scientific, LLC
8017 Dorsey Run Road, Suite H
Jessup, MD 20794

Invoices Due Upon Receipt

May 14, 2026
Invoice No: 21098

**REMITTANCE PAGE**

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS:

| | |
|---|---|
| CURRENT BALANCE DUE: | $27,160.00 |
| PAST BALANCE DUE: | $125,105.31 |
| **Total Amount Due:** | **$152,265.31** |

| TO REMIT PAYMENT VIA ACH: | PLEASE SEND CHECKS TO: |
|---|---|
| Please contact Billing Dept | Smith Duggan Cornell & Gollub LLP |
| billing@smithduggan.com | 55 Old Bedford Road, Suite 300 |
| as our wiring information has changed. | Lincoln, MA 01773 |

SMITH DUGGAN CORNELL & GOLLUB LLP

55 Old Bedford Road
Suite 300
Lincoln, MA 01773
617-228-4424
billing@smithduggan.com
www.smithduggan.com

EIN: 04-3067315

June 15, 2026

**Mr. Irvin Lucas - President**
Blue Sun Scientific, LLC
8017 Dorsey Run Road, Suite H
Jessup, MD 20794

| | |
|---|---|
| Invoice | 21591 |
| Matter Number | 002476-002 |
| Matter | Post Order |
| Billing Attorney | Dana A. Zakarian |

## INVOICE SUMMARY

For professional services rendered through May 31, 2026

**RE:** Post Order

**Services**

| Date | Staff | Description | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-01-26 | CJH | Multiple discussions with Dana Zakarian re: appellate arguments and the record (.8); plan for oral argument (1.4) | 2.20 | $550.00 | $1,210.00 |
| 05-01-26 | DAZ | Prepare for oral argument (2); conferences with Chris Hurst (.2) | 2.20 | $650.00 | $1,430.00 |
| 05-03-26 | SDP | Research head start doctrine (1.2); Review Appellant and Appellee Brief regarding Head Start Doctrine (.3); Review trial testimony and jury instruction regarding Head Start Doctrine (1.4); Draft questions regarding Head Start Doctrine in preparation for oral argument (.5); Review Appellant and Appellee brief regarding willful and malicious (.4); Revise trial transcript regarding willful and malicious (.5); Review Court's order on finding of willful and malicious (.5); Draft questions regarding willful and malicious in preparation for oral argument (.6) | 5.20 | $300.00 | $1,560.00 |
| 05-04-26 | SDP | Prepare questions for mock oral argument | 5.40 | $300.00 | $1,620.00 |
| 05-04-26 | DAN | Email from Chris Hurst to Dana Zakarian regarding case cited by KPM on proposed willful blindness instruction (.1); conference with Dana Zakarian regarding preparedness for oral argument hearing (.1) | 0.20 | $350.00 | $70.00 |
| 05-04-26 | DAZ | Conferences with Chris Hurst and Steven Procopio to repare for oral argument (3.2); prepare for oral argument (2); conferences and emails with Irvin Lucas and Bob Wilt (.6) | 5.80 | $650.00 | $3,770.00 |

| | | | | | |
|---|---|---|---|---|---|
| 05-04-26 | CJH | Oral argument prep session and work on outline and expected questions | 4.50 | $550.00 | $2,475.00 |
| 05-05-26 | DAN | Email from Paige Zacharakis regarding Scott Magee's medical condition and motion to continue appellate argument (.1); Email from Dana Zakarian to Irvin Lucas and Bob Wilt regarding same (.1); Emails from Jeff Orenstein regarding same (.2); Email from Robert Wilt regarding same (.1); Conference with Dana Zakarian and email to Paige Zacharakis regarding availability in July (.1); review emergency motion to continue oral argument (.1); email from Paige Zacharakis regarding same (.1); Review Bankruptcy Doc 84 - Order and Notice of Hearing on Disclosure Statement and note date of same (.1); Conference with Dana Zakarian regarding appellate oral argument (.2); review order allowing emergency motion to continue oral argument (.1) | 1.20 | $350.00 | $420.00 |
| 05-06-26 | DAZ | Conference with Bob Wilt (.4); conference with Jeff Orenstein (.3) | 0.70 | $650.00 | $455.00 |
| 05-07-26 | DAN | Review order setting new date for oral argument and calendar same (.1); | 0.10 | $350.00 | $35.00 |
| 05-07-26 | DAZ | Conference with Bob Wilt (.2) review order rescheduling oral argument (.1) | 0.30 | $650.00 | $195.00 |
| 05-07-26 | CJH | Review order rescheduling oral argument and emails with team | 0.20 | $550.00 | $110.00 |
| 05-13-26 | CJH | Emails with team re: status report on bankruptcy | 0.20 | $550.00 | $110.00 |
| 05-14-26 | DAN | Conference with Dana Zakarian regarding bankruptcy status report to District Court (.1); Draft status report and email to Dana Zakarian and Chris Hurst regarding same (.5); review Dana Zakarian's redlines to status report (.2); emails with Dana Zakarian and Paige Zacharakis regarding status report (.1); emails with Jeff Orenstein, Chris Hurst and Dana Zakarian regarding status of bankruptcy (.2); review ECF No 371 KPM's status report regarding bankruptcy proceedings (.1) | 1.20 | $350.00 | $420.00 |
| 05-14-26 | CJH | Review status of bankruptcy proceeding (.1); revise status update to district court (.2); review KPM's status report (.1) | 0.40 | $550.00 | $220.00 |
| | | | | Services Subtotal: | $14,100.00 |

**TIMEKEEPER SUMMARY**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Christopher J. Hurst | 7.50 | $550.00 | $4,125.00 |
| Dana A. Zakarian | 9.00 | $650.00 | $5,850.00 |
| Danielle A. Nelligan | 2.70 | $350.00 | $945.00 |
| Steven D. Procopio | 10.60 | $300.00 | $3,180.00 |

| | |
|---|---|
| **Total** | **$14,100.00** |
| Previous Balance | $152,265.31 |
| **Balance Due** | **$166,365.31** |

**2476-002 - Irvin Lucas - Post**

Previous Trust Balance $120,000.00

| Date | Type | Notes | Amount |
|---|---|---|---|
| 5/29/2026 | Deposit | | $20,000.00 |
| | | Total Trust Transactions | $20,000.00 |
| | | Current Trust Balance | $140,000.00 |

*Invoices are payable upon receipt.*
*Interest on outstanding accounts at 1.5% per month, 18% per annum*

SMITH DUGGAN CORNELL & GOLLUB LLP

55 Old Bedford Road
Suite 300
Lincoln, MA 01773
617-228-4424
billing@smithduggan.com
www.smithduggan.com

EIN: 04-3067315

# Statement Of Account

### RE: 002476-002 - Irvin Lucas - Post Order

### Balance as of 8/5/2026

Open Bills

| Date | Invoice | Amount | Paid | Balance |
|---|---|---|---|---|
| 8/4/2026 | 22215 | $33,830.00 | $0.00 | $33,830.00 |
| 7/20/2026 | 21998 | $680.00 | $0.00 | $680.00 |
| 6/15/2026 | 21591 | $14,100.00 | $0.00 | $14,100.00 |
| 5/14/2026 | 21098 | $27,160.00 | $0.00 | $27,160.00 |
| 4/17/2026 | 20641 | $8,450.00 | $0.00 | $8,450.00 |
| 3/11/2026 | 19898 | $85,650.31 | $0.00 | $85,650.31 |
| 2/11/2026 | 19507 | $2,895.00 | $0.00 | $2,895.00 |
| 1/7/2026 | 19277 | $4,625.00 | $0.00 | $4,625.00 |
| 12/8/2025 | 18696 | $23,485.00 | $0.00 | $23,485.00 |
| | | | **Balance Due** | **$200,875.31** |

AGING OF ACCOUNT

| <=30 | <=60 | <=90 | <=120 | >120 | Total |
|---|---|---|---|---|---|
| $34,510.00 | $14,100.00 | $27,160.00 | $8,450.00 | $116,655.31 | $200,875.31 |

SMITH DUGGAN CORNELL & GOLLUB LLP

55 Old Bedford Road
Suite 300
Lincoln, MA 01773
617-228-4424
www.smithduggan.com
EIN: 04-3067315

**Mr. Irvin Lucas - President**
Blue Sun Scientific, LLC
8017 Dorsey Run Road, Suite H
Jessup, MD 20794

Invoices Due Upon Receipt

June 15, 2026
Invoice No: 21591

**REMITTANCE PAGE**

---

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS:

| | |
|---|---|
| CURRENT BALANCE DUE: | $14,100.00 |
| PAST BALANCE DUE: | $152,265.31 |
| **Total Amount Due:** | **$166,365.31** |

| TO REMIT PAYMENT VIA ACH: | PLEASE SEND CHECKS TO: |
|---|---|
| Please contact Billing Dept | Smith Duggan Cornell & Gollub LLP |
| billing@smithduggan.com | 55 Old Bedford Road, Suite 300 |
| as our wiring information has changed. | Lincoln, MA 01773 |

SMITH DUGGAN CORNELL & GOLLUB LLP

55 Old Bedford Road
Suite 300
Lincoln, MA 01773
617-228-4424
billing@smithduggan.com
www.smithduggan.com

EIN: 04-3067315

July 20, 2026

**Mr. Irvin Lucas - President**
Blue Sun Scientific, LLC
8017 Dorsey Run Road, Suite H
Jessup, MD 20794

| | |
|---|---|
| Invoice | 21998 |
| Matter Number | 002476-002 |
| Matter | Post Order |
| Billing Attorney | Dana A. Zakarian |

## INVOICE SUMMARY

For professional services rendered through June 30, 2026

**RE:** Post Order

### Services

| Date | Staff | Description | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-10-26 | DAN | Review motion for order extending exclusivity period in bankruptcy matter; emails with Chris Hurst and Jeff Orenstein regarding same | 0.30 | $350.00 | $105.00 |
| 06-10-26 | CJH | Review motion to extend exclusivity period and comment on to bankruptcy counsel | 0.30 | $550.00 | $165.00 |
| 06-17-26 | DAN | Review notice from court re Case Calendared and calendar date for designation form; email from Chris Hurst regarding same | 0.20 | $350.00 | $70.00 |
| 06-17-26 | CJH | Review order re: oral argument | 0.10 | $550.00 | $55.00 |
| 06-18-26 | CJH | Review and approve oral argument designation | 0.20 | $550.00 | $110.00 |
| 06-18-26 | DAN | Prepare and file updated designation form | 0.30 | $350.00 | $105.00 |
| 06-29-26 | DAN | Review notice of in person hearing in Bankruptcy matter; review Trustee's motion to convert case to chapter 7 or to dismiss | 0.20 | $350.00 | $70.00 |

Services Subtotal: $680.00

### TIMEKEEPER SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Christopher J. Hurst | 0.60 | $550.00 | $330.00 |
| Danielle A. Nelligan | 1.00 | $350.00 | $350.00 |

| | |
|---|---|
| **Total** | **$680.00** |
| Previous Balance | $166,365.31 |
| **Balance Due** | **$167,045.31** |

**2476-002 - Irvin Lucas - Post**

**Current Trust Balance: $140,000.00**

*Invoices are payable upon receipt.*
*Interest on outstanding accounts at 1.5% per month, 18% per annum*

SMITH DUGGAN
CORNELL & GOLLUB LLP

55 Old Bedford Road
Suite 300
Lincoln, MA 01773
617-228-4424
billing@smithduggan.com
www.smithduggan.com

EIN: 04-3067315

# Statement Of Account

### RE: 002476-002 - Irvin Lucas - Post Order

### Balance as of 8/5/2026

Open Bills

| Date | Invoice | Amount | Paid | Balance |
|---|---|---|---|---|
| 8/4/2026 | 22215 | $33,830.00 | $0.00 | $33,830.00 |
| 7/20/2026 | 21998 | $680.00 | $0.00 | $680.00 |
| 6/15/2026 | 21591 | $14,100.00 | $0.00 | $14,100.00 |
| 5/14/2026 | 21098 | $27,160.00 | $0.00 | $27,160.00 |
| 4/17/2026 | 20641 | $8,450.00 | $0.00 | $8,450.00 |
| 3/11/2026 | 19898 | $85,650.31 | $0.00 | $85,650.31 |
| 2/11/2026 | 19507 | $2,895.00 | $0.00 | $2,895.00 |
| 1/7/2026 | 19277 | $4,625.00 | $0.00 | $4,625.00 |
| 12/8/2025 | 18696 | $23,485.00 | $0.00 | $23,485.00 |
| | | | **Balance Due** | **$200,875.31** |

AGING OF ACCOUNT

| <=30 | <=60 | <=90 | <=120 | >120 | Total |
|---|---|---|---|---|---|
| $34,510.00 | $14,100.00 | $27,160.00 | $8,450.00 | $116,655.31 | $200,875.31 |

SMITH DUGGAN CORNELL & GOLLUB LLP

55 Old Bedford Road
Suite 300
Lincoln, MA 01773
617-228-4424
www.smithduggan.com
EIN: 04-3067315

**Mr. Irvin Lucas - President**
Blue Sun Scientific, LLC
8017 Dorsey Run Road, Suite H
Jessup, MD 20794

Invoices Due Upon Receipt

July 20, 2026
Invoice No: 21998

**REMITTANCE PAGE**

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS:

| | |
|---|---|
| CURRENT BALANCE DUE: | $680.00 |
| PAST BALANCE DUE: | $166,365.31 |
| **Total Amount Due:** | **$167,045.31** |

| TO REMIT PAYMENT VIA ACH: | PLEASE SEND CHECKS TO: |
|---|---|
| Please contact Billing Dept | Smith Duggan Cornell & Gollub LLP |
| billing@smithduggan.com | 55 Old Bedford Road, Suite 300 |
| as our wiring information has changed. | Lincoln, MA 01773 |

SMITH DUGGAN CORNELL & GOLLUB LLP

55 Old Bedford Road
Suite 300
Lincoln, MA 01773
617-228-4424
billing@smithduggan.com
www.smithduggan.com

EIN: 04-3067315

August 04, 2026

**Mr. Irvin Lucas - President**
Blue Sun Scientific, LLC
8017 Dorsey Run Road, Suite H
Jessup, MD 20794

| | |
|---|---|
| Invoice | 22215 |
| Matter Number | 002476-002 |
| Matter | Post Order |
| Billing Attorney | Dana A. Zakarian |

## INVOICE SUMMARY

For professional services rendered through July 31, 2026

**RE:** Post Order

**Services**

| Date | Staff | Description | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07-01-26 | DAN | Review designation form of Scott Magee | 0.10 | $350.00 | $35.00 |
| 07-13-26 | DAN | Review notice of hearing in bankruptcy action; review order approving amended disclosure statement | 0.20 | $350.00 | $70.00 |
| 07-13-26 | CJH | Confer with Dana Zakarian and Steven Procopio re: oral argument preparation | 0.40 | $550.00 | $220.00 |
| 07-20-26 | DAN | Emails with Chris Hurst regarding panel | 0.10 | $350.00 | $35.00 |
| 07-20-26 | CJH | Review oral argument panel assignment (.1); confer with Steven Procopio re: case law update and oral argument prep (.3) | 0.40 | $550.00 | $220.00 |
| 07-20-26 | SDP | Research First Circuit and MA state court decisions regarding MUTSA superseding chapter 93A claims in preparation of appeal argument (1.5); Research First Circuit and MA state court decisions regarding "primarily and substantially" under 93A in preparation for appeal argument (1.5); Research First Circuit and MA state court decisions regarding personal jurisdiction in preparation for appeal argument (2.8); Draft memorandum email to Dana Zakarian and Christopher Hurst regarding research (0.4) | 6.20 | $300.00 | $1,860.00 |
| 07-21-26 | DAN | Email from Steven Procopio; review amended order approving first amended disclosure statement | 0.20 | $350.00 | $70.00 |
| 07-24-26 | CJH | Prepare for oral argument (.3); meet with Dana Zakarian (.5) | 0.80 | $550.00 | $440.00 |
| 07-24-26 | DAZ | Prepare for oral argument (.6); conference with Chris Hurst (.5) | 1.10 | $650.00 | $715.00 |
| 07-26-26 | DAZ | Prepare for oral argument | 2.40 | $650.00 | $1,560.00 |

| | | | | | |
|---|---|---|---|---|---|
| 07-27-26 | DAN | Review application to employ Andrew Runge in bankruptcy matter | 0.10 | $350.00 | $35.00 |
| 07-27-26 | SDP | Review appellate briefs and prepare questions to assist Dana Zakarian for oral argument | 5.50 | $300.00 | $1,650.00 |
| 07-28-26 | SDP | Review complaint and highlight all jurisdictional prima facie evidence (0.8); Confer with Dana Zakarian and Chris Hurst regarding preparation for oral argument (5.0); Draft outline for oral argument (0.7); Review and draft memorandum regarding key case law (1.5) | 8.00 | $300.00 | $2,400.00 |
| 07-28-26 | CJH | Meet with appellate team and prepare for oral argument | 6.70 | $550.00 | $3,685.00 |
| 07-28-26 | DAZ | Conferences with Chris Hurst and Steven Procopio to prepare for oral argument ( 6.5); conference with Irvin Lucas (.4) | 6.90 | $650.00 | $4,485.00 |
| 07-29-26 | DAZ | Conferences with Chris Hurst and Steve Procopio to prepare for oral argument (7.2); conference with Irvin Lucas and Robert Wilt (1) | 8.20 | $650.00 | $5,330.00 |
| 07-29-26 | CJH | Prepare for oral argument with Dana Zakarian and Steven Procopio | 6.70 | $550.00 | $3,685.00 |
| 07-29-26 | SDP | Assist Dana Zakarian in preparation for oral argument of appeal (5.2); Review Non-Compete Agreements attached as Exhibits to Verified Complaint and draft memorandum regarding location of each employee and governing law (0.4); Review emails attached as Exhibits to Verified Complaint and draft memorandum regarding location of each individual included on the email (0.8); Review case law in preparation for oral argument (1.0); Revise outline for oral argument (0.3) | 7.70 | $300.00 | $2,310.00 |
| 07-30-26 | SDP | Final prep for oral argument; appear at oral argument and assist Dana Zakarian (4.0); debrief with team and client (1.0) | 5.00 | $300.00 | $1,500.00 |
| 07-30-26 | DAZ | Prepare for oral argument (2); oral argument (1.1); conference with Irvin Lucas and Bob Wilt (.4); debriefing with team (.5); conference with Bob Wilt (.5); emails with Jeff Ordenstein (.1); listen to and analyze the recording of the oral argument (.5) | 5.00 | $650.00 | $3,250.00 |
| 07-30-26 | CJH | Final prep for oral argument (4.0); appear at oral argument and assist Dana Zakarian; debrief with team and client (1.0) | 5.00 | $550.00 | $2,750.00 |
| 07-30-26 | DAN | Conference with Dana Zakarian, Chris Hurst, and Steven Procopio regarding appellate oral argument; Attend appellate oral argument | 2.00 | $350.00 | $700.00 |
| 07-31-26 | DAN | Download and review of oral argument hearing audio | 0.10 | $350.00 | $35.00 |
| | | | | Services Subtotal: | $37,040.00 |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 07-30-26 | Parking expense for Chris Hurst at First Circuit Court of Appeals | $40.00 |
| | Expenses Subtotal | $40.00 |

**TIMEKEEPER SUMMARY**

| Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Christopher J. Hurst | 20.00 | $550.00 | $11,000.00 |
| Dana A. Zakarian | 23.60 | $650.00 | $15,340.00 |
| Danielle A. Nelligan | 2.80 | $350.00 | $980.00 |
| Steven D. Procopio | 32.40 | $300.00 | $9,720.00 |

| | |
| --- | --- |
| **Total** | **$37,080.00** |
| Previous Balance | $167,045.31 |
| **Balance Due** | **$204,125.31** |

**2476-002 - Irvin Lucas - Post**

**Current Trust Balance: $140,000.00**

*Invoices are payable upon receipt.*
*Interest on outstanding accounts at 1.5% per month, 18% per annum*

SMITH DUGGAN CORNELL & GOLLUB LLP

55 Old Bedford Road
Suite 300
Lincoln, MA 01773
617-228-4424
billing@smithduggan.com
www.smithduggan.com

EIN: 04-3067315

# Statement Of Account

## RE: 002476-002 - Irvin Lucas - Post Order

## Balance as of 8/5/2026

Open Bills

| Date | Invoice | Amount | Paid | Balance |
|---|---|---|---|---|
| 8/4/2026 | 22215 | $37,080.00 | $0.00 | $37,080.00 |
| 7/20/2026 | 21998 | $680.00 | $0.00 | $680.00 |
| 6/15/2026 | 21591 | $14,100.00 | $0.00 | $14,100.00 |
| 5/14/2026 | 21098 | $27,160.00 | $0.00 | $27,160.00 |
| 4/17/2026 | 20641 | $8,450.00 | $0.00 | $8,450.00 |
| 3/11/2026 | 19898 | $85,650.31 | $0.00 | $85,650.31 |
| 2/11/2026 | 19507 | $2,895.00 | $0.00 | $2,895.00 |
| 1/7/2026 | 19277 | $4,625.00 | $0.00 | $4,625.00 |
| 12/8/2025 | 18696 | $23,485.00 | $0.00 | $23,485.00 |
| | | | **Balance Due** | **$204,125.31** |

AGING OF ACCOUNT

| <=30 | <=60 | <=90 | <=120 | >120 | Total |
|---|---|---|---|---|---|
| $37,760.00 | $14,100.00 | $27,160.00 | $8,450.00 | $116,655.31 | $204,125.31 |

SMITH DUGGAN CORNELL & GOLLUB LLP

55 Old Bedford Road
Suite 300
Lincoln, MA 01773
617-228-4424
www.smithduggan.com
EIN: 04-3067315

**Mr. Irvin Lucas - President**
Blue Sun Scientific, LLC
8017 Dorsey Run Road, Suite H
Jessup, MD 20794

Invoices Due Upon Receipt

August 4, 2026
Invoice No: 22215

**REMITTANCE PAGE**

---

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS:

| | |
|---|---|
| CURRENT BALANCE DUE: | $37,080.00 |
| PAST BALANCE DUE: | $167,045.31 |
| **Total Amount Due:** | **$204,125.31** |

| TO REMIT PAYMENT VIA ACH: | PLEASE SEND CHECKS TO: |
|---|---|
| Please contact Billing Dept | Smith Duggan Cornell & Gollub LLP |
| billing@smithduggan.com | 55 Old Bedford Road, Suite 300 |
| as our wiring information has changed. | Lincoln, MA 01773 |