# EXHIBIT 2

Mr. Scott Magee, Ms. Paige Zacharakis, and Mr. Kevin Mosier. [ECF No. 259 at 15]. Unsurprisingly, other attorneys worked on the case on a much less frequent, as-needed basis. [Id.] As of the time of KPM's motion [ECF No. 259], the following attorneys had represented KPM in this case at the following hourly rates[10]:

| **Name and Title** | **Law Firm Name** | **Hourly Billing Rate** |
|---|---|---|
| John Gutkoski, Partner | Sunstein | $650-675 |
| Scott Magee, Partner | Morse | $495-555 |
| Paige Zacharakis, Associate | Morse | $330-370 |
| Kevin Mosier, Associate | Sunstein | $505 |
| Jacqueline Salwa, Associate | Sunstein | $435 |
| Katherine Soule, Associate | Sunstein | $505 |
| Bryan Harrison, Associate | Sunstein | $605 |
| Joseph Marrow, Partner | Morse | $620 |
| Matthew Mitchell, Partner | Morse | $545 |
| Omar Wadhwa, Partner | Cesari and McKenna, LLP | $500 |
| Matthew McCloskey, Partner | Cesari and McKenna, LLP | $495 |

After careful review of the primary attorneys' background and experience -- coupled with its assessment of their performance at trial -- the Court easily concludes that these lawyers had the appropriate level of expertise to handle this type of complex civil litigation. [See, e.g., ECF No. 260-1; ECF No. 261-1]. This finding weighs in favor of a finding that the requested number of hours was reasonable. Further, the

[10] [ECF No. 259 at 15-16].