# EXHIBIT 7

BATEMAN & SLADE, INC.
— *The Brief People* —
263 MAIN STREET — SUITE 3
STONEHAM, MASSACHUSETTS 02180

EMAIL:BATEMANSLADE@MSN.COM (617) 423-5556

Christopher J. Hurst, Esquire
Smith Duggan Cornell & Gollub LLP
55 Old Bedford Road
Lincoln, MA 01773
(617) 228-4400

March 9, 2026

Invoice No. 13225

---

## United States Court of Appeals for the First Circuit

No. 25-1222

KPM ANALYTICS NORTH AMERICA CORPORATION

v.

BLUE SUN SCIENTIFIC, LLC, et al.

| | |
|---|---|
| Print & File: | |
| Brief & Appendix | $ 9,696.00 |
| Sales Tax | 606.00 |
| Postage/Courier | 149.21 |
| Filing Fee | N/A |
| TOTAL | $10,451.21 |

**Federal Tax Identification No. 04-2552058**

***Invoices are due and payable UPON RECEIPT.***

***Thank you for using the Brief People, Bateman & Slade!***

BATEMAN & SLADE, INC.
— *The Brief People* —
263 MAIN STREET — SUITE 3
STONEHAM, MASSACHUSETTS 02180

EMAIL:BATEMANSLADE@MSN.COM (617) 423-5556

Christopher J. Hurst, Esquire
Smith Duggan Cornell & Gollub LLP
55 Old Bedford Road
Lincoln, MA 01773
(617) 228-4400

March 9, 2026

Invoice No. 13226

---

# United States Court of Appeals for the First Circuit

No. 25-1222

KPM ANALYTICS NORTH AMERICA CORPORATION

v.

BLUE SUN SCIENTIFIC, LLC, et al.

| | |
|---|---|
| Print & File: | |
| Reply Brief | $ 985.00 |
| Sales Tax | 61.56 |
| Postage/Courier | 37.54 |
| Filing Fee | N/A |
| TOTAL | $ 1,084.10 |

**Federal Tax Identification No. 04-2552058**

***Invoices are due and payable UPON RECEIPT.***

***Thank you for using the Brief People, Bateman & Slade!***