UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| BLUE SUN SCIENTIFIC, LLC | * | No. 25-17998-DER<br>Chapter 11 |
| Debtor | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| IN RE: | * | |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD | * | No. 25-18000-DER<br>Chapter 11 |
| | * | |
| Debtor | | Jointly administered under Case No.<br>25-17998-DER |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE RE: FIRST INTERIM APPLICATION FOR ALLOWANCE OF ATTORNEYS' FEES TO SPECIAL COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM OCTOBER 31, 2025 THROUGH JULY 31, 2026

PLEASE TAKE NOTICE THAT Smith Duggan Cornell Gollub, LLP ("Applicant"), special counsel to Blue Sun Scientific, LLC and The Innovative Technologies Group & Co., LTD (the "Debtors"), has filed a First Interim Application for Allowance of Attorneys' fees to Special Counsel for the Debtors for The Period from October 31, 2025 Through July 31, 2026 (the "Application"). The Application is on file at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard Street, Baltimore, Maryland 21201, and creditors or other parties in interest wishing to review it may do so.

During the period covered by the Application, Applicant's time records reflect that Applicant spent 350.8 hours in representing the Debtors. The total value of the services is $192,305.00. Applicant has also incurred out-of-pocket expenses of $11,535.31. Applicant seeks an Order approving the fees and reimbursement of the out-of pocket expenses. Applicant also seeks an Order allowing Applicant to apply such amounts as it may be holding in its trust account at the time the Order approving the Application is entered before seeking payment of the balance from the Debtors. At the time of the filing of the Application, Applicant is holding the sum of $160,000.00 in its trust account.

As more fully stated in the Application, Applicant's services were provided in connection with the representation of the Debtors in an appeal pending in the United States Court of Appeals for the First Circuit (the "First Circuit"). Briefs have been filed, oral argument has occurred, and the matter is under advisement and awaiting a decision from the First Circuit.

CREDITORS OBJECTING TO THE APPLICATION ARE TO FILE SUCH OBJECTIONS WITH THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND, 101 W. LOMBARD STREET, BALTIMORE, MARYLAND 21201, WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF THIS NOTICE, PLUS AN ADDITIONAL THREE DAYS BECAUSE THIS NOTICE IS BEING SERVED BY MAIL. ALL OBJECTIONS MUST BE IN WRITING, WITH COPIES TO DANA A. ZAKARIAN, ESQ., SMITH DUGGAN CORNELL & GOLLUB LLP, 55 OLD BEDFORD ROAD, SUITE 300, LINCOLN, MA 01773. IF NO OBJECTIONS ARE FILED, THE COURT MAY, AT THE EXPIRATION OF THE OBJECTION PERIOD, ENTER AN ORDER APPROVING THE FEES AND EXPENSES. THE COURT MAY, IN ITS DISCRETION, RULE ON OBJECTIONS ON THE BASIS OF PLEADINGS FILED WITHOUT HOLDING A HEARING.

Creditors desiring additional information should contact Dana A. Zakarian, Esq. at (617) 228-4416 or at dana.zakarian@smithduggan.com.

\s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#07512)
Wolff & Orenstein, LLC
Shady Grove Plaza
15245 Shady Grove Road, Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com

Date: August 19, 2026

Counsel for The Innovative Technologies Group & Co., LTD