UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

IN RE:
BLUE SUN SCIENTIFIC, LLC

CASE NO: 25-17998

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 11

On 8/19/2026, I did cause a copy of the following documents, described below,

Notice of Fee Application

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/19/2026

/s/ Jeffrey Orenstein
Jeffrey Orenstein 07512

Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465N
Rockville, MD 20850
301-250-7232
jwolff@wolawgroup.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

IN RE:

BLUE SUN SCIENTIFIC, LLC

CASE NO: 25-17998

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11

On 8/19/2026, a copy of the following documents, described below,

Notice of Fee Application

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/19/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey Orenstein
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465N
Rockville, MD  20850

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-17998
DISTRICT OF MARYLAND
WED AUG 19 12-7-32 PST 2026

DEBTOR

BLUE SUN SCIENTIFIC LLC
8017 DORSEY RUN RD
SUITE H
JESSUP MD 20794-9372

KPM ANALYTICS NORTH AMERICA CORPORATION
CO MILES STOCKBRIDGE PC
ADDISON J CHAPPELL ESQUIRE
100 LIGHT STREET 7TH FLOOR
BALTIMORE MD 21202-1153

SANDY SPRING BANK A DIVISION OF ATLANTIC UN
CO MICHAEL D NORD
GEBHARDT SMITH LLP
1 SOUTH STREET SUITE 2200
BALTIMORE MD 21202-3343

THE INNOVATIVE TECHNOLOGIES GROUP CO LTD
8017 DORSEY RUN ROAD
SUITE H
JESSUP MD 20794-9372

WOLFF ORENSTEIN LLC
15245 SHADY GROVE ROAD
SUITE 465
ROCKVILLE MD 20850-7203

AFLAC
1932 WYNNTON RD
COLUMBUS GA 31999-0002

ATT MOBILITY
PO BOX 6416
CAROL STREAM IL 60197-6416

AARON COLEMAN
6008 QUEBEC ST
BERWYN HEIGHTS MD 20740-2736

ALLIED WASTE SERVICE
8145 REICHS FORD RD
FREDERICK MD 21704-6647

ALTANTIC UNION BANK
CO CSC LAWYERS INCORPORATING SERVICE CO
7 ST PAUL STREET SUITE 820
BALTIMORE MD 21202-1681

ARNOLD EILERT
2264 CLEARBROOK ACT
WAUCONDA IL 60084-5017

BALTIMORE GAS ELECTRIC
PO BOX 13070
PHILADELPHIA PA 19101-3070

BERKSHIRE LIFE INS C
700 SOUTH STREET
PITTSFIELD MA 01201-8285

BLUE SUN SCIENTIFIC LLC
8017 DORSEY RUN ROAD
JESSUP MD 20794-9371

BUSINESS FINANCE GROUP INC
3930 PENDER DRIVE
SUITE 300
FAIRFAX VA 22030-0986

CALIFORNIA EMPLOYMENT DEVELOPMENT DEPT
TAX SUPPORT DIVISION MIC 93
PO BOX 826880
SACRAMENTO CA 94280-0001

CALIFORNIA FRANCHISE TAX BOARD
PO BOX 942840
SACRAMENTO CA 94240-0040

CAREFIRST MARYLAND (RADIUS GLOBAL SOLN)
PO BOX 390908
MINNEAPOLIS MN 55439-0908

CAROLANN J HULME ESQ US SMALL BUSINESS
100 S CHARLES ST
SUITE 1201
BALTIMORE MD 21201-2714

CATHY WILT
22189 BAYSHORE ROAD
CHESTERTOWN MD 21620-4406

CINGULAR WIRELESS
5600 GLENRIDGE DR NE
SANDY SPRINGS GA 30342-6902

COMCAST
1701 JOHN F KENNEDY BLVD
PHILADELPHIA PA 19103-2899

COMCAST CORPORATION
CO CSCLAWYERS INCORPORATING SERVICE CO
7 ST PAUL ST STE 820
BALTIMORE MD 21202-1681

COMPTROLLER OF MARYLAND
REVENUE ADMINISTRATION DIVISION
PO BOX 549
ANNAPOLIS MD 21404-0549

DANA ZAKARIAN
55 OLD BEDFORD RD
SUITE 300
55 OLD BEDFORD RD SUITE 300
LINCOLN MA 01773-1125

DAVID BUSH
5905 CRAWFORD DR
ROCKVILLE MD 20851-1724

DIGIKEY CORPORATION
701 BROOKS AVE S
THIEF RIVER FALLS MN 56701-2703

EDWARD D JONES CO LP
12555 MANCHESTER ROAD
SAINT LOUIS MO 63131-3710

ESCO PRODUCTS
2501 CENTRAL PARKWAY
SUITE A-5
HOUSTON TX 77092-7726

~~EXCLUDE~~

~~(U)EXECUTIVE FINANCIAL ENTERPRISES (UPS)~~
~~INVALID ADDRESS PROVIDED~~

GPD OPTOELECTRONICS
7 MANOR PARKWAY
SALEM NH 03079-2842

GORDON FEINBLATT LLC
1001 FLEET STREET
SUITE 700
BALTIMORE MD 21202-4825

HT MACHINE SHOP LLC
2712 OCCIDENTAL DRIVE
VIENNA VA 22180-7058

HUNT MANOR INSURANCE
35 FULFORD AVE
SUITE 202
BEL AIR MD 21014-3941

ITPROP LLC
10240 OLD COLUMBIA ROAD
COLUMBIA MD 21046-2370

ITPROP LLC
CO HOWARD E DEUTCH RESIDENT AG
2901 S LEISURE WORLD BLVD
SILVER SPRING MD 20906-8356

(P)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

~~EXCLUDE~~

~~(D)INNOVATIVE TECHNOLOGIES GROUP COMPANY~~
~~8017 DORSEY RUN RD SUITE H~~
~~JESSUP MD 20794-9372~~

INTELLIWORKS HT LLC
PO BOX 899
NORWALK OH 44857-0899

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERWORLD FREIGHT
9601 NW 112TH AVE
MIAMI FL 33178-2521

INTERWORLD FREIGHT INC
9601 NW 112TH AVENUE
MEDLEY FL 33178
MEDLEY FL 33178-2521

IRVIN LUCAS
6835 LAUREL CANYON BLVD APT 110
NORTH HOLLYWOOD CA 91605-5678

JOSHUA SARVER
1400 ELFIN COURT
FREDERICK MD 21703-2220

KPM ANALYTICS
8 TECHNOLOGY DRIVE
WESTBOROUGH MA 01581-1756

KPM ANALYTICS NORTH AMERICA CORPORATION
8 TECHNOLOGY DRIVE
WESTBOROUGH MA 01581-1756

KPM ANALYTICS NORTH AMERICA CORPORATION
ADDISON J CHAPPELL ESQUIRE
MILES STOCKBRIDGE PC
100 LIGHT STREET 7TH FLOOR
BALTIMORE MARYLAND 21202-1153

KPM ANALYTICS NORTH AMERICA CORPORATION
MILES STOCKBRIDGE PC
100 LIGHT STREET
BALTIMORE MD 21202-1036

KROLL LLC
12595 COLLECTION CENTER DR
CHICAGO IL 60693-0001

LANA SAPOJNIK
3204 OLD POST DR 6
PIKESVILLE MD 21208-3214

LEV GUTMAN
11 PICKERSGILL SQUARE
OWINGS MILLS MD 21117-4510

LINDA TAYLOR
3555 FLOATING LEAF LANE
LAUREL MD 20724-1995

MSC INDUSTRIAL SUPPLY
525 HARBOUR PLACE DRIVE
DAVIDSON NC 28036-7444

MARLON VAUGHN
102 TREBECK TRAIL
FALLING WATERS WV 25419-1620

MCMASTERCARR SUPPLY
PO BOX 4355
CHICAGO IL 60680-4355

MCMASTERCARR SUPPLY CO
200 NEW CANTON WAY
ROBBINSVILLE NJ 08691-2343

MEGA ELECTRONICS
4B JULES LANE
NEW BRUNSWICK NJ 08901-3636

MICHAEL D NORD ESQ
GEBHARDT SMITH LLP
ONE SOUTH STREET SUITE 2200
BALTIMORE MD 21202-3343

NEWARK ELECTRONICS
4180 HIGHLANDER PKWY
RICHFIELD OH 44286-9352

PAIGE ZACHARAKIS ESQ
MORSE BARNESBROWN PENDLETON PC
480 TOTTEN POND ROAD 4TH FOOR
WALTHAM MA 02451-1908

RS ELECTRONICS INC
4 PROFESSIONAL DRIVE
SUITE 118
GAITHERSBURG MD 20879-3424

RS ELECTRONICS INC CO RAVINDER S ARNEJA
7844 BEECHCRAFT AVE
GAITHERSBURG MD 20879-1542

ROBERT GAJEWSKI
2728 LEONARD LANE
NORTH AURORA IL 60542-6002

ROBERT M GAJEWSKI
2728 LEONARD LANE
AURORA IL 60542-6002

ROBERT WILT
22189 BAYSHORE ROAD
CHESTERTOWN MD 21620-4406

SANDY SPRING BANK
17801 GEORGIA AVENUE
OLNEY MD 20832-2267

SANDY SPRING BANK
A DIVISION OF ATLANTIC UNION BANK
CO MICHAEL D NORD GEBHARDT SMITH LLP
1 SOUTH STREET SUITE 2200
BALTIMORE MD 21202-3281

SANDY SPRING BANK
CO DANIEL J SCHRIDER RESIDENT AGENT
17801 GEORGIA AVENUE
OLNEY MD 20832-2267

SANDY SPRING BANK
CO KIMBERLY SARGENT
17801 GEORGIA AVENUE
OLNEY MD 20832-2267

SCOTT R MAGEE ESQ
MORSE BARNESBROWN PENDLETON PC
480 TOTTEN POND ROAD 4TH FLOOR
WALTHAM MA 02451-1908

SEYFARTH SHAW LLP
233 S WACKER DR SUITE 8000
CHICAGO IL 60606-6448

SMITH DUGGAN CORNELL GOLLUB LLP
CO DANA ZAKARIAN ESQ
55 OLD BEDFORD ROAD SUITE 300
LINCOLN MA 01773-1125

SMITH DUGGAN CORNELL GOLLUB LLP
55 OLD BEDFORD RD SUITE 300
LINCOLN MA 01773-1125

TM MACHINE SHOP
12201A DISTRIBUTION WAY
BELTSVILLE MD 20705-1418

TERRACE ASSEMBLY
395 TIMBERTON CIRCLE
BELLEFONTE PA 16823-9071

THE HARTFORD INSURANCE GROUP INC
690 ASYLUM AVENUE
HARTFORD CT 06155-0002

~~EXCLUDE~~

~~(D)THE INNOVATIVE TECHNOLOGIES GROUP CO~~
~~8017 DORSEY RUN RD SUITE H~~
~~JESSUP MD 20794-9372~~

TODD WELD LLP
ONE FEDERAL STREET
BOSTON MA 02110-2010

UPS
55 GLENLAKE PARKWAY NE
ATLANTA GA 30328-3474

UPS CORPORATE LEGAL DEPARTMENT
55 GLENLAKE PARKWAY NE
ATLANTA GA 30328-3474

~~EXCLUDE~~

US BANK EQUIPMENT
PO BOX 230789
PORTLAND OR 97281-0789

~~(D)US BANK EQUIPMENT~~
~~PO BOX 230789~~
~~PORTLAND OR 97281-0789~~

US SMALL BUSINESS ADMINISTRATION
100 S CHARLES STREET SUITE 1201
721 19TH STREET SUITE 301
BALTIMORE MD 20201

US SMALL BUSINESS ADMINISTRATION
403 3RD STREET SW
WASHINGTON DC 20416-0001

US TRUSTEE BALTIMORE
GARMATZ FEDERAL COURTHOUSE
101 WEST LOMBARD STREET
SUITE 2625
BALTIMORE MD 21201-2668

UNITED STATES SMALL BUSINESS ADMINISTRATION
CITY CRESCENT BUILDING
10 S HOWARD STREET SUITE 6220
BALTIMORE MD 21201-2526

VITAL RECORDS CONTROL FKA PROSHRED
803 PRESSLEY ROAD
UNIT 108
CHARLOTTE NC 28217-0971

WELLS FARGO
PO BOX 51193
LOS ANGELES CA 90051-5493

CO MICHAEL B BROWN ESQ
MILES STOCKBRIDGE PC
LIGHT STREET
BALTIMORE MD 21202

CHRISTIANNA ANNETTE CATHCART
THE BELMONT FIRM
1050 CONNECTICUT AVE NW
STE 500
WASHINGTON DC 20036-5304

DANA ZAKARIAN
SMITH DUGGAN CORNELL GOLLUB LLP
55 OLD BEDFORD ROAD SUITE 300
LINCOLN MA 01773-1125

JEFFREY M ORENSTEIN
WOLFF ORENSTEIN LLC
15245 SHADY GROVE ROAD
SUITE 465 NORTH LOBBY
ROCKVILLE MD 20850-3222

MAURICE BELMONT VERSTANDIG
THE VERSTANDIG LAW FIRM LLC
9812 FALLS ROAD
114-160
POTOMAC MD 20854-3976