IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| BLUE SUN SCIENTIFIC, LLC | * | No. 25-17998-DER<br>Chapter 11 |
| Debtor | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| IN RE: | * | |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD | * | No. 25-18000-DER<br>Chapter 11 |
| | * | |
| Debtor | | Jointly administered under Case No. 25-17998-DER |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER APPROVING FIRST INTERIM APPLICATION FOR ALLOWANCE OF ATTORNEYS' FEES TO SPECIAL COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM OCTOBER 31, 2025 THROUGH JULY 31, 2026

Upon consideration of the First Interim Application for Allowance of Attorneys' fees to Special Counsel for the Debtors for The Period from October 31, 2025 Through July 31, 2026 (the "Application") filed on behalf of Smith Duggan Cornell Gollub, LLP ("Applicant"), special counsel to Blue Sun Scientific, LLC and The Innovative Technologies Group & Co., LTD (the

"Debtors"), notice having been provided to all creditors and other parties in interest, no objections to the Application having been filed, the Court having considered this matter fully and having determined that Applicant is entitled to the relief it seeks in its Application, it is this day by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Applicant be, and hereby is allowed attorneys' fees in the amount of $192,305.00; and it is further

ORDERED, that Applicant be, and hereby is, allowed reimbursement of out-of-pocket expenses in the amount of $11,535.31; and it is further

ORDERED, that Applicant is authorized to apply all funds that it is holding in its trust account against the amounts awarded herein; and it is further

ORDERED, that the Debtors shall pay the balance of the amounts awarded after application of the funds in Applicant's trust account.

cc:

Dana A. Zakarian, Esq.
Smith Duggan Cornell & Gollub LLP
55 Old Bedford Road
Suite 300
Lincoln, MA 01773

Jeffrey M. Orenstein, Esq.
Wolff & Orenstein, LLC
Shady Grove Plaza
15245 Shady Grove Road, Suite 465
Rockville, Maryland 20850

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 W. Lombard Street
Suite 2625
Baltimore, Maryland 21202

Michael D. Nord, Esq.
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202

Michael Benjamin Brown
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202

Addison Chappell, Esq.
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854

**END OF ORDER**