Entered: August 20th, 2026

Signed: August 20th, 2026

**SO ORDERED**

Notice duly given. No opposition timely filed. No further notice or opportunity for hearing is required under the particular circumstances of this case. 11 U.S.C. § 102(1).

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

In re: Case No.: **25−17998 − DER** Chapter: **11**

**Blue Sun Scientific, LLC and**
**The Innovative Technologies Group & Co., LTD**
Debtors

## ORDER GRANTING MOTION FOR FEDERAL BANKRUPTCY RULE 2004 EXAMINATION OF DEBTORS

Upon consideration of the Motion by KPM Analytics North America Corporation for a Federal Bankruptcy Rule 2004 Examination of Debtor Blue Sun Scientific, LLC, it appearing that cause exists for said examination, it is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Debtor is directed to attend an examination pursuant to Federal Bankruptcy Rule 2004(d) at a reasonable time and place specified by Movant for said examination on at least fourteen (14) days written notice and to produce for examination those documents as set forth in the Document Request attached to the Motion for Examination under Federal Bankruptcy Rule 2004, unless protected by further order of this Court.

cc: Debtor
Attorney for Debtor − Maurice Belmont VerStandig, Jeffrey M. Orenstein
Movant − KPM Analytics North America Corporation
U.S. Trustee

**End of Order**

41x01 (rev. 12/01/2009) − ChristopherAdams