Entered: August 20th, 2026

Signed: August 20th, 2026

**SO ORDERED**

Notice duly given. No opposition timely filed. No further notice or opportunity for hearing is required under the particular circumstances of this case. 11 U.S.C. § 102(1).

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

---

In re: Case No.: **25−17998 − DER** Chapter: **11**

**Blue Sun Scientific, LLC and**
**The Innovative Technologies Group & Co., LTD**
Debtors

---

# ORDER GRANTING MOTION FOR FEDERAL BANKRUPTCY RULE 2004 EXAMINATION (Other Than Debtor)

Upon consideration of the Motion of KPM Analytics North America Corporation for a Federal Bankruptcy Rule 2004 Examination of Vista Sales Consulting, LLC, and it appearing that cause exists for the requested Rule 2004 Examination, it is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted; and it is further

ORDERED, that the Movant may examine the above−named party pursuant to Federal Bankruptcy Rule 2004; and it is further

ORDERED, that, as provided by Federal Bankruptcy Rule 2004(c), the attendance of such entity for examination and the production of documentary evidence may be compelled in the manner provided in Federal Bankruptcy Rule 9016 for the attendance of witnesses at a hearing or trial, or as otherwise provided by applicable law.

cc: Debtor
Attorney for Debtor − Maurice Belmont VerStandig, Jeffrey M. Orenstein
Movant's Attorney − Addison J. Chappell

**End of Order**

41x02 (rev. 05/22/1990) − ChristopherAdams