United States Bankruptcy Court
District of Maryland

In re: Case No. 25-17998-DER
Blue Sun Scientific, LLC Chapter 11
The Innovative Technologies Group & Co.,
Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-1 User: admin Page 1 of 2
Date Rcvd: Aug 20, 2026 Form ID: pdfparty Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Blue Sun Scientific, LLC, 8017 Dorsey Run Rd, Suite H, Jessup, MD 20794-9372 |
| cr | + | KPM Analytics North America Corporation, c/o Miles & Stockbridge P.C., Addison J. Chappell, Esquire, 100 Light Street, 7th Floor, Baltimore, MD 21202-1153 |
| jadb | + | The Innovative Technologies Group & Co., LTD, 8017 Dorsey Run Road, Suite H, Jessup, MD 20794-9372 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Aug 20 2026 19:47:00 | U.S. Trustee Baltimore, 101 W. Lombard St., Room 2650, Baltimore, MD 21201-2623 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | *+ | The Innovative Technologies Group & Co., LTD, 8017 Dorsey Run Road, Suite H, Jessup, MD 20794-9372 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Addison J. Chappell | |

| | |
|---|---|
| | achappell@milesstockbridge.com |
| Christianna Annette Cathcart | christianna@dcbankruptcy.com |
| Elizabeth Drayden Peters | epeters@gebsmith.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jeffrey M. Orenstein | jorenstein@wolawgroup.com |
| Matthew Eliot Abbott | MAbbott@wolawgroup.com KDriscoll@wolawgroup.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Michael Benjamin Brown | mbbrown@milesstockbridge.com jdiaz@milesstockbridge.com |
| Michael David Nord | mnord@gebsmith.com |
| Patricia B. Jefferson | pjefferson@milesstockbridge.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 11

Entered: August 20th, 2026

Signed: August 20th, 2026

**SO ORDERED**

Notice duly given. No opposition timely filed. No further notice or opportunity for hearing is required under the particular circumstances of this case. 11 U.S.C. § 102(1).

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

**DAVID E. RICE**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

---

In re: Case No.: **25–17998 – DER** Chapter: **11**

**Blue Sun Scientific, LLC and**
**The Innovative Technologies Group & Co., LTD**
Debtors

---

## ORDER GRANTING MOTION FOR FEDERAL BANKRUPTCY RULE 2004 EXAMINATION OF DEBTORS

Upon consideration of the Motion by KPM Analytics North America Corporation for a Federal Bankruptcy Rule 2004 Examination of Debtor Blue Sun Scientific, LLC, it appearing that cause exists for said examination, it is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Debtor is directed to attend an examination pursuant to Federal Bankruptcy Rule 2004(d) at a reasonable time and place specified by Movant for said examination on at least fourteen (14) days written notice and to produce for examination those documents as set forth in the Document Request attached to the Motion for Examination under Federal Bankruptcy Rule 2004, unless protected by further order of this Court.

cc: Debtor
Attorney for Debtor – Maurice Belmont VerStandig, Jeffrey M. Orenstein
Movant – KPM Analytics North America Corporation
U.S. Trustee

**End of Order**

41x01 (rev. 12/01/2009) – ChristopherAdams