United States Bankruptcy Court
District of Maryland

In re:
Blue Sun Scientific, LLC
The Innovative Technologies Group & Co.,
Debtors

Case No. 25-17998-DER
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0416-1 | User: admin | Page 1 of 2
Date Rcvd: Aug 31, 2026 | Form ID: pdfparty | Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Carol J. Hulme, Esq., District Counsel, Richmond/Baltimore, 100 S. Charles St., Ste 1201, Baltimore, MD 21201-2714 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Aug 31 2026 19:42:00 | Hugh M. Bernstein, Esq., Office of the United States Trustee, 101 W. Lombard Street, Suite 2625, Baltimore, Maryland 21201-2668 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Addison J. Chappell | achappell@milesstockbridge.com |
| Christianna Annette Cathcart | christianna@dcbankruptcy.com |
| Elizabeth Drayden Peters | epeters@gebsmith.com |

| | |
|---|---|
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jeffrey M. Orenstein | jorenstein@wolawgroup.com |
| Matthew Eliot Abbott | MAbbott@wolawgroup.com KDriscoll@wolawgroup.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Michael Benjamin Brown | mbbrown@milesstockbridge.com jdiaz@milesstockbridge.com |
| Michael David Nord | mnord@gebsmith.com |
| Patricia B. Jefferson | pjefferson@milesstockbridge.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 11

Entered: August 31st, 2026
Signed: August 31st, 2026

**SO ORDERED**

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

IN RE: *

BLUE SUN SCIENTIFIC, LLC * No. 25-17998-DER
Chapter 11

Debtor *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN RE: *

THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD * No. 25-18000-DER
Chapter 11
*

Debtor Jointly administered under Case No. 25-17998-DER

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER GRANTING APPLICATION TO EMPLOY
ANDREW J. RUNGE AND CIRCLE FORENSIC CONSULTING, LLC

The matter before the Court in the above-captioned case is an Application for Authority to Employ Andrew J. Runge and Circle Forensic Consulting, LLC (the Application") filed by The Innovative Technologies Group & Co., LTD, one of the Debtors and Debtors-in-Possession (the "Debtor") in the above captioned jointly administered cases. By the Application, the Debtor requests that it be permitted to employ Andrew J. Runge and Circle Forensic

Consulting, LLC ("Experts") as the Debtor's expert in the areas of valuation of the Debtor and its stock on the terms and conditions set forth in the Application. The Court has reviewed the Application and the employment terms and notes that no objections have been filed to the Application. Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Application to employ Experts is hereby granted; and it is further

ORDERED, that the Debtor is authorized to employ Experts upon the terms and conditions set forth in the Application; and it is further

ORDERED, that the Debtor is authorized to deliver the sum of $4,000.00 to Experts upon entry of this Order; and it is further

ORDERED, that the Debtor is authorized to deliver the sum of $11,000.00 to Experts twenty-five (25) days after the entry of this Order in exchange for the delivery of Experts' Report; and it is further

ORDERED, that the Debtor shall not make any additional payments to Experts without the entry of an Order approving such payments following the filing of an Application, notice, and hearing.

cc:

Jeffrey M. Orenstein, Esq.
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465
Rockville, MD 20850

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 W. Lombard Street, Suite 2625
Baltimore, Maryland 21202

Michael D. Nord, Esq.
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202

Michael Benjamin Brown
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202

Addison Chappell, Esq.
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202

Michael D. Nord, Esq.
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202

Carol J. Hulme, Esq.
District Counsel
Richmond/Baltimore
100 S. Charles St., Ste 1201
Baltimore, MD 21201

**END OF ORDER**