UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| BLUE SUN SCIENTIFIC, LLC | * | No. 25-17998-DER<br>Chapter 11 |
| Debtor | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| IN RE: | * | |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD | * | No. 25-18000-DER<br>Chapter 11 |
| | * | |
| Debtor | | Jointly Administered under Case No. 25-17998-DER |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CERTIFICATE OF DISCOVERY

I HEREBY CERTIFY, that on the 18th day of August, 2026, a copy of the following was sent via electronic mail to:

Addison Chappell, Esq.
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202
achappell@milesstockbridge.com

1. The Innovative Technologies Group & Co., LTD's Responses to KPM Analytics North America Corporation's First Set of Interrogatories and Document Requests to Debtor

I HEREBY CERTIFY, that on the 1st day of September, 2026, a copy of the following was sent via electronic mail to:

Addison Chappell, Esq.
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202
achappell@milesstockbridge.com

1. The Innovative Technologies Group & Co., LTD's Supplemental Responses to KPM Analytics North America Corporation's First Set of Document Requests to Debtor

The undersigned further certifies that the originals of the aforementioned documents will be retained without alteration until the case is concluded in this Court and the time for noting an appeal has expired or any appeal noted has been decided.

Respectfully submitted,

\s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#07512)
Wolff & Orenstein, LLC
Shady Grove Plaza
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com

Attorneys for The Innovative Technologies Group & Co., LTD's

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September, 2026, a copy of the foregoing was served by electronic mail to:

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 W. Lombard Street
Suite 2625
Baltimore, Maryland 21202
hugh.m.bernstein@usdoj.gov

Addison Chappell, Esq.
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202
achappell@milesstockbridge.com

/s/ Jeffrey M. Orenstein
Jeffrey M. Orenstein