IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF MARYLAND, BALTIMORE DIVISION

| | |
|---|---|
| **Blue Sun Scientific, LLC**<br>Plaintiff/Petitioner | Cause No.: **25-17998-DER**<br>Hearing Date: |
| vs.<br>**Vista Sales Consulting, LLC**<br>Defendant/Respondent | DECLARATION OF SERVICE OF<br>**SUBPOENA FOR RULE 2004 EXAMINATION; EXHIBITS; ORDER GRANTING MOTION FOR FEDERAL BANKRUPTCY RULE 2004 EXAMINATION** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **25th day of August, 2026** at **11:32 AM** at the address of **30 N. Gould Street, Suite R, Sheridan, Sheridan County, WY 82801**; the undersigned served the above described documents upon **Vista Sales Consulting, LLC c/o c/o Registered Agents Inc., Registered Agent** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Revel Leer**, **I delivered the documents to Revel Leer who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 45-55 years of age, 5'-5'4" tall and weighing 120-140 lbs with glasses.**.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Service Fee Total: **$165.00**

Declarant hereby states under penalty of perjury under the laws of the State of Wyoming that the statement above is true and correct.

Date: 8/25/26

Sandra Johnson

**Sandra Johnson**
Sandra B Johnson
1541 N Heights Rd, Sheridan, WY 82801
806-786-3354

REF: **120888.1**

PAGE 1 OF 1

ORIGINAL PROOF OF SERVICE

Tracking #: **0238730462**

# FILING

abclegal

238730580

PARTNER Seattle Support

*ABC INTERNAL USE - MAIL TO:*

**US Bankruptcy Court, Maryland, Baltimore**
101 W Lombard St Room 8530
Baltimore, MD 21201

10 SEP '26 PM1:50

## TO THE CLERK OF COURT

- **File the attached documents.**
- **Return in prepaid envelope *(if attached)* or place in ABC box for pickup.**
- **Have an idea on how we can make things easier for you?**
  **Email us at courtsupport@abclegal.com.**

**Subpoena - DOCUMENTS**

Proof of Service (TN: 0238730462)

CUSTOMER **Miles & Stockbridge P.C.**
REF **120888.1**
COURT **US Bankruptcy Court, Maryland, Baltimore**
CASE# **25-17998-DER**
TITLE **Blue Sun Scientific, LLC vs. Vista Sales Consulting, LLC**

**Need help?**
abclegal.
com/partnerresources

09/02/2026

2