**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| **In re:**<br><br>**BLUE SUN SCIENTIFIC, LLC,**<br><br>**THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD,**<br><br>**Debtors.** | **Jointly Administered Under**<br><br>**Case No. 25-17998-DER (Lead Case)**<br><br>**Case No. 25-18000-DER**<br><br>**Chapter 11** |

**NOTICE OF SERVICE OF DISCOVERY**

I HEREBY CERTIFY that on September 11, 2026, a copy of KPM Analytics North America Corporation's Second Set of Interrogatories and Document Requests to Debtor were sent to the Innovative Technologies Group & Co., LTD, via email to their counsel at jorenstein@wolawgroup.com.

DATED: September 15, 2026

Respectfully submitted,

*/s/ Addison J. Chappell*

Addison J. Chappell, Esq. (#21852)
MILES & STOCKBRIDGE P.C.
100 Light Street, 7th Floor
Baltimore, MD 21202
Telephone: (410) 385-3481
achappell@milesstockbridge.com

*Counsel for*
*KPM Analytics North America Corporation*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 15, 2026, a copy of the foregoing Certificate of Service was served on all parties requesting service in this case via this Court's CM/ECF electronic noticing system as follows:

- **Matthew Eliot Abbott** MAbbott@wolawgroup.com, KDriscoll@wolawgroup.com
- **Hugh M. (UST) Bernstein** hugh.m.bernstein@usdoj.gov
- **Michael Benjamin Brown** mbbrown@milesstockbridge.com, jdiaz@milesstockbridge.com
- **Addison J. Chappell** achappell@milesstockbridge.com
- **Michael David Nord** mnord@gebsmith.com
- **Jeffrey M. Orenstein** jorenstein@wolawgroup.com
- **US Trustee - Baltimore** USTPRegion04.BA.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig** mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- **Elizabeth Drayden Peters** epeters@gebsmith.com

*/s/ Addison J. Chappell*
Addison J. Chappell