United States Bankruptcy Court
District of Maryland

In re: Case No. 25-17998-DER
Blue Sun Scientific, LLC Chapter 11
The Innovative Technologies Group & Co.,
Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 15, 2026 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| sp | + | Dana Zakarian, Smith Duggan Cornell & Gollub LLP, 55 Old Bedford Road, Suite 300, Lincoln, MA 01773-1125 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Sep 15 2026 19:22:00 | Hugh M. Bernstein, Esq., Office of the United States Trustee, 101 W. Lombard Street, Suite 2625, Baltimore, Maryland 21201-2668 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Addison J. Chappell | achappell@milesstockbridge.com |
| Christianna Annette Cathcart | christianna@dcbankruptcy.com |
| Elizabeth Drayden Peters | epeters@gebsmith.com |

| | |
|---|---|
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jeffrey M. Orenstein | jorenstein@wolawgroup.com |
| Matthew Eliot Abbott | MAbbott@wolawgroup.com KDriscoll@wolawgroup.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Michael Benjamin Brown | mbbrown@milesstockbridge.com jdiaz@milesstockbridge.com |
| Michael David Nord | mnord@gebsmith.com |
| Patricia B. Jefferson | pjefferson@milesstockbridge.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 11

Entered: September 15th, 2026
Signed: September 15th, 2026

**SO ORDERED**

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| BLUE SUN SCIENTIFIC, LLC | * | No. 25-17998-DER<br>Chapter 11 |
| Debtor | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| IN RE: | * | |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD | * | No. 25-18000-DER<br>Chapter 11 |
| | * | |
| Debtor | | Jointly administered under Case No. 25-17998-DER |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER APPROVING FIRST INTERIM APPLICATION FOR ALLOWANCE OF ATTORNEYS' FEES TO SPECIAL COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM OCTOBER 31, 2025 THROUGH JULY 31, 2026

Upon consideration of the First Interim Application for Allowance of Attorneys' fees to Special Counsel for the Debtors for The Period from October 31, 2025 Through July 31, 2026 (the "Application") filed on behalf of Smith Duggan Cornell Gollub, LLP ("Applicant"), special counsel to Blue Sun Scientific, LLC and The Innovative Technologies Group & Co., LTD (the

"Debtors"), notice having been provided to all creditors and other parties in interest, no objections to the Application having been filed, the Court having considered this matter fully and having determined that Applicant is entitled to the relief it seeks in its Application, it is this day by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Applicant be, and hereby is allowed attorneys' fees in the amount of $192,305.00; and it is further

ORDERED, that Applicant be, and hereby is, allowed reimbursement of out-of-pocket expenses in the amount of $11,535.31; and it is further

ORDERED, that Applicant is authorized to apply all funds that it is holding in its trust account against the amounts awarded herein; and it is further

ORDERED, that the Debtors shall pay the balance of the amounts awarded after application of the funds in Applicant's trust account.

cc:

Dana A. Zakarian, Esq.
Smith Duggan Cornell & Gollub LLP
55 Old Bedford Road
Suite 300
Lincoln, MA 01773

Jeffrey M. Orenstein, Esq.
Wolff & Orenstein, LLC
Shady Grove Plaza
15245 Shady Grove Road, Suite 465
Rockville, Maryland 20850

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 W. Lombard Street
Suite 2625
Baltimore, Maryland 21202

Michael D. Nord, Esq.
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202

Michael Benjamin Brown
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202

Addison Chappell, Esq.
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854

**END OF ORDER**