Entered: October 16th, 2026
Signed: October 15th, 2026

**SO ORDERED**

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re: | Jointly Administered Under |
| BLUE SUN SCIENTIFIC, LLC, | Case No. 25-17998-DER (Lead Case) |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD, | Case No. 25-18000-DER |
| Debtors. | Chapter 11 |

**STIPULATION AND CONSENT ORDER EXTENDING FACT DISCOVERY DEADLINE IN CONNECTION WITH AMENDED ORDER APPROVING FIRST AMENDED DISCLOSURE STATEMENT IN SUPPORT OF CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD AND SETTING SCHEDULE FOR CONSIDERATION OF PLAN OF REORGANIZATION**

WHEREAS on July 15, 2026, the Court entered an Amended Order Approving First Amended Disclosure Statement in Support of Chapter 11 Plan of Reorganization Proposed by the Innovative Technologies Group & Co., LTD and Setting Schedule for Consideration of Plan of Reorganization [Dkt. No. 109] (the "Scheduling Order"), and

WHEREAS, the Scheduling Order provides for a fact discovery completion deadline of October 13, 2026; and

WHEREAS, KPM Analytics North America Corporation and The Innovative Technologies Group & Co., LTD have jointly agreed to extend the fact discovery completion deadline;

It is hereby **ORDERED**, that the deadline to complete fact discovery shall be extended through and including November 30, 2026.

**Seen and consented to:**

*/s/ Addison J. Chappell*
Addison J. Chappell, Esq.
Fed Bar No.: 21852
MILES & STOCKBRIDGE P.C.
100 Light Street, 7th Floor
Baltimore, Maryland 21202
Phone: (410) 385-3481
achappell@milesstockbridge.com

*Counsel for KPM Analytics North America Corporation*

*/s/ Jeffrey M. Orenstein (via email on 10/8/26)*
Jeffrey M. Orenstein, Esq.
Fed. Bar No. 07512
Wolff & Orenstein
15245 Shady Grove Rd., Suite 465
Rockville, MD 20850
Phone: 301-250-7232
jorenstein@wolawgroup.com

*Counsel for the Innovative Technologies Group & Co., LTD*

I HEREBY CERTIFY that the terms of the copy of the Stipulation and Consent Order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ _____________ on this copy reference the signatures of consenting parties on the original consent order.

*/s/ Addison J. Chappell*
Addison J. Chappell

cc**:** All parties receiving notice via CM/ECF

*****END OF ORDER*****