**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re: | Jointly Administered Under |
| BLUE SUN SCIENTIFIC, LLC, | Case No. 25-17998-DER (Lead Case) |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD, | Case No. 25-18000-DER |
| Debtors. | Chapter 11 |

**NOTICE OF DEPOSITION OF THE CORPORATE REPRESENTATIVE OF THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD**

PLEASE TAKE NOTICE that pursuant to, Fed. R. Civ. P. 30, Fed. R. Bankr. P. 7030 and Local Rule 7026-1, and the Discovery Guidelines of the United States Bankruptcy Court for the District of Maryland, KPM Analytics North America Corporation ("KPM"), by and through undersigned counsel, hereby gives notice that KPM will take the deposition of the person named below at the date and time defined below. Said deposition is taken for the purpose of discovery or for use as evidence, or both, and will be continued from time to time until completed.

**DEPONENT**: Corporate representative of The Innovative Technologies Group & Co., LTD

**DATE AND TIME:** November 10, 2026 at 10:00 a.m. EST

The deposition will take place before a Notary Public of the State of Maryland or any other officer duly qualified to give an oath, at Miles & Stockbridge PC, 5th Floor, Baltimore, MD 21202, to be continued from time to time until completion.

The deposition topics are set forth on the attached exhibit. The deposition will be recorded by video, audio, and/or stenographic means.

DATE: October 22, 2026

Respectfully submitted,

*/s/ Addison J. Chappell*
Addison J. Chappell
Fed. Bar. No. 21852
Miles & Stockbridge P.C.
100 Light Street, 7th Floor
Baltimore, Maryland 21202
Phone: (410) 385-3481
Email: achappell@milesstockbridge.com

*Counsel to KPM Analytics North America Corporation*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 22, 2026, a copy of the foregoing Notice and Exhibit A were served electronically on all parties registered to receive electronic noticing in this case via this Court's CM/ECF system, including upon:

- **Matthew Eliot Abbott** MAbbott@wolawgroup.com, KDriscoll@wolawgroup.com
- **Hugh M. (UST) Bernstein** hugh.m.bernstein@usdoj.gov
- **Michael Benjamin Brown** mbbrown@milesstockbridge.com, jdiaz@milesstockbridge.com
- **Christianna Annette Cathcart** christianna@dcbankruptcy.com
- **Addison J. Chappell** achappell@milesstockbridge.com
- **Patricia B. Jefferson** pjefferson@milesstockbridge.com
- **Michael David Nord** mnord@gebsmith.com
- **Jeffrey M. Orenstein** jorenstein@wolawgroup.com
- **Elizabeth Drayden Peters** epeters@gebsmith.com
- **US Trustee - Baltimore** USTPRegion04.BA.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig** mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

*/s/ Addison J. Chappell*
Addison J. Chappell

**Exhibit A**

The corporate representative of The Innovative Technologies Group & Co., LTD ("Debtor") will be examined regarding, but not limited to, the following subjects:

1. The documents requested and produced by the Debtor in response to KPM's Document Requests to Debtor.

2. The information contained in the Debtor's responses to KPM's Interrogatories to Debtor.

3. Each monthly operating report filed by the Debtor and Blue Sun Scientific.

4. Material assets owned by the Debtor and Blue Sun Scientific, as applicable, including, but not limited to, real property, personal property, intellectual property, accounts receivable, inventory, equipment, and investment holdings.

5. The Debtor's Plan of Reorganization, and any amendments thereto.

6. The Debtor's First Amended Disclosure Statement in Support of Chapter 11 Plan of Reorganization ("Disclosure Statement").

7. The financial projections contained in the Disclosure Statement together with all assumptions made in creating those projections and information relied upon in creating the projections.

8. The Summary Valuation of a 100% Interest in Innovative Technology Group, Inc. and Company on a Controlling, Non-Marketable Basis as of August 31, 2026 prepared by Andrew J. Runge and Circle Forensic Consulting, LLC together with all Exhibits and Appendices.

9. The information contained in the Debtor and Blue Sun Scientific's Voluntary Petition, Schedules, Statement of Financial Affairs, and any amendments to those documents.

10. The information contained in any pleading filed by the Debtor and Blue Sun Scientific in their bankruptcy cases.

11. The Debtor and Blue Sun Scientific's ownership and management structures.

12. The Debtor and Blue Sun Scientific's profits and losses.

13. All communications and documents with any party regarding the Debtor's Plan of Reorganization and Disclosure Statement.