**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>BLUE SUN SCIENTIFIC, LLC,<br><br>THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD,<br><br>Debtors. | Jointly Administered Under<br><br>Case No. 25-17998-DER (Lead Case)<br><br>Case No. 25-18000-DER<br><br>Chapter 11 |

**NOTICE OF DEPOSITION OF THE CORPORATE REPRESENTATIVE OF BLUE SUN SCIENTIFIC, LLC**

PLEASE TAKE NOTICE that pursuant to, Fed. R. Civ. P. 30, Fed. R. Bankr. P. 7030 and Local Rule 7026-1, and the Discovery Guidelines of the United States Bankruptcy Court for the District of Maryland, KPM Analytics North America Corporation ("KPM"), by and through undersigned counsel, hereby gives notice that KPM will take the deposition of the person named below at the date and time defined below. Said deposition is taken for the purpose of discovery or for use as evidence, or both, and will be continued from time to time until completed.

**DEPONENT**: Corporate representative of Blue Sun Scientific, LLC

**DATE AND TIME:** November 11, 2026, at 12:00 p.m. EST

The deposition will take place before a Notary Public of the State of Maryland or any other officer duly qualified to give an oath, via Zoom, to be continued from time to time until completion.

The deposition topics are set forth on the attached exhibit. The deposition will be recorded by video, audio, and/or stenographic means.

DATE: October 22, 2026

Respectfully submitted,

/s/ *Addison J. Chappell*
Addison J. Chappell
Fed. Bar. No. 21852
Miles & Stockbridge P.C.
100 Light Street, 7th Floor
Baltimore, Maryland 21202
Phone: (410) 385-3481
Email: achappell@milesstockbridge.com

*Counsel to KPM Analytics North America Corporation*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2026, a copy of the foregoing Notice and Exhibit A were served electronically on all parties registered to receive electronic noticing in this case via this Court's CM/ECF system, including upon:

- **Matthew Eliot Abbott** MAbbott@wolawgroup.com, KDriscoll@wolawgroup.com
- **Hugh M. (UST) Bernstein** hugh.m.bernstein@usdoj.gov
- **Michael Benjamin Brown** mbbrown@milesstockbridge.com, jdiaz@milesstockbridge.com
- **Christianna Annette Cathcart** christianna@dcbankruptcy.com
- **Addison J. Chappell** achappell@milesstockbridge.com
- **Patricia B. Jefferson** pjefferson@milesstockbridge.com
- **Michael David Nord** mnord@gebsmith.com
- **Jeffrey M. Orenstein** jorenstein@wolawgroup.com
- **Elizabeth Drayden Peters** epeters@gebsmith.com
- **US Trustee - Baltimore** USTPRegion04.BA.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig** mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

*/s/ Addison J. Chappell*
Addison J. Chappell

# Exhibit A

The corporate representative of Blue Sun Scientific, LLC ("Blue Sun Scientific") will be examined regarding, but not limited to, the following subjects:

1. The documents requested and produced by The Innovative Technologies Group & Co., LTD ("ITG") in response to KPM's Document Requests to ITG.

2. The information contained in ITG's responses to KPM's Interrogatories to ITG.

3. Each monthly operating report filed by ITG and Blue Sun Scientific.

4. Material assets owned by ITG and Blue Sun Scientific including, but not limited to, real property, personal property, intellectual property, accounts receivable, inventory, equipment, and investment holdings.

5. ITG's Plan of Reorganization, and any amendments thereto.

6. ITG's First Amended Disclosure Statement in Support of Chapter 11 Plan of Reorganization ("Disclosure Statement").

7. The financial projections contained in the Disclosure Statement together with all assumptions made in creating those projections and information relied upon in creating the projections.

8. The Summary Valuation of a 100% Interest in Innovative Technology Group, Inc. and Company on a Controlling, Non-Marketable Basis as of August 31, 2026 prepared by Andrew J. Runge and Circle Forensic Consulting, LLC together with all Exhibits and Appendices.

9. The information contained in ITG and Blue Sun Scientific's Voluntary Petition, Schedules, Statement of Financial Affairs, and any amendments to those documents.

10. The information contained in any pleading filed by ITG and Blue Sun Scientific in their bankruptcy cases.

11. ITG and Blue Sun Scientific's ownership and management structures.

12. ITG and Blue Sun Scientific's profits and losses.

13. All communications and documents with any party regarding ITG's Plan of Reorganization and Disclosure Statement.