**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>BLUE SUN SCIENTIFIC, LLC,<br><br>THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD,<br><br>Debtors. | Jointly Administered Under<br><br>Case No. 25-17998-DER (Lead Case)<br><br>Case No. 25-18000-DER<br><br>Chapter 11 |

**LINE SUBMITTING STIPULATION AND CONSENT ORDER EXTENDING EXPERT REPORT DEADLINE IN CONNECTION WITH AMENDED ORDER APPROVING FIRST AMENDED DISCLOSURE STATEMENT IN SUPPORT OF CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD AND SETTING SCHEDULE FOR CONSIDERATION OF PLAN OF REORGANIZATION**

By this line, KPM Analytics North America Corporation and the Innovative Technologies Group & Co., LTD, by and through undersigned counsel, hereby submit the attached Stipulation and Consent Order Extending Expert Report Deadline in Connection with Amended Order Approving First Amended Disclosure Statement in Support of Chapter 11 Plan of Reorganization Proposed by the Innovative Technologies Group & Co., LTD and Setting Schedule for Consideration of Plan of Reorganization.

[Signatures follow]

Dated October 27, 2026

*/s/ Addison J. Chappell*
Addison J. Chappell, Esq.
Fed Bar No.: 21852
MILES & STOCKBRIDGE P.C.
100 Light Street, 7th Floor
Baltimore, Maryland 21202
Phone: (410) 385-3481
achappell@milesstockbridge.com

*Counsel for KPM Analytics North America Corporation*

See and consented to:

*/s/ Jeffrey M. Orenstein (consent given on 10/26/26)*
Jeffrey M. Orenstein, Esq.
Fed. Bar No. 07512
Wolff & Orenstein
15245 Shady Grove Rd., Suite 465
Rockville, MD 20850
Phone: 301-250-7232
jorenstein@wolawgroup.com

*Counsel for the Innovative Technologies Group & Co., LTD*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 27, 2026, copies of the foregoing Line were sent to those parties receiving electronic notices in this case pursuant to the Court's CM/ECF system:

- **Matthew Eliot Abbott** MAbbott@wolawgroup.com, KDriscoll@wolawgroup.com
- **Hugh M. (UST) Bernstein** hugh.m.bernstein@usdoj.gov
- **Michael Benjamin Brown** mbbrown@milesstockbridge.com, jdiaz@milesstockbridge.com
- **Christianna Annette Cathcart** christianna@dcbankruptcy.com
- **Addison J. Chappell** achappell@milesstockbridge.com
- **Patricia B. Jefferson** pjefferson@milesstockbridge.com
- **Michael David Nord** mnord@gebsmith.com
- **Jeffrey M. Orenstein** jorenstein@wolawgroup.com
- **Elizabeth Drayden Peters** epeters@gebsmith.com
- **US Trustee - Baltimore** USTPRegion04.BA.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig** mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

*/s/ Addison J. Chappell*
Addison J. Chappell