United States Bankruptcy Court
District of Maryland

In re:
Blue Sun Scientific, LLC
The Innovative Technologies Group & Co.,
Debtors

Case No. 25-17998-DER
Chapter 11

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 30, 2026 | Form ID: pdfparty | Total Noticed: 7 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Blue Sun Scientific, LLC, 8017 Dorsey Run Rd, Suite H, Jessup, MD 20794-9372 |
| aty | + | Wolff & Orenstein, LLC, 15245 Shady Grove Road, Suite 465, Rockville, MD 20850-7203 |
| wit | + | Andrew J. Runge, Circle Forensic Consulting, LLC, 432 Craighill Drive, Charles Town, WV 25414-5526 |
| sp | + | Dana Zakarian, Smith Duggan Cornell & Gollub LLP, 55 Old Bedford Road, Suite 300, Lincoln, MA 01773-1125 |
| cr | + | KPM Analytics North America Corporation, c/o Miles & Stockbridge P.C., Addison J. Chappell, Esquire, 100 Light Street, 7th Floor, Baltimore, MD 21202-1153 |
| cr | + | Sandy Spring Bank, a division of Atlantic Union Ba, c/o Michael D. Nord, Gebhardt & Smith LLP, 1 South Street, Suite 2200, Baltimore, MD 21202-3343 |
| jadb | + | The Innovative Technologies Group & Co., LTD, 8017 Dorsey Run Road, Suite H, Jessup, MD 20794-9372 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | *+ | The Innovative Technologies Group & Co., LTD, 8017 Dorsey Run Road, Suite H, Jessup, MD 20794-9372 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Addison J. Chappell | achappell@milesstockbridge.com |

| | |
|---|---|
| Christianna Annette Cathcart | christianna@dcbankruptcy.com |
| Elizabeth Drayden Peters | epeters@gebsmith.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jeffrey M. Orenstein | jorenstein@wolawgroup.com |
| Matthew Eliot Abbott | MAbbott@wolawgroup.com KDriscoll@wolawgroup.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Michael Benjamin Brown | mbbrown@milesstockbridge.com jdiaz@milesstockbridge.com |
| Michael David Nord | mnord@gebsmith.com |
| Patricia B. Jefferson | pjefferson@milesstockbridge.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 11

Entered: October 16th, 2026

Signed: October 15th, 2026

**SO ORDERED**

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re: | Jointly Administered Under |
| BLUE SUN SCIENTIFIC, LLC, | Case No. 25-17998-DER (Lead Case) |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD, | Case No. 25-18000-DER |
| | Chapter 11 |
| Debtors. | |

**STIPULATION AND CONSENT ORDER EXTENDING FACT DISCOVERY DEADLINE IN CONNECTION WITH AMENDED ORDER APPROVING FIRST AMENDED DISCLOSURE STATEMENT IN SUPPORT OF CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD AND SETTING SCHEDULE FOR CONSIDERATION OF PLAN OF REORGANIZATION**

WHEREAS on July 15, 2026, the Court entered an Amended Order Approving First Amended Disclosure Statement in Support of Chapter 11 Plan of Reorganization Proposed by the Innovative Technologies Group & Co., LTD and Setting Schedule for Consideration of Plan of Reorganization [Dkt. No. 109] (the "Scheduling Order"), and

WHEREAS, the Scheduling Order provides for a fact discovery completion deadline of October 13, 2026; and

WHEREAS, KPM Analytics North America Corporation and The Innovative Technologies Group & Co., LTD have jointly agreed to extend the fact discovery completion deadline;

It is hereby **ORDERED**, that the deadline to complete fact discovery shall be extended through and including November 30, 2026.

**Seen and consented to:**


*/s/ Addison J. Chappell*
Addison J. Chappell, Esq.
Fed Bar No.: 21852
MILES & STOCKBRIDGE P.C.
100 Light Street, 7th Floor
Baltimore, Maryland 21202
Phone: (410) 385-3481
achappell@milesstockbridge.com

*Counsel for KPM Analytics North America Corporation*

*/s/ Jeffrey M. Orenstein (via email on 10/8/26)*
Jeffrey M. Orenstein, Esq.
Fed. Bar No. 07512
Wolff & Orenstein
15245 Shady Grove Rd., Suite 465
Rockville, MD 20850
Phone: 301-250-7232
jorenstein@wolawgroup.com

*Counsel for the Innovative Technologies Group & Co., LTD*


I HEREBY CERTIFY that the terms of the copy of the Stipulation and Consent Order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ _____________ on this copy reference the signatures of consenting parties on the original consent order.

*/s/ Addison J. Chappell*
Addison J. Chappell

cc: All parties receiving notice via CM/ECF

*****END OF ORDER*****