**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Baltimore Division)

| | |
|---|---|
| In re<br><br>**BLUE SUN SCIENTIFIC, LLC,**<br><br>Debtor | Bankruptcy Case: 25-17998<br><br>Chapter 11 |

**ORDER CONVERTING CASE FROM CHAPTER 11 TO CHAPTER 7**

Upon consideration of the United States Trustee's Motion to Convert to Chapter 7 or Dismiss, any responses thereto, after notice and an opportunity for hearing, the Court being satisfied that good cause exists and that conversion of this case to a case under Chapter 7 is in the best interests of creditors, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the above-captioned case under Chapter 11 is hereby converted to a case under Chapter 7 of the Bankruptcy Code; and it is further

**ORDERED**, that Debtor(s) shall, within thirty days (30) days after the entry of this order, file a final report and account as required by Bankruptcy Rule 1019(5).

cc: Hugh M. Bernstein
Maurice Belmont VerStandig
Christianna Annette Cathcart
Dana Zakarian
Andrew J. Runge
Debtor
All Creditors

**[END OF ORDER]**