**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Baltimore Division)

| | |
|---|---|
| In re<br><br>**BLUE SUN SCIENTIFIC, LLC,**<br><br>Debtor | Bankruptcy Case: 25-17998-DER<br><br>Chapter 11 |

**ORDER DISMISSING CHAPTER 11 CASE**
**AND NOTICE THAT AUTOMATIC STAY IS TERMINATED**

Upon consideration of the United States Trustee's Motion to Convert to Chapter 7 or Dismiss Case, any responses thereto, after notice and a hearing, it appearing that cause exists for this case to be dismissed pursuant to 11 U.S.C. §1112(b), and that dismissal is in the best interests of creditors and the estate, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the above-captioned Chapter 11 case be and hereby is dismissed.

**ALL PARTIES ARE HEREBY NOTIFIED**, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc: Hugh M. Bernstein
Maurice Belmont VerStandig
Christianna Annette Cathcart
Dana Zakarian
Andrew J. Runge
Debtor
All Creditors

**[END OF ORDER]**