Entered: November 13th, 2026

Signed: November 13th, 2026

**SO ORDERED**

The hearing described below shall be set for December 7, 2026 at 3:00 pm.

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore**

In re: Case No.: **25−17998 − DER** Chapter: **11**

**Blue Sun Scientific, LLC and**
**The Innovative Technologies Group & Co., LTD**
Debtors

ORDER AND NOTICE OF A HEARING ON
MOTION TO DISMISS OR IN THE ALTERNATIVE TO CONVERT

U.S. Trustee having filed a motion to dismiss or in the alternative to convert, (the "Motion") it is, pursuant to Federal Bankruptcy Rule 2002(a) and Local Bankruptcy Rule 2002−1(e) (if applicable), by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon the Motion will be held on the date and time set forth above, in Courtroom 9D of the U.S. Bankruptcy Court, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201; and it is further

ORDERED, that if no objection is filed by any party in interest to the Motion within fourteen (14) days after the date a copy of this Order is served the Court may either dismiss or convert this case without further notice or a hearing.

cc: Debtor
Attorney for Debtor − Maurice Belmont VerStandig, Jeffrey M. Orenstein
U.S. Trustee
All creditors and parties in interest

**End of Order**

15x21 (rev. 02/05/2026) − ChristopherAdams