**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>BLUE SUN SCIENTIFIC, LLC,<br><br>THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD,<br><br>Debtors. | Jointly Administered Under<br><br>Case No. 25-17998-DER (Lead Case)<br><br>Case No. 25-18000-DER<br><br>Chapter 11 |

**LINE SUBMITTING SECOND STIPULATION AND CONSENT ORDER EXTENDING EXPERT REPORT DEADLINE IN CONNECTION WITH AMENDED ORDER APPROVING FIRST AMENDED DISCLOSURE STATEMENT IN SUPPORT OF CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD AND SETTING SCHEDULE FOR CONSIDERATION OF PLAN OF REORGANIZATION**

By this line, KPM Analytics North America Corporation and the Innovative Technologies Group & Co., LTD, by and through undersigned counsel, hereby submit the attached Second Stipulation and Consent Order Extending Expert Report Deadline in Connection with Amended Order Approving First Amended Disclosure Statement in Support of Chapter 11 Plan of Reorganization Proposed by the Innovative Technologies Group & Co., LTD and Setting Schedule for Consideration of Plan of Reorganization.

[Signatures follow]

Dated November 13, 2026

*/s/ Addison J. Chappell*
Addison J. Chappell, Esq.
Fed Bar No.: 21852
MILES & STOCKBRIDGE P.C.
100 Light Street, 7th Floor
Baltimore, Maryland 21202
Phone: (410) 385-3481
achappell@milesstockbridge.com

*Counsel for KPM Analytics North America Corporation*

See and consented to:

*/s/ Jeffrey M. Orenstein (consent given on 11/12/26)*
Jeffrey M. Orenstein, Esq.
Fed. Bar No. 07512
Wolff & Orenstein
15245 Shady Grove Rd., Suite 465
Rockville, MD 20850
Phone: 301-250-7232
jorenstein@wolawgroup.com

*Counsel for the Innovative Technologies Group & Co., LTD*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 13, 2026, copies of the foregoing Line were sent to those parties receiving electronic notices in this case pursuant to the Court's CM/ECF system:

- **Matthew Eliot Abbott** MAbbott@wolawgroup.com, KDriscoll@wolawgroup.com
- **Hugh M. (UST) Bernstein** hugh.m.bernstein@usdoj.gov
- **Michael Benjamin Brown** mbbrown@milesstockbridge.com, jdiaz@milesstockbridge.com
- **Christianna Annette Cathcart** christianna@dcbankruptcy.com
- **Addison J. Chappell** achappell@milesstockbridge.com
- **Patricia B. Jefferson** pjefferson@milesstockbridge.com
- **Michael David Nord** mnord@gebsmith.com
- **Jeffrey M. Orenstein** jorenstein@wolawgroup.com
- **Elizabeth Drayden Peters** epeters@gebsmith.com
- **US Trustee - Baltimore** USTPRegion04.BA.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig** mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

*/s/ Addison J. Chappell*
Addison J. Chappell

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>BLUE SUN SCIENTIFIC, LLC,<br><br>THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD,<br><br>Debtors. | Jointly Administered Under<br><br>Case No. 25-17998-DER (Lead Case)<br><br>Case No. 25-18000-DER<br><br>Chapter 11 |

**SECOND STIPULATION AND CONSENT ORDER EXTENDING EXPERT REPORT DEADLINE IN CONNECTION WITH AMENDED ORDER APPROVING FIRST AMENDED DISCLOSURE STATEMENT IN SUPPORT OF CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD AND SETTING SCHEDULE FOR CONSIDERATION OF PLAN OF REORGANIZATION**

WHEREAS on July 15, 2026, the Court entered an Amended Order Approving First Amended Disclosure Statement in Support of Chapter 11 Plan of Reorganization Proposed by the Innovative Technologies Group & Co., LTD and Setting Schedule for Consideration of Plan of Reorganization [Dkt. No. 109] (the "Scheduling Order"), and

WHEREAS, the Scheduling Order provides that KPM Analytics North America Corporation ("KPM") shall provide its expert report on or before October 29, 2026;

WHEREAS, on October 28, 2026, the Court entered a Stipulation and Consent Order Extending Expert Report Deadline in Connection with Amended Order Approving First Amended

Disclosure Statement in Support of Chapter 11 Plan of Reorganization Proposed by the Innovative Technologies Group & Co., LTD and Setting Schedule for Consideration of Plan of Reorganization [Dkt. No. 137], which extended the deadline for KPM to provide its expert report to November 13, 2026; and

WHEREAS, KPM and The Innovative Technologies Group & Co., LTD have jointly agreed to further extend the deadline for KPM to provide its expert report;

It is hereby **ORDERED**, that KPM shall disclose its expert witnesses and report on or before November 20, 2026.

**Seen and consented to:**


*/s/ Addison J. Chappell*
Addison J. Chappell, Esq.
Fed Bar No.: 21852
MILES & STOCKBRIDGE P.C.
100 Light Street, 7th Floor
Baltimore, Maryland 21202
Phone: (410) 385-3481
achappell@milesstockbridge.com

*Counsel for KPM Analytics North America Corporation*

*/s/ Jeffrey M. Orenstein (consent provided on 11/12/26)*
Jeffrey M. Orenstein, Esq.
Fed. Bar No. 07512
Wolff & Orenstein
15245 Shady Grove Rd., Suite 465
Rockville, MD 20850
Phone: 301-250-7232
jorenstein@wolawgroup.com

*Counsel for the Innovative Technologies Group & Co., LTD*


I HEREBY CERTIFY that the terms of the copy of the Stipulation and Consent Order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ _____________ on this copy reference the signatures of consenting parties on the original consent order.

*/s/ Addison J. Chappell*
Addison J. Chappell

cc: All parties receiving notice via CM/ECF

*****END OF ORDER*****