United States Bankruptcy Court
District of Maryland

In re: Case No. 25-17998-DER
Blue Sun Scientific, LLC Chapter 11
The Innovative Technologies Group & Co.,
Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-1 User: admin Page 1 of 4
Date Rcvd: Nov 13, 2026 Form ID: pdfall Total Noticed: 87

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Blue Sun Scientific, LLC, 8017 Dorsey Run Rd, Suite H, Jessup, MD 20794-9372 |
| aty | + | Wolff & Orenstein, LLC, 15245 Shady Grove Road, Suite 465, Rockville, MD 20850-7203 |
| wit | + | Andrew J. Runge, Circle Forensic Consulting, LLC, 432 Craighill Drive, Charles Town, WV 25414-5526 |
| sp | + | Dana Zakarian, Smith Duggan Cornell & Gollub LLP, 55 Old Bedford Road, Suite 300, Lincoln, MA 01773-1125 |
| cr | + | KPM Analytics North America Corporation, c/o Miles & Stockbridge P.C., Addison J. Chappell, Esquire, 100 Light Street, 7th Floor, Baltimore, MD 21202-1153 |
| cr | + | Sandy Spring Bank, a division of Atlantic Union Ba, c/o Michael D. Nord, Gebhardt & Smith LLP, 1 South Street, Suite 2200, Baltimore, MD 21202-3343 |
| jadb | + | The Innovative Technologies Group & Co., LTD, 8017 Dorsey Run Road, Suite H, Jessup, MD 20794-9372 |
| 32980076 | + | Aaron Coleman, 6008 Quebec St., Berwyn Heights, MD 20740-2736 |
| 32980078 | + | Allied Waste Service, 8145 Reichs Ford Rd, Frederick, MD 21704-6647 |
| 32980079 | + | Altantic Union Bank, c/o CSC Lawyers Incorporating Service Co, 7 St. Paul Street, Suite 820, Baltimore, MD 21202-1681 |
| 32947072 | + | Arnold Eilert, 2264 Clearbrook act, Wauconda, IL 60084-5017 |
| 32980082 | + | Berkshire Life Ins C, 700 South Street, Pittsfield, MA 01201-8285 |
| 32980083 | + | Blue Sun Scientific, LLC, 8017 Dorsey Run Road, Jessup, MD 20794-9371 |
| 32980084 | + | Business Finance Group, Inc., 3930 Pender Drive, Suite 300, Fairfax, VA 22030-0986 |
| 32947075 | + | Carefirst Maryland (Radius Global Soln.), PO Box 390908, Minneapolis, MN 55439-0908 |
| 32980086 | + | Carol-Ann J. Hulme, Esq., US Small Business A, 100 S Charles St, Suite 1201, Baltimore, MD 21201-2714 |
| 32980087 | + | Cathy Wilt, 22189 Bayshore Road, Chestertown, MD 21620-4406 |
| 32980090 | + | Comcast Corporation, c/o CSC-LAWYERS INCORPORATING SERVICE CO, 7 St. Paul St., Ste. 820, Baltimore, MD 21202-1681 |
| 32947076 | + | Comptroller of Maryland, Revenue Administration Division, PO Box 549, Annapolis, MD 21404-0549 |
| 33028605 | + | Dana Zakarian, 55 Old Bedford Rd, Suite 300, 55 Old Bedford Rd, Suite 300, Lincoln, MA 01773-1125 |
| 32980091 | + | David Bush, 5905 Crawford Dr, Rockville, MD 20851-1724 |
| 32980092 | + | Digi-Key Corporation, 701 Brooks Ave S, Thief River Falls, MN 56701-2703 |
| 32980093 | + | Edward D. Jones & Co.. LP, 12555 Manchester Road, Saint Louis, MO 63131-3710 |
| 32980094 | + | Esco Products, 2501 Central Parkway, Suite A-5, Houston, TX 77092-7726 |
| 32980096 | + | GPD Optoelectronics, 7 Manor Parkway, Salem, NH 03079-2842 |
| 32980095 | + | Gordon Feinblatt LLC, 1001 Fleet Street, Suite 700, Baltimore, MD 21202-4825 |
| 32980097 | + | HT Machine Shop, LLC, 2712 Occidental Drive, Vienna, VA 22180-7058 |
| 32980098 | + | Hunt Manor Insurance, 35 Fulford Ave, Suite 202, Bel Air, MD 21014-3941 |
| 32980101 | + | ITProp, LLC, 10240 Old Columbia Road, Columbia, MD 21046-2370 |
| 32980102 | + | ITProp, LLC, c/o Howard E. Deutch, Resident Ag, 2901 S. Leisure World Blvd., Silver Spring, MD 20906-8356 |
| 32980099 | | Intelliworks HT LLC, PO Box 899, Norwalk, OH 44857-0899 |
| 32947081 | + | Interworld Freight, 9601 NW 112th Ave, Miami, FL 33178-2521 |
| 32981025 | + | Interworld Freight, Inc., 9601 NW 112th Avenue, Medley, FL 33178, Medley, FL 33178-2521 |
| 32947082 | + | Irvin Lucas, 6835 Laurel Canyon Blvd Apt 110, North Hollywood, CA 91605-5678 |
| 32947083 | + | Joshua Sarver, 1400 Elfin Court, Frederick, MD 21703-2220 |
| 32947084 | + | KPM Analytics, 8 Technology Drive, Westborough, MA 01581-1756 |
| 32980103 | + | KPM Analytics North America Corporation, 8 Technology Drive, Westborough, MA 01581-1756 |
| 32963375 | + | KPM Analytics North America Corporation, Addison J. Chappell, Esquire, Miles & Stockbridge P.C., 100 Light Street, 7th Floor, Baltimore, Maryland 21202-1153 |
| 32980104 | + | KPM Analytics North America Corporation, Miles & Stockbridge, P.C., 100 Light Street, Baltimore, MD 21202-1036 |
| 32947085 | + | Kroll, LLC, 12595 Collection Center Dr, Chicago, IL 60693-0001 |
| 32980105 | + | Lana Sapojnik, 3204 Old Post Dr #6, Pikesville, MD 21208-3214 |
| 32980106 | + | Lev Gutman, 11 Pickersgill Square, Owings Mills, MD 21117-4510 |
| 32980107 | + | Linda Taylor, 3555 Floating Leaf Lane, Laurel, MD 20724-1995 |

| | | |
|---|---|---|
| 32980112 | + | MSC Industrial Supply, 525 Harbour Place Drive, Davidson, NC 28036-7444 |
| 32980108 | + | Marlon Vaughn, 102 Trebeck Trail, Falling Waters, WV 25419-1620 |
| 32980109 | + | McMaster-Carr Supply, P.O. Box 4355, Chicago, IL 60680-4355 |
| 32980140 | | McMaster-Carr Supply Co., 200 New Canton Way, Robbinsville, NJ 08691-2343 |
| 32980110 | + | Mega Electronics, 4B Jules Lane, New Brunswick, NJ 08901-3636 |
| 32980111 | + | Michael D. Nord, Esq., Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore, MD 21202-3343 |
| 32980113 | + | Newark Electronics, 4180 Highlander Pkwy, Richfield, OH 44286-9352 |
| 32980114 | + | Paige Zacharakis, Esq., Morse, Barnes-Brown & Pendleton, P.C., 480 Totten Pond Road, 4th Foor, Waltham, MA 02451-1908 |
| 32980115 | + | R/S Electronics, Inc., 4 Professional Drive, Suite 118, Gaithersburg, MD 20879-3424 |
| 32980116 | + | R/S Electronics, Inc. c/o Ravinder S. Arneja,, 7844 Beechcraft Ave, Gaithersburg, MD 20879-1542 |
| 32947086 | + | Robert Gajewski, 2728 Leonard Lane, North Aurora, IL 60542-6002 |
| 32947087 | + | Robert M Gajewski, 2728 Leonard Lane, Aurora, IL 60542-6002 |
| 32980118 | + | Robert Wilt, 22189 Bayshore Road, Chestertown, MD 21620-4406 |
| 32948319 | + | Sandy Spring Bank, a division of Atlantic Union Bank, c/o Michael D. Nord Gebhardt & Smith LLP, 1 South Street, Suite 2200, Baltimore, MD 21202-3281 |
| 32980122 | + | Scott R. Magee, Esq., Morse, Barnes-Brown & Pendleton, P.C., 480 Totten Pond Road, 4th Floor, Waltham, MA 02451-1908 |
| 32947088 | + | Seyfarth Shaw LLP, 233 S Wacker Dr, Suite 8000, Chicago, IL 60606-6448 |
| 32980123 | + | Smith Duggan Cornell & Gollub LLP, c/o Dana Zakarian, Esq., 55 Old Bedford Road, Suite 300, Lincoln, MA 01773-1125 |
| 32947089 | + | Smith, Duggan, Cornell & Gollub, LLP, 55 Old Bedford Rd, Suite 300, Lincoln, MA 01773-1125 |
| 32980124 | + | T&M Machine Shop, 12201-A Distribution Way, Beltsville, MD 20705-1418 |
| 32980125 | + | Terrace Assembly, 395 Timberton Circle, Bellefonte, PA 16823-9071 |
| 32980126 | + | The Hartford Insurance Group, Inc., 690 Asylum Avenue, Hartford, CT 06155-0002 |
| 32980127 | + | Todd & Weld LLP, One Federal Street, Boston, MA 02110-2010 |
| 32980129 | + | UPS Corporate Legal Department, 55 Glenlake Parkway NE, Atlanta, GA 30328-3474 |
| 32980130 | + | US Bank Equipment, PO Box 230789, Portland, OR 97281-0789 |
| 32980137 | | US Small Business Administration, 100 S Charles Street, Suite 1201, 721 19th Street, Suite 301, Baltimore, MD 20201 |
| 32980128 | + | United States Small Business Administration, City Crescent Building, 10 S. Howard Street, Suite 6220, Baltimore, MD 21201-2526 |
| 32980133 | + | Vital Records Control f/k/a Proshred, 803 Pressley Road, Unit 108, Charlotte, NC 28217-0971 |
| 32980085 | | c/o Michael B. Brown, Esq., Miles & Stockbridge, P.C., Light Street, Baltimore, MD 21202 |

TOTAL: 71

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Nov 13 2026 19:06:00 | U.S. Trustee Baltimore, 101 W. Lombard St., Room 2650, Baltimore, MD 21201-2623 |
| 32980077 | + | Email/Text: mgeorge@aflac.com | Nov 13 2026 19:06:00 | AFLAC, 1932 Wynnton Rd., Columbus, GA 31999-0002 |
| 32980080 | + | Email/Text: g17768@att.com | Nov 13 2026 19:05:00 | AT&T Mobility, P.O. Box 6416, Carol Stream, IL 60197-6416 |
| 32980081 | ^ | MEBN | Nov 13 2026 19:03:42 | Baltimore Gas & Electric, P.O. Box 13070, Philadelphia, PA 19101-3070 |
| 32947073 | | Email/Text: itcdbg@edd.ca.gov | Nov 13 2026 19:06:00 | California Employment Development Dept., Tax Support Division, MIC 93, PO Box 826880, Sacramento, CA 94280-0001 |
| 32947074 | | Email/Text: BKBNCNotices@ftb.ca.gov | Nov 13 2026 19:07:00 | California Franchise Tax Board, PO Box 942840, Sacramento, CA 94240-0040 |
| 32980088 | + | Email/Text: g17768@att.com | Nov 13 2026 19:05:00 | Cingular Wireless, 5600 Glenridge Dr NE, Sandy Springs, GA 30342-6902 |
| 32980089 | + | Email/Text: documentfiling@lciinc.com | Nov 13 2026 19:05:00 | Comcast, 1701 John F. Kennedy Blvd., Philadelphia, PA 19103-2899 |
| 32947078 | | Email/Text: rev.ebnbankruptcy@illinois.gov | Nov 13 2026 19:06:00 | Illinois Dept. of Revenue, PO BOX 19035, Springfield, IL 62794-9035 |
| 32947080 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 13 2026 19:06:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 32980121 | + | Email/Text: bankruptcy@atlanticunionbank.com | Nov 13 2026 19:06:00 | Sandy Spring Bank, c/o Kimberly Sargent, 17801 Georgia Avenue, Olney, MD 20832-2267 |

| | | | | |
|---|---|---|---|---|
| 32980119 | + | Email/Text: bankruptcy@atlanticunionbank.com | Nov 13 2026 19:06:00 | Sandy Spring Bank, 17801 Georgia Avenue, Olney, MD 20832-2267 |
| 32980120 | + | Email/Text: bankruptcy@atlanticunionbank.com | Nov 13 2026 19:06:00 | Sandy Spring Bank, c/o Daniel J. Schrider, Resident Agent, 17801 Georgia Avenue, Olney, MD 20832-2267 |
| 32947091 | + | Email/Text: bankruptcy@ups.com | Nov 13 2026 19:07:00 | UPS, 55 Glenlake Parkway NE, Atlanta, GA 30328-3474 |
| 32980132 | + | Email/Text: bankruptcynotices@sba.gov | Nov 13 2026 19:05:00 | US Small Business Administration, 403 3rd Street SW, Washington, DC 20416-0001 |
| 32980134 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Nov 13 2026 19:10:25 | Wells Fargo, P.O. Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32947077 | | Executive Financial Enterprises (UPS), INVALID ADDRESS PROVIDED |
| intp | *+ | The Innovative Technologies Group & Co., LTD, 8017 Dorsey Run Road, Suite H, Jessup, MD 20794-9372 |
| 32947079 | *+ | Innovative Technologies Group & Company, 8017 Dorsey Run Rd, Suite H, Jessup, MD 20794-9372 |
| 32947090 | *+ | The Innovative Technologies Group & Co.,, 8017 Dorsey Run Rd, Suite H, Jessup, MD 20794-9372 |
| 32980131 | * | US Bank Equipment, PO Box 230789, Portland, OR 97281-0789 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Addison J. Chappell | achappell@milesstockbridge.com |
| Christianna Annette Cathcart | christianna@dcbankruptcy.com |
| Elizabeth Drayden Peters | epeters@gebsmith.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jeffrey M. Orenstein | jorenstein@wolawgroup.com |
| Matthew Eliot Abbott | |

| | |
|---|---|
| | MAbbott@wolawgroup.com KDriscoll@wolawgroup.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Michael Benjamin Brown | mbbrown@milesstockbridge.com jdiaz@milesstockbridge.com |
| Michael David Nord | mnord@gebsmith.com |
| Patricia B. Jefferson | pjefferson@milesstockbridge.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 11

Entered: November 13th, 2026

Signed: November 13th, 2026

**SO ORDERED**

The hearing described below shall be set for December 7, 2026 at 3:00 pm.

**DAVID E. RICE**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND at Baltimore

In re: Case No.: **25–17998 – DER** Chapter: **11**

**Blue Sun Scientific, LLC and**
**The Innovative Technologies Group & Co., LTD**
Debtors

## ORDER AND NOTICE OF A HEARING ON MOTION TO DISMISS OR IN THE ALTERNATIVE TO CONVERT

U.S. Trustee having filed a motion to dismiss or in the alternative to convert, (the "Motion") it is, pursuant to Federal Bankruptcy Rule 2002(a) and Local Bankruptcy Rule 2002−1(e) (if applicable), by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon the Motion will be held on the date and time set forth above, in Courtroom 9D of the U.S. Bankruptcy Court, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201; and it is further

ORDERED, that if no objection is filed by any party in interest to the Motion within fourteen (14) days after the date a copy of this Order is served the Court may either dismiss or convert this case without further notice or a hearing.

cc: Debtor
Attorney for Debtor – Maurice Belmont VerStandig, Jeffrey M. Orenstein
U.S. Trustee
All creditors and parties in interest

**End of Order**

15x21 (rev. 02/05/2026) – ChristopherAdams