**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| **In re:**<br><br>**BLUE SUN SCIENTIFIC, LLC,**<br><br>**THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD,**<br><br>**Debtors.** | **Jointly Administered Under**<br><br>**Case No. 25-17998-DER (Lead Case)**<br>**Case No. 25-18000-DER**<br><br>**Chapter 11** |

## LINE PROVIDING EXPERT REPORT

KPM Analytics North America Corporation ("KPM"), by and through its undersigned counsel, hereby files its Line Providing Expert Report in accordance with the Second Stipulation and Consent Order Extending Expert Report Deadline in Connection with Amended Order Approving First Amended Disclosure Statement in Support of Chapter 11 Plan of Reorganization Proposed by the Innovative Technologies Group & Co., LTD and Setting Schedule for Consideration of Plan of Reorganization.

DATED: November 20, 2026

Respectfully submitted,

*/s/ Addison J. Chappell*

Addison J. Chappell, Esq. (#21852)
MILES & STOCKBRIDGE P.C.
100 Light Street, 7th Floor
Baltimore, MD 21202
Telephone: (410) 385-3481
achappell@milesstockbridge.com

*Counsel for*
*KPM Analytics North America Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 20, 2026, a copy of the foregoing Line was served on all parties requesting service in this case via this Court's CM/ECF electronic noticing system as follows:

- **Matthew Eliot Abbott** MAbbott@wolawgroup.com; KDriscoll@wolawgroup.com
- **Hugh M. (UST) Bernstein** hugh.m.bernstein@usdoj.gov
- **Michael Benjamin Brown** mbbrown@milesstockbridge.com, jdiaz@milesstockbridge.com
- **Christianna Annette Cathcart** christianna@dcbankruptcy.com
- **Addison J. Chappell** achappell@milesstockbridge.com
- **Patricia B. Jefferson** pjefferson@milesstockbridge.com
- **Michael David Nord** mnord@gebsmith.com
- **Jeffrey M. Orenstein** jorenstein@wolawgroup.com
- **Elizabeth Drayden Peters** epeters@gebsmith.com
- **US Trustee - Baltimore** USTPRegion04.BA.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig** mac@mbvesq.com, lisa@mbvesq.com; mahlon@dcbankruptcy.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com; verstandiglaw@recap.email

*/s/ Addison J. Chappell*
Addison J. Chappell