UNITED STATES BANKRUPTCY COURT

DISTRICT OF Maryland

| | | | |
|---|---|---|---|
| In Re. Blue Sun Scientific, LLC | § | Case No. | 25-17998 |
| | § | | |
| | § | | |
| Debtor(s) | § | ☐ Jointly Administered | |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 09/30/2026

Petition Date: 08/29/2025

Months Pending: 13

Industry Classification: 3 3 4 5

Reporting Method: Accrual Basis (●) Cash Basis ( )

Debtor's Full-Time Employees (current): 3

Debtor's Full-Time Employees (as of date of order for relief): 3

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Irvin Lucas
Signature of Responsible Party

11/23/2026
Date

Irvin Lucas
Printed Name of Responsible Party

8017 Dorsey Run Road, Suite H
Jesseup, MD 20794-9372
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Blue Sun Scientific, LLC Case No. 25-17998

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $33,833 | |
| b. | Total receipts (net of transfers between accounts) | $3,550 | $1,173,499 |
| c. | Total disbursements (net of transfers between accounts) | $36,221 | $1,179,484 |
| d. | Cash balance end of month (a+b-c) | $1,162 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $36,221 | $1,179,484 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $542,707 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $453,339 |
| c. | Inventory ( Book ◯ Market ◯ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $544,870 |
| f. | Postpetition payables (excluding taxes) | $92,294 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $92,294 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $18,571 |
| m. | Prepetition unsecured debt | $6,311,336 |
| n. | Total liabilities (debt) (j+k+l+m) | $6,422,201 |
| o. | Ending equity/net worth (e-n) | $-5,877,331 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $31,013 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $67,330 | |
| c. | Gross profit (a-b) | $-36,317 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $30,298 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-69,005 | $-33,218 |

Debtor's Name Blue Sun Scientific, LLC Case No. 25-17998

**Part 5: Professional Fees and Expenses**

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | $20,000 | $180,000 | $0 | $180,000 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Smith, Gollub | Special Counsel | $20,000 | $180,000 | $0 | $180,000 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Debtor's Name Blue Sun Scientific, LLC Case No. 25-17998

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name Blue Sun Scientific, LLC Case No. 25-17998

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name Blue Sun Scientific, LLC Case No. 25-17998

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

Debtor's Name Blue Sun Scientific, LLC Case No. 25-17998

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name Blue Sun Scientific, LLC Case No. 25-17998

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $3,149 | $19,421 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | | | |
|---|---|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ | No ● | | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ | No ● | | |
| c. | Were any payments made to or on behalf of insiders? | Yes ● | No ○ | | |
| d. | Are you current on postpetition tax return filings? | Yes ● | No ○ | | |
| e. | Are you current on postpetition estimated tax payments? | Yes ● | No ○ | | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● | No ○ | | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ● | | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ● | No ○ | N/A ○ | |
| i. | Do you have: Worker's compensation insurance? | Yes ● | No ○ | | |
| | If yes, are your premiums current? | Yes ● | No ○ | N/A ○ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○ | No ● | | |
| | If yes, are your premiums current? | Yes ○ | No ○ | N/A ● | (if no, see Instructions) |
| | General liability insurance? | Yes ● | No ○ | | |
| | If yes, are your premiums current? | Yes ● | No ○ | N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ | No ● | | |
| k. | Has a disclosure statement been filed with the court? | Yes ○ | No ● | | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○ | No ● | | |

Debtor's Name Blue Sun Scientific, LLC | Case No. 25-17998

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Irvin Lucas | Irvin Lucas |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Authorized Agent | 11/23/2026 |
| Title | Date |

Debtor's Name Blue Sun Scientific, LLC

Case No. 25-17998

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name Blue Sun Scientific, LLC Case No. 25-17998

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Blue Sun Scientific, LLC Case No. 25-17998

PageThree

PageFour

Atlantic Union Bank
PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | [redacted] |
| Statement Date | 09/30/2026 |
| Statement Thru Date | 09/30/2026 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00120245 M4389DDA100126032544 01 000000000 0120245 003

BLUE SUN SCIENTIFIC LLC
DEBTOR IN POSSESSION 25-17998
8017 DORSEY RUN RD STE H
JESSUP MD 20794-9372

00120245 0441848 0001-0002

## Customer Service Information

**Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

**Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

**Visit Us Online:**
AtlanticUnionBank.com

**Follow us on:**

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Balance |
|---|---|---|
| FLEX BUSINESS CHECKING | [redacted] | $760.94 |

## FLEX BUSINESS CHECKING

**Account Number:** [redacted]

**Account Owner(s):** **BLUE SUN SCIENTIFIC LLC**
**DEBTOR IN POSSESSION 25-17998**

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 09/01/2026** | **$5,564.60** |
| + Deposits and Credits (1) | $3,550.00 |
| - Withdrawals and Debits (8) | $8,353.66 |
| **Ending Balance as of 09/30/2026** | **$760.94** |
| Service Charges for Period | $90.00 |
| Average Balance for Period | $1,543.00 |
| Average Collected for Period | $1,543.00 |
| Minimum Balance for Period | $368.00 |

GET A BUSINESS CREDIT CARD TAILORED TO YOUR NEEDS
No fee for additional employee cards and zero fraud liability.
Visit AtlanticUnionBank.com/business/credit-cards to learn more.

MEMBER FDIC

## Change of Address

Please change my mailing address on the accounts listed below:

☐ Acct# ____________
☐ Acct# ____________
☐ Acct# ____________
☐ Acct# ____________
☐ Acct# ____________
☐ Other ____________
☐ Other ____________

Please detach and mail to:

ATLANTIC UNION BANK
P.O. BOX 5568
GLEN ALLEN, VA 23058

NUMBER AND STREET

CITY AND STATE

DATE

AUTHORIZED SIGNATURE

## Checkbook Reconciliation

### Checks Outstanding

| DATE OR NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

**Enter**

BALANCE THIS STATEMENT $ ____________

**Add**

DEPOSITS NOT CREDITED ON THIS STATEMENT ____________

____________

**Total** ____________

**Subtract**

CHECKS OUTSTANDING ____________

**Balance** $=======

SHOULD AGREE WITH YOUR CHECKBOOK BALANCE AFTER DEDUCTING CHARGES AND ADDING CREDITS INCLUDED ON THIS STATEMENT, BUT NOT SHOWN IN YOUR CHECKBOOK.

*Please report any discrepancies within 14 days

### Error Resolution Notice for Electronic Transfers

*Applies to consumer accounts only*

Call or write us immediately at the telephone number or address listed on the first page of this statement if you think there is an error on your statement or receipt related to an electronic transfer. You also can call or write us if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared: tell us your name and account number (if any); describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

PREAUTHORIZED DEPOSITS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at 800.990.4828 to find out whether or not the deposit was made as scheduled.

Atlantic Union Bank

| | |
|---|---|
| Account Number | [redacted] |
| Statement Date | 09/30/2026 |
| Statement Thru Date | 09/30/2026 |
| Page | 2 |

00120245 0441850 0002-0002

## TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Sep 01 | BEGINNING BALANCE | | | $5,564.60 |
| Sep 01 | ACH PAYMENTS TRACKING ID:9749430 TO: 74 43 | | 759.21 | 4,805.39 |
| Sep 03 | ACH PAYMENTS TRACKING ID:9812329 TO: 74 43 | | 1,625.00 | 3,180.39 |
| Sep 08 | THE HARTFORD/INSPMTCL BLUE SUN SCIENTIFIC LL | | 86.63 | 3,093.76 |
| Sep 08 | GOOGLE/PURCHASE BLUE SUN SCIENTIFIC LL | | 194.50 | 2,899.26 |
| Sep 09 | GOTO PREMFIN1045/1045INSPAY BLUE SUN SCIENTIFIC LL | | 506.08 | 2,393.18 |
| Sep 11 | ACH PAYMENTS TRACKING ID:9975689 TO: 74 43 | | 2,024.55 | 368.63 |
| Sep 18 | VISTA SALES CONS/SENDER BLUE SUN SCIENTI | 3,550.00 | | 3,918.63 |
| Sep 18 | ACH PAYMENTS TRACKING ID:10138533 TO: 7 443 | | 3,067.69 | 850.94 |
| Sep 25 | MONTHLY MAINTENANCE FEES | | 90.00 | 760.94 |
| Sep 30 | ENDING BALANCE | | | $760.94 |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $38.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Atlantic Union Bank
PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | [redacted] |
| Statement Date | 09/30/2026 |
| Statement Thru Date | 09/30/2026 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00110229 M4389DDA100126032544 01 000000000 0110229 003

BLUE SUN SCIENTIFIC LLC
DEBTOR IN POSSESSION CASE 25-17998
NVA
8017 DORSEY RUN RD STE H
JESSUP MD 20794-9372

00110229 0406222 0001-0002

## Customer Service Information

**Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

**Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

**Visit Us Online:**
AtlanticUnionBank.com

**Follow us on:**

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Balance |
|---|---|---|
| FLEX BUSINESS CKING PLUS | [redacted] | $57.04 |

## FLEX BUSINESS CKING PLUS — Account Number: [redacted]

**Account Owner(s):** **BLUE SUN SCIENTIFIC LLC**
**DEBTOR IN POSSESSION CASE 25-17998 NVA**

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 09/01/2026** | **$27,924.09** |
| + Deposits and Credits (1) | $0.16 |
| - Withdrawals and Debits (5) | $27,867.21 |
| **Ending Balance as of 09/30/2026** | **$57.04** |
| Service Charges for Period | $0.00 |
| Average Collected for Period | $6,307.00 |
| Minimum Balance for Period | $56.00 |

### Earnings Summary

| | |
|---|---|
| Interest for Period Ending 09/30/2026 | $0.16 |
| Interest Paid Year to Date | $1.03 |
| Annual Percentage Yield Earned (APYE) | 0.03% |
| Average Balance for APYE | $6,307.15 |
| Number of Days for APYE | 30 |

## TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Sep 01 | BEGINNING BALANCE | | | $27,924.09 |

GET A BUSINESS CREDIT CARD TAILORED TO YOUR NEEDS

No fee for additional employee cards and zero fraud liability.
**Visit AtlanticUnionBank.com/business/credit-cards** to learn more.

MEMBER FDIC

## Change of Address

Please change my mailing address on the accounts listed below:

- ☐ Acct# ____________
- ☐ Acct# ____________
- ☐ Acct# ____________
- ☐ Acct# ____________
- ☐ Acct# ____________
- ☐ Other ____________
- ☐ Other ____________

Please detach and mail to:

ATLANTIC UNION BANK
P.O. BOX 5568
GLEN ALLEN, VA 23058

NUMBER AND STREET

CITY AND STATE

DATE

AUTHORIZED SIGNATURE

## Checkbook Reconciliation

**Checks Outstanding**

| DATE OR NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

**Enter**

BALANCE THIS STATEMENT $ ____________

**Add**

DEPOSITS NOT CREDITED ON THIS STATEMENT

**Total**

**Subtract**

CHECKS OUTSTANDING

**Balance**

$========

SHOULD AGREE WITH YOUR CHECKBOOK BALANCE AFTER DEDUCTING CHARGES AND ADDING CREDITS INCLUDED ON THIS STATEMENT, BUT NOT SHOWN IN YOUR CHECKBOOK.

*Please report any discrepancies within 14 days

### Error Resolution Notice for Electronic Transfers

*Applies to consumer accounts only*

Call or write us immediately at the telephone number or address listed on the first page of this statement if you think there is an error on your statement or receipt related to an electronic transfer. You also can call or write us if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared: tell us your name and account number (if any); describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

PREAUTHORIZED DEPOSITS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at 800.990.4828 to find out whether or not the deposit was made as scheduled.

Atlantic Union Bank

| | |
|---|---|
| Account Number | [redacted] |
| Statement Date | 09/30/2026 |
| Statement Thru Date | 09/30/2026 |
| Page | 2 |

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Sep 01 | UPSBILLCTR/PAYMENT<br>LOG IN TO THE UPS BILLING CENTER FOR PAY<br>MENT DETAILS.<br>SANDY SPRING BANK | | 481.18 | 27,442.91 |
| Sep 02 | ACH PAYMENTS TRACKING ID:9771943 TO: 74<br>43 | | 7,610.88 | 19,832.03 |
| Sep 09 | ACH PAYMENTS TRACKING ID:9922103 TO: 74<br>43 | | 16,875.00 | 2,957.03 |
| Sep 16 | WIRE/OUT BNF:IRVIN LUCAS | | 2,745.15 | 211.88 |
| Sep 25 | MONTHLY MAINTENANCE FEES | | 155.00 | 56.88 |
| Sep 30 | INTEREST EARNED | 0.16 | | 57.04 |
| Sep 30 | ENDING BALANCE | | | $57.04 |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $304.00 |
| Total Returned Item Fees | $0.00 | $190.00 |

00110229 0406224 0002-0002

# Blue Sun Scientific

## AP Aging Summary

As of 30 Sep 2026

| Vendor Name | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Total | Total (FCY) |
|---|---|---|---|---|---|---|---|
| Carefirst | $0.00 | $0.00 | $0.00 | $0.00 | $2,861.47 | $2,861.47 | $2,861.47 |
| Executive Financial Services | $0.00 | $0.00 | $0.00 | $0.00 | $8,896.50 | $8,896.50 | $8,896.50 |
| Interworld Freight | $0.00 | $0.00 | $0.00 | $0.00 | $2,700.94 | $2,700.94 | $2,700.94 |
| ITG | $62,830.21 | $12,293.29 | $1,482.50 | $21,766.86 | $1,744,622.64 | $1,842,995.50 | $1,842,995.50 |
| Kroll | $0.00 | $0.00 | $0.00 | $0.00 | $71,902.85 | $71,902.85 | $71,902.85 |
| Seyfarth Shaw LP | $0.00 | $0.00 | $0.00 | $0.00 | $554,487.50 | $554,487.50 | $554,487.50 |
| Smith, Duggan and Cornell LLP | $0.00 | $20,000.00 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 |
| Terrace Assembly | $0.00 | $0.00 | $0.00 | $0.00 | $271.45 | $271.45 | $271.45 |
| UPS | $284.39 | $371.73 | $0.00 | $0.00 | $2,172.25 | $2,828.37 | $2,828.37 |
| **TOTAL** | | **$32,665.02** | **$1,482.50** | **$21,766.86** | **$2,387,915.60** | **$2,506,944.58** | |

# Blue Sun Scientific

## AR Aging Summary

As of 30 Sep 2026

| Customer Name | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | 121 - 150 Days | 151 - 180 Days | 181 - 210 Days | 211 - 240 Days | 241 - 270 Days | > 270 Days | Total | Total (FCY) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADM Laboratories LLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $732.00 | $732.00 | $732.00 |
| AG Health Laboratories | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $170.00 | $170.00 | $170.00 |
| AgPack LLC. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Agribiotech Mexico SA de CV | $0.00 | $0.00 | $0.00 | $0.00 | $1,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,200.00 | $1,200.00 |
| Agrovive - OPSD | $1,750.00 | $1,750.00 | $1,750.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,250.00 | $5,250.00 |
| Auburn University Soil Testing Lab | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $690.00 | $690.00 | $690.00 |
| Barnes Hay and Feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,700.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,700.00 | $1,700.00 |
| Bright Pet Nutrition | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,200.00 | $4,200.00 | $4,200.00 |
| Chandler Feed | $850.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,275.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,125.00 | $2,125.00 |
| Cumberland Valley Analytical Services | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | $400.00 |
| Dairyland Labs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,340.00 | $1,340.00 | $1,340.00 |
| Eurofins Environex | $0.00 | $0.00 | $850.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $850.00 | $850.00 |
| Honeyland AG Services | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,720.00 | $4,720.00 | $4,720.00 |
| IADECO SAS | $560.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $560.00 | $560.00 |
| Instrulab Instrumentos Para Laboratorio | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,266.25 | $11,266.25 | $11,266.25 |
| KC Tech | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,600.00 | $0.00 | $0.00 | $450.00 | $3,050.00 | $3,050.00 |
| Kent Nutrition - NY | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | $350.00 |
| Louisiana State University, School of Plant, Environmental & Soil Sciences | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $980.00 | $980.00 | $980.00 |
| Luman Analytical And Maintenance Support SA de CV | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,629.00 | $1,629.00 | $1,629.00 |
| McCormick Spice Mill - Hunt Valley | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Northwest Labs, LLC. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $185.00 | $185.00 | $185.00 |
| Nutrilytical | $0.00 | $1,100.00 | $1,100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,200.00 | $2,200.00 |
| Praha Analytical Partners | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $344,384.00 | $349,384.00 | $349,384.00 |
| Pro Lux | $0.00 | $0.00 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,500.00 | $3,500.00 |
| ProAnalytics Pty Ltd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $522.00 | $0.00 | $0.00 | $0.00 | $0.00 | $522.00 | $522.00 |
| Rock River - Sioux Falls | $0.00 | $425.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $512.00 | $937.00 | $937.00 |
| Rock River Laboratory - Texas | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $42,680.00 | $42,680.00 | $42,680.00 |
| Rock River Labs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $430.76 | $430.76 | $430.76 |
| SDK Laboratories, Inc. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,150.00 | $1,150.00 | $1,150.00 |
| See's Candies - Los Angeles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,360.00 | $1,360.00 | $1,360.00 |
| Sithiphorn Associate Company Limited | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | $400.00 |
| SMI NIR Solutions | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $520.00 | $520.00 | $520.00 |
| Stanworth Crop Consulting | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $615.00 | $615.00 | $615.00 |
| Sterling Specialty Chemicals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $850.00 | $850.00 | $850.00 |
| STL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $983.00 | $983.00 | $983.00 |
| Taplow Ventures Ltd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $850.00 | $0.00 | $0.00 | $0.00 | $0.00 | $850.00 | $850.00 |
| Teva | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,300.00 | $4,300.00 | $4,300.00 |
| UNION CENTRO VETERINARIO SRL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,100.00 | $1,100.00 | $1,100.00 |
| USDA - St. Paul | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $590.00 | $590.00 | $590.00 |
| USDA-ARS Logan Utah | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| Vista Sales Consulting | $24,253.00 | $10,000.00 | $41,005.00 | $0.00 | $0.00 | $3,175.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $78,433.00 | $78,433.00 |
| Weld Laboratories | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,520.00 | $1,520.00 | $1,520.00 |
| West Coast Reduction, Ltd. - Calgary | $0.00 | $0.00 | $475.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,010.00 | $1,485.00 | $1,485.00 |
| **TOTAL** | **$27,413.00** | **$13,275.00** | **$48,680.00** | **$0.00** | **$1,200.00** | **$9,450.00** | **$3,072.00** | **$2,600.00** | **$0.00** | **$0.00** | **$437,017.01** | **$542,707.01** | |

**DEBTOR:** Blue Sun Scientific, LLC **CASE NO:** 25-17998

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)

For Month Ended: # 9/30/26

**CASH FLOW SUMMARY**

| | | | Current Month | |
|---|---|---|---|---|
| **1. Beginning Cash Balance** | | | 33,833 | (1) |
| 2. Cash Receipts | | | | |
| Operations | | 3550 | | |
| Sale of Assets | | | | |
| Loans/advances | | | | |
| Other | | | | |
| Total Cash Receipts | $ | 3,550 | | |
| 3. Cash Disbursements | | | | |
| Operations | | 36,221 | | |
| Owner / Officer disbursements | | | | |
| Debt Service/Secured loan payment | | | | |
| Professional fees/U.S. Trustee fees | | | | |
| Other | | | | |
| Total Cash Disbursements | $ | 36,221 | | |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | | (32,671) | |
| **5. Ending Cash Balance (to Form 2-F)** | | | $ 1,162 | (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | | Book Balance At End of the Month | |
|---|---|---|---|---|
| Petty Cash | | $ | - | |
| DIP Operating Account | Atlantic Union | | 761 | |
| DIP Payroll Account | Mercury | | 340 | |
| Other Account | Atlantic Union | | 57 | |
| TOTAL (must agree with Ending Cash Balance above) | | $ | 1,158 | (2) |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

**NARRATIVE**

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

**DEBTOR:** Blue Sun Scientific, LLC **CASE:** 25-17998

**Form 2-C**

**For Month Ended:** 9/30/26

***POST PETITION TAXES PAYABLE SCHEDULE***

| | Beginning Balance (1) | Accrued / Withheld | Payments / Deposits | Ending Balance |
|---|---|---|---|---|
| Income Tax Withheld: | | | | |
| Federal | $ - | 2,060 | 2,060 | $ - |
| State | - | 1,089 | 1,089 | - |
| Local | - | - | - | - |
| FICA Tax Withheld | - | 1,530 | 1,530 | - |
| Employer's FICA Tax | - | 1,530 | 1,530 | - |
| Unemployment Tax | | | | |
| Federal | - | - | - | - |
| State | - | 100 | 100 | - |
| Sales, Use & Excise Taxes | - | - | | - |
| Property Taxes | - | - | - | - |
| Other: | - | - | - | |
| | | | | - |
| | | | | - |
| TOTALS | $ - | $ 6,308 | $ 6,308 | $ - |

*(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

***ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING****

| Due | Accounts Receivable | Post Petition Accounts Payables |
|---|---|---|
| Under 30 days | $ | $ |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| **Total Post Petition** | | |
| **Pre Petition Amounts in Accounts Receivable** | | |
| **Total Accounts Receivable** | $ | |
| **Total Post Petition Accounts Payable** | | $ 0.00 |

** Attach the Total Page of the aging reports for accounts receivable and post-petition accounts payable.*

**Form 2-F**

**BALANCE SHEET**
**For Month Ended:** 7/31/26 0:00

| | | | |
|---|---|---|---|
| ***ASSETS*** | | | |
| Current Assets: | | | |
| Cash and Cash Equivalents (from Form 2-B, line 5) | | $ | 1162 |
| Accounts Receivable (from Form 2-C) | 0 | | 542707 |
| Less: Bad Debt | 0 | | |
| Net Accounts Receivable | | | 0 |
| Receivable from Officers, Employees, Affiliates | | | 0 |
| Inventory | | | 0 |
| Other Current Assets :(List) | | | 0 |
| | | | 0 |
| Total Current Assets | | $ | 543869 |
| Fixed Assets: | | | |
| Land | | $ | 0 |
| Building | | | 0 |
| Equipment, Furniture and Fixtures | | | 1000 |
| Total Fixed Assets | | | 1000 |
| Less: Accumulated Depreciation | | ( | 0 ) |
| Net Fixed Assets | | $ | 1000 |
| Other Assets (List): Domain | | | 1 |
| | | | 0 |
| **TOTAL ASSETS** | | $ | 544870 |
| ***LIABILITIES*** | | | |
| Post-petition Accounts Payable (from Form 2-C) | | $ | 92294.66 |
| Post-petition Accrued Profesional Fees | | | 0 |
| Post-petition Taxes Payable (from Form 2-C) | | | 0 |
| Post-petition Notes Payable | | | 0 |
| Other Post-petition Payable(List): | | | 0 |
| | | | 0 |
| Total Post Petition Liabilities | | $ | 92294.66 |
| Pre-petition Liabilities: | | | |
| Secured Debt | | | 0 |
| Priority Debt | | | 18571.45 |
| Unsecured Debt | | | 6311336.18 |
| Total Pre-petition Liabilities | | $ | 6329907.63 |
| **TOTAL LIABILITIES** | | $ | 6422202.29 |
| ***OWNERS' EQUITY*** | | | |
| Owner's/Stockholder's Equity | | $ | 0 |
| Retained Earnings - Pre-petition | | | 0 |
| Retained Earnings - Post-petition | | | 0 |
| **TOTAL OWNERS' EQUITY** | | $ | 0 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | $ | 6422202.29 |

***Debtor may substitute self-prepared balance sheet for this form.***